**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK,** *an individual*, | **CASE NO. 25-CV-07360** |
| **PLAINTIFF,** | **MAGISTRATE JUDGE:** THE HONORABLE NATHANAEL COUSINS |
| vs. | |
| **APPLE INC.,** *a corporation,* | **ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE** |
| **CITY OF SANTA CLARA,** *a local government,* | |
| **MR. KALIL/KHALIL JENAB** *individually,* & as *Agent/Member/Manager* of: **JENAB FAMILY LP,** **JENAB FAMILY VENTURES LLC,** & as *Trustee/Agent* of: **THE JENAB FAMILY TRUST,** | **LOCAL RULE 3-15. DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** |
| **DEFENDANTS.** | |

## LOCAL RULE 3-15. DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS

1.    Pursuant to Civil L.R. 3-1 5, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in the Plaintiff in this proceeding, or (ii) have a nonfinancial interest in that subject matter or in the Plaintiff that could be substantially affected by the outcome of this proceeding:

- Estate of Ashley Gjovik (*Ashley Marie Gjovik,* Case No. 25-11496, United States Bankruptcy Court, D. Massachusetts, July 21 2025-). This Citizen Suit has shared/similar subject matter with other pending litigation and potential legal claims.
- The Community around the Property at 3250 Scott Blvd, Santa Clara, California (residents, workers, property owners, students, businesses, visitors, etc.).
- The Irvine Company (re: Santa Clara Square).
- The U.S. Environmental Protection Agency,
- The U.S. Environmental Protection Agency Administrator Lee Zeldin,
- The United States Attorney General Pam Bondi,
- The U.S. Department of Justice,
- The California Environmental Protection Agency,
- The Bay Area Air Quality Management District,
- The San José–Santa Clara Regional Wastewater Facility,
- The Santa Clara County Department of Environmental Health.

2.    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

3.    Plaintiff discloses again her existing pending litigation in the Northern District: *Ashley Gjovik v. Apple Inc.* (3:23-cv-04597), District Court, N.D. California (2023-). The environmental claims were dismissed and are pending appeal.

1    4.    I declare under penalty of perjury under the laws of the United States
2  of America that the foregoing is true and correct.

3

4  Executed: September 2 2025

5

6

7

8  **/s/ Ashley M. Gjovik**
9  *Pro Se Plaintiff*

10

11  **Email**: legal@ashleygjovik.com
    **Physical Address**: Boston, Massachusetts
12  **Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
13  **Phone**: (408) 883-4428

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28