1

2

3

4

5

6

7

8

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

9

10

11

12

13

ASHLEY M. GJOVIK,

             Plaintiff,

     v.

APPLE, INC., and others,

             Defendants.

Case No.  5:25-cv-07360 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

14

15

16

17

18

     In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward M. Chen for consideration of whether the case is related to 3:23-cv-04597 EMC, *Ashley M. Gjovik v. Apple, Inc.*

19

20

21

     **IT IS SO ORDERED.**

Dated: September 8, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

22

23

24

25

26

27

28

Case No. 25-cv-07360 NC
SUA SPONTE JUDICIAL REFERRAL