**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjøvik,**<br>*an individual*,<br><br>  **Plaintiff,**<br><br>  vs.<br><br>**Apple Inc.,**<br>*a corporation,*<br><br>**City of Santa Clara,**<br>*a local government,*<br><br>**Mr. Kalil/Khalil Jenab**<br>*individually,* & as *Agent/Member/Manager* of:<br>**Jenab Family LP,**<br>**Jenab Family Ventures LLC,**<br>& as *Trustee/Agent* of:<br>**The Jenab Family Trust,**<br><br>  **Defendants.** | **Case No. 25-CV-07360**<br><br>**Magistrate Judge:**<br>The Honorable<br>Nathanael Cousins<br><br>**Environmental<br>Citizen Suit;<br>Public Nuisance**<br><br><br>**Local Rule 3-15.<br>Disclosure of Conflicts<br>and Interested Entities<br>and Persons** |

## LOCAL RULE 3-15. DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS

1.     Pursuant to Civil L.R. 3-1 5, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in the Plaintiff in this proceeding, or (ii) have a nonfinancial interest in that subject matter or in the Plaintiff that could be substantially affected by the outcome of this proceeding:

- Estate of Ashley Gjovik (*Ashley Marie Gjovik,* Case No. 25-11496, United States Bankruptcy Court, D. Massachusetts, July 21 2025-). This Citizen Suit has shared/similar subject matter with other pending litigation and potential legal claims.
- The Community around the Property at 3250 Scott Blvd, Santa Clara, California (residents, workers, property owners, students, businesses, visitors, etc.).
- The Irvine Company (re: Santa Clara Square).
- The U.S. Environmental Protection Agency,
- The U.S. Environmental Protection Agency Administrator Lee Zeldin,
- The United States Attorney General Pam Bondi,
- The U.S. Department of Justice,
- The California Environmental Protection Agency,
- The Bay Area Air Quality Management District,
- The San José–Santa Clara Regional Wastewater Facility,
- The Santa Clara County Department of Environmental Health.

2.     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

3.     Plaintiff discloses again her existing pending litigation in the Northern District: *Ashley Gjovik v. Apple Inc.* (3:23-cv-04597), District Court, N.D. California (2023-). The environmental claims were dismissed and are pending appeal.

1    4.    I declare under penalty of perjury under the laws of the United States
2  of America that the foregoing is true and correct.

3

4  Executed: September 2 2025

5

6

7  _____

8  **/s/ Ashley M. Gjovik**
9  *Pro Se Plaintiff*

10
11  **Email**: legal@ashleygjovik.com
   **Physical Address**: Boston, Massachusetts
12  **Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
13  **Phone**: (408) 883-4428

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Activity in Case 5:25-cv-07360-NC Gjovik v. Apple Inc et al Electronic Filing Error

From    ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>

To    efiling@cand.uscourts.gov

Date    Tuesday, September 9th, 2025 at 1:04 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered on 9/9/2025 at 10:03 AM and filed on 9/9/2025

**Case Name:**    Gjovik v. Apple Inc et al

**Case Number:**    5:25-cv-07360-NC

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Electronic filing error. Filer did not add all interested parties when prompted. Re-file this document in its entirety and when prompted, enter all affiliates or corporate parents. This filing will not be processed by the clerks office.Please re-file in its entirety. Re:[4] Certificate of Interested Entities filed by Ashley M Gjovik (cjl, COURT STAFF) (Filed on 9/9/2025)**

**5:25-cv-07360-NC Notice has been electronically mailed to:**

Ashley M Gjovik    ashleymgjovik@protonmail.com

**5:25-cv-07360-NC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**