# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

23-cv-04597-EMC
Gjovik v. Apple Inc.

I find that the more recently filed case(s) that I have initialed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-07360-NC | Gjovik v. Apple Inc | | X |

Dated: September 15, 2025

By: *(signature)*
Edward M. Chen
United States District Judge

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S NOTICE

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated: September 15, 2025

By: _____
Alexis Solorzano Rodriguez, Deputy Clerk