**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK,** <br> *an individual*, <br><br>     **PLAINTIFF,** <br><br>     vs. <br><br> **APPLE INC.,** <br> *a corporation,* <br><br> **CITY OF SANTA CLARA,** <br> *a local government,* <br><br> **MR. KALIL/KHALIL JENAB** <br> *individually,* & as *Agent/Member/Manager* of: <br> **JENAB FAMILY LP,** <br> **JENAB FAMILY VENTURES LLC,** <br> & as *Trustee/Agent* of: <br> **THE JENAB FAMILY TRUST,** <br><br>     **DEFENDANTS.** | **CASE NO. 25-CV-07360-NC** <br><br> **MAGISTRATE JUDGE:** <br> THE HONORABLE <br> NATHANAEL COUSINS <br><br> **ENVIRONMENTAL CITIZEN SUIT; & PUBLIC NUISANCE** <br><br> **SECOND CERTIFICATE & PROOF OF SERVICE** <br><br> **(SANTA CLARA; & APPLE INC.)** |

# SECOND CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S.C. § 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Plaintiff in this case ("Plaintiff"), and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. On Sept. 5 2025, the Plaintiff efiled a Proposed Summons for Defendants in this case (Dkt. 6, 8) and on Sept. 15 2025, the Clerk issued the Summons (Dkt. 13).

## I. FIRST CERTIFICATE OF SERVICE (COMPLETE)

3. On Sept. 12 2025, the Plaintiff filed the first Certificate/Proof of Service for the required service upon the Attorney General of the United States and the U.S. EPA Administrator per 42 U.S. Code § 6972(f ), 42 U.S. Code § 7604(c)(3), and 33 U.S. Code § 1365(c)(3). (Dkt. 10).

4. That Sept. 12 2025 filing also included Certificate/Proof of Service for the U.S. DOJ ENRD, California EPA, BAAQMD, and Santa Clara County District Attorney's Office. EPA Citizen Suit case law and statutes note a variety of requirements for local, state, and federal agency service – thus the Plaintiff has attempted to serve all relevant agencies in order to ensure service requirements are met and to protect the integrity of this lawsuit.

## II. SECOND CERTIFICATE OF SERVICE (COMPLETE)

5. On Sept. 17 2025, Personal Service was completed on the Defendant the City of Santa Clara via the City Clerk's Office at 1500 Warburton Ave, Santa Clara, CA 95050. Plaintiff called the Clerk's Office prior and confirmed that service to the city occurs at the Clerk's Office and the Clerk can accept service on behalf of the city government. The Proof of Service noted the same ("*I delivered the documents to City of Santa Clara with identity confirmed by subject saying yes when named...Delivered to the city clerks office*."). (Exhibit A).

6. On Sept. 16 2025, Personal Service was completed on the Defendant Apple Inc. through Apple's authorized agent for service, CT Corporation, at its California office located at 330 N Brand Blvd Ste 700, Glendale, CA 91203. (Exhibit B).

7. On Sept. 12 2025, Priority Mail service of a courtesy copy of the Complaint was delivered to the U.S. EPA Region 9 Office of the Administrator at 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105-3920 (tracking no. 9410 8301 0935 5006 0185 35, "*Delivered, Front Desk/Reception/Mail Room....The item was signed for by J HERBERT.*"). (Exhibit C).

8.     On Sept. 15 2025, Certified Mail service of a courtesy copy of the Complaint  was delivered to the San José–Santa Clara Regional Wastewater Facility at 200 E. SANTA CLARA ST., SAN JOSE, CA 95113 (tracking no. 9589071052702027291437, "*Delivered, Individual Picked Up at Post Office*"). (Exhibit D).

9.     On Sept. 15 2025, Priority Mail service  of a courtesy copy of the Complaint was delivered to the California Attorney General at 455 GOLDEN GATE AVE STE 11000, SAN FRANCISCO, CA 94102-7020 (tracking no. 9410 8301 0935 5006 0185 11, "*Delivered, Left with Individual… The item was signed for by N OSIFF.*"). (Exhibit D).

10.     On Sept. 15 2025, Priority Mail service was delivered to the S.F. Bay Regional Water Quality Control Board at 1515 CLAY ST STE 1400, OAKLAND, CA 94612-1482. (tracking no. 9410 8301 0935 5006 0185 28, "*Delivered, Front Desk/Reception/Mail Room… The item was signed for by B FENG.*"). (Exhibit D).

11.     On Sept. 12 2025, Priority Mail service of a courtesy copy of the Complaint was delivered to The Irvine Company at the Santa Clara Square Apartments at 3320 MONTGOMERY DR, SANTA CLARA, CA 95054-2925 (tracking no.  9410 8301 0935 5006 0185 04, "*Delivered, Left with Individual…The item was signed for by D ZAM*".). (Exhibit E).

## III.  Pending Service (Kalil Jenab et al).

12.     On August 29 2025, Defendant Mr. Kalil Jenab emailed the Plaintiff confirming he requested Personal Service of the Summons and Complaint in this case at his Cushman & Wakefield office at 525 University Avenue in Palo Alto ("*My work address works best*"). (Exhibit F).

13.     Mr. Jenab was successfully served a copy of the sixty-day notice at this same location on July 29 2025. The process server in July 2025 noted that she "*delivered the documents to Kalil Jenab with identity confirmed by subject stating their name.*" (Dkt. 3-1 at 24-26).

14.     On Sept. 15 2025, Plaintiff attempted Personal Service of Mr. Jenab et al. via a process server at the Palo Alto location provided by Mr. Jenab. However, service could not be completed with the server noting that "*3:37 PM: I placed a phone call to number ending in 3428 resulting in refusal to cooperate. I spoke with Khalil Jenab individually and on behalf of Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust.*" (Exhibit F).

15.     On Sept. 16 2025, Plaintiff contacted Mr. Jenab and noted that he previously

1    accepted service at the same location and asked the Plaintiff to serve him at that location yet

2    appeared to now be refusing service at that same location. (Exhibit F).

3         16.    On Sept. 16 2025, Plaintiff also called the Cushman & Wakefield Palo Alto office

4    and spoke with a receptionist to understand if there was an issue contacting Mr. Jenab and the

5    receptionist explained Mr. Jenab was *"rarely physically present at that office."* The Plaintiff emailed

6    Mr. Jenab again complaining that it appeared Mr. Jenab was using the office as a "*shield*" to "*avoid*

7    *service,*" and asked for an address where he would receive service. (Exhibit F).

8         17.    On Sept. 17 2025,  Mr. Jenab responded claiming that Cushman & Wakefield had

9    "*agreed to accept the [sixty day notice she] sent*" prior, which is misleading as the prior Proof of Service

10   for the July 29 2025 service noted service was accepted directly by Mr. Jenab.  (Exhibit F).

11        18.    On Sept. 17 2025,  Mr. Jenab then also stated the Plaintiff had "*already attempted to*

12   *serve [him] at [his] home*" and stated his home was the "*appropriate address.*" The Plaintiff has not

13   attempted to serve Mr. Jenab at home, other than Certified/Priority Mail, and her process server

14   confirmed they also had not attempted to serve Mr. Jenab at his home.  (Exhibit F).

15        19.    On Sept. 17 2025,  the Plaintiff complained to Mr. Jenab that she already spent $140

16   of funds from public donations on service at his office, but confirmed she would arrange Personal

17   Service at his home and asked him to confirm days/time he would be available to receive service.

18   (Exhibit F).

19        20.    On Sept. 17 2025, several hours later, a Partner at Morrison Foerster forwarded Mr.

20   Jenab's email with Plaintiff to the Plaintiff and informed her that MoFo will "*will represent the*

21   *landlord entities in this case*" in addition to Defendant Apple Inc (Exhibit F).

22        21.    The MoFo Partner requested the Plaintiff agree to Waive Service of Summons

23   providing a sixty-day response for Mr. Jenab. The Plaintiff agreed to waive service if they agreed

24   to the same response deadline as standard Personal Service. The Plaintiff and MoFo are currently

25   negotiating service logistics for Mr. Jenab et al. (Exhibit F).

## CERTIFICATE

     22.    True and correct copies of the documents referenced are attached as Exhibits A-F

in support of this Certification and Proof of Service with a supporting Declaration.

     23.    All service costs are paid for by public fundraising in a "trust" GoFundMe

dedicated to supporting this lawsuit and ensuring federal enforcement of environmental and public

1   safety laws at 3250 Scott Blvd in Santa Clara, California. [1]

2        24.    I declare under penalty of perjury, that the foregoing is true and correct.  Executed

3   on this day of September 18 2025 in Boston, Massachusetts.

4

5   Respectfully filed,

6
7
8

9   **/s/ Ashley M. Gjovik**
    *Pro Se Plaintiff*

10

11  **Email**: legal@ashleygjovik.com
    **Physical Address**: Boston, Massachusetts

12  **Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816

13  **Phone**: (408) 883-4428

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____
    [1] GoFundMe, *Litigation Fund: Citizen Suit re Apple's Skunkworks Fab*; as of Sept. 12 2025 $1,025 raised;
    https://www.gofundme.com/f/litigation-fund-citizen-suit-re-apples-skunkworks-fab ("*By having the community directly fund litigation costs, this demonstrates genuine public support for environmental enforcement… This GoFundMe is exclusively for direct litigation expenses. Funds will be held in a sort of "trust" specifically for court costs for this Citizen Sui*t." – Plaintiff, August 24 2025)

28

*Gjovik v. Apple, Santa Clara, Jenab, et al* | Cert. of Service Part 2 | Page 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBITS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A:
# City of Santa Clara

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*
**Ashley Gjovik <ashleymgjovik@protonmail.com>**
**2108 N ST STE 4553**
**Sacramento, CA 95816**
TELEPHONE NO.: **415-964-6272**    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **ASHLEY M. GJOVIK**

**FOR COURT USE ONLY**

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

PLAINTIFF/PETITIONER: **ASHLEY M. GJOVIK**

DEFENDANT/RESPONDENT: Apple Inc; et al.

CASE NUMBER:
**5:25-cv-07360-NC**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**ENV-27534**

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **Complaint; Summons; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
   Standing Order; Civil Standing Order; NOTICE OF ASSIGNMENT; WAIVER OF THE SERVICE OF SUMMONS; NOTICE
   OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

3. a.  Party served *(specify name of party as shown on documents served):*
       **City of Santa Clara**

   b. ☐  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
          item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*

4. Address where the party was served:
   **1500 Warburton Ave, Santa Clara, CA 95050**

5. I served the party *(check proper box)*
   a. ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
          service of process for the party (1) on *(date):* **09/17/2025** at *(time):* **3:20 PM**
          **City of Santa Clara, I delivered the documents to City of Santa Clara with identity confirmed by subject saying
          yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-
          haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.  Delivered
          to the city clerks office.**

   b. ☐  **by substituted service.** On *(date):*              at *(time):*              I left the documents listed in item 2 with
          or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of
               the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place
               of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
               address of the person to be served, other than a United States Postal Service post office box. I informed him
               or her of the general nature of the papers.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Tracking #: **0186819303**

REF: **ENV-27534**



| PLAINTIFF/PETITIONER: ASHLEY M. GJOVIK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Apple Inc; et al. | 5:25-cv-07360-NC |

(4) ☐   I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*     from *(city):*     **or** ☐ a declaration of mailing is attached.

(5) ☐   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐   **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) ☐   with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐   **by other means** *(specify means of service and authorizing code section):*

☐   Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒   as an individual defendant.

b. ☐   as the person sued under the fictitious name of *(specify):*

c. ☐   as occupant.

d. ☐   On behalf of *(specify)*

    under the following Code of Civil Procedure section:

| | | |
|---|---|---|
| ☐ 416.10 (corporation) | | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | | ☐ 415.46 (occupant) |
| | | ☐ other: |

7.  **Person who served papers**

  a. Name:               **Tyler Maxwell**
  b. Address:           **Private Adress, Private Address, CA 95111**
  c. Telephone number:   **209-482-1955**
  d. The fee for service was: **$ 140.00**
  e. I am:

    (1) ☐   not a registered California process server.

    (2) ☐   exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒   registered California process server:
       (i) ☐ owner  ☐ employee  ☒ independent contractor.   For:     **ABC Legal Services, LLC**

       (ii) ☒ Registration No.: **PS-700**       Registration #: **6779**

       (iii) ☒ County:     **San Joaquin County**      County:     **Los Angeles**

**BY FAX**

Page 2 of 3

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0186819303**


REF: **ENV-27534**



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/17/2025



_____
**Tyler Maxwell**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)



REF: **ENV-27534**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0186819303**

 evidencechain™

Service Detail Report

ASHLEY M. GJOVIK v. Apple Inc; et al.

Case Number 5:25-cv-07360-NC | US District Court, California, Northern District, San Jose

---

**SERVED**

## City of Santa Clara

1500 Warburton Ave Santa Clara, CA 95050-3713

### Process Server

Tyler Maxwell
License: PS-700

## Summary

City of Santa Clara was served by Personal Service on 9/17/2025 at 3:20 PM PDT by process server Tyler Maxwell.

One previous attempt was made at 1500 Warburton Ave Santa Clara, CA 95050-3713.

The subject's address was provided by the customer.

## Validation Checks

| | |
|---|---|
| ⊙ GPS | Service was recorded 370.12ft from the service address, which is within the bounds of expectation. |
| ⬤ Photo | A photo was taken at the time of service. |

## ✔ Personal Service

**Date:** 9/17/2025  **Time:** 3:20 PM PDT
**Address:** 1500 Warburton Ave, Santa Clara, CA 95050-3713
**GPS Coordinates:** 37.355015 -121.954909  **Process Server:** Tyler Maxwell
**License:** PS-700

I delivered the documents to City of Santa Clara with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses. Delivered to the city clerks office.

**Attachments**




📍 Address    📍 GPS

## Event History

### ③ Served by Personal Service

**Date:** 9/17/2025  **Time:** 3:20 PM PDT
**Address:** 1500 Warburton Ave, Santa Clara, CA 95050-3713
**GPS Coordinates:** 37.355015 -121.954909  **Process Server:** Tyler Maxwell
**License:** PS-700

By delivery to City Of Santa Clara, I delivered the documents to City of Santa Clara with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.  Delivered to the city clerks office.

**Attachments**




📍 Address    📍 GPS

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B:
# Apple Inc

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ashley Gjovik <ashleymgjovik@protonmail.com><br>2108 N ST STE 4553<br>Sacramento, CA 95816<br>TELEPHONE NO.: **415-964-6272**  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **ASHLEY M. GJOVIK** | |

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

| PLAINTIFF/PETITIONER: **ASHLEY M. GJOVIK** | CASE NUMBER:<br>**5:25-cv-07360-NC** |
|---|---|
| DEFENDANT/RESPONDENT: **Apple Inc; et al.** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**ENV-27534** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**Complaint; Summons; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; Standing Order; Civil Standing Order; NOTICE OF ASSIGNMENT; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

3. a. Party served *(specify name of party as shown on documents served):*
**Apple through their agent CT Corporation System**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Sarai Marin, person authorized to accept service**

4. Address where the party was served:
**330 N Brand Blvd Ste 700, Glendale, CA 91203**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **09/16/2025** at *(time):* **10:36 AM**
   **CT Corporation System, I delivered the documents to Sarai Marin. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

Page 1 of 3

REF: **ENV-27534**



| PLAINTIFF/PETITIONER:  ASHLEY M. GJOVIK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Apple Inc; et al. | 5:25-cv-07360-NC |

(5) ☐   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐   **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                           (2) from *(city):*

(3) ☐   with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐   **by other means** *(specify means of service and authorizing code section):*

☐   Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒   as an individual defendant.

b. ☐   as the person sued under the fictitious name of *(specify):*

c. ☐   as occupant.

d. ☐   On behalf of *(specify)*

under the following Code of Civil Procedure section:

☐   416.10 (corporation)                        ☐   415.95 (business organization, form unknown)

☐   416.20 (defunct corporation)             ☐   416.60 (minor)

☐   416.30 (joint stock company/association)   ☐   416.70 (ward or conservatee)

☐   416.40 (association or partnership)        ☐   416.90 (authorized person)

☐   416.50 (public entity)                  ☐   415.46 (occupant)

                                                     ☐   other:

7.   **Person who served papers**

a.   Name:              **Adam Jensen**

b.   Address:          **3042 Paula Dr, Santa Monica, CA 90405**

c.   Telephone number:   **310-365-5943**

d.   The fee for service was:  **$ 140.00**

e.   I am:

(1) ☐   not a registered California process server.

(2) ☐   exempt from registration under Business and Professions Code section 22350(b).

(3) ☒   registered California process server:

    (i) ☐ owner   ☐ employee   ☒ independent contractor.   For:     **ABC Legal Services, LLC**

    (ii) ☒   Registration No.:   **2013181996**         Registration #:   **6779**

    (iii) ☒   County:   **County of Los Angeles**         County:   **Los Angeles**

**BY FAX**

**Page 2 of 3**

POS-010 [Rev. January 1, 2007]



REF: **ENV-27534**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0186819897**



8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.


Date:  09/17/2025
      _____

_____
         **Adam Jensen**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
                    (SIGNATURE)



REF: **ENV-27534**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0186819897**

 Beta Release

ASHLEY M. GJOVIK v. Apple Inc; et al. | Case Number 5:25-cv-07360-NC | US District Court, California, Northern District, San Jose

## Apple Inc  `SERVED`

**330 N Brand Blvd Ste 700 Glendale, CA 91203-2336**

**Summary**

Apple Inc was served by Personal Service on 9/16/2025 at 10:36 AM PDT by process server Adam Jensen.

The subject's address was provided by the customer.

## Process Server

 **Adam Jensen**

License: 2013181996

## Validation Checks



**GPS**

## ✅ Personal Service

**Timestamp**
9/16/2025 | 10:36 AM PDT

**Served By**
Adam Jensen, License: 2013181996

**Description**
I delivered the documents to Sarai Marin. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

## Location of Service



📍 **Service Address**
330 N Brand Blvd Ste 700 Glendale, CA 91203-2336

 **GPS Coordinates**
34.151363 -118.254677

## Event History

| | |
|---|---|
| ∨ ① **Served by Personal Service** | 9/16/2025 10:36 AM PDT |

By delivery to Ct Corporation System, I delivered the documents to Sarai Marin. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

Address: 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336

GPS Coordinates: 34.151363 -118.254677

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit C:
# U.S. EPA Region 9

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5006 0185 35

SIGNATURE REQUIRED

ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

U.S. EPA REGION 9, REGIONAL ADMINISTRAT
75 HAWTHORNE ST
SAN FRANCISCO CA 94105-3920

**PRIORITY MAIL®**

Flat Rate Envelope
**RDC 03**

C009

**UNITED STATES**
**POSTAL SERVICE®**

P

usps.com
$13.65
US POSTAGE

09/10/2025

**Click-N-Ship®**

9410 8301 0935 5006 0185 35 0096 9001 0009 4105

**U.S. POSTAGE PAID**

Mailed from 02118    35431732440S847

---

*Cut on dotted line.*

---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO
   NOT TAPE OVER BARCODE. Be sure all edges are secure.
   Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of
   the package.

4. Each shipping label number is unique and can be used
   only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date"
   selected when you requested the label.

6. If a mailing receipt is required, present the article and
   Online e-Label Record at a Post Office for postmark.

---

### 9410 8301 0935 5006 0185 35

| | |
|---|---|
| Print Date: **2025-09-10** | PRIORITY MAIL® $9.70 |
| Ship Date: **2025-09-10** | Extra Services: $3.95 |
| | Fees: $0.00 |
| | Total: $13.65 |

**From:**    ASHLEY GJOVIK
             18 WORCESTER SQ APT 1
             BOSTON MA 02118-2945

**To:**

             U.S. EPA REGION 9, REGIONAL ADMINISTRATOR
             75 HAWTHORNE ST
             SAN FRANCISCO CA 94105-3920

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.

---

**UNITED STATES**
**POSTAL SERVICE®**    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

**UNITED STATES**
**POSTAL SERVICE**

September 17, 2025

Dear A GJOVIK:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5006 0185 35**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 12, 2025, 1:21 pm |
| **Location:** | SAN FRANCISCO, CA 94105 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | J HERBERT |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 75 HAWTHORNE ST |
| **City, State ZIP Code:** | SAN FRANCISCO, CA 94105-3920 |

| Recipient Signature |
|---|

Signature of Recipient:    EPA Mailroom
                           J Herbert

Address of Recipient:    75 Hawthorne St 9/E

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9410830109355006018535

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:21 pm on September 12, 2025 in SAN FRANCISCO, CA 94105. The item was signed for by J HERBERT.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94105
September 12, 2025, 1:21 pm

● Out for Delivery
SAN FRANCISCO, CA 94105
September 12, 2025, 7:41 am

● Arrived at Post Office
SAN FRANCISCO, CA 94103
September 12, 2025, 7:30 am

● Arrived at USPS Facility
SAN FRANCISCO, CA 94103
September 12, 2025, 5:09 am

● Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 4:56 am

● Arrived at USPS Regional Destination Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 12:26 am

Shipping Label Created, USPS Awaiting Item
BOSTON, MA 02118
September 10, 2025, 12:14 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**Proof of Delivery** ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

| **Postal Product:** Priority Mail® | **Features:** Signature Confirmation™ Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: J HERBERT  //  SAN FRANCISCO,  CA  94105 //  1:21 pm |
|---|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D:
# CALIFORNIA AGENCIES



*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5006 0185 11**

Print Date: 2025-09-10

Ship Date: 2025-09-10

| | |
|---|---|
| PRIORITY MAIL® | $9.70 |
| Extra Services: | $3.95 |
| Fees: | $0.00 |
| Total: | $13.65 |

**From:**   ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

**To:**   OFFICE OF THE ATTORNEY GENERAL
STE 11000
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-7020

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

**UNITED STATES**
**POSTAL SERVICE**

September 17, 2025

Dear A GJOVIK:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5006 0185 11**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 12, 2025, 1:27 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | N OSIFF |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 4.8oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 455 GOLDEN GATE AVE STE 11000 |
| **City, State ZIP Code:** | SAN FRANCISCO, CA 94102-7020 |

| Recipient Signature | |
|---|---|

Signature of Recipient: *Nick Osipoff*

Address of Recipient: 455GG

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

Tracking Number:                                                                Remove ✕

## 9410830109355006018511

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to an individual at the address at 1:27 pm on September 12, 2025 in SAN
FRANCISCO, CA 94102. The item was signed for by N OSIFF.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

● **Delivered**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
September 12, 2025, 1:27 pm

● Out for Delivery
SAN FRANCISCO, CA 94102
September 12, 2025, 6:10 am

● Arrived at Post Office
SAN FRANCISCO, CA 94124
September 12, 2025, 3:51 am

● Arrived at USPS Facility
SAN FRANCISCO, CA 94124
September 12, 2025, 2:10 am

● Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 2:00 am

● Arrived at USPS Regional Destination Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 12:29 am

Shipping Label Created, USPS Awaiting Item
BOSTON, MA 02118
September 10, 2025, 12:14 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**Proof of Delivery**                                                 ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌃

| Postal Product: | Features: | |
| --- | --- | --- |
| Priority Mail® | Signature Confirmation™<br>Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: N OSIFF  //  SAN FRANCISCO,  CA  94102 //  1:27 pm |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

**P**

usps.com
$13.65
US POSTAGE

09/10/2025

9410 8301 0935 5006 0185 28 0096 9001 0009 4612

Mailed from 02118    713012348651063

U.S. POSTAGE PAID

**PRIORITY MAIL®**

Flat Rate Envelope
RDC 03

C037

ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

SIGNATURE REQUIRED

S.F. BAY REGIONAL  WATER QUALITY CONTR
STE 1400
1515 CLAY ST
OAKLAND CA 94612-1482

USPS SIGNATURE TRACKING #

9410 8301 0935 5006 0185 28

---

*Cut on dotted line.*



---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5006 0185 28**

| Print Date: | 2025-09-10 | PRIORITY MAIL® | $9.70 |
|---|---|---|---|
| Ship Date: | 2025-09-10 | Extra Services: | $3.95 |
| | | Fees: | $0.00 |
| | | Total: | $13.65 |

**From:**    ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

**To:**    S.F. BAY REGIONAL  WATER QUALITY CONTROL
STE 1400
1515 CLAY ST
OAKLAND CA 94612-1482

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



September 17, 2025

Dear A GJOVIK:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5006 0185 28**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 15, 2025, 4:22 pm |
| **Location:** | OAKLAND, CA 94612 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | B FENG |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1515 CLAY ST STE 1400 |
| **City, State ZIP Code:** | OAKLAND, CA 94612-1482 |

**Recipient Signature**

Signature of Recipient: *B. Feng*

Address of Recipient: *1515 CLAY 1400*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs ›

Tracking Number:                                                              Remove ✕

## 94108301093550006018528

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:22 pm on September 15, 2025 in OAKLAND, CA 94612. The item was signed for by B FENG.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
OAKLAND, CA 94612
September 15, 2025, 4:22 pm

● Redelivery Scheduled for Next Business Day
OAKLAND, CA 94612
September 13, 2025, 11:07 am

● Out for Delivery
OAKLAND, CA 94612
September 13, 2025, 6:10 am

● Arrived at Post Office
OAKLAND, CA 94612
September 13, 2025, 5:11 am

● Arrived at USPS Facility
OAKLAND, CA 94612
September 13, 2025, 4:04 am

● Departed USPS Regional Facility

OAKLAND CA DISTRIBUTION CENTER
September 13, 2025, 3:50 am

Arrived at USPS Regional Facility

OAKLAND CA DISTRIBUTION CENTER
September 12, 2025, 4:15 am

In Transit to Next Facility

September 12, 2025, 4:03 am

In Transit to Next Facility

September 12, 2025, 3:38 am

Departed USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 3:25 am

Arrived at USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
September 12, 2025, 12:28 am

Arrived at USPS Facility

EAST BOSTON, MA 02128
September 11, 2025, 1:03 am

Departed USPS Regional Facility

BOSTON MA DISTRIBUTION CENTER
September 11, 2025, 12:41 am

Arrived at USPS Regional Origin Facility

BOSTON MA DISTRIBUTION CENTER
September 10, 2025, 9:22 pm

Accepted at USPS Origin Facility

BOSTON, MA 02118
September 10, 2025, 8:07 pm

Shipping Label Created, USPS Awaiting Item

BOSTON, MA 02118
September 10, 2025, 12:14 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**Proof of Delivery**    ⌃



✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌃

| Postal Product: Priority Mail® | Features: Signature Confirmation™ Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: B FENG // OAKLAND, CA 94612 // 4:22 pm |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Sacramento, CA 95812

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | $0.00 | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To Cal-EPA
Street and Apt. No., or PO Box No. 1001 I Street PO Box 2815
City, State, ZIP+4® Sacramento CA 95812

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Jose, CA 95113

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To San Jose/SC Wastewater Facility
Street and Apt. No., or PO Box No. 200 E Santa Clara St
City, State, ZIP+4® San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94105

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | $0.00 | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To BAAQMD
Street and Apt. No., or PO Box No. 375 Beale St Suite 600
City, State, ZIP+4® SF, CA, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | $0.00 | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To USAG, Pamela Bondi
Street and Apt. No., or PO Box No. 150 Penn. Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20460

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | $0.00 | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To US EPA, Lee Zeldin
Street and Apt. No., or PO Box No. 1200 Penn Ave 1101A
City, State, ZIP+4® Washington DC 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| Certified Mail Fee | $5.30 | | 0118 |
| --- | --- | --- | --- |
| $ | $0.00 | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $11.00 | | |

Total Postage and Fees
$16.30                09/09/2025

Sent To US DOJ, ENRD
Street and Apt. No., or PO Box No. 150 Penn Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

## 9589071052702027291437

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at the post office at 7:18 am on September 15, 2025 in SAN JOSE, CA 95113.

---

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

● **Delivered**
Delivered, Individual Picked Up at Post Office
SAN JOSE, CA 95113
September 15, 2025, 7:18 am

● Notice Left (No Authorized Recipient Available)
SAN JOSE, CA 95113
September 12, 2025, 9:11 am

● Out for Delivery
SAN JOSE, CA 95113
September 12, 2025, 7:10 am

● Arrived at Post Office
SAN JOSE, CA 95113
September 12, 2025, 6:59 am

● Arrived at USPS Facility
SAN JOSE, CA 95113
September 12, 2025, 5:57 am

● Departed USPS Regional Facility

SAN JOSE CA DISTRIBUTION CENTER
September 12, 2025, 5:29 am

Arrived at USPS Regional Facility

SAN JOSE CA DISTRIBUTION CENTER
September 11, 2025, 3:01 am

Departed USPS Regional Facility

OAKLAND CA DISTRIBUTION CENTER
September 11, 2025, 2:15 am

Arrived at USPS Regional Destination Facility

OAKLAND CA DISTRIBUTION CENTER
September 11, 2025, 1:35 am

In Transit to Next Facility

September 10, 2025

Departed Post Office

BOSTON, MA 02118
September 9, 2025, 5:08 pm

USPS in possession of item

BOSTON, MA 02118
September 9, 2025, 4:50 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌃

**Postal Product:**                          **Features:**
Priority Mail®                               Certified Mail™
                                             Up to $100 insurance included. Restrictions Apply ⓘ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E: Santa Clara Square The Irvine Company

**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

9410 8301 0935 5006 0185 04 0096 9001 0009 5054

U.S. POSTAGE PAID

Mailed from 02118    57363392438501

usps.com
$13.65
US POSTAGE

09/10/2025

**P**

**PRIORITY MAIL®**

Flat Rate Envelope
**RDC 03**

C014

SIGNATURE REQUIRED

ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

SANTA CLARA SQUARE APARTMENTS (TIC)
3320 MONTGOMERY DR
SANTA CLARA CA 95054-2925

USPS SIGNATURE TRACKING #

9410 8301 0935 5006 0185 04



*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9410 8301 0935 5006 0185 04**

| | |
|---|---|
| Print Date: **2025-09-10** | |
| Ship Date: **2025-09-10** | |

| | |
|---|---|
| PRIORITY MAIL® | $9.70 |
| Extra Services: | $3.95 |
| Fees: | $0.00 |
| Total: | $13.65 |

**From:**   ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

**To:**
SANTA CLARA SQUARE APARTMENTS (TIC)
3320 MONTGOMERY DR
SANTA CLARA CA 95054-2925

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

**UNITED STATES POSTAL SERVICE**

September 17, 2025

Dear A GJOVIK:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5006 0185 04**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 12, 2025, 4:22 pm |
| **Location:** | SANTA CLARA, CA 95054 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | D ZAM |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 0.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | 3320 MONTGOMERY DR |
| **City, State ZIP Code:** | SANTA CLARA, CA 95054-2925 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs ›

Tracking Number:

## 94108301093550006018504

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

Feedback

## Latest Update

Your item was delivered to an individual at the address at 4:22 pm on September 12, 2025 in SANTA CLARA, CA 95054. The item was signed for by D ZAM.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
Delivered, Left with Individual
SANTA CLARA, CA 95054
September 12, 2025, 4:22 pm

● Out for Delivery
SANTA CLARA, CA 95054
September 12, 2025, 6:10 am

● Arrived at Post Office
SANTA CLARA, CA 95050
September 12, 2025, 5:02 am

● Arrived at USPS Facility
SANTA CLARA, CA 95050
September 12, 2025, 4:48 am

● In Transit to Next Facility
September 12, 2025, 4:36 am

● Departed USPS Regional Facility

SAN JOSE CA DISTRIBUTION CENTER
September 12, 2025, 4:28 am

Arrived at USPS Regional Destination Facility

SAN JOSE CA DISTRIBUTION CENTER
September 12, 2025, 2:56 am

Arrived at USPS Facility

EAST BOSTON, MA 02128
September 11, 2025, 1:03 am

Departed USPS Regional Facility

BOSTON MA DISTRIBUTION CENTER
September 11, 2025, 12:41 am

Arrived at USPS Regional Origin Facility

BOSTON MA DISTRIBUTION CENTER
September 10, 2025, 9:22 pm

Accepted at USPS Origin Facility

BOSTON, MA 02118
September 10, 2025, 8:07 pm

Shipping Label Created, USPS Awaiting Item

BOSTON, MA 02118
September 10, 2025, 12:14 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**Proof of Delivery**                                                        ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

1
2
3
4
5
6
7
8
9
10

# EXHIBIT F:
## KHALIL/KALIL JENAB ET AL

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## RE: [EXT] FW: Notice of Intent to File Citizen Suit re: 3250 Scott Blvd, Santa Clara, California

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Tarantino, William F.<WTarantino@mofo.com> |
| Date | Wednesday, September 17th, 2025 at 3:47 PM |

Hello Mr. Tarantino,

Thank you for confirming. Note: Apple was served via Personal Service to CT Corp yesterday and I'm just waiting on the paperwork to be finalized by the process server.

I will keep an eye out for details from you regarding Personal Service to Mr. Jenab et al.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with [Proton Mail](#) secure email.

On Wednesday, September 17th, 2025 at 3:44 PM, Tarantino, William F. <WTarantino@mofo.com> wrote:

> Hello,
>
> Morrison & Foerster will represent Apple, Inc. although we do not have authority to accept service.
>
> In terms of the response date, I don't want to condition acceptance of service on a response date but I understand your request.   Let me see what our client wants to do in response and I will get back to you promptly.
>
> Regards,
>
> Bill Tarantino

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Wednesday, September 17, 2025 12:33 PM
**To:** Tarantino, William F. <WTarantino@mofo.com>
**Subject:** RE: [EXT] FW: Notice of Intent to File Citizen Suit re: 3250 Scott Blvd, Santa Clara, California

Hello Mr. Tarantino,

Understood MoFo now plans to represent Khalil/Kalil Jenab et al.

Can you please confirm if MoFo is also representing Apple? I'm still waiting on a response to my prior question on that matter.

As for the Waiver of Service, I appreciate your offer, however as I previously noted, I plan to file a Motion for Preliminary Injunction and view this matter as a public safety emergency, and thus allowing a sixty-day delay in filing a response is unacceptable to me.

For Jenab et al, would you be willing to agree to filing a response with the same timeline as normal Personal Service, while waiving Personal Service? If not, I will still need to conduct Personal Service due to the urgencin this matter and thus ask who I need to serve for Jenab et al, and where that service can take place.

I'm also attaching a courtesy digital summons/complaint package for you either way.

Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

On Wednesday, September 17th, 2025 at 3:23 PM, Tarantino, William F. <WTarantino@mofo.com> wrote:

> Ms. Gjovik:

Our firm will represent the landlord entities in this case.  To avoid the need for personal service,  please send the service package to me electronically and we will execute a [Waiver of Service of Summons](#) on their behalf.  Please communicate with us instead of Mr. Jenab going forward.  Thank you.

Regards,

Bill Tarantino

**William F. Tarantino**

Partner

[WTarantino@mofo.com](mailto:WTarantino@mofo.com)

T +1 (415) 268-6358

M +1 (415) 902-8553

Morrison Foerster

425 Market Street

San Francisco, CA 94105-2482



[mofo.com](#) | [LinkedIn](#) | [Twitter](#)

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Wednesday, September 17, 2025 9:13 AM
**To:** Kalil Jenab/USA <Kalil.Jenab@cushwake.com>
**Subject:** Re: Notice of Intent to File Citizen Suit re: 3250 Scott Blvd, Santa Clara, California



Thank you for the information, Mr. Jenab. Please note that I already spent $140 of funds from public fundraising on attempting to serve you at your office, per your prior email asking for Personal Service at your office. Now that you are changing the location for service, I have to purchase an entirely new order for the new address. The new order is underway.

**REQUEST**: Please confirm days/times when you expect to be home and will be available to receive Personal Service at 108 Sylvian Way, Los Altos, CA 94022. If you generally work from home and are around during the day, that should be sufficient information, as service will still depend on the server's own schedule as well. I will need you to be the one to accept service (not a family member or other person) as you are also the agent for non-individuals (LLCs, trusts, etc.).

Please also note that I have not ordered a service processor to attempt Personal Service at your at home and ABC Legal just also confirmed they have not tried to serve you at home for this matter. I did send Certified Mail to your home once prior (ie, sixty day notice), which may be what you're referring to.

-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

On Wednesday, September 17th, 2025 at 10:34 AM, Kalil Jenab/USA <Kalil.Jenab@cushwake.com> wrote:

> Ms Gjovik,

There was some confusion yesterday, as Cushman and Wakefield advised me that, while they agreed to accept the earlier notice you sent, they cannot accept service of legal process for me at their offices.   I believe your process server had already attempted to serve me at my home, which is an appropriate address.

108 Sylvian Way

Los Altos, CA 94022

Regards,

Kalil

Sent from my iPhone

Please excuse typos

> On Sep 16, 2025, at 1:41 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:



Mr. Jenab,

I spoke with a Cushman & Wakefield receptionist at your office (525 University Avenue, Suite 220, Palo Alto) where you previously designated you would receive service of the Summons/Complaint for this lawsuit.

The receptionist indicated that you are rarely physically present at that office. I notified her that it appears you are using that office location as a sort of "shield" in order to avoid service for this litigation, and apologized to her for any inconvenience to C&W if that is what is occurring.

I ask you again to either assist in coordinating this service to you at your office as you previously requested, or to provide a different location where you will actually receive service.

Of course you could also have an attorney file a notice of appearance for this lawsuit and waive service.


-Ashley


—

**Ashley M. Gjøvik**

**BS, JD, PMP**


Sent with Proton Mail secure email.


On Tuesday, September 16th, 2025 at 11:27 AM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Mr. Jenab,
>
>
> Service of the Summons and Complaint for this case was attempted at your office yesterday, where service was completed successfully in July 2025 and where you stated (below) you would receive service of the Summons and Complaint.
>
>
> The Process Server informed me that yesterday you refused service and were not being "cooperative." They said they spoke with you, your son, and the receptionist -- and that you would not accept service.
>
>
> Service is being reattempted at this location because this is where you stated you would receive service for this matter. If there is now a problem with this location, inform me of where and when you will receive service asap, and I will be requesting fees expended in the previous attempt.
>
>
> -Ashley
>
>
> —
>
> **Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with [Proton Mail](Proton Mail) secure email.

On Friday, August 29th, 2025 at 7:20 PM, Kalil Jenab/USA <[Kalil.Jenab@cushwake.com](Kalil.Jenab@cushwake.com)> wrote:

> I am the agent for Jenab Family LP.
>
> My work address works best.
>
> Best, Kalil
>
> Sent from my iPhone
>
> Please excuse typos
>
> > On Aug 29, 2025, at 3:30 PM, Ashley M. Gjøvik <[ashleymgjovik@protonmail.com](ashleymgjovik@protonmail.com)> wrote:
> >
> > 
> >
> > Hello,
> >
> > Thank you for the clarification, Mr. Jenab. I assume you are an agent of Jenab Family LP but I would appreciate your confirmation on that; and if not, for you to provide information as to who is and where they can be served. Otherwise, I will still plan to serve you at your office to ensure prompt service during business hours unless you would prefer to be served at home and can confirm a day you would be home to receive it. Either way, I would expect you to share the complaint and summons with the proper agent, if not you.
> >
> > I'm also adding what appears to be Apple's defense counsel for this matter (William Tarantino at MoFo), who just sent me a separate cryptic communication, but has not yet confirmed the information requested below. I also objected to Mr. Tarantino, and I capture that objection in this reply, that it seems highly improper for William Tarantino and MoFo to provide defense counsel for Defendant Apple Inc when Mr. Tarantino is named directly in the Notice and will also be named directly in the Complaint. Mr. Tarantino, can you please confirm who is retained as counsel for Apple for the litigation that will be commenced on 9/2/25, and if Apple has any modified requests for service?





| ⌄  SEND ME A MESSAGE  ⌄ |
| --- |

**LOCAL OFFICE:**

525 University Avenue
Suite 220
Palo Alto, California 94301
United States

Office: **+1 (408) 200-8800**

📧 **DOWNLOAD VCARD**

## About

Kalil Jenab is Vice Chairman and specializes in Tenant and Landlord representation in the Silicon Valley. With over 35 years of experience in Tenant and Landlord representation, he has closed over $3 Billion transactions in our local market. As a respected commercial real estate expert, he has successfully completed each transaction which required extensive canvassing of local market, employee commute pattern review, space programming, preparing RFPs to top contenders, financial analysis of responses, letter of intent negotiations, help finalizing deal terms and the lease, and assisting with the design and construction implementation.

Mr. Jenab is recognized as a consistent Cushman & Wakefield Top Producer and has been inducted to the Association of Silicon Valley Brokers Hall of Fame.

## Clients

• Dollinger Properties
• D.R. Stephens & Co.
• Eaton Corporation
• Elliott Laboratories
• Four Corners Properties

• Gahrahmat Properties
• GeoMax
• LBA Realty
• Lincoln Properties
• Orchard Partners
• Patsons Press
• PCCP
• Principal Real Estate Investors
• ProLogis
• PSAI Realty
• Pulte Home Corporation
• Sand Hill Property Company
• SiTime
• Spirent
• South Bay Development
• TA Associates Realty
• TMG Partners
• Washington Capital Management
• Whizz Systems, Inc.
• WIMM Labs
• Zenprise
• Zetta

## Assignments

*Significant Sale Transactions:*
• Robert Mondavi Distribution Ctr. - Arroyo & Coates, 500,000 square feet
• LBA Realty - Shindler Mattison, 450,000 square feet
• Unisys Corp. - Orchard Properties, 375,000 square feet
• Four Corners Properties, LLC - Equity Office Properties, 10 Building Portfolio, 301,593 square feet
• Adler Realty – South Bay Development, 227,600 square feet
• Carlyle – Adler Realty, 227,600 square feet
• TA Associates Realty - Nexus Equities, 117,739 square feet
• D.R. Stephens & Co. – South Bay Development, 117,504 square feet
• TA Associates Realty - Roeder Family Trust, 100,400 square feet
• Peery/Arrillaga - Jerry Ivy Property, 90,624 square feet
• Digital Realty Trust – James S. Lindsey, 85,169 square feet
• Great Oaks Investors/Sobrato - Adler Realty, 82,910 square feet
• Orchard Partners - Giffra Ranch, 82,602 square feet
• Four Corners Properties - South Bay Development, 82,278 square feet
• Sherwood Estates - Pacific Coast Capital Partners, 82,000 square feet
• Peng Family - D.R. Stephens & Co., 78,048 square feet
• D.R. Stephens & Co. - South Bay Development, 78,040 square feet
• AMB - TriLight Properties, LLC., 76,500 square feet
• e2v Aerospace and Defense - D.R. Stephens and Co., 67,760 square feet
• PSAI Realty - South Bay Development, 62,828 square feet
• Lincoln Properties - Lindsey Trust, 60,167 square feet

*Significant Lease Transactions:*
• At Road - VA Software Corp., 102,554 square feet
• Qualcomm - D.R. Stephens & Co., 96,780 square feet
• Metrotech Corp. - 5692 Eastgate, LLC., 65,289 square feet
• Align - James S. Lindsey, 57,344 square feet
• Picarro, Inc. – Dollinger Properties, 55,944 square feet

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**Ashley Gjovik** <ashleymgjovik@protonmail.com><br>**2108 N ST STE 4553**<br>**Sacramento, CA 95816** | *FOR COURT USE ONLY* |
|---|---|

TELEPHONE NO.: **415-964-6272**      FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  **ASHLEY M. GJOVIK**

| **United States Bankruptcy Court, Northern District of California** |
|---|
| STREET ADDRESS: **280 South First St. Room 3035** |
| MAILING ADDRESS: **280 South First St. Room 3035** |
| CITY AND ZIP CODE: **San Jose 95113** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **ASHLEY M. GJOVIK** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **Apple Inc; et al.** | **5:25-cv-07360-NC** |

| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**ENV-27534** |
|---|---|

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:

**Complaint; Summons; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; Standing Order; Civil Standing Order; NOTICE OF ASSIGNMENT; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

I attempted to serve      **Khalil Jenab individually and on behalf of Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust**

at the address of      **525 University Ave Ste 220, Palo Alto, CA 94301**

**BY FAX**

and was unable to effect service for the following reasons:

**9/15/2025 3:37 PM: I placed a phone call to number ending in 3428 resulting in refusal to cooperate. I spoke with Khalil Jenab individually and on behalf of Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust. The individual appeared to be a male contact.**
**9/15/2025 3:38 PM: I placed a phone call to number ending in 1804 resulting in refusal to cooperate. I spoke with Steven Jenab. The individual appeared to be a male contact.**
**9/15/2025 4:18 PM: I spoke with an individual who identified themselves as the receptionist and they stated subject unknown.  Receptionist stated I had to call anyone in the building and have them come down to accept deliveries. I suggest attempting residence at 108 Sylvian way.**
**9/15/2025 4:18 PM: I spoke with an individual who identified themselves as the person in charge and they stated subject unknown.  Receptionist stated I had to call anyone in the building and have them come down to accept deliveries. I suggest attempting residence at 108 Sylvian way.**

Fee for service: **$ 140.00**



REF: **ENV-27534**

**DECLARATION OF NON SERVICE**

Tracking #: **0186527629**



| PLAINTIFF/PETITIONER:  ASHLEY M. GJOVIK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Apple Inc; et al. | 5:25-cv-07360-NC |

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Jonathan Romeyn**
**PO BOX 25521, San Mateo, CA 94402**
**650-395-8351**
**San Mateo County, #503**

For:        **ABC Legal Services, LLC**
Registration #:  **6779**
County:     **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:   09/15/2025

_____
Jonathan Romeyn
(PRINTED NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

**BY FAX**

**DECLARATION OF NON SERVICE**

Tracking #: **0186527629**

REF: **ENV-27534**

