**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjøvik**, *an individual*, | **Case No. 25-CV-07360-PCP** |
| **Plaintiff**, | **The Honorable Judge P. Casey Pitts** |
| vs. | |
| **Apple Inc.**, *a corporation*, | **Environmental Citizen Suit; & Public Nuisance** |
| **City of Santa Clara**, *a local government*, | **Certificate of Service Part III: Stipulated Service Between Plaintiff and Defendants K. Jenab et al.** |
| **Mr. Kalil/Khalil Jenab** *individually,* & as *Agent/Member/Manager* of: **Jenab Family LP, Jenab Family Ventures LLC**, & as *Trustee/Agent* of: **The Jenab Family Trust**, | |
| **Defendants**. | |

# CERTIFICATE OF SERVICE III:
## STIPULATED SERVICE OF JENAB ET AL

1. Plaintiff and counsel for the Defendants Mr. Kalil/Khalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and The Jenab Family Trust, ("Defendants"), hereby agree to stipulate to completion of Personal Service of the Summons, Complaint, and supporting documents for case 25-CV-07360.

2. Defendants authorized Morrison & Foerster LLP to accept electronic mail service of the Summons, Complaint, and supporting documents on Sept. 18 2025.

3. Defendants offered and agree that this digital service will be treated as if it were paper Personal Service and be deemed complete on September 18, 2025, with the Rule 12(a)(1)(A)(i) 21 day timeline for filing an answer or asserting defenses by motion.

4. The Parties make this agreement in good faith, due to the unsuccessful prior attempts at paper Personal Service of these Defendants, and in order to reduce expenses and conserve resources.

5. Nothing in this agreement waives any other rights of the parties and all parties reserve all other rights.

6. Defendants' expressly reserve their right to request an extension from the Court for additional time to respond to the Complaint, following good faith meet and confer with the Plaintiff.

7. Plaintiff declares she filed two prior Certificates of Service for case 25-CV-07360- at Dkt. 10 and 14, and believes this third Certificate of Service now completes required service upon all named Defendants, and required and/or courtesy service upon government agencies.

Respectfully filed,

**/s/ William F. Tarantino**
Morrison & Foerster LLP
Counsel for Defendants Khalil Jenab, Jenab Family LP,
Jenab Family Ventures LLC, and The Jenab Family Trust
Sept. 19 2025


**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Sept. 19 2025

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428