WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
T: (415) 268-7000 / F: (415) 268-7522

JULIE Y. PARK [SBN 259929]
Juliepark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
T: (858) 720-5100 / F: (858) 720-5125

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>  Plaintiff,<br><br> v.<br><br>APPLE INC. ET AL,<br><br>  Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Courtroom: 5<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

1       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc.
2   ("Apple") discloses that it has no parent corporations and that no publicly held corporation holds
3   10% or more of Apple's stock.
4       Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no
5   conflict or interest (other than the named parties) to report.

8   Dated:  September 23, 2025          MORRISON & FOERSTER LLP

10                                             By:  */s/ William F. Tarantino*
                                                 William F. Tarantino

                                           *Attorneys for Defendant*
                                           APPLE INC.