1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley M. Gjovik, <br> Plaintiff(s), <br> v. <br> Apple, Inc., et al., <br> Defendant(s). | Case No. 5:25-cv-07360-NC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Svend Brandt-Erichsen**, an active member in good standing of the bar of **Washington State**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **City of Santa Clara** in the above-entitled action. My local co-counsel in this case is **Brendan F. Macaulay**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **162313**.

| | |
|---|---|
| 719 Second Avenue, Suite 1200 <br> Seattle, WA 98104 <br> MY ADDRESS OF RECORD | 50 California Street, 34th Floor <br> San Francisco, CA 94111 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206.395.7630 <br> MY TELEPHONE # OF RECORD | 415.398.3600 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sbrandterichsen@nossaman.com <br> MY EMAIL ADDRESS OF RECORD | bmacaulay@nossaman.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **23923**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: September 24, 2025                                   _____
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Svend Brandt-Erichsen  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# CURRENT STATUS CERTIFICATE

September 16, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Svend A. Brandt-Erichsen**, license no. **23923** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **July 21, 1994.**

As of the date of this certificate, Mr. Svend A. Brandt-Erichsen is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA