UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ashley M. Gjovik,

Plaintiff(s),

v.

Apple, Inc., et al.,

Defendant(s).

Case No. 5:25-cv-07360-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Seely, an active member in good standing of the bar of Alaska, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Santa Clara in the above-entitled action. My local co-counsel in this case is Brendan F. Macaulay, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 162313.

| 719 Second Avenue, Suite 1200<br>Seattle, WA 98104 | 50 California Street, 34th Floor<br>San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206.395.7630 | 415.398.3600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jseely@nossaman.com | bmacaulay@nossaman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 63021.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: September 25, 2025                                 _____
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jennifer Seely  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Jennifer Seely** was admitted to the Alaska Bar Association and to the practice of law in Alaska in March of 2022, and is presently an Active member in good standing of the Alaska Bar Association.

Dated September 16, 2025.

ALASKA BAR ASSOCIATION

*Marissa [signature]* for Danielle Bailey
Executive Director

840 K Street, Suite 100 • Anchorage, Alaska 99501-3353
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org