WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
T: (415) 268-7000 / F: (415) 268-7522

JULIE Y. PARK [SBN 259929]
Juliepark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130-3588
T: (858) 720-5100 / F: (858) 720-5125

Attorneys for Defendant
APPLE INC., KALIL JENAB, JENAB FAMILY LP,
JENAB FAMILY VENTURES LLC, and JENAB
FAMILY TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>                Plaintiff,<br><br>       v.<br><br>APPLE INC. ET AL,<br><br>                Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, AND JENAB FAMILY TRUST'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Courtroom: 8<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust (the "Jenab Defendants") disclose that they have no parent corporations and that no publicly held corporation holds 10% or more of the Jenab Defendants' stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: September 25, 2025

MORRISON & FOERSTER LLP

By: /s/ William F. Tarantino
    William F. Tarantino

*Attorneys for Defendants*
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST