| | |
|---|---|
| 1 | WILLIAM F. TARANTINO [SBN 215343] |
| 2 | WTarantino@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, CA  94105-2482 |
| 4 | T: (415) 268-7000 / F: (415) 268-7522 |
| 5 | JULIE Y. PARK [SBN 259929] |
| 6 | Juliepark@mofo.com<br>MORRISON & FOERSTER LLP |
| 7 | 12531 High Bluff Drive, Suite 200<br>San Diego, CA  92130-3588 |
| 8 | T: (858) 720-5100 / F: (858) 720-5125 |
| 9 | Attorneys for Defendant<br>APPLE INC., KALIL JENAB, JENAB FAMILY LP. |
| 10 | JENAB FAMILY VENTURES LLC, and JENAB<br>FAMILY TUST. |
| 11 | |
| 12 | ASHLEY GJOVIK, JD<br>In Propria Persona |
| 13 | 2108 N St. Ste. 4553<br>Sacramento, CA, 95816 |
| 14 | legal@ashleygjovik.com<br>(408) 883-4428 |
| 15 | Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC. ET AL,<br><br>　　　　Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**STIPULATION TO ENLARGE DEFENDANTS APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, AND JENAB FAMILY TRUST'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Courtroom:  8<br>Judge:  Hon. P. Casey Pitts<br><br>Action Filed:  September 2, 2025<br>Trial Date:  TBD |

STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT
CASE NO. 5:25-CV-07360-PCP

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Defendants Apple Inc. ("Apple"), Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust (collectively, the "Jenab Defendants," and together with Apple, "Defendants") and Plaintiff Ashley Gjovik ("Plaintiff"), hereby stipulate as follows:

WHEREAS, Apple was served with the Complaint on September 16, 2025, and the Jenab Defendants were served with the Complaint on September 18, 2025;

WHEREAS, under Federal Rule of Civil Procedure 12, Apple's deadline to respond to the Complaint is October 7, 2025, and the Jenab Defendants' deadline to respond to the Complaint is October 9, 2025;

WHEREAS, the parties have agreed that the deadline for Defendants to respond to the Complaint shall be extended to and including November 7, 2025;

WHEREAS, an extension to and including November 7, 2025 will allow Defendants time to analyze the complex issues of fact and law raised by the Complaint and prepare a diligent response;

WHEREAS, the extension of time for Defendants to respond to the Complaint will not alter the date of any event or deadline fixed by the Court, will promote judicial economy, and is the first extension requested in this case;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Defendants' deadline to respond to Plaintiff's Complaint shall be extended to and including November 7, 2025.

Dated: September 25, 2025                          MORRISON & FOERSTER LLP

                                                   By: /s/ William F. Tarantino
                                                       William F. Tarantino

                                                   *Attorneys for Defendants*
                                                   APPLE INC., KALIL JENAB, JENAB
                                                   FAMILY LP, JENAB FAMILY
                                                   VENTURES LLC, AND JENAB
                                                   FAMILY TRUST

1  Dated: September 25, 2025                      By:  /s/ Ashley M. Gjovik
2                                                      **Ashley M. Gjovik**
                                                       *Pro Se Plaintiff*

**ECF ATTESTATION**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley M. Gjovik has concurred in this filing.

Dated: September 25, 2025                    MORRISON & FOERSTER LLP

                                             By: /s/ William F. Tarantino
                                                 William F. Tarantino

                                             *Attorneys for Defendants*
                                             APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, AND JENAB FAMILY TRUST