WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a corporation, CITY OF SANTA CLARA, a local government, MR. KALIL/KHALIL JENAB, individually & as Agent/Member/Manager of: JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, & as Truste/Agent of: THE JENAB FAMILY TRUST,<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: December 18, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8 – 4th Floor<br>Judge: Honorable P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

I, WILLIAM F. TARANTINO, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. I make this declaration in support of Apple's Motion to Dismiss the Complaint. I have personal knowledge of the facts set forth below based on my review of federal dockets, the referenced government websites and social media platforms, and, if called as a witness, could testify competently about them.

1. Attached hereto as **Exhibit A** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; and Denying Plaintiff's Motion to Amend" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 27, 2025), ECF No. 179.

2. Attached hereto as **Exhibit B** is a true and correct copy of the document titled "Order Denying Plaintiff's Motion to Disqualify" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 24, 2025), ECF No. 175.

3. Attached hereto as **Exhibit C** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; and granting Plaintiff's Motion to Strike" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Oct. 1, 2024), ECF No. 112.

4. Attached hereto as **Exhibit D** is a true and correct copy of the document titled "First Amended Complaint With Exhibits" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-CRB (N.D. Cal. Oct. 25, 2023), ECF No. 17.

5. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit A to the document titled "Notice of Chapter 7 Trustee's Intent to Abandon Claims" from the docket of *Ashley Marie Gjovik*, Case No. 1:25-bk-11496 (Bankr. D. Mass. Oct. 24, 2025), ECF No. 47-1.

6. Attached hereto as **Exhibit F** is a true and correct copy of the document titled "Consent Agreement and Final Order Pursuant to 40 C.F.R. Sections 22.13 and 22.18," filed October 27, 2025, available at: https://yosemite.epa.gov/oa/rhc/epaadmin.nsf/Filings/276A7C42428D5A4885258D310021678C/

1  $File/Apple%20Inc.%20(RCRA-09-2026-0006)%20-%20Filed%20CAFO.pdf (last visited Nov. 7, 2025).

7. Attached hereto as **Exhibit G** is a true and correct copy of the document titled "n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination," Document ID EPA-HQ-OPPT-2016-0743-0145, available at https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0743-0145 [https://perma.cc/4JLS-TQJ7] (last visited November 7, 2025).

8. Attached hereto as **Exhibit H** is a true and correct copy of the "classic view" of Apple's public TRI Facility Report, available at https://enviro.epa.gov/enviro/tris_control_v2.tris_print?pPrev=1&tris_id=95051NTRSL3250S [https://perma.cc/BY3A-8VXY] (last visited Nov. 7, 2025).

9. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot of an August 16, 2025 post on X.com (fka Twitter) by user @ashleygjovik, available at https://x.com/ashleygjovik/status/1956792204200235282?t=Bai-pImGgYJXydJyMSbg-g&s=19 [https://perma.cc/XUH3-MRBU] (last visited Nov. 7, 2025). I have accessed this social media account, and based my review of her posts, the username, content, and profile photo, I understand that Plaintiff controls this account and authored this post.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of November, 2025, at San Francisco, California.

By: */s/ William F. Tarantino*
　　　William F. Tarantino

Tarantino Decl. ISO Apple's Motion to Dismiss
Case No. 5:25-cv-07360-PCP
MF-364245270

2