# Exhibit H



**Related Topics:**

- Envirofacts <../>

Home | Multisystem Search | Topic Searches <https://www.epa.gov/enviro/topic-searches> | System Data Searches <https://www.epa.gov/enviro/system-data-searches> | About the Data <https://www.epa.gov/enviro/about-data> | Data Downloads <https://www.epa.gov/enviro/data-downloads> | Widgets <https://www.epa.gov/enviro/widgets> | Services <https://www.epa.gov/enviro/web-services> | Mobile <https://www.epa.gov/enviro/uv-index-mobile-app> | Other Datasets <https://www.epa.gov/enviro/other-datasets>

Envirofacts Report

Query executed on NOV-06-2025
Results are based on data extracted on SEP-17-2025

---

Click on "View Facility Information" to view EPA Facility information for the facility.

| Facility Name: | APPLE INC | Mailing Name: | APPLE INC - SB01 | | |
|---|---|---|---|---|---|
| Address: | 3250 SCOTT BLVD SANTA CLARA CA 95054 | Mailing Address: | 3250 SCOTT BLVD.SANTA CLARA CA 95051 | | |
| County: | SANTA CLARA | Region: | 9 | | |
| Facility Information: | View Facility Information | TRI ID: | 95051NTRSL3250S | DUNS Number: | 060704780 |
| | | FRS ID | 110001168254 | | |
| Latitude: | 37.37963 | Longitude: | -121.9717 | | |
| Public Contact: | TOM HUYNH | Phone: | 4085950947 | | |
| Assigned Public Contact: | TOM HUYNH | | | | |
| Parent Company: | No US Parent | Standardized Parent Company: | NA | Parent DUNS: | |
| BIA Tribal Code: | | Tribe: | | | |

***Starting with Reporting Year 2006, TRI Facilities began reporting NAICS codes, instead of SIC codes, to identify their Primary Business Activities.***

**NAICS Codes for 2020**

| NAICS CODE | PRIMARY | NAICS DESCRIPTION |
|---|---|---|
| 334111 | YES | Electronic Computer Manufacturing |

***The above information comes from 2020, which was the last year NAICS code data was reported for this facility. The earliest NAICS code data on file for this facility was reported in 1987.***

**Industry Code for 2020**

| INDUSTRY CODE | INDUSTRY DESCRIPTION |
|---|---|
| 334 | Computers and Electronic Products |

Map this facility

Map this facility using one of Envirofact's mapping utilities.

*Besides TRI, this facility also does the following:*

- handles hazardous waste

More information about these additional regulatory aspects of this facility can be found by pressing the other regulatory data button below.

Other Regulatory Data

### Total Aggregate Releases of TRI Chemicals to the Environment:

*For all releases estimated as a range, the mid-point of the range was used in these calculations. This table summarizes the releases reported by the facility.* ***NR*** *- signifies nothing reported by this facility for the corresponding medium.*

**Total Aggregate Releases of TRI Chemicals excluding Dioxin and Dioxin-like Compounds (Measured in Pounds)**

| Media | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Air Emissions** | 260.17 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| **Surface Water Discharges** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| **Releases to Land** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| **Underground Injection** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Total On-Site Releases | 260.17 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Transfer Off-Site to Disposal** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Total Releases | 260.17 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

Graphic Summary of this Table

**Total Aggregate Releases of Dioxin and Dioxin-like Compounds**
**(Measured in Grams)**

| Media | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Air Emissions** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| **Surface Water Discharges** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| **Releases to Land** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| **Underground Injection** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| Total On-Site Releases | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| **Transfer Off-Site to Disposal** | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |
| Total Releases | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | |

---

**TRI Chemicals Reported on Form A:**

*Please note that there were no chemicals reported on Form A for this facility*

---

**NOTE:**
*All chemicals reported below have release or transfer amounts greater than zero. To see a list of all chemicals reported by this facility click here* .

---

### Names and Amounts of Chemicals Released to the Environment by Year.

*For all releases estimated as a range, the mid-point of the range was used in these calculations.* ***NR*** *- signifies nothing reported for this facility by the corresponding medium. Rows with all "0" or "NR" values were not listed.*

| Chemical Name | Media | Unit Of Measure | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Freon 113 (CFC-113) (TRI Chemical ID: 0000076131) | AIR FUG | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Freon 113 (CFC-113) (TRI Chemical ID: 0000076131) | AIR STACK | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Hydrochloric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) (TRI Chemical ID: 0007647010) | AIR STACK | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Hydrogen fluoride (TRI Chemical ID: 0007664393) | AIR STACK | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| N-Methyl-2-pyrrolidone (TRI Chemical ID: 0000872504) | AIR STACK | Pounds | 260.17 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Phosphoric acid (TRI Chemical ID: 0007664382) | AIR FUG | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| Phosphoric acid (TRI Chemical ID: 0007664382) | AIR STACK | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) (TRI Chemical ID: 0007664939) | AIR FUG | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) (TRI Chemical ID: 0007664939) | AIR STACK | Pounds | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

---

**Discharge of Chemicals into Streams or Bodies of Water:**

*Please note that either there were no releases of chemicals into streams or bodies of water reported by this facility or the facility did not file a TRI form R for the years 1987 to 2020. Rows with Release Amount equal to "0" were not listed.*

---

**Transfer of Chemicals to Off-Site Locations other than POTWs:**

*For all releases estimated as a range, the mid-point of the range was used in these calculations. Rows with Total Transfer Amount equal to "0" were not listed.*

| Chemical Name | Year | Unit Of Measure | Total Transfer Amount | Transfer Site Name and Address | Type Of Waste Management |
|---|---|---|---|---|---|
| Freon 113 (CFC-113) (TRI Chemical ID: 0000076131) | 1988 | Pounds | 25080 | ROMIC CHEMICAL CORP. 2081 BAY RD. EAST PALO ALTO, CA 94303 | Other Waste Treatment |
| Freon 113 (CFC-113) (TRI Chemical ID: 0000076131) | 1987 | Pounds | 4625 | ROMIC CORPORATION 2081 BAY ROAD PALO ALTO, CA 94303 | Incineration/Thermal Treatment |

| | | | | | |
|---|---|---|---|---|---|
| Hydrogen fluoride<br>(TRI Chemical ID: 0007664393) | 1988 | Pounds | 3670 | UNITED STATES POLLUTION, CONTROL INC.<br>I-80(85 MILES WEST OF SALT, LAKE CITY)<br>CLIVE, UT 84029 | Solidification/Stabilization |
| N-Methyl-2-pyrrolidone<br>(TRI Chemical ID: 0000872504) | 2020 | Pounds | 7802 | CLEAN HARBORS ARAGONITE, LLC<br>11600 N APTUS ROAD<br>ARAGONITE, UT 84029 | Incineration/Thermal Treatment |
| N-Methyl-2-pyrrolidone<br>(TRI Chemical ID: 0000872504) | 2020 | Pounds | 3787.48 | VEOLIA ES TECHNICAL SOLUTIONS LLC<br>1704 W FIRST ST<br>AZUSA, CA 91702 | Transfer to Waste Broker-Was Treatment |
| N-Methyl-2-pyrrolidone<br>(TRI Chemical ID: 0000872504) | 2020 | Pounds | 3153.34 | CLEAN HARBORS EL DORADO, LLC<br>309 AMERICAN CIRCLE<br>EL DORADO, AR 71730 | Incineration/Thermal Treatment |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size)<br>(TRI Chemical ID: 0007664939) | 1991 | Pounds | 750 | SOLVENT SERVICES INC.<br>1021 BERRYESSA RD.<br>SAN JOSE, CA 95133 | Wastewater Treatment (Excluding POTW) |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size)<br>(TRI Chemical ID: 0007664939) | 1990 | Pounds | 750 | SOLVENT SERVICES INC.<br>1021 BERRYESSA RD.<br>SAN JOSE, CA 95133 | Wastewater Treatment (Excluding POTW) |

---

### Summary of Waste Management Activities

*Please note that chemical amounts shown here are not included in Total Aggregate Releases shown above.*

**Summary of Waste Management Activities excluding Dioxin and Dioxin-like Compounds**
**(Measured in Pounds)**

| Year | On-Site Recycling | Off-Site Recycling | On-Site Energy Recovery | Off-Site Energy Recovery | On-Site Treatment | Off-Site Treatment | Total Amou |
|---|---|---|---|---|---|---|---|
| 2019 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2020 | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |
| 2021 (Projected) | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |
| 2022 (Projected) | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |

**Summary of Waste Management Activities for Dioxin and Dioxin-like Compounds**
**(Measured in Grams)**

*This facility did not report any waste management activities for Dioxin and Dioxin-like Compounds.*

---

### Chemicals Under Waste Management:

*Please note that chemical amounts shown here are not included in the Total Aggregate Releases shown above. Transfers to Publicly Owned Treatment Works are listed on a separate table.*

| Chemical Name | Year | Unit Of Measure | On-Site Recycling | Off-Site Recycling | On-Site Energy Recovery | Off-Site Energy Recovery | On-Site Treated | Off-Site Treated | Total Amou |
|---|---|---|---|---|---|---|---|---|---|
| N-Methyl-2-pyrrolidone | 2019 | Pounds | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 2020 | Pounds | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |
| | 2021 (Projected) | Pounds | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |
| | 2022 (Projected) | Pounds | 0 | 0 | 0 | 0 | 2341.51 | 14742.82 | 17084 |

---

### Publicly Owned Treatment Works (POTW) that Chemicals were Transferred to in 2011 and after:

*This facility did not transfer any chemicals to a Publicly Owned Treatment Works (POTW) in 2011 and after.*

---

### Publicly Owned Treatment Works (POTW) that Chemicals were Transferred to PRIOR to 2011:

*Prior to reporting year 2011, TRI only required facilities to report a total for all transfers of a chemical to one or more POTWs. In cases where a facility transferred waste to more than one POTW, it was not possible to list the quantities transferred to the individual POTWS. Displayed below is the history of POTW transfers prior to 2011 showing the chemical, year and POTW Name and Address. For all releases estimated as a range, the mid-point of the range was used in these calculations. Rows with Total Transfer Amount equal to "0" were not listed.*

| Chemical Name | Year | Unit Of Measure | Total Transfer Amount |
|---|---|---|---|
| Phosphoric acid | 1987 | Pounds | 2 |
| Phosphoric acid | 1989 | Pounds | 2 |
| Sodium hydroxide (solution) | 1987 | Pounds | 2 |
| Sodium hydroxide (solution) | 1988 | Pounds | 27 |
| Sodium sulfate (solution) | 1987 | Pounds | 2083 |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1989 | Pounds | 2 |

| Chemical Name | Year | POTW Name and Address |
|---|---|---|
| Freon 113 (CFC-113) | 1987 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |

| | | |
|---|---|---|
| Freon 113 (CFC-113) | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Freon 113 (CFC-113) | 1990 | NA<br>, |
| Hydrochloric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Hydrogen fluoride | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Phosphoric acid | 1987 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Phosphoric acid | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Phosphoric acid | 1989 | SAN JOSE/SANTA CLARA WATER, POLLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sodium hydroxide (solution) | 1987 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sodium hydroxide (solution) | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sodium sulfate (solution) | 1987 | SAN JOSE /SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1988 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |

| | | |
|---|---|---|
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1989 | SAN JOSE/SANTA CLARA WATER, POLLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1990 | SAN JOSE/SANTA CLARA WATER, POLLUTION CONTROL PLANT<br>700 LOS ESTEROS<br>SAN JOSE, CA 95134 |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 1991 | NA<br>, |

**Non Production Releases:**

*This facility did not report any Non-Production releases.*

**Additional Source Reduction and Pollution Prevention Data:**

*This facility did not report any additional source reduction and pollution prevention data.*

**Additional links for TRI:**

*This information resource is not maintained, managed, or owned by the Environmental Protection Agency (EPA) or the Envirofacts Support Team. Neither the EPA nor the Envirofacts Support Team is responsible for their content or site operation. The Envirofacts Warehouse provides this reference only as a convenience to our Internet users.*

- National Library of Medicine (NLM) TOXMAP EXIT Disclaimer <http://www.epa.gov/epahome/exitepa.htm> .