# Exhibit K



**Ashley M. Gjøvik** @ashleygjovik · Aug 16

Are you around Santa Clara today (8/16)? Join us for the rally &/or sign the petition! chng.it/dmby4J6xdm.

We now have official ok from the city police & park dept – just keep to public areas & don't block sidewalks or streets.

See you on soon! Let's shut this dump down.

 **Ashley M. Gjøvik** @ashleygjovik · Aug 8

Do you think its a good idea for Apple to do illegal semiconductor fab ~500ft from hundreds of apartments, two parks, a Whole Foods, yoga studio, & a children's playground?  If you answered "no, I don't think that's a good idea" please sign my petition: chng.it/dmby4J6xdm



**Shut Down Apple's Deadly Semiconductor Fabrication Next to Apartments & Playgrounds**

**Sign Petition**                    **change.org**

💬 1          ⟲ 3          ♡ 7          ᴫ 15K          🔖   ⬆

 **Ashley M. Gjøvik**
@ashleygjovik

Note so no let down – I'm unfortunately too broke to travel, so I wont' be there, but I'll be video calling in midway from Boston! My friend Steve will be leading and he's awesome! Please go & show Apple that people won't tolerate their reckless dumping.

2:56 PM · Aug 16, 2025 · **314** Views

                     3