WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 25-cv-07360-PCP<br><br>**DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, AND JENAB FAMILY TRUST'S MOTION TO DISMISS**<br><br>Date: December 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: September 5, 2025<br>Trial Date: TBD |

I, William F. Tarantino, do hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendants Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust. I make this declaration in support of Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust's Motion to Dismiss the Complaint. I have personal knowledge of the facts set forth below based on my review of federal dockets, the referenced government websites and social media platforms, and, if called as a witness, could testify competently about them.

2. Attached as **Exhibit A** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; and Denying Plaintiff's Motion to Amend" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 27, 2025), ECF No. 179.

3. Attached as **Exhibit B** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; and granting Plaintiff's Motion to Strike" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Oct. 1, 2024), ECF No. 112.

4. Attached as **Exhibit C** is a true and correct copy of the document titled "First Amended Complaint With Exhibits" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-CRB (N.D. Cal. Oct. 25, 2023), ECF No. 17.

5. Attached as **Exhibit D** is a true and correct copy of the document titled "n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination," Document ID EPA-HQ-OPPT-2016-0743-0145, available at https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0743-0145 [https://perma.cc/4JLS-TQJ7] (last visited November 7, 2025).

6. Attached as **Exhibit E** is a true and correct copy of the "classic view" of Apple's public TRI Facility Report, available at https://enviro.epa.gov/enviro/tris_control_v2.tris_print?pPrev=1&tris_id=95051NTRSL3250S [https://perma.cc/BY3A-8VXY] (last visited Nov. 7, 2025).

7. Attached as **Exhibit F** is a true and correct copy of a screenshot of an August 16, 2025 post on X.com (fka Twitter) by user @ashleygjovik, available at https://x.com/ashleygjovik/status/1956792204200235282?t=Bai-pImGgYJXydJyMSbg-g&s=19 [https://perma.cc/XUH3-MRBU] (last visited Nov. 7, 2025). I have accessed this social media account, and based my review of her posts, the username, content, and profile photo, I understand that Plaintiff controls this account and authored this post.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of November, 2025, at San Francisco, California.

By: */s/ William F. Tarantino*
William F. Tarantino