# Exhibit F

Reply

 **Ashley M. Gjøvik** @ashleygjovik · Aug 16                                    Ø  ···
Are you around Santa Clara today (8/16)? Join us for the rally &/or sign the
petition! chng.it/dmby4J6xdm.

We now have official ok from the city police & park dept – just keep to
public areas & don't block sidewalks or streets.

See you on soon! Let's shut this dump down.

>  **Ashley M. Gjøvik** @ashleygjovik · Aug 8
> Do you think its a good idea for Apple to do illegal semiconductor fab
> ~500ft from hundreds of apartments, two parks, a Whole Foods, yoga
> studio, & a children's playground?  If you answered "no, I don't think
> that's a good idea" please sign my petition: chng.it/dmby4J6xdm
>
> 
>
> **Shut Down Apple's Deadly Semiconductor Fabrication Next to Apartments & Playgrounds**
>
> **Sign Petition**                              change.org

💬 1                    ↺ 3                    ♡ 7                    ᴵˡ 15K                    🔖  ⬆

 **Ashley M. Gjøvik**                                                   Ø  ···
@ashleygjovik

Note so no let down – I'm unfortunately too broke to travel, so I wont' be
there, but I'll be video calling in midway from Boston! My friend Steve will
be leading and he's awesome! Please go & show Apple that people won't
tolerate their reckless dumping.

2:56 PM · Aug 16, 2025 · **314** Views

                                         3