SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 2203018)
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
NOSSAMAN LLP
50 CALIFORNIA STREET, 34TH FLOOR
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a corporation, CITY OF SANTA CLARA, a local government, MR. KALIL/KHALIL JENAB, individually, & as Agent/Member/Manager of: JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, & as Trustee/Agent of: THE JENAB FAMILY TRUST,<br><br>Defendants. | Case No:   5:25-cv-07360-PCP<br><br>**DEFENDANT CITY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION** |

1  Under Rule 15(a), amendment of a complaint requires consent of the defendant or leave of the court if more than 21 days have passed since a Rule 12 motion was filed.  Fed. R. Civ. P. 15(a). Here, more than 21 days have passed since the City's motion was filed.  City's Motion to Dismiss, ECF 29 (October 8, 2025). Accordingly, the City's consent or leave of the Court is required before the plaintiff may file her complaint. Fed. R. Civ. P. 15(a).  The City's counsel has indicated to Ms. Gjøvik that the City is likely to give its consent, but wishes to see the amended complaint before doing so.  If she prefers to seek leave from the court to file an amended complaint before allowing the City to review, the City is prepared to promptly respond after the amended complaint is filed.

The City concurs that its pending Motion to Dismiss would have to be refiled if the plaintiff is allowed to amend her complaint.  Accordingly, the City also concurs that, if and when an amended complaint is filed, the City is required to respond to the amended complaint in accordance with Rule 15.  In light of Plaintiff's stated intent to seek amendment before November 20, the City also does not object to postponing the November 20 argument on its pending Rule 12(b) motion to dismiss.

DATED:  November 13, 2025

NOSSAMAN LLP
SVEND BRANDT-ERICHSEN
BRENDAN F. MACAULAY
JENNIFER J. SEELY

By: */s/ Svend Brandt-Erichsen*
    Svend Brandt-Erichsen
    sbrandterichsen@nossaman.com
    *Pro Hac Vice*
    Jennifer Seely
    jseely@nossaman.com
    *Pro Hac Vice*
    NOSSAMAN LLP
    719 Second Avenue, Suite 120
    Seattle, WA 98104
    Telephone: 206.395.7630
    Facsimile: 206.257.0780

    Brendan F. Macaulay
    CA Bar # 162313
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Telephone:    415.398.3600
    Facsimile:    415.398.2438
    bmacaulay@nossaman.com
    *Attorneys for Defendant City of Santa Clara*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2025, I electronically filed the foregoing **DEFENDANT CITY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*