**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK,**<br>*an individual*,<br><br>    **PLAINTIFF**,<br><br>    **vs.**<br><br>**APPLE INC.,**<br>*a corporation,*<br><br>**CITY OF SANTA CLARA,**<br>*a local government*,<br><br>**MR. KALIL/KHALIL JENAB**<br>*individually,* & as<br>*Agent/Member/Manager* of:<br>**JENAB FAMILY LP,**<br>**JENAB FAMILY VENTURES LLC,**<br>& as *Trustee/Agent* of:<br>**THE JENAB FAMILY TRUST,**<br><br>    **DEFENDANTS**. | **CASE 5-CV-07360-PCP**<br><br>**COMPLAINT**<br><br>**EXHIBIT B:**<br>**PROOF OF SERVICE OF**<br>**SIXTY-DAY NOTICE OF**<br>**CITIZEN SUIT**<br><br><br>**ENVIRONMENTAL**<br>**CITIZEN SUIT** |

Ashley M. Gjøvik, JD
*In Propria Persona*

# U.S. Environmental Protection Agency

## SIXTY-DAY NOTICE OF INCOMING CITIZEN SUIT

## DECLARATION AND PROOF OF SERVICE

| | |
|---|---|
| **Ashley M. Gjøvik,** *an individual*, | **Sixty Day Notice** <br> **Proof of Service** |
| **Plaintiff,** | **Service Complete:** <br> **July 1 2025** |
| vs. | **Clean Air Act,** <br> 42 U.S.C. § 7604 |
| **Apple Inc.,** *a corporation,* | **Resource Conservation &** <br> **Recovery Act,** <br> 42 U.S.C. § 6972 |
| **Santa Clara,** *a city,* | **Clean Water Act,** <br> 33 U.S.C. § 1365 |
| | **Emergency Planning and** <br> **Community Right-to-Know** <br> **Act (EPCRA),** <br> 42 U.S.C. § 11046 |
| **Mr. Kalil Jenab** <br> and/or **Cushman & Wakefield** | **Toxic Substances Control** <br> **Act (TSCA),** <br> 15 U.S.C. § 2619 |
| **Defendants.** | **California Public Nuisance** <br> **Cal. Civ. Code 3491** |

**Ashley M. Gjøvik, JD** *In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA 95816
(408) 883 -4428
legal@ashleygjovik.com

# Declaration Of Service
# of Sixty-Day Notice of Citizen Suit

I, Ashley M. Gjøvik, declare:

## BACKGROUND AND STATUTORY REQUIREMENTS

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2. On June 30, 2025, I served a Sixty-Day Notice of Intent to Sue under the Clean Air Act (42 U.S. C. § 7604), Resource Conservation and Recovery Act (42 U.S. C.§ 6972), Clean Water Act (33 U.S. C. § 1365 ), Emergency Planning and Community Right-to-Know Act (42 U.S.C. § 11046), and Toxic Substances Control Act (15 U.S. C. § 2619 ).

3. Due to inconsistent service requirements across these five federal environmental statutes, I had elected to serve U.S. EPA headquarters, Region 9, and all parties via certified mail to ensure compliance with the most stringent requirements, with additional personal service for the corporate defendant due to prior service avoidance issues.

4. Due to multiple issues with certified mail service (as noted below and in prior communications), additional service attempts were made and completed via personal service and Priority Mail with signature service.

5. This service on U.S. EPA HQ and Region 9 provides receipts of completed service to all required agencies and parties, which are attached with sworn declaration.p

6. Unless otherwise arranged with U.S. Dept. of Justice, or unless the plant is shut down prior, the Citizen plans to file this lawsuit in the U.S. District Court in San Jose on Sept 1. 2025.

# SERVICE ON U.S. ENVIRONMENTAL PROTECTION AGENCY

## A. EPA Headquarters (Notice)

- **Method**: Certified Mail, Tracking No. 9589071052702027293400
- **Addressed to:** U.S. Environmental Protection Agency, Office of the Administrator, 1200 Pennsylvania Avenue, 1101A, N.W., Washington, D.C. 20460
- **Mailed:** June 30, 2025
- **Delivered:** July 9, 2025 at 8: 31 AM (front desk/reception/ mail room)

## B. EPA Headquarters (Receipts)

- **Method**: Personal Service
  - **Addressed to:** U.S. Environmental Protection Agency, Office of the Administrator, 1200 Pennsylvania Avenue, 1101A, N.W., Washington, D.C. 20460
  - **Served:** July 23 2025 (accepted by Brigette Moritz, who identified themselves as the person authorized to accept).
- **Method**: Priority Mail with Signature Service, Tracking No. 9410830109355005044528
  - **Addressed to:** U.S. Environmental Protection Agency, Office of the Administrator, 1200 Pennsylvania Avenue, 1101A, N.W., Washington, D.C. 20460
  - **Mailed:** July 18, 2025  (timestamped photograph of maildrop in Blue Bin)
  - **Delivered:** (in transit)

## C. EPA Region 9 (Notice)

- **Method**: Certified Mail, Tracking No. 9589071052702027293349
- **Addressed to:** U.S. EPA Region 9, Regional Administrator, 75 Hawthorne Street, San Francisco, CA 94105
- **Mailed:** June 30, 2025
- **Delivered:** July 3, 2025 at 1: 23 PM (front desk/reception/mail room)

## D.    EPA Region 9 (Receipts)

- **Method**: Priority Mail with Signature Service, Tracking No. 9410830109355005044511
- **Addressed to:** U.S. EPA Region 9, Regional Administrator, 75 Hawthorne Street, San

Francisco, CA 94105

- **Mailed:** July 18, 2025
- **Delivered:** July 28, 2025 at 1: 23 PM (front desk/reception/mail room; signed by J. Herbert, authorized agent)

# SERVICE ON DEFENDANTS

## A. Apple Inc.

*Certified Mail Service:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293509
- **Addressed to:** Apple Inc., 10355 N De Anza Blvd, Cupertino, CA 95014
- **Mailed:** June 30, 2025
- **Status:** Delivered July 3, 2025 at 11 :50 AM (individual pickup at postal facility, Glendale, CA 91209)

*Personal Service:*

- **Method**: Substitute service via registered process server
- **Process Server:** Howard Hill (License PS1799)
- **Served:** July 1, 2025 at 4:56 PM PDT
- **Location:** 10355 N De Anza Blvd, Cupertino, CA 95014 -2027
- **Served Upon:** Alice Reception (identified employee, accepted service with direct delivery)
- **Follow- up Mail:** Mailed copy via first-class mail on July 2, 2025

*Digital Notice:*

- **Method**: Email to tcook@ apple.com and kate. adams@apple.com
- **Sent:** June 30, 2025 at 8: 44 PM

## B. City of Santa Clara

*Certified Mail Service:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293363
- **Addressed to:** City of Santa Clara, 1500 Warburton Avenue, Santa

Clara, CA 95050

- **Mailed:** June 30, 2025
- **Delivered:** July 3, 2025 at 9 :32 AM (left with individual)

*Digital Notice:*

- **Method**: Email to manager@santaclaraca. gov and cityattorney@santaclaraca.gov
- **Sent:** June 30, 2025 at 8:40 PM

## C. Kalil Jenab and/or Cushman & Wakefield

*Initial Service Attempt:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293356
- **Addressed to:** Kalil Jenab (Cushman & Wakefield), 525 University Avenue, Suite 220, Palo Alto, CA 94301
- **Mailed:** June 30, 2025
- **Status:** In transit, arriving late as of July 31, 2025

*Digital Notice:*

- **Method**: Email to kalil.jenab@ crushwake. com corrected to kalil.jenab@cushwake.com on July 1, 2025)
- **Sent:** June 30, 2025 at 4: 43 PM; corrected email July 1, 2025 at 9 :59 AM

*Re-service Due to Delivery Delays:*

- **Method**: Priority Mail with Signature Required
- **Tracking Nos:** 9410830109355005122943
- **Addresses**: 108 Sylvian Way, Los Altos (home)
- **Mailed:** July 18, 2025 (timestamped photograph of maildrop in Blue Bin)
- **Reason:** Original certified mail experienced significant delays; uncertainty whether defendant's interest in property is personal or professional
- **Delivered**: July 28 2025 (The item was signed for by K JENAB.)

*Re-service Due to Delivery Delays:*

- **Method**: Priority Mail with Signature Required
- **Tracking Nos:** 9410830109355005122950

- **Addresses:** Cushman & Wakefield, 525 University Ave, Palo Alto.
- **Mailed:** July 18, 2025 (timestamped photograph of maildrop in Blue Bin)
- **Reason:** Original certified mail experienced significant delays; uncertainty whether defendant's interest in property is personal or professional
- **Delivered**: July 28 2025 (The item was signed for by G. G.)

## COURTESY COPIES TO REGULATORY AGENCIES

I also provided digital courtesy copies to the following agencies on June 30, 2025:

- **California EPA:** complaints@ calepa. ca.gov
- **CA Dept. of Toxic Substances Control:** dtsc_eerd@dtsc. ca.gov
- **Bay Area Air Quality Management District:** compliance@baaqmd. gov
- **U.S. Department of Justice:** webcontentmgr.enrd@usdoj. gov (sent July 8, 2025)

## EXHIBITS

Attached hereto and incorporated by reference are true and accurate copies of the following exhibits, in addition the prior serve exhibits: USPS Priority Mail Confirmations and Tracking Records; and Process Server Reports and Proof of Service Documents.

## DECLARATION

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 31, 2025, in Boston, Massachusetts.

**/s/ Ashley M. Gjovik**

*Pro Se Plaintiff*

Boston, Massachusetts
Dated: July 31 2025

Mailed to US EPA
via Certified Mail
on 7/31/2025





ALERT: IMPACTS OF HURRICANE ERIN ALONG THE EAST COAST OF THE U.S. MAY DELAY FINAL D...

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052702027293240

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to an individual at the address at 10:51 am on August 2, 2025 in SAN FRANCISCO, CA 94105.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
SAN FRANCISCO, CA 94105
August 2, 2025, 10:51 am

● **Out for Delivery**
SAN FRANCISCO, CA 94105
August 2, 2025, 6:29 am

● **Arrived at Post Office**
SAN FRANCISCO, CA 94103
August 2, 2025, 6:18 am

● **Arrived at USPS Facility**
SAN FRANCISCO, CA 94103
August 2, 2025, 6:12 am

● **Departed USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
August 2, 2025, 5:54 am

● **Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER

August 1, 2025, 11:52 pm

**In Transit to Next Facility**
August 1, 2025

**Departed Post Office**
BOSTON, MA 02118
July 31, 2025, 5:04 pm

**USPS in possession of item**
BOSTON, MA 02118
July 31, 2025, 4:53 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: IMPACTS OF HURRICANE ERIN ALONG THE EAST COAST OF THE U.S. MAY DELAY FINAL D...

# USPS Tracking®

FAQs ›

**Remove** ✕

Tracking Number:

## 9589071052702027293257

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:18 am on August 4, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
August 4, 2025, 8:18 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
August 3, 2025, 2:38 pm

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
August 3, 2025, 1:14 pm

**Arrived at Hub**
WASHINGTON, DC 20018
August 3, 2025, 8:51 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 10:10 am

**Departed USPS Facility**
WASHINGTON, DC 20024

August 2, 2025, 9:54 am

**Arrived at USPS Facility**
WASHINGTON, DC 20024
August 2, 2025, 9:51 am

**Departed USPS Regional Facility**
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
August 2, 2025, 9:00 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:38 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:03 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 6:54 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 5:44 am

**In Transit to Next Facility**
August 1, 2025

**Departed Post Office**
BOSTON, MA 02118
July 31, 2025, 5:04 pm

**USPS in possession of item**
BOSTON, MA 02118
July 31, 2025, 4:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ∨

**USPS Tracking Plus®** ∨

Ashley M. Gjøvik, JD *In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA 95816
(408) 883-4428
legal@ashleygjovik.com

## DECLARATION OF SERVICE
## OF SIXTY-DAY NOTICE OF CITIZEN SUIT

I, Ashley M. Gjøvik, declare:

### BACKGROUND AND STATUTORY REQUIREMENTS

1.  I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2.  On June 30, 2025, I served a Sixty-Day Notice of Intent to Sue under the Clean Air Act (42 U.S.C. § 7604), Resource Conservation and Recovery Act (42 U.S.C. § 6972), Clean Water Act (33 U.S.C. § 1365 ), Emergency Planning and Community Right-to-Know Act (42 U.S.C. § 11046), and Toxic Substances Control Act (15 U.S.C. § 2619).

3.  Due to inconsistent service requirements across these five federal environmental statutes, I had elected to serve U.S. EPA headquarters, Region 9, and all parties via certified mail to ensure compliance with the most stringent requirements, with additional personal service for the corporate defendant due to prior service avoidance issues.

4.  Due to multiple issues with certified mail service (as noted below and in prior communications), additional service attempts were made and completed via personal service and Priority Mail with signature service.

5.  This service on U.S. EPA HQ and Region 9 provides receipts of completed service to all required agencies and parties, which are attached with sworn declaration;

6.  Unless otherwise arranged with U.S. Dept. of Justice, or unless the plant is shut down prior, the Citizen plans to file this lawsuit in the U.S. District Court in San Jose on Sept 1, 2025.

U.S. EPA CITIZEN SUIT | DECLARATION IN SUPPORT OF PROOF OF SERVICE | 1



Ashley M. Gjovik, JD, in Propria Persona
2108 N St, Ste. 4553
Sacramento, CA 95816
(408) 883-4428
legal@ashleygjovik.com

DECLARATION OF SERVICE
OF SIXTY-DAY NOTICE OF CITIZEN SUIT

I, Ashley M. Gjovik, declare:

BACKGROUND AND STATUTORY REQUIREMENTS

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2. On June 30, 2025, I served a Sixty-Day Notice of Intent to Sue under the Clean Air Act (42 U.S.C. § 7604), Resource Conservation and Recovery Act (U.S.C. § 6972), Clean Water Act (33 U.S.C. § 1365), Emergency Planning and Community Right-to-Know Act (42 U.S.C. § 11046) and Toxic Substances Control Act (15 U.S.C. § 2619)

3. Due to inconsistent service requirements across these five federal environmental statutes, I had elected to serve U.S. EPA headquarters, Region 9, and all parties via certified mail to ensure compliance with the most stringent requirements, with additional personal service for the corporate defendant due to prior service avoidance issues.

4. Due to multiple issues with certified mail service (as noted below and in prior communications), additional service attempts were made and completed via personal service for the

5. This service on U.S. EPA HQ and Region 9 provides receipts of completed service to all required agencies and parties, which are attached with a sworn declaration.

6. Unless otherwise arranged with U.S. Dept. of Justice, or unless the plant is shut down prior, the Citizen plans to file this lawsuit in the U.S. District Court in San Jose on Sept 1, 2025.

U.S. EPA CITIZEN SUIT | DECLARATION IN SUPPORT OF PROOF OF SERVICE | 3

FROM:
ASHLEY GJOVIK
19 Worcester St #A3
Boston MA 02445

TO:
US Env Pro Agency
Office of the Admin.
1200 Pennsylvania Ave
NW A NW
Washington DC 80460

# PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**DECLARATION OF SERVICE OF SIXTY-DAY NOTICE OF CITIZEN SUIT W/EXCERPT AND EXHIBITS**


The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:      **U.S. Environmental Protection Agency c/o Office of the Administrator, DESIGNEE**
ADDRESS:   **1200 Pennsylvania Ave NW, Washington, DC 20460**

[X]  1. PERSONAL SERVICE          By delivering a copy of the Notice(s) to each of the above personally:
                                  (1) on:  **07/23/2025**
                                  (2) at:  **1:12 PM**

At the time of service, I was at least 18 years of age.  I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a.  Name:                **Yusuf Amusa**
b.  Address:             **28 K ST SE, Apt 806, Washington, DC 20003**
c.  Telephone number:    **202-243-8190**
d.  The fee for service was: **$ 140.00**
e.  I am:
    (1) [X] not a registered California process server.

    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

    (3) [ ] registered California process server:

        (i)   [ ] owner  [ ] employee  [ ] independent contractor.   For:
        (ii)  [ ] Registration No.:                        Registration #:
        (iii) [ ] County:                                  County:

[X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  07/23/2025

_____          _____
          **Yusuf Amusa**                                        (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)





ASHLEY M. GJOVIK v. EPA HEADQUARTERS; ET AL | Case #null

ASHLEY M. GJOVIK v. EPA HEADQUARTERS; ET AL | Case Number null | CA Non-Court Action

## U.S. Environmental Protection Agency  `SERVED`

1200 Pennsylvania Ave NW Washington, DC 20460-0001

### Summary

U.S. Environmental Protection Agency was served by Personal Service on 7/23/2025 at 1:12 PM EDT by process server Yusuf Amusa.

The subject's address was provided by the customer.

## Process Server

   Yusuf Amusa

## Validation Checks

   

GPS        Photo Taken

## Personal Service

**Timestamp**
7/23/2025 1:12 PM EDT

**Served by**
Yusuf Amusa

**Description**
I delivered the documents to Brigette Moritz who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.  Writer editor is who picked up the documents.

### Location of Service



**evidencechain**™
powered by abclegal

ASHLEY M. GJOVIK v. EPA HEADQUARTERS; ET AL | Case #null

📍 **Service Address**  1200 Pennsylvania Ave NW Washington, DC 20460-0001

📍 **GPS Coordinates**  38.89386 -77.028793

## Photos



## Event History

| 2 | Served by Personal Service | 7/23/2025<br>1:12 PM EDT |
|---|---|---|

By delivery to Brigette Moritz, I delivered the documents to Brigette Moritz who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.  Writer editor is who picked up the documents.

1200 Pennsylvania Ave NW, Washington, DC 20460-0001          GPS Coordinates: 38.894937 -77.028321




Location Map



 👤 **Process Server:** Yusuf Amusa

| 1 | Process Server Assigned | 7/23/2025<br>8:00 AM EDT |
|---|---|---|

Documents Received: Process server received documents  for  U.S. Environmental Protection Agency .

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052702027293400

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:31 am on July 9, 2025 in WASHINGTON, DC 20460.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
July 9, 2025, 8:31 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
July 8, 2025, 12:57 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
July 8, 2025, 10:47 am

● **In Transit to Next Facility**
July 5, 2025

● **Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

- **Departed Post Office**
  BOSTON, MA 02118
  June 30, 2025, 5:19 pm

- **USPS in possession of item**
  BOSTON, MA 02118
  June 30, 2025, 4:08 pm

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: IMPACTS OF HURRICANE ERIN ALONG THE EAST COAST OF THE U.S. MAY DELAY FINAL D…

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 9410830109355005044528

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:18 am on August 4, 2025 in WASHINGTON, DC 20460 to EPA 20460 R4. The item was signed for by I WATSON.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
August 4, 2025, 8:18 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
August 3, 2025, 2:38 pm

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
August 3, 2025, 1:14 pm

**Arrived at Hub**
WASHINGTON, DC 20018
August 3, 2025, 8:51 am

**In Transit to Next Facility**
August 2, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

August 1, 2025, 9:52 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER

August 1, 2025, 5:48 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER

August 1, 2025, 4:20 am

**Arrived at USPS Regional Destination Facility**

SOUTHERN MD DISTRIBUTION CENTER

July 31, 2025, 10:49 pm

**Departed USPS Regional Facility**

SOUTH JERSEY NJ DISTRIBUTION CENTER

July 29, 2025, 9:39 pm

**Arrived at USPS Regional Facility**

SOUTH JERSEY NJ DISTRIBUTION CENTER

July 29, 2025, 8:37 pm

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER

July 24, 2025, 6:58 pm

**Accepted at USPS Origin Facility**

BOSTON, MA 02118

July 24, 2025, 5:43 pm

**Shipping Label Created, USPS Awaiting Item**

BOSTON, MA 02118

July 14, 2025, 11:11 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄

**Proof of Delivery**    ⌃

✅ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.



August 24, 2025

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5005 0445 28**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 4, 2025, 8:18 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | I WATSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

July 31, 2025

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5005 0445 11**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 28, 2025, 11:51 am |
| **Location:** | SAN FRANCISCO, CA 94105 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | J H |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.2oz |

## Recipient Signature

Signature of Recipient:
(Authorized Agent)

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**SIXTY-DAY NOTICE OF INCOMING CITIZEN SUIT; Declaration Of Service Of Sixty-Day Notice Of Citizen Suit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **Kalil Jenab**
ADDRESS:   **525 University Ave, Ste 220, Palo Alto, CA 94301**

[X]  1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:
      (1) on: **07/29/2025**
      (2) at: **10:57 AM**

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a.  Name:           **Kristina Vardanyan**
b.  Address:        **60 E Rosemary, apt 349, San Jose, CA 95112**
c.  Telephone number:  **229-800-0008**
d.  The fee for service was: **$ 75.00**
e.  I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
        (i) [ ] owner [ ] employee [X] independent contractor.   For:    **ABC Legal Services, LLC**
        (ii) [X] Registration No.:             Registration #:  **6779**
        (iii) [X] County:  **Los Angeles County**       County:  **Los Angeles**

[X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 07/29/2025

<br>

_____
**Kristina Vardanyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: **xy-92502**



Ashley M. Gjøvik, an individual v. Apple Inc., a corporation; et al. | Case #null

## Ashley M. Gjøvik, an individual v. Apple Inc., a corporation; et al. | Case Number null | CA Non-Court Action

## Kalil Jenab    `SERVED`

525 University Ave Ste 220 Palo Alto, CA 94301-1916

### Summary

Kalil Jenab was served by Personal Service on 7/29/2025 at 10:57 AM PDT by process server Kristina Vardanyan.

The subject's address was provided by the customer. Residency was confirmed by skip trace and review of credit headers.

---

## Process Server

    **Kristina Vardanyan**
License: 2024116633

---

## Validation Checks

    
GPS         Photo Taken

---

## Personal Service

**Timestamp**
7/29/2025 10:57 AM PDT

**Served by**
Kristina Vardanyan

**Description**
I delivered the documents to Kalil Jenab with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.

### Location of Service



📍 **Service Address**    525 University Ave Ste 220 Palo Alto, CA 94301-1916

---

 

Ashley M. Gjøvik, an individual v. Apple Inc., a corporation; et al. | Case #null

📍 GPS Coordinates   37.448689 -122.158707

## Photos

 

## Event History

| 2 | Served by Personal Service | 7/29/2025 10:57 AM PDT |
|---|---|---|

By delivery to Kalil Jenab, I delivered the documents to Kalil Jenab with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.

525 University Ave Ste 220, Palo Alto, CA 94301-1916     GPS Coordinates: 37.448912 -122.159381

  


Location Map

 **Process Server:** Kristina Vardanyan , License: 2024116633

| 1 | Process Server Assigned | 7/25/2025 7:27 AM PDT |
|---|---|---|

Documents Received: Process server received documents for  Kalil Jenab .

 **Process Server:** Kristina Vardanyan , License: 2024116633

![United States Postal Service logo]

July 31, 2025

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5005 1229 43**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 28, 2025, 4:36 pm |
| **Location:** | LOS ALTOS, CA 94022 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Kalil Jenab |
| **Actual Recipient Name:** | K JENAB |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 108 SYLVIAN WAY |
| **City, State ZIP Code:** | LOS ALTOS, CA 94022-2279 |

**Recipient Signature**

Signature of Recipient:

108 SYLVIAN WAY, LOS ALTOS,
CA 94022

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

July 31, 2025

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5005 1229 50**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 28, 2025, 11:59 am |
| **Location:** | PALO ALTO, CA 94301 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Kalil Jenab |
| **Actual Recipient Name:** | G G |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 8.3oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 525 UNIVERSITY AVE STE 220 |
| **City, State ZIP Code:** | PALO ALTO, CA 94301-1916 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

**FAQs** ›

**Remove** ✕

Tracking Number:

## 9410830109355005122943

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 4:36 pm on July 28, 2025 in LOS ALTOS, CA 94022. The item was signed for by K JENAB.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
LOS ALTOS, CA 94022
July 28, 2025, 4:36 pm

● **Out for Delivery**
LOS ALTOS, CA 94022
July 28, 2025, 6:10 am

● **Arrived at Post Office**
LOS ALTOS, CA 94024
July 28, 2025, 5:33 am

● **Arrived at USPS Facility**
LOS ALTOS, CA 94024
July 28, 2025, 3:49 am

● **Departed USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER

July 28, 2025, 2:59 am

**Arrived at USPS Regional Destination Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
July 26, 2025, 11:14 am

**In Transit to Next Facility**

July 25, 2025

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
July 24, 2025, 6:58 pm

**Accepted at USPS Origin Facility**

BOSTON, MA 02118
July 24, 2025, 5:43 pm

**Shipping Label Created, USPS Awaiting Item**

SACRAMENTO, CA 95816
July 17, 2025, 7:22 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**          ⌄

**Proof of Delivery**          ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌃

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9410830109355005122950

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:59 am on July 28, 2025 in PALO ALTO, CA 94301. The item was signed for by G G.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
PALO ALTO, CA 94301
July 28, 2025, 11:59 am

● **Out for Delivery**
PALO ALTO, CA 94301
July 28, 2025, 6:10 am

● **Arrived at Post Office**
PALO ALTO, CA 94303
July 28, 2025, 4:13 am

● **Arrived at USPS Facility**
PALO ALTO, CA 94303
July 27, 2025, 8:12 pm

● **Departed USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER

July 27, 2025, 7:11 pm

**Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 26, 2025, 11:14 am

**In Transit to Next Facility**
July 25, 2025

**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
July 24, 2025, 6:58 pm

**Accepted at USPS Origin Facility**
BOSTON, MA 02118
July 24, 2025, 5:43 pm

**Shipping Label Created, USPS Awaiting Item**
SACRAMENTO, CA 95816
July 17, 2025, 7:22 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates    ⌄

## Proof of Delivery    ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®    ⌄

## Product Information    ⌃

ALERT: IMPACTS OF HURRICANE ERIN ALONG THE EAST COAST OF THE U.S. MAY DELAY FINAL D...

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 9589071052702027293356

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility, Arriving Late**
July 7, 2025

**Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 2, 2025, 4:37 pm

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**
BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**
BOSTON, MA 02118
June 30, 2025, 4:11 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Ashley M. Gjøvik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA 95816
(408) 883-4428
legal@ashleygjovik.com

# Declaration Of Service Of
# Sixty-Day Notice Of Citizen Suit

I, Ashley M. Gjøvik, declare:

## BACKGROUND AND STATUTORY REQUIREMENTS

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2. On June 30, 2025, I served a Sixty-Day Notice of Intent to Sue under the Clean Air Act (42 U.S.C. § 7604), Resource Conservation and Recovery Act (42 U.S.C. § 6972), Clean Water Act (33 U.S.C. § 1365), Emergency Planning and Community Right-to-Know Act (42 U.S.C. § 11046), and Toxic Substances Control Act (15 U.S.C. § 2619).

3. Due to inconsistent service requirements across these five federal environmental statutes, I elected to serve U.S. EPA headquarters, Region 9, and all parties via certified mail to ensure compliance with the most stringent requirements, with additional personal service for the corporate defendant due to prior service avoidance issues.

## SERVICE ON U.S. ENVIRONMENTAL PROTECTION AGENCY

## A. EPA Headquarters

- **Method**: Certified Mail, Tracking No. 9589071052702027293400

- **Addressed to**: U.S. Environmental Protection Agency, Office of the Administrator, 1200 Pennsylvania Avenue, 1101A, N.W., Washington, D.C. 20460
- **Mailed**: June 30, 2025
- **Delivered**: July 9, 2025 at 8:31 AM (front desk/reception/mail room)

## B. EPA Region 9

- **Method**: Certified Mail, Tracking No. 9589071052702027293349
- **Addressed to**: U.S. EPA Region 9, Regional Administrator, 75 Hawthorne Street, San Francisco, CA 94105
- **Mailed**: June 30, 2025
- **Delivered**: July 3, 2025 at 1:23 PM (front desk/reception/mail room)

# SERVICE ON DEFENDANTS

## A. Apple Inc.

*Certified Mail Service:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293509
- **Addressed to**: Apple Inc., 10355 N De Anza Blvd, Cupertino, CA 95014
- **Mailed**: June 30, 2025
- **Status**: Delivered July 3, 2025 at 11:50 AM (individual pickup at postal facility, Glendale, CA 91209)

*Personal Service:*

- **Method**: Substitute service via registered process server
- **Process Server**: Howard Hill (License PS1799)
- **Served**: July 1, 2025 at 4:56 PM PDT
- **Location**: 10355 N De Anza Blvd, Cupertino, CA 95014-2027
- **Served Upon**: Alice Reception (identified employee, accepted service with direct delivery)

- **Follow-up Mail**: Mailed copy via first-class mail on July 2, 2025

*Digital Notice:*

- **Method**: Email to tcook@apple.com and kate.adams@apple.com
- **Sent**: June 30, 2025 at 8:44 PM

## B. City of Santa Clara

*Certified Mail Service:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293363
- **Addressed to**: City of Santa Clara, 1500 Warburton Avenue, Santa Clara, CA 95050
- **Mailed**: June 30, 2025
- **Delivered**: July 3, 2025 at 9:32 AM (left with individual)

*Digital Notice:*

- **Method**: Email to manager@santaclaraca.gov and cityattorney@santaclaraca.gov
- **Sent**: June 30, 2025 at 8:40 PM

## C. Kalil Jenab and/or Cushman & Wakefield

*Initial Service Attempt:*

- **Method**: Certified Mail, Tracking No. 9589071052702027293356
- **Addressed to**: Kalil Jenab (Cushman & Wakefield), 525 University Avenue, Suite 220, Palo Alto, CA 94301
- **Mailed**: June 30, 2025
- **Status**: In transit, arriving late as of July 17, 2025

*Digital Notice:*

- **Method**: Email to kalil.jenab@crushwake.com (corrected to kalil.jenab@cushwake.com on July 1, 2025)
- **Sent**: June 30, 2025 at 4:43 PM; corrected email July 1, 2025 at 9:59 AM

*Re-service Due to Delivery Delays:*

- **Method**: Priority Mail with Signature Required
- **Tracking Nos**: 9410830109355005122943 and 9410830109355005122950
- **Addresses**: Both Cushman & Wakefield business address (525 University Ave, Palo Alto) and what appears to be personal address (108 Sylvian Way, Los Altos)
- **Mailed**: July 18, 2025
- **Reason**: Original certified mail experienced significant delays; uncertainty whether defendant's interest in property is personal or professional

## COURTESY COPIES TO REGULATORY AGENCIES

I also provided digital courtesy copies to the following agencies on June 30, 2025:

- **California EPA**: complaints@calepa.ca.gov
- **CA Dept. of Toxic Substances Control**: dtsc_eerd@dtsc.ca.gov
- **Bay Area Air Quality Management District**: compliance@baaqmd.gov
- **U.S. Department of Justice**: webcontentmgr.enrd@usdoj.gov (sent July 8, 2025)

## SUPPLEMENTAL SERVICE RECORDS TO EPA

On July 14, 2025, I sent comprehensive service records and documentation to both EPA Headquarters and EPA Region 9 via Priority Mail with Signature Required (Tracking Nos. 9410830109355005044528 and 9410830109355005044511) to provide complete documentation of all service efforts and delivery confirmations.

## EXHIBITS

Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: USPS Certified Mail Receipts and Tracking Records; Process Server Reports and Proof of Service Documents; Email Service Records; Priority Mail Service

Records for Supplemental Notices; and Digital Service Records to Regulatory Agencies.

## FINAL DECLARATION

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 17, 2025, in Boston, Massachusetts.

Respectfully submitted,



**/s/ Ashley M. Gjovik**

*Pro Se Plaintiff*

Boston, Massachusetts

Dated: July 17 2025

**EXCERPT**

**Ashley M. Gjøvik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# U.S. Environmental Protection Agency

## SIXTY-DAY NOTICE OF INCOMING CITIZEN SUIT

**Ashley M. Gjøvik,**

*an individual,*

    **Plaintiff,**

  vs.

**Apple Inc.,**

*a corporation,*

**Santa Clara,**

*a city,*

**Mr. Kalil Jenab**

and/or **Cushman & Wakefield**

    **Defendants.**

**Sixty Day Notice**

**Clean Air Act,**
42 U.S.C. § 7604

**Resource Conservation & Recovery Act,**
42 U.S.C. § 6972

**Clean Water Act,**
33 U.S.C. § 1365

**Emergency Planning and Community Right-to-Know Act (EPCRA),**
42 U.S.C. § 11046

**Toxic Substances Control Act (TSCA),**
15 U.S.C. § 2619

**California Public Nuisance**
Cal. Civ. Code 3491

# TABLE OF CONTENTS

INTRODUCTION...................................................................1
PROPERTY ........................................................................1
DEFENDANTS...............................................................12
    I.    Corporation: Apple Inc. (Operator) ...................................... 12
    II.    City of Santa Clara (CUPA)................................................ 13
    III.    Kalil Jenab (Property Owner) ............................................. 14
STATUTORY AND REGULATORY FRAMEWORK .............................. 14
    IV.    Clean Air Act (§ 304) ...................................................... 14
    V.    Resource Conservation and Recovery Act (§ 7002) ................ 16
    VI.    Clean Water Act (§ 505) .................................................. 17
    VII.    Emergency Planning and Community Right-to-Know Act (§ 326) ................. 20
    VIII.    Toxic Substances Control Act (§ 20) ................................. 21
    IX.    Public Nuisance (Cal. Civ Code § 3491) ............................ 22
VIOLATIONS DURING CONSENT DECREE (2016-2020) .....................23
THE UNDERLYING CRIMINAL SCHEME...................................26
ONGOING VIOLATIONS NEAR SENSITIVE RECEPTORS .................27
FAILURE OF ENFORCEMENT AGENCIES ........................................29
    X.    The U.S. DOJ and U.S. EPA's Failure to Diligently Prosecute ........................ 30
    XI.    The City's Facilitation of Violations & Failure to Enforce Federal Environmental
    Laws    31
    XII.    The City's Systemic Failure to regulate Apple within the City of Santa Clara . 32
      A.    335 Brokaw Rd Apple Inc (CAR000276360) ................................. 32
      B.    2630 Walsh Ave Apple Inc (CAT000603704) ...............................34
PERSONAL INJURIES AND STANDING ..........................................35
RELIEF SOUGHT ............................................................37
    XIII.    Injunctive Relief .......................................................... 37
    XIV.    Civil Penalties ............................................................. 37
    XV.    Supplemental Environmental Projects ................................. 37
    XVI.    Costs and Fees .............................................................. 38
CONCLUSION ...............................................................38
CERTIFICATE OF SERVICE ...............................................39

**EXCERPT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Sixty-Day Notice of Intent to Sue was served on June 30, 2025 by certified mail (unless otherwise indicated) and/or electronic mail to the following:

**Defendant: Apple Inc**
Certified Mail to 10355 N De Anza Blvd Cupertino, CA 95014
Email to: tcook@apple.com and kate.adams@apple.com
Personal Service to: C T Corporation System (Service Agent) at 330 North Brand Blvd. Suite 700 Glendale, California 91203

**Defendant: Kalil Jenab** (Cushman & Wakefield)
Certified Mail to 525 University Avenue, Suite 220, Palo Alto, California 94301
Email to: kalil.jenab@crushwake.com

**Defendant: City of Santa Clara**
Certified Mail to 1500 Warburton Avenue Santa Clara, CA 95050
Email to: manager@santaclaraca.gov, cityattorney@santaclaraca.gov

**Agency: U.S. Environmental Protection Agency**

**Office of the Administrator**
Certified Mail to 1200 Pennsylvania Avenue, 1101A, N.W. Washington, D.C. 20460

**Region 9, Regional Administrator**
Certified Mail to 75 Hawthorne Street, San Francisco, CA 94105

**Courtesy copies are emailed to:**

California EPA HQ
complaints@calepa.ca.gov

California EPA Department of Toxic Substances Control
dtsc_eerd@dtsc.ca.gov

Bay Area Air Quality Management District
compliance@baaqmd.gov



**UNITED STATES POSTAL SERVICE.**

CATHEDRAL
59 W DEDHAM ST
BOSTON, MA 02118-9996
www.usps.com

06/30/2025                                04:13 PM

----------------------------------------

TRACKING NUMBERS
9589 0710 5270 2027 2934 00
9589 0710 5270 2027 2935 09
9589 0710 5270 2027 2933 49
9589 0710 5270 2027 2933 56
9589 0710 5270 2027 2933 63

----------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----------------------------------------

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

----------------------------------------

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $3.43 |

   Washington, DC 20460
   Weight: 0 lb 7.30 oz
   Estimated Delivery Date
   Sat 07/05/2025
   Certified Mail®                        $4.85
      Tracking #:
         9589 0710 5270 2027 2934 00
Total                                     $8.28

First-Class Mail®    1                    $3.43
Large Envelope
   Glendale, CA 91203
   Weight: 0 lb 7.30 oz
   Estimated Delivery Date
   Mon 07/07/2025
   Certified Mail®                        $4.85
      Tracking #:
         9589 0710 5270 2027 2935 09
Total                                     $8.28

First-Class Mail®    1                    $3.43
Large Envelope
   San Francisco, CA 94105
   Weight: 0 lb 7.40 oz
   Estimated Delivery Date
   Mon 07/07/2025
   Certified Mail®                        $4.85
      Tracking #:
         9589 0710 5270 2027 2933 49
Total                                     $8.28

First-Class Mail®    1                    $3.43
Large Envelope
   Palo Alto, CA 94301
   Weight: 0 lb 7.30 oz
   Estimated Delivery Date
   Mon 07/07/2025
   Certified Mail®                        $4.85
      Tracking #:
         9589 0710 5270 2027 2933 56
Total                                     $8.28

First-Class Mail®    1                    $3.43
Large Envelope
   Santa Clara, CA 95050
   Weight: 0 lb 7.30 oz
   Estimated Delivery Date
   Mon 07/07/2025
   Certified Mail®                        $4.85
      Tracking #:
         9589 0710 5270 2027 2933 63
Total                                     $8.28

----------------------------------------

Grand Total:                             $41.40

Debit Card Remit                         $41.40
   Card Name: ████████████
   Account #: XXXXXXXXXXXX████
   Approval #: ████
   Transaction #: ████████
   Receipt #: 049551
   Debit Card Purchase: $41.40
   AID: ████████           Chip
   AL: ████████
   PIN: Verified

----------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

----------------------------------------

UFN: 240094-0118
Receipt #: 840-50200010-1-7810622-2
Clerk: 15





Ashley Gjovik
2108 N. St Suite 4553
Sacramento CA 95816

US EPA, Lee Zeldin
Office of the Admin.
1200 Penn. Ave #1101A
NW Washington DC 20460

RE: 60-Day Notice
of Citizen Suit



Ashley Gjovik
2108 N. St Suite 4553
Sacramento CA 95816

US EPA, Region 9, Josh Cook
Regional Administrator
75 Hawthorne St.
SF, California, 94105

RE: 60-Day Notice
of Citizen Suit

Ashley Gjovik
2108 N. St Ste. 4553
Sacramento CA 95816

APPLE INC
VIA CT Corp Systems
330 N Brand Blvd
Suite 700
Glendale, CA 91203



Ashley Gjovik
2108 N. St Ste. 4553
Sacramento CA 95816

City of Santa Clara
1500 Warburton Ave
Santa Clara, CA 95050

ATTN: CITY COUNSEL
RE: SERVICE OF PROCESS

Ashley Gjovik
2108 N. St. Ste. 4553
Sacramento CA 95816

KALIL JENAB
Cushman + Wakefield
525 University Ave Suite 220
Palo Alto, CA 94301



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Washington, DC 20460

| Certified Mail Fee | $4.85 | | 0118 |
| --- | --- | --- | --- |
| | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $3.43 | | |
| Total Postage and Fees | $8.28 | | 06/30/2025 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Glendale, CA 91203

| Certified Mail Fee | $4.85 | | 0118 |
| --- | --- | --- | --- |
| | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $3.43 | | |
| Total Postage and Fees | $8.28 | | 06/30/2025 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

San Francisco, CA 94105

| Certified Mail Fee | $4.85 | | 0118 |
| --- | --- | --- | --- |
| | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $3.43 | | |
| Total Postage and Fees | $8.28 | | 06/30/2025 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Santa Clara, CA 95050

| Certified Mail Fee | $4.85 | | 0118 |
| --- | --- | --- | --- |
| | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $3.43 | | |
| Total Postage and Fees | $8.28 | | 06/30/2025 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Palo Alto, CA 94301

| Certified Mail Fee | $4.85 | | 0118 |
| --- | --- | --- | --- |
| | | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $3.43 | | |
| Total Postage and Fees | $8.28 | | 06/30/2025 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023

# U.S. EPA

## SERVICE RECORDS

### Sixty Day Notice of Citizen Suit:

### June 30 2025

ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052702027293400

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:31 am on July 9, 2025 in WASHINGTON, DC 20460.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
July 9, 2025, 8:31 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
July 8, 2025, 12:57 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
July 8, 2025, 10:47 am

**In Transit to Next Facility**
July 5, 2025

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**
BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**
BOSTON, MA 02118
June 30, 2025, 4:08 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                        ⌄

ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Tracking Number:                                                                                    Remove ✕

## 9589071052702027293349

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:23 pm on July 3, 2025 in SAN FRANCISCO, CA 94105.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SAN FRANCISCO, CA 94105
July 3, 2025, 1:23 pm

**In Transit to Next Facility**
July 2, 2025

**Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 2, 2025, 4:37 pm

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**
BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**
BOSTON, MA 02118
June 30, 2025, 4:10 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |

# RECORD OF SERVICE OF RECORDS OF SERVICE



UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

9410 8301 0935 5005 0445 28 0091 1000 0922 0460

U.S. POSTAGE PAID

usps.com
$13.07
US POSTAGE

07/14/2025    Mailed from 02118    16031950290324 1

**PRIORITY MAIL®**

RDC 03

C000

ASHLEY GJOVIK
WA1

SIGNATURE REQUIRED

US ENVIRONMENTAL PROTECTION AGENCY.
# 1101A
1200 PENNSYLVANIA AVE NW
WASHINGTON DC 20460-0001

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5005 0445 28

Citizen Suit Servi

Cut on dotted line.



UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

9410 8301 0935 5005 0445 11 0121 7000 0809 4105

U.S. POSTAGE PAID

usps.com
$16.12
US POSTAGE

07/14/2025    Mailed from 02118    94810775829879 9

**PRIORITY MAIL®**

RDC 03

C009

ASHLEY GJOVIK
WA1

SIGNATURE REQUIRED

US EPA REGION 9, REGIONAL ADMINISTRATO
75 HAWTHORNE ST
SAN FRANCISCO CA 94105-3920

**USPS SIGNATURE TRACKING #**

9410 8301 0935 5005 0445 11

Citizen Suit Servi



Ashley M. Gjøvik, JD
In Propria Persona
2108 N St. Ste. 4553
Sacramento, CA 95816
(408) 883-4428
legal@ashleygjovik.com

### DECLARATION OF SERVICE OF
### SIXTY-DAY NOTICE OF CITIZEN SUIT

I, Ashley M. Gjøvik, declare:

#### BACKGROUND AND STATUTORY REQUIREMENTS

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2. On June 30, 2025, I served a Sixty-Day Notice of Intent to Sue under the Clean Air Act (42 U.S.C. § 7604), Resource Conservation and Recovery Act (42 U.S.C. § 6972), Clean Water Act (33 U.S.C. § 1365), Emergency Planning and Community Right-to-Know Act (42 U.S.C. § 11046), and Toxic Substances Control Act (15 U.S.C. § 2619).

3. Due to inconsistent service requirements across these five federal environmental statutes, I elected to serve U.S. EPA headquarters, Region 9, and all parties via certified mail to ensure compliance with the most stringent requirements, with additional personal service for the corporate defendant due to prior service avoidance issues.

#### SERVICE ON U.S. ENVIRONMENTAL PROTECTION AGENCY

**A. EPA Headquarters**

• Method: Certified Mail, Tracking No. 9589071052702027293400

U.S. EPA CITIZEN SUIT – DECLARATION IN SUPPORT OF PROOF OF SERVICE

Outlook

---

**RE: Severe Illness next to a Semiconductor Manufacturing Plant**

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Mon 6/30/2025 7:48 PM

**To**   Morimoto; Kaoru <Morimoto.Kaoru@epa.gov>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd - 20250630 Sixty Day Notice.pdf;

Hello Mr. Morimoto,

Thank you for letting me know.

Today I served the Defendants (Apple, city of Santa Clara, the property owner) and agency (US EPA via the Administrator and Regional Administrator). Everyone has certified mail going out today except Apple who is also getting personal service because they've tried to dodge service prior, so they get both.

I'll file a follow up notice to US EPA once I have confirmation of certificated mail and personal service receipts, as the statutes seem to want you guys to get copies. Unless I get more instructions, I guess I'll send copies to both the Regional Admin and the HQ. This process seems fairly undefined.

Anyways, I hope DOJ takes this now, but if not, I'll take one for the team & file suit in sixty days.

-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

On Wednesday, June 11th, 2025 at 12:16 PM, Morimoto, Kaoru <Morimoto.Kaoru@epa.gov> wrote:

> Good morning Ashley,
>
> Thank you for the update and the advance notice – I've shared that information with our team.
>
> Unfortunately, I am not able to comment on ongoing investigations.
>
> Best,
>
> Kaoru
>
> Kaoru Morimoto, Assistant Director

U.S. Environmental Protection Agency, Region 9

Enforcement and Compliance Assurance Division

Air, Waste & Chemicals Branch (ENF-2)

75 Hawthorne Street

San Francisco, CA  94105

(415) 972-3306

(415) 697-5665 (cell)

morimoto.kaoru@epa.gov

---

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Thursday, June 5, 2025 11:30 AM
**To:** Morimoto, Kaoru <Morimoto.Kaoru@epa.gov>
**Subject:** RE: Severe Illness next to a Semiconductor Manufacturing Plant

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Mr. Morimoto,

I hope you're doing well. I wanted to follow up on the Apple/3250 Scott investigation that your team initiated following my complaint in June 2023. I really appreciated EPA's initial response and the thorough inspections conducted in 2023 and early 2024.

That said, it's been two years since my complaint and nearly a year since my last update from your office. I remain deeply concerned about ongoing public safety risks, particularly given that the documented violations included serious air emissions that resulted in my hospitalization for chemical exposure, and the facility's close proximity to a high-density residential area and a children's playground.

As an update, the toxic tort claims in my federal civil lawsuit against the company were dismissed in February 2025 under statute of limitations, with the court stating I should have discovered the secret semiconductor operations sooner through public records - despite EPA's own 2020-2021 investigation of my chemical exposure complaints being unable to identify the source at that time. I've tried to appeal to the Ninth Circuit but they dismissed saying I have to wait until my whistleblower retaliation case completes, which could be 2026-2028.

Given the extended timeline without communication from US EPA, and no apparent formal enforcement action despite hundreds of documented violations, I wanted to give you advance notice that I'm preparing 60-day citizen suit notices under the Clean Air Act, RCRA, Clean Water Act, TSCA, and EPCRA.

Additionally, I'm preparing to include Santa Clara City in the citizen suit, as they approved the semiconductor operations, were aware of my 2020 complaints, knew the facility was the source of chemical exposures, yet failed to take action, and have apparently helped Apple cover up violations and obstruct investigations. They are also intentionally withholding critical public records from me about the operations at the facility, and so I will need to subpoena them anyways. I already gave them notice of an imminent California PRA lawsuit.

I'd much prefer to see EPA take formal enforcement action rather than proceed with additional litigation. Could you (or someone from the agency) please provide an update on the current status and any concrete timeline for planned enforcement actions? At this point, a general *"ongoing investigation"* response from US EPA would necessitate moving forward with the citizen suit process.

I'm happy to discuss this further at your convenience.

Best regards,

Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

On Wednesday, April 23rd, 2025 at 2:46 PM, Morimoto, Kaoru <Morimoto.Kaoru@epa.gov> wrote:

Good morning Ashley,

Thank you for checking in and sharing your concerns and update. Unfortunately, I am unable to comment on ongoing investigations.

I will pass the information you shared with our team.

# RE: Severe Illness next to a Semiconductor Manufacturing Plant

| | |
|---|---|
| From | Morimoto, Kaoru <Morimoto.Kaoru@epa.gov> |
| To | Ashley Gjovik<ashleymgjovik@protonmail.com> |
| Date | Monday, July 21st, 2025 at 5:50 PM |

Good afternoon Ashley, thanks for that update.


Best,

Kaoru


Kaoru Morimoto, Assistant Director

U.S. Environmental Protection Agency, Region 9

Enforcement and Compliance Assurance Division

Air, Waste & Chemicals Branch (ENF-2)

75 Hawthorne Street

San Francisco, CA  94105

(415) 972-3306

(415) 697-5665 (cell)

morimoto.kaoru@epa.gov


**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Monday, July 21, 2025 2:00 PM
**To:** Morimoto, Kaoru <Morimoto.Kaoru@epa.gov>
**Subject:** RE: Severe Illness next to a Semiconductor Manufacturing Plant


**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, Mr. Morimoto.


There's been a hiccup with the documents I mentioned. I put them in my neighborhood USPS Blue Box collection mailbox on early July 18 2021 and the mail pickup is scheduled daily Sun-Fri, however USPS still has not visited this Blue Box and it has been at its max limit since Saturday. I called USPS several times today to nudge someone to visit it, but they hung up every time I tried, before anyone answered. In my view, I feel like US gov is serviced because it is US gov essentially holding the packages hostage right now.  But I'll keep an eye on it, try calling USPS again tomorrow, and hopefully USPS gets to it soon. In the meantime, hopefully the digital version is ok.


-Ashley


—

**Ashley M. Gjøvik**

**BS, JD, PMP**


Sent with [Proton Mail](Proton Mail) secure email.


On Monday, July 21st, 2025 at 11:31 AM, Morimoto, Kaoru <[Morimoto.Kaoru@epa.gov](Morimoto.Kaoru@epa.gov)> wrote:

> Good morning Ashley,
>
>
> I appreciate the update and the info on the history of the area.  I've passed the information along.
>
>
> Best regards,
>
> Kaoru
>
>
> Kaoru Morimoto, Assistant Director
>
> U.S. Environmental Protection Agency, Region 9
>
> Enforcement and Compliance Assurance Division
>
> Air, Waste & Chemicals Branch (ENF-2)

75 Hawthorne Street

San Francisco, CA 94105

(415) 972-3306

(415) 697-5665 (cell)

morimoto.kaoru@epa.gov

---

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Friday, July 18, 2025 9:22 AM
**To:** Morimoto, Kaoru <Morimoto.Kaoru@epa.gov>
**Subject:** RE: Severe Illness next to a Semiconductor Manufacturing Plant

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hello Mr. Morimoto,

Receipts of service for the incoming citizen suit have now been mailed to US EPA R9 and HQ. A digital copy of the declaration and exhibits is also attached here for US EPA.

There was an issue with mail service to the property owner. While he was served via email 7/1/25, the USPS mail was apparently lost in transit at the SF post office, so I have now re-mailed his version to his office and home. I asked Mr. Jenab if the 3250 Scott Blvd property was owned by him personally or by him in his work capacity at Cushman & Wakefield, and he has not responded -- so for now I'm treating both as defendants.

Finally, for your awareness, I learned more about the history of the area and the harm caused is worse than I originally thought. Apple was dumping their toxic waste into the air, land, and water in an area that's billions of years old, and directly on top of an ancient serpentine hydrothermal creek bed and spring. I wrote a paper about the area that is attached. I discussed the deep-time history of the area, and development of the apartments next door in relation to the geology and hydrology. In my opinion, at least that area of Santa Clara running from the Santa Cruz Mts along the ancient Saratoga/Sanjon creek and to the marshes and bay (the central/northern area of which is centered around this fab), should probably be a world heritage site. I'm still working a follow-up paper about the biological implications, but high-level, The Irvine Company dug up ~30ft deep into rich, wet, ancient



**Friday, July 18, 2025 · 12:48 AM**    **Edit**

20250718_004857.jpg

/Internal storage/DCIM/Camera

**Galaxy S24**

3.11 MB | 3000x4000 | 12MP

ISO 1600 | 13mm | 0.0ev | F2.2 | 1/24 s



MAIL

# COLLECTION TIMES

UNITED STATES
POSTAL SERVICE®

**Monday–Friday**

9:00 AM

LOCATION OF THIS BOX
1640 WASHINGTON ST

**Saturday**

9:00 AM

Scan here







Last collection in this area is at:

55 ROXBURY ST

**Monday–Friday**          5:00 PM

**Saturday**               3:30 PM

To find the nearest Post Office™ location with the address, hours of operations, and distance, scan the QR Code. To report QR Code issues, go to usps.com. On the day before a holiday, normal collection times may not apply. Check with your local postmaster to verify collection times.

*Location of Priority Mail Express® drop:*

55 ROXBURY ST

For local information, call:       (800) ASK-USPS

Location number:
0211800038






Date label printed:
02/24/25
Label 66-QR, January
PSN 7690-00-00

Tampering with this box, lock, or contents is punishable by fine or imprisonment.



## RE: Severe Illness next to a Semiconductor Manufacturing Plant

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Morimoto, Kaoru<Morimoto.Kaoru@epa.gov> |
| Date | Wednesday, July 23rd, 2025 at 4:09 PM |

Hello Mr. Morimoto,

Please see attached for a copy of the final/signed proof of service, for service of the records of service, for service to EPA and defendants of the sixty-day notice of a incoming Citizen Suit, served to the US EPA HQ today.

I believe this probably counts as service of service of service of service. 🫠

Respectfully,
-Ashley

**—**

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with [Proton Mail](Proton Mail) secure email.

On Wednesday, July 23rd, 2025 at 1:58 PM, Morimoto, Kaoru <Morimoto.Kaoru@epa.gov> wrote:

> Ashley,
>
>     Received.  Thank you.
>
>
> Best,
>
> Kaoru
>
>
> Kaoru Morimoto, Assistant Director
>
> U.S. Environmental Protection Agency, Region 9
>
> Enforcement and Compliance Assurance Division
>
> Air, Waste & Chemicals Branch (ENF-2)
>
> 75 Hawthorne Street
>
> San Francisco, CA  94105
>
> (415) 972-3306
>
> (415) 697-5665 (cell)

morimoto.kaoru@epa.gov

---

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Wednesday, July 23, 2025 10:46 AM
**To:** Morimoto, Kaoru <Morimoto.Kaoru@epa.gov>
**Subject:** RE: Severe Illness next to a Semiconductor Manufacturing Plant

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hello!

USPS still has not collected the mail from the USPS Blue Box in Boston which is holding my service to US EPA and my second attempt to serve the property owner (7/18). Further, the original service (6/30) to the property owner is still "in transit" through the SF USPS system.

Accordingly, I hired a process server to serve US EPA HQ directly today with the service receipts I sent you earlier and I was just notified the service was completed. I will send you a copy of the proof of service once they complete it. The service evidence notes are attached for now, along with a digital copy of what was served -- as I know you are preparing your own administrative complaint and you likely want awareness to the status of this concurrent matter.

Please know that I filed for Chapter 7 bankruptcy on Monday 7/21, and thus all of these expenses are being covered by donations from members of the public who are invested in holding Apple and the other parties accountable in this matter.

I will note that in addition to US gov obstructing its own statutory service requirements with this citizen suit (ie, multiple USPS service failures despite requiring USPS service), its my understanding that because my complaint includes claims of imminent and substantial endangerment, and I warned US EPA I may pursue such a claim back in June 2023 in my initial complaint over 3250 Scott Blvd, its my understanding that I do not need to wait for sixty days, and could file the lawsuit now if I wanted to. However, I will continue to attempt to serve the property owner and keep an eye on the pending mail to US EPA that is currently stuck in transit.

If DOJ does consider taking its own action and would like more time, someone from DOJ needs to contact me to discuss and I may be willing to delay depending on DOJ's position. I really do not want to have to deal with another lawsuit against Apple.

## RE: Severe Illness next to a Semiconductor Manufacturing Plant

| | |
|---|---|
| From | Ashley Gjøvik <ashleymgjovik@protonmail.com> |
| To | Morimoto, Kaoru<Morimoto.Kaoru@epa.gov> |
| Date | Thursday, July 31st, 2025 at 6:39 PM |

Hello Mr. Morimoto,

I'm attaching a digital copy of the records of service for the 9/1 Citizen Suit, which were also sent to US EPA R9 and HQ today via certified mail (see cover sheet). This is simply a digital copy for your convenience & everyone has been served.

I also wanted to note that despite the 30-day warning in your June 2025 letter to Apple, I cannot seem to find any related lawsuits docketed in the US EPA adjudicatory dockets. I hope this is because EPA and DOJ are seriously considering filing a civil or criminal suit instead, and not because Apple somehow talked EPA out of proceeding with the complaint, which seems like something Apple would absolutely try to do. I know you probably cannot comment on this at all, but I just wanted to express my encouragement  and/or concern, depending on which explanation is relevant here.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with [Proton Mail](#) secure email.

On Thursday, July 24th, 2025 at 2:19 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Hello Mr. Morimoto,
>
> I'm reaching out regarding the White House's AI Action Plan announcement yesterday and how I think it relates to Apple's facility at 3250 Scott Blvd. After reviewing the policy document, I believe it strengthens the government's enforcement position.
>
> I think the most important takeaway is what the Administration chose <u>not</u> to include in their streamlining efforts. While they mention expediting permitting under the Clean Air Act, Clean Water Act, and CERCLA, they notably omitted RCRA entirely. This suggests hazardous waste management remains a core enforcement priority that they're not willing to weaken. I believe the June 26 2025 RCRA enforcement notice falls squarely within a statute the Administration appears committed to maintaining at full strength.
>
> Even more telling is the focus of the streamlining provisions. The AI Action Plan is entirely about getting permits faster for new facilities, not about operating without permits. The policy calls for "streamlined permitting" and reducing regulatory delays, but nowhere does it suggest companies should be allowed to operate unpermitted facilities, falsify paperwork, or dump hazardous waste. In fact, the emphasis on improving permitting processes and concerns about facilities creating a "significant effect on the environment," makes Apple's ten-year, unpermitted Skunkworks operation look even more egregious.

# Apple Inc (Defendant)

## SERVICE RECORDS

## Sixty Day Notice of Citizen Suit: June 30 2025

ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Tracking Number:                                                                                    Remove ✕

## 9589071052702027293509

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 11:50 am on July 3, 2025 in GLENDALE, CA 91209.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
GLENDALE, CA 91209
July 3, 2025, 11:50 am

**Arrived at Post Office**
GLENDALE, CA 91209
July 3, 2025, 11:48 am

**In Transit to Next Facility**
July 2, 2025

**Arrived at USPS Regional Destination Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
July 2, 2025, 3:46 pm

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**
BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**
BOSTON, MA 02118
June 30, 2025, 4:09 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                                    ⌄

evidencechain™
powered by abdlegal

Ashley M. Gjøvik v. Apple Inc | Case #null

## Ashley M. Gjøvik v. Apple Inc | Case Number null | CA Non-Court Action

## Apple Inc   SERVED

10355 N De Anza Blvd Cupertino, CA 95014 2027

### Summary

Apple Inc was served by Substitute Service on 7/1/2025 at 4:56 PM PDT by process server Howard Hill.

The subject's address was provided by the customer.

## Process Server



**Howard Hill**
License: PS1799

## Validation Checks



GPS



Photo Taken

## Substitute Service

**Timestamp**
7/1/2025 4:56 PM PDT

**Served by**
Howard Hill

**Description**
I delivered the documents to alice reception who identified themselves as the employee with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian person of unknown gender 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

### Location of Service



📍 **Service Address**   10355 N De Anza Blvd Cupertino, CA 95014-2027

 evidencechain™
powered by abclegal

Ashley M. Gjøvik v. Apple Inc | Case #null

📍 GPS Coordinates   37.328289 -122.032761

## Photos

    

## Event History

| 2 | Served by Substitute Service | 7/1/2025 4:56 PM PDT |
|---|---|---|

By delivery to Alice Reception, I delivered the documents to alice reception who identified themselves as the employee with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian person of unknown gender 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

| 10355 N De Anza Blvd, Cupertino, CA 95014-2027 | GPS Coordinates: 37.328069 -122.032952 |
|---|---|



Location Map

    

 Process Server: Howard Hill , License: PS1799

| 1 | Process Server Assigned | 6/30/2025 5:03 PM PDT |
|---|---|---|

Process server received documents  for Apple Inc

 Process Server: Howard Hill , License: PS1799

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Sixty Day Notice**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: **Apple Inc**
ADDRESS: **10355 N De Anza Blvd, Cupertino, CA 95014**

[ ] 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:

(1) on:

(2) at:

[X] 2. CONSTRUCTIVE SERVICE    After attempting to personally serve said Notice(s) on each of the above named parties on **07/01/2025 at 4:56 PM**, and having been unable, by service as authorized by C.C.P. Section 1162(a)(2,3) in the manner set forth below:

[X] By leaving a copy for each of the above named parties on **07/01/2025 at 4:56 PM** with **alice reception**, I delivered the documents to alice reception who identified themselves as the employee with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian person of unknown gender 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.;

[ ] By posting a copy for each of the above named parties on **07/01/2025 at 4:56 PM** in a conspicuous place on the property;

[X] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): __ / __ / 20__ , from (city): _____ , in a sealed envelope with postage fully prepaid, addressed to each said party at their place of residence or,

[ ] A declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                **Howard Hill**
b. Address:             **Pob 2890, Sunnyvale, CA 94087**
c. Telephone number:   **650-397-1360**
d. The fee for service was: **$ 140.00**
e. I am:

(1) [ ] not a registered California process server.

(2) [ ] exempt from registration under Business and Professions Code section 22350(b).

(3) [X] registered California process server.

     (i) [ ] owner  [ ] employee  [X] independent contractor.    For:    **ABC Legal Services, LLC**

     (ii) [X] Registration No.:                Registration #: **6779**

     (iii) [X] County:  **Santa Clara County**              County:   **Los Angeles**

[X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

[ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: _07/01/2025_

_____              _____
**Howard Hill**                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

 **REF: AG-14659**

**PROOF OF SERVICE**

Tracking #: **0176075235**



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**Ashley Gjovik <ashleymgjovik@protonmail.com>**<br>**2108 N ST STE 4553**<br>**Sacramento, CA 95816** | **FOR COURT USE ONLY** |
|---|---|

TELEPHONE NO.: **415-964-6272**   FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  **Ashley M. Gjøvik**

**Non-CourtAction in a CA Case**

STREET ADDRESS

MAILING ADDRESS   **316 W 2nd St 3rd Floor**

CITY AND ZIP CODE:

BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: Ashley M. Gjøvik | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Apple Inc | |

| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>**AG-14659** |
|---|---|

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **July 02, 2025**, after substituted service was made, I mailed the following documents: **Sixty Day Notice** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles, CA.**

That I addressed the envelope as follows:

**Apple Inc**
**10355 N De Anza Blvd**
**Cupertino, CA 95014**

**BY FAX**

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 7/02/2025 at Los Angeles, CA.



Declarant: Jesus Alvarez

REF: AG-14659

Tracking #: **0176075232**



 Outlook

---

**NOTICE: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>

**Date** Mon 6/30/2025 8:44 PM

**To** tcook@apple.com <tcook@apple.com>; kate.adams@apple.com <kate.adams@apple.com>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd  20250630 Sixty Day Notice.pdf;

Hello,

Please see attached for a digital copy of the sixty day notice of an incoming US EPA Citizen Suit that was mailed to you and the other defendants, and the US and CalEPA today.

You will receive a paper copy via certified mail, however a digital copy is also attached for your convenience and to ensure all parties are on notice on the same timeline.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**


Sent with Proton Mail secure email.

 Outlook

**RE: NOTICE: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Wed 7/2/2025 4:19 AM

**To** Riechert; Melinda <mriechert@orrick.com>

**Cc** Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>; Mantoan; Kathryn G. <kmantoan@orrick.com>; Booms; Ryan <rbooms@orrick.com>; Perry; Jessica R. <jperry@orrick.com>

Hello,

There's no rule that I'm aware of that says I cannot provide digital notice of new legal actions to a company directly. The other defendants were also served directly via email, as well as through the statutorily required certified mail.

Further, I did not inquire as to the defendant's preference through existing counsel, because that counsel (yourself) told me you will not longer communicate with me. Similarly, I had asked counsel prior if there is environmental counsel at Apple (a year ago?) that I can contact directly and you refused to respond.

You appear to be vaguely referring to the rule not to communicate with the party once counsel is retained, but Apple has not retained counsel for the citizen suit and it would not be Orrick because Orrick does not have an environmental practice.

Please advise if you are responding on behalf of Apple because you are actually representing Apple in the sixty-day citizen suit and/or EPA administrative action. If not, I will wait to hear from those law firm(s) on the matter, and again ask you to stop making false allegations against me and/or establishing unlawful work rules and policies that have no lawful purpose and violate existing laws and norms.

-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

On Tuesday, July 1st, 2025 at 7:11 PM, Riechert, Melinda <mriechert@orrick.com> wrote:

> Ashley,
>
>
> Please do not communicate with Tim Cook or Kate Adams directly. If you are attempting to provide service of a legal document on Apple, you should do so through the appropriate channel which is the registered agents for service of process, not by emailing executives directly.
>
>
> **Melinda Riechert**

Partner


Orrick

Silicon Valley 


T 650/614-7423

M 6507591929

mriechert@orrick.com





**From:** "Ashley M. Gjovik (Legal Matters)"
<legal@ashleygjovik.com>
**Date:** June 30, 2025 at 4:45:20 PM EDT
**To:** tcook@apple.com, kate.adams@apple.com
**Subject: NOTICE: 60-Day Notice of Incoming EPA
Citizen Suit Against Apple & Santa Clara, re: 3250
Scott Blvd**


Hello,


Please see attached for a digital copy of the sixty day
notice of an incoming US EPA Citizen Suit that was mailed
to you and the other defendants, and the US and CalEPA
today.


You will receive a paper copy via certified mail, however a
digital copy is also attached for your convenience and to
ensure all parties are on notice on the same timeline.


Let me know if you have any questions.

# City of Santa Clara (Defendant)

## SERVICE RECORDS

### Sixty Day Notice of Citizen Suit:
### June 30 2025

 Outlook

---

**NOTICE: 60-Day Notice of Incoming Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>

**Date** Mon 6/30/2025 8:40 PM

**To** cityattorney@santaclaraca.gov <cityattorney@santaclaraca.gov>; manager@santaclaraca.gov <manager@santaclaraca.gov>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd - 20250630 Sixty Day Notice.pdf;

Hello,

Please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit that was mailed to you and the other defendants, and the US and CalEPA today.

The city will receive a paper copy via certified mail, however a digital copy is also attached for your convenience and to ensure all parties are on notice on the same timeline.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

ALERT: SEVERE WEATHER, STORMS, AND FLOODING ALONG THE EAST COAST AND IN TEXAS MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Tracking Number:                                                                                    Remove ✕

## 9589071052702027293363

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:32 am on July 3, 2025 in SANTA CLARA, CA 95050.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
SANTA CLARA, CA 95050
July 3, 2025, 9:32 am

**Out for Delivery**
SANTA CLARA, CA 95050
July 3, 2025, 7:25 am

**Arrived at Post Office**
SANTA CLARA, CA 95050
July 3, 2025, 7:14 am

**Arrived at USPS Regional Destination Facility**
SAN JOSE CA DISTRIBUTION CENTER
July 2, 2025, 8:27 pm

**In Transit to Next Facility**
July 2, 2025

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**
BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**
BOSTON, MA 02118
June 30, 2025, 4:12 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

# Kalil Jenab &/or Cushman & Wakefield (Defendants)

## SERVICE RECORDS

### Sixty Day Notice of Citizen Suit:

### July 1 2025

 **Outlook**

---

## Fw: NOTICE: 60-Day Notice of Incoming Citizen Suit re: 3250 Scott Blvd, Santa Clara (Apple fab)

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Tue 7/1/2025 9:59 AM

**To** kalil.jenab@cushwake.com <kalil.jenab@cushwake.com>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd  20250630 Sixty Day Notice.pdf;

Hello Mr. Jenab,

Apologies - there was a type in your email when I sent the notice yesterday. Forwarding it to your corrected email.

-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
Date: On Monday, June 30th, 2025 at 4:43 PM
Subject: NOTICE: 60-Day Notice of Incoming Citizen Suit re: 3250 Scott Blvd, Santa Clara (Apple fab)
To: kalil.jenab@crushwake.com <kalil.jenab@crushwake.com>

Hello,

Please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit that was mailed to you and the other defendants, and the US and CalEPA today.

You will receive a paper copy via certified mail, however a digital copy is also attached for your convenience and to ensure all parties are on notice on the same timeline.

I mailed it to your Cushman & Wakefield address as I was not sure if your holding of this property (3250 Scott) is a personal investment or part of your work portfolio. If you can please clarify, I would appreciate it.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

ALERT: SEVERE WEATHER AND FLOODING IN THE SOUTHEAST, VIRGINIA, AND THE NORTHEAST U.S. MA...

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052702027293356

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility, Arriving Late**

July 7, 2025

**Arrived at USPS Regional Destination Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
July 2, 2025, 4:37 pm

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
June 30, 2025, 11:50 pm

**Departed Post Office**

BOSTON, MA 02118
June 30, 2025, 5:19 pm

**USPS in possession of item**

BOSTON, MA 02118
June 30, 2025, 4:11 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)



## SECOND ATTEMPT AT MAIL SERVICE





- - - - - - - - - - - - - - - - - - - - - - Cut on dotted line. - - - - - - - - - - - - - - - - - - - - - - ✂ - - -

# Courtesy Notices

## DIGITAL SERVICE RECORDS

## U.S. DOJ NRDC,
## CAL EPA, & BAAQMD

 Outlook

---

**Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Tue 7/8/2025 4:01 PM

**To** webcontentmgr.enrd@usdoj.gov <webcontentmgr.enrd@usdoj.gov>

📎 2 attachments (1 MB)

In Re 3250 Scott Blvd   20250630 Sixty Day Notice.pdf; Gjovik v Apple   NOP   US EPA Enf Action.pdf;

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. On June 30 2025, this document was sent to the defendants and US EPA via email and also certified mail. Unless DOJ takes action prior, I plan to file suit in the US District Court in San Jose, CA sixty days from service.

Please note that US EPA is also taking administrative action under RCRA (also attached).

Fwiw, I would strongly prefer that DOJ takes this civil / criminal action, so I don't have to. Apple is a handful.

Let me know if you have any questions.

Respectfully,
 Ashley


—
**Ashley M. Gjøvik**
**BS, JD, PMP**
**(415) 964-6272**
**Boston, MA**

Sent with [Proton Mail](#) secure email.

 Outlook

---

**Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Mon 6/30/2025 8:53 PM

**To**    compliance@baaqmd.gov <compliance@baaqmd.gov>

📎 1 attachment (753 KB)
In Re 3250 Scott Blvd   20250630 Sixty Day Notice.pdf;

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by BAAQMD, I do not plan to serve BAAQMD formally and am only providing a digital notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

 Outlook

## Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Mon 6/30/2025 8:49 PM

**To** complaints@calepa.ca.gov <complaints@calepa.ca.gov>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd   20250630 Sixty Day Notice.pdf;


Hello,

As a courtesy notice, please see attached for a digital copy of the sixty day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by CalEPA, I do not plan to serve CalEPA formally and am only providing a digital notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

 Outlook

---

**Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Mon 6/30/2025 8:52 PM

**To** dtsc eerd@dtsc.ca.gov <dtsc eerd@dtsc.ca.gov>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd   20250630 Sixty Day Notice.pdf;


Hello,

As a courtesy notice, please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by DTSC, I do not plan to serve DTSC formally and am only providing a digital notice.

I do strongly encourage DTSC to reconsider their release of the 2016-2020 permanent injunction mentioned in the notice.

Let me know if you have any questions.

Respectfully,
-Ashley


—
**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

 Outlook

---

**Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd**

---

**From** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Date** Mon 6/30/2025 8:49 PM

**To**    complaints@calepa.ca.gov <complaints@calepa.ca.gov>

📎 1 attachment (753 KB)

In Re 3250 Scott Blvd   20250630 Sixty Day Notice.pdf;

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by CalEPA, I do not plan to serve CalEPA formally and am only providing a digital notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.