WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC. ET AL.,<br>　　　　Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE**<br><br>Courtroom:  8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>Action Filed:  September 2, 2025<br>Trial Date:  TBD |

I, WILLIAM F. TARANTINO declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendants Apple Inc. ("Apple"), Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust (the "Jenab Defendants," and, together with Apple, "Defendants"). Pursuant to Local Rule 6-2(a), I make this declaration in support of the parties' Stipulation to Extend Defendants' Time to Respond to the Amended Complaint pursuant to Local Rule 6-1(b). I have personal knowledge of the facts stated herein and, if called as a witness, could competently testify thereto.

2. On September 16, 2025, Plaintiff Ashley Gjovik ("Plaintiff" or "Gjovik") served the original Complaint (ECF No. 1, the "Complaint" or "Compl.") in this matter on Apple. (*See* ECF No. 14 at 1.)

3. On September 17, Plaintiff served the Complaint in this matter on the City of Santa Clara. (*See id.*)

4. On September 18, 2025, Plaintiff served the Complaint in this matter on the Jenab Defendants. (*See* ECF No. 19.)

5. The Complaint was 63 pages long. (*See generally* Compl.) In total, the Complaint cited or implicated more than 75 statutory provisions or regulations. (*See generally id.*) The Complaint also attached more than 250 pages of exhibits. (*See* ECF Nos. 3-1–3-3.)

6. On September 25, 2025, Plaintiff, Apple, and the Jenab Defendants filed a stipulated motion to extend Apple and the Jenab Defendants' time to respond to the Complaint to November 7, 2025 (ECF No. 26), which the Court granted on September 26, 2025 (ECF No. 28).

7. On November 7, 2025, Apple and the Jenab Defendants filed motions to dismiss the Complaint. (ECF Nos. 36–39.)

8. On November 28 and 29, 2025, Plaintiff filed the Amended Complaint (ECF Nos. 47–48, the "Am. Compl."), mooting the pending motions to dismiss.

9. Pursuant to the Court's December 1, 2025 Order (ECF No. 50), Defendants' current deadline to respond to the Amended Complaint is December 22, 2025.

TARANTINO DECL. ISO MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE
CASE NO. 5:25-CV-07360-PCP

1

10. The Amended Complaint adds over 100 pages of allegations, bringing the total length to 178 pages, and states 35 causes of action against the Defendants, implicating at least 150 different statutory provisions, regulations, and ordinances. (*See generally* Am. Compl.)

11. The Amended Complaint also attaches over 500 pages of exhibits and attachments. (*See* ECF Nos. 48-1–48-5.)

12. Defendants thus must analyze and respond to a greater volume of new information than was presented in the entire original Complaint in formulating their responses to the Amended Complaint.

13. Counsel for Apple is also representing the Jenab Defendants, in this matter, who are associated with the entity who owns the subject property and leases it to Apple.

14. The Jenab Defendants face materially different claims and have materially different factual and legal defenses than Apple. Counsel for Defendants will thus need to consider tailored responses for each defendant to reflect those distinctions.

15. For similar reasons, Defendants also seek an Order to continue the status conference currently set for December 18, 2025.

16. The pleadings in this case are not yet at issue, and Defendants have not yet had the opportunity to challenge the Amended Complaint's sufficiency. As noted above, the Amended Complaint is substantially longer than the prior iteration and introduces new factual allegations and legal claims.

17. Until the Court has ruled on Defendants' motions to dismiss, the contours of the operative claims remain unsettled and unclear. Any attempts to set a trial schedule or conduct discovery, then, are premature.

18. Granting these extensions will considerably benefit judicial economy, as a well-prepared, accurate response will help clarify the issues for all parties, including the Court, going forward and thus streamline litigation. Without these extensions, Defendants will be forced to scramble to respond to a voluminous complaint, and the parties will likely waste time and resources on claims that may not survive a motion to dismiss.

TARANTINO DECL. ISO MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE
CASE NO. 5:25-CV-07360-PCP

2

19. Defendants attempted to stipulate to these extensions with Plaintiff, but Plaintiff refused.

20. Defendants initially requested a 30-day extension and continuance of the case management conference via email to Plaintiff on December 3, 2025. Plaintiff refused, stating that she would only stipulate to an extension of the responsive pleading deadline if the case management conference was not continued.

21. Defendants attempted to negotiate conditions that would satisfy Plaintiff. Although Defendants initially considered Plaintiff's conditions regarding the status conference, they ultimately decided that the conditions were untenable.

22. Granting this extension will not significantly affect the case schedule going forward as no scheduling order has been entered in this case.

23. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24. Executed this 9th day of December, 2025, at San Francisco, California.

By: /s/ *William F. Tarantino*
     William F. Tarantino

TARANTINO DECL. ISO MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE
CASE NO. 5:25-CV-07360-PCP

3