SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 2203018)
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780

BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
NOSSAMAN LLP
50 CALIFORNIA STREET, 34TH FLOOR
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:     415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No:     5:25-cv-07360-PCP <br><br> **DEFENDANT CITY OF SANTA CLARA'S JOINDER IN MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE** <br><br> Courtroom 8, 4th Floor <br> Judge: Hon. P. Casey Pitts <br><br> Action Filed: September 2, 2025 <br> Trial Date: TBD |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant City of Santa Clara (the "City") joins in the motion by Defendants Apple Inc. ("Apple") and the Jenab Defendants (ECF No. 51) seeking to enlarge the time to respond to Plaintiffs' Amended Complaint (ECF No. 48) from December 22, 2025 to January 21, 2026; and to continue the case management conference set for December 18, 2025. In joining in the motion, the City requests that the time to respond to the Amended Complaint be enlarged for all Defendants to January 21, 2026.

This is the City's first request for an enlargement of time to respond to the operative Complaint, and first request to continue the status conference. These extensions will not impact any deadlines currently set by the Court or by rule except for those that are the subject of this motion and the deadline for the Parties to hold a conference pursuant to Fed. R. Civ. P. 26(f).

As Apple and Jenab Defendants have indicated, the Parties discussed but were unable to agree upon a stipulation to enlarge the time for Defendants to respond to the Amended Complaint. Tarantino Decl. (ECF 51-1), ¶¶ 19-21. Plaintiff has communicated her opposition to continuing the December 18, 2025, case management conference.

**A.     Defendants need additional time to respond to the complex factual and legal issues presented by the Amended Complaint**

The same considerations that support additional time for a response by Apple and the Jenab Defendants also support a corresponding enlargement of the City's time to respond to Plaintiff's Amended Complaint. As Apple and the Jenab Defendants have observed, the 178-page Amended Complaint contains more than 100 pages of new allegations. It includes 35 claims, at least ten of which are now directed at the City (the claims in the original Complaint did not differentiate among the Defendants). It also includes claims not included in Plaintiff's 60-day notice letter. *E.g.*, ECF 48, Claims 16 and 17.

The City anticipates renewing its motion to dismiss claims against the City, which, after being fully briefed, was mooted without prejudice due to Plaintiff's filing of the Amended Complaint. However, the sheer volume of new allegations in the Amended Complaint necessitates more time to work through the Amended Complaint and identify, evaluate and respond to the new allegations, so that the City may present the Court with a focused response that will help clarify the issues, and ultimately assist in streamlining this litigation.

**B.     Continuance of the Case Management Conference is warranted.**

The City agrees with Apple and the Jenab Defendants that good cause exists to continue the December 18, 2025, case management conference. First, the current date is less than three

- 1 -
DEFENDANT CITY OF SANTA CLARA'S JOINDER IN MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE

weeks after Plaintiff filed the voluminous Amended Complaint. Defendants have not had adequate time to consider Plaintiffs' new claims and their implications for management of the case. Second, Defendants anticipate renewing their motions to dismiss, which may narrow the issues to be heard by the Court. Regardless, the outcome of those motions will influence the Parties' views regarding all questions relevant to management of the case.

### C.     Conclusion

For the foregoing reasons, the City respectfully requests that the Court enlarge the time for all Defendants to answer, move, or otherwise respond to the Amended Complaint to January 21, 2026, and continue the case management conference to 60 days or more after the decision on Defendants' motions to dismiss.

DATED:  December 10, 2025

NOSSAMAN LLP
SVEND BRANDT-ERICHSEN
BRENDAN F. MACAULAY
JENNIFER J. SEELY


By: */s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen
sbrandterichsen@nossaman.com
*Pro Hac Vice*
Jennifer Seely
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 120
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

Brendan F. Macaulay
CA Bar # 162313
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:     415.398.2438
bmacaulay@nossaman.com

*Attorneys for Defendant City of Santa Clara*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2025, I electronically filed the foregoing **DEFENDANT CITY OF SANTA CLARA'S JOINDER IN MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUE STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*