SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 2203018)
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
NOSSAMAN LLP
50 CALIFORNIA STREET, 34TH FLOOR
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:   415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual , <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., et al. , <br><br> Defendants. | Case No:   5:25-CV-07360-PCP <br><br> **ADMINISTRATIVE MOTION REQUESTING LEAVE FOR CITY OF SANTA CLARA'S COUNSEL TO APPEAR REMOTELY FOR CASE MANAGEMENT CONFERENCE** <br><br> Date: December 18, 2025 <br> Time: 1:00 p.m. <br> Courtroom: 8, 4th Floor <br> Judge: Hon. P. Casey Pitts |

1     Defendant City of Santa Clara moves, pursuant to Civil L.R. 7-11, for permission for its counsel to participate remotely, via Zoom or telephone at the court's preference, in the initial case management conference currently scheduled for December 18, 2025, should that conference not be continued by the Court.

    The City makes this request in recognition of the Court's standing order and scheduling notes calling for any request to appear remotely to be made at least seven days before a setting. Should the Court grant Defendants' pending motion to continue the conference (ECF 51), or Plaintiff's request that the conference occur as scheduled but via Zoom for all parties (ECF 53), then the City's motion would no longer be necessary.

    The basis for the City's motion is to avoid the travel expenses that would be required for an in-person appearance by the City's lead counsel for this matter, who resides in the Seattle area. Plaintiff and counsel for the other Defendants have indicated that they do not object to the City's counsel participating remotely in the initial case management conference.

DATED: December 11, 2025     NOSSAMAN LLP

By: */s/ Svend Brandt-Erichsen*
    Svend Brandt-Erichsen
    sbrandterichsen@nossaman.com
    *Pro Hac Vice*
    Jennifer Seely
    jseely@nossaman.com
    *Pro Hac Vice*
    NOSSAMAN LLP
    719 Second Avenue, Suite 120
    Seattle, WA 98104
    Telephone: 206.395.7630
    Facsimile: 206.257.0780

    Brendan F. Macaulay
    CA Bar # 162313
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Telephone:    415.398.3600
    Facsimile:    415.398.2438
    bmacaulay@nossaman.com

*Attorneys for Defendant City of Santa Clara*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December 2025, I electronically filed the foregoing **Administrative Motion Requesting Leave for City of Santa Clara's Counsel to Appear Remotely for Case Management Conference** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*