1  NOSSAMAN LLP
   SVEND BRANDT-ERICHSEN (WA BN 23923)
2  sbrandterichsen@nossaman.com
   *Pro Hac Vice*
3  JENNIFER J. SEELY (AK BN 63021)
   jseely@nossaman.com
4  *Pro Hac Vice*
   719 Second Avenue, Suite 1200
5  Seattle, WA 98104
   Telephone:  206.395.7630
6  Facsimile:   206.257.0780

7  NOSSAMAN LLP
   BRENDAN F. MACAULAY (CA BN 162313)
8  bmacaulay@nossaman.com
   50 California Street, 34th Floor
9  San Francisco, CA 94111
   Telephone:    415.398.3600
10 Facsimile:     415.398.2438

11 *Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a corporation, CITY OF SANTA CLARA, a local government, MR. KALIL/KHALIL JENAB, individually, & as Agent/Member/Manager of: JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, & as Trustee/Agent of: THE JENAB FAMILY TRUST,<br><br>Defendants. | Case No:     5:25-cv-07360-PCP<br><br>**DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF DEFENDANT CITY OF SANTA CLARA'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:  March 26, 2026<br>Time: 10:00 AM<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

BRANDT-ERICHSEN DECL. ISO THE CITY'S MOTION TO DISMISS AMENDED COMPLAINT
64124785

I, SVEND BRANDT-ERICHSEN, hereby declare as follows:

1. I am an attorney admitted to practice in the States of Alaska and Washington and admitted *pro hac vice* to appear before this Court, and I am a partner of the law firm Nossaman LLP, counsel of record for Defendant City of Santa Clara ("City"). I make this declaration in support of the City's Motion to Dismiss the Amended Complaint. I have personal knowledge of the facts set forth below based on my review of publicly-available municipal government documents, and, if called as a witness, could testify competently about them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the document titled "Sewage Treatment Plant Agreement Between San Jose and Santa Clara," formed March 30, 1959.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the document titled "Master Agreement for the Wastewater Treatment Between City of San Jose, City of Santa Clara and County Sanitation District #4," dated as of March 1, 1983.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of January, 2026, at Seattle, Washington.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically filed the foregoing **DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF DEFENDANT CITY OF SANTA CLARA'S MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen