UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual , <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., et al. , <br><br> Defendants. | Case No:    5:25-CV-07360-PCP <br><br> **[PROPOSED] ORDER GRANTING THE CITY'S REQUEST FOR JUDICIAL NOTICE** |

Defendant City of Santa Clara's Request for Judicial Notice in Support of the City's Motion to Dismiss the Amended Complaint came before this Court for hearing on March 26, 2026. Having considered the Request for Judicial Notice, and all other papers and argument in support thereof, and good cause appearing, IT IS HEREBY ORDERED that the City's Request for Judicial Notice is GRANTED, and the Court hereby takes judicial notice of the documents attached as Exhibits 1 and 2 to the Declaration of Svend Brandt-Erichsen in support of the City's Motion to Dismiss the Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. P. Casey Pitts
United States District Judge

- 1 -
ORDER GRANTING THE CITY'S REQUEST FOR JUDICIAL NOTICE