WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., ET AL. <br><br> Defendants. | Case No. 5:25-cv-07360-PCP <br><br> **DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Date: March 26, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 8, 4th Floor <br> Judge: Hon. P. Casey Pitts <br><br> Action Filed: September 2, 2025 <br> Trial Date: TBD |

I, WILLIAM F. TARANTINO, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. I make this declaration in support of Apple's Motion to Dismiss Plaintiff's Amended Complaint. I have personal knowledge of the facts set forth below based on my review of federal dockets, the referenced government websites and social media platforms, and, if called as a witness, could testify competently about them.

1. Attached hereto as **Exhibit A** is a true and correct copy of the document titled "First Amended Complaint With Exhibits" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-CRB (N.D. Cal. Oct. 25, 2023), ECF No. 17.

2. Attached hereto as **Exhibit B** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; and Denying Plaintiff's Motion to Amend" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 27, 2025), ECF No. 179.

2. Attached hereto as **Exhibit C** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; and Granting Plaintiff's Motion to Strike" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Oct. 1, 2024), ECF No. 112.

3. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit A to the document titled "Notice of Chapter 7 Trustee's Intent to Abandon Claims" from the docket of *Ashley Marie Gjovik*, Case No. 1:25-bk-11496 (Bankr. D. Mass. Oct. 24, 2025), ECF No. 47-1.

4. Attached hereto as **Exhibit E** is a true and correct copy of the document titled "Order Denying Plaintiff's Motion for Judicial Notice; and Dismissing Plaintiff's Second Amended Complaint" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Jan. 30, 2024), ECF No. 46.

5. Attached hereto as **Exhibit F** is a true and correct copy of the document titled "n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination," Document ID EPA-HQ-OPPT-2016-0743-0145, available at

1  https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0743-0145 [https://perma.cc/4JLS-TQJ7] (last visited January 21, 2026).

6. Attached hereto as **Exhibit G** is a true and correct copy of the "classic view" of Apple's public TRI Facility Report, available at https://enviro.epa.gov/enviro/tris_control_v2.tris_print?pPrev=1&tris_id=95051NTRSL3250S [https://perma.cc/BY3A-8VXY] (last visited January 21, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of January 2026, at San Francisco, California.

By: */s/ William F. Tarantino*
      William F. Tarantino