| | |
|---|---|
| 1 | WILLIAM F. TARANTINO [SBN 215343] |
| 2 | WTarantino@mofo.com |
|   | ALBERTO J. CORONA [SBN 339906] |
| 3 | ACorona@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 5 | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | JULIE Y. PARK [SBN 259929] |
|   | JuliePark@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 200 |
| 9 | San Diego, California 92130-3588 |
|   | Telephone: (858) 720-5100 |
| 10 | Facsimile: (858) 720-5125 |

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK, | Case No. 5:25-cv-07360-PCP |
| Plaintiff, | **STIPULATION REQUESTING ORDER TO EXTEND DEADLINES TO RESPOND TO MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| APPLE INC., ET AL. | |
| Defendants. | Courtroom: 8, 4th Floor |
| | Judge: Hon. P. Casey Pitts |
| | Action Filed: September 2, 2025 |
| | Trial Date: TBD |

Pursuant to Rule 6-2(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Ashley M. Gjovik ("Plaintiff"), *pro se*; and Defendants Apple Inc. ("Apple"), Kalil Jenab, Jenab Family LP, Jenab Family Ventures, LLC, Jenab Family Trust (collectively, the "Jenab Defendants"), and the City of Santa Clara (together with Apple and the Jenab Defendants, "Defendants"), by and through their undersigned counsel; stipulate as follows:

WHEREAS, Plaintiff filed the original Complaint on September 2, 2025;

WHEREAS, an initial Case Management Conference was scheduled for December 18, 2025 (ECF No. 18);

WHEREAS, on September 26, 2025, the Court approved Plaintiff, Apple, and the Jenab Defendants' stipulated motion to extend Apple and the Jenab Defendants' time to respond to the Complaint from October 7 and October 9, 2025, respectively, to November 7, 2025 (ECF No. 28);

WHEREAS, Plaintiff filed the First Amended Complaint on November 28 and 29, 2025 in response to Defendants' motions to dismiss (ECF Nos. 47-48);

WHEREAS, on December 1, 2025, the Court issued an order setting a deadline of December 22, 2025 for Defendants' responses to the First Amended Complaint (ECF No. 50);

WHEREAS, on December 12, 2025, the Court granted Apple and the Jenab Defendants' Administrative Motions, extending all Defendants' time to respond to the First Amended Complaint to January 21, 2026 and continuing the initial Case Management Conference to February 26, 2026 (ECF No. 57);

WHEREAS, all Defendants filed motions to dismiss the First Amended Complaint on January 21, 2026, with the hearing date for all motions set for March 26, 2026 (ECF Nos. 58–63);

WHEREAS, on January 21, 2026, the Plaintiff notified the Defendants she would like thirty days to respond to the three pending Motions to Dismiss (ECF Nos. 58–63);

WHEREAS, Plaintiff's deadline to respond to the three motions to dismiss is currently February 4, 2026, this is the Plaintiff's first request for an extension of her deadlines, and the Plaintiff has not opposed any deadline extension requests made thus far by the Defendants;

WHEREAS, on January 21 2026 Defendants notified Plaintiff of scheduling conflicts with

1  the currently scheduled Case Status Conference and the parties deliberated regarding the schedule;
2  and
3      WHEREAS, the parties have agreed that:
4      (i)    the deadline for Plaintiff to oppose Defendants motions to dismiss should be
5      extended to February 20, 2026;
6      (ii)    the deadline for Defendants to reply to Plaintiff's oppositions should
7      correspondingly be extended to March 6, 2026; and
8      (iii)    that the Case Management Conference should be continued until April 16, 2026, or
9      later;
10      THEREFORE, IT IS HEREBY STIPULATED AND THE PARTIES REQUEST that the
11  Court GRANT the stipulated request to extend Plaintiff's deadline to oppose Defendants' motions
12  to dismiss to February 20, 2026, extend Defendants' deadline to reply to Plaintiff's oppositions to
13  March 6, 2026, and to continue the Case Management Conference until April 16, 2026, or later.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO EXTEND MOTION TO DISMISS DEADLINES AND CONTINUE CASE MANAGEMENT
CONFERENCE
CASE NO. 25-CV-07360-PCP

2

Dated:  January 26, 2026                    MORRISON & FOERSTER LLP

                                            By:  */s/ William F. Tarantino*
                                                 William F. Tarantino

                                            *Attorneys for Defendants*
                                            APPLE INC., KALIL JENAB, JENAB
                                            FAMILY LP, JENAB FAMILY
                                            VENTURES LLC, and JENAB FAMILY
                                            TRUST

Dated:  January 26, 2026                    NOSSAMAN LLP

                                            By:  */s/ Svend A. Brandt-Erichsen*
                                                 Svend A. Brandt-Erichsen

                                            *Attorneys for Defendant*
                                            CITY OF SANTA CLARA

Dated:  January 26, 2026

                                            By:  */s/ Ashley M. Gjovik*
                                                 Ashley M. Gjovik

                                            *Plaintiff*

STIPULATED REQUEST TO EXTEND MOTION TO DISMISS DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 25-CV-07360-PCP

3

**ECF ATTESTATION**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley M. Gjovik and the City of Santa Clara have concurred in this filing.

Dated:  January 26, 2026

MORRISON & FOERSTER LLP

By: /s/ William F. Tarantino
William F. Tarantino

*Attorneys for Defendants*
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

STIPULATED REQUEST TO EXTEND MOTION TO DISMISS DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 25-CV-07360-PCP

4

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's deadline to oppose Defendants' motions to dismiss is extended to February 20, 2026; Defendants' deadline to reply to Plaintiff's oppositions is extended to March 6, 2026; and the Case Management Conference currently scheduled for February 26, 2026, is continued until April 16, 2026, or later.

Dated: _____            By: _____
                                      Hon. P. Casey Pitts
                                      UNITED STATES DISTRICT JUDGE