1  
2  WILLIAM F. TARANTINO [SBN 215343]  
   WTarantino@mofo.com  
3  ALBERTO J. CORONA [SBN 339906]  
   ACorona@mofo.com  
4  MORRISON & FOERSTER LLP  
   425 Market Street  
5  San Francisco, California 94105-2482  
   Telephone: (415) 268-7000  
6  Facsimile: (415) 268-7522  
7  
   JULIE Y. PARK [SBN 259929]  
8  JuliePark@mofo.com  
   MORRISON & FOERSTER LLP  
9  12531 High Bluff Drive, Suite 200  
   San Diego, California 92130-3588  
10 Telephone: (858) 720-5100  
   Facsimile: (858) 720-5125  
11  
12 Attorneys for Defendants APPLE INC., KALIL  
   JENAB, JENAB FAMILY LP, JENAB FAMILY  
13 VENTURES LLC, and JENAB FAMILY TRUST  

14  
               UNITED STATES DISTRICT COURT  
15  
            FOR THE NORTHERN DISTRICT OF CALIFORNIA  
16  
                       SAN JOSE DIVISION  
17  

18 | ASHLEY M. GJOVIK, | Case No. 5:25-cv-07360-PCP |
19 | Plaintiff, | **DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF STIPULATION REQUESTING ORDER TO EXTEND DEADLINES TO RESPOND TO MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |
20 | v. | |
21 | APPLE INC. ET AL., | |
22 | Defendants. | |
23 | | |
24 | | Courtroom: 8, 4th Floor |
   | | Judge: Hon. P. Casey Pitts |
25 | | |
   | | Action Filed: September 2, 2025 |
26 | | Trial Date: TBD |

27  
28  

Tarantino Decl. ISO Stipulated Request to Extend Motion to Dismiss Deadlines and Continue Case Management Conference  
Case No. 5:25-cv-07360-PCP

I, WILLIAM F. TARANTINO declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendants Apple Inc. ("Apple"), Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust (the "Jenab Defendants," and, together with Apple and the City of Santa Clara, "Defendants"). Pursuant to Local Rule 6-2(a), I make this declaration in support of the parties' Stipulation Requesting an Order to Extend Deadlines to Respond to the Defendants' Motions to Dismiss and Continue the Case Management Conference. I have personal knowledge of the facts stated herein and, if called as a witness, could competently testify thereto.

2. On September 16, 2025, Plaintiff Ashley Gjovik ("Plaintiff" or "Gjovik") served the original Complaint (ECF No. 1, the "Complaint" or "Compl.") in this matter on Apple. (*See* ECF No. 14 at 1.)

3. On September 17, Plaintiff served the Complaint in this matter on the City of Santa Clara. (*See id.*)

4. On September 18, 2025, Plaintiff served the Complaint in this matter on the Jenab Defendants. (*See* ECF No. 19.)

5. The initial Case Management Conference in this matter was scheduled for December 18, 2025 (ECF No. 18).

6. On September 25, 2025, Plaintiff, Apple, and the Jenab Defendants filed a stipulated motion to extend Apple and the Jenab Defendants' time to respond to the Complaint from October 7 and October 9, 2025, respectively, to November 7, 2025 (ECF No. 26), which the Court granted on September 26, 2025 (ECF No. 28).

7. On November 7, 2025, Apple and the Jenab Defendants filed motions to dismiss the Complaint. (ECF Nos. 36–39.)

8. On November 28 and 29, 2025, Plaintiff filed the First Amended Complaint (ECF Nos. 47–48), mooting the pending motions to dismiss.

Tarantino Decl. ISO Stipulated Request to Extend Motion to Dismiss Deadlines and Continue Case Management Conference
Case No. 5:25-cv-07360-PCP

1

9. On December 9, 2025, Apple and the Jenab Defendants filed an unopposed Administrative Motion requesting that their deadline to respond to the First Amended Complaint be extended to January 21, 2026,

10. On December 9, 2025, Apple and the Jenab Defendants filed an opposed Administrative Motion requesting that the Case Management Conference be continued (ECF No. 51), which the City of Santa Clara joined (ECF No. 52).

11. On December 12, the Court granted Apple and the Jenab Defendants' Administrative Motions, extending all Defendants' deadline to respond to the First Amended Complaint to January 21, 2026, and continuing the Case Management Conference to February 26, 2026 (ECF No. 57).

12. On January 21, 2026, Apple, the Jenab Defendants, and the City of Santa Clara filed motions to dismiss the First Amended Complaint (ECF Nos. 58–63).

13. On January 21, 2026, the Plaintiff notified the Defendants she would like thirty days to respond to the three pending Motions to Dismiss (ECF Nos. 58–63). Pursuant to Local Rule 7-3, Plaintiff's deadline to file an opposition to Defendants' motions is currently February 4, 2026, meaning Plaintiff has 14 days to draft and file oppositions to three separate motions to dismiss.

14. Plaintiff has explained that she would prefer thirty days to respond, rather than 14 days, because of the work required to respond to three separate motions.

15. The hearing for the three Motions is currently scheduled for March 26, 2026, 64 days after the Motions were filed, and thus the extension of time would not impact the current schedule of that hearing.

16. Defendants also seek an Order to continue the Case Management Conference currently set for February 26, 2026, to April 16, 2026, or later.

17. Defendants believe that until the Court has ruled on Defendants' motions to dismiss, the contours of the operative claims remain unsettled and unclear. Thus, Defendants believe that a Case Management Conference is premature and would waste judicial resources.

TARANTINO DECL. ISO STIPULATED REQUEST TO EXTEND MOTION TO DISMISS DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:25-CV-07360-PCP

2

18. Defendants believe that granting these extensions will considerably benefit judicial economy, as well-prepared briefing on the motions to dismiss will help clarify the issues for all parties, including the Court, going forward and thus streamline litigation.

19. Without these extensions, Plaintiff will be forced to respond to three motions to dismiss in only 14 days, and the Case Management Conference will be held while it is unclear to Defendants what claims remain viable, wasting resources.

20. Granting this extension will not significantly affect the case schedule going forward as no scheduling order has been entered in this case.

21. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22. Executed this 26th day of January, 2026, at San Francisco, California.

By: */s/ William F. Tarantino*
William F. Tarantino

TARANTINO DECL. ISO STIPULATED REQUEST TO EXTEND MOTION TO DISMISS DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:25-CV-07360-PCP

3