**Ashley M. Gjovik, JD**
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, <br> *an individual*, <br><br> Citizen Plaintiff, <br><br> vs. <br><br> **City of Santa Clara, Apple Inc., & K. Jenab et al.** <br><br> Defendants. | **Case No. 25-CV-07360-PCP** <br><br> **Environmental Citizen Suit; Public Nuisance** <br><br> **Proof & Certification of Service** <br><br> 1) Amended Complaint <br> 2) Extended Sixty Day Notice |

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1.      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2.      The first Certificate and Proof of Service for this lawsuit was filed on Sept. 12 2025 at Dkt. 10. The second Certification of Service was filed to Dkt. 14 on Sept. 17 2025.

3.      Finally, service was also completed for K. Jenab and the various associated business entities, *et al* via stipulation with their counsel at Dkt. 19 on Sept. 22 2025.

4.      Following my filing of an Amended Complaint at Dk. 48, I then served copies of the Amended Complaint to the US EPA and U.S. Attorney General via certified mail. The EPA received the parcel on Dec. 23 2025 (USPS id. 9214 8903 7003 0100 0500 84) and the AG received the parcel on Dec. 29 2025 (USPS id. 9214 8903 7003 0100 0500 77). (Exhibit A)

5.      Service of the Amended Complaint is complete and the U.S. Dept. of Justice responded on Jan. 26 2026 and provide instructions regarding settlement/case management guidance which is attached at Exhibit B.

6.      After drafting the expanded Sixty-Day Notice of a Citizen Suit under the CWA, as filed at Dkt. 57 on Dec. 12 2025, I then served copies of the Notice to the U.S. EPA, U.S. Attorney General, U.S. Army Corps, and Defendants including the City of Santa Clara. (Exhibit C).

7.      Service of the expanded Sixty Day Notice is effectuated but the sixty days are not complete with the parcel arriving with City of Santa Clara on Dec. 18 2025 & with the US EPA and Attorney General on Dec. 22-23 2025. Adding Sixty Days to the latest service date of Dec. 23 2025 ends on Sat. Feb. 21 2026 and pushes the next business day to Feb. 23 2026..

8.      I served copies of my Proof of Service of the Expanded Sixty Day Notice

(Exhibit C) to the US EPA and US Attorney General and the packages were delivered on Feb. 11-12 2026. (Exhibit D).

9.    Potential Defendant Kaiser Aluminum Corp. contacted me via their counsel on Feb. 6 2026. The Corporation provided a position statement and I have emailed with their counsel regarding their potential liability and involvement in the unlawful filling of the Saratoga Creek System and the surrounding baylands, including the Site where the Chip Fab in this instant case is located.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this day of Feb. 17 2025 in San José, California.

Respectfully,

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Feb. 17 2026

# EXHIBIT A:
# PROOF OF SERVICE
# OF THE AMENDED COMPLAINT

**UNITED STATES
POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8903 7003 0100 0500 84**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 23, 2025, 8:32 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EPA Administrator  Lee Zeldin |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 2.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8903 7003 0100 0500 77**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 29, 2025, 5:11 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General  Pamela Bondi |

| Shipment Details | |
| --- | --- |
| **Weight:** | 9.0oz |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT B:
# COMMUNICATIONS FROM
# THE U.S. DEPT. OF JUSTICE

# Gjovik v. Apple Inc. et al. (N.D. Cal.), Case No. 5:25-cv-7360

| From | Bowen, Bryn (ENRD) <Bryn.Bowen@usdoj.gov> |
|------|---|
| To | Ashley M. Gjovik (Legal Matters)<legal@ashleygjovik.com> |
| CC | Gordon, David L. (ENRD)<David.L.Gordon@usdoj.gov> |
| Date | Monday, January 26th, 2026 at 7:58 AM |

Dear Counsel of Record:

As required by the Clean Water Act, 33 U.S.C. § 1365(c)(3), and the Clean Air Act, 42 U.S.C. § 7604(c)(3), plaintiff's counsel has provided the Attorney General a copy of the complaint in the above-captioned citizen suit. Please review the attached document entitled "Notification on Receipt of a Clean Air Act or Clean Water Act Citizen Suit Complaint," which contains information that the Department of Justice (DOJ) routinely transmits upon receipt of such a complaint. Please email citizensuitdocs.enrd@usdoj.gov if you have any questions about the review process for Clean Water Act and Clean Air Act citizen suit complaints and consent judgments.

Best,

Bryn Bowen

Paralegal Specialist

Law and Policy Section

Environment and Natural Resources Division

202-297-7774

---

**219.80 KB**   1 file attached

NOTIFICATION ON RECEIPT OF A CLEAN AIR ACT OR CLEAN WATER ACT CITIZEN SUIT COMPLAINT .pdf 219.80 KB



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Law and Policy Section*                                      *Telephone (202) 514-1442*
*P.O. Box 7415*                                               *Facsimile (202) 514-0557*
*Ben Franklin Station*
*Washington, DC 20044-7415*

**Revised December 2025**

### NOTIFICATION ON RECEIPT OF A CLEAN AIR ACT OR CLEAN WATER ACT CITIZEN SUIT COMPLAINT

The Clean Air Act (CAA) and Clean Water Act (CWA) provide for service of a copy of a citizen suit complaint on the Administrator of the Environmental Protection Agency (EPA) and on the Attorney General. 42 U.S.C. § 7604(c)(3); 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.4.[1] In cases in which the United States is not a party, the United States Department of Justice, Environment and Natural Resources Division, Law and Policy Section, receives such materials on behalf of the Attorney General. Upon receipt of a complaint, to assist the parties, the Section provides the following information on the role of the United States Department of Justice and EPA under the statute in question and explains the process our office follows.

#### A. Review of Consent Judgments

The CWA and the CAA both require that any "consent judgment" in a citizen suit be provided for the United States to review. 33 U.S.C. § 1365; 42 U.S.C. § 7604(c)(3). For the United States' right of review, the term "consent judgment" has a broad meaning that encompasses all instruments entered with the consent of the parties that have the effect of resolving any portion of the case. This includes consent decrees, settlement agreements that are not submitted to the Court, documents related to voluntary dismissal, and amendments to previously reviewed settlement instruments. If the parties agree to resolve a citizen suit, the United States is afforded a 45-day period to review the instrument. *Id*. The Department monitors citizen suit litigation to ensure compliance with this requirement. Settlements that do not undergo the statutorily-required review process are at risk of being void.

The United States typically uses the entirety of its 45-day comment period. During this period, we may ask the parties for additional information to better understand the elements of the settlement. At the end of its review period, the United States may express its views on the proposed consent judgment or provide additional comments. The United States may also "point out to a court where some ruling or decree would be inconsistent with the government's enforcement program or interpretation of the law." *See* 131 Cong. Rec. S3645 (daily ed. March,

---

[1] The notice provides the United States an opportunity to review potential claims and, if appropriate, to bring its own judicial action before a citizen suit is filed. *See* S. Rep. No. 50 at 28, 99th Cong. 1st Sess. (1985). Notice also allows the United States to monitor litigation and to consider potential amicus participation, where it may be in the interest of the United States and helpful to the Court.

28 1985).

The United States is not bound to the resolution of matters to which it is not a party, such as citizen suits. *See, e.g., Hathorn v. Lovorn*, 457 U.S. 255, 268 n.23 (1982) (Attorney General is not bound by cases to which he was not a party); 28 U.S.C. §§ 516, 519. As Senator Chafee explained, the United States' review of consent judgments under the citizen suit provision does not change the rule of law that the United States is not bound by citizen suit settlements, but rather "is necessary to protect the public against abusive, collusive, or inadequate settlements." *Id.* at 8097.

**B. Procedure for Proposed Consent Judgments**

1. *Procedures for Lodging Proposed Consent Judgments.* EPA's CWA regulations require service of proposed citizen suit consent judgments on the Department of Justice and EPA. 40 C.F.R. § 135.5. The regulations also provide a process for lodging such proposed consent judgments with the Court. The regulations state that when a proposed consent judgment is filed or lodged with the Court, "the plaintiff shall notify the Court of the statutory requirement that the consent judgment shall not be entered prior to 45 days following receipt by both the Administrator and the Attorney General of a copy of the consent judgment." *Id.* at § 135.5(b)(1). The regulations also require the plaintiff to notify the Court of the date on which the Administrator and the Attorney General received copies of the proposed consent judgment, either at the time of lodging or after the proposed consent judgment is lodged. *Id.*[2] If at any point the parties seek to modify the consent judgment, that proposed modification is itself a proposed consent judgment that requires compliance with the statutory notice and 45-day review period. A similar process is required by the CAA. 42 C.F.R. § 7604(c)(3).

2. *Mailing Address for Service on the Department of Justice.* EPA's CWA regulations provide for service of a copy of a proposed citizen suit consent judgment on the Attorney General at a specified street address. 40 C.F.R. § 135.5. As a result of the Department's security procedures, mail sent to that address is automatically subjected to special mail handling procedures that may delay its arrival substantially. Additionally, as a result of potential mail disruptions and delays, we strongly encourage the use of email. **We therefore request that proposed consent judgments served on the Department of Justice be submitted via email to citizensuitdocs.enrd@usdoj.gov[3] or sent via certified mail to the following address**:

> Citizen Suit Coordinator
> Environment and Natural Resources Division
> P.O. Box 7415
> Ben Franklin Station
> Washington, DC 20044-7415

---

[2] Please see discussion below for how the United States calculates the 45-day period review period based on the date the ENRD Citizen Suit Coordinator receives the proposed consent judgment.

[3] We have designated this email inbox to receive electronic service of citizen suit complaints and consent decrees. If you choose this method of service, please be advised that you will receive an auto-reply from the inbox confirming your submission was received electronically. If you do not receive this auto-reply, the email was not received and the document will not be deemed submitted. Further, as the auto-reply will explain, you will receive another email confirming successful service and containing further instructions once the email and any attachments have been successfully downloaded. The inbox is monitored only during working hours.

The Department will treat this as satisfying the statutory requirements to serve the Attorney General under both the CWA, 33 U.S.C. § 1365, and the CAA, 42 U.S.C. § 7604(c)(3). (The separate procedures appearing in the regulation for service on EPA remain applicable and must be followed when serving EPA.) If a copy of the consent judgment is sent only to the address listed in the regulations, and not to the email address, the Department will not regard the 45-day review period as commencing until the special handling process has been completed. Please email citizensuitdocs.enrd@usdoj.gov if you have any questions about this process.

Please note that payments designated as civil penalties, including payments designated as stipulated penalties, must be paid to the United States Treasury. If your consent decree contains a civil penalty, please contact citizensuitdocs.enrd@usdoj.gov to arrange payment processing.

## C. Substance of Consent Decrees

1. *Compliance and Remedies.* In its review, the United States seeks to ensure that the proposed consent judgment complies with the requirements of the relevant statute and is consistent with its purposes. *See Local 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 525-26 (1986) (a consent decree should conform with and further the objectives of the law upon which the complaint was based). For example, if the defendant has been out of compliance with statutory or permit requirements, the proposed consent judgment should require the defendant to come into prompt compliance and should include an appropriate combination of one of the following remedies: a civil penalty, injunctive relief, and/or an environmentally beneficial project (discussed below in C.4).

2. *Federal/State Law Claims.* In some instances, a plaintiff will incorporate in a single CAA or CWA citizen suit complaint claims under one or more federal environmental laws and/or state tort laws. The proposed consent judgment should provide for distinct and discernible relief premised on the CWA or CAA claims, as opposed to providing relief pursuant to only the state-law claims or claims under other federal laws. Thus, any resolution of such a complaint should as clearly as practicable distinguish between the relief attributable to the federal and the state claims. For example, any recovery of monetary damages should not be attributable to the CAA and/or CWA claims because recovery of monetary damages by plaintiffs is not permitted under the CAA or CWA. Appropriate types of relief for federal citizen suit claims are discussed in the preceding paragraph (C.1).

3. *Fees*. A consent judgment may provide for attorney fees and litigation costs. The statutory right to recover is directly tied to hours invested in a particular matter and litigation costs actually expended. Where the factual basis of negotiated fees and costs are not readily apparent from the docket or from material submitted to the United States or a reviewing court, the United States may request that some or all of the parties provide additional information to evaluate the settlement of attorney fees and litigation costs.

**D. Conclusion**

The United States reminds the parties that, notwithstanding such discussions or any other involvement, and as explained in Section A above, it is not bound by the resolution of citizen suit matters.

# EXHIBIT C: PROOF OF SERVICE OF THE SIXTY DAY NOTICE OF THE EXTENDED CLEAN WATER ACT CLAIMS

**Ashley M. Gjøvik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA 95816
legal@ashleygjovik.com
(415) 964-6272

# U.S. Environmental Protection Agency

## SIXTY-DAY NOTICE OF INCOMING CITIZEN SUIT DECLARATION AND PROOF OF SERVICE

Ashley M. Gjøvik,

The Citizen-Plaintiff,

vs.

City of Santa Clara,

Kaiser Aluminum Corp.,

Aetna Inc.,

Marriott Int. Inc.,

Intel Corporation,

L3 Harris (Intersil)

The Defendants.

Re: The Matter of Saratoga Creek and the Santa Clara Tidelands/Wetlands

Sixty Day Notice Proof of Service

Clean Water Act, 33 U.S.C. § 1365

**Ashley M. Gjøvik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA 95816
legal@ashleygjovik.com
(415) 964-6272

# DECLARATION OF SERVICE
# OF SIXTY-DAY NOTICE OF CITIZEN SUIT

I, Ashley M. Gjøvik, declare:

## BACKGROUND AND STATUTORY REQUIREMENTS

1.   I am over 18 years of age, competent to testify, and have personal knowledge of the facts stated herein.

2.   On Sept. 2 2025, I (the "Citizen Plaintiff") filed the first Citizen Suit lawsuit related to this matter (the "Chip Fab Case") at the District Court in San Jose, within the Northern District of California. The case no. is 5:25-cv-7360.

3.   On Oct. 27 2025 the EPA completed a limited, fine-only RCRA enforcement action against one of the Defendants in the "Chip Fab Case" regarding matters related to the Chip Fab Case and arising out of the Citizen-Plaintiff's tips and complaints to the US EPA (See, *In the Matter of Apple, Inc.,* U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025).

4.   In late Nov. 2025, while performing research related to the Chip Fab Case and preparing an Amended Complaint, I discovered that Defendant City of Santa Clara had stealthfuly diverted portions of a Water of the United States, (the ancient Saratoga Creek), into irrigation and stormwater infrastructure and was managing this ancient Creek as if it were stormwater runoff and without notifying regulators or the public about what they did. This also meant the Creek, flowing directly to the San Francisco Bay and Pacific Ocean, was flowing under and around the Chip Fab in the Fab's stormwater infrastructure.

5.   In late Nov. 2025, I also realized the Chip Fab was located on jurisdictional wetlands and tidelands. I also realized the Defendants had unlawfully filled and drained hundreds of acres of sensitivity, protected, and irreplaceable tidelands and wetlands.

6.   I included these issues, and others, in my Amended Complaint (which was imminently due to be filed in court) and continued to research. The scope of the issues expanded immensely, and then I drafted the instant Sixty Day Notice, scoped as a separate case ("The Saratoga Creek & Santa Clara Tidelands Case").

7.   On Dec. 11-12 2025, I initiated service of a Sixty-Day Notice of Intent to Sue under the Clean Water Act (33 U.S. C. § 1365) by ordering Certified Mail service through a service provider. USPS accepted the packages by Dec. 15 2025.

8.   The Regulators were also notified and were provided an electronic copy of the "Saratoga Creek & Santa Clara Tidelands" Sixty-Day Notice on Dec. 11 and Dec. 12 2025.

9.   The "Saratoga Creek & Santa Clara Tidelands Case" Sixty Day Notice was delivered to the Regulators and Defendants between Dec. 18 and Dec 24 2025.

10.   This instant sworn Declaration of Service and Exhibits with Proof of Service to the Regulators and selected Defendants, now served upon the U.S. EPA and the U.S. Attorney General, proves all required service is complete.

11.   As noted, some allegations and issues in the "Saratoga Creek & Santa Clara Tidelands" Notice are already pending in the U.S. District Court in San Jose in case no. 5:25-cv-07360. A copy of this Sixty Day Notice was filed to that docket on Dec. 11 2025 at Dkt. 55.

12.   An Amended Complaint was filed in the existing Chip Fab Case on Nov. 29 2025 which includes most, if not all, of the allegations against City of Santa Clara which are also contained in the "Saratoga Creek & Santa Clara Tidelands" Sixty Day Notice. Thus, I was forced to skip ahead, and these maters are already live in federal court. (Dkt. 48).

13.   On Nov. 30 2025, the Citizen-Plaintiff filed a Notice to the federal Judge in the pending case explaining that the court will not have jurisdiction over some of "Saratoga Creek & Santa Clara Tidelands Case" matters until Sixty Days has passed and that notified him that the Citizen Plaintiff was delaying her Motion for Preliminary Injunction to provide the government time to consider the new allegations. (Dkt. 49).

14.   There are currently three pending Motions to Dismiss (and four additional supporting

motions/declarations) filed in the Chip Fab Citizen Suit case (5:25-cv-7360, Dkt. 58-64). The Citizen-Plaintiff's Opposition response is currently due by Feb. 20 2026.

15. The Nov. 29 2025 Amended Complaint for the Chip Fab Case was also served to the US EPA and US Attorney General.

16. The Citizen-Plaintiff initiated service of the Amended Complaint for the Chip Fab Case on Dec. 12 2025, the package was dispatched Dec. 15 2025, and it was delivered to US EPA on Dec. 23 2025 and to the U.S. Attorney General on Dec. 29 2025. (It's unclear why the delivery was so delayed by USPS).

17. The Citizen-Plaintiff previously planned to file a Motion for Preliminary Injunction in the Chip Fab Case (5:25-cv-7360). However, she delayed doing so due to the need to first file this "Saratoga Creek & Santa Clara Tidelands" Notice and her desire to understand if the government would intervene or if it was delegating these matters to the Citizen-Plaintiff.

18. Thus far, the Citizen-Plaintiff has received no communication from Regulators regarding the "Saratoga Creek & Santa Clara Tidelands Case" Sixty Day Notice.

19. The federal court hearing for the pending Motions to Dismiss, and the to-be-filed Motion for Preliminary Injunction, will be in March 2026, well after any interpretation of the Sixty-Day deadline is satisfied.

20. The Citizen-Plaintiff plans to file her Oppositions to the Motions to Dismiss and her Motion for Preliminary Injunction by her deadline of Feb. 20 2026, and will include matters described in the pending "Saratoga Creek & Santa Clara Tidelands" Sixty-Day Notice as if they are already vested to her, but noting the government may still intervene.

21. If the government plans to intervene in this matter, the City of Santa Clara is a required Defendant and accordingly the government would need to intervene in case no. 5:25-cv-7360 regardless.

22. The government has not yet communicated with the Plaintiff regarding the "Saratoga Creek & Santa Clara Tidelands" notice, therefore the Plaintiff is proceeding with these claims as if she is the one delegated to litigated them.

23. Further, unless otherwise arranged with U.S. EPA, and/or U.S. Army, and/or U.S. Dept. of Justice, the Citizen-Plaintiff may file a new lawsuit as soon as March 2026, specific to "The

Saratoga Creek & Santa Clara Tidelands Case", and seek to relate it to the Chip Fab Case (5:25-cv-7360), but manage this matter separately with the new set of Defendants including City of Santa Clara, Kaiser Aluminum Corp., Aetna Inc, Marriott International Inc, Intel Corporation, and L3 Harris.

24. The details of service for the Sixty Day Citizen Suit Notice for The Saratoga Creek & Santa Clara Tidelands Case are provided below and supporting exhibits are attached.

# SERVICE ON THE U.S. ATTORNEY GENERAL
## Status: Service Complete ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473402295638224 [USPS link]
- Addressed to: Attorney General, Pamela Bondi, US Department of Justice, 950 Pennsylvania Avenue NW, Washington DC 20530, United States
- Mailed: The order was submitted to the shipping provider on Dec. 11 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was picked up at the post office at 4:48 am on December 23, 2025 in WASHINGTON, DC 20530.")

**Proof of Service:**
- See attached Exhibit C for a true and correct copy of the USPS tracking records as provided by USPS.

# SERVICE ON THE U.S. EPA
## Status: Service Complete ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473402295676417 [USPS link]
- Addressed to: EPA Administrator, Lee Zeldin, Environmental Protection Agency, 1200 Pennsylvania Avenue, N.W., Washington, DC, 20460, United States
- Mailed: The order was submitted to the shipping provider on Dec. 11 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was delivered to the front desk, reception area, or mail room at 9:10 am on December 22, 2025 in WASHINGTON, DC 20460.")

**Service Method 2: Electronic Mail**
- Addressed to: Cohen.Sahrye@epa.gov, torres.tomas@epa.gov, miller.amy@epa.gov, scozzafava.michaele@epa.gov,

- Status: Sent on December 11th, 2025 at 9:07 PM ET
- Addressed to: Sakow.Rick@epa.gov , Rollins.Christopher@epa.gov
- Status: Sent on December 12th, 2025 at 3:25 PM ET

**Proof of Service:**
- See attached Exhibit A for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

# SERVICE ON THE DEPT. OF THE ARMY, CORPS OF ENGINEERS
### Status: Service Complete ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229613615 [USPS link]
- Addressed to: Dept. of the Army, Corps of Engineers, SF Dist., Regulatory Div., 450 Golden Gate Ave 4th Floor, San Francisco, CA, 94102, United States
- Mailed: The order was submitted to the shipping provider on Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was picked up at the post office at 3:48 pm on December 19, 2025 in SAN FRANCISCO, CA 94102.")

**Service Method 2: Electronic Mail**
- Addressed to: cespn-rg-info@usace.army.mil
- Status: Sent on December 11th, 2025 at 9:07 PM ET

**Proof of Service:**
- See attached Exhibit B for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

# SERVICE ON DEFENDANTS

## A.    City of Santa Clara
### Status: Service Complete ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229564894 [USPS link]
- Addressed to: City of Santa Clara, c/o City Attorney, 1500 Warburton Avenue, Santa Clara, CA, 95050, United States
- Mailed: The order was submitted to the shipping provider on Dec. 12 2025 and USPS

accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was delivered to an individual at the address at 10:07 am on December 18, 2025 in SANTA CLARA, CA 95050.")

**Service Method 2: Electronic Filing**
- Addressed to: counsel for City of Santa Clara (Nossaman LLP)
- Status: A copy of the Sixty Day Notice was e-filed to case 5:25-cv-07360 on Dec. 11 2025.

**Proof of Service:**
- See attached Exhibit D for a true and correct copy of the USPS tracking records (as provided by USPS) and the PACER electronic filing notification.

**Response:**
- The Plaintiff and this Defendant are already in litigation. (See, case: *Gjovik v. Apple, Santa Clara, Jenab*, et al, 5:25-cv-07360, Northern District of California, San Jose Division (2025-)).

## B.   KAISER ALUMINUM CORP.

### STATUS: SERVICE COMPLETE ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473002296137870 [USPS link]
- Addressed to: Kaiser Aluminum Corporation, c/o Legal Dept., 1550 West McEwen Drive Suite 500, Franklin, TN, 37067, United States
- Mailed: The order was submitted to the shipping provider on Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was delivered to the front desk, reception area, or mail room at 5:47 pm on December 22, 2025 in FRANKLIN, TN 37067.")

**Proof of Service:**
- See attached Exhibit E for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

**Response**:
- Kaiser Aluminum Corp. staff confirmed receipt of the Notice over a phone call on or around Dec. 30 2025 but has not provided any further response.

## C.   AETNA INC.

### STATUS: SERVICE COMPLETE ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473002296137917 [USPS link]
- Addressed to: Aetna Inc., c/o Legal Dept., 151 Farmington Avenue, Hartford, CT, 06156,

United States
- Mailed: The order was submitted to the shipping provider on Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item has been delivered and is available at a PO Box at 9:58 am on December 22, 2025 in HARTFORD, CT 06156.")

**Proof of Service:**
- See attached Exhibit F for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

**Response:**
- None.

## D.    MARRIOTT INTERNATIONAL, INC.

### STATUS: SERVICE COMPLETE ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229613 7900 [USPS link]
- Addressed to: Marriott International, Inc., c/o Legal Dept., 7750 Wisconsin Ave. Bethesda, MD, 20814, United States
- Mailed: The order was submitted to the shipping provider on Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered on Dec. 23 2025 ("Your item was picked up at the post office at 11:31 am on December 23, 2025 in BETHESDA, MD 20817.").

**Proof of Service:**
- See attached Exhibit G for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

**Response:**
- None.

## E.    INTEL CORPORATION

### STATUS: SERVICE COMPLETE ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229613 7863 [USPS link]
- Addressed to: Intel Corporation, c/o Legal Dept., 2200 Mission College Blvd., Santa Clara, CA, 95054, United State
- Mailed: Shipping was purchased Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered (Your item was picked up at the post office at 8:08 am on December 19,

2025 in SANTA CLARA, CA 95054.")

**Proof of Service:**
- See attached Exhibit H for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

**Response:**
- None.

## F. L3 HARRIS (INTERSIL/HARRIS)

### STATUS: SERVICE COMPLETE ✓

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229613787 [USPS link]
- Addressed to: L3Harris (Intersil/Harris), c/o Legal Dept., 1025 W. NASA Boulevard, Melbourne, FL, 32919, United States
- Mailed: Shipping was purchased Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was picked up at the post office at 7:57 am on December 23, 2025 in MELBOURNE, FL 32901.").

**Proof of Service:**
- See attached Exhibit I for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

**Response:**
- None.

# CALIFORNIA EPA

**Service Method 1: USPS First-Class Certified Mail**
- Tracking No. 9214890132473400229613789 [USPS link]
- Addressed to: California EPA Water Board, State Water Resources Control Board, P.O. Box 100, Sacramento, CA.
- Mailed: Shipping was purchased Dec. 12 2025 and USPS accepted the package from the service provider on Dec. 15 2025.
- Status: Delivered ("Your item was picked up at the post office at 11:18 am on December 24, 2025 in SACRAMENTO, CA 95812.")

**Service Method 2: Electronic Mail**
- Addressed to: complaints@calepa.ca.gov
  - Status: Sent on December 11th, 2025 at 9:07 PM ET
- Addressed to: rb2-sfbay-contactus@waterboards.ca.gov
  - Status: Sent on December 12th, 2025 at 3:40 PM

**Proof of Service:**

- See attached Exhibit J for a true and correct copy of the USPS tracking records (as provided by USPS) and the electronic mail notification.

# COURTESY COPIES TO REGULATORY AGENCIES

I also provided digital courtesy copies to the following agencies on Dec. 11-Dec. 12 2025.

## G.    U.S. Dept. Fish & Wildlife

**Service Method 2: Electronic Mail**

- Addressed to: sfbaynwrc@fws.gov
- Status: Sent on December 12th, 2025 at 8:49 PM

## H.    The National Oceanic & Atmospheric Administration

**Service Method 2: Electronic Mail**

- Addressed to: contact.nmfs.ole@noaa.gov
- Status: Sent on December 12th, 2025 at 8:54 PM

## I.    The California Dept. of Fish & Wildlife

**Service Method 2: Electronic Mail**

- Addressed to: Jason.Faridi@wildlife.ca.gov, centralenforcementdistrict@wildlife.ca.gov
- Status: Sent on December 11th, 2025 at 9:07 PM ET

# DECLARATION

Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: USPS confirmations and tracking records, copies of emails, and other Proof of Service documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Feb. 2 2026 in San José, California.

**/s/ Ashley M. Gjovik**
*In Propria Persona*
Aliso, San José, California.
Dated: February 2 2026

# EXHIBITS

# EXHIBIT A

# PROOF OF SERVICE
# TO THE US EPA

**UNITED STATES**
**POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8903 7003 0100 0500 84**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 23, 2025, 8:32 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EPA Administrator  Lee Zeldin |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 2.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *L Ad* |
| Address of Recipient: | *20460* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2295 6764 17**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 22, 2025, 9:10 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EPA Administrator  Lee Zeldin |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:    20460

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Clean Water Act Section 505(b) Sixty-Day Notice - Saratoga Creek System, Santa Clara County

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Cohen.Sahrye@epa.gov, torres.tomas@epa.gov, miller.amy@epa.gov, scozzafava.michaele@epa.gov, cespn-rg-info@usace.army.mil |
| Date | Thursday, December 11th, 2025 at 9:07 PM |

Dear Regulators,

I am providing the attached sixty-day notice as a courtesy and will also serve it via certified mail as required by Section 505(b) of the Clean Water Act, 33 U.S.C. § 1365(b). This notice communicates my intent to file a citizen enforcement action for ongoing violations of Clean Water Act Sections 404, 401, and 1311 at the Saratoga Creek system and adjacent wetlands in Santa Clara, California.

Between approximately 1950 and 1985, the parties identified in this notice discharged fill material into Saratoga Creek and adjacent jurisdictional wetlands without obtaining required permits from the U.S. Army Corps of Engineers.

They repeatedly buried Saratoga Creek (a superficial and 200ft below ground surface aquifer) by placing fill material in the creek channel and installing underground pipes, managing the Waters of the U.S. as if it were stormwater runoff.

They filled approximately 500+ acres of tideland-adjacent wet meadow, destroyed rare and nationally important ecosystems, and intentionally installed a drop structure that functions as a complete barrier to fish passage in a stream that provides natural habitat for Chinook Salmon.

They also razed prime farmland of international acclaim against the farmers' wishes, non-consensually annexed these pioneer farming families' land, disturbed soils known to contain Native American burial grounds and artifacts, presumably disposed of Native American remains via a garbage dump, clear-cut irreplaceable pear orchards, and filled the natural wetland and creek in order to cover it with concrete and build industrial parks—which they used to create no less than four Superfund toxic waste cleanup sites in just a couple of decades.

None of these activities were authorized by Clean Water Act Section 404 permits, and no Section 401 state water quality certification was obtained.

These violations continue to the present day. The fill material remains in place in waters of the United States. The buried creek continues flowing through underground infrastructure, or builds pressure underground where it lost the ability to surface and seep.

Each day the unpermitted fill remains constitutes a continuing violation of the Clean Water Act.

The attached notice provides detailed documentation of these violations. I can also provide extensive historical aerial photographs, engineering reports, groundwater studies, and regulatory observations spanning multiple decades which I found during my own research. Additional exhibits and supporting documentation are available online at: https://www.ashleygjovik.com/saratoga-creek-system.html A detailed appendix of exhibits specific to the Notice is available at this link:
http://www.ashleygjovik.com/uploads/1/3/7/0/137008339/gjovik_cwa_citizensuit_appendix_exhibits_20251211.pdf

The notice will be sent via certified mail will satisfy the sixty-day notice requirement under 33 U.S.C. § 1365(b). If the violations are not remediated within sixty days, I intend to file suit in the United States District Court for the Northern District of California seeking declaratory and injunctive relief, civil penalties, and attorneys' fees.

If the EPA or the Army Corps commences enforcement action within sixty days, a citizen suit may be precluded under 33 U.S.C. § 1365(b)(1)(B). I would strongly prefer that the EPA and Army Corps take action as I am not a civil engineer and this matter will require professional engineering oversight.

I have a pending citizen suit already filed in the Northern District of California regarding hazardous waste and related violations at a specific facility in this location (*Gjovik v. Apple Inc., Santa Clara, Jenab, et al.*, No. 5:25-cv-07360, N.D. Cal.). Only in researching that facility did I realize what was done in the overall area, and accordingly I file this Notice and request enforcement action.

I am available to provide additional information, answer questions, or supply further documentation as needed.

Respectfully,

Ashley M. Gjovik, JD


Contact Information:
Ashley M. Gjovik
Email: ashleymgjovik@protonmail.com
Phone: (415) 964-6272
2108 N St. Ste. 4553, Sacramento, CA, 95816


Attachments:
CWA_CCS_60D_Notice_CWA_404_20251211.pdf (70 pages)
COMPLAINT FILED Report Environmental Violations - Submitted _ ECHO _ US EPA


—

**Ashley M. Gjøvik**
**BS, JD, PMP**

---

**5.60 MB**   2 files attached

COMPLAINT FILED Report Environmental Violations - Submitted _ ECHO _ US EPA.pdf 415.44 KB

CWA CCS 60D Notice CWA 404 20251211.pdf 5.19 MB

# EXHIBIT B

# PROOF OF SERVICE
# TO THE U.S. ARMY



**UNITED STATES**
**POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 2296 1361 56**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 19, 2025, 3:48 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Dept  of the Army  Corps of Engineers |

| Recipient Signature | |
|---|---|

Signature of Recipient:     *Gisele Hicks*
                           G HICKS
                           480 GOLDEN GATE AVE FL 4
                           SAN FRANCISCO, CA 94102-3404

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## Re: Clean Water Act Section 505(b) Sixty-Day Notice - Saratoga Creek System, Santa Clara County

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Cohen.Sahrye@epa.gov, torres.tomas@epa.gov, miller.amy@epa.gov, scozzafava.michaele@epa.gov, cespn-rg-info@usace.army.mil |
| Date | Thursday, December 18th, 2025 at 2:46 PM |

Part 3 of 3
(with the Amended Complaint and Engineer's Report)

Respectfully,
Ashley M. Gjovik, JD

Contact Information:
Ashley M. Gjovik
Email: ashleymgjovik@protonmail.com
Phone: (415) 964-6272
Mailing: 2108 N St. Ste. 4553, Sacramento, CA, 95816
Current Residence: Boston, MA

Attachments:
Reply 1: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 1
Reply 2: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 2
Reply 3: EngrsReptZoneNC PDF; Gjovik_v_SantaClara_Apple_Jenab_AmendedComplaint_gov.uscourts.cand.455764.48.0_1

> On Thursday, December 18th, 2025 at 5:45 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:
>
> Part 2 of 3
> (with Part 2 of the Appendix)
>
>
> Respectfully,
> Ashley M. Gjovik, JD
>
> Contact Information:
> Ashley M. Gjovik
> Email: ashleymgjovik@protonmail.com
> Phone: (415) 964-6272
> Mailing: 2108 N St. Ste. 4553, Sacramento, CA, 95816
> Current Residence: Boston, MA
>
> Attachments:
> Reply 1: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 1
> Reply 2: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 2
> Reply 3: EngrsReptZoneNC-1 PDF; Gjovik_v_SantaClara_Apple_Jenab_AmendedComplaint_gov.uscourts.cand.455764.48.0_1
>
> > On Thursday, December 18th, 2025 at 5:44 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:
> >
> > Hello,
> >
> > I hope you're all doing well.
> >
> > I wanted to let you know that service of the Sixty Day Notice (via certified mail) is on its way. Its expected to arrive with the EPA and AG on 12/20 and with the Army on 12/22. It's also set to arrive with CalEPA and the defendants by 12/22 -- and was delivered to City of Santa Clara today 12/18. The tracking information is listed below.
> >
> > I also served certified mail copies of my Amended Complaint in the existing Citizen Suit litigation to EPA and the AG. I already added the new CWA filing claims against Santa Clara on that Nov. 29 amendment, but I concurrently warned the court that it would not have jurisdiction on those claims until the sixty days had passed and if the US government did not take its own formal enforcement action. Following two more

weeks of research culminating in the Sixty Day notice now being served, I also realized the issues were far greater then I anticipated, and I am now uncertain if I would continue those claims in the existing proceeding or if I would file a new separate lawsuit and then move to relate the litigation. I'm of two minds on that matter, and still hope the government intervenes on this new case, as well as the prior case, so I will leave the prior case as is for the time being.

I'm attaching the Appendix to the Sixty Day Notice in two parts (the same version I linked to earlier) because I cannot afford the cost for printing and serving this as well.

I'm also attaching a copy of the 1961 Engineer's Report I cited in the notice and for which I received a PDF copy from Valley Water. I'm also attaching a copy of the Amended Complaint.

Due to the size limitations, I will send these documents in three replies -- this is the first of the three. Part 1 of the Appendix is attached.

<u>TRACKING INFORMATION:</u>

**CWA SIXTY DAY NOTICE (SARATOGA CREEK/WETLANDS)**

EPA Administrator, Lee Zeldin
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC, 20460, USA
Certified Mail Tracking Number: 9214890132473400229567641 7
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229567641 7
Expected Delivery by: Saturday 20 December 2025

Dept. of the Army, Corps of Engineers
SF Dist., Regulatory Div.
450 Golden Gate Ave 4th Floor
San Francisco, CA, 94102, USA
Certified Mail Tracking Number: 9214890132473400229613615 6
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229613615 6
Expected Delivery by: Monday 22 December 2025

Attorney General, Pamela Bondi
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC, 20530, USA
Certified Mail Tracking Number: 9214890132473400229563822 4
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229563822 4
Expected Delivery by: Saturday 20 December 2025

California EPA Water Board,
P.O. Box 100, Sacramento CA 95812, United States
Certified Mail Tracking Number: 9214890132473400229613789 4
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229613789 4
Expected Delivery by: Monday 22 December 2025

City of Santa Clara c/o City Attorney
1500 Warburton Avenue
Santa Clara, CA, 95050, USA
Certified Mail Tracking Number: 9214890132473400229564894 0
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229564894 0
Expected Delivery by: DELIVERED DEC. 18 2025

Marriott International, Inc.,
7750 Wisconsin Ave., Bethesda MD 20814, United States
Certified Mail Tracking Number: 9214890132473400229613790 0
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229613790 0

Expected Delivery by: Monday 22 December 2025

Intel Corporation,
2200 Mission College Blvd.,
Santa Clara CA 95054, United States
Certified Mail Tracking Number: 9214890132473400229137863
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229137863
Expected Delivery by: Monday 22 December 2025

L3Harris (Intersil/Harris),
1025 W. NASA Boulevard,
Melbourne FL 32919, United States
Certified Mail Tracking Number: 9214890132473400229137887'
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890132473400229137887
Expected Delivery by: Monday 22 December 2025

**AMENDED COMPLAINT (CWA CLAIMS AGAINST SANTA CLARA).**
*Gjovik v. Apple Inc, City of Santa Clara, Khalil Jenab,* 5:25-cv-07360, District Court, N.D. California (2025-).
gov.uscourts.cand.455764.48.0_1.pdf

Attorney General, Pamela Bondi,
950 Pennsylvania Avenue NW, Washington DC 20530, United States
Certified Mail Tracking Number: 9214890370030100050077
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890370030100050077
Expected Delivery by: (Moving Through Network: In Transit to Next Facility).

EPA Administrator, Lee Zeldin,
1200 Pennsylvania Avenue N.W., Washington DC 20460, United States
Certified Mail Tracking Number: 9214890370030100050084
Link: https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890370030100050084
Expected Delivery by: (Moving Through Network: In Transit to Next Facility).

Respectfully,
Ashley M. Gjovik, JD

Contact Information:
Ashley M. Gjovik
Email: ashleymgjovik@protonmail.com
Phone: (415) 964-6272
Mailing: 2108 N St. Ste. 4553, Sacramento, CA, 95816
Current Residence: Boston, MA

Attachments:
Reply 1: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 1
Reply 2: Pages from gjovik_cwa_citizensuit_appendix_exhibits_20251211 Part 2
Reply 3: EngrsReptZoneNC-1 PDF; Gjovik_v_SantaClara_Apple_Jenab_AmendedComplaint_gov.uscourts.cand.455764.48.0_1

On Thursday, December 11th, 2025 at 9:07 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

Dear Regulators,

I am providing the attached sixty-day notice as a courtesy and will also serve it via certified mail as required by Section 505(b) of the Clean Water Act, 33 U.S.C. § 1365(b). This notice communicates my intent to file a citizen enforcement action for ongoing violations of Clean Water Act Sections 404, 401, and 1311 at the Saratoga Creek system and adjacent wetlands in Santa Clara, California.

Between approximately 1950 and 1985, the parties identified in this notice discharged fill material into Saratoga Creek and adjacent jurisdictional wetlands without obtaining required permits from the U.S. Army Corps of Engineers.

They repeatedly buried Saratoga Creek (a superficial and 200ft below ground surface aquifer) by placing fill material in the creek channel and installing underground pipes, managing the Waters of the U.S. as if it were stormwater runoff.

They filled approximately 500+ acres of tideland-adjacent wet meadow, destroyed rare and nationally important ecosystems, and intentionally installed a drop structure that functions as a complete barrier to fish passage in a stream that provides natural habitat for Chinook Salmon.

They also razed prime farmland of international acclaim against the farmers' wishes, non-consensually annexed these pioneer farming families' land, disturbed soils known to contain Native American burial grounds and artifacts, presumably disposed of Native American remains via a garbage dump, clear-cut irreplaceable pear orchards, and filled the natural wetland and creek in order to cover it with concrete and build industrial parks—which they used to create no less than four Superfund toxic waste cleanup sites in just a couple of decades.

None of these activities were authorized by Clean Water Act Section 404 permits, and no Section 401 state water quality certification was obtained.

These violations continue to the present day. The fill material remains in place in waters of the United States. The buried creek continues flowing through underground infrastructure, or builds pressure underground where it lost the ability to surface and seep.

Each day the unpermitted fill remains constitutes a continuing violation of the Clean Water Act.

The attached notice provides detailed documentation of these violations. I can also provide extensive historical aerial photographs, engineering reports, groundwater studies, and regulatory observations spanning multiple decades which I found during my own research. Additional exhibits and supporting documentation are available online at: https://www.ashleygjovik.com/saratoga-creek-system.html A detailed appendix of exhibits specific to the Notice is available at this link: http://www.ashleygjovik.com/uploads/1/3/7/0/137008339/gjovik_cwa_citizensuit_appendix_exhibits_20251211.pdf

The notice will be sent via certified mail will satisfy the sixty-day notice requirement under 33 U.S.C. § 1365(b). If the violations are not remediated within sixty days, I intend to file suit in the United States District Court for the Northern District of California seeking declaratory and injunctive relief, civil penalties, and attorneys' fees.

If the EPA or the Army Corps commences enforcement action within sixty days, a citizen suit may be precluded under 33 U.S.C. § 1365(b)(1)(B). I would strongly prefer that the EPA and Army Corps take action as I am not a civil engineer and this matter will require professional engineering oversight.

I have a pending citizen suit already filed in the Northern District of California regarding hazardous waste and related violations at a specific facility in this location (*Gjovik v. Apple Inc., Santa Clara, Jenab, et al.*, No. 5:25-cv-07360, N.D. Cal.). Only in researching that facility did I realize what was done in the overall area, and accordingly I file this Notice and request enforcement action.

I am available to provide additional information, answer questions, or supply further documentation as needed.

Respectfully,

Ashley M. Gjovik, JD


Contact Information:
Ashley M. Gjovik
Email: ashleymgjovik@protonmail.com
Phone: (415) 964-6272
2108 N St. Ste. 4553, Sacramento, CA, 95816


Attachments:
CWA_CCS_60D_Notice_CWA_404_20251211.pdf (70 pages)
COMPLAINT FILED Report Environmental Violations - Submitted _ ECHO _ US EPA


—
**Ashley M. Gjøvik**
**BS, JD, PMP**

**17.68 MB**  2 files attached

EngrsReptZoneNC-1 PDF.pdf 13.68 MB    Gjovik_v_SantaClara_Apple_Jenab_AmendedComplaint_gov.uscourts.cand.455764.48.0_1.pdf 4.01 MB

# EXHIBIT C

# PROOF OF SERVICE
# TO THE U.S. ATTORNEY GENERAL

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2295 6382 24**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 23, 2025, 4:48 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General  Pamela Bondi |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8903 7003 0100 0500 77**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 29, 2025, 5:11 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General  Pamela Bondi |

| Shipment Details | |
| --- | --- |
| **Weight:** | 9.0oz |

| Recipient Signature |
| --- |

Signature of Recipient: *[signature]*

Address of Recipient: *JUSTICE 20530*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT D

# PROOF OF SERVICE
# TO THE CITY OF SANTA CLARA

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2295 6489 40**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 18, 2025, 10:07 am |
| **Location:** | SANTA CLARA, CA 95050 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | City of Santa Clara |

**Recipient Signature**

Signature of Recipient:  *Mam Marr*

1500 WARBURTON AVE, SANTA CLARA, CA 95050

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT E

# PROOF OF SERVICE
# TO KAISER ALUMINUM
# (KAISER-AETNA)



February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2296 1378 70**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 22, 2025, 5:47 pm |
| **Location:** | FRANKLIN, TN 37067 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Kaiser Aluminum Corporation |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT F

# PROOF OF SERVICE
# TO AETNA
# (KAISER-AETNA)

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2296 1379 17**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | December 22, 2025, 9:58 am |
| **Location:** | HARTFORD, CT 06156 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Aetna Inc |

**Recipient Signature**



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT G

# PROOF OF SERVICE
# TO MARRIOTT



February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2296 1379 00**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 23, 2025, 11:31 am |
| **Location:** | BETHESDA, MD 20817 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Marriott International  Inc |

| Recipient Signature |
|---|
| Signature of Recipient: |
| Address of Recipient: |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT H

# PROOF OF SERVICE
# TO INTEL

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 2296 1378 63**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 19, 2025, 8:08 am |
| **Location:** | SANTA CLARA, CA 95054 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Intel Corporation |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT I

# PROOF OF SERVICE
# TO HARRIS
# ("INTERSIL")

**UNITED STATES**
**POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2296 1378 87**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 23, 2025, 7:57 am |
| **Location:** | MELBOURNE, FL 32901 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | L3Harris  Intersil Harris |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT J

# PROOF OF SERVICE
# TO CALIFORNIA EPA

**UNITED STATES POSTAL SERVICE**

February 2, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2296 1378 94**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 24, 2025, 11:18 am |
| **Location:** | SACRAMENTO, CA 95812 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | California EPA Water Board |

| Recipient Signature |
|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Clean Water Act & California State Law Violations - Saratoga Creek System, Santa Clara County

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Jason.Faridi@wildlife.ca.gov, centralenforcementdistrict@wildlife.ca.gov, complaints@calepa.ca.gov<Complaints@calepa.ca.gov> |
| Date | Thursday, December 11th, 2025 at 9:12 PM |

Dear Regulators,

I am providing a copy of the attached sixty-day notice as a courtesy to inform you of significant ongoing environmental violations at the Saratoga Creek system and adjacent wetlands in Santa Clara, California. While this notice is being formally served on the U.S. EPA and U.S. Army Corps of Engineers regarding violations of the Clean Water Act, the documented violations also implicate multiple California state laws under your agency's jurisdiction.

**Federal Violations (CWA Sections 404, 401, 1311):**

Between approximately 1950 and 1985, the parties identified in this notice discharged fill material into Saratoga Creek and adjacent jurisdictional wetlands without obtaining required federal permits. They buried Saratoga Creek (a superficial and 200ft below ground surface aquifer) by placing fill material in the creek channel and installing underground pipes, managing Waters of the U.S. as if they were stormwater runoff. They filled approximately 500+ acres of tideland-adjacent wet meadow and installed a drop structure that functions as a complete barrier to fish passage.

**California State Law Violations:**

The documented activities also constitute violations of at least:

- **California Fish and Game Code § 1602** - Substantial diversion and obstruction of natural creek flow, and alteration of the bed, channel, and banks of Saratoga Creek without notification to CDFW or required streambed alteration agreements
- **California Fish and Game Code § 5948** - Installation and maintenance of an artificial barrier preventing fish passage to approximately 15 miles of documented spawning habitat for ESA-listed species including Chinook Salmon and Central California Coast Steelhead
- **California Fish and Game Code § 5937** - Failure to provide sufficient water and fish passage at barriers
- **Porter-Cologne Water Quality Control Act** - Discharge of waste (fill material) into waters of the state without required permits and water quality certification
- **California Endangered Species Act** - Impacts to state-listed species including California Red-Legged Frog, California Tiger Salamander, and rare serpentine-associated plant species
- **California Native Plant Protection Act** - Destruction of rare alkali wet meadow and serpentine seep ecosystems supporting endangered plant communities

**Additional Impacts:**

The violations also involved destruction of Native American burial grounds and artifacts (California Public Resources Code §§ 5097-5097.6), destruction of a historic agricultural landscape of state and national significance, and creation of multiple Superfund toxic waste sites on filled wetlands.

**These violations continue to the present day.** The fill material remains in place, the buried creek continues flowing through underground infrastructure or builds pressure where it cannot surface, and the fish passage barrier continues blocking access to critical spawning habitat.

The attached notice provides detailed documentation including historical aerial photographs, engineering reports, groundwater studies, and regulatory observations spanning multiple decades. Additional exhibits are available online at:

https://www.ashleygjovik.com/saratoga-creek-system.html

Detailed appendix:
http://www.ashleygjovik.com/uploads/1/3/7/0/137008339/gjovik_cwa_citizensuit_appendix_exhibits_20251211.pdf

**Timeline & Coordination:**

The sixty-day notice period under the Clean Water Act begins upon certified mail service to EPA and the Army Corps. If federal enforcement commences within sixty days, citizen suit may be precluded under 33 U.S.C. § 1365(b)(1)(B). However, **California agencies retain independent authority to investigate and pursue enforcement for state law violations regardless of federal action.**

I respectfully request that your agency:

1. Review the documented violations under your jurisdiction
2. Initiate investigation and enforcement action as appropriate
3. Consider coordinating with federal agencies on remediation requirements, or take independent action
4. Contact me if you need additional information or documentation

I have a pending citizen suit in the Northern District of California regarding hazardous waste violations at a specific facility on this location (*Gjovik v. Apple Inc., Santa Clara, Jenab, et al.*, No. 5:25-cv-07360, N.D. Cal.). Research for that case revealed the broader pattern of violations documented in this notice. EPA and Army Corps was sent an email copy of the current Notice today.

I am available to provide additional information, answer questions, meet with investigators, or supply further documentation as needed.

Respectfully,

Ashley M. Gjovik, JD

Contact Information:
Ashley M. Gjovik
Email: ashleymgjovik@protonmail.com
Phone: (415) 964-6272
2108 N St. Ste. 4553, Sacramento, CA, 95816

Attachments:
CWA_CCS_60D_Notice_CWA_404_20251211.pdf (70 pages)

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

---

**5.19 MB**   1 file attached

CWA CCS 60D Notice CWA 404 20251211.pdf 5.19 MB

# EXHIBIT D: PROOF OF SERVICE OF PROOF OF SERVICE OF THE SIXTY DAY NOTICE

**UNITED STATES POSTAL SERVICE**

February 16, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2314 9680 28**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | February 12, 2026, 4:39 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General  Pamela Bondi |

**Recipient Signature**

| Signature of Recipient: | *[signature]* |
|---|---|
| Address of Recipient: | JUSTICE 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

February 16, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 2314 9695 37**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 11, 2026, 9:43 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EPA Administrator  Lee Zeldin |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *CCAtp* *Cattn* |
| Address of Recipient: | *20460* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004