**Ashley M. Gjovik, JD**
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Ashley M. Gjovik**,

*an individual*,

    Citizen Plaintiff,

    vs.

**City of Santa Clara,**

**Apple Inc.**,

**& K. Jenab et al.**

    Defendants.

Case No. 25-CV-07360

**Stipulation to Extend Briefing Deadlines on Defendants' Motions to Dismiss and to Continue Case Management Conference**

Current Deadline:
March 23 2026

## STIPULATION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTIONS TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE

1.    Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 6-3, Plaintiff Ashley M. Gjovik and Defendants City of Santa Clara; Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust and Apple Inc. ("Defendants"), hereby stipulate and respectfully move this Court for an order extending:

- Plaintiff's deadline to file oppositions to the three pending motions to dismiss (ECF Nos. 58-63), **from March 23, 2026 to April 13, 2026**,
- with a corresponding extension of Defendants' reply deadlines **from April 6, 2026 to May 4, 2026**;
- continuance of the hearing on Defendants' motions to dismiss from **April 23, 2026** to **May 14, 2026** or another date convenient for the Court (counsel for Apple and the Jenab Defendants is unavailable May 18-22, 2026); and,
- continuance of the case management conference ("CMC") **from May 28, 2026 to June 18, 2026**.

2.    There are currently no other case deadlines pending. This motion is supported by the accompanying Declaration of Plaintiff Ashley Gjovik. (Gjøvik Decl.)

3.    Good cause exists here because the current deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

4.    Defendant Apple objects to the characterization of Apple's conduct in the supporting Declaration as inaccurate, inflammatory, and irrelevant to the requested relief.  Defendant Apple further denies the claims in the Declaration that it acted improperly.

5.    The Court has previously granted the following extensions:

- **ECF No. 28** (Sept. 26, 2025): Stipulated extension of Apple and the Jenab Defendants' response deadline by approximately 30 days (to Nov. 7, 2025).
- **ECF No. 57** (Dec. 12, 2025): Extension of Defendants' response deadline by approximately 30 days (to Jan. 21, 2026); CMC continued from Dec. 18, 2025, to Feb. 26, 2026.
- **ECF Nos. 64–65** (Jan. 26–28, 2026): Stipulated extension of Plaintiff's opposition deadline by 16 days (to Feb. 20, 2026) and Defendants' reply deadline by 7 days (to March 6, 2026).
- **ECF Nos. 67–71** (Feb. 17-23, 2026): Plaintiff's deadline extended by 30 days to March 23, 2026.

6.    Defendants have not opposed any of Plaintiff's extension requests, and the Plaintiff has not opposed any of Defendants extension requests.

7.    Without this extension, Plaintiff will be unable to prepare timely oppositions to Defendants' motions to dismiss.

8.    For the foregoing reasons, Plaintiff and Defendants respectfully request that this Court extend all current deadlines by 21 days and continue the CMC to June 18, 2026.

Respectfully,

PLAINTIFF:

/s/ Ashley M. Gjovik
Ashley M. Gjovik
Citizen Plaintiff, *pro se*
Dated: March 17. 2026

DEFENDANTS:

/s/ Svend Brandt-Erichsen
Svend Brandt-Erichsen
NOSSAMAN LLP, Attorneys for Defendant CITY OF SANTA CLARA
Dated: March 17. 2026


/s/ William F. Tarantino
William F. Tarantino
MORRISON & FOERSTER LLP, Attorneys for Defendants KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, AND JENAB FAMILY TRUST
Dated: March 17. 2026


/s/ William F. Tarantino
William F. Tarantino
MORRISON & FOERSTER LLP, Attorneys for Defendant APPLE INC.
Dated: March 17. 2026

## ~~PROPOSED~~ ORDER, AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's deadline to oppose Defendants' motions to dismiss is extended to April 13, 2026; Defendants' deadline to reply to Plaintiff's oppositions is extended to April 27, 2026; the hearing is continued to May 28, 2026 ~~May 14 2026;~~ and the Case Management Conference is continued to June 18 2026.

Date: March 18, 2026

Honorable P. Casey Pitts
United States District Judge