**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# United States District Court
## Northern District of California

**Ashley M. Gjøvik**,

*an individual*,

**Plaintiff**,

vs.

**Apple Inc.**,

*a corporation,*

**City of Santa Clara**,

*a local government*,

**Mr. Jenab et al**

*(individually, LP, LLC, &/or Trust)*

**Defendants**.

**Case No. 25-CV-07360-PCP**

**Env. "Citizen Suit" & Cal. Public Nuisance**

**Judge: P. Casey Pitts**

**Plaintiff's Declaration in Support of her Opposition to Defendants Motions to Dismiss (Dkt. 58, 60, 62).**

**Hearing:**
**Date:** May 28 2026
**Time:** 10:00 AM
**Location:** Courtroom 8 – 4th Floor, 280 South 1st St., San Jose, CA

# DECLARATION OF ASHLEY GJOVIK

1. I, Ashley M. Gjovik, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

2. I am the Citizen Plaintiff in this action, proceeding pro se. This is an environmental case (5:25-cv-07360) concerning the subject property at 3250 Scott Blvd., Santa Clara, California.

3. I file this Declaration in Support of my Oppositions (Dkt. 74, 75, 76, 77) to the Defendants Motions to Dismiss (Dkt. 58, 60, 62).

4. On January 31 2026, I relocated back to Santa Clara County due to physical safety concerns and environmental hazardous where I lived in Boston, Massachusetts.

5. A true and correct copy of my airplane ticket back to Santa Clara County is attached as Exhibit A. A true and correct copy of my hotel billing statement is attached as Exhibit B.

6. I am currently insolvent, without income, in Chapter 7 bankruptcy, and am currently living at a hotel in Alviso with a room paid for by donations from the public in support of my continued environmental and labor public interest advocacy.

7. The hotel I'm staying at is located roughly 1,300 feet away from the San Tomas Creek where it flows north to the slough and San Francisco Bay, and containing stormwater runoff and other pollution from the facility at 3250 Scott Blvd. My hotel is also roughly 1,500 feet away from the San Francisco Bay (prior Salt Pond A8).

8. I most recently visited Santa Clara Square (including the Whole Foods) and the property at 3250 Scott Blvd in Santa Clara on April 11 2026.

9. A true and correct copy of photos I took during the April 11 2026 visit are attached as Exhibit C.

10. I most recently visited the San Tomas Creek and adjacent trails around the property at 3250 Scott Blvd on April 11 2026.

11. A true and correct copy of photos I took during that visit are attached as Exhibit D.

12. I most recently visited the San Tomas Creek and adjacent trails around my hotel on April 12 2026.

13. A true and correct copy of photos I took of San Tomas Creek near the SF Bay and

my hotel on April 12 2026 and the SF Bay near my hotel on March 10 2026 and April 10 2026 are attached as Exhibit E.

14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 14 2026, in San José, California.

Respectfully filed,

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
April 14 2026 2:50 AM in Alviso, San Jose, California
legal@ashleygjovik.com
2108 N St. Ste. 4553, Sacramento, CA, 95816
(415) 964-6272

# EXHIBIT A: FLIGHT

------- Forwarded Message -------
From: United Airlines <Receipts@united.com>
Date: On Friday, January 23rd, 2026 at 5:29 AM
Subject: Thanks for your purchase with United
To: ASHLEYMGJOVIK@PROTONMAIL.COM <ASHLEYMGJOVIK@PROTONMAIL.COM>



Fri, Jan 23, 202

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.



| Flight 1 of 2 UA647 | |
| --- | --- |
| Sat, Jan 31, 2026 | Sat, Jan 31, 2026 |
| 07:25 AM | 10:19 AM |
| Boston, MA, US (BOS) | Denver, CO, US (DEN |

| Flight 2 of 2 UA670 | |
| --- | --- |
| Sat, Jan 31, 2026 | Sat, Jan 31, 2026 |
| 11:50 AM | 01:38 PM |
| Denver, CO, US (DEN) | San Jose, CA, US (SJC |

**Traveler Details**

GJOVIK/ASHLEYM
Incabin Pet (0164364327375)

eTicket number: 016236663410&
BOS-SJC

**Purchase Summary**

| | |
| --- | --- |
| Method of payment: | Visa ending ████ |
| Date of purchase: | Fri, Jan 23, 202€ |
| Incabin Pet (Reference Number: 0164364327375): | 150.00 |
| **Total:** | **150.00 USD** |

The base price of some ancillary items on your receipt may include taxes, when applicable.

**Refund Information** - You can request a refund by visiting the Refunds section on united.com. We apologize for any inconvenience this may have caused. A member of our team will respond to your inquiry.

# EXHIBIT B: HOTEL





**ESA Suites - San Jose - Santa Clara**
2131 Gold St, San Jose 95002
CA US
4082620401
SCA@extendedstay.com

Date Range: 2026-01-31 - 2026-04-06
Tax ID :

## Guest Folio
Confirmation No - ███████

**Primary Guest**

| | |
|---|---|
| Guest Name | ASHLEY MARIE GJOVIK |
| Address | X |
| City / State / Zip Code | X USA |
| Country | US |

**Stay Details**

| | |
|---|---|
| Check In Date | Jan 31, 2026 |
| Check Out Date | Mar 23, 2026 |
| Room | ███████ |
| Source | Website |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax ID | |
| PO Number | |
| Account Name | *Leisure |
| Account Number | ███████ |

**Other Details**

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee | YES |
| Exemption | |
| Tax/Fee Exempt Date | Mar 02, 2026 |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jan 31, 2026 | Payments | VISA ███████ | -$902.88 |
| Jan 31, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $104.99 |
| Jan 31, 2026 | Tax | City Room Tax | $10.50 |
| Jan 31, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Jan 31, 2026 | Tax | Accommodation Tax | $4.20 |
| Jan 31, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 02, 2026 | Tax | City Room Tax - Permanent Guest | -$10.50 |
| Mar 02, 2026 | Tax | Accommodation Tax - Permanent Guest | -$4.20 |
| Mar 02, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Feb 01, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $104.99 |
| Feb 01, 2026 | Tax | City Room Tax | $10.50 |
| Feb 01, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Feb 01, 2026 | Tax | Accommodation Tax | $4.20 |
| Feb 01, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 02, 2026 | Tax | City Room Tax - Permanent Guest | -$10.50 |
| Mar 02, 2026 | Tax | Accommodation Tax - Permanent Guest | -$4.20 |
| Mar 02, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Feb 02, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $104.99 |
| Feb 02, 2026 | Tax | City Room Tax | $10.50 |
| Feb 02, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Feb 02, 2026 | Tax | Accommodation Tax | $4.20 |
| Feb 02, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 02, 2026 | Tax | City Room Tax - Permanent Guest | -$10.50 |
| Mar 02, 2026 | Tax | Accommodation Tax - Permanent Guest | -$4.20 |
| Mar 02, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Feb 03, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $104.99 |
| Feb 03, 2026 | Tax | City Room Tax | $10.50 |
| Feb 03, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Feb 03, 2026 | Tax | Accommodation Tax | $4.20 |

| | | |
|---|---|---|
| **Check In Time** | 02:29 PM | Thank you for choosing Extended Stay America. We look forward to your stay with us! |
| **Check Out Time** | 09:29 AM | |
| **Page1 / 11** | | |

**EXHIBIT C:**
**SANTA CLARA SQUARE & 3250 SCOTT BLVD**

 

Photo of Ashley Gjovik at Meadow Park, Santa Clara Square Apartments, with a hot mocha from Whole Foods at Santa Clara Square (April 11 2026; photos taken by Ashley Gjovik)

Photo of Ashley Gjovik inside the Whole Foods at Santa Clara Square buying a mocha, fresh fruit, and organic socks – all unique to local Whole Foods (April 11 2026; photos taken by Ashley Gjovik)



Photos of 3250 Scott Blvd (April 11 2026; photos taken by Ashley Gjovik)

# EXHIBIT D:
# SAN TOMAS CREEK & SARATOGA CREEK
# (SANTA CLARA SQUARE/SCOTT BLVD)



Water pollution in San Tomas Creek culvert under Scott Blvd around where the stormwater discharge from 3250 Scott Blvd appears to release (April 11 2026; photos taken by Ashley Gjovik)



Questionable outflow "devices" for what appears to be the Saratoga Creek underground "stormwater" diversion scheme. (April 11 2026; photos taken by Ashley Gjovik)

# EXHIBIT E: SF BAY/SLOUGH
# & SAN TOMAS CREEK WETLANDS



San Tomas/Saratoga Creek wetlands flowing out to the slough and San Francisco Bay near Alviso (April 12 2026; photos by Ashley Gjovik)



San Francisco Bay, National Wildlife Refuge, Pond A8 (photo taken by Ashley Gjovik, March 10 2026)



San Francisco Bay, National Wildlife Refuge, Guadalupe slough/river (photo taken by Ashley Gjovik, April 10 2026)