**Ashley M. Gjovik, JD**
*In Propria Persona*
Alviso, San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK**, <br> *an individual*, <br><br> **PLAINTIFF**, <br><br> **vs.** <br><br> **APPLE INC.**, <br> *a corporation,* <br><br> **CITY OF SANTA CLARA,** <br> *a local government*, <br><br> **MR. JENAB ET AL** <br> *(individually, LP, LLC, &/or Trust)* <br><br> **DEFENDANTS**. | **Case No. 25-CV-07360-PCP** <br><br> **JUDGE: P. CASEY PITTS** <br><br><br> **DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION UNDER RCRA, CAA, CWA, & PUBLIC NUISANCE** <br><br><br> **HEARING:** <br> **Date:** June 4 2026 <br> **Time:** 10:00 AM <br> **Location:** Courtroom 8 – 4th Floor, 280 South 1st St., San Jose, CA |

# TABLE OF CONTENTS

I.    INTRODUCTION ............................................................................................1

II.   RESIDENCE AT THE SANTA CLARA SQUARE APARTMENTS AND CHEMICAL EXPOSURE INJURIES ....................................................................1

III.   INVESTIGATION AND DISCOVERY OF THE FACILITY ...................................3

IV.   CITIZEN SUIT PRE-SUIT NOTICE....................................................................4

V.    CURRENT RESIDENCE AND ONGOING USE OF THE AREA ..............................5

VI.   PRE-FILING MEET-AND-CONFER ...................................................................5

VII.   FIELD OBSERVATIONS OF RECEIVING WATERS ............................................6

VIII.  EXHIBITS ....................................................................................................8

# DECLARATION OF ASHLEY GJOVIK
# IN SUPPORT OF HER MOTION
# FOR A PRELIMINARY INJUNCTION

I, Ashley M. Gjøvik, declare as follows:

## I.    INTRODUCTION

1.    I am the Plaintiff in this action. I am over the age of eighteen and competent to testify. I make this declaration in support of my Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, except where stated on information and belief, and if called as a witness I could and would competently testify thereto.

2.    I am a citizen of the United States. I currently reside in Alviso, San Jose, California. I am a former resident of the Santa Clara Square Apartments at 3390 Octavius Drive, Santa Clara, California, where I lived from approximately February 2020 through October 2020.

3.    I've lived in Santa Clara County from 2015-2022, with a brief period in San Francisco in 2020-2021, and then returning to Santa Clara County in January 2026.

4.    From Feb. 2015 through September 2021, I was employed by Apple Inc. At the time of my termination in Sept. 2021, I was a Senior Engineering Program Manager in Apple's Hardware Engineering organization and Product Integrity team.

## II.    RESIDENCE AT THE SANTA CLARA SQUARE APARTMENTS AND CHEMICAL EXPOSURE INJURIES

5.    From approximately February 2020 through October 2020, I resided at the Santa Clara Square Apartments at 3390 Octavius Drive, Santa Clara, California. My apartment was a corner unit on the third floor of Building 4, looking out at the corner of Augustine Drive and Octavius Drive. The Santa Clara Square Apartments are located across the street from the property at 3250 Scott Boulevard.

6.    During my time at the Apartments, I regularly used the surrounding outdoor public spaces. I spent time at Meadow Park, walked along the Redwood Trail and the San Tomas Aquino Creek Trail, shopped at the adjacent Whole Foods market, visited the adjacent medical clinics, and ate at adjacent restaurants. I appreciated the proximity to public open space and recreational amenities when I selected the apartment and testified to such when I ran for Santa Clara Planning Commission member in 2022.

7.  When asked "What development in Santa Clara is a good example of planning and why? (00:47:47-49), I responded:

> "So I thought about this for a little bit and the example I'm going to give will make Mayor Gillmor chuckle a little bit. I am actually still going with Santa Clara Square apartments and where I lived and suffered from hazardous waste exposure but besides that it was a beautiful place to live. It was convenient. It was a great strategy to have so many restaurants and commercial activity so close to really dense housing as well as businesses so people could cross the street to get home and with a city that has major transportation issues and concerns not only was it convenient but it also helped with the environment that there's less carbon emissions and creates a sense of community and so many people in such a dense area." ( 00:47:51-00:48:43).

Mayor Gillmor responded "Great. Okay. Yes, I did chuckle a little bit on that." (00:48:43-45).

8.  Within days of moving into the Santa Clara Square Apartments and that beautiful community in February 2020, I became severely ill. I suffered fainting spells, dizziness, chest pain, palpitations, stomach aches, exhaustion, fatigue, and abnormal sensations in my muscles and skin. I experienced bradycardia, volatile blood pressure with both hypertension and hypotension, and a high frequency of premature ventricular contractions. I developed skin rashes, burns, and hives. My hair fell out and I've had a shaved head as the bald patches slowly grew back.

9.  From February through September 2020, I sought medical care from dozens of physicians and was screened for multiple severe and potentially fatal diseases, including multiple sclerosis, brain tumors, fatal cardiac arrhythmias, and Neuromyelitis optica. I underwent extensive blood draws, urine sampling, electrocardiogram and Holter monitor cardiac monitoring, and MRI and CT scans with contrast. I went to the Emergency Room on February 13, 2020, and Urgent Care on February 20, 2020. I went on disability leave because I was too ill to work.

10.  While ill at the Apartment in 2020, I would occasionally wake up at approximately 3 AM feeling as if I were dying, with symptoms consistent with cardiac and respiratory failure including a sensation of choking. My personal cardiac monitoring devices recorded arrhythmias, bradycardia, and low blood pressure during these episodes.

11.  On September 2, 2020, I observed elevated levels of volatile organic compounds in my apartment using indoor air quality monitors I had installed. One of the most significant observation was a major spike in volatile organic compounds at approximately 3 AM the night before — coinciding with one of the episodes I described in paragraph 9. Subsequent monitoring

showed a consistent pattern of VOC spikes at early-morning and late-night hours.

12.   In September 2020, I retained an industrial hygienist to test the indoor air at my apartment. The testing returned results showing the presence of acetone, acetonitrile, acetaldehyde, benzene, 1,2-dichloroethane, ethanol, ethylbenzene, hexane, isopropanol, isopropyl toluene, methylene chloride, toluene, and xylene.

13.   On a morning following one of the 3 AM episodes, I had blood and urine medical testing performed. The results showed the presence of arsenic in my blood (but not in my urine, indicating recent acute arsine gas exposure rather than chronic arsenic exposure), as well as mercury, toluene, and xylenes.

14.   After moving out of the Apartments in October 2020, my acute symptoms immediately substantially improved. The 3 AM episodes ceased. However, I have continued to experience long-term health effects consistent with industrial chemical exposure.

15.   I was eventually diagnosed by occupational and environmental exposure physicians in 2021 as having suffered acute exposure to industrial chemicals from an unknown source during my residence at the Apartments.

16.   I notified Apple of the chemical exposure injuries I had suffered at the Apartment in September 2020 and through 2021, including in conversations with Apple's Environmental, Health, and Safety leadership, HR, and my own management. I have a pending retaliation claims against Apple in Case No. 3:23-cv-04597 alleging one of the reasons Apple fired me in 2021 was because I was a victim of their chemical exposure and I had been reporting the chemical exposure (from an unknown source at that time – though I allege Apple knew it was them) to regulators, law enforcement, and legislatures. (Dkt. 142).

## III.   INVESTIGATION AND DISCOVERY OF THE FACILITY

17.   From September 2020 onward, I investigated the source of my chemical exposure. I consulted with state and federal environmental agencies, public health officials, legal and policy experts at my law school, and SF Bay Area community activists with experience in environmental contamination matters.

18.   I published an article on March 26 2021 in SF Bay View "I thought I was dying: My apartment was built on toxic waste," (https://sfbayview.com/2021/03/i-thought-i-was-dying-

my-apartment-was-built-on-toxic-waste/) , complaining the various government agencies and regulators could not figure out where the chemical exposure was originating from and appeared to be giving up on trying to find out.

19.    After the article was published, multiple other victims came forward to me. Some of them sent emails to City of Santa Clara, DTSC, and other agencies. All reported no meaningful response. From September 2020 through February 2023, despite my and others' investigation efforts, the source of the exposure was not identified.

20.    On February 21, 2023, I discovered through a public records released by Santa Clara that Apple was operating a semiconductor fabrication facility at 3250 Scott Boulevard, Santa Clara, immediately adjacent to where I had lived in 2020. I only identified this by seeing building and fire permits for tools I knew were specific to semiconductor manducating – due to my work in Hardware Engineering at Apple. Following that discovery, I conducted months of additional research about the facility, consulting with experts and requesting public records.

21.    On June 12, 2023, I filed a formal complaint with the U.S. Environmental Protection Agency, the California Environmental Protection Agency, the City of Santa Clara, and Santa Clara County regarding the operations at 3250 Scott Boulevard. The U.S. EPA confirmed receipt and opened a formal investigation. EPA personnel conducted on-site inspections of the facility on August 17–18, 2023, and January 16, 2024.

22.    On October 27, 2025, EPA Region 9 entered into a Consent Agreement and Final Order with Apple documenting seven counts of RCRA violations and imposing a $261,283 civil penalty and attributing the action to my tip and complaint to EPA.

### IV.    CITIZEN SUIT PRE-SUIT NOTICE

23.    On June 30, 2025, I served Sixty-Day Notice on the Defendants and on the U.S. EPA, the California EPA, the BAAQMD, the Santa Clara County DEH, and the U.S. Department of Justice ENRD of my intent to file a Citizen Suit. The notice was served pursuant to RCRA § 6972(b)(2)(A), Clean Air Act § 7604(b)(1)(A), Clean Water Act § 1365(b)(1)(A), EPCRA § 11046(d), and TSCA § 2619(b). I served the Defendants by both electronic mail and Certified Mail or process server.

24.    The original Sixty-Day Notice and certificate are filed at ECF Nos. 3-0 and 3-1 in

this action; proofs of service of the complaint on the Attorney General and EPA are at ECF No. 10; proofs of service on Defendants and agencies are at ECF Nos. 14 and 19. A revised Sixty-Day Notice expanding the Clean Water Act allegations was filed at ECF Nos. 48-1 and 48-2 with the Amended Complaint; further proof of service of the revised notice was filed at ECF Nos. 55 and 66.

25.    More than ninety days have elapsed since the Sixty-Day Notice was served. To my knowledge, neither EPA nor the State of California has commenced any court action against any Defendant respecting the violations or endangerment alleged in this action.

## V.    CURRENT RESIDENCE AND ONGOING USE OF THE AREA

26.    I am currently in bankruptcy, insolvent, and without permanent housing – living in a motel paid for by public donations. I currently reside in Alviso, San Jose, California close to the San Tomas/Saratoga Creek outflow to the SF Bay.

27.    I visit the area adjacent to 3250 Scott Boulevard, including the public parks, trails, restaurants, and businesses that fall within the worst-case toxic dispersion plumes Apple itself has calculated and submitted to its CalARP regulator. My ongoing presence in and use of these areas, and my plans to continue residing near, recreating in, and using them, are placed in jeopardy by the conditions described in the accompanying motion.

28.    I've visited 3250 Scott Boulevard multiple time this year to observe and photograph. I spoke with Apple's Global Security team when an employee approached me on the sidewalk noticing I was taking photos of the stormwater inlet. He confirmed he was not aware 3250 Scott Blvd was being used for semiconductor manufacturing, that there had been enforcement action taken at the site, or that it was emitting and releasing hazardous chemicals.

29.    I continue to suffer ongoing health effects consistent with my 2020 chemical exposure injuries, including increased risk of long-term sequelae from exposure to industrial chemicals identified in my 2020 medical testing, and severe emotional distress and trauma.

## VI.    PRE-FILING MEET-AND-CONFER

30.    On September 25, 2025, I sent counsel for all three Defendants — William F. Tarantino at Morrison & Foerster (counsel for Apple Inc.), Brendan Macaulay at Nossaman LLP (counsel for Defendant Jenab), and Svend Brandt-Erichsen at Nossaman LLP (counsel for the City

of Santa Clara) — a comprehensive proposal for a stipulated interim injunctive order to be approved by the Court.

31.    The proposal offered a menu of interim mitigation and abatement measures across three categories: (a) air emissions, sewer releases, and leak/spill monitoring; (b) public access, warnings, and operator identification at the facility; and (c) permits, assessments, and reporting. The proposal expressly stated that the agreement would not require any admission of liability, would not preclude the underlying claims, and was offered as a starting point for negotiations rather than a final demand. The proposal expressly stated that if no party would engage in negotiations, I would proceed to file a Motion for Preliminary Injunction.

32.    None of the three Defendants offered a counter-proposal. None agreed to any specific element of the proposed stipulated relief. None engaged in any substantive negotiation on any individual measure. The Defendants' uniform refusal to engage with the proposal — including refusal to engage on basic measures such as installation of public warning signage, basic operator-identification signage at the facility, and completion of unfiled hazardous-substance permits — preceded my filing of the present motion.

33.    Defendant Apple subsequently responded by sending me a letter threatening me with law enforcement action if I was to enter any Apple property every again – citing this lawsuit as their justification for the threat. I filed an NLRB charge against Apple over the letter.

## VII.    FIELD OBSERVATIONS OF RECEIVING WATERS

34.    I have personally visited and observed conditions at two distinct locations relevant to the receiving-waters analysis in the accompanying motion: (the active outlet of the Saratoga Creek system just under Highway 101, north of Scott Boulevard; and  San Tomas Aquino Creek immediately downstream of Apple's stormwater outfall.

35.    ***Saratoga Creek Active Outlet.*** I have visited and photographed an active outlet of the Saratoga Creek aquifer system that surfaces just under Highway 101, north of Scott Boulevard in 2026. The outlet matches the location of the historical Saratoga Creek pathway and the configuration of the stormwater system specifications I have reviewed in the City's records.

36.    During my visits, I observed visibly flowing water at the outlet on dry-weather days when no significant precipitation had occurred. I took both photographs and video recordings of

the flowing water at the outlet. The photographs include geolocation metadata recorded by my mobile device at the time of capture.

37.    ***San Tomas Aquino Creek Field Observations.*** I have visited and observed San Tomas Aquino Creek at a location immediately downstream from Apple's stormwater outfall on multiple occasions in 2020 and 2026. On at least two separate visits, I observed visibly polluted conditions in the Creek including froth, bubbles, and chemical-mess conditions present during dry-weather flow. I took photographs documenting these conditions; the photographs include geolocation metadata recorded by my mobile device at the time of capture.

38.    ***Field Testing Methodology.*** During my second observed visit to San Tomas Aquino Creek, I conducted field measurements of the surface water using consumer-grade water-testing equipment. The testing equipment consisted of:

(a) a Varify 17-in-1 Complete Drinking Water Test Kit (multi-parameter test strips with manufacturer color-comparison reference card) for measurement of pH, hardness, hydrogen sulfide, iron, copper, lead, manganese, total chlorine, mercury, nitrate, nitrite, sulfate, zinc, fluoride, sodium chloride, and alkalinity;

(b) an Instant 4-in-1 TDS Meter for measurement of total dissolved solids, electrical conductivity, and temperature; and

(c) a digital pH meter (yellow pen-style PH-meter for water hydroponics, 0-14 pH measurement range, with 0.01 reported accuracy and CAL calibration capability).

I used clean disposable plastic sampling cups, wore disposable gloves while sampling, and rinsed the testing equipment with distilled water between samples. I sampled at multiple points in the Creek, including at the location showing visible froth and bubbles and at an upstream point closer to the highway overpass.

39.    ***Field Test Results.*** The field measurements documented the following readings across the sample points:

- pH: 8.9 to 9.43 (anomalously alkaline; neutral water is approximately pH 7.0; municipal tap water is typically pH 6.5-8.5);

- Total Dissolved Solids (TDS): 469 to 506 ppm;

- Alkalinity: above 240 ppm (the upper limit of the test strip scale);

- Total Chlorine: 3 to 10 ppm (anomalously high for natural surface water, which typically registers near zero; municipal tap water is typically 0.5 to 2 ppm);

- Iron: 0.3 ppm;

- Hardness: above 425 ppm.

40.     The field measurements I describe in the preceding paragraphs were conducted using consumer-grade testing equipment that is not certified for laboratory-grade analytical results.. I describe them as percipient observations of unusual surface-water chemistry at a documented location in San Tomas Aquino Creek immediately downstream of Apple's stormwater outfall, supporting the inference that further investigation through formal sampling is warranted.

41.     The field test results, the visible pollution observations, the photographs, and the testing methodology described above are intended to definitively corroborate the receiving-waters analysis in the accompanying motion. The Creek receives water from multiple watersheds and stormwater outfall and additional testing and analysis is required ongoing.

## VIII.   <u>EXHIBITS</u>

42.     I have personal knowledge of the documents identified below. Each is a true and correct copy of the document described, and is attached to this declaration as an exhibit.

43.     ***Exhibit A — Medical Records and 2020 Air Quality Testing Documenting Chemical Exposure Injuries.*** Exhibit A is a true and correct compilation of medical records relating to my chemical exposure injuries during my February through October 2020 residence at the Santa Clara Square Apartments at 3390 Octavius Drive, Santa Clara, California, immediately adjacent to Apple's facility at 3250 Scott Boulevard, including emergency department admissions, urgent care visits, blood and urine analytical results documenting elevated levels of arsenic, mercury, toluene, and xylenes, and physician notes describing symptoms consistent with chemical exposure; and results of the indoor air quality testing performed in September 2020 by the industrial hygienist I retained at the Apartments. The records are my own personal medical records and the consultant's testing report and are produced here for the limited purpose of establishing standing and the documented exposure-injury basis for the citizen-suit claims for this Motion.

44.     ***Exhibit B — Apple Risk Management Plan (CalARP).*** Exhibit B is a true and correct copy of Apple's combined Risk Management Plan for the facility at 3250 Scott Boulevard, originally dated September 2015, amended August 2016, and updated for resubmission in January 2019. The document was produced by Apple in discovery in *Gjovik v. Apple, Inc.*, N.D. Cal. Case No. 3:23-cv-04597 at Bates numbers APL-GAELG_00003271 through APL-GAELG_00003356.

The Risk Management Plan was prepared by Apple's retained consultant in consultation with Apple personnel and submitted by Apple to the Santa Clara Fire Department, which is the CalARP Administering Agency for the facility, and to the U.S. EPA pursuant to 42 U.S.C. § 7412(r) and California Health & Safety Code §§ 25531 et seq. The document was certified by Apple's Aria Site EHS Manager under penalty of law: "I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, the information submitted in this RMP is true, accurate, and complete." Bates 00003311 (Section 6).

45.    ***Exhibit C — RMP 3-Year Compliance Audit by BSI EHS Services and Solutions.*** Exhibit C is a true and correct copy of the April 2019 RMP 3-Year Compliance Audit prepared by BSI EHS Services and Solutions for Apple's facility at 3250 Scott Boulevard, based on an on-site audit conducted from April 1–4, 2019. The document was produced by Apple in discovery at Bates numbers APL-GAELG_00003222 through APL-GAELG_00003270.

46.    ***Exhibit D — Santa Clara Fire Department Plan Check Committee Minutes for PLN24-00556 (3240 Scott).*** Exhibit D is a true and correct copy of the Santa Clara Fire Department Plan Check Committee – Site Coordination minutes for Planning Application PLN24-00556 and PLN24-00579 (the proposed 166-unit apartment building at 3240 Scott Boulevard), comprising minutes from meetings held on May 21, 2024, November 26, 2024, and June 17, 2025. The document is a public record of the City of Santa Clara that I obtained through California Public Records Act requests to the City.

47.    ***Exhibit E — 2020 Process Hazard Analysis Revalidation Report by BSI***. Exhibit E is a true and correct copy of the September 2020 Process Hazard Analysis Revalidation Report prepared by BSI EHS Services and Solutions for Apple's facility at 3250 Scott Boulevard, based on PHA team sessions conducted on May 14, 21, June 4, 11, 18, and 25, 2020. The document was produced by Apple in discovery at Bates numbers APL-GAELG_00003357 through APL-GAELG_00003628.

48.    ***Exhibit F — Photographs of Field Observations at Saratoga Creek and San Tomas Aquino Creek***. Exhibit F is a true and correct compilation of photographs and a video recording I captured during my field visits to the Saratoga Creek active outlet just under Highway 101, north of Scott Boulevard, showing the active flow of water at the outlet during dry-weather

conditions; and San Tomas Aquino Creek immediately downstream of Apple's stormwater outfall, showing the froth, bubbles, and chemical-mess conditions I observed on multiple occasions in 2025. The photographs include geolocation metadata recorded by my mobile device at the time of capture, establishing the date, time, and approximate GPS coordinates of each photograph. Selected photographs from the compilation also show the field testing methodology described, including the digital pH meter in use and the multi-parameter test strip kit reference card used for color comparison.

49.     ***Exhibit G — San José ESD Source Control Permit Inspection Reports.*** Exhibit G is a true and correct compilation of five Source Control Permit Inspection Reports prepared by the City of San José Environmental Services Department for the facility at 3250 Scott Boulevard, dated August 13, 2015; September 1, 2015; May 18, 2016; October 26, 2020; and October 21, 2025. The reports are public records of the City of San José that I obtained through California Public Records Act requests.

50.     ***Exhibit H — Santa Clara FD Memorandum re PRA 23-518 Item J.*** Exhibit H is a true and correct copy of a memorandum from the Santa Clara Fire Department to the City Clerk dated October 18, 2023, responding to my Public Records Act Request 23-518 Item J for any plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System (Santa Clara County Code B11-380) at 3250 Scott Boulevard. The memorandum states: "Fire Department was unable to locate records under the 'Toxic Gas System (i.e. SCCO B11-380)' designation."

51.     ***Exhibit I — Planning Commission election***. Exhibit I is a true and correct copy of my application for the Santa Clara Planning Commission and my testimony during the hearing.

52.     ***Exhibit J — Santa Clara FD HazMat Incident Reports for 3250 Scott Boulevard.*** Exhibit J is a true and correct compilation of eleven Santa Clara Fire Department HazMat Incident Reports for incidents that occurred at 3250 Scott Boulevard between June 1, 2019, and May 30, 2024, with assigned incident numbers as follows: SCFD #2019-1904285 (June 1, 2019); SCFD #2019-1908541 (October 21, 2019); SCFD #2020-2005200 (July 17, 2020); SCFD #2021-2103124 (April 30, 2021, including the CAL OES Reportable incident #21-2288); SCFD #2022-2203209 (April 18, 2022); SCFD #2022-2204500 (May 29, 2022); SCFD #2023-2306933 (August 10, 2023); SCFD #2023-2307611 (August 30, 2023); SCFD #2023-2310880 (December 8, 2023);

SCFD #2024-2401745 (February 22, 2024); and SCFD #2024-2404731 (May 30, 2024). The reports are public records of the City of Santa Clara that I obtained through California Public Records Act requests.

53.     ***Exhibit K — Santa Clara FD Outstanding Fire Code Violations Report for 3250 Scott Boulevard.*** Exhibit K is a true and correct copy of the Santa Clara Fire Department's "Outstanding Fire Code Violations" report for 3250 Scott Boulevard, covering the period January 1, 2010 through January 31, 2023, printed on March 7, 2023. The report is a public record of the City of Santa Clara that I obtained through California Public Records Act requests.

54.     ***Exhibit L — City of Santa Clara Stormwater Spill Report #1657490.*** Exhibit L is a true and correct copy of City of Santa Clara Stormwater Spill Report #1657490, reported on June 9, 2016, by City Stormwater Inspector Tatiana Andrade and closed on February 10, 2022, by Karin Hickey. The report is a public record of the City of Santa Clara that I obtained through California Public Records Act requests and the City's public reporting portal.

55.     ***Exhibit M — BAAQMD Records for Plant #22839.*** Exhibit M is a true and correct compilation of records from the Bay Area Air Quality Management District for Plant #22839 (Apple, 3250 Scott Boulevard), consisting of:

- (a) **Exhibit M-1**: BAAQMD Permit to Operate dated May 1, 2024, with Permit Conditions including Condition 26031.

- (b) **Exhibit M-2**: BAAQMD Application 32101, Permit Modification for S-1 R&D Facility, dated July 17, 2023, with associated $95,406 fee.

- (c) **Exhibit M-3**: BAAQMD Engineering Evaluation for Application 32236, dated May 1, 2024, addressing the S-3 Solvent Waste Tank, including the determination that "This source has been unpermitted since 7/15/2017 and back fees were collected accordingly."

- (d) **Exhibit M-4**: Email correspondence between Kevin Sung (Apple EHS Lead) and Eric Grulke (BAAQMD Senior Air Quality Engineer) regarding permitting of the solvent waste tank, dated February through March 2024, including Mr. Sung's email of March 13, 2024 stating: "This is how we found that our 'solvent' tank was comprised mostly of water."

The records are public records of the BAAQMD that I obtained through Public Records Act

requests.

56.    ***Exhibit N — Field Testing Equipment Invoices and Product Specifications.*** Exhibit N is a true and correct compilation of consumer purchase invoices and manufacturer product specifications for the consumer-grade water-testing equipment I used in conducting the field measurements described in paragraphs 26-F and 26-G of this declaration:

- (a) Varify 17-in-1 Complete Drinking Water Test Kit, with the manufacturer's color-comparison reference card showing the test ranges for pH (6.0-9.0), Hardness (0-425 ppm), Hydrogen Sulfide, Iron (0-5 ppm), Copper, Lead, Manganese, Total Chlorine (0-20 ppm), Mercury, Nitrate, Nitrite, Sulfate, Zinc, Fluoride, Sodium Chloride, and Alkalinity (0-240 ppm);
- (b) Instant 4-in-1 TDS Meter Digital Water Tester (0-9990 ppm range) with EC and temperature readings; and
- (c) Digital pH Meter (0-14 pH range, with calibration capability) — yellow pen-style PH meter for hydroponic and household water testing.

I purchased each of the three testing instruments through standard consumer retail channels.

57.    ***Exhibit O — City of Santa Clara Archived Projects Record for the Santa Clara Square Project.*** Exhibit O is a true and correct copy of the City of Santa Clara's archived projects record for the Santa Clara Square project (project ID 2571), referencing project applications PLN2008-06858, PLN2013-09609, PLN2014-10256, PLN2014-10577, PLN2015-10899, and PLN2017-12688. The applicant is identified as The Irvine Company. The approved project envelope is approximately 93 acres including approximately 1,862,000 square feet of office space, approximately 178,000 square feet of retail space, and up to 1,840 residential apartment units in seven buildings. The record is a public record of the City of Santa Clara obtained from the City's Business Directory.

58.    ***Exhibit P — Feb. 2026 MoFo Letter.*** Exhibit P is a true and correct copy of a Letter I received from Apple's counsel in this lawsuit in Feb. 2026 threatening me not to enter any Apple property, anywhere, ever again including but not limited to 3250 Scott Blvd, and if I do Apple would accuse me of trespassing – including if I was attempting to gather evidence.

59.    ***Exhibit Q — SB14 Hazardous Waste Management Performance Report.*** Exhibit Q is a true and correct copy of Apple's September 2019 SB14 Hazardous Waste Management

Performance Report for the facility at 3250 Scott Boulevard. The document was produced by Apple in discovery at Bates numbers APL-GAELG_00003207 through APL-GAELG_00003213.

60. ***Exhibit R — September 25, 2025 Meet-and-Confer Email Proposing Stipulated Preliminary Injunctive Order.*** Exhibit R is a true and correct copy of the email I sent on September 25, 2025 at 1:42 AM to William F. Tarantino at Morrison & Foerster (counsel for Apple Inc.), Brendan Macaulay at Nossaman LLP (counsel for Defendant Jenab), and Svend Brandt-Erichsen at Nossaman LLP (counsel for the City of Santa Clara), proposing a stipulated interim injunctive order to be approved by this Court. The email proposes a comprehensive menu of mitigation measures across three categories — air emissions/sewer releases/leaks; public access, warnings, and operator identification; and permits, assessments, and reporting — with citation to legal authority for each category. The email expressly states the proposal is offered as a starting point for negotiations rather than a final demand, that the agreement would not require any admission of liability, and that if no party agreed to engage in negotiations Plaintiff would proceed to file a Motion for Preliminary Injunction.

61. ***Exhibit S — Final Environmental Impact Report for Santa Clara Square Apartments (2015).*** Exhibit S is a true and correct copy of the relevant portions of the Final Environmental Impact Report for the Santa Clara Square residential development, dated December 2015, including Sections 4.6 (Hazards and Hazardous Materials) and Mitigation Measure HAZ-3 documenting the City of Santa Clara Fire Marshal's identification of the need for additional hazardous-materials response capacity before approval of the adjacent residential development. The document is a public agency record I obtained through the City of Santa Clara's planning records.

62. ***Exhibit T — Apple Industrial Wastewater Discharge Monitoring Submissions.*** Exhibit T is a true and correct compilation of Apple's industrial wastewater discharge monitoring submissions to the City of Santa Clara under Industrial Wastewater Discharge Permit SC-461B, covering the period 2017 through 2025, documenting contaminant concentrations in Apple's wastewater discharge including ammonia, arsenic, copper, chromium, zinc, biochemical oxygen demand, and trichloroethylene. The records were produced to me by the City of Santa Clara through California Public Records Act requests.

63.     ***Exhibit U — EPA Region 9 Internal Email of August 1, 2023 Re Proposed RCRA Inspection.*** Exhibit U is a true and correct copy of an internal email from Christopher Rollins, U.S. EPA Region 9 Enforcement and Compliance Assurance Division, to Lydia Dorrance, dated August 1, 2023, proposing the RCRA hazardous waste inspection of Apple at 3250 Scott Boulevard, Santa Clara that occurred on August 17–18, 2023. The email states: "This inspection is based on a Tip and Complaint received by Ashely Gjovik who formerly worked for the facility and was potentially exposed to air emissions from this location." The email is a public agency record that I obtained through FOIA.

64.     ***Exhibit V — Apple BAAQMD Annual Throughput Report for 2023 Reporting Period.*** Exhibit V is a true and correct copy of Apple's Annual Throughput Update for Facility ID 22839 (Plant #22839, 3250 Scott Boulevard) submitted to the Bay Area Air Quality Management District for the 12-month reporting period ending December 31, 2023. The submission is signed by Grace Fisk, EHS Engineer, dated February 21, 2024, certifying under penalty of law that "all information contained herein is true and correct." The submission reports 2023 net usage of 154 pounds of arsine, 280.8 pounds of phosphine, 10.4 pounds of boron trichloride, and 0.4713 pounds of silane at the S-1 Research and Development Facility. The submission also reports the prior cycle's "Last Reported Usage" figures of 0.0147 pounds of arsine, 0.1344 pounds of phosphine, 0.0091 pounds of boron trichloride, and 0.0007 pounds of silane. The record is a public record of BAAQMD obtained through Public Records Act requests.

65.     ***Exhibit W — Apple BAAQMD Annual Throughput Report for 2024 Reporting Period***. Exhibit W is a true and correct copy of Apple's Annual Throughput Update for Facility ID 22839 (Plant #22839, 3250 Scott Boulevard) submitted to the Bay Area Air Quality Management District for the 12-month reporting period ending December 31, 2024. The submission is signed by Kevin Sung, EHS Lead, dated February 12, 2025, certifying under penalty of law that "all information contained herein is true and correct." The submission reports 2024 net usage of 143.5 pounds of arsine, 317.9 pounds of phosphine, 9.24 pounds of boron trichloride, and 0.909 pounds of silane at the S-1 Research and Development Facility, together with usage of multiple other regulated and unregulated chemicals and 21.725 thousand gallons of organic liquid throughput at the S-3 Solvent Waste Tank. The record is a public record of BAAQMD obtained through Public

Records Act requests.

66. ***Exhibit X — Apple BAAQMD Data Update Form for 2022 Reporting Period.*** Exhibit X is a true and correct copy of Apple's BAAQMD Data Update Form for Facility ID 22839 / Plant #22839 (3250 Scott Boulevard) submitted to BAAQMD for the 12-month reporting period ending February 24, 2023, identified as Plant# 22839-1 dated January 11, 2023. The submission reports usage of 0.0147 pounds of arsine, 0.1344 pounds of phosphine, 0.0091 pounds of boron trichloride, and 0.0007 pounds of silane at the S-1 Research and Development Facility, together with the natural gas consumption for the facility's Thermal Processing Units (A-3 through A-10) totaling 12,722 therms across five operating units for the same reporting period. The record is a public record of BAAQMD obtained through Public Records Act requests.

67. ***Exhibit Y — BAAQMD Notices of Violation Public Records Page.*** Exhibit Y is a true and correct copy of the Bay Area Air Quality Management District's "Notices of Violation Issued" public records page (baaqmd.gov/rules-and-compliance/compliance-assistance/notices-of-violations/novs-issued), accessed and printed on April 26, 2026, listing all current Notices of Violation issued to Apple, Inc. As of that date, the page documents that Violations A64215A, A64215B, A64216A, A64216B, A64218A, and A64219A — all issued in August and September 2024 against Facility 22839 at 3250 Scott Boulevard — remain Pending. Per BAAQMD's definition: "Pending: The NOV has been issued, but the Air District has not yet collected a penalty or otherwise fully resolved the NOV."

68. ***Exhibit Z — EPA Region 9 Criminal Investigation Division Records***. Exhibit Z is a true and correct compilation of internal email correspondence from the U.S. Environmental Protection Agency Region 9 Criminal Investigation Division relating to the federal criminal investigation of the facility at 3250 Scott Boulevard, opened in August 2024. The records were obtained by Plaintiff through Freedom of Information Act requests and are identified by EPA Bates numbers ED_019838_00000071, ED_019838_00000174, and ED_019838_00000498. The compilation includes:

- (a) The August 7, 2024 email from EPA Special Agent Ezekiel Austin (Criminal Investigation Division, San Diego Resident Office) to BAAQMD Permits requesting "any inspections of the facility or found any violations" and "a copy of any air permits that exist for the facility," stating: "I received a tip from a citizen that is concerned about

several potential CAA violations from an Apple Inc. facility (formerly named Micrel Synergy Semiconductor) located at 3250 Scott Blvd, Santa Clara, CA 95054 . . . the tipster originally was in touch with the local FD and potentially the BAAQMD regarding this facility."

- (b) The August 21, 2024 email correspondence between Special Agent Austin and BAAQMD Senior Assistant Counsel Alexandra Kamel scheduling a meeting between EPA Criminal Investigation Division and BAAQMD's Compliance and Enforcement Division.

- (c) The August 22, 2024 email from Special Agent Austin to EPA's Roshni Brahmbhatt, copying EPA Region 9 RCRA Inspector Christopher Rollins, reporting on the BAAQMD meeting: BAAQMD "did not have an inspection report from their most recent inspection in 2023 and only had an internal 'inspection summary' which they could not provide" and "expressed reservations about providing the most recent air permit for the facility."

- (d) The August 22, 2024 email from EPA Region 9 attorney Tessa Allen (Office of Regional Counsel) to Christopher Rollins, marked "Attorney Client Communication," discussing the parallel civil-criminal proceedings policy.

- (e) The August 22, 2024 email from Christopher Rollins responding to Tessa Allen: "Thanks! I have not prepared any past cases for parallel proceedings yet, so this is helpful."

- (f) The August 24, 2024 email from Special Agent Austin to Christopher Rollins forwarding the August 22, 2024 BAAQMD email transmitting the May 2024 Permit to Operate and noting that "the Air board is going to conduct another inspection in the next week or two."

69.     ***Exhibit AA — San José ESD PRA Response of December 12, 2025***. Exhibit AA is a true and correct copy of email correspondence I received from the City of San José Environmental Services Department in response to my Public Records Act Request R010372-110925, including the November 14, 2025 acknowledgment from Monica Dinsmore, Staff Specialist, and the December 12, 2025 response from Bianca Bucu, Public Information Representative, stating: "We also did our additional search from the Regional Wastewater Facility and Watershed Protection and only Watershed production had records so we provided it to you. Regional Wastewater confirmed they do not have corresponding records." The records are public agency communications obtained through the California Public Records Act request process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,



/s/ **Ashley M. Gjovik (***Pro Se***)**
April 27, 2026
Alviso, City of San José, California
legal@ashleygjovik.com
(415) 964-6272

## IX.    EXHIBITS

# A. EXHIBIT A

*Exhibit A — Medical Records and 2020 Air Quality Testing Documenting Chemical Exposure Injuries.*

**⫶⫶ one medical**

Kevin Fell, MD
1299-A Oakmead Parkway
Sunnyvale, CA 94085
p: 408-520-4510 f: 408-520-4519

## Request for Diagnostic Testing

**From:**     Kevin Fell

**To:**       Mountain View Center Radiology (PAMF)

**Date:**     Mar 25, 2020

**Urgency:** <span style="background-color:black;color:white">URGENT</span>

### Patient

Name:               Ashley Gjovik

Birth Date:         ██████

Phone:              ██████

Is patient pregnant:     not pregnant

Last serum creatinine: 0.82 on Mar 14, 2020

See attached for complete demographic and insurance information.

### Test

Brain MRI with & without contrast, 70553

### Indication

Numbness (ICD-10CM: R20.0)

### Reason for Test / Clinical Question

33 yr old woman with dizziness, headaches, intermittent numbness in body and face, intermittent foul taste in the mouth, and spasms of muscles in the arms and legs, debilitating and worsening x 5 weeks.

### Send Report To

408-520-4519

Thank you,

Kevin Fell
(NPI: 1215990494)
kfell@onemedical.com

# ⁑ one medical

Kevin Fell, MD
1299-A Oakmead Parkway
Sunnyvale, CA 94085
p: 408-520-4510 f: 408-520-4519

**Patient:**

     **Name:** Ashley Gjovik                **Address:** 3390 Octavius Dr

     **DOB:** ▆▆▆▆▆▆ (33)                    Apt 349

     **Sex:** F                               Santa Clara, CA 95054

     **Pronouns:** She/Her

     **PCP:** Kevin Fell

**Insurance:**

Carrier: United Healthcare
Type: PPO
Subscriber: Ashley Gjovik

**Authorization Code:** no auth required

**Lab Provider:**

Mountain View Center Radiology (PAMF)
701 E. El Camino Real, Floor 1, Mountain View, CA 94040
phone: 650-934-7700  fax: 650-934-7790

Name: Ashley Gjovik | DOB: 8/26/1986 | MRN:  | PCP: Kevin C Fell, MD

**A Note to Patients:** Symptoms are concisely summarized to inform treatment recommendations. For reasons of privacy and brevity, this note does not attempt to capture all experiences that were discussed.

# Progress Notes

## Robert J. Harrison at 4/29/2021 11:00 AM
**ATTESTATION**

My date of service is 4/30/21. I reviewed the video consultation note of Dr. Hall dated 4/30/21 and discussed the case with his. I was present during the videovisit and am personally involved in the management of the patient.

I agree with the findings and care plans as documented. I spent a total of 40 minutes directly pertaining to the management of the clinical and occupational health problems, and 40 minutes of that time (>50%) was spent counseling regarding the prevention, treatment options, prognosis and coordination of care for her chemical exposures. I reviewed the extensive blood and urine laboratory testing for VOC metabolites, pesticides and organochlorines; as well as the results of VOC testing in her apartment. These do not suggest persistent body burden of chemicals, and the levels of VOCs in the air of her apartment do not exceed the threshold set by the DTSC for long term cancer and/or chronic non-cancer effects. While this is reassuring from her personal health standpoint, there remains a concern about potential pathways for residential exposures, and these should be addressed by the county and State environmental agencies. All questions and issues were addressed and discussed, and I remain available as needed for any additional concerns about health issues.

**Plan**

Robert Harrison, MD, MPH
Clinical Professor of Medicine

## Darren Martin Hall at 4/29/2021 11:00 AM
**REFERRAL SOURCE AND REASON**
Ms. Ashley Gjovik was referred to the Mt. Zion Occupational and Environmental Clinic for evaluation and treatment of potential health effects occurring in the setting of exposure to toxic chemicals from working near Superfund sites.

**HISTORY OF PRESENT ILLNESS**
Ms. Gjovik is a 34 y/o female senior engineering program manager for Apple who experienced a sudden onset of sxs after she moved into her apartment in Feb 2020.

These sxs largely resolved when she moved out in Sept 2020. Specifically, she was experiencing severe dizzy spells, a large decrease in resting heart rate, palpitations, hypotension, fatigue, chest pain, numbness, spasms, rash, shortness of breath, multiple growths (mole, polyp, nodules), nausea, paresthesias, blurry vision, abnormal vaginal bleeding, and swollen glands.

She also notes an unexplained episode of fainting at work in Sept 2019 at her office on a Superfund site with a long history of vapor intrusion issues in the building.

She states her apartment was built in an industrial area next to a the Synertek Superfund and next to Apple Materials Superfund and Intel Magnetics Superfund.

She also notes her current office is in TRW Microwave building on an EPA Superfund "Triple Site."

She has been seeing Dr. Kevin Fell (PCP from One Medical) and Dr. Kari Nadeau.

**WORK STATUS**

She is currently working as a senior engineering program manager for Apple. Previously she worked as a project manager for Apple from 2015 - 2017, a release and HR manager for Nike from 2012 - 2015, a project manager for Portland State University from 2011 - 2012, and other various jobs for a school district from 2000 - 2010.

**EXPOSURE HISTORY**

The primary exposure associated with this diagnosis are environmental toxic substances.

**Past Medical History:**

| Diagnosis | Date |
|---|---|





## REVIEW OF SYSTEMS

*I have reviewed the following symptoms and except as noted in **bold** are negative:*

GENERAL: No fevers or chills. HEENT: No change in vision, no earache, sore throat or sinus congestion. CARDIOVASCULAR: No chest pain or pressure. **palpitations**. PULMONARY: No shortness of breath, cough or wheeze. GASTROINTESTINAL: No abdominal pain, nausea, vomiting or diarrhea, melena or bright red blood per rectum. GENITOURINARY: No urinary frequency, urgency, hesitancy or dysuria. DERMATOLOGIC: No rash, no itching, no lesions. ENDOCRINE: No polyuria, polydipsia, no heat or cold intolerance. No recent change in weight. HEMATOLOGICAL: **easy bruising (factor 8 deficiency)** or bleeding. NEUROLOGIC: No headache, seizures, numbness, tingling or weakness. PSYCHIATRIC**: anxiety / stress,** No depression, no loss of interest in normal activity or change in sleep pattern.

## PHYSICAL EXAMINATION
Physical exam was limited due to telehealth constraints.
GENERAL APPEARANCE: Well developed, well nourished, alert and cooperative, and appears to be in no acute distress
PSYCHIATRIC: Oriented to person, place and time. Able to demonstrate good reason, without hallucinations, abnormal affect or behaviors during the examination.

## ASSESSMENT and PLAN

1.  **Exposure to environmental toxic substances**

Ms. Gjovik is a 34 y/o female who experienced multiple symptoms for an 8 month period that began when she moved into her apartment and spontaneously resolved

when she moved out. She is currently in good health but is concerned about working around hazardous waste / toxic environmental chemicals and any long term health consequences from these exposures.

**Human Exposure Environmental Indicator**
EPA categorizes each National Priorities List (NPL) and Superfund Alternative Approach (SAA) site as follows:

Human Exposure Under Control describes sites where EPA assessments indicate there are currently no unacceptable human exposure pathways anywhere on site. This is generally because either the entire site has been cleaned up to levels that do not adversely affect public health, or controls have been implemented that prevent human exposure to contamination.

Human Exposure Not Under Control describes sites that have not had pathways to human exposure to contamination completely controlled, mitigated or eliminated. This category includes sites where response actions are under way but are not yet complete.

Specifically, these are sites where:

- An unsafe level of contamination has been detected somewhere on site; and
- Contamination has not yet been fully treated, stabilized or contained across the entire site to prevent current human exposure; and
- Though there may not be any actual exposures occurring, there is potential for individuals to be exposed to the contamination somewhere within the site's boundaries.

Even if these conditions exist at a very small portion of the site, or advisory signs are posted, EPA will classify the site as Human Exposure Not Under Control until all potential exposures are addressed.

EPA's first priority is to ensure that effective measures are taken quickly to ensure people are not exposed to harmful contaminants. At many of these sites, substantial cleanup work has already been completed but some portion still poses potential risk. EPA categorizes these sites as Human Exposure Not Under Control until those portions are addressed.

EPA and other applicable federal agencies post warning signs, construct fences, and conduct outreach to communities to educate residents of the potential health risk.

Site Name - **TRW MICROWAVE, INC (BUILDING 825)**
Region - 9
City - Sunnyvale
State - California
Federal Facility Status - Non-Federal
NPL Status - Final
Human Exposure Status - Not under control

*Human Exposure Status Description*

As of September 2020, the TRW Site is designated Human Exposure Not Under Control due to conditions at the off-property area associated with the site – the Offsite Operable Unit (OOU). The TRW site was transferred from the State back to EPA in August 2014, subsequent to which EPA ordered the Responsible Parties (RPs) to conduct vapor intrusion (VI) evaluations at on- and off-property buildings associated with the site to determine whether the vapor intrusion(VI) pathway for TCE is complete and whether a remedy is required. The on-property evaluation showed no evidence of unacceptable VI. The off-property evaluations are in progress and show evidence of unacceptable TCE VI in approximately 40 residential and 12 school buildings. Steps were taken to address the VI inhalation risks, including building ventilation improvements, operation of indoor air purifiers, installation of sub-slab and sub-membrane depressurization systems, and confirmatory sampling and long-term maintenance plans to confirm the continued effectiveness of mitigation measures. Additionally, residents, parents, school staff and school administrators were informed via fact sheets and community meetings. To address long-term risks, a framework for preemptive mitigation and post-response site controls was negotiated with the RPs, which was finalized in September 2019 in an ASAOC, to submit work plans to address risks in certain remaining residences above the groundwater contaminant plume and to ensure the long-term stewardship of the vapor mitigation measures put in place. As of August 2020, the VI work plans have been submitted and addressing the remaining residences and school buildings is moving forward.

Site Name - **INTEL MAGNETICS**
Region - 9
City - SANTA CLARA
State - California
Federal Facility Status - Non-Federal
NPL status - Final
Human Exposure Status - Under control

*Human Exposure Status Description*
Human exposure is under control at INTEL MAGNETICS

I spent a total of 60 minutes face-to-face with the patient and 40 minutes of that time was spent counseling regarding the prevention and treatment of toxic environmental substances.

**Patient was seen and examined with Dr. Harrison. The above note reflects our discussion.**

**Signed,**
**Darren Hall, DO, MPH**
**UCSF Occupational Medicine Resident**

Provider Report

Details for
# Physician Emergency Department Note

Encounter ID: Q00856217231

# 16
February

| Patient | Dictation Date | Facility |
|---|---|---|
| ASHLEY M GJOVIK | 2/16/2020 2:19 PM | REGIONAL MEDICAL CENTER OF SAN JOSE |
| | | 225 N. JACKSON AVENUE |
| | | SAN JOSE CA 95116 |
| | | () |

Summary

```
REGIONAL MEDICAL CENTER OF SAN JOSE (COCGBT)
EMERGENCY PROVIDER REPORT
REPORT#:0216-0409   REPORT STATUS: Signed
DATE:02/16/20 TIME: 1419

PATIENT: GJOVIK,ASHLEY M              UNIT #: Q001240235
ACCOUNT#: Q00856217231               ROOM/BED:
DOB: 08/26/86  AGE: 33      SEX: F    PCP PHYS: NO PRIMARY OR FAMILY PHYSICIAN
SERVICE DT: 02/16/20                  AUTHOR: Malcolm,Douglas MD
REP SRV DT: 02/16/20             REP SRV TM: 1419
* ALL edits or amendments must be made on the electronic/computer document *


HPI-General Illness

Free Text HPI Notes
Free Text HPI Notes
33 year old female with a PMH of bigeminy PAC's presents to ED c/o sharp non-
radiating chest pain and tingling of her left arm that began intermittently
since last night. Pt also reports palpitations and dizziness that have been
worsening since the last 2 weeks. She states that her doctor thinks her PAC's is
related to stress, and she has an appt with a Cardiologist soon. Denies SOB,
nausea, diaphoresis, vomiting, or abdominal pain.


General
```

```
                      DIAGNOSTIC IMAGING REPORT
   REGIONAL MEDICAL CTR. -  225 N. Jackson Ave.   -   San Jose, CA 95116
   PHONE #: 408-259-5000                      FAX #: 408-729-2878
----------------------------------------------------------------------
Name: GJOVIK,ASHLEY M          Loc: Q.ED       Radiology No:

DOB: 08/26/1986 Age: 33     Sex: F Status: REG ER  Unit No: Q001240235

Phys: OSHJA01 - O'Shea,James MD          Acct: Q00856217231

Reason For Exam: ?                         Exam Date:02/16/2020
----------------------------------------------------------------------


  EXAMS:                                   CPT:
002034073 GD CHEST 1V                      71045


       - GD CHEST 1V

    HISTORY:  Chest pain

    TECHNIQUE: Portable AP view of the chest 2/16/2020 12:15 PM

    COMPARISON: None

    FINDINGS:
    The lungs are clear. The cardiomediastinal silhouette is within normal
    limits.  The osseous structures are intact.

     IMPRESSION:
     No acute findings.

     loc:  4



** Electronically Signed by M.D. Keith Kwok on 02/16/2020 at 1309 **
             Reported and signed by: Keith Kwok, M.D.
```

CC: James O'Shea MD

## Lab Result

Details for

# Pro B-type Natriuretic Peptide

Encounter ID: Q00856217231

# 16
## February

Results for ASHLEY M GJOVIK

Facility REGIONAL MEDICAL CENTER
OF SAN JOSE
225 N. JACKSON AVENUE
SAN JOSE CA 95116

() 4082595000 (tel:4082595000)

Ordered by O'Shea James MD

Specimen collected 2/16/2020 12:40
PM

Role Referring

Results posted 2/16/2020 1:22 PM

Status Final results; Can only be changed with a corrected result.

NOTE: Lab results are just one tool used in diagnosis. It is important to discuss the results with your physician in order to fully understand what the findings mean in your situation.

| TEST | RESULT | RANGE | LAB | PAST RESULTS | REMARKS |
|------|--------|-------|-----|--------------|---------|
| PRO B-TYPE NATRIURETIC PEPTIDE | 133 pg/mL   H | ⓘ High | Regional Medical Center of SJ 225 N. Jackson Ave. San Jose CA 95116 | View past results | |

# The Great Plains Laboratory, Inc.



## Toxic Non-Metal Chemical Profile

| | | | |
|---|---|---|---|
| **Requisition #:** | 841886 | **Physician Name:** | CRAIG BRANDMAN MD |
| **Patient Name:** | Ashley Gjovik | **Date of Collection:** | 09/14/2020 |
| **Patient Age:** | 34 | **Time of Collection:** | Not Given |
| **Sex:** | F | **Print Date:** | 9/25/2020 |

## Toxic Compounds

| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|

### Industrial Toxicants



**1) 2-Hydroxyisobutyric Acid (2HIB)** — Result: 4,495

LLOQ 200 | 75th 7,493 | 95th 11,908

#### Parent: MTBE/ETBE

MTBE and ETBE are gasoline additives used to improve octane ratings. Exposure to these compounds is most likely due to groundwater contamination, inhalation or skin exposure to gasoline or its vapors, and exhaust fumes. MTBE has been demonstrated to cause hepatic, kidney, and central nervous system toxicity, peripheral neurotoxicity, and cancer in animals. Very high values have been reported in genetic disorders. Because the metabolites of these compounds are the same, ETBE may be similarly toxic.

**2) Monoethylphthalate (MEP)** — Result: 20

LLOQ 5.0 | 75th 73 | 95th 374

#### Parent: Diethylphthalates

Phthalates may be the most widespread group of toxins in our environment, commonly found in many bath and beauty products, cosmetics, perfumes, oral pharmaceuticals, insect repellants, adhesives, inks, and varnishes. Phthalates have been implicated in reproductive damage, depressed leukocyte function, and cancer. Phthalates have also been found to impede blood coagulation, lower testosterone, and alter sexual development in children. Low levels of phthalates can feminize the male brain of the fetus, while high levels can hyper-masculinize the developing male brain.



**3) 2-3-4 Methylhippuric Acid (2,-3-,4-MHA)** — Result: 1,091

LLOQ 10 | 75th 603 | 95th 1,623

#### Parent: Xylene

Xylenes (dimethylbenzenes) are found not only in common products such as paints, lacquers, pesticides, cleaning fluids, fuel and exhaust fumes, but also in perfumes and insect repellents. Xylenes are oxidized in the liver and bound to glycine before eliminated in urine. High exposures to xylene create an increase in oxidative stress, causing symptoms such as nausea, vomiting, dizziness, central nervous system depression, and death. Occupational exposure is often found in pathology laboratories where xylene is used for tissue processing.

---

*\*LLOQ - Lower Limit of Quantitation*     *\*\*N.D. - Not Detected*

*Testing performed by The Great Plains Laboratory, Inc., Lenexa, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. This test has not been evaluated by the U.S. FDA; the FDA does not currently regulate such testing.*

11813 West 77th Street Lenexa, KS 66214   |   (913) 341-8949   |   Fax: (913) 341-6207   |   www.GPL4U.com

# The Great Plains Laboratory, Inc.

| | | | |
|---|---|---|---|
| *Requisition #:* | 841886 | *Physician Name:* | CRAIG BRANDMAN MD |
| *Patient Name:* | Ashley Gjovik | *Date of Collection:* | 09/14/2020 |
| *Patient Age:* | 34 | *Time of Collection:* | Not Given |
| *Sex:* | F | *Print Date:* | 9/25/2020 |

## Toxic Compounds



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 4) Phenylglyoxylic Acid (PGO) | 158 | LLOQ 5.0 / 75th 279 / 95th 562 |

### Parent:  Styrene/Ethylbenzene

Styrene is used in the manufacturing of plastics, in building materials, and is found in car exhaust fumes.  Polystyrene and its copolymers are widely used as food-packaging materials. The ability of styrene monomer to leach from polystyrene packaging to food has been reported.  Occupational exposure due to inhalation of large amounts of styrene adversely impacts the central nervous system, causes concentration problems, muscle weakness, fatigue, and nausea, and irritates the mucous membranes of the eyes, nose, and throat.



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 5) N-acetyl phenyl cysteine (NAP) | N.D. | LLOQ 0.20 / 75th 1.2 / 95th 3.0 |

### Parent:  Benzene

Benzene is an organic solvent that is widespread in the environment. Benzene is a by-product of all types of industrial processes and combustion, including motor vehicle exhaust and cigarette smoke, and is released by outgassing from synthetic materials.  Benzene is an extremely toxic chemical that is mutagenic and carcinogenic.  High exposures to benzene cause symptoms of nausea, vomiting, dizziness, lack of coordination, central nervous system depression, and death.  It can also cause hematological abnormalities.

| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 6) N-acetyl(2-cyanoethyl)cysteine (NACE) | 1.9 | 75th 5.8 / 95th 227 |

### Parent:  Acrylonitrile

Acrylonitrile is a colorless liquid with a pungent odor.  It is used in the production of acrylic fibers, resins, and rubber.  Use of any of these products could lead to exposure to acrylonitrile.  Smoking tobacco and cigarettes is another potential exposure.  Exposure to acrylonitrile can lead to headaches, nausea, dizziness, fatigue, and chest pains.  The European Union has classified acrylonitrile as a carcinogen.



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 7) Perchlorate (PERC) | 3.3 | LLOQ 2.0 / 75th 4.9 / 95th 11 |

### Parent:  Perchlorate

This chemical is used in the production of rocket fuel, missiles, fireworks, flares, explosives, fertilizers, and bleach.  Studies show that perchlorate is often found in water supplies.  Many food sources are also contaminated with percholate.  Percholate can disrupt the thyroid's ability to produce hormones.  The EPA has also labeled perchlorate a likely human carcinogen.  Patients that are high in perchlorate can use a reverse osmosis water treatment system.

11813 West 77th Street Lenexa, KS 66214   |   (913) 341-8949   |   Fax: (913) 341-6207   |   www.GPL4U.com

# The Great Plains Laboratory, Inc.

| | | | |
|---|---|---|---|
| *Requisition #:* | 841886 | *Physician Name:* | CRAIG BRANDMAN MD |
| *Patient Name:* | Ashley Gjovik | *Date of Collection:* | 09/14/2020 |
| *Patient Age:* | 34 | *Time of Collection:* | Not Given |
| *Sex:* | F | *Print Date:* | 9/25/2020 |

## Toxic Compounds



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 8) Diphenyl phosphate (DPP) | N.D. | LLOQ 75th ... 95th  1.0  1.6  5.5 |

### Parent: Diphenyl Phosphate

This is a metabolite of the organophosphate flame retardant triphenyl phosphate (TPHP), which is used in plastics, electronic equipment, nail polish, and resins.   TPHP can cause endocrine disruption.   Studies have also linked TPHP to reproductive and developmental problems.



| 9) 2-hydroxyethyl mercapturic (HEMA) | N.D. | LLOQ 75th ... 95th  0.80  1.9  5.1 |
|---|---|---|

### Parent: Ethylene oxide, Vinyl chloride, Halopropane

High HEMA may be due to exposure to ethylene oxide, which is used in many different industries including agrochemicals detergents, pharmaceuticals, and personal care products. Ethylene oxide is also used as a sterilant on rubber, plastics, and electronics. Chronic exposure to ethylene oxide has been determined to be mutagenic to humans. Multiple agencies have reported it as a carcinogen. Studies of people exposed to ethylene oxide show an increased incidence of breast cancer and leukemia. Ethylene oxide may be difficult to detect since it is odorless at toxic levels.

High HEMA may also due to exposure to vinyl chloride, an intermediate in the synthesis of several major commercial chemicals, including polyvinyl chloride, and used in the past as an aerosol propellant.   Exposure to vinyl chloride has been associated with increased incidence of autism.   High concentrations of vinyl chloride may cause central nervous system depression, nausea, headache, dizziness, liver damage and liver cancer, degenerative bone changes, thrombocytopenia, enlargement of the spleen and even death.   To reduce exposure to vinyl chloride, eliminate use of plastic containers for cooking, reheating, eating or drinking (especially warm or hot) food or beverages. Replace these containers with glass, paper, or stainless steel whenever possible.   Elimination of vinyl chloride can also be accelerated by sauna treatment, the Hubbard detoxification protocol employing niacin supplementation, vitamin B-12 therapy, by glutathione (reduced) supplementation (oral, intravenous, transdermal, or precursors such as N-acetyl cysteine [NAC]).



| 10) N-acetyl(propyl)cysteine (NAPR) | 6.4 | LLOQ 75th ... 95th  4.0  8.7  35 |
|---|---|---|

### Parent: 1-bromopropane

1-bromopropane is an organic solvent used for metal cleaning, foam gluing, and dry cleaning.   Studies have shown that 1-BP is a neurotoxin as well as a reproductive toxin.   Research indicates that exposure to 1-BP can cause sensory and motor deficits.   Chronic exposure can lead to decreased cognitive function and impairment of the central nervous system.  Acute exposure can lead to headaches.

11813 West 77th Street Lenexa, KS 66214   |   (913) 341-8949   |   Fax: (913) 341-6207   |   www.GPL4U.com

# The Great Plains Laboratory, Inc.

| | |
|---|---|
| *Requisition #:* | 841886 |
| *Patient Name:* | Ashley Gjovik |
| *Patient Age:* | 34 |
| *Sex:* | F |

| | |
|---|---|
| *Physician Name:* | CRAIG BRANDMAN MD |
| *Date of Collection:* | 09/14/2020 |
| *Time of Collection:* | Not Given |
| *Print Date:* | 9/25/2020 |

## Toxic Compounds

| Metabolite | Result µg/g  creatinine | Percentile |
|---|---|---|



**11)  N-acetyl(2-hydroxypropyl)cysteine (NAHP)** — Result: 46

### Parent:  Propylene oxide

This chemical is used in the production of plastics and is used as a fumigant.    Propylene oxide is used to make polyester resins for textile and construction industries.   It is also used in the preparation of lubricants, surfactants, and oil demulsifiers.   It has also been used as a food additive, an herbicide, a microbicide, an insecticide, a fungicide, and a miticide.  Propylene oxide is a probable human carcinogen.



**12)  N-acetyl-S-(2-carbamoylethyl)cysteine (NAE)** — Result: 96

### Parent:  Acrylamide

Acrylamide can polymerize to form polyacrylamide.   These chemicals are used in many industrial processes such as plastics, food packaging, cosmetics, dyes, and treatment of drinking water.     Food and cigarette smoke are also two major sources of exposure. Acrylamide has been found in foods like potato chips and French fries.   This is because asparagine, an important amino acid for central nervous system function, can produce acrylamide when cooked at high temperature in the presence of sugars.   Foods rich in asparagine include asparagus, potatoes, legumes, nuts, seeds, beef, eggs, and fish, and are potential sources of exposure to acrylamide.     High levels of acrylamide can elevate a patient's risk of cancer.  In addition, acrylamide is known to cause neurological damage.



**13)  N-acetyl(3,4-dihydroxybutyl)cysteine (NADB)** — Result: 158

### Parent:  1,3 butadiene

This is a chemical made from the processing of petroleum.   It is often a colorless gas with a mild gasoline-like odor.   Most of this chemical is used in the production of synthetic rubber.   1,3 butadiene is a known carcinogen and has been linked to increased risk of cardiovascular disease.   Individuals that come into contact with rubber, such as car tires, could absorb 1,3 butadiene through the skin. The increased use of old tires in the production of crumb rubber playgrounds and athletic fields is quite concerning since soccer players on such fields have increased cancer rates.

# The Great Plains Laboratory, Inc.

| | | | |
|---|---|---|---|
| *Requisition #:* | 841886 | *Physician Name:* | CRAIG BRANDMAN MD |
| *Patient Name:* | Ashley Gjovik | *Date of Collection:* | 09/14/2020 |
| *Patient Age:* | 34 | *Time of Collection:* | Not Given |
| *Sex:* | F | *Print Date:* | 9/25/2020 |

## Toxic Compounds



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| **Organophosphate Insecticide Metabolites** | | |
| 14) Dimethylphosphate (DMP) | N.D. | LLOQ 4.0  75th 9.1  95th 34 |

### Parent:  Organophosphates

Organophosphates are one of the most toxic groups of substances in the world, primarily found in pesticide formulations.  They are inhibitors of cholinesterase enzymes, leading to overstimulation of nerve cells, causing sweating, salivation, diarrhea, abnormal behavior, including aggression and depression.  Children exposed to organophosphates have more than twice the risk of developing pervasive developmental disorder (PDD), an autism spectrum disorder.  Maternal organophosphate exposure has been associated with various adverse outcomes including having shorter pregnancies and children with impaired reflexes.



| Metabolite | Result | Percentile |
|---|---|---|
| 15) Diethylphosphate (DEP) | 3.3 | LLOQ 0.60  75th 3.2  95th 16 |

### Parent:  Organophosphates

Organophosphates are one of the most toxic groups of substances in the world, primarily found in pesticide formulations.  They are inhibitors of cholinesterase enzymes, leading to overstimulation of nerve cells, causing sweating, salivation, diarrhea, abnormal behavior, including aggression and depression.  Children exposed to organophosphates have more than twice the risk of developing pervasive developmental disorder (PDD), an autism spectrum disorder.  Maternal organophosphate exposure has been associated with various adverse outcomes including having shorter pregnancies and children with impaired reflexes.

### *Herbicide*

| Metabolite | Result | Percentile |
|---|---|---|
| 16) 2,4-Dichlorophenoxyacetic Acid (2-,4-D) | 0.36 | LLOQ 0.20  75th 0.50  95th 1.6 |

2,4-Dichlorophenoxyacetic Acid (2,4-D) is a very common herbicide that was a part of Agent Orange, which was used by the U.S. in the Vietnam War.  It is most commonly used in agriculture on genetically modified foods, and as a weed killer for lawns.  Exposure to 2, 4-D via skin or oral ingestion is associated with neuritis, weakness, nausea, abdominal pain, headache, dizziness, peripheral neuropathy, stupor, seizures, brain damage, and impaired reflexes.  2, 4-D is a known endocrine disruptor, and can block hormone distribution and cause glandular breakdown.

11813 West 77th Street Lenexa, KS 66214  |  (913) 341-8949  |  Fax: (913) 341-6207  |  www.GPL4U.com

# The Great Plains Laboratory, Inc.

| | | | |
|---|---|---|---|
| **Requisition #:** | 841886 | **Physician Name:** | CRAIG BRANDMAN MD |
| **Patient Name:** | Ashley Gjovik | **Date of Collection:** | 09/14/2020 |
| **Patient Age:** | 34 | **Time of Collection:** | Not Given |
| **Sex:** | F | **Print Date:** | 9/25/2020 |

## Toxic Compounds



| Metabolite | Result µg/g creatinine | Percentile |
|---|---|---|
| 17) 3-hydroxypropylmercapturic acid (3-HPMA) | 488 | |

**LLOQ** 8.0    **75th** 416    **95th** 1,460

### Parent: Acrolein

3-HPMA is the main urinary metabolite of acrolein.  Acrolein is an environmental pollutant, commonly used as an herbicide and in many different chemical industries.  Acrolein is also present in the burning of cigarettes, gasoline, and oil.  Certain bacteria produce acrolein, such as Clostridium.  Acrolein metabolites are associated with diabetes and insulin resistance.

### *Pyrethroid Insecticide*

| Metabolite | Result | Percentile |
|---|---|---|
| 18) 3-Phenoxybenzoic Acid (3PBA) | N.D. | |

**LLOQ** 0.30    **75th** 1.0    **95th** 5.4

### Parent:  Pyrethroids - Including Permethrin, Cypermethrin, Cyhalothrins, Fenpropathrin, Deltamethrin, Trihalomethrin

Pyrethrins are widely used as insecticides.  Exposure during pregnancy doubles the likelihood of autism.  Pyrethrins may affect neurological development, disrupt hormones, induce cancer, and suppress the immune system.



| Metabolite | Result Creat mmol/mol | Percentile |
|---|---|---|
| *Marker for Mitochondria Function* | | |
| 19) Tiglylglycine (TG) | 1.8 | |

**LLOQ** 0.04    **75th** 4.7    **95th** 11

Tiglylglycine (TG)  is a marker for mitochondrial disorders resulting from mutations of mitochondrial DNA, which can manifest from exposure to toxic chemicals, infections, inflammation, and nutritional deficiencies.  TG indicates mitochondrial dysfunction by monitoring a metabolite that is elevated in mitochondrial deficiency of cofactors such as NAD+, flavin-containing coenzymes, and Coenzyme Q10. Disorders associated with mitochondrial dysfunction include autism, Parkinson's disease, and cancer.

11813 West 77th Street Lenexa, KS 66214    |    (913) 341-8949    |    Fax: (913) 341-6207    |    www.GPL4U.com



# *Analytical Report*

| | |
|---|---|
| Client: Healthy Building Science | **COC: 88474** |
| 369-B 3rd Street #521 | **Laboratory ID: 88474-1** |
| San Rafael, CA 94901 | |

| | | | |
|---|---|---|---|
| Sampled By: | David Sasse | | |
| Project: | 3390 Octavios2020-09-22-339O | | |
| Location: | 3390 Octavios Dr, Apt 349 | Received Date: | 09/28/2020 |
| | Santa Clara, CA | Approved Date: | 11/17/2020 |
| | | Scanned Date: | 09/28/2020 |
| Client Sample ID: | Living Room | Report Date: | 11/20/2020 |
| Volume: | 28 L | | |
| Date Sampled: | 09/22/2020 | | |
| Sample Type: | TDT AG241 | | |

## Comp-Air Survey Analysis (Post Facto)

Applicable methods for this analytical technique include (with relevant modifications) NIOSH 2549 and ISO 16000-6.

## Comp-Air Survey Analysis Report Description

The Comp-Air (Comprehensive-Air) Survey Analysis is designed to provide additional information beyond the high quality chemical data from the air sample. This additional information may aid in interpretation of results.

Your Report is divided into several sections describing different aspects of the chemical composition of your sample.

**1. Sample Summary:** listing of some of the aggregate values from this air sample (e.g., Total VOCs).

**2. Top 5:** listing of the five highest concentration compounds in the air sample from both the quantitative TO17 and Semiquantitative Compounds (see below for a description of TO17 and Semiquantitative Compounds).

**3. TO17 Compounds:** listing of the chemical compounds characterized by EPA method TO17. Some of these are Hazardous Air Pollutants (HAPs) and others are typical of industrial/manufacturing sources. Accuracy for TO17 compounds is within ±15%.

**4. Semiquantitative Compounds:** listing of chemical compounds that have not been calibrated but have some reference information indicating the validity of the compound identification, an acceptable reference library match, or some other supporting evidence of identification. Also listed in this section are compounds that are not specifically identified but for which some information is available (e.g., C10-C12 Hydrocarbons; probably an alcohol). Instrument and media response have not been confirmed for most chemical compounds reported semiquantitatively, conferring an accuracy on the order of ±50% based on an instrument and media response of unity. Semiquantitative results should be interpreted relative to other chemical compounds.

**5. Supplemental Information: Odorants:** listing of the odor characteristics of chemical compounds present in this air sample. Almost all chemical compounds have an odor and a mixture of various chemical compounds could alter the odor characteristics. Some chemical compounds have a strong odor at relatively low concentrations so the individual chemical compound concentrations may be of secondary importance relative to the odor characteristics for odor concerns.

**6. Supplemental Information: EPA Hazardous Air Pollutants (HAPs):** listing of the chemical compounds detected in this air sample that are known or suspected to have serious health or environmental effects (also known as air toxics). HAPs include VOCs, metals, some pesticides/insecticides that are primarily semi-volatile, inorganic compounds, and very volatile organic compounds. Of the 187 compounds or groups defined as HAPs, approximately 65 are VOCs that can be detected with this analysis.

**7. Additional Information:** definitions, calculations, and other useful information.

*Analytical Report*

**PRISM**
Analytical Technologies

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## Sample Summary

General information regarding the sample and aggregate concentrations, e.g., Total VOCs, are listed below.  The top five highest concentration compounds in the air sample from both the quantitative TO17 and Semiquantitative Compounds are also listed.  The full list of compounds and their concentrations in this air sample are listed later in the report and may be displayed more than once depending on the categorization of specific compounds.

| Compound | Sample Concentration ng/L | Reporting Limit ng/L | Additional Information |
|---|---|---|---|
| Total VOCs | 1000 | 200 | Total volatile organic compounds calculated based on internal standard ratio; does not include C1, C2, or methanol. |

| Compound | Sample Concentration ng/L | Reporting Limit ng/L | Additional Information |
|---|---|---|---|
| Total Mold VOCs (TMVOC) | 8 | 3 | TMVOC is an assessment of the quantity of actively growing mold in the sample location. |

## Top 5

The top five highest concentration compounds in the air sample from both the quantitative TO17 and Semiquantitative Compounds are listed below.

**Semiquantitative Compounds**

| Compound | CAS | Sample Concentration ng/L | Sample Concentration ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| a-Pinene | 80-56-8 | 120 | 20 | 4 | 848 | |
| Hexanal | 66-25-1 | 29 | 7 | 4 | 754 | |
| Limonene | 138-86-3 or 5989-27-5 | 23 | 4 | 4 | 923 | Limonene (CAS 138-86-3) or d-Limonene (CAS 5989-27-5) |

**EPA Method TO-17**

| Compound | CAS | Sample Concentration ng/L | Sample Concentration ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| Acetone | 67-64-1 | 140 | 60 | 1.8 | 508 | J* |
| Ethanol | 64-17-5 | 89 | 46 | 1.8 | 477 | |

Comp-Air v1.3

*Analytical Report*

**PRISM**
Analytical Technologies

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## TO17 Compounds

EPA Method TO17 focuses on chemical compounds that are typical of industrial/manufacturing sources, many of these compounds are also found in commercial and residential environments. Accuracy for these chemical compounds is within ±15%.

This section lists all the TO17 compounds in alphabetical order (compounds not present or with concentrations below the reporting limit are listed with '<'; compounds above the reporting limit have bold text for the Sample Concentration). The concentrations are reported in two different units for easy comparison to exposure limits or other information. The Retention Index (RI) indicates volatility relative to adjacent n-alkanes. A more detailed description of reporting units and RI can be found at the end of the report.

| Compound | CAS | Sample Concentration ng/L | ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| Acetone | 67-64-1 | **140** | **60** | 1.8 | 508 | J* |
| Acetonitrile | 75-05-8 | **0.5** | **0.3** | 0.2 | 521 | |
| Acrylonitrile | 107-13-1 | < 0.2 | < 0.08 | 0.2 | 542 | |
| Benzene | 71-43-2 | **0.4** | **0.1** | 0.2 | 631 | |
| Bromobenzene | 108-86-1 | < 0.2 | < 0.03 | 0.2 | 865 | |
| Bromochloromethane | 74-97-5 | < 0.2 | < 0.03 | 0.2 | 602 | |
| Bromodichloromethane | 75-27-4 | < 0.2 | < 0.03 | 0.2 | 681 | |
| Bromoform | 75-25-2 | < 0.2 | < 0.02 | 0.2 | 836 | |
| 1,3-Butadiene | 106-99-0 | < 0.4 | < 0.2 | 0.4 | 392 | |
| tert-Butylbenzene | 98-06-6 | < 0.2 | < 0.03 | 0.2 | 899 | |
| sec-Butylbenzene | 135-98-8 | < 0.2 | < 0.03 | 0.2 | 914 | |
| n-Butylbenzene | 104-51-8 | < 0.2 | < 0.03 | 0.2 | 949 | |
| Carbon Disulfide | 75-15-0 | **0.6** | **0.2** | 0.2 | 520 | |
| Carbon Tetrachloride | 56-23-5 | **0.3** | **0.05** | 0.2 | 623 | |
| Chlorobenzene | 108-90-7 | < 0.2 | < 0.04 | 0.2 | 790 | |
| Chlorodibromomethane | 124-48-1 | < 0.2 | < 0.02 | 0.2 | 759 | |
| 2-Chloroethanol | 107-07-3 | < 0.2 | < 0.05 | 0.2 | 672 | |
| Chloroform | 67-66-3 | **0.6** | **0.1** | 0.2 | 607 | |
| Chloroprene | 126-99-8 | < 0.2 | < 0.05 | 0.2 | 571 | |
| 3-Chloropropene | 107-05-1 | < 0.2 | < 0.06 | 0.2 | 527 | |
| 4-Chlorotoluene | 106-43-4 | **0.3** | **0.05** | 0.2 | 883 | |
| 2-Chlorotoluene | 95-49-8 | < 0.2 | < 0.03 | 0.2 | 876 | |
| Cyclohexane | 110-82-7 | < 0.2 | < 0.05 | 0.2 | 620 | |
| 1,2-Dibromo-3-chloropropane | 96-12-8 | < 0.4 | < 0.04 | 0.4 | 990 | |



**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

| Compound | CAS | Sample Concentration ng/L | Sample Concentration ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| 1,2-Dibromoethane | 106-93-4 | < 0.2 | < 0.02 | 0.2 | 765 | |
| Dibromomethane | 74-95-3 | < 0.2 | < 0.02 | 0.2 | 674 | |
| trans 1,4-Dichloro-2-butene | 110-57-6 | < 0.2 | < 0.03 | 0.2 | 864 | |
| cis 1,4-Dichloro-2-butene | 1476-11-5 | < 0.2 | < 0.03 | 0.2 | 847 | |
| 1,2-Dichlorobenzene | 95-50-1 | < 0.2 | < 0.03 | 0.2 | 951 | |
| 1,3-Dichlorobenzene | 541-73-1 | < 0.2 | < 0.03 | 0.2 | 923 | |
| 1,4-Dichlorobenzene | 106-46-7 | < 0.2 | < 0.03 | 0.2 | 930 | |
| 1,1-Dichloroethane | 75-34-3 | < 0.2 | < 0.04 | 0.2 | 567 | |
| 1,2-Dichloroethane | 107-06-2 | **2.0** | **0.5** | 0.2 | 632 | |
| cis 1,2-Dichloroethene | 156-59-2 | < 0.2 | < 0.04 | 0.2 | 592 | |
| trans 1,2-Dichloroethene | 156-60-5 | < 0.2 | < 0.04 | 0.2 | 548 | |
| 1,1-Dichloroethene | 75-35-4 | < 0.2 | < 0.04 | 0.2 | 509 | |
| 2,2-Dichloropropane | 594-20-7 | < 0.2 | < 0.04 | 0.2 | 593 | |
| 1,2-Dichloropropane | 78-87-5 | < 0.2 | < 0.04 | 0.2 | 670 | |
| 1,3-Dichloropropane | 142-28-9 | < 0.2 | < 0.04 | 0.2 | 747 | |
| trans 1,3-Dichloropropene | 10061-02-6 | < 0.2 | < 0.04 | 0.2 | 728 | |
| 1,1-Dichloropropene | 563-58-6 | < 0.2 | < 0.04 | 0.2 | 623 | |
| cis 1,3-Dichloropropene | 10061-01-5 | < 0.2 | < 0.04 | 0.2 | 700 | |
| Diethyl ether | 60-29-7 | < 0.2 | < 0.06 | 0.2 | 493 | |
| 1,4-Dioxane | 123-91-1 | < 0.4 | < 0.1 | 0.4 | 672 | |
| Ethanol | 64-17-5 | **89** | **46** | 1.8 | 477 | |
| Ethylacetate | 141-78-6 | **2.5** | **0.7** | 0.2 | 593 | |
| Ethylbenzene | 100-41-4 | **4.6** | **1.0** | 0.2 | 795 | |
| Ethylmethacrylate | 97-63-2 | < 0.2 | < 0.04 | 0.2 | 731 | |
| 4-Ethyltoluene | 622-96-8 | < 0.2 | < 0.04 | 0.2 | 878 | |
| Hexachlorobutadiene | 87-68-3 | < 0.2 | < 0.02 | 0.2 | 1036 | |
| Hexane (C 6) | 110-54-3 | **0.4** | **0.1** | 0.2 | 562 | |
| Isooctane | 540-84-1 | < 0.2 | < 0.04 | 0.2 | 638 | 2,2,4-Trimethylpentane |
| Isopropanol | 67-63-0 | **13** | **5.3** | 1.8 | 515 | |
| Isopropylbenzene | 98-82-8 | < 0.2 | < 0.04 | 0.2 | 846 | |

Comp-Air v1.3

# PRISM
## Analytical Technologies

*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

| Compound | CAS | Sample Concentration ng/L | Sample Concentration ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| p-Isopropyltoluene | 99-87-6 | **3.3** | **0.6** | 0.2 | 924 | |
| Methacrylonitrile | 126-98-7 | < 0.2 | < 0.06 | 0.2 | 599 | |
| Methyl methacrylate | 80-62-6 | < 0.2 | < 0.05 | 0.2 | 671 | |
| Methyl Tertiary Butyl Ether | 1634-04-4 | < 0.2 | < 0.05 | 0.2 | 547 | MTBE |
| 2-Methyl-1-propanol | 78-83-1 | **0.4** | **0.1** | 0.4 | 624 | Isobutyl alcohol |
| 2-Methyl-1-propanol | 78-83-1 | < 0.4 | < 0.1 | 0.4 | 623 | Isobutyl alcohol |
| 4-Methyl-2-pentanone | 108-10-1 | < 0.2 | < 0.04 | 0.2 | 705 | Methyl isobutyl ketone (MIBK) |
| Methylacrylate | 96-33-3 | < 0.2 | < 0.05 | 0.2 | 595 | |
| Methylene Chloride | 75-09-2 | **0.3** | **0.08** | 0.2 | 533 | |
| 2-Methylnaphthalene | 91-57-6 | < 0.4 | < 0.06 | 0.4 | 1095 | |
| Naphthalene | 91-20-3 | < 0.4 | < 0.07 | 0.4 | 1042 | |
| Nitrobenzene | 98-95-3 | < 0.5 | < 0.1 | 0.5 | 998 | |
| Pentachloroethane | 76-01-7 | < 0.2 | < 0.02 | 0.2 | 902 | |
| Propionitrile | 107-12-0 | < 0.2 | < 0.08 | 0.2 | 591 | |
| n-Propylbenzene | 103-65-1 | < 0.2 | < 0.04 | 0.2 | 871 | |
| Styrene | 100-42-5 | **4.4** | **1.0** | 0.2 | 825 | |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | < 0.2 | < 0.03 | 0.2 | 862 | |
| 1,1,1,2-Tetrachloroethane | 630-20-6 | < 0.2 | < 0.03 | 0.2 | 794 | |
| Tetrachloroethene | 127-18-4 | < 0.2 | < 0.03 | 0.2 | 746 | |
| Tetrahydrofuran | 109-99-9 | **0.5** | **0.2** | 0.2 | 604 | |
| Toluene | 108-88-3 | **4.5** | **1.2** | 0.2 | 718 | |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | **0.4** | **0.05** | 0.2 | 510 | |
| 1,2,4-Trichlorobenzene | 120-82-1 | < 0.4 | < 0.05 | 0.4 | 1030 | |
| 1,2,3-Trichlorobenzene | 87-61-6 | < 0.4 | < 0.05 | 0.4 | 1052 | |
| 1,1,2-Trichloroethane | 79-00-5 | < 0.2 | < 0.03 | 0.2 | 738 | |
| 1,1,1-Trichloroethane | 71-55-6 | < 0.2 | < 0.03 | 0.2 | 616 | |
| Trichloroethene | 79-01-6 | < 0.2 | < 0.03 | 0.2 | 660 | |
| 1,2,3-Trichloropropane | 96-18-4 | < 0.2 | < 0.03 | 0.2 | 866 | |
| 1,3,5-Trimethylbenzene | 108-67-8 | < 0.2 | < 0.04 | 0.2 | 881 | |
| 1,2,4-Trimethylbenzene | 95-63-6 | **0.3** | **0.06** | 0.2 | 903 | |

*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

| Compound | CAS | Sample Concentration | | Reporting Limit | RI | Additional Information |
|---|---|---|---|---|---|---|
| | | ng/L | ppb | ng/L | | |
| m,p-Xylene | 108-38-3; 106-42-3 | **16** | **3.5** | 0.4 | 801 | |
| o-Xylene | 95-47-6 | **4.5** | **1.0** | 0.2 | 824 | |

**Compound Notes**

J*          The accuracy of this determination may be degraded because the reported value exceeded the calibrated range by more than a factor of 10.

*Analytical Report*

**PRISM**
Analytical Technologies

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## Semiquantitative Compounds

Semiquantitative data includes compounds that have not been calibrated but have some reference information indicating the validity of the compound identification, an acceptable reference library match, or some other supporting evidence as part of the extensive Prism compound database.

This section lists the Semiquantitative compounds detected in this air sample above the reporting limit in alphabetical order. The concentrations are reported in two different units for easy comparison to exposure limits or other information. Note that the conversion to ppb requires the molecular weight of the chemical compound so those compounds that are non-specific (e.g., C10-C12 Hydrocarbon) do not have a concentration in ppb listed. The Retention Index (RI) indicates volatility relative to adjacent n-alkanes.  A more detailed description of these terms can be found at the end of the report.

| Compound | CAS | Sample Concentration ng/L | Sample Concentration ppb | Reporting Limit ng/L | RI | Additional Information |
|---|---|---|---|---|---|---|
| Acetaldehyde | 75-07-0 | 12 | 7 | 4 | 400 | |
| Acetic Acid | 64-19-7 | 19 | 8 | 4 | 625 | |
| Butane (C 4) | 106-97-8 | 4 | 1 | 4 | 386 | |
| 2-Butoxyethanol | 111-76-2 | 7 | 1 | 4 | 841 | |
| Decanal | 112-31-2 | 5 | 0.7 | 4 | 1032 | |
| 2-Ethyl-1-hexanol | 104-76-7 | 8 | 1 | 4 | 935 | |
| Hexamethylcyclotrisiloxane (D3) | 541-05-9 | 4 | 0.4 | 4 | 733 | |
| Hexanal | 66-25-1 | 29 | 7 | 4 | 754 | |
| Limonene | 138-86-3 or 5989-27-5 | 23 | 4 | 4 | 923 | Limonene (CAS 138-86-3) or d-Limonene (CAS 5989-27-5) |
| Menthol | 89-78-1 or 1490-04-6 | 4 | 0.5 | 4 | 1028 | |
| 2-Methylbutane | 78-78-4 | 4 | 1 | 4 | 448 | |
| Nonanal | 124-19-6 | 11 | 2 | 4 | 982 | |
| Octanal | 124-13-0 | 4 | 0.7 | 4 | 914 | |
| a-Pinene | 80-56-8 | 120 | 20 | 4 | 848 | |
| B-Pinene | 127-91-3 | 7 | 1 | 4 | 888 | |
| Texanol-B | 74367-34-3 | 9 | 1 | 4 | 1126 | |

These results pertain only to this sample as it was collected and to the items reported.
These results have been reviewed and approved by the Laboratory Director or authorized representative.

_____
Alice E. Delia, Ph.D., Laboratory Director

Prism Analytical Technologies
2625 Denison Dr.
Mt. Pleasant, MI  48858
989-772-5088

Comp-Air v1.3



*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## Supplemental Information: Odorants

Many chemical compounds have odors associated with them, some pleasant and some unpleasant. These odors can combine to create different odors, making odor identification more difficult. The odor descriptions for the compounds reported in this air sample are listed below as well as some of the more common sources.

| Compound | CAS | Conc. (ng/L) | Odor Description | Common Sources |
|---|---|---|---|---|
| Methylene Chloride | 75-09-2 | 0.3 | Chloroform-like | Automotive products; degreasing solvent; paint stripper; adhesive remover; aerosol propellant; insecticide |
| Benzene | 71-43-2 | 0.4 | Paint-thinner-like | Primarily gasoline and other petroleum products. Also some industrial solvents; printing and lithography; paints and coatings; rubber; dry cleaning; adhesives; detergents |
| 1,2-Dichloroethane | 107-06-2 | 2.0 | Pleasant, chloroform-like | PVC production; solvent for rubber, insecticides, oils, waxes, gums, resins; rug and upholstery cleaners |
| Toluene | 108-88-3 | 4.5 | Aromatic | Gasoline; adhesives (building and arts/crafts); contact cement; solvent; heavy duty cleaner; inks; cosmetics; asphalt |
| Ethylbenzene | 100-41-4 | 4.6 | Aromatic | Gasoline; paints and coatings; solvent; pesticide |
| m,p-Xylene | 108-38-3; 106-42-3 | 16 | Sweet | Gasoline; paints and coatings; adhesives and cements; solvent; print cartridges |
| o-Xylene | 95-47-6 | 4.5 | Aromatic | Gasoline; paints and coatings; adhesives and cements; solvent; print cartridges |
| Styrene | 100-42-5 | 4.4 | Sweet, aromatic | Polystyrene foam; other polymers; synthetic rubber; flavoring agent; paints and coatings |

Comp-Air v1.3



*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## Supplemental Information: EPA Hazardous Air Pollutants (HAPs)

Hazardous air pollutants, also known as toxic air pollutants or air toxics, are those pollutants that are known or suspected to cause cancer or other serious health effects, such as reproductive effects or birth defects, or adverse environmental effects. Of the 187 compounds or groups defined as HAPs, approximately 65 can be detected with this analysis. Listed below are those HAPs that were detected in this air sample. For more information about HAPs visit the EPA Air Toxics website. The exposure limits listed below can also be found in the NIOSH Guide to Chemical Hazards.

| Compound | CAS | Conc. (ng/L) | NIOSH TWA REL | Potential Health Effects |
|---|---|---|---|---|
| Methylene Chloride | 75-09-2 | 0.3 | Carcinogen | Irritation eyes, skin; lassitude (weakness, exhaustion), drowsiness, dizziness; numbness, tingle limbs; nausea; [potential occupational carcinogen] |
| Benzene | 71-43-2 | 0.4 | 320 ng/L (100 ppb) | Irritation eyes, skin, nose, respiratory system; dizziness; headache, nausea, staggered gait; anorexia, lassitude (weakness, exhaustion); dermatitis; bone marrow depression; [potential occupational carcinogen] |
| 1,2-Dichloroethane | 107-06-2 | 2.0 | Carcinogen; 4,000 ng/L (1,000 ppb) | Irritation eyes, corneal opacity, CNS depression, nausea, vomiting, dermatitis, liver, kidney, VCS damage, possible carcinogen |
| Toluene | 108-88-3 | 4.5 | 375,000 ng/L (100,000 ppb) | Irritation eyes, nose; lassitude (weakness, exhaustion), confusion, euphoria, dizziness, headache; dilated pupils, lacrimation (discharge of tears); anxiety, muscle fatigue, insomnia; paresthesia; dermatitis; liver, kidney damage |
| Ethylbenzene | 100-41-4 | 4.6 | 435,000 ng/L (100,000 ppb) | Irritation eyes, skin, mucous membrane; headache; dermatitis; narcosis, coma |
| m,p-Xylene | 108-38-3; 106-42-3 | 16 | 435,000 ng/L (100,000 ppb) | Irritation eyes, skin, nose, throat; dizziness, excitement, drowsiness, incoordination, staggering gait; corneal vacuolization; anorexia, nausea, vomiting, abdominal pain; dermatitis |
| o-Xylene | 95-47-6 | 4.5 | 435,000 ng/L (100,000 ppb) | Irritation eyes, skin, nose, throat; dizziness, excitement, drowsiness, incoordination, staggering gait; corneal vacuolization; anorexia, nausea, vomiting, abdominal pain; dermatitis |
| Styrene | 100-42-5 | 4.4 | 215,000 ng/L (50,000 ppb) | Irritation eyes, nose, respiratory system; headache, lassitude (weakness, exhaustion), dizziness, confusion, malaise (vague feeling of discomfort), drowsiness, unsteady gait; narcosis; defatting dermatitis; possible liver injury; reproductive effects |

Comp-Air v1.3

PRISM
Analytical Technologies

*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

## Additional Information

### Glossary of Terms

Total VOCs (TVOC): TVOC is one of the most common general air quality indicators. It allows comparison of multiple samples with each other or with target levels.

The following formula depicts the calculation that determines TVOC. Typically, TVOC includes compounds that contain between 3 and 15 carbon atoms (along with the associated hydrogen, as well as oxygen, nitrogen, sulfur, silicon, etc.), although certain compounds outside this range of carbon atoms may be included depending on the type of compound.

$$TVOC \left( \frac{ng}{L} \right) = \frac{\left[ \frac{(A_s - A_b) \times W_s}{A_i} \right]}{L_s}$$

Where:

As – C3-C15 TIC (Total Ion Chromatogram from GC-MS) area of the sample
Ab – C3-C15 TIC area of the media blank
Ws – Weight of the internal standard added in ng
Ai – average TIC area of the internal standard peak(s)
Ls – Volume of the sample in L

CAS: The Chemical Abstract Service (CAS) assigns a unique number to chemical compounds, commonly referred to as the CAS number. This number is usually the best way to search for additional information about the compound since some compounds may have many names but only one CAS number.

Reporting Units - ng/L: Most concentrations for air samples will be reported in units of ng/L, which translates to ng of that specific chemical compound present per liter of air sampled. Concentration in ng/L is equivalent to $\mu g/m^3$.

Reporting Units - ppb: Some sections of this will have a second column with compound concentrations displayed in units of ppb (parts per billion), which are also commonly used in exposure or reference limits. The concentration in ng/L (or $\mu g/m^3$ can be converted easily to ppb using the following formula derived from the Ideal Gas Law.

$$Conc \, (ppb) = \frac{Conc \left( \frac{ng}{L} \right) \times 24.04 \left( \frac{L}{mol} \right)}{MW \left( \frac{g}{mol} \right)}$$

Where:

Vm = Molar Volume as 24.04 L/mol at 1 atm pressure and 20 °C (68 °F)
MW = Molecular Weight in g/mol

Reporting Limit: The Reporting Limit column displays the lowest possible concentration that could be reported for that compound for that sample and analysis. Typically the reporting limit is displayed in units of ng/L but other units may be used as appropriate.

Retention Index (RI): The retention index is a means of converting a compound GC-MS retention time, which is dependent on the type of system and specific operating parameters, into an independent and universal value based on the elution of the adjacent n-alkanes. Each n-alkane is assigned a retention index based on its carbon number, e.g., pentane (C5) has a retention index of 500 and hexane (C6) has a retention index of 600, etc. For example, a hydrocarbon with a retention index of 550 would be expected to elute at the midpoint between pentane and hexane. Using the elution of the n-alkanes as the reference point allows the resulting retention index of organic compounds to be applicable across almost any GC-MS system. The non-isothermal retention index, which is most applicable to the GC-MS instruments used by Prism, can be determined using the following formula derived from the Kovats isothermal retention index.

$$RI_x = 100n + 100 \times \frac{(RT_x - RT_n)}{(RT_{n+1} - RT_n)}$$

Where:

RIx – retention index of target compound x
n – Carbon number of n-alkane eluting before the target compound x
RTx – retention time of target compound x



*Analytical Report*

**Client Sample ID:** Living Room
**Laboratory ID:** 88474-1

RTn – retention time of n-alkane eluting before target compound x
RTn+1 – retention time of n-alkane eluting after target compound x

Odor Description: Description of the odor (e.g., fruity)

HAPs: Hazardous Air Pollutants

NIOSH: National Institute for Occupational Safety and Health

TWA: Time Weighted Average

REL: Recommended Exposure Limit

Ca: Potential carcinogen

Sources for Additional Compound Information:
The compound information displayed in this report (e.g., odor description, exposure limits, etc.) is gathered from a variety of sources, including but not limited to, the NIST Chemistry Webbook, the NIOSH Pocket Guide to Chemical Hazards, the Household Products Database, the University of Akron Chemical Database, the WISER (for Emergency Responders), IRIS, ToxNet, ATSDR.  Prism does not guarantee the accuracy of this information or endorse any of the views or opinions expressed.

This analysis was performed by Prism Analytical Technologies (Prism). The results contained in this report are dependent upon a number of factors over which Prism has no control, which may include, but are not limited to, the sampling technique utilized, the size or source of sample, the ability of the sampler to collect a proper or suitable sample, the compounds which make up the TVOC, and/or the type of mold(s) present. Therefore, the opinions contained in this report may be invalid and cannot be considered or construed as definitive and neither Prism, nor its agents, officers, directors, employees, or successors shall be liable for any claims, actions, causes of action, costs, loss of service, medical or other expenses or any compensation whatsoever which may now or hereafter occur or accrue based upon the information or opinions contained herein.

© Copyright 2019, Prism Analytical Technologies, All rights reserved.

# I thought I was dying: My apartment was built on toxic waste

**sfbayview.com**/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste

Karpani Burns                                                    March 26, 2021

### by Ashley Gjovik

There's another epidemic occurring today alongside COVID-19 – it's an outbreak of new housing developments on toxic land and water with laissez-faire oversight. The SF Bay Area and Silicon Valley are two of the most polluted regions in the entire country, yet the paperwork often appears to be rushed through to build residences on toxic soil and groundwater.

In some cases, there are claims the data was manipulated or ignored to reduce expenses and shorten project timelines. Some of these approvals and subsequent lawsuits include Hunters Point, Treasure Island, Point Isabel and the Richmond Zeneca site.

While much recent media coverage has focused on the development of these future residential sites, one looming question remains open: What happens if these sites are approved with inadequate remediation plans and the residents experience health issues due to the hazardous materials?

I moved into a new apartment complex, the Santa Clara Square Apartments, in February 2020. I was living on a remediation site but didn't know it until I was so sick that I thought I could be dying. Over the next seven months, I proceeded to live out the nightmare many feared following the bare-bones clean-up plans for sites like Hunters Point and Zeneca.

After I realized the site could be causing my mystery illness, I hit brick wall after brick wall trying to get help. I expect none of the current residents actually know what they're sitting on or what happened to me. I want to change that. I also want to shed light on the systemic failures I discovered and the extent that financial interests appear to be prioritized over public health by those in charge of these sites.

## My story

This apartment complex had no physical or written appearance of danger from chemicals, other than a brief and vague note about the presence of "agricultural chemicals" buried towards the end of the "Resident Handbook." Though I was in

4/27/26, 1:58 AM
I thought I was dying: My apartment was built on toxic waste
Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 49 of 459

good health, I began experiencing chest pain, dizzy spells, palpitations and weakness within days of moving into my new apartment.

I feared the worst and headed to the emergency room. Over the next few weeks, my condition only worsened, with bizarre muscle numbness and spasms and the onset of daily near-fainting spells where I would get so dizzy that I would have to immediately lie down, sometimes for hours, before I could regain balance.

I spoke with dozens of doctors who performed extensive testing to try to identify the cause of my sudden and worsening cardiac and neurological issues. The doctors were perplexed. While the tests showed my blood pressure, heart rate and other vitals were abnormal, no tests or imaging could identify why.

My doctors screened me for all sorts of severe, permanent and often fatal illnesses. The symptoms were so debilitating and unpredictable that I felt I had no control over my body. I really thought I could be dying.

I bought books on coping with terminal illness; notified friends of the location of my will and power of attorney documentation. I slept with my phone by my bed in case I had to call 911 in the middle of the night. I was utterly terrified.

I spent the next six months on medical leave and disability, contemplating what my future would hold. I work full time as a program manager while attending law school to become a public interest attorney. But faced with an apparent severe long-term disability or even a fatal illness, I had to consider if I needed to quit my job and drop out of school – and what that would mean for my future.

In September 2020 I stumbled upon the first hint of what was actually happening to me. At that time, the wildfires were burning and smoky air covered the Bay Area. I have asthma, so I tried to weatherproof my apartment, blocking all outside air from entering and running air purifiers.

My indoor air quality monitors showed low particulate levels and everything looked great. However, shortly after, I started getting nosebleeds and hallucinations. I'd wake up almost every night thinking there were massive earthquakes shaking my bed.

A friend suggested I check if carbon monoxide might be causing hallucinations. I checked a new, more advanced air quality monitor and, to my surprise, the monitor showed very high levels of something called "tVOCs." I didn't know what that meant, but I noticed something compelling.

One of my most bizarre symptoms since moving in was waking up every few weeks exactly at 3 a.m. and feeling like I was choking and going to vomit. When I looked, the "tVOCs" on my monitor spiked exactly at 3 a.m. I also noticed the tVOCs seemed to rise and fall at different times of the day when I was having the worst symptoms. I began to think that there was an important correlation between this data and my symptoms.

I spent the next few days buying more air quality monitors for additional data points, all of which showed high levels of tVOCs, rising and falling. I contacted my property manager, Irvine Company, about my concerns. Irvine Company knew I had been sick and was also helping me investigate the "earthquakes."

I told them about the high tVOCs and that I thought it could be causing my health issues and the earthquake hallucinations. I asked them to investigate, but they refused to help.

Within a few days, I learned that Volatile Organic Compounds (VOCs) are high vapor pressure compounds emitted as gases, and "tVOCs" are the total amount of VOCs present in a certain location. I learned from reading government documentation that unexpectedly high levels of tVOCs, especially when their emissions fluctuate, can be caused by something called "vapor intrusion," which is when solvents and other hazardous materials are in the ground – soil or water – and as they evaporate, the vapors rise up and "intrude" into buildings.

I was vaguely aware of the EPA Superfund program and knew there were sites all over Silicon Valley, so I started searching online to see the details of the sites closest to me. I found the environmental impact report for the property where I was living, which is when things really got eerie.

Apparently, the 1,800-unit Santa Clara Square apartment complex was built on industrially zoned land that required a clean-up – remediation – plan authorized by the California Department of Toxic Substances Control (DTSC). The site development notice stated, "Environmental investigations at the site have shown the presence of arsenic, lead and pesticides in shallow soils related to historical agricultural use."

The clean-up activities seemed to focus only on these specific contaminants. Per the report submitted to DTSC, most of the contaminants were apparently not removed as part of clean-up, but instead kept on-site. Thousands of cubic yards of hazardous soil were buried under the parking garages in "containment cells." They

I thought I was dying: My apartment was built on toxic waste

also wrote that they left toxic soil around certain trees for "1.5 times the tree canopy width" and simply put fabric on top of the toxic soil with "3 inches of clean soil or mulch."

There were also land use restrictions required by the government for the garages which were now the ceiling of the "containment cells" and the trees with toxic soil, which they called "TPZs." These areas, just yards away from me, were not to be used for "residential human habitation," hospitals, schools or day cares.

I was horrified to learn all of these facts and then see maps of the site with my apartment unit right above areas with the bright red "Class 1 hazardous waste" shading and to know the redwood trees outside my window were surrounded by hazardous soil. My beautiful view became haunting.

At that point, I started calling lawyers and doctors and reporting my concerns to government agencies. I knew the situation was likely going to be complicated and that the tVOC readings on my personal monitors were not going to be conclusive on their own, but my gut told me something was terribly wrong.

I'll spoil the surprise – if there is any – and tell you now: I never got an answer to what happened to me, nor was I able to get anyone in charge to earnestly investigate. I only have more questions. Let my situation illustrate all the ways the system is currently set up to support financial interests instead of public health.

## Will the property owner help?

I sent Irvine Company numerous emails and phone calls pleading for help. The day I found the high tVOCs I wrote, "I think my apartment might be poisoning me" and sent a description of "sick building syndrome," pointing out that I've been experiencing almost all of those symptoms since moving in.

That day, I asked Irvine to investigate and test to identify which VOCs were causing the issues and provide guidance on how to mitigate the exposure. I talked to the service manager on the phone and stressed the same message.

*"The chemicals are still pouring out full blast. I felt so terribly sick, I've ended up sitting in the outdoor courtyard with [my dog] waiting for it to hopefully stop tonight … [We] need a better plan than [me] sleeping outdoors."*

Two days later after no response I wrote, "I'm sitting by an open window right now trying to catch my breath. I feel like I'm choking." I sent them screenshots and photos of the air monitor readings, again asking for help. More days passed with

no response.

One night was so bad I ended up sleeping outside on a community lounge chair out of desperation. At 2 a.m., I wrote them again: "The chemicals are still pouring out full blast. I felt so terribly sick, I've ended up sitting in the outdoor courtyard with [my dog] waiting for it to hopefully stop tonight … [We] need a better plan than [me] sleeping outdoors."

The general manager for the complex finally responded: "We had PGE out on Friday and they tested the surrounding stairwells, the area of your apartment home on the [exteriors as] well [as your] building, and there are no gas leaks or chemical spills. As of now, there is no evidence suggesting that your apartment home is unsafe. What are you wanting to do at this point? If you feel that your health and safety are in jeopardy you need to call 9-1-1 or emergency service."

I read her message and was like, "You have to be kidding me." However, a few days after I found the environmental impact report and started notifying agencies of my concerns, Irvine Company did make a suspiciously unsolicited offer to let me break my lease – with nearly a year remaining – and move out without penalty. It seemed bizarre that they would email me out of nowhere offering to let me leave without paying the $7,500 penalty to break my lease.

Irvine Company then rented out my unit with only eight days of turn-around, despite my protests demanding an investigation. They also hired a hazardous waste public relations consultant, presumably to try to get me to let the issue go.

The consultant promoted herself as "one of the state's leading public affairs strategists for redevelopment of property in the Bay Area," but within a couple of days, she seemed convinced something bad was going on in my apartment and started requesting the company to investigate as well.

After her attempts, she said they stopped giving her updates. She said twice, in writing, "It sure seems something is going on [in your apartment]."

The consultant introduced herself to me saying,"I would be happy to talk with you about the steps that were taken to ready the site for the community and residential land use." And I was like, "How on earth did you know I was looking into that?"

I also found it strange that I had not told Irvine Company that I discovered the environmental impact report, yet Irvine Company seemed to have found out I knew and proactively reached out to me about it via the consultant.

At one point, Irvine Company communicated through the consultant that they may do some testing, but only after they found out I was bringing in an industrial hygienist of my own. Both the California Department of Toxic Substances Control (DTSC) and the consultant told me they never heard if Irvine Company actually did any testing or not.

I did try to do my own testing, but it was incredibly expensive and turned out to be insufficient. I wanted to get some formal data in the brief time before I moved out, so I hired an industrial hygienist to sample the indoor air and some of the topsoil. Despite the $1,555 I had to pay for it, the results were inconclusive. Apparently a different test – a "summa canister" – over a longer period of time would have been better.

Then, through searching and public records requests, I found a number of reported issues at Irvine Company sites in the area. First, a report from 2019, where one of my neighbors at the same complex complained about blue tap water and paid for a private lab test showing "very high" levels of lead, copper and other contaminants in the water.

I found no records of any actions taken by Irvine Company to address that report. Next, I found an article from 2014 stating Irvine Company appeared to offer a quid pro quo to the Santa Clara city government as part of another development agreement for a site nearby, stating, "If the city would approve the … project" and "resolve litigation challenges," then "Irvine would donate one million dollars" to an unrelated city project.

Then, I found an article about another nearby Irvine Company site under litigation against the city of Sunnyvale over an incomplete environmental assessment report. So, my situation didn't sound like a one-off, even with this specific company.

*In 2014 Irvine Company appeared to offer a quid pro quo to the Santa Clara city government as part of another development agreement for a site nearby, stating, "If the city would approve the … project" and "resolve litigation challenges," then "Irvine would donate one million dollars" to an unrelated city project.*

It's so broken that it's up to the property owner to test and confirm there's an issue in these situations – if they suspect the property could be making a tenant sick, it does not seem to be in their financial interest to actually confirm that suspicion. I also realized how intimidating, if not impossible, it is for an individual to go up against these big, powerful companies.

## Will the agency in charge help?

When I complained to DTSC about the VOCs in my apartment, the site manager initially offered to look into it. She admitted it sounded like my health issues were the result of VOC fumes in my unit, even putting in writing, "It seems like something is happening in your unit."

She said she contacted the Irvine Company's environmental attorneys to suggest testing, but quickly retreated, saying there was actually nothing she could do to help me. She wrote, "I'm not trying to shut down on you. We've been working collaboratively with our contacts at the Irvine Company. And they've started to push back that if the problem isn't related to the soil or groundwater contamination, that we [DTSC] don't have authority."

It was my understanding from our phone calls that DTSC only had authority over the chemicals that were listed as "contaminants of concern" in the Environmental Assessment Report, none of which were VOCs.

Then the DTSC manager tried to tell me that she suspected the VOCs were "coming from an indoor source, such as construction materials or [industrial] cleaning products." I kept asking if that was true, then who had authority over that type of issue. I never got a clear answer, other than DTSC saying "not us."

I tried asking local indoor air and public health agencies, but they said the same: "Not us." This was just the beginning of the story with DTSC.

The developer, Roux, Inc., claimed in their second clean-up completion report that "no volatile organic compounds (VOCs) in soil vapor were identified as COCs at the Site" and that "several different VOCs were detected in soil vapor samples [but well] below their respective [screening levels]." That wasn't even accurate according to the other reports!

Then they said, "Several VOCs were detected in groundwater beneath the site, but they were all below their applicable screening levels for risk to indoor air." The EIR states no VOCs pose a "significant risk with respect to potential vapor

intrusions issues." Based on what I discovered next, this all appeared to be some expert wordsmithing and spin, possibly to avoid addressing data about onsite chemicals that would have made the clean-up much more costly.

In an environmental impact report conducted on the SCSA site by Impact Sciences, a firm hired by property manager Irvine Company, the report claims that no VOCs pose a "significant risk with respect to potential vapor intrusions issues." Impact Sciences also makes it clear the development and testing of the site were done on an "expedited schedule." What kind of costs were cut and timeframes shortened at this toxic site in the name of developer dollars?

In reading the EIR (Environmental Impact Report) response plan and thousands of pages of reports, I quickly noticed there seemed to be many VOCs found on site. The reports even said the VOCs were above residential limits and, in some cases, even above vapor intrusion risk levels.

When I first presented this to the DTSC manager, she acknowledged it is unusual to have chemicals above residential limits not considered contaminants of concern, saying, "In general, if the chemicals are present at the subsurface at concentrations exceeding residential levels, they would typically be considered contaminants of concern."

A few of the reports tried to explain why several specific VOCs weren't part of the clean-up plan, saying samples were only found in a couple spots or just a general statement that they do not believe the chemical will create a risk to public health. However, I couldn't find any explanations for some of the chemicals.

I was thinking: "If you don't want me to be worried about this chemical's impact to my health, you should tell me exactly why it wasn't included in the clean-up despite being above residential limits." All I heard was crickets and I got more suspicious.

One of the chemicals, vinyl chloride, was found above vapor intrusion risk levels, with no explanation that I could find as to why it was not included in the remediation plan. In fact, vinyl chloride is a breakdown product of the contaminants at one of the Superfund sites uphill from my apartment.

When I asked DTSC for reasoning as to why the VOCs weren't part of the clean-up plan, I never got a straight response. I began to get very worried about the integrity of everything that was approved. I raised additional questions to DTSC.

It appeared the least amount of pre-excavation testing, if any, was done on the property directly under my apartment building. Further, after excavation, Roux said they did no post-excavation testing on the remaining soil. I kept asking why so little testing was done there. I asked why conclusive statements were being made about my apartment unit based on what appeared to be very little data. I never got a straight answer.

I asked about a rogue "500-gallon underground storage tank" filled or previously filled with an unknown chemical. Apparently, no one knows where it is under the property, though it was expected to be slightly uphill from my unit. I asked if that could be under my unit or leaking under my unit. No answer.

I asked why Roux and Irvine Company apparently planned to install a vapor intrusion mitigation system beneath one of the buildings, and why they originally planned for four buildings though the rest were cancelled mid-way.

The completion report said, "While not an environmental remedy, because there are no significant risks, a VIMS consisting of a vapor barrier and a sub-slab venting system has been designed and installed."Installing these apparently could cost millions of dollars. It's curious to me that Roux would plan to build four VIMS, or even build one, if they really thought VOCs were not an issue.

I argued back and forth with DTSC for months about next steps. At several points, she told me if I could give them proof of chemicals in my body and apartment that could cause my symptoms and be linked to the chemicals on site, then they "can continue to investigate further."

*One of the doctors even wrote in the visit notes that she recommended the government look into the VOCs in the soil and groundwater as the potential cause for my VOC exposure and subsequent illness.*

I kept pushing back that they were asking a normal resident to pay for and perform seemingly industrial testing. I was also very concerned that a government agency seemed to be asking for my medical records. At one point they said they were happy to talk directly with one of my doctors. WTF.

Despite all this complexity, a DTSC press release described the Santa Clara Square project as "fast-track[ed]" and that the department worked on "an accelerated schedule to help the developer meet certain deadlines."Impact Sciences, the firm that Irvine Company hired to create the final environmental impact report, also

wrote on their public website that the [final environmental assessment report](#) for the Santa Clara Square Apartments was "[completed on a highly expedited schedule](#)."

When I inquired to DTSC about what fast-tracking means, they told me it's not a term that they "typically use." I then shared their own press release with DTSC, and they seemed to be surprised by it. Further, I found the Santa Clara Planning Commission meeting notes which state the commission asked Irvine Company to "proceed with construction as expeditiously as possible in contrast to utilizing the full-term length of the [development] agreement."

## Can doctors help?

I saw two doctors who specialize in chemical exposure, and they both decided that based on the timeline of my illness, the VOC readings in my unit and my specific symptoms, that my mystery illness sounded like symptoms of VOC exposure.

One of the doctors even wrote in the visit notes that she recommended the government look into the VOCs in the soil and groundwater as the potential cause for my VOC exposure and subsequent illness. I gave in and shared her note with DTSC, but apparently the doctor's recommendation was insufficient to make them act despite my begrudging acquiescence in sharing private medical data.

## Can other agencies help?

I talked to the city, county and state health departments. I talked to the planning and code enforcement agencies. I talked with several of the California EPA agencies. I've also been talking with the federal EPA. All of the agencies that did respond said the only agency who can act is DTSC. Otherwise, the property manager must act on their own initiative.

Many of these agency employees I talked to said over the phone said that they were concerned to hear about the conditions of the site and risk to the community and they offered apologies for not being able to help.

I talked to the federal EPA and state water boards regarding the Superfund site uphill from my apartment. They said they were confident I was not impacted by the contamination from that site, despite the [historical chemical plume](#) under the apartment's property. I asked them if they would do testing from a groundwater well closer to the location of my apartment – they hadn't for many years – but they said no.

When I asked generally if there was a way for someone to test one of the groundwater wells near my apartment to see what could be under my apartment since there's so many chemical release sites nearby, they said only Irvine Co. could do so.

## Will the city help?

I wrote and left voicemails with the mayor of Santa Clara and the district representative for the property, explaining what happened and asking for help. I received no response for five weeks. I finally received a response and will meet with the mayor in April.

I wonder – do they even want to help me? On top of the city's request for Irvine Company to expedite development, I found additional reports that make me worry the city will quickly side with Irvine Company.

In Irvine Company's pitch to the Santa Clara City Council, in addition to other benefits, they promoted the increased valuation of the property for tax purposes by $1.6 billion. Apparently, they expected the city would make over $1.5 million every year in new tax revenue from the site. Irvine's presentation told the City Council they would receive more than $50 million in fees and benefits to the City of Santa Clara as result of the development agreement. The pitch also boasted over 10,000 new jobs.

There's a housing crisis in Silicon Valley. Not all developers have the money to invest in cleaning up sites and building large-scale developments. Irvine Company is one of the few who can. In addition, an influx of that much money and jobs must be very enticing for a city council.

## Can the legal system help?

I reached out to environmental attorneys. It quickly became an issue that my lease agreement included litigation and class action waivers. I was also advised that it is extremely difficult to pursue the default lawsuit for what I experienced in these types of situations, a "toxic tort," especially against a powerful company with deep pockets like Irvine Company.

The owner, Donald Bren, is reportedly worth $15.3 billion. Beyond that, I was advised that court actions to force DTSC to act after the fact are rarely successful.

Case 5:25-cv-07360-PCP     Document 80-3     Filed 04/27/26     Page 59 of 459

Some familiar with Irvine Company warned me that the company can be highly litigious, and if I fought them on this issue, it would be an uphill battle the entire way. As such, I was also advised not to warn my neighbors, since the company may try to retaliate.

*I was faced with so many walls and dead ends and no real solution at the end. I kept asking myself, how do people facing poverty have any chance to advocate for themselves? How do Black and Brown people have any chance of being heard when they might face bias and discrimination at every point along the way?*

This was one of the hardest parts – I desperately wanted to warn my neighbors and tell everyone what I found. I believed the warning and took the advice because of a few previous experiences with Irvine Company, including the bizarre and mandatory class action and litigation waivers.

After discovering all this information about the property, my previous interactions with them and all the warnings I was given by folks who knew of their reputation, I realized I had no idea what Irvine Company was actually capable of. However, I refuse to stay silent.

This article is my first public statement on what happened, and I'm doing it despite my fear of retaliation, because I am deeply worried about the health and safety of the folks living on that property and the apparent systemic failures in preventing and addressing these types of issues.

## Better, but no help

I moved out of the Santa Clara apartment two weeks after the email from Irvine Company letting me break my lease. My health seemed to return to normal within a week. No more fainting spells, chest pain, numbness or the like.

I now live in San Francisco and continue my fight over what happened to me in Santa Clara. I'm also starting to study environmental law so I can advocate for others harmed by these types of situations.

So, what made me sick? While in the end everyone agreed it was VOCs, I may never know for certain if it was the chemicals in the soil or groundwater and, if so, which ones.

We need a better system. My story does not bode well for the recent approvals of laissez-faire remediation plans across the Bay Area. We all know who will be most impacted by these types of sites. It was not lost on me for a moment that my experience dealing with this issue was going to result in a best-case scenario ending because of how much privilege and how many resources I have.

I was faced with so many walls and dead ends and no real solution at the end. I kept asking myself, how do people facing poverty have any chance to advocate for themselves? How do Black and Brown people have any chance of being heard when they might face bias and discrimination at every point along the way?

I knew that if I couldn't find a solution, there's no way these folks would. It's well known now that toxic waste sites are often located near low-income and racial and ethnic minority communities. So, these folks are more likely to suffer from these issues and have fewer resources to deal with the issues when they face them. It was the moment I really started to understand environmental justice.

What can be done to address the situation? From my experience, I think in the near term we need to put an enormous amount of pressure on the city councils approving these sites. With the current process for dealing with issues, it seems whatever is approved by these cities will be binding on their community for generations to come.

I emailed the Richmond City Council saying as much before they proceeded to approve the Zeneca site – an action for which they are currently being sued by environmental and community groups.

I also wish everyday people were better equipped to understand environmental exposure with tools to empower them to access data about the specific environments around them. I want people to be able to efficiently identify potential sources of chemical exposure and know the right agency and representative to call if they want to learn more about nearby sites.

I'm working on a project to create a portal for this now and I'm really looking forward to launching it. I wish I had these tools and this knowledge last year.

We need to re-think the general oversight of these sites in the SF Bay Area. There are so many of these sites and there seems to be very little accountability. Maybe it's due to resource constraints. I do want to believe most people are acting in good faith, but something needs to change.

Case 5:25-cv-07360-PCP     Document 80-3     Filed 04/27/26     Page 61 of 459

The toxicity of the land coupled with seemingly blind support of financial interests really seems to have become a public health hazard with the worst impact on our already-marginalized communities.

*Ashley Gjovik is an advocate for human rights and civil liberties, including healthy environments. She is currently a law student studying public interest law and policy. Ashley can be reached at* [ashleygjovik@protonmail.com](mailto:ashleygjovik@protonmail.com).

## Update

Could thousands more be sick from chemical exposure? To learn more, visit the new chemical exposure education website Ashley has launched here: [whatsintheair.org](http://whatsintheair.org).

# B. __EXHIBIT B__

*Exhibit B — Apple Risk Management Plan (CalARP).*





EHS Services and Solutions

# Risk Management Plan
## Combined RMP

Prepared for:

Apple, Inc.
3250 Scott Blvd
Santa Clara, CA 95054

*Original Submission: September 2015 and amended August 2016*

*Updated Submission - January 2019*

| Prepared by: | Updated by: | Reviewed by: |
|---|---|---|
| Lindsay Polic | Wendy Tredway, CHMM | Andy McIntyre, CIH |
| Principal Consultant | Principal Consultant | Managing Principal |
| lindsay.polic@bsigroup.com | wendy.tredway@bsigroup.com | andy.mcintyre@bsigroup.com |

...making excellence a habit.

APL-GAELG_00003271

Apple, Inc. - Risk Management Plan

# Table of Contents

Preface     1

Executive Summary     2

Management     2

Accidental Release Prevention and Emergency Response Policies     3

Facility Description, Stationary Source and Regulated Substances     3

    Anhydrous Ammonia     3

    Arsine     4

    Chlorine     4

General Accidental Release Prevention Program and Chemical-Specific Prevention Steps     5

    Anhydrous Ammonia     6

    Arsine Gas System     8

    Chlorine Gas System     8

Five-Year Accident History     9

Emergency Response Program     9

Planned Changes to Improve Safety     9

Section 1     10

Registration Information     10

Section 2     12

Offsite Consequence Analysis     12

Offsite Consequence Analysis Methodology     12

Offsite Consequence Analysis Review and Update     12

    Offsite Consequence Analysis     12

    Process 1: Anhydrous Ammonia     13

    Process 2: Arsine Gas System     18

    Process 3 and 4: Chlorine Gas System     23

Section 3     28

Five-year Accident History     28

APL-GAELG_00003272

Apple, Inc. - Risk Management Plan

## Section 4   29

Prevention Program Information (Program Level 3 Processes)   29

     Anhydrous Ammonia   29

     Arsine Gas System   32

     Chlorine Gas System   34

## Section 5   38

Emergency Response Program Summary   38

     Plan Overview   38

     Other Emergency Requirements   39

## Section 6   40

Certification   40

     RMP Certification   40

## Tables

Table 1. Quantities of the CalARP Substances and Associated Program Levels   2

Table 2. Summary of Release Scenario Data for Anhydrous Ammonia   15

Table 3. Summary of Release Scenario Data for Arsine   19

Table 4. Summary of Release Scenario Data for Chlorine   **Error! Bookmark not defined.**

## Attachments

Attachment 1: RMP Comp Results

Attachment 2: Google Earth Release Maps

Attachment 3: Circular Area Profiling System (CAPS) Population Estimator

Attachment 4: Safety Data Sheets



APL-GAELG_00003273

# Preface

BSI EHS Services and Solutions (BSI), formerly Environmental and Occupational Risk Management, Inc (EORM) prepared this Risk Management Plan (RMP) update for the Apple, Inc. (Apple) facility located at 3250 Scott Blvd, Santa Clara, California and referred to as the Aria facility. This RMP was developed to comply with the following requirements:

- California Accidental Release Prevention (CalARP) Program, pursuant to Title 19 of the California Code of Regulations (19 CCR), Division 2, Chapter 4.5, Section 2735 et seq

Pursuant to 19 CCR 2735.6, a management system has been developed for this RMP. The Environment, Health and Safety (EHS) Department has overall responsibility for the development, implementation, and integration of RMP elements. The Aria facility EHS Manager, Mr. Tom Huynh, has direct supervisory responsibility for the RMP. The operations and maintenance processes covered by this RMP are the responsibilities of the site Facility and Equipment Engineering departments. Mr. Huynh, coordinates RMP implementation by interaction with impacted stakeholders involved in the design, installation, operation and maintenance of the systems supporting the covered processes.

This RMP covers the use of anhydrous ammonia, arsine, and chlorine in quantities that exceed the CalARP threshold amounts at 3250 Scott Blvd, Santa Clara, CA and are the only CalARP-regulated substances that Apple has onsite.



APL-GAELG_00003274

# Executive Summary

There are three chemicals regulated as CalARP substance that exceed the CalARP Threshold Quantity at Apple's Santa Clara location and are listed in the table below. The table also includes the quantity of the chemical "in process" and "in storage" as well as the CalARP program level it is covered under. The quantities in the table reflect only the quantities of the CalARP substance if the chemical is part of a mixture.

**Table 1. Quantities of the CalARP Substances and Associated Program Levels**

| Substances | CalARP Threshold Quantity (lbs.) | Storage Quantity (lbs.) | In Process Quantity (lbs.) | Covered in RMP / # of Processes & Program Level |
|---|---|---|---|---|
| Anhydrous Ammonia | 500 | 0 | 3.,580 | Yes / One Process / Program Level 3 |
| Arsine | 100 | 0 | 120 | Yes / One Process / Program Level 3 |
| Chlorine | 100 | 0 | 400 | Yes / Two Processes / Program Level 3 |

## Management

RMP responsibilities are as follows:





APL-GAELG_00003275

Apple, Inc. - Risk Management Plan

# Accidental Release Prevention and Emergency Response Policies

Apple is committed to maintaining a safe work environment. The Facilities, Equipment Engineering and EHS departments, for Apple's Aria facility will ensure that safe practices are followed in operations involving the storage, dispensing and use of hazardous materials. This site has well-established emergency procedures documented in their site Emergency Response and Contingency Plan that includes appropriate response to hazardous material emergencies, including response to emergencies related to the regulated substances covered by this RMP. Where situations arise that are beyond the scope of training for the onsite emergency response team, the local Santa Clara Fire Department will be notified with a request for assistance via the 911 response system. Related to hazardous wastes generated from an emergency, Apple's qualified third-party waste contractor will be called to assist with cleanup and disposal. The site has written evacuation, reporting, and response procedures in place to protect Apple employees, the public, and the environment in the event of a hazardous material release.

# Facility Description, Stationary Source and Regulated Substances

The Apple facility covered by this RMP is located at 3250 Scott Blvd in Santa Clara, California. This research and development facility supports a variety of Apple's product line objectives.

## Anhydrous Ammonia

Anhydrous ammonia is used in the research and development processes and supplies Ultra High Purity (UHP) ammonia from low pressure bulk containers (Columbianas) to various processes. This bulk specialty gas system (BSGS) is supported by an automated delivery system that is controlled via a programmable logic controller (PLC) based control system to provide monitoring of critical system parameters and system flow, and to provide automated purge functionality. The BSGS is a modular design providing equipment redundancy. The BSGS withdraws liquid ammonia from the Columbiana containers and uses electric vaporizers (13kw) to deliver gaseous ammonia to the facility. The system uses both weight-based sequencing and changeover of the Columbiana cylinders to provide uninterrupted supply of ammonia.

In addition to the bulk ammonia system, there will be two 60-pound cylinders of anhydrous ammonia in a gas cabinet to support R&D process equipment, however these two sources of ammonia are not considered a RMP regulated process due to not exceeding the threshold quantity of 500 pounds.

The Administering Agency requires that the total quantity be considered in determining the applicability of the CalARP requirements to the site. Apple has a total 3,700 pounds of bulk ammonia onsite based on four 1-ton cylinders, 895 pounds each, plus two cylinders with 60 pounds of ammonia in one gas cabinet onsite. The planned ammonia system exceeds the CalARP threshold of 500 pounds. In accordance with Section 2735.4 the anhydrous ammonia



APL-GAELG_00003276

system is a Program Level 2 process, however the Santa Clara Fire Department has classified this system as a Program Level 3 process.

## Arsine

Arsine gas is used in the research and development process, and will be supplied in 60-pound gas cylinders located within a SEMI-GAS (a Division of Applied Energy Systems) exhausted gas cabinet. The facility has one arsine gas dispensing cabinet located in the hazardous gas dispensing room which is equipped with sprinkler protection and hazardous gas monitoring. The system will supply arsine to the process tools inside the R&D facility from the gas cabinet housing two 60-pound arsine cylinders at a delivery pressure of 100 psig for a combined total of 120 pounds of arsine. There will be no spare cylinders in storage.

The gas cabinet is located inside in the hazardous gas dispensing room (Reference Figure 1 below). The cabinet supplies arsine through a double contained stainless steel line to a single valve manifold box (VMB) and two purifier cabinets. The purifier cabinets then supply arsine to the process equipment through double contained lines. A toxic gas monitor is installed in the both the gas cabinet and VMB and is connected to the facility gas life safety system. The double contained arsine lines are under vacuum and are equipped with a pressure sensor for the annular space which is monitored by the Gas Life Safety System (GLSS).

The regulations require that this total quantity be considered in determining the applicability of the CalARP requirements to the site. This quantity exceeds the CalARP threshold quantity for arsine gas and in accordance with Section 2735.4, the arsine system is a Program Level 2 process, however the Santa Clara Fire Department has classified this system as a Program Level 3 process.

## Chlorine

Chlorine gas is used in the research and development processes and will be supplied in 100-pound gas cylinders located within a Critical Systems, Inc. (CSI) exhausted gas cabinet. The facility has two chlorine systems, one located in the pyrophoric gas dispensing room which is equipped with sprinkler protection and hazardous gas monitoring. The second cabinet is located in the corrosive gas dispensing room, which is also sprinklered and equipped with hazardous gas monitoring. The cabinets will supply chlorine to the process tools from gas cabinet housing two 100-pound chlorine cylinders each at a pressure of 80 psig for a combined total of 400 pounds of chlorine. There will be no spare cylinders in storage.

The two gas cabinets are located in the pyrophoric gas dispensing room and the separate corrosive gas dispensing room respectively. (Reference Figure 1 below).

Both cabinets supply chlorine through Hastelloy C22 lines to various valve manifold boxes, manifold isolation boxes (MIB), purifiers and mixing boxes to support the R&D process equipment. A toxic gas monitor connected to the facility gas life safety system is installed in the cabinet, VMB, MIB and mixing box.

The regulations require that this total quantity be considered in determining the applicability of the CalARP requirements to the site. Given that both chlorine delivery systems are located in



APL-GAELG_00003277

Apple, Inc. - Risk Management Plan

separate hazardous gas dispensing rooms, Apple considers these as two separate RMP processes. For each process, the quantity exceeds the CalARP threshold quantity for chlorine gas and in accordance with Section 2735.4, the chlorine system is a Program Level 2 process, however the Santa Clara Fire Department has classified both chlorine systems as a Program Level 3 process.

Copies of Safety Data Sheets (SDS) are provided as Attachment 4 to this document.

## Figure 1 (Apple Site Plan)



# General Accidental Release Prevention Program and Chemical-Specific Prevention Steps

Prevention of accidental releases of Cal-ARP regulated substances at the Aria facility will accomplished by incorporation of sound industry engineering practices into the system design and construction, as well as the operation, maintenance, and monitoring of systems that include:

- Compliance with industry standards and codes in effect at the time of initial construction of all systems, as well as in the event that any of the systems will need future modification(s)

- Performance of a Hazard Review (process hazard analysis, PHA) for each process at least once every 5 years using accurate process safety information (PSI). Intervals are based on the year that this RMP was accepted by the SCFD(August 2016). PSI information and



CONFIDENTIAL

APL-GAELG_00003278

Apple, Inc. - Risk Management Plan

the System specific and facility wide PHA was provided to the SCFD during the original RMP submittal process.

- Implementation of operating, maintenance and monitoring procedures
- Training of system operators and maintenance personnel
- Emergency response procedure development and implementation in accordance with the Emergency Response and Contingency Plan, as well as ongoing training of the onsite Emergency Response Team
- Performance of preventive and corrective maintenance according to manufacturer recommendations and best practices
- Application of established auditing and inspection protocols associated with this RMP, including completion of an RMP compliance audit at least once every 3 years, as determined by the year this RMP was formally accepted by the SCFD (August 2016)
- Conducting investigations for each incident that resulted in, or could have reasonably resulted in, a catastrophic release of ammonia, arsine, and/or chlorine from the CalARP-regulated processes

The supporting documents for this RMP are maintained at the site by the EHS Department.

Along with a general accidental release prevention program, there are specifics incorporated into each chemical system to prevent an accidental release.

## Anhydrous Ammonia

Anhydrous ammonia is used in the research and development processes and supplies Ultra High Purity (UHP) ammonia from low pressure bulk containers (Columbianas) to various processes. This bulk specialty gas system (BSGS) is supported by an automated delivery system that is controlled via a PLC based control system to provide monitoring of critical system parameters and system flow, and to provide automated purge functionality. The BSGS is a modular design providing equipment redundancy. The ammonia BSGS withdraws liquid ammonia from the Columbiana containers and uses electric vaporizers (13kw) to deliver gaseous ammonia to the facility. The system uses weight based sequencing and changeover of the Columbiana cylinders to provide uninterrupted supply of ammonia.

This bulk ammonia process will include four 895-pound bulk ammonia cylinders (Columbianas) onsite, two bulk cylinders in-use and two backup cylinders. The system will be equipped with an automatic purge and switchover manifold. Alarms such as gas detection are tied into the Gas Life Safety System (GLSS) to notify and alert emergency response personnel if needed.

Based on the process hazard analysis, which included representation from the supplier, a robust set of controls have been integrated into the bulk ammonia system by Apple's Supplier that includes, but is not limited to:

1. Mechanical
   - The BSGS has been designed and fabricated in accordance with recognized and generally accepted engineering practices for high purity corrosive, flammable and toxic gas systems



APL-GAELG_00003279

Apple, Inc. - Risk Management Plan

  – The BSGS uses automated purge routines to reduce employee exposure during cylinder change out and to eliminate any contamination that enters during change out activities

  – The materials of construction selected are 316L stainless steel for the piping and components

2. The BSGS control system provides:

  – Critical system, parameter monitoring, (e.g. pressures, vaporizer temperatures, Hazardous Process Materials (HPM) flow)

  – System automated purging routines for entire system and password protection to make changes

  – Columbiana cylinder switching based on scale data from cylinder scales

  – System interlocks (preventing certain operations even in manual mode)

  – Remote and local emergency shutdown

  – System warning and alarming functions

  – Emergency venting to an ammonia scrubber during loss of power situation

  – The BSGS Controller uses, pneumatic signals to all automated valves. The controller uses pilot valves on 3 independent valve manifolds for added redundancy. The controller also has redundant power supplies and the system is equipped with an Uninterruptible Power Supply (UPS) designed to provide up to 5 minutes of control power.

3. Fabrication

  – The BSGS is fabricated using orbital welding techniques and VCR style connections on all valves and pressure reduction elements reducing the risks of leaks and inward diffusion of contaminants. Welds were performed by certified welders using qualified procedures and techniques. Weld integrity was checked during fabrication and after installation the system was pneumatically tested and pressurized to 110 percent of the maximum operating pressure of each block.

4. Gas Life Safety System Interface

  – The Gas Life Safety System (GLSS) monitors the ammonia cylinder enclosure (Columbianas) with gas detectors. The GLSS will shut down the system if gas is detected at or above ½ IDLH.

  – The GLSS monitors the evaporator enclosures and gas distribution enclosures with gas detectors. The GLSS will shut down the system if gas is detected at or above ½ IDLH.

  – The GLSS will shut down the BSGS when a seismic event of more than .3 g acceleration is detected.

  – The GLSS will shut down the BSGS when an Emergency Gas Pull Station (EGO) is activated.



APL-GAELG_00003280

Apple, Inc. - Risk Management Plan

- The GLSS will shut down the BSGS when a manual fire alarm is generated in the facility.
- The GLSS will shut down the BSGS upon loss of exhaust.
- All GLSS events are logged and reported out to a 24-hour monitoring station.

## Arsine Gas System

Arsine gas is used in the research and development process and will be supplied in 60-pound gas cylinders located within a SEMI-GAS (a Division of Applied Energy Systems) exhausted gas cabinet. The gas delivery systems adhere to design and operational standards set by the industry, including the Compressed Gas Association (CGA), Semiconductor Equipment & Materials International (SEMI), and the International Fire Code (IFC). The facility has one arsine system located in the hazardous gas dispensing room which is equipped with sprinkler protection and hazardous gas monitoring. The system will supply arsine to the process tools inside the R&D facility from the gas cabinet housing two 60-pound arsine cylinders at a delivery pressure of 100 psig for a combined total of 120 pounds of arsine. There will be no spare cylinders. The cabinets have PDISS fittings to prevent incompatible fitting installation. The compressed gas cylinders will be provided by a reputable vendor with Compressed Gas Associated (CGA) specific fittings that are designated for an arsine gas manifold.

The SEMI-GAS cabinet is equipped with exhaust ventilation that is monitored for flow, equipped with self-closing doors and a fire sprinkler. The exhaust for this cabinet is connected to a treatment system. Gas detection is installed in the gas cabinet exhaust duct and is interfaced with the gas life safety system (GLSS) for immediate response. In addition, there is a seismic shutoff sensor that will send a signal via GLSS to the SEMI-GAS controller to interrupt arsine gas flow in the event of an earthquake. There are GLSS manual pulls and a fire alarm system that will trigger system shutdown.

The cabinet supplies arsine through a double contained 316L stainless steel line to a maximum of three valve manifold boxes (VMBs) with a restricted flow orifice installed in the cylinder valve of 0.04 inch for a maximum flow rate of 25 liters per minute (lpm). A toxic gas monitor is installed in both the cabinet and VMB. The double contained arsine lines are equipped with a pressure switch for the annular space which is monitored by the Gas Life Safety System (GLSS).

## Chlorine Gas System

Chlorine gas is supplied in 45.36 Kg (100-pound) gas cylinders located within a CSI exhausted gas cabinet. All CSI gas delivery systems adhere to design and operational standards set by the industry, including the Compressed Gas Association (CGA), Semiconductor Equipment & Materials International (SEMI), and the International Fire Code (IFC).

The system will supply chlorine to the process tools from two gas cabinets housing two 100-pound chlorine cylinders per cabinet at a delivery pressure of 80 psig for a combined total of 400 pounds chlorine from two separate hazardous gas dispensing rooms each containing 220 pounds of chlorine. The cabinets have PDISS fittings to prevent incompatible fitting installation.



APL-GAELG_00003281

Apple, Inc. - Risk Management Plan

The compressed gas cylinders will be provided by a reputable vendor with CGA fittings that will fit into the specific chlorine manifold.

The CSI cabinets are equipped with exhaust ventilation that is monitored for flow, equipped with self-closing doors and a fire sprinkler. The exhaust systems for the cabinets are connected to the acid exhaust system. Gas detection has been supplied to the gas cabinet exhaust duct and is interfaced with the life safety system for immediate response. In addition, there is a seismic shutoff sensor that will send a signal via GLSS to the CSI controller to interrupt chlorine gas flow in the event of an earthquake. There are GLSS manual pulls and a fire alarm system that will trigger system shutdown.

The cabinet supplies chlorine through a Hastelloy C22 line to a valve manifold box (VMBs) through a purifier to a mixing box with a restricted flow orifice installed in the cylinder valve of 0.04 inch for a maximum flow rate of 25 liters per minute (lpm). A toxic gas monitor will be installed at each cabinet, VMB and mixing box which will be monitored through the GLSS.

## Five-Year Accident History

Since the initial submission of this RMP to the SCFD in September of 2015, there have been no accidents that meet the criteria for reporting or inclusion in this plan as outlined in 19 CCR 2750.9(a).

## Emergency Response Program

Apple has well-established emergency procedures and a trained Emergency Response Team (ERT) onsite to ensure rapid and appropriate response to hazardous material emergencies, including response to emergencies related to the regulated substances covered by this RMP.

The emergency response procedures are contained in the Emergency Response and Contingency Plan, accessible at the site and maintained by the EHS Department. The document describes response procedures for various emergency scenarios, including the mitigation of hazardous material releases, agency notification procedures in the event of a hazardous material release, and emergency equipment available at the site.

## Planned Changes to Improve Safety

BSI conducted comprehensive process hazard analyses using American Institute for Chemical Engineers (AICHE) "What-If" Analyses approved methodologies for the regulated substances including ammonia (May 2015), arsine (June 2015), and chlorine (July 2015) in preparation for facility start-up.

Based on the hazard analyses, a list of action items for each regulated substance was documented and an action plan developed. During the process hazard analysis, Apple's hazard analysis team made the decision to address every action item identified from the analysis sessions. All action items are being addressed with completion dates on or before March 30, 2018.



APL-GAELG_00003282

Apple, Inc. - Risk Management Plan

# Section 1

## Registration Information

Registration information for this Risk Management Plan is as follows:

1. The stationary source is Apple, Inc., located at 3250 Scott Blvd, Santa Clara, California, 95054. The latitude and longitude for this address are: 37.378922 | 121.972136.

2. The Dun and Bradstreet number of the stationary source is 060704780.

3. There is no parent company of Apple, Inc.

4. The name, telephone number and mailing address of the facility operator is Apple, Inc., (408) 595-0947; 3250 Scott Blvd., Santa Clara, CA 95054.

5. The name, title and contact information for the person with overall responsibility for RMP development and implementation is Mr. Tom Huynh, Aria Site EHS Manager; telephone number 24-Hour contact (408) 595-0947, tom_huynh@apple.com.

6. The name, title and contact information for the primary emergency contact at the regulated facility is Mr. Tony Soriano, Facility Manager; telephone number (650) 690-0152; 24-Hour contact (650) 690-0152; tsoriano@apple.com.

7. There are four processes covered by this RMP:

   The **anhydrous ammonia system (Process 1)** – The regulated substance ammonia, CAS number 7664-41-7, is used in one process at Apple. A maximum amount of ammonia on site is 3,700 pounds. Anhydrous ammonia is used in the research and development of processes. The NAICS code for the process is 334111 and the RMP program level is 3.

   The **arsine (Process 2)** – The regulated substance arsine, CAS number 7784-42-1, is used in one process at Apple. A maximum amount of arsine on site is 120 pounds. Arsine is used in the research and development of processes. The NAICS code for the process is 334111 and the RMP program level of the process is 3.

   The **chlorine gas system (Process 3)** – The regulated substance is chlorine (gas), CAS number 7782-50-5. A maximum of 200 pounds of chlorine is located on site in the pyrophoric gas bunker and dispensed from an approved gas cabinet. Chlorine is used in the research and development of processes. The NAICS code for the process is 334111 and the RMP program level of the process is 3.

   The **chlorine gas system (Process 4)** – The regulated substance is chlorine (gas), CAS number 7782-50-5. A maximum of 200 pounds of chlorine is located on site in the corrosive gas bunker and dispensed from an approved gas cabinet. Chlorine is used in the research and development of processes. The NAICS code for the process is 334111 and the RMP program level of the process is 3.

8. The USEPA identifier for the facility is CAR000278176.



APL-GAELG_00003283

Apple, Inc. - Risk Management Plan

9.  The number of full-time Apple employees working at the facility where the ammonia, arsine and chlorine processes are located is estimated to be 100.

10. The stationary source is subject to 8 CCR 5189 for Arsine.

11. The stationary source is currently subject to 40 CFR 355. The chemicals are above threshold quantities for Arsine only.

12. The stationary source is not subject to Clean Air Act Title V operating permit requirements.

13. This is a new facility and therefore, there have not been any safety inspections of the stationary source conducted by federal, state or local government agencies.

14. The contractor that prepared the RMP for the ammonia, arsine, and chlorine processes at Apple's Santa Clara facility is BSI EHS Services and Solutions with its main business address at 2150 North 1st Street, Suite 450, San Jose, CA, 95131; phone number (800) 790-6236;

15. The e-mail address for the ammonia, arsine and chlorine process primary contact person is tom_huynh@apple.com.

16. The homepage address for Apple is http://www.apple.com.

17. For public inquiries about Apple's Santa Clara facilities contact safety@apple.com.

18. The Apple facility in Santa Clara falls within the Local Emergency Planning Committee (LEPC) jurisdiction of the California Region II LEPC.

19. The Apple facility in Santa Clara is not currently an OSHA Voluntary Protection Program facility.

20. This is an updated submission for Apple and the processes located at the Santa Clara facility.



APL-GAELG_00003284

Apple, Inc. - Risk Management Plan

# Section 2

## Offsite Consequence Analysis

This section contains the following detailed Offsite Consequence Analysis elements:

- Offsite Consequence Analysis: Worst-Case Scenario
- Offsite Impacts on the Population
- Offsite Impacts on the Environment

The Facility Description and Site Layout are contained in the Executive Summary portion of this RMP document, and the Five-Year Accident History information is contained in Section 3 of this document.

## Offsite Consequence Analysis Methodology

Analyses referenced in this document follow the requirements specified by both the Federal RMP (40 CFR 68.22) and CalARP (19 CCR 2750.2) regulations. EPA's software (RMP*Comp, version 1.07) was used to analyze the offsite consequence for Apple, as required under EPA's Risk Management Plan (RMP) rule. This software is offered by EPA and follows the April 1999 *EPA/CEPPO Risk Management Program Guidance for Offsite Consequence Analysis*. Circular Area Profiling System (CAPS) Population Estimator was used to determine the most current results for population within the release scenario toxic end-points (2010 Census Data). Google Earth was used to map the offsite consequence analysis (OCA) for the Worst-Case and Alternative Release scenarios, as well as identify public and environmental receptors.

## Offsite Consequence Analysis Review and Update

This OCA information will be reviewed at least once every 5 years and updated as appropriate. A revised OCA will be completed, and a revised RMP developed within 6 months of any change to the process, quantity stored/handled, or any other items that might change the distance to the endpoint by a factor of 2 or more. This is the an updated submittal by Apple for these three regulated substances.

### Offsite Consequence Analysis

According to Section 2745.4 of the CalARP regulations, all Program 3 process should have a worst-case release scenario and an alternative release scenario for all regulated toxic substances held above the threshold quantities. All the processes covered in this RMP are Program 3, and therefore a Worst Case and Alternate Case scenario have been analyzed for each of the covered Program Level 3 regulated substances.



APL-GAELG_00003285

Apple, Inc. - Risk Management Plan

The worst-case release scenario assumes that the entire contents of the largest single container are released, regardless of the high improbability of that situation actually occurring. Only passive mitigation is taken into account for these types of scenarios which includes buildings or dikes, however, no other mechanical, electrical, or human input have been considered. The worst-case release scenario for toxic gases is defined by the Cal-ARP regulations (19 CCR 2750.3) is as follows: "For regulated toxic substances that are normally gases at ambient temperature and handled as a gas or liquid under pressure, the owner or operator shall assume that the quantity in the vessel or pipe (whichever is greater) is released as a gas over 10 minutes." Methodology in the RMP Offsite Consequences Analysis Guidance or any other publicly available techniques that account for the modeling conditions and are recognized by the industry, can be used by the owner or operator in this release rate determination.

Pursuant to CalARP regulations, the alternate scenario is a more realistic release scenario taking into consideration engineering and administrative controls and any mitigating circumstances that were assumed to limit the quantity being released. Active mitigation considered in the alternate release scenarios are any mechanical, electrical, or human inputs, for example, automatic shutoff valves and exhaust scrubbers.

The worst-case and alternative release scenarios chosen for the Apple facility are described below. A tabular summary of each of the release scenarios including detailed data and results is presented at the end of each section.

## Process 1: Anhydrous Ammonia

Anhydrous ammonia has been evaluated by developing one worst-case release scenario and one alternative release scenario.

### Process 1: Worst-Case Scenario

In this worst-case scenario the largest container of anhydrous ammonia is an 895-pound Columbiana. The worst-case scenario assumes that the entire contents of the largest container, 895-pounds, will be released within 10 minutes. The release rate is calculated to be 88 pounds/min. With this quantity and release rate, the toxic end point is 0.3 miles.

The release rate is calculated as follows:

QR = Q/10
Where: QR = Release rate (lbs. /min)
Q = Quantity released (lbs.)

Using the scenario criteria:

QR = 895 lbs./10 min = 89.5 lbs./min (55% for the accepted mitigation) = 49.23 lbs./min

Anhydrous ammonia is delivered to Apple in bulk vessels referred to as Columbianas. Each Columbiana is placed inside an enclosed cabinet located on a concrete pad outside of the building; therefore the release was modeled as a "release in enclosed space, in direct contact with outside air". No other engineering controls, administrative controls, or mitigation measures were considered to limit the off-site consequence distance for this



APL-GAELG_00003286

Apple, Inc. - Risk Management Plan

scenario. However, engineering controls, such as leak detection sensors, automatic shutoff and exhaust ventilation, do exist. Without consideration of active mitigation measures, the estimated distance to the toxic endpoint for the worst-case release scenario would be 0.3 mile, based on the results of RMP*Comp Version 1.07 (Reference RMP*Comp results in Attachment 1). Table 1 below summarizes the details of this scenario.

### Process 1: Alternative Release Scenario

The alternative release scenario selected for the anhydrous ammonia process is a more realistic release scenario taking into consideration administrative controls and any mitigating circumstances that were assumed to limit the quantity being released. The scenario was discussed during the What-if process hazard analysis session conducted on May 12, 2015. This more likely scenario would involve a failure of administrative controls where a small release of ammonia occurs during the disconnection of the distribution line from the Columbiana's cylinder valve on the in-service cylinder during cylinder change out. In this alternate release scenario, an employee loosens the distribution line connection of the in-service cylinder by mistake.  There would be a slow release of liquid ammonia from the cylinder valve at a 100 psig (operating pressure).  The liquid ammonia leaks out, the gas is detected by a sensor within 30 seconds and shuts down the pneumatic valve on the in-service cylinder.  The release of liquid ammonia would continue from the coiled line from the pigtail (approximately 40 feet). The line is a ½ inch diameter (inside diameter is 0.402 inch) containing approximately 0.26 gallons (1.339 lbs.) of ammonia. Assuming ambient temperature of 70 degrees Fahrenheit, and the flow out of the cylinder valve with a Cv (standard coefficient for the flow capability of the regulator or valve) of 0.37, the release rate was calculated to be 4.8 gallons (24.72 lbs) per minute of liquid ammonia. This release would occur in less than 1 minute.

Continuous monitoring for the presence of ammonia within the exhausted enclosure is provided which would rapidly shutdown delivery of ammonia at the pneumatic valve and notify emergency response personnel within a few minute period if not immediately.

The alternative release was modeled as a release in an enclosed space with direct access to the outside air. The ventilation and scrubber system were also considered for this scenario. The estimated distance to the toxic endpoint for the alternative release scenario would be <0.1 mile (Reference RMP*Comp results in Attachment 1). The following table summarizes the details of this release scenario.



APL-GAELG_00003287

Apple, Inc. - Risk Management Plan

## Table 2. Summary of Release Scenario Data for Anhydrous Ammonia

| Item | Process 1 Worst-Case Release | Process 1 Alternative Release |
|---|---|---|
| Chemical name | Anhydrous Ammonia | Anhydrous Ammonia |
| % weight of chemical in liquid mixture | 100% | 100% |
| Physical state | Liquefied Under Pressure | Liquefied Under Pressure |
| Basis of results, model used | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program |
| Scenario | Release of entire contents of one cylinder –895 pounds | Release of 0.26 gallons liquid ammonia from a cylinder valve |
| Quantity that would be released | 895 pounds | 0.26 gallons or 1.339 lbs (5.15 pounds/ gallon of ammonia) |
| Release rate | 49.2 lbs./min of anhydrous ammonia | 24.72 lbs/min of ammonia |
| Release duration | 10 minutes | 1 minute |
| Wind speed: Atmospheric stability class | 1.5 m/s; Class F (EPA Guidance Document) Humidity – ambient | 3m/s; Class D (EPA Guidance Document) Humidity – ambient |
| Topography | Urban | Urban |
| Distance to toxic endpoint | 0.3 mile | <0.1 miles |
| Public and environmental receptors within the distance (schools, residences, hospitals, public recreational areas/arenas, major commercial offices and officially designated wildlife sanctuaries, preserves or refuges) | Several Commercial Businesses UCSC Extension Places of Worship San Tomas Aquino Creek Trail Public transportation stops Santa Clara Square Market place was added since the initial development of this RMP which includes several businesses and restaurants within the 0.3 mile radius: Flemings Chase Puesto Peet's Coffee | Commercial Businesses Public transportation stops |

APL-GAELG_00003288

Apple, Inc. - Risk Management Plan

| Item | Process 1<br>Worst-Case Release | Process 1<br>Alternative Release |
|---|---|---|
| | Eyexam<br>Lula's Chocolates<br>Comebuy<br>Books, inc.<br>Blue Mercury<br>Illuminate<br>Opa!<br>Verizon Wireless<br>Bishops Cuts and Color<br>Charisma Salon<br>Whole foods Market<br>Core Power Yoga<br>Il Fornio<br>Specialty's Bakery and Café<br>Sur la Table | |
| Total residential population within distance to endpoint | Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) | Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) |
| Passive mitigation considered to limit off-site consequence distance | Release in an enclosed space with direct exposure to the outside | Release in an enclosed space with direct exposure to the outside |
| Active mitigation considered to limit off-site consequence distance (alternative releases only) | None | Ventilation and Ammonia Scrubber<br>Gas Detection<br>Alarms |

## Release Scenario Maps – Anhydrous Ammonia

The figures presented in Attachment 2 depict the above release scenarios, plotted on a map of the area generated by a Google Earth map.

## Off-site Impacts – Anhydrous Ammonia

As required by the CalARP regulations, the populations that fall within the radii defined by the distance to toxic endpoints for the worst-case scenario has been estimated using CAPS. Population data in the program is based on Census 2010.

### Residential Populations

The CAPS program along with Google Earth was used to pinpoint the Apple facility and estimate populations within the release scenario radius. Using the population estimator within the CAPS, it was determined by census block group data that no people (no



APL-GAELG_00003289

housing units) reside within the 0.3 mile radius of the worst-case or of the <0.1 miles for the alternate case. Note that while CAPS does not show any residential population within the 0.3 mile radius, a new apartment complex with approximately 340 units has been constructed within the 0.3 mile and the <0.1 mile radius. The presence of residential receptors is listed in the table above, but no population data is available within the CAPS system (due to use of 2010 Census data).

Reference Attachment 3 for the detailed CAPS population estimation results.

### Other Public Receptors

In addition to residences, public receptors that must be noted in the CalARP are schools, hospitals, long-term health care and child day care facilities, prisons, public recreational areas, and major commercial or industrial areas. Based on review of the Google Earth map and the radius to the toxic endpoint, there are several public receptors within the worst-case scenario radius. These public receptors include several commercial properties such as Alta Devices, Excel Precision, Applied Materials, ON Semiconductor, and Opti Media Corporation, Flemings, Chase, Puesto, Peet's Coffee, Eyexam, Lula's Chocolates, Comebuy, Books, inc., Blue Mercury, Illuminate, Opa!, Verizon Wireless, Bishops Cuts and Color, Charisma Salon, Whole foods Market, Core Power, Yoga, Il Fornio, Specialty's Bakery and Café, and Sur la Table. There are at least two places of worship as well as the University of California, Santa Cruz (UCSC) Extension Education Center located within the worst-case scenario radius. Additionally, there are public transportation stops and at the edge of the worst-case radius to the North/North East is Interstate Highway 101. Public receptors included in the alternative release scenario radius include commercial properties such as Alta Devices and the public transportation stops.

### Environmental Receptors

Environmental receptors that must be noted in the CalARP are natural areas, such as national or state parks, forests or monuments; wildlife sanctuaries, preserves, refuges or areas, and Federal wilderness areas. There is one park/trail located in this worst-case release scenario and that is the San Tomas Aquino Creek Trail.

There are no environmental receptors included in the alternative release scenario radius.

bsi.

APL-GAELG_00003290

Apple, Inc. - Risk Management Plan

## Process 2: Arsine Gas System

Arsine has been evaluated by developing one worst-case release scenario and one alternative release scenario.

### Process 2: Arsine – Worst-Case Release Scenario

The worst-case release scenario defined by the CalARP regulations (19 CCR 2750.3) for toxic gas (arsine) used in this process is as follows: "For regulated toxic substances that are normally gases at ambient temperature and handled as a gas or as a liquid under pressure, the owner or operator shall assume that the quantity in the vessel or pipe, as determined under section (b), is released as a gas over 10 minutes. The release rate shall be assumed to be the total quantity divided by 10 unless passive mitigation systems are in place." A worst case release is not necessary plausible or the most likely. An alternate release scenario, or more likely release scenario, will be evaluated as part of the RMP document.

The largest container of arsine proposed for use is one compressed gas cylinder containing 60 pounds of arsine under pressure. This cylinder will be equipped with a restricted flow orifice (RFO) and will be housed in an enclosed and ventilated gas cabinet. The gas cabinet is supported by an overall ventilation system rated at 16,500 cubic feet per minute of exhaust. For a release of a toxic gas in an enclosed but not air-tight space, RMP Comp assumes that the rate of release of the gas to the atmosphere is 60 percent of the rate if the release were happening outdoors. No other administrative controls or engineering controls were considered to limit the off-site consequence distance for this scenario.

The release was modeled as a "release in enclosed space, in direct contact with outside air". No other engineering controls, administrative controls, or mitigation measures were considered to limit the off-site consequence distance for this scenario. However, engineering controls, such as double contained supply lines, do exist. Without consideration of mitigation measures, the estimated distance to the toxic endpoint for the worst-case release scenario would be 1.1 mile, based on the results of RMP*Comp Version 1.07 (Reference RMP*Comp results in Attachment 1).

The release rate is calculated as follows:

QR = Q/10
Where: QR = Release rate (lbs./min)
Q = Quantity released (lbs.)

Using the scenario criteria:

QR = 60 lbs./10 min =6.0 lbs./min (unmitigated) * (55% for mitigated) = 3.3 lbs./min

This worst-case release was modeled from the mitigation described above, the resultant release rate will be 3.3 pounds per minute to the outside air and the estimated distance to the toxic endpoint for the worst-case release scenario would be 1.1 miles, based on the results of RMP*Comp Version 2.01 (Reference RMP*Comp results in Attachment 2).
A tabular summary of the release scenario data and results is presented at the end of this section in Table 2.

 

APL-GAELG_00003291

Apple, Inc. - Risk Management Plan

### Process 2: Arsine – Alternate-Case Release Scenario

The alternative release scenario was derived from the results of the What-if process hazard analysis session conducted at Apple on June 26, 2015. The scenario chosen is human error whereby proper procedures are not followed. The scenario includes conducting an incomplete purge cycle prior to the replacement of a valve or fitting on downstream of the excess flow switch that results in a release of arsine into the gas cabinet ventilation system.

The maximum flow rate for the excess flow switch is 8 liters per minute (L/min). This results in a release rate of 0.061 lbs./min, as calculated below.

$$QR = (8 \text{ L/min}) \times (1 \text{ mol} / 22.45 \text{ L}) \times (77.95 \text{ g Ar} / \text{mol}) \times (1 \text{ kg} / 1000 \text{ g}) \times (2.2 \text{ lbs.} / \text{kg})$$

$$QR = 0.061 \text{ lbs./min}$$

Based on the assumption that 60 pounds (the entire content of one cylinder) are released, the release time, T, is estimated as follows:

$$T = 60 / QR = 60 / (0.061 \text{ lbs./min})$$

$$T = 984 \text{ minutes}$$

Continuous gas detection monitoring for the presence of arsine within the exhaust system is provided that rapidly shutdown delivery of arsine at the cylinder valve and notify emergency response personnel within a few minute period if not immediately. For the purposes of this alternate release scenario, a worst case time period of ten minutes is assumed, resulting in a release of 0.61 pounds of arsine.

The alternative release was modeled as a "release in enclosed space, in direct contact with outside air". Mechanical exhaust ventilation, dry scrubber, sensitive gas leak detection and alarms were considered in this scenario to limit the off-site consequence distance for this scenario. The estimated distance to the toxic endpoint for the alternative release scenario would be 0.2 mile (Reference RMP*Comp results in Attachment 1).

This scenario would require multiple system failures for a release to occur without detection and appropriate response.

### Table 3. Summary of Release Scenario Data for Arsine

| Item | Process 2 Worst-Case Release | Process 2 Alternate-Case Release |
|---|---|---|
| Chemical name | Arsine | Arsine |
| % weight of chemical in liquid mixture | 100% | 100% |
| Physical state | Gas | Gas |
| Basis of results, model used | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program |

bsi.

APL-GAELG_00003292

Apple, Inc. - Risk Management Plan

| Item | Process 2<br>Worst-Case Release | Process 2<br>Alternate-Case Release |
|---|---|---|
| Scenario | Release of entire contents of the cylinder | Release of arsine into the gas cabinet exhaust |
| Quantity that would be released | 60 pounds | 0.61 pounds |
| Release rate | 3.3 lbs/minute of arsine | 0.061 lbs/minute of arsine |
| Release duration | 10 minutes | 10 minutes |
| Wind speed: Atmospheric stability class | 1.5 m/s; Class F (EPA Guidance Document)<br>Humidity – ambient | 3 m/s; Class D (EPA Guidance Document)<br>Humidity – ambient |
| Topography | Urban | Urban |
| Distance to toxic endpoint | 1.1 miles | 0.2 miles |

bsi.

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Section 2   20

APL-GAELG_00003293

Apple, Inc. - Risk Management Plan

| Item | Process 2 Worst-Case Release | Process 2 Alternate-Case Release |
|---|---|---|
| Public and environmental receptors within the distance (schools, residences, hospitals, public recreational areas/arenas, major commercial offices and officially designated wildlife sanctuaries, preserves or refuges) | Several Commercial Businesses<br>Places of Worship<br>San Tomas Aquino Creek Trail<br>VTA Light Rail San Tomas/ Public transportation stops<br>Expressway<br>Highway 101<br>Madison College<br>Great America Amusement Park<br>Santa Clara Square Market place was added since the initial development of this RMP which includes several businesses and restaurants within the 1.1 mile radius:<br>Flemings<br>Chase<br>Puesto<br>Peet's Coffee<br>Eyexam<br>Lula's Chocolates<br>Comebuy<br>Books, inc.<br>Blue Mercury<br>Illuminate<br>Opa!<br>Verizon Wireless<br>Bishops Cuts and Color<br>Charisma Salon<br>Whole foods Market<br>Core Power Yoga<br>Il Fornio<br>Specialty's Bakery and Café<br>Sur la Table | Several Commercial Businesses<br>Places of Worship<br>San Tomas Aquino Creek Trail<br>VTA Light Rail/ Public transportation stops<br>Santa Clara Square Market place was added since the initial development of this RMP which includes several businesses and restaurants within the 0.2 mile radius:<br>Blue Mercury<br>Illuminate<br>Opa!<br>Verizon Wireless<br>Bishops Cuts and Color<br>Charisma Salon |
| Total residential population within distance to endpoint | 5,343<br>Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) – this information is | Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) |



APL-GAELG_00003294

Apple, Inc. - Risk Management Plan

| Item | Process 2<br>Worst-Case Release | Process 2<br>Alternate-Case Release |
|---|---|---|
| | not represented in the 2010 CAPS number shown above. | |
| Passive mitigation considered to limit off-site consequence distance | Release in an enclosed space with direct exposure to the outside | Release in an enclosed space with direct exposure to the outside |
| Active mitigation considered to limit off-site consequence distance (alternative releases only) | None | Ventilation and dry scrubber<br>Gas Detection<br>Alarms |

### Release Scenario Map

The figures presented in Attachment 2 depict the above worst case and alternate case release scenarios, plotted on a Google Earth map.

### Off-site Impacts

As required by the CalARP regulations, the populations that fall within the radii defined by the distance to toxic endpoints for the worst-case and alternate scenarios have been estimated using CAPS. Population data in the program is based on Census 2010.

#### Residential Populations

The CAPS program along with Google Earth was used to pinpoint the facility and estimate populations within the release scenario radius. Using the population estimator within the CAPS, it was determined by census block group data that 5,343 people (1,787 housing units) reside within the 1.1 mile radius of the worst-case. There are no people who reside in the alternative release scenario radius of 0.2 miles.

Note that while CAPS shows residential population within the 1.1 mile radius, no population data is shown within the 0.2 mile radius. Since the initial submission of this plan, a new apartment complex with approximately 340 units has been constructed within the 1.1 mile and the 0. mile radius. The presence of residential receptors is listed in the table above, but no population data is available within the CAPS system (due to use of 2010 Census data).

Reference Attachment 3 for the detailed CAPS population estimation results.

#### Other Public Receptors

In addition to residences, public receptors that must be noted in the CalARP are schools, hospitals, long-term health care and child day care facilities, prisons, public recreational areas, and major commercial or industrial areas. Based on review of the Google Earth map and the radius to the toxic endpoint, there are several public receptors within the worst-case scenario radius. These public receptors include several commercial properties such as Alta Devices, Inc., Fujikura America, Inc., Opti Media Corporation,



APL-GAELG_00003295

Apple, Inc. - Risk Management Plan

Flemings, Chase, Puesto, Peet's Coffee, Eyexam, Lula's Chocolates, Comebuy, Books, inc., Blue Mercury, Illuminate, Opa!, Verizon Wireless, Bishops Cuts and Color, Charisma Salon, Whole foods Market, Core Power, Yoga, Il Fornio, Specialty's Bakery and Café, and Sur la Table. There are several places of worship located within the worst-case scenario radius. Madison College and Great America Amusement Park are also part of the radius to the north. Additionally, the VTA Light Rail, Highway 101, and the San Thomas Expressway pass through the worst-case scenario radius. Public receptors in the alternate case scenario include commercial businesses such as Alta Devices, Inc., Opti Media Corporation, Blue Mercury, Illuminate, Opa!, Verizon Wireless, Bishops Cuts and Color, Charisma Salon, places of worship, and public transportation stops.

### *Environmental Receptors*

Environmental receptors that must be noted in the CalARP are natural areas, such as national or state parks, forests or monuments; wildlife sanctuaries, preserves, refuges or areas, and Federal wilderness areas. There is one park/trail located in this worst-case and alternate case release scenarios and that is the San Tomas Aquino Creek Trail.

## Process 3 and 4: Chlorine Gas System

### Process 3 and 4: Worst Case Scenario for Chlorine

The worst-case release scenario defined by the CalARP regulations (19 CCR 2750.3) for toxic gas (chlorine) used in this process is as follows: "For regulated toxic substances that are normally gases at ambient temperature and handled as a gas or as a liquid under pressure, the owner or operator shall assume that the quantity in the vessel or pipe, as determined under section (b), is released as a gas over 10 minutes. The release rate shall be assumed to be the total quantity divided by 10 unless passive mitigation systems are in place." A worst case release is not necessary plausible or the most likely. An alternate release scenario, or more likely release scenario, will be evaluated as part of the RMP document.

The largest container of chlorine proposed for use is one compressed gas cylinder containing 45.36 Kg (100 pounds) of chlorine under pressure. This cylinder will be equipped with a restricted flow orifice (RFO) and will be housed in an enclosed and ventilated gas cabinet. The gas cabinet is supported by an overall ventilation system rated at 33,000 cubic feet per minute of exhaust. For a release of a toxic gas in an enclosed but not air-tight space, RMP Comp assumes that the rate of release of the gas to the atmosphere is 55 percent of the rate if the release were happening outdoors. No other administrative controls or engineering controls were considered to limit the off-site consequence distance for this scenario.

The release was modeled as a "release in enclosed space, in direct contact with outside air". No other engineering controls, administrative controls, or mitigation measures were considered to limit the off-site consequence distance for this scenario. However, engineering controls do exist. Without consideration of mitigation measures, the estimated distance to the toxic endpoint for the worst-case release scenario would be 0.2 mile, based on the results of RMP*Comp Version 1.07 (Reference RMP*Comp results in Attachment 1).



APL-GAELG_00003296

Apple, Inc. - Risk Management Plan

The release rate is calculated as follows:

QR = Q/10
Where: QR = Release rate (lbs./min)
Q = Quantity released (lbs.)

Using the scenario criteria:

QR = 100 lbs./ 10 min = 10 lbs./min (unmitigated) *(55% mitigated) = 5.5 lbs./min

This worst-case release was modeled from the mitigation described above, the resultant release rate will be 6 pounds per minute to the outside air and the estimated distance to the toxic endpoint for the worst-case release scenario would be 0.2 miles, based on the results of RMP*Comp Version 2.01 (Reference RMP*Comp results in Attachment 2). A tabular summary of the release scenario data and results is presented at the end of this section in Table 3.

## Process 3 and 4: Alternate Case Release Scenario for Chlorine

The alternative release scenario was derived from the results of the What-if Analysis conducted at Apple on July 13, 2015. The scenario chosen is human error and not following procedures to conduct a proper purge cycle prior to maintenance and opening a fitting to replace a valve or fitting downstream of the excess flow switch resulting in a release of chlorine into the gas cabinet ventilation system. The maximum flow rate for the excess flow switch is 6.2 liters per minute (L/min). This results in a release rate of 0.043 lbs./min, as calculated below.

$QR = (6.2 \text{ L/min}) \times (1 \text{ mol} / 22.45 \text{ L}) \times (70.91 \text{ g } Cl_2 / \text{mol}) \times (1 \text{ kg} / 1000 \text{ g}) \times (2.2 \text{ lbs.} / \text{kg})$

QR = 0.043 lbs./min

Based on the assumption that 100 pounds (the entire contents of one cylinder) are released, the release time, T, is estimated as follows:

T = 100 / QR = 100 / (0.043 lb/min)

T = 2,326 minutes

Continuous monitoring for the presence of chlorine within the exhaust system is provided that will rapidly shutdown delivery of chlorine at the cylinder valve and notify emergency response personnel within a few minute period, if not immediately. For the purposes of this alternate release scenario, a worst case time period of ten minutes is assumed, resulting in a release of 0.43 pounds of chlorine.

The alternative release was modeled as a "release in enclosed space, in direct contact with outside air". Mechanical exhaust ventilation, acid scrubber, sensitive gas leak detection and alarms were considered in this scenario to limit the off-site consequence distance for this scenario. The estimated distance to the toxic endpoint for the alternative release scenario would be less than 0.1 mile (Reference RMP*Comp results in Attachment 1).

This scenario would require multiple system failures for a release to occur without detection and appropriate response.

bsi.

APL-GAELG_00003297

Apple, Inc. - Risk Management Plan

## Table 4. Summary of Release Scenario Data for Chlorine

| Item | Process 3 and 4 Worst-Case Release | Process 3 and 4 Alternate –Case Release |
|---|---|---|
| Chemical name | Chlorine | Chlorine |
| % weight of chemical in liquid mixture | 100% | 100% |
| Physical state | Liquefied Gas | Liquefied Gas |
| Basis of results, model used | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program | EPA/CEPPO Guidance Document *Risk Management Program Guidance for Offsite Consequence Analysis* (April 1999) and RMP* Comp Version 2.01 program |
| Scenario | Release of entire contents of the cylinder | Release of chlorine into the gas cabinet |
| Quantity that would be released | 100 pounds | 0.43 pounds |
| Release rate | 5.5 lbs/min of chlorine | 0.043 lbs/minute of chlorine |
| Release duration | 10 minutes | 10 minutes |
| Wind speed: Atmospheric stability class | 1.5 m/s; Class F (EPA Guidance Document) <br> Humidity – ambient | 3 m/s; Class D (EPA Guidance Document) <br> Humidity – ambient |
| Topography | Urban | Urban |
| Distance to toxic endpoint | 0.2 miles | <0.1 miles |
| Public and environmental receptors within the distance (schools, residences, hospitals, public recreational areas/arenas, major commercial offices and officially designated wildlife sanctuaries, preserves or refuges) | Several Commercial Businesses <br><br> Places of Worship <br><br> San Tomas Aquino Creek Trail <br><br> VTA Light Rail/ Public transportation stops <br><br> Santa Clara Square Market place was added since the initial development of this RMP which includes several businesses and restaurants within the 0.2 mile radius: <br><br> Blue Mercury <br><br> Illuminate <br><br> Opa! <br><br> Verizon Wireless <br><br> Bishops Cuts and Color <br><br> Charisma Salon | Commercial Businesses |

APL-GAELG_00003298

Apple, Inc. - Risk Management Plan

| Item | Process 3 and 4 Worst-Case Release | Process 3 and 4 Alternate –Case Release |
|------|-----------------------------------|----------------------------------------|
| | Whole foods | |
| Total residential population within distance to endpoint | Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) | Residential – Santa Clara Square Apartment Homes (built in 2018, 340 units) |
| Passive mitigation considered to limit off-site consequence distance | Release in an enclosed space with direct exposure to the outside | Release in an enclosed space with direct exposure to the outside |
| Active mitigation considered to limit off-site consequence distance (alternative releases only) | None | Ventilation and Acid Scrubber Gas detection Alarms |

## Release Scenario Maps

The figures presented in Attachment 2 depict the above worst case and alternate case release scenarios, plotted on a Google Earth map.

## Off-site Impacts

As required by the CalARP regulations, the populations that fall within the radii defined by the distance to toxic endpoints for the worst-case and alternate scenarios have been estimated using CAPS. Population data in the program is based on Census 2010.

### Residential Populations

The CAPS program along with Google Earth was used to pinpoint the facility and estimate populations within the release scenario radius. Using the population estimator within the CAPS, it was determined by census block group data that no people (and no housing units) reside within the 0.2 mile radius of the worst-case or the <0.1 mile radius of the alternate Note that while CAPS does not show any residential population within the 0.2 mile radius, a new apartment complex with approximately 340 units has been constructed within the 0.2 mile and the <0.1 mile radius. The presence of residential receptors is listed in the table above, but no population data is available within the CAPS system (due to use of 2010 Census data).

case scenario.

Reference Attachment 3 for the detailed CAPS population estimation results.

### Other Public Receptors

In addition to residences, public receptors that must be noted in the CalARP are schools, hospitals, long-term health care and child day care facilities, prisons, public recreational areas, and major commercial or industrial areas. Based on review of the Google Earth map and the radius to the toxic endpoint, there are several public receptors within the worst-case scenario radius. These public receptors include several commercial



APL-GAELG_00003299

Apple, Inc. - Risk Management Plan

properties such Fujikura America, Inc., Opti Media Corporation, Blue Mercury, Illuminate, Opa!, Verizon Wireless, Bishops Cuts and Color, Charisma Salon,. There is at least one place of worship located within the worst-case scenario radius. Additional, the VTA Light Rail and public transportation stops are in the worst-case scenario radius. Public receptors included in the alternate release scenario include commercial businesses such as Alta Devices, Inc.

### Environmental Receptors

Environmental receptors that must be noted in the CalARP are natural areas, such as national or state parks, forests or monuments; wildlife sanctuaries, preserves, refuges or areas, and Federal wilderness areas. There is one park/trail located in this worst-case release scenario and that is the San Tomas Aquino Creek Trail. There are no environmental receptors included in the alternate release scenario radius.



APL-GAELG_00003300

Apple, Inc. - Risk Management Plan

# Section 3

## Five-year Accident History

Since the initial submission of this RMP in September of 2015, there have been no accidents that meet the criteria for reporting or inclusion in this plan as outlined in 19 CCR 2750.9(a)



APL-GAELG_00003301

Apple, Inc. - Risk Management Plan

# Section 4

## Prevention Program Information (Program Level 3 Processes)

### Anhydrous Ammonia

The following information applies to the Apple anhydrous ammonia system covered under this RMP. The letter prefacing each item below corresponds to the subsection of 19 CCR 27.45.6 requiring that information. As a result, subsection (a) is intentionally excluded.

(b)  The NAICS code for the process is 334111, which is the NAICS code for the facility.

(c)  The name of the regulated substance covered is anhydrous ammonia (gas liquefied under pressure).

(d)  May 12, 2015 was the date on which the safety controls for the bulk ammonia system were formally reviewed. The ammonia process is a new installation. The safety of this system will be reviewed and monitored on an ongoing basis. The system is being designed and installed in accordance with appropriate regulations, codes and standards, including, but not limited to:

- ASME B31.3 Process Piping
- NFPA 704 Standard System for the Identification of Hazards for Emergency Response
- SEMI F13-latest edition - Guide for Gas Source Control Equipment
- SEMI F14-latest edition -Guide for the Design of Gas Source Equipment Enclosures
- California Fire Code (CFC), Semiconductor Fabrication Facilities, most recent version at the time of installation
- CFC, Hazardous Materials, most recent version at the time of installation
- California Building Code, most recent version at the time of installation

(e)  As this is a new facility, the baseline What-if hazard analysis session (hazard review) for the existing anhydrous ammonia system was conducted in May 2015. The safety of this system will be reviewed and monitored on an ongoing basis.

(1)  The action items identified during the What-if hazard analysis session of the ammonia system have been or are in the process of being completed, with expected completion dates of March 30, 2018. All system modification actions required as part of the analysis were addressed prior to installation.

(2)  The major hazards identified included ammonia release, fire, over pressurization, equipment failure, earthquake, and containment breach.



APL-GAELG_00003302

Apple, Inc. - Risk Management Plan

(3) Environmental health and safety controls include containment, leak detection, emergency shut-off valves monitoring systems and exhaust ventilation.

(4) Mitigation systems and engineering controls include wet scrubber, ventilation, and emergency shutdown systems. The life safety systems are on both UPS and emergency power.

(5) There are ammonia leak detection sensors located in the enclosures for the Columbianas, as well as an automated purge cycle and emergency ventilation tied to the ammonia scrubber. The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room. The signal is also transmitted to a 24 hour monitoring station.

(6) This was the first hazard review, therefore there have been no inherently or safer design measures implemented.

(f) Operating procedures established for the ammonia system will be reviewed annually or when triggered by an MOC (whichever is sooner). Changes will be approved in accordance with Apple's Management of Change program. These procedures will be reviewed and updated by Apple.

(g) Training programs associated with the ammonia system will be reviewed when triggered by an MOC or other occurrences that may warrant review such as staff turnover or incidents.

(1) Apple will use a reputable vendor for hazardous gas deliveries. The gas supplier will provide training to its own operators and drivers who have responsibility for transporting hazardous gases, such as ammonia, to customer sites. At Apple, Apple's internal personnel involved with the unloading/loading and hook up in the enclosures, will be trained by Apple in the classroom and on the job.

(2) Apple utilizes internal competency testing methods to ensure employees are able to perform their duties in a safe manner.

(h) The ammonia system maintenance procedures will be reviewed at least annually or when triggered by a Management of Change (MOC) (whichever is sooner). Maintenance is performed by Apple employees and/or contractors according to manufacturer recommendations and established EHS Critical Maintenance procedures. Apple or its contractor inspect and monitor the systems on a regular basis. These inspections are documented, and records of these inspections are maintained by Apple.

(i) There have been no changes triggering MOC for the ammonia system since original installation.

The management of change procedure was reviewed in March 2019.

(j) The date of the most recent pre-start up review was conducted during initial start up and acceptance with the vendor.

(k) Compliance audits will be conducted at least once every 3 years. All ammonia information was reviewed in September2015 during the initial hazard review. A compliance audit will be conducted by June 2019, 3 years from the date the SCFD accepted the RMP submittal.

(l) Since the initial development of this RMP, there have been no accidents that meet the criteria for reporting or inclusion in this plan as outlined in 19 CCR 2750.9(a). Incident



APL-GAELG_00003303

Apple, Inc. - Risk Management Plan

investigation procedures are included in the Emergency Response and Contingency Plan for all Cal-ARP regulated substances.

(m) The most recent review of the employee participation plan occurred on February 28, 2019

(n) The hot work program is dated March 2013, with review scheduled to occur by the end of Apple's Fiscal year 2019 Q2 (March 2019).

(o) The current Contractor safety program (Contractor – Environment Health Safety (EHS) Guidelines) is dated December 2015. The EHS department is responsible for reviewing, updating, and continuously improving the Contractor EHS Guidelines document.

(p) Contractor safety performance is evaluated by ISNet as part of the initial contracting process.

(q) The following external events analysis information applies to the ammonia systems:

　(1) The natural and human caused external events considered included earthquake, power outage, fire, and introduction of a wrong chemical.

　(2) The magnitude of all of these external events (except power outage) is considered sufficient to cause an ammonia release.

　(3) For each external event with potential to create a release of a regulated substance that will reach an endpoint offsite:

　　(1) All action items identified during the process hazard analysis that are needed to further enhance the safety of the system are being addressed by the vendor and Apple prior to startup.

　　(2) The major external event hazards identified include those identified during the hazard review, such as power loss and fire damage. Potential consequences include loss of system control, breach of containment, ammonia release, and release exposure.

　　(3) Process controls include, but not limited to containment, leak detection, emergency shut-off valves, ventilation, and monitoring systems.

　　(4) Mitigation systems include but not limited to a wet scrubber and emergency shutdown systems.

　　(5) There are ammonia leak detection sensors located in the enclosures for the Columbianas, as well as an automated purge cycle and emergency ventilation tied to the ammonia scrubber. The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room. The signal is also transmitted to a 24 hour monitoring station. This was the first hazard review for the ammonia system.

　(4) Operation and maintenance of the ammonia systems will occur on a regular basis. Field verification that equipment is installed and maintained as designed is included as part of this ongoing monitoring. Daily visual inspections and monthly PMs will be conducted.


bsi.

APL-GAELG_00003304

## Arsine Gas System

The following information applies to the Apple arsine system covered under this RMP. The letter prefacing each item below corresponds to the subsection of 19 CCR 27.45.6 requiring that information. As a result, subsection (a) is intentionally excluded.

(b) The NAICS code for the process is 334111, which is the NAICS code for the facility.

(c) The name of the regulated substance covered is arsine.

(d) June 26, 2015 was the date on which the safety control information for the new arsine system was formally reviewed. The arsine system will be installed at the new facility and the safety information will continue to be reviewed before its initial installation at Apple. The safety of this system will be reviewed and monitored on an ongoing basis. The system was designed and installed in accordance with appropriate regulations, codes and standards, including, but not limited to:

- ASME B31.3 Process Piping
- NFPA 704 Standard System for the Identification of Hazards for Emergency Response
- SEMI F13-latest edition -  Guide for Gas Source Control Equipment
- SEMI F14-latest edition -  Guide for the Design of Gas Source Equipment Enclosures
- SEMI S2-latest edition -Environmental Health and Safety Guidelines for Semiconductor Manufacturing Equipment
- California Fire Code (CFC), Semiconductor Fabrication Facilities, most recent version at the time of installation
- CFC, Hazardous Materials, most recent version at the time of installation
- California Building Code, most recent version at the time of installation

(e) As this is a new facility, the baseline What-if hazard analysis session (hazard review) for the arsine system was conducted in June 2015. The safety of this system will be reviewed and monitored on an ongoing basis.

    (1) The action items identified during the What-if hazard analysis session of the arsine system have been or are in the process of being completed, with expected completion dates of March 30, 2018. All system modification actions required as part of the analysis were addressed prior to installation.

        The major hazards identified included an arsine release, fire, over pressurization, equipment failure, earthquake, and containment breach.

    (2) Environmental health and safety controls include containment, leak detection, emergency shut-off valves, monitoring systems and exhaust ventilation.

    (3) Mitigation systems and engineering controls include dry scrubber, ventilation, and emergency shutdown systems. The life safety systems are on both UPS and emergency power.

    (4) There is arsine gas detection sensors located in the gas cabinets, a pressure switch is monitored by the GLSS and emergency ventilation tied to a scrubber.



APL-GAELG_00003305

Apple, Inc. - Risk Management Plan

The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room. The system will also have specific operating and maintenance procedures for Apple personnel.

(5) This was the first hazard review, therefore there have been no inherently or safer design measures implemented.

(f) Operating procedures established for the arsine system will be reviewed at least annually or when triggered by a MOC (whichever is sooner). Changes will be approved in accordance with Apple's Management of Change program. These procedures will be reviewed and updated by Apple.

(g) Training programs associated with the arsine system will be reviewed when triggered by an MOC or other occurrences that may warrant  review such as staff turnover or incidents.

(1) Apple will use a reputable vendor for hazardous gas deliveries. The gas supplier will provide training to its own operators and drivers who have responsibility for transporting toxic gases, such as arsine, to customer sites. At Apple, Apple's internal personnel involved with the unloading/loading and hook up in the gas cabinets will be trained by Apple in the classroom and on the job.

(2) Apple utilizes internal competency testing methods to ensure employees are able to perform their duties in a safe manner.

(h) The arsine system maintenance procedures will be reviewed at least annually or when triggered by a MOC (whichever is sooner). Maintenance is performed by Apple employees and/or contractors according to manufacturer recommendations and established EHS Critical Maintenance procedures. Apple or its contractor inspect and monitor the systems on a regular basis. These inspections are documented, and records of these inspections are maintained by Apple.

(i) There have been two (2) changes triggering Management of Change procedures for the Arsine system.  Both were related to abatement technologies on the back end of the tools utilizing Arsine in process CS Clean MOC in June 2017 and TMG canister MOC in September of 2016.

The management of change procedure was reviewed in March 2019

(j) The most recent pre-start up review was conducted during initial start-up utilizing the SL1 and SL2 checklists.

(k) Compliance audits will be conducted at least once every 3 years. All arsine information was reviewed in September 2015 during the initial hazard review. A compliance audit will be conducted by June 2019, 3 years from the date the SCFD accepted the RMP submittal.

(l) Since the initial development of this RMP, there have been no accidents that meet the criteria for reporting or inclusion in this plan as outlined in 19 CCR 2750.9(a).

(m) The most recent review of the employee participation plan occurred on February 28, 2019.



APL-GAELG_00003306

(n)    The hot work program is dated March 2013, with review scheduled to occur by the end of Apple's Fiscal year 2019 Q2 (March 2019).

(o)    The current Contractor safety program (Contractor – Environment Health Safety (EHS) Guidelines) is dated December 2015. The EHS department is responsible for reviewing, updating, and continuously improving the Contractor EHS Guidelines document.

(p)    Contractor safety performance is evaluated by ISNet as part of the initial contracting process.

(q)    The following external events analysis information applies to the arsine delivery system:

(1)    The natural and human caused external events considered included earthquake, power outage, fire, loss of exhaust and cylinder change out.

(2)    The magnitude of all of these external events (except power outage) is considered sufficient to cause an arsine release.

(3)    For each external event with potential to create a release of a regulated substance that will reach an endpoint offsite:

(1)    All action items identified during the process hazard analysis that are needed to further enhance the safety of the system are being addressed by the vendor and Apple prior to startup.

(2)    The major external event hazards identified include those identified during the hazard review, such as power loss and fire damage. Potential consequences include loss of system control, breach of containment, arsine release, and release exposure.

(3)    Process controls include but not limited to containment, gas detection, emergency shut-off valves, ventilation, and monitoring systems.

(4)    Mitigation systems include, but not limited to a dry scrubber and emergency shutdown systems.

(5)    There are arsine gas detection sensors located in the gas cabinet and ventilation ducting, as well as an automated purge cycle and emergency ventilation tied to a scrubber. The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room and is also monitored by a 24 hour central station. This was the first hazard review for the arsine system.

(4)    Operation and maintenance of the arsine gas systems occur on a regular basis. Field verification that equipment is installed and maintained as designed is included as part of this ongoing monitoring. Daily visual inspections are conducted and monthly PMs.

## Chlorine Gas System

The following information applies to the Apple chlorine gas system covered under this RMP. The letter prefacing each item below corresponds to the subsection of 19 CCR 27.45.6 requiring that information. As a result, subsection (a) is intentionally excluded.



APL-GAELG_00003307

Apple, Inc. - Risk Management Plan

(b) The NAICS code for the process is 334111, which is the NAICS code for the facility.

(c) The name of the regulated substance covered is chlorine (gas).

(d) July 12, 2015 was the date on which the safety controls for the chlorine system were formally reviewed. This is the first installation of the chlorine system and the safety information is continually being reviewed before its initial startup at Apple. The safety of this system will be reviewed and monitored on an ongoing basis. The system will be designed and installed in accordance with appropriate regulations, codes and standards, including, but not limited to:

- ASME B31.3 Process Piping
- NFPA 704 Standard System for the Identification of Hazards for Emergency Response
- SEMI F13-latest edition Guide for Gas Source Control Equipment
- SEMI F14-latest edition - Guide for the Design of Gas Source Equipment Enclosures
- SEMI S2-latest edition -Environmental Health and Safety Guidelines for Semiconductor Manufacturing Equipment
- California Fire Code (CFC), Semiconductor Fabrication Facilities, most recent version at the time of installation
- CFC, Hazardous Materials, most recent version at the time of installation
- California Building Code, most recent version at the time of installation

(e) As this is a new facility, the baseline What-if hazard analysis session (hazard review) for the chlorine system was completed on July 13, 2015. The safety of this system will be reviewed and monitored on an ongoing basis.

(1) The action items identified during the What-if hazard analysis session of the chlorine system have been or are in the process of being completed, with expected completion dates of March 30, 2018. All system modification actions required as part of the analysis were addressed prior to installation.

(2) The major hazards identified include chlorine release, fire, equipment failure, earthquake, loss of exhaust, cylinder change out and transportation.

(3) Environmental health and safety controls include regulators, excess flow switch, check valves, gas cabinets, exhaust and monitoring systems.

(4) Mitigation systems and engineering controls include fire sprinkler system, ventilation, and emergency shutdown systems. The life safety systems are on both UPS and emergency power.

(5) There are chlorine gas detection sensors located in the gas cabinets and emergency ventilation tied to a scrubber. The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room and is also monitored by a 24 hour central station. The system will also have specific operating and maintenance procedures for Apple personnel.

(6) This was the first hazard review, therefore there have been no inherently or safer design measures implemented.



APL-GAELG_00003308

Apple, Inc. - Risk Management Plan

(f) Operating procedures established for the chlorine gas system will be reviewed at least annually or when triggered by a MOC (whichever is sooner). Changes will be approved in accordance with Apple's Management of Change program. These procedures will be reviewed and updated by Apple.

(g) Training programs associated with the chlorine gas system will be reviewed when triggered by an MOC or other occurrences that may warrant review such as staff turnover or incidents.

    (1) Apple will use a reputable vendor for hazardous gas deliveries. The gas supplier will provide training to its own operators and drivers who have responsibility for transporting hazardous gases, such as arsine, to customer sites. At Apple, Apple's internal personnel involved with the unloading/loading and hook up in the enclosures will be trained by Apple in the classroom and on the job.

    (2) Apple utilizes internal competency testing methods to ensure employees are able to perform their duties in a safe manner.

(h) The chlorine gas system maintenance procedures will be reviewed at least annually or when triggered by an MOC (whichever is sooner). Maintenance is performed by Apple employees and/or contractors according to manufacturer recommendations and established EHS Critical Maintenance procedures. Apple or its contractor inspect and monitor the systems on a regular basis. These inspections are documented, and records of these inspections are maintained by Apple.

(i) There have been two (2) changes triggering Management of Change procedures for the Chlorine system. Both were related to abatement technologies on the back end of the tools utilizing Arsine in process CS Clean MOC in June 2017 and TMG canister MOC in September of 2016.

The management of change procedure was reviewed in March 2019

(j) The most recent pre-start up review was conducted during initial start-up utilizing the SL1 and SL2 checklists.

(k) Compliance audits will be conducted at least once every 3 years. All arsine information was reviewed in September 2015 during the initial hazard review. A compliance audit will be conducted by June 2019 3 years from the date the SCFD accepted the RMP submittal.

(l) Since the initial development of this RMP, there have been no accidents that meet the criteria for reporting or inclusion in this plan as outlined in 19 CCR 2750.9(a. Incident investigation procedures are included in the Emergency Response and Contingency Plan.

(m) The most recent review of the employee participation plan occurred on February 28, 2019

(n) The hot work program is dated March 2013, with review scheduled to occur by the end of Apple's Fiscal year 2019 Q2 (March 2019).

(o) The current Contractor safety program (Contractor – Environment Health Safety (EHS) Guidelines) is dated December 2015. The EHS department is responsible for reviewing, updating, and continuously improving the Contractor EHS Guidelines document.

APL-GAELG_00003309

(p)   Contractor safety performance is evaluated by ISNet as part of the initial contracting process.

(q)   The following external events analysis information applies to the chlorine gas systems:

(1)   The natural and human caused external events considered included earthquake, power outage, fire, loss of exhaust and change out/transportation of cylinders.

(2)   The magnitude of all of these external events (except power outage) is considered sufficient to cause a chlorine release.

(3)   For each external event with potential to create a release of a regulated substance that will reach an endpoint offsite:

(1)   All action items identified during the process hazard analysis that are needed to further enhance the safety of the system are being addressed by the vendor and Apple prior to startup

(2)   The major external event hazards identified include those identified during the hazard review, such as power loss and fire damage. Potential consequences include loss of system control, breach of containment, chlorine release, and release exposure.

(3)   Process controls include, but not limited to containment, gas detection, emergency shut-off valves, ventilation, and monitoring systems.

(4)   Mitigation systems include, but not limited to fire sprinkler and emergency shutdown systems.

(5)   There are chlorine gas detection sensors located in the gas cabinets and ventilation ducting, as well as an automated purge cycle and emergency ventilation tied to a scrubber. The detection system is monitored by the operator via a facility notification system and alerts in the ERT Room.

(6)   This was the first hazard review for the chlorine system.

(4)   Operation and maintenance of the chlorine gas system will occur on a regular basis. Field verification that equipment is installed and maintained as designed is included as part of this ongoing monitoring. Daily visual inspections and monthly PMs are conducted.



APL-GAELG_00003310

Apple, Inc. - Risk Management Plan

# Section 5

## Emergency Response Program Summary

Apple has established a written Emergency Response and Contingency Plan that is followed by employees to help safely evacuate and notify appropriate agencies in the event of accidental releases of hazardous substances. Emergency operation and response procedures are reviewed annually or when significant changes to the process or procedures are made.

- The most recent review/update of the Emergency Response and Contingency Plan was completed on January 31, 2019.
- The most recent emergency response training were conducted as follows:
  - ERT Haz Mat Tech was conducted on 12/6/18
  - New hires receive general emergency response training on their first week onsite.
  - General emergency response training for employees is scheduled to be completed by the end of April 2019

The Emergency Response and Contingency Plan include the following information, as required by the RMP:

- Actions to take in response to an accidental release from any Cal-ARP covered process including the anhydrous ammonia, arsine, and chlorine
- Procedures for informing the public and local response agencies
  - Primary local response Agency with which the plan is coordinated:  Santa Clara Fire Department,  Hazardous Materials Division; 408-615-4970
- Information on emergency medical attention and health care

## Plan Overview

If any release from a Cal-ARP covered process poses a potential environmental, safety or health hazard to Apple employees or the public, the Apple Incident Commander initiates an ERT response in accordance with the Emergency Response and Contingency Plan. If response to the release is not within the ERT's capabilities, a third party vendor and/or Santa Clara City Fire Department will be notified and assume command of the incident upon arrival.

Notification of other agencies will be made if the release quantity exceeds reporting thresholds. Evacuation of the facility in the event of a hazardous material release is conducted in the same manner as evacuation for other types of emergencies. Evacuation drills are performed annually. Apple employees may not attempt to remove personnel from areas that might expose them to hazardous levels of any regulated substance. Persons who can move to uncontaminated areas will receive basic first aid/CPR and care from the ERT or Emergency Medical Service (EMS). In cases where a chemical exposure results in the victim being transported to the hospital, a



APL-GAELG_00003311

safety data sheet for the specific chemical is provided to the EMS accompanying the victim to the hospital.

## Other Emergency Requirements

In addition to the RMP and Cal-ARP requirements, the facility is subject to the following requirements pertaining to emergency planning:

- Emergency Action Plan, per 8 CCR 3220
- Hazardous Waste Contingency Planning, pursuant to 22 CCR 66265.50-.56, as referenced by 22 CCR 66262.34(a)(4)



APL-GAELG_00003312

Apple, Inc. - Risk Management Plan

# Section 6

## Certification

### RMP Certification

I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, the information submitted in this RMP is true, accurate, and complete for the Apple Cal-ARP regulated chemical systems, including anhydrous ammonia, arsine and chlorine installed and operated at 3250 Scott Blvd. in Santa Clara, California.

**Tom Huynh**                                                                Date    1/9/19
**Aria Site EHS Manager**
**Apple, Inc.**



APL-GAELG_00003313

Apple, Inc. - Risk Management Plan

# Attachment 1: RMP Comp Results



Apple, Inc. - Risk Management Plan

# Process 1: Ammonia Worst Case Release Scenario

RMP*Comp: Results of Consequence Analysis (update conducted December 17, 2018 for increase to 895 pound cylinder to capture total potential volume)

Scenario Summary

Chemical:        Ammonia (anhydrous)

CAS number:    7664-41-7

Threat type:    Toxic Gas

Scenario type:  Worst-case

Physical state:  Liquefied under pressure

Quantity released:      895 pounds

Release duration:       10 min

Release rate:   49.2 pounds per minute

Mitigation measures:    Release in enclosed space, in direct contact with outside air

Surrounding terrain type:       Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.14 mg/L; basis: ERPG-2

Estimated distance to toxic endpoint: 0.3 miles (0.5 kilometers)

-------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:    1.5 meters/second (3.4 miles/hour)

Stability class:   F

Air temperature:        77 degrees F (25 degrees C)



APL-GAELG_00003315

Apple, Inc. - Risk Management Plan

# Process 1: Ammonia Alternate Case Release Scenario

RMP*Comp: Results of Consequence Analysis (updated December 17, 2018 – no changes)

Scenario Summary

Chemical:        Ammonia (anhydrous)

CAS number:      7664-41-7

Threat type:     Toxic Gas

Scenario type:   Alternative

Release duration:        1 minutes

Release rate:    24.72 pounds per min

Mitigation measures:     Release in enclosed space, in direct contact with outside air

Surrounding terrain type:        Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.14 mg/L; basis: ERPG-2

Estimated distance to toxic endpoint: <0.1 miles (<0.16 kilometers); report as 0.1 mile

--------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:      3 meters/second (6.7 miles/hour)

Stability class:   D

Air temperature:        77 degrees F (25 degrees C)



APL-GAELG_00003316

Apple, Inc. - Risk Management Plan

# Process 2: Arsine Worst Case Release Scenario

RMP*Comp: Results of Consequence Analysis

Scenario Summary

Chemical:        Arsine

CAS number:    7784-42-1

Threat type:    Toxic Gas

Scenario type:  Worst-case

Quantity released:        60 pounds

Release duration:        10 min

Release rate:    3.3 pounds per minute

Mitigation measures:    Release in enclosed space, in direct contact with outside air

Surrounding terrain type:        Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.0019 mg/L; basis: EHS-LOC (IDLH)

Estimated distance to toxic endpoint: 1.1 miles (1.8 kilometers)

--------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:     1.5 meters/second (3.4 miles/hour)

Stability class:   F

Air temperature:        77 degrees F (25 degrees C)

 

APL-GAELG_00003317

Apple, Inc. - Risk Management Plan

## Process 2: Arsine Alternate Case Scenario

RMP*Comp: Results of Consequence Analysis

Scenario Summary

Chemical:         Arsine

CAS number:    7784-42-1

Threat type:     Toxic Gas

Scenario type:  Alternative

Release duration:        10 minutes

Release rate:    0.061 pounds per min

Mitigation measures:    Release in enclosed space, in direct contact with outside air

Surrounding terrain type:        Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.0019 mg/L; basis: EHS-LOC (IDLH)

Estimated distance to toxic endpoint: 0.2 miles (0.3 kilometers)

--------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:     3 meters/second (6.7 miles/hour)

Stability class:   D

Air temperature:        77 degrees F (25 degrees C)



APL-GAELG_00003318

Apple, Inc. - Risk Management Plan

# Process 3: Chlorine Worst Case Scenario

RMP*Comp: Results of Consequence Analysis Scenario Summary (updated December 17, 2018 for reduction in volume to 100 lb cylinder)

Scenario Summary

Chemical:        Chlorine

CAS number:    7782-50-5

Threat type:    Toxic Gas

Scenario type:  Worst-case

Quantity released:        100 pounds

Release duration:        10 min

Release rate:    5.5 pounds per minute

Mitigation measures:    Release in enclosed space, in direct contact with outside air

Surrounding terrain type:        Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.0087 mg/L; basis: ERPG-2

Estimated distance to toxic endpoint: 0.2 miles (0.3 kilometers)

--------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:    1.5 meters/second (3.4 miles/hour)

Stability class:   F

Air temperature:        77 degrees F (25 degrees C)



APL-GAELG_00003319

Apple, Inc. - Risk Management Plan

# Process 3: Chlorine Alternate-Case Release Scenario

RMP*Comp: Results of Consequence Analysis (updated December 17, 2018 – no changes)

Scenario Summary

Chemical:          Chlorine

CAS number:      7782-50-5

Threat type:       Toxic Gas

Scenario type:   Alternative

Release duration:          10 minutes

Release rate:     0.043 pounds per min

Mitigation measures:     Release in enclosed space, in direct contact with outside air

Surrounding terrain type:          Urban surroundings (many obstacles in the immediate area)

Toxic endpoint: 0.0087 mg/L; basis: ERPG-2

Estimated distance to toxic endpoint: <0.1 miles (<0.16 kilometers); report as 0.1 mile

--------------ASSUMPTIONS ABOUT THIS SCENARIO--------------

Wind speed:     3 meters/second (6.7 miles/hour)

Stability class:   D

Air temperature:          77 degrees F (25 degrees C)



APL-GAELG_00003320

Apple, Inc. - Risk Management Plan

# Attachment 2: Google Earth Release Maps



APL-GAELG_00003321

Apple, Inc. - Risk Management Plan

**Process 1: Google Earth Map of Anhydrous Ammonia Worst Case Scenario (0.3 mile radius)**



**Process 1: Google Earth Map of Anhydrous Ammonia Alternate Case Scenario (<0.1 mile radius)**





629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 2: Google Earth Release Maps

Apple, Inc. - Risk Management Plan

### Process 2: Google Earth Map of Arsine Worst Case Scenario Release (1.1 mile radius)



### Process 2: Google Earth Map of Arsine Alternate Case Scenario Release (0.2 mile radius)





APL-GAELG_00003323

Apple, Inc. - Risk Management Plan

**Process 3: Google Earth Map of Chlorine Worst Case Scenario Release (0.2 mile radius)**



**Process 3: Google Earth Map of Chlorine System Alternate Case Release (<0.1 mile radius)**





629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 2: Google Earth Release Maps

APL-GAELG_00003324

Apple, Inc. - Risk Management Plan

# Attachment 3: Circular Area Profiling System (CAPS) Population Estimator

APL-GAELG_00003325

Apple, Inc. - Risk Management Plan

# Process 1: Ammonia – Worst Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c8490.csv**

## 0.3-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| Total Population | 0 | |
| Total Population 2000 | 0 | |
| Change in Population 2000-2010 | 0 | |
| Males | 0 | |
| Females | 0 | |
| Population Density | 0.0 | |
| Land Area Sq. Miles | 0 | |
| **2. Age** | | |
| Universe: Population | | |
| Under 5 Years | 0 | |
| Age 5 to 9 Years | 0 | |
| 10 to 14 Years | 0 | |
| 15 to 17 Years | 0 | |
| 18 to 19 Years | 0 | |
| 20 to 24 Years | 0 | |
| 25 to 34 Years | 0 | |
| 35 to 44 Years | 0 | |
| 45 to 54 Years | 0 | |
| 55 to 59 Years | 0 | |
| Age60 to 64 Years | 0 | |
| 65 to 74 Years | 0 | |
| 75 to 84 Years | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003326

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| **85 Years and Over** | 0 | |
| Median Age | | |
| Age 0 to 17 | 0 | |
| 18 to 24 Years | 0 | |
| 25 to 44 Years | 0 | |
| 45 to 64 Years | 0 | |
| 62 Years and Over | 0 | |
| 65 Years and Over | 0 | |
| **3. Race** | | |
| Universe: Population | | |
| **One Race** | 0 | |
| White | 0 | |
| Black or African American | 0 | |
| American Indian and Alaska Native | 0 | |
| Asian | 0 | |
| Native Hawaiian and Other Pacific Islander | 0 | |
| Some Other Race | 0 | |
| Multi Race - Persons reporting more than one race | 0 | |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | 0 | |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | 0 | |
| White Alone Not Hispanic | 0 | |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | 0 | |
| Householder | 0 | |
| Spouse | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003327

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Child | 0 | |
| Own Child Under 18 Years | 0 | |
| Other Relatives | 0 | |
| Non Relatives | 0 | |
| Non-rel Under 18 | 0 | |
| Non-rel Over 65 | 0 | |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |
| Universe: Households | | |
| **Total Households** | **0** | |
| Family Households (Families) | 0 | |
| With Own Children Under 18 Years | 0 | |
| Married Couple Family | 0 | |
| With Own Children Under 18 Years | 0 | |
| Female householder, No Husband Present | 0 | |
| With Own Children Under 18 Years | 0 | |
| Non Family Households | 0 | |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 0 | |
| Householder 65 Years and Over | 0 | |
| Households With Individuals Under 18 Years | 0 | |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **0** | |
| Institutionalized Population | 0 | |
| Pop In Correctional Institutions | 0 | |
| Pop in Nursing Homes | 0 | |
| Pop in Other Institutions | 0 | |
| Non-Institutionalized GQ Pop | 0 | |
| College Dormitories (Includes college quarters off | 0 | |
| Military Quarters | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003328

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent | |
|---|---|---|---|
| Other Non-Institutional GQ Pop | 0 | | |
| **8. Housing Occupancy and Tenure** | | | |
| Universe: Housing Units | | | |
| **Total Housing Units** | 0 | | |
| Occupied Housing Units | 0 | | |
| Owner Occupied | 0 | | |
| Renter Occupied | 0 | | |
| Vacant Housing Units | 0 | | |
| Vacant for Rent | 0 | | |
| Vacant for Sale | 0 | | |
| Vacant for Seasonal, Recreation or Occasional Use | 0 | | |
| Homeowner Vacancy Rate | | | |
| Rental Vacancy Rate | | | |
| Pop in Owner-occupied Units | 0 | | |
| Pop in Rented Units | 0 | | |
| Average Size of Owner-occupied Units | | | |
| Average Size of Renter-Occupied Units | | | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

Apple, Inc. - Risk Management Plan

---

### Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|--------|-----------|-----------|--------------------------------|
| 0.3 | 0.34 | 0.28 | 1.203 |

---

### Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle) = 0.3

| County Cd | Total Pop |
|-----------|-----------|
| Santa Clara CA | 0 |
| | 0 |

---

bsi.
Population Estimator
629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003330

Apple, Inc. - Risk Management Plan

# Process 1: Ammonia – Alternate Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c7141.csv**

## 0.1-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| Total Population | 0 | |
| Total Population 2000 | 0 | |
| Change in Population 2000-2010 | 0 | |
| Males | 0 | |
| Females | 0 | |
| Population Density | 0.0 | |
| Land Area Sq. Miles | 0 | |
| **2. Age** | | |
| Universe: Population | | |
| Under 5 Years | 0 | |
| Age 5 to 9 Years | 0 | |
| 10 to 14 Years | 0 | |
| 15 to 17 Years | 0 | |
| 18 to 19 Years | 0 | |
| 20 to 24 Years | 0 | |
| 25 to 34 Years | 0 | |
| 35 to 44 Years | 0 | |
| 45 to 54 Years | 0 | |
| 55 to 59 Years | 0 | |
| Age60 to 64 Years | 0 | |
| 65 to 74 Years | 0 | |
| 75 to 84 Years | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003331

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| 85 Years and Over | 0 | |
| Median Age | | |
| Age 0 to 17 | 0 | |
| 18 to 24 Years | 0 | |
| 25 to 44 Years | 0 | |
| 45 to 64 Years | 0 | |
| 62 Years and Over | 0 | |
| 65 Years and Over | 0 | |
| **3. Race** | | |
| Universe: Population | | |
| One Race | 0 | |
| White | 0 | |
| Black or African American | 0 | |
| American Indian and Alaska Native | 0 | |
| Asian | 0 | |
| Native Hawaiian and Other Pacific Islander | 0 | |
| Some Other Race | 0 | |
| Multi Race – Persons reporting more than one race | 0 | |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | 0 | |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | 0 | |
| White Alone Not Hispanic | 0 | |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | 0 | |
| Householder | 0 | |
| Spouse | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003332

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Child | 0 | |
| Own Child Under 18 Years | 0 | |
| Other Relatives | 0 | |
| Non Relatives | 0 | |
| Non-rel Under 18 | 0 | |
| Non-rel Over 65 | 0 | |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |
| Universe: Households | | |
| **Total Households** | **0** | |
| Family Households (Families) | 0 | |
| With Own Children Under 18 Years | 0 | |
| Married Couple Family | 0 | |
| With Own Children Under 18 Years | 0 | |
| Female householder, No Husband Present | 0 | |
| With Own Children Under 18 Years | 0 | |
| Non Family Households | 0 | |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 0 | |
| Householder 65 Years and Over | 0 | |
| Households With Individuals Under 18 Years | 0 | |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **0** | |
| Institutionalized Population | 0 | |
| Pop In Correctional Institutions | 0 | |
| Pop in Nursing Homes | 0 | |
| Pop in Other Institutions | 0 | |
| Non-Institutionalized GQ Pop | 0 | |
| College Dormitories (Includes college quarters off | 0 | |
| Military Quarters | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003333

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Other Non-Institutional GQ Pop | 0 | |
| **8. Housing Occupancy and Tenure** | | |
| Universe: Housing Units | | |
| **Total Housing Units** | **0** | |
| Occupied Housing Units | 0 | |
| Owner Occupied | 0 | |
| Renter Occupied | 0 | |
| Vacant Housing Units | 0 | |
| Vacant for Rent | 0 | |
| Vacant for Sale | 0 | |
| Vacant for Seasonal, Recreation or Occasional Use | 0 | |
| Homeowner Vacancy Rate | | |
| Rental Vacancy Rate | | |
| Pop in Owner-occupied Units | 0 | |
| Pop in Rented Units | 0 | |
| Average Size of Owner-occupied Units | | |
| Average Size of Renter-Occupied Units | | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003334

Apple, Inc. - Risk Management Plan

## Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|---|---|---|---|
| 0.1 | 0.06 | 0.03 | 2.032 |

## Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle)=0.1

| County Cd | Total Pop |
|---|---|
| Santa Clara CA | 0 |
| | 0 |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003335

Apple, Inc. - Risk Management Plan

# Process 2: Arsine Worst Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c0128.csv**

## 1.1-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| Total Population | 5,343 | |
| Total Population 2000 | 5,729 | |
| Change in Population 2000-2010 | -386 | -6.7 |
| Males | 2,617 | 49.0 |
| Females | 2,726 | 51.0 |
| Population Density | 1400 | |
| Land Area Sq. Miles | 4 | |
| **2. Age** | | |
| Universe: Population | | |
| Under 5 Years | 389 | 7.3 |
| Age 5 to 9 Years | 351 | 6.6 |
| 10 to 14 Years | 346 | 6.5 |
| 15 to 17 Years | 203 | 3.8 |
| 18 to 19 Years | 121 | 2.3 |
| 20 to 24 Years | 248 | 4.6 |
| 25 to 34 Years | 809 | 15.1 |
| 35 to 44 Years | 882 | 16.5 |
| 45 to 54 Years | 793 | 14.8 |
| 55 to 59 Years | 309 | 5.8 |
| Age60 to 64 Years | 274 | 5.1 |
| 65 to 74 Years | 351 | 6.6 |
| 75 to 84 Years | 204 | 3.8 |
| 85 Years and Over | 63 | 1.2 |
| Median Age | 37.6 | |
| Age 0 to 17 | 1,289 | 24.1 |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| 18 to 24 Years | 369 | 6.9 |
| 25 to 44 Years | 1,691 | 31.6 |
| 45 to 64 Years | 1,376 | 25.8 |
| 62 Years and Over | 775 | 14.5 |
| 65 Years and Over | 618 | 11.6 |
| **3. Race** | | |
| Universe: Population | | |
| **One Race** | **5,080** | **95.1** |
| White | 2,407 | 45.0 |
| Black or African American | 164 | 3.1 |
| American Indian and Alaska Native | 20 | 0.4 |
| Asian | 1,811 | 33.9 |
| Native Hawaiian and Other Pacific Islander | 93 | 1.7 |
| Some Other Race | 585 | 10.9 |
| Multi Race – Persons reporting more than one race | 263 | 4.9 |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | **1,469** | **27.5** |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | **3,874** | **72.5** |
| White Alone Not Hispanic | 1,673 | 31.3 |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | **5,328** | **99.7** |
| Householder | 1,787 | 33.4 |
| Spouse | 1,006 | 18.8 |
| Child | 1,601 | 30.0 |
| Own Child Under 18 Years | 1,098 | 20.6 |
| Other Relatives | 560 | 10.5 |
| Non Relatives | 374 | 7.0 |
| Non-rel Under 18 | 19 | 0.4 |
| Non-rel Over 65 | 11 | 0.2 |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003337

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Universe: Households | | |
| **Total Households** | **1,787** | |
| Family Households (Families) | 1,284 | 71.9 |
| With Own Children Under 18 Years | 618 | 34.6 |
| Married Couple Family | 1,006 | 56.3 |
| With Own Children Under 18 Years | 502 | 28.1 |
| Female householder, No Husband Present | 205 | 11.5 |
| With Own Children Under 18 Years | 86 | 4.8 |
| Non Family Households | 503 | 28.1 |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 382 | 21.4 |
| Householder 65 Years and Over | 368 | 20.6 |
| Households With Individuals Under 18 Years | 689 | 38.6 |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **15** | **0.3** |
| Institutionalized Population | 0 | 0.0 |
| Pop In Correctional Institutions | 0 | 0.0 |
| Pop in Nursing Homes | 0 | 0.0 |
| Pop in Other Institutions | 0 | 0.0 |
| Non-Institutionalized GQ Pop | 15 | 0.3 |
| College Dormitories (Includes college quarters off | 0 | 0.0 |
| Military Quarters | 0 | 0.0 |
| Other Non-Institutional GQ Pop | 15 | 0.3 |
| **8. Housing Occupancy and Tenure** | | |
| Universe: Housing Units | | |
| **Total Housing Units** | **1,858** | |
| Occupied Housing Units | 1,787 | 96.2 |
| Owner Occupied | 1,184 | 66.3 |
| Renter Occupied | 603 | 33.7 |
| Vacant Housing Units | 71 | 3.8 |
| Vacant for Rent | 21 | 1.1 |
| Vacant for Sale | 17 | 0.9 |
| Vacant for Seasonal, Recreation or Occasional Use | 6 | 0.3 |
| Homeowner Vacancy Rate | 1.42 | |
| Rental Vacancy Rate | 3.37 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003338

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Pop in Owner-occupied Units | 3,361 | 62.9 |
| Pop in Rented Units | 1,967 | 36.8 |
| Average Size of Owner-occupied Units | 2.84 | |
| Average Size of Renter-Occupied Units | 3.26 | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

bsi.
Population Estimator
629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003339

Apple, Inc. - Risk Management Plan

---

### Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|--------|-----------|-----------|-------------------------------|
| 1.1 | 3.82 | 3.80 | 1.004 |

---

### Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle)=1.1

| County Cd | Total Pop |
|-----------|-----------|
| Santa Clara CA | 5,343 |
| | **5,343** |

---

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003340

Apple, Inc. - Risk Management Plan

# Process 2: Arsine – Alternate Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c6524.csv**

## 0.2-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| **Total Population** | 0 | |
| **Total Population 2000** | 0 | |
| **Change in Population 2000-2010** | 0 | |
| **Males** | 0 | |
| **Females** | 0 | |
| **Population Density** | 0.0 | |
| **Land Area Sq. Miles** | 0 | |
| **2. Age** | | |
| Universe: Population | | |
| **Under 5 Years** | 0 | |
| **Age 5 to 9 Years** | 0 | |
| **10 to 14 Years** | 0 | |
| **15 to 17 Years** | 0 | |
| **18 to 19 Years** | 0 | |
| **20 to 24 Years** | 0 | |
| **25 to 34 Years** | 0 | |
| **35 to 44 Years** | 0 | |
| **45 to 54 Years** | 0 | |
| **55 to 59 Years** | 0 | |
| **Age60 to 64 Years** | 0 | |
| **65 to 74 Years** | 0 | |
| **75 to 84 Years** | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003341

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| **85 Years and Over** | 0 | |
| Median Age | | |
| Age 0 to 17 | 0 | |
| 18 to 24 Years | 0 | |
| 25 to 44 Years | 0 | |
| 45 to 64 Years | 0 | |
| 62 Years and Over | 0 | |
| 65 Years and Over | 0 | |
| **3. Race** | | |
| Universe: Population | | |
| **One Race** | 0 | |
| White | 0 | |
| Black or African American | 0 | |
| American Indian and Alaska Native | 0 | |
| Asian | 0 | |
| Native Hawaiian and Other Pacific Islander | 0 | |
| Some Other Race | 0 | |
| Multi Race – Persons reporting more than one race | 0 | |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | 0 | |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | 0 | |
| White Alone Not Hispanic | 0 | |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | 0 | |
| Householder | 0 | |
| Spouse | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003342

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Child | 0 | |
| Own Child Under 18 Years | 0 | |
| Other Relatives | 0 | |
| Non Relatives | 0 | |
| Non-rel Under 18 | 0 | |
| Non-rel Over 65 | 0 | |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |
| Universe: Households | | |
| **Total Households** | **0** | |
| Family Households (Families) | 0 | |
| With Own Children Under 18 Years | 0 | |
| Married Couple Family | 0 | |
| With Own Children Under 18 Years | 0 | |
| Female householder, No Husband Present | 0 | |
| With Own Children Under 18 Years | 0 | |
| Non Family Households | 0 | |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 0 | |
| Householder 65 Years and Over | 0 | |
| Households With Individuals Under 18 Years | 0 | |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **0** | |
| Institutionalized Population | 0 | |
| Pop In Correctional Institutions | 0 | |
| Pop in Nursing Homes | 0 | |
| Pop in Other Institutions | 0 | |
| Non-Institutionalized GQ Pop | 0 | |
| College Dormitories (Includes college quarters off | 0 | |
| Military Quarters | 0 | |

bsi.
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003343

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Other Non-Institutional GQ Pop | 0 | |
| **8. Housing Occupancy and Tenure** | | |
| Universe: Housing Units | | |
| **Total Housing Units** | 0 | |
| Occupied Housing Units | 0 | |
| Owner Occupied | 0 | |
| Renter Occupied | 0 | |
| Vacant Housing Units | 0 | |
| Vacant for Rent | 0 | |
| Vacant for Sale | 0 | |
| Vacant for Seasonal, Recreation or Occasional Use | 0 | |
| Homeowner Vacancy Rate | | |
| Rental Vacancy Rate | | |
| Pop in Owner-occupied Units | 0 | |
| Pop in Rented Units | 0 | |
| Average Size of Owner-occupied Units | | |
| Average Size of Renter-Occupied Units | | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

bsi.
Population Estimator
629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003344

Apple, Inc. - Risk Management Plan

---

### Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

---

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|--------|-----------|-----------|-------------------------------|
| 0.2 | 0.16 | 0.13 | 1.269 |

---

### Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle)=0.2

| County Cd | Total Pop |
|-----------|-----------|
| Santa Clara CA | 0 |
| | 0 |

---

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003345

Apple, Inc. - Risk Management Plan

## Process 3: Chlorine – Worst Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c5052.csv**

## 0.2-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| Total Population | 0 | |
| Total Population 2000 | 0 | |
| Change in Population 2000-2010 | 0 | |
| Males | 0 | |
| Females | 0 | |
| Population Density | 0.0 | |
| Land Area Sq. Miles | 0 | |
| **2. Age** | | |
| Universe: Population | | |
| Under 5 Years | 0 | |
| Age 5 to 9 Years | 0 | |
| 10 to 14 Years | 0 | |
| 15 to 17 Years | 0 | |
| 18 to 19 Years | 0 | |
| 20 to 24 Years | 0 | |
| 25 to 34 Years | 0 | |
| 35 to 44 Years | 0 | |
| 45 to 54 Years | 0 | |
| 55 to 59 Years | 0 | |
| Age60 to 64 Years | 0 | |
| 65 to 74 Years | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003346

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| **75 to 84 Years** | 0 | |
| **85 Years and Over** | 0 | |
| Median Age | | |
| Age 0 to 17 | 0 | |
| 18 to 24 Years | 0 | |
| 25 to 44 Years | 0 | |
| 45 to 64 Years | 0 | |
| 62 Years and Over | 0 | |
| 65 Years and Over | 0 | |
| **3. Race** | | |
| Universe: Population | | |
| **One Race** | 0 | |
| White | 0 | |
| Black or African American | 0 | |
| American Indian and Alaska Native | 0 | |
| Asian | 0 | |
| Native Hawaiian and Other Pacific Islander | 0 | |
| Some Other Race | 0 | |
| Multi Race – Persons reporting more than one race | 0 | |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | 0 | |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | 0 | |
| White Alone Not Hispanic | 0 | |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | 0 | |
| Householder | 0 | |

APL-GAELG_00003347

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Spouse | 0 | |
| Child | 0 | |
| Own Child Under 18 Years | 0 | |
| Other Relatives | 0 | |
| Non Relatives | 0 | |
| Non-rel Under 18 | 0 | |
| Non-rel Over 65 | 0 | |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |
| Universe: Households | | |
| **Total Households** | **0** | |
| Family Households (Families) | 0 | |
| With Own Children Under 18 Years | 0 | |
| Married Couple Family | 0 | |
| With Own Children Under 18 Years | 0 | |
| Female householder, No Husband Present | 0 | |
| With Own Children Under 18 Years | 0 | |
| Non Family Households | 0 | |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 0 | |
| Householder 65 Years and Over | 0 | |
| Households With Individuals Under 18 Years | 0 | |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **0** | |
| Institutionalized Population | 0 | |
| Pop In Correctional Institutions | 0 | |
| Pop in Nursing Homes | 0 | |
| Pop in Other Institutions | 0 | |
| Non-Institutionalized GQ Pop | 0 | |
| College Dormitories (Includes college quarters off | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003348

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent | |
|---|---|---|---|
| Military Quarters | 0 | | |
| Other Non-Institutional GQ Pop | 0 | | |
| **8. Housing Occupancy and Tenure** | | | |
| Universe: Housing Units | | | |
| **Total Housing Units** | 0 | | |
| Occupied Housing Units | 0 | | |
| Owner Occupied | 0 | | |
| Renter Occupied | 0 | | |
| Vacant Housing Units | 0 | | |
| Vacant for Rent | 0 | | |
| Vacant for Sale | 0 | | |
| Vacant for Seasonal, Recreation or Occasional Use | 0 | | |
| Homeowner Vacancy Rate | | | |
| Rental Vacancy Rate | | | |
| Pop in Owner-occupied Units | 0 | | |
| Pop in Rented Units | 0 | | |
| Average Size of Owner-occupied Units | | | |
| Average Size of Renter-Occupied Units | | | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003349

Apple, Inc. - Risk Management Plan

**Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them**

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|--------|-----------|-----------|-------------------------------|
| 0.2 | 0.16 | 0.13 | 1.269 |

**Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas**

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle)=0.2

| County Cd | Total Pop |
|-----------|-----------|
| Santa Clara CA | 0 |
| | 0 |

**bsi.** 629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)
Population Estimator

APL-GAELG_00003350

Apple, Inc. - Risk Management Plan

# Process 3: Chlorine – Alternate Case Scenario

Circular Area Profiling System (CAPS)

Version 10C Using Data from Summary File 1, 2010 Census

**Ground Zero Coordinates: Latitude=37.378922, Longitude=-121.972136**

Access the aggregated data as a csv file here: **caps10c9466.csv**

## 0.1-mile radius of specified point

| Subject | Number | Percent |
|---|---|---|
| **1. Total Population Trends, Etc.** | | |
| Universe: Total Population | | |
| **Total Population** | 0 | |
| **Total Population 2000** | 0 | |
| **Change in Population 2000-2010** | 0 | |
| **Males** | 0 | |
| **Females** | 0 | |
| **Population Density** | 0.0 | |
| **Land Area Sq. Miles** | 0 | |
| **2. Age** | | |
| Universe: Population | | |
| **Under 5 Years** | 0 | |
| **Age 5 to 9 Years** | 0 | |
| **10 to 14 Years** | 0 | |
| **15 to 17 Years** | 0 | |
| **18 to 19 Years** | 0 | |
| **20 to 24 Years** | 0 | |
| **25 to 34 Years** | 0 | |
| **35 to 44 Years** | 0 | |
| **45 to 54 Years** | 0 | |
| **55 to 59 Years** | 0 | |
| **Age60 to 64 Years** | 0 | |
| **65 to 74 Years** | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003351

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| **75 to 84 Years** | 0 | |
| **85 Years and Over** | 0 | |
| Median Age | | |
| Age 0 to 17 | 0 | |
| 18 to 24 Years | 0 | |
| 25 to 44 Years | 0 | |
| 45 to 64 Years | 0 | |
| 62 Years and Over | 0 | |
| 65 Years and Over | 0 | |
| **3. Race** | | |
| Universe: Population | | |
| **One Race** | 0 | |
| White | 0 | |
| Black or African American | 0 | |
| American Indian and Alaska Native | 0 | |
| Asian | 0 | |
| Native Hawaiian and Other Pacific Islander | 0 | |
| Some Other Race | 0 | |
| Multi Race – Persons reporting more than one race | 0 | |
| **4. Hispanic or Latino and Race** | | |
| Universe: Hispanic or Latino Population | | |
| **Hispanic or Latino (of any race)** | 0 | |
| Mexican | NA | |
| Puerto Rican | NA | |
| Cuban | NA | |
| Other Hispanic or Latino | NA | |
| **Not Hispanic or Latino** | 0 | |
| White Alone Not Hispanic | 0 | |
| **5. Relationship of Persons in Households** | | |
| Universe: Persons in Households | | |
| **Total Persons in Households** | 0 | |
| Householder | 0 | |

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Spouse | 0 | |
| Child | 0 | |
| Own Child Under 18 Years | 0 | |
| Other Relatives | 0 | |
| Non Relatives | 0 | |
| Non-rel Under 18 | 0 | |
| Non-rel Over 65 | 0 | |
| Unmarried Partner | NA | |
| **6. Households by Type** | | |
| Universe: Households | | |
| **Total Households** | **0** | |
| Family Households (Families) | 0 | |
| With Own Children Under 18 Years | 0 | |
| Married Couple Family | 0 | |
| With Own Children Under 18 Years | 0 | |
| Female householder, No Husband Present | 0 | |
| With Own Children Under 18 Years | 0 | |
| Non Family Households | 0 | |
| Unmarried Partner Households | NA | |
| Same-Sex Unmarried Partner HHs | NA | |
| Householder Living Alone | 0 | |
| Householder 65 Years and Over | 0 | |
| Households With Individuals Under 18 Years | 0 | |
| **7. Group Quarters** | | |
| Universe: Population Living in Group Quarters | | |
| **Population in Group Quarters** | **0** | |
| Institutionalized Population | 0 | |
| Pop In Correctional Institutions | 0 | |
| Pop in Nursing Homes | 0 | |
| Pop in Other Institutions | 0 | |
| Non-Institutionalized GQ Pop | 0 | |
| College Dormitories (Includes college quarters off | 0 | |

**bsi.**
Population Estimator

629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)

APL-GAELG_00003353

Apple, Inc. - Risk Management Plan

| Subject | Number | Percent |
|---|---|---|
| Military Quarters | 0 | |
| Other Non-Institutional GQ Pop | 0 | |
| **8. Housing Occupancy and Tenure** | | |
| Universe: Housing Units | | |
| **Total Housing Units** | **0** | |
| Occupied Housing Units | 0 | |
| Owner Occupied | 0 | |
| Renter Occupied | 0 | |
| Vacant Housing Units | 0 | |
| Vacant for Rent | 0 | |
| Vacant for Sale | 0 | |
| Vacant for Seasonal, Recreation or Occasional Use | 0 | |
| Homeowner Vacancy Rate | | |
| Rental Vacancy Rate | | |
| Pop in Owner-occupied Units | 0 | |
| Pop in Rented Units | 0 | |
| Average Size of Owner-occupied Units | | |
| Average Size of Renter-Occupied Units | | |

Note: Variables showing "NA" are not available at the blocks level. Specify tracts as the units to be aggregated to get values for these items.

APL-GAELG_00003354

Apple, Inc. - Risk Management Plan

## Summary of True Areas of Circles vs. That of Areas Selected to Estimate Them

(This Report Indicates How Well We Were Able to Approximate the Circular Area)

| radius | Estimated | True Area | Ratio of Estimate to True Area |
|---|---|---|---|
| 0.1 | 0.06 | 0.03 | 2.032 |

## Auxiliary Report: Counties Contributing to Circular Areas, By Concentric Ring Areas

Coordinates: (37.378922 , -121.972136 )

Outer radius of Ring (or circle)=0.1

| County Cd | Total Pop |
|---|---|
| Santa Clara CA | 0 |
| | 0 |

**bsi.**    629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 3: Circular Area Profiling System (CAPS)
Population Estimator

APL-GAELG_00003355

Apple, Inc. - Risk Management Plan

# Attachment 4: Safety Data Sheets



Linde Ammonia
SDS.pdf



Arsine SDS.pdf



Chlorine SDS.pdf



629519 Apple Project Aria Combined RMP 03-19-2019.docx: Attachment 4: Safety Data Sheets

APL-GAELG_00003356

# C.**EXHIBIT C**

*Exhibit C — RMP 3-Year Compliance Audit by BSI EHS Services and Solutions.*





# SB01 Risk Management Plan 3-year Compliance Audit

Prepared for:

Apple, Inc.
3250 Scott Blvd,
Santa Clara, CA 95054

*April 2019*

Prepared by:

Wendy Tredway, CHMM
Principal Consultant
wendy.tredway@bsigroup.com

Reviewed by:

Andy McIntyre, CIH
Principal Consultant
andy.mcintyre@bsigroup.com

Steve Trammel, PE, CSP, CCPSC, CHMM
Principal Consultant
Steve.trammell@bsigroup.com

...making excellence a habit.™

APL-GAELG_00003222

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Table of Contents

Executive Summary                                                              1

Introduction and Scope of Work                                                 3

Introduction                                                                   3

Site Work                                                                      3

Interviews, Documentation Review and Site Tour                                 3

Limitations                                                                    1

RMP Findings Table                                      **Error! Bookmark not defined.**

Compliance Status                                       **Error! Bookmark not defined.**

High Priority (HIGH)                                    **Error! Bookmark not defined.**

Medium Priority (MED)                                   **Error! Bookmark not defined.**

Low Priority (LOW)                                      **Error! Bookmark not defined.**


Attachments

Attachment 1: Recommended Action Item Summary Table

Attachment 2: RMP Findings Table

Attachment 3:  Audit Schedule

Attachment 4:  Auditor Qualifications



APL-GAELG_00003223

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Executive Summary

BSI EHS Services and Solutions (BSI), was retained by Apple, Inc. (Apple) to perform the three (3) year compliance audit of the Risk Management Plan for the facility in Santa Clara, CA located at 3250 Scott Blvd. Onsite activities occurred on April 1-4, 2019.

The assessment was performed to evaluate to evaluate compliance with requirements of the site specific Program 3 Prevention Program as required by 19 CCR 2760.8 and to provide Apple with a prioritized list of recommendations for consideration and corrective action. This assessment consisted of a site visit, covered process areas walkthrough, onsite and offsite documentation/records review, and selected employee interviews.

This assessment was performed to assess the level of compliance of the Risk Management Plan (RMP) California Accidental Release Prevention Program (CalARP) and associated implementation at the SB01 SPG site. This assessment included all elements of the program 3 risk management plan required by California Code of Regulations, Title 19 section 2735.1 to 2785.1 (19 CCR 2735.1-2785.1) The findings presented in this report are intended to to provide Apple a detailed report regarding its overall compliance with each specific regulatory element listed in the RMP and CalARP standards, and to identify compliance discrepancies requiring attention.

This report contains a RMP Findings Table summarizing the level of compliance and suggested corrective actions and program improvements.

Key positive observations from the audit include:

- Operational training and activities with Original Equipment Manufacturers (OEM) are well controlled and implemented

- Safety measures are well understood and practiced

- PHA and Process safety information is well documented

- Emergency Response Plan is comprehensive and the ERT program is well established

- Mechanical integrity program is well implemented and maintained

Key recommendations to assist Apple in complying with all RMP/CalARP elements include the following actions:

- Continue roll out of training and communication to ensure that all personnel that may be affected by a covered process have been trained to the level necessary for their job duties
  - o Focus on general awareness and training. While many elements of the RMP are implemented at the site, awareness of the RMP itself and topic specific training such as Management of Change and Employee Participation Plan have not been fully rolled out. Additionally, provide emergency response training to all personel.



APL-GAELG_00003224

- Develop an addendum to the existing EHSMS-GC-00, Construction EHS – General Conditions and Standards, rev March 2019, that is customized to applicable site process operations and fully implement all required elements of contractor safety requirements.
- Focus on documentation and records organization. Ensure one version of each document, accessibility  and completeness.



APL-GAELG_00003225

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Introduction and Scope of Work

## Introduction

BSI EHS Services and Solutions (BSI), was retained by Apple, Inc. (Apple) to perform the three (3) year compliance audit of the Risk Management Plan for the facility in Santa Clara, CA located at 3250 Scott Blvd. Onsite activities occurred on April 1-4, 2019.

The assessment included a visual inspection of the covered procresses at the facility including the following:

- Bulk Ammonia source

- Arsine source

- Chlorine source (MOCVD bunker location only, Chlorine in corrosive gas room not inspected)

- Emergency Ammonia Scrubber

- Abatement devices for Metal-Organic Chemical Vapor Deposition (MOCVD) systems (CS Clean and Jupiter Systems)

- General facility pad and exterior area

The assessment was conducted by Mr. Steve Trammell, PE, CSP, CCPSC, CHMM and Principal Consultant and Wendy Tredway, CHMM and Principal Consultant to evaluate the status of compliance with the RMP/CalARP standards at the time of the assessment, and to provide Apple with a list of compliance issues. This assessment consisted of a site visit, onsite and off site documentation review, and selected employee interviews.  Qualtiy and technical review was provided by Mr. Andrew McIntyre, CIH, Managing Principal of BSI.

This report presents the results of the audit, including one RMP findings table that summarizes the RMP compliance status, recommended corrective actions and best practice issues noted. The findings are prioritized based.

## Site Work

### Interviews, Documentation Review and Site Tour

The audit started with an RMP program overview and site tour followed by 3 days of interviews of selected Apple employees and contractor personel knowledgeable about and responsible for operation and maintenance of the covered processes.  Personnel interviewed and their area of responsibility associated with the RMP program are presented in the table below.



APL-GAELG_00003226

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

| Name | Title | RMP Program Responsibility |
|---|---|---|
| Tom Huynh | SPG EHS Program Manager | Main RMP contact |
| Linda Vosper | SPG EHS Program Manager | Previous site EHS, providing historical information |
| Lyssa Green | EHS Specialist | BSI Consulting Specialist, RMP related tasks as directed by Apple |
| Dan Izumi | Facilities Engineer | Facilities Support and Maintenance |
| Dan Phillip | Equipment Engineer | Process Operations |
| Doug Williams | Equipment Engineer | Process Operations |
| Jack Kelly | Equipment Engineering Manager | Process Operations |
| Nathan Boskie | ACT Operations Supervisor | ACT contracted services |
| Ryan Spartz | ACT Project Manager | ACT contracted services |
| Gary Sanchez | Life Safety Systems Engineer | Gas Life Safety Systems contracted services |
| Tony Soriano | Facilities Manager | Facilities support and maintenance |

During the interviews documentation associated with the RMP/CalARP element being discussed were reviewed.  Additional offsite documentation review was completed as needed to assess compliance with each element.  Documenation reviewed is listed within the findings table where applicable.

The full audit schedule is presented in Attachment 3.

## Limitations



APL-GAELG_00003227

Experienced EHS professionals knowledgeable in the RMP and CalARP regluations conducted this assessment. The purpose of the assessment was to evaluate the status of RMP/CalARP program compliance at the time of the assessment. BSI did not investigate the veracity or thoroughness of representations made by Apple personnel during the assessment and accepts no liability for issues that were not identified during the assessment and which are later found to pose consequence. Furthermore, observations noted in this report were based on interviews with site personnel and physical observations of conditions that existed in the facility only on the day of this assessment.

This report was prepared for the exclusive use of Apple. No third party should rely on the contents or conclusions of this report without obtaining the prior written consent of BSI.



APL-GAELG_00003228

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Results

## Summary Documentation/Recommended Action Item Summary List

To facilitate tracking of action item completion, the recommended action items documented in the RMP Findings Table located in Attachment 2 are summarized in Attachment 1: Recommended Action Item Summary. This list is based on the consensus of the auditting team and should be periodically reviewed during action item completion cycle using total quality-type practices.



Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 1: Recommended Action Item Summary Table

APL-GAELG_00003229

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Attachment 1: Recommended Action Item Summary Table

 Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 1: Recommended Action Item Summary Table

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

# Recommended Action Item Summary Table

| # | Finding | # | Actions | Assigned | Response | Due Date |
|---|---|---|---|---|---|---|
| 1. | The most recent General emergency response training for employees was rolled out during March 2019, to date during the audit no employees have completed.  The deadline for completion is April 30, 2019. | 1. | Ensure all employees have completed required training by the deadline of April 30, 2019. | | | |
| 2. | Calibration is performed for emergency response equipment (Flex, Eagle), but this is not documented in the program. | 2. | Include reference in the ERP "APPLE EHS-CRITICAL EQUIPMENT: INSPECTION, TESTING, CALIBRATION AND MAINTENANCE" where ERT equipment information is outlined.  Verify that the EHS Critical Equipment program includes all Emergency response equipment. | | | |
| 3. | 3. ERP calls out the use of emergency equipment but does not detail the inspection, testing and maintenance of such equipment. | 2. | | | | |
| 4. | While significant progress was made on action items, the timeframe for completion could be shortened and some action items are still in process.  An excel file was created to track all action items, with target completion dates but it does not appear that the actions were fully communicated or followed through until recently.  Action items from FMEA were not tracked or communicated to responsible personnel. | 3. | Continue completion of all action items associated with hazard analyses. | | | |
| | | 4. | Develop a process to ensure thorough and complete communication of action items to ensure completion and resolution | | | |

APL-GAELG_00003231

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

| # | Finding | # | Actions | Assigned | Response | Due Date |
|---|---------|---|---------|----------|----------|----------|
| 5. | Arsine SOP and Chlorine SOP do not clearly outline emergency procedures.  There is mention of a "leaker cabinet" being available in the MOCVD bunker. | 5. | Review all SOP documents related to the covered processes to verify if emergency procedures are referenced.  Add in a section within SOPs with emergency procedures or clearly state where this information can be found (e.g.:  CMMS, manual, other document, etc.) | | | |
| 6. | Training from OEMs is not documented | 6. | Document the training provided by the OEMs and include the employee's identity, date of training and means used to verify that the employee understood the training. | | | |
| 7. | The MOC checklists includes a section asking about completion of the Initial Risk Assessment. The Initial Risk Assessment or process of conducting it is not described in the program. | 7. | Include a description of the "initial risk assessment" in the MOC program to clarify methology used and how it is documented to determine the impact of change on safety and health. | | | |
| 8. | Training on the MOC program has not yet occurred (planned for "a couple of weeks") | 8. | Train all employees who are involved in operating a covered process, maintenance activities or whose job tasks are affected by changes to a process or part of process in the MOC procedure. | | | |
| 9. | The FMEA conducted for the CS Clean installation resulted in action items to update the P&IDs and operating parameters tables, this action was not communicated or completed in a timely manner. | 9. | Complete all actions from the CS Clean FMEA | | | |
| | | 10. | Fully implement the MOC program to ensure that all employees are trained in requirements of the process and all actions resulting from MOC and associated hazard analyses are communicated and completed. | | | |
| 10. | Employee Participation Plan Training has been rolled out, however everyone interviewed had not received instructions or direction to take the training. | 11. | Ensure all employees complete the training to increase awareness of the RMP and EPP | | | |
| 11. | A comprehensive Construction Contractor Safety Management Program exists, however sections of it are not applicable to the site, and the applicable sections are not fully implemented. | 12. | Create an addendum to the Contractor Safety Program, "EHS-MS-GC-00-Construction EHS - General Conditions and Standards" rev March 2019 to address SB01 applicability and conduct training on the additions to address all items that do not have specific findings listed in this section. | | | |

APL-GAELG_00003232

Apple, Inc. - SB01 Risk Management Plan 3-year Compliance Audit

| # | Finding | # | Actions | Assigned | Response | Due Date |
|---|---------|---|---------|----------|----------|----------|
| 12. | A contractor evaluation process is in place at Apple, however it is not clear if that program extends to specific sites such as Aria. The site personnel did not know the process for locating the documentation associated with the contractor safety performance review. | 13. | Work with procurement to learn the process for obtaining contractor safety performance information. | | | |
| 13. | Interviews indicate that most contractor staff are trained prior to performing work, but some contractors such as Flagship or other internal departments (Apple Security) may not be fully trained on Hazards of the covered process related to their work. | 14. | Implement contractor onboarding and training process to cover hazards of the covered process associated with all contractor activities covered by the RMP standard (i.e.:  contractors performing non-incidental tasks). | | | |
| 14. | Contractors have not been fully trained on the Emergency Response Program. | 15. | As part of contractor onboarding process, provide emergency response training.  Document training and retain records. | | | |
| 15. | It is unknown if ongoing contractor performance is being evaluated | 16. | Work with procurement to determine if and ensure that ongoing contractor performance evaluation is being conducted. | | | |
| 16. | 16. Training on the covered process has not occurred so training records do not exist. | 16. | Repeat – see finding #15 and action item #16 | | | |
| 17. | The most recent review of contractor safety performance is not known. | 17. | Determine and document most recent review of contractor safety performance within the RMP document. | | | |

**bsi.** Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 1: Recommended Action Item Summary Table                                                                                                    **5**

APL-GAELG_00003233

# Attachment 2: RMP Findings Table

 

APL-GAELG_00003234

**Insert Excel findings table**

Apple SB01 2019 - 3
year Compliance Audi

| Regulatory Citation | RMP Element | Compliant | Not Compliant | N/A | Evidence of Compliance and/or reason for not applicable | Finding and/or Comments | Recommended corrective actions |
|---|---|---|---|---|---|---|---|
| 2745.3 | Executive Summary, a brief description of the following should be included:<br>-accidental release prevention and emergency response policies at the facility<br>-facility and regulated substances list<br>-worst-case release scenario(s) and alternate release scenario(s), including administrative controls and mitigation measures to limit the distances for each reported scenario<br>-general accidental release prevention program and chemical-specific prevention steps<br>-five-year accident history<br>-emergency response program<br>planned changes to improve safety | x | | | Review of the RMP document, executive summary section | The site has a well written and organized emergency response plan, which includes all program elements as required by RMP. It was developed in 2016 and the the most recent update was completed in April 2019. | |
| 2745.4 | Offsite consequence analysis (program 2 and 3) | x | | | | | |
| | One worst case release scenario to represent all regulated toxic substances held above the threshold quantity | x | | | | | |
| | One worst case release scenario to represent all regulated flammable substances held above threshold quantity | | | x | No flammable substances | | |
| | Additional worst-case scenarios for toxics or flammables if required by section 2750.3(a)(2)(c) | | | x | Not applicable - worst case scenarios represent all potential receptors | | |
| | One alternative release scenario for each regulated toxic substance held above the threshold quantity | x | | | | | |
| | One alternative release scenario to represent all regulated flammable substances held above the threshold quantity | | | x | No flammable substances | | |
| | For each scenario the following information should be submitted:<br>-chemical name<br>-physical state (toxics only)<br>-bases of results (give model name if used)<br>-scenario (explosion, fire, toxic gas release, or liquid spill and vaporization)<br>-quantity released in pounds<br>-release rate/min<br>-release duration/min<br>-wind speed and atmospheric stability class (toxics only) m/sec<br>-distance to endpoint/miles<br>public and environmental receptors within the distance<br>-passive mitigation considered | x | | | All information included in the OCA within the RMP | | |

bsi.

Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 3 Audit Schedule

APL-GAELG_00003235

| 2745.5 and 2750.9 | Five year accident history - for each accidental release the following information should be submitted:<br>-no accidents history<br>-date, time and approximate duration of release<br>-regulated substances released<br>-estimated quantity released in pounds<br>-types of release event and its source<br>-weather conditions, if known<br>-on-site impacts<br>-known offsite impacts<br>-initiating event and contributing factors if known<br>-whether offsite responders were notified if known<br>-operational or process changes that resulted from investigation of the release | | | x | Not applicable, no accidental releases | | |
|---|---|---|---|---|---|---|---|
| **2745.8** | **Emergency Response Program** | | | | | | |
| | Do they have a written emergency response plan? | x | | | Written "Emergency Response and Contingency Plan: Aria" dated April 2019 | | |
| | Does the plan include specific actions to be taken in response to an accidental release of a regulated substance? | x | | | Section 15, responding to a hazardous materials incident | | |
| | Does the plan include procedure for informing the public and local agencies responsible for responding to accidental releases? | x | | | Section 18, Public information during and emergency<br><br>Section 5, Emergency notification procedures | | |
| | Does the plan include information on emergency health care? | x | | | Section 10, medical emergencies | | |
| | Date of the most recent review or update of the emergency response plan | | | | April 2019 | | |
| | Date of the most recent emergency response training for employees | | | | The most recent emergency response trainings was conducted as follows:<br>-ERT Haz Mat Tech was conducted on 12/6/18<br><br>-New hires receive general emergency response training on their first day onsite. | 1. The most recent General emergency response training for employees was rolled out during March 2019, to date during the audit no employees have completed. The deadline for completion is April 30, 2019. | 1. Ensure all employees have completed required training by the deadline of April 30, 2019. |
| | Name and telephone number of the primary local emergency response agency with which the plan is coordinated | x | | | The Santa Clara Fire Department, CUPA is mentioned several times throughout the document. | | |

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 164 of 459

APL-GAELG_00003236

| | | | | | |
|---|---|---|---|---|---|
| List of other federal or state emergency plan requirements to which the facility is subject | x | | | Section one - scope. Outlines various regulations that apply including: •California Code of Regulations, Title 8, Section 5192(q)(2) (8 CCR §5192(q)(2) – Hazardous Waste Operations and Emergency Response •29 Code of Federal Regulations Section 1920.120 – (29 CFR §1910.120(q) – Hazardous Waste Operations and Emergency Response •Code of Federal Regulations, Title 29, Section 1910.38 (29 CFR §1910.38) – Employee Emergency Plans •California Fire and Building Code – Requirements for H2, H3 and H4 Occupancies | | |
| **2765.2   Emergency Response Program** | | | | | |
| The owner or operator shall develop and implement an emergency response program for the purpose of protecting public health and the environment.  The emergency response program shall include the following: | | | | | |
| An emergency response plan, which shall be maintained at the stationary source and contain at least the following elements: | x | | | | |
| Procedures for informing and interfacing with the public and local emergency response agencies about accidental releases, emergency planning and emergency response; | x | | | Section 18, Public information during and emergency Section 5, Emergency notification procedures | | |
| Documentation of proper first-aid and emergency medical treatment necessary to treat accidental human exposures; | x | | | Section 7 - identifying an emergency, medical Section 4 - ERT training calls out levels of CPR/AED/First aid and other chemical related training required | | |
| Procedures and measures for emergency response after an accidental release of a regulated substance; | x | | | Section 7 - identifying an emergency, gas release | | |
| Procedures for the use of emergency response equipment and for its inspection, testing and maintenance; | | x | | | 2. Calibration is performed for emergency response equipment (Flex, Eagle), but this is not documented in the program. 3. ERP calls out the use of emergency equipment but does not detail the inspection, testing and maintenance of such equipment.<br><br>NOTE:  The EHS Critical Equipment Program defines calibration and maintenance schedule for ERT equipment | 2.  Include reference in the ERP "APPLE EHS-CRITICAL EQUIPMENT: INSPECTION, TESTING, CALIBRATION AND MAINTENANCE" where ERT equipment information is outlined.  Verify that the EHS Critical Equipment program includes all Emergency response equipment. |

bsi.

APL-GAELG_00003237

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 166 of 459

| | | | | |
|---|---|---|---|---|
| Training for all employees in relevant procedures and relevant aspects of the Incident Command System; | x | | | Section 6,  Emergency Management and Response System | | |
| Procedures to review and update, as appropriate, the emergency response plan to reflect changes at the stationary source and ensure that employees are informed of changes. | x | | | Section 3 - roles and responsibilities, outlines that EHS is responsible for update of the plan<br>Section 4 - training, identifies communication/training for changes made to the plan | | |
| A written plan that complies with the contingency plan format developed pursuant to Section 25503.4 of HSC and that, among other matters, includes the elements provided in section (a), shall satisfy the requirements of this section if the owner or operator also complies with section (c).  The contingency plan format shall be provided to OES upon request. | | | | | | |
| The emergency response plan developed under section (A)(1) shall be coordinated with the community emergency response plan developed under section 11003 of title 42 of USC. Upon request of the local emergency planning committee or emergency response officials, the owner or operator shall promptly provide to the local emergency response officials information necessary for developing and implementing the community emergency response plan | x | | | The local emergency response agency, Santa Clara Fire Department, has received the ERP, worked closely with Apple to coordinate and conducted drills onsite with Apple personnel. | | |
| The owner or operator is not required to meet the business plan requirements if the emergency response plan developed under this section is consistent with the business plan requirements pursuant to sections 2731 and 2732 of Title 19 CCR. This does tno exempt the owner or operator from requirements which relate to the annual inventory or emergency response planning for hazardous materials which are not regulated substances | | | x | not applicable, business plan and ERP in place. | | |

**2745.9    Certification**

| | | | | |
|---|---|---|---|---|
| *For program 1 processes the RMP certification statement provided in Section 2735.5(d)(4) should be submitted.* | | | | | | |
| For all other covered processed, a single certification that, to the best of the signer's knowledge, information, and belief formed after reasonable inquiry, the information submitted is true, accurate, and complete. | x | | | Section 6 - certification<br>CalARP registration certification signed by Scott Sidlow, Apple Global EHS Manager (Now Director) on 2/22/2016 | Note:  most recent update of RMP has not been certified yet, but original submission was certified. | |
| RMP certified completed by a qualified person and the owner/operator (2745.2) | x | | | Section 6 - certification<br>CalARP registration certification signed by Scott Sidlow, Apple Global EHS Manager (now Director)  on 2/22/2016 | | |

**2745.1    RMP updates**

| | | | | |
|---|---|---|---|---|
| *The owner/operator of a stationary source shall revise and update the RMP submitted under section 2745.1 as follows:* | | | | | | |
| Within 5 years of its initial submission or most recent update required by Sections (a)(2) through (a)(7), whichever is later | | | x | The 5 year date has not passed since the accepted submittal by the SCFD | | |

APL-GAELG_00003238

Case 5:25-cv-07360-PCP   Document 80-3   Filed 04/27/26   Page 167 of 459

| | | | | | |
|---|---|---|---|---|---|
| No later than three years after a newly regulated substance is first listed by the USEPA | | | x | No additions of new chemistry have been added to the existing regulated substance list since the development of the RMP | |
| No later than the date on which a new regulated substance is first present in an already covered process above threshold quantity | | | x | No additions of regulated substances have been added to the site | |
| No later than the date on which a regulated substance is first present above a threshold quantity in a new process | | | x | No new process or new listed chemistries | |
| Within 6 months of a change that requires a revised PHA or hazard review | | | x | Change occurred related to an abatement system, FMEA conducted.  Risks associated with the process were decreased, not increased.  Notification was not required | |
| Within 6 months of a change that requires a revised offsite consequence analysis as provided in section 27505.7; and | | | x | Administrative changes to volumes reduced volumes onsite and did not change the toxic end point or any other hazards associated with the existing processes.<br><br>Changes to volumes conducted during 2019 update to RMP plan to provide more accurate accounting of cylinder volumes. | |
| Within 6 months of a change that alters the program level that applied to any covered process. | | | x | The RMP Program level (program Level 3) has not been downgraded | |
| *The owner operator of a stationary source which has regulated substances in a process listed in section 2770.5 in quantities greater than Table 3 thresholds and less than thresholds in Tables 1 or 2 shall revise and update the RMP submitted under section 2745.1. The updated RMP shall be submitted to the AA as follows:* | | | | | |
| Within five years of its initial submission or most recent update required by sections (b)(2) through (b)(7) | | | x | The 5 year date has not passed since the accepted submittal by the SCFD | |
| No later than three years after a newly regulated substance is first listed by the OES | | | x | No newly regulated substances listed by OES | |
| No later than the date on which a new regulated substance is first present in an already covered process above threshold quantity | | | x | No new regulated substances introduced | |
| No later than the date on which a regulated substance is first present above a threshold quantity in a new process | | | x | No new regulated substances present on site | |
| Within six months of a change that requires a revised PHA or hazard review | | | x | Change occurred, FMEA conducted.  Risks associated with the process were decreased, not increased.  Notification not required | |

APL-GAELG_00003239

Case 5:25-cv-07360-PCP   Document 80-3   Filed 04/27/26   Page 168 of 459

| | | | | | | |
|---|---|---|---|---|---|---|
| | Within six months of a change that requires a revised offsite consequence analysis as provided in section 2705.7; and | | | x | Administrative changes to volumes reduced volumes onsite and did not change the toxic end point or any other hazards associated with the existing processes.<br><br>Changes to volumes conducted during 2019 update to RMP plan to provide more accurate accounting of cylinder volumes. | | |
| | Within six months of a change that alters the program level applied to any covered process | | | x | Program level has not been altered | | |
| | If a stationary source is no longer subject to the applicability requirements of section 2735.4(a)(1), the owner or operator shall submit a revised registration pursuant to Section 2740.1(a) to USEPA within six months of indicating that the stationary source is no longer covered. A copy of the revised registration shall also be submitted to the AA. | | | x | Source still subject to rule | | |
| | If a stationary source is no longer subject to the applicability requirements of section 2735.4(a)(2) the owner or operator shall submit a revised registration pursuant to section 2740.1(b) to the AA within six months of indicating that the source is no longer covered. | | | x | Source still subject to rule | | |
| | Revised RMPs shall be subject to the public review process outlined in Section 2745.2 | | | x | Revised RMP has not been submitted. Apple to determine submittal date after all changes have been finalized. | NOTE:  Expect public review process to apply during re-submission of updated plan | |
| | Within 30 days of a change in the owner or operator, the new owner or operator shall contact the AA to update registration information. The new owner or operator shall determine if RMP changes are necessary. | x | | | The only change that has occurred is the contact information for the person with direct supervisory responsibility for the RMP plan (Now Apple's Tom Huynh).  The AA is aware of this change and it is incorporated into the current revision of the plan that is underway. | | |
| 2745.11 | **Covered Process Modification** | | | | | | |
| | When an owner or operator intends to make a modification to a stationary source relating to a covered process and the modification may result in a significant increase in either:  the amount of regulated substances handled at the stationary source as comparted to the amount of regulated substances identified in the stationary source's RMP, or the risk of handling a regulated substance as compared to the amount or risk identified in the stationary source's RMP, then the owner or operator shall do all of the following: | | | x | Modifications to the amount of regulated substance handled at the site or the risk of handling regulated substances has not occurred | | |

bsi.

APL-GAELG_00003240

| | | | | | |
|---|---|---|---|---|---|
| | Where reasonably possible, notify the AA in writing of the owner or operator's intent to modify the stationary sources at least five (5) calendar days before implementing any modifications. As part of the notification process, the owner or operator shall consult with the AA when determining whether the RMP should be reviewed and revised. Where prenotification is not reasonably possible, the owner or operator shall provide written notice to the AA no later than 48 hours following the modification. | x | | The only change to the covered process that has occurred is the addition of a new abatement unit (additional, not replacement). The AA was notified via the city's permitting process prior to the installation and operation of the unit. An RMP update/revision was not required. | |
| | Establish procedures to manage the proposed modification, which shall be substantial similar to the procedures specified in Sections 2760.6 and 2760.7 and notify the AA that the procedures have been established. | x | | Management of Change procedures are used for all changes associated with the covered processes. | |
| | The owner or operator of the stationary source shall revise the appropriate documents, as required pursuant to section (a), expeditiously, but not later than 60 days from the date of the stationary source modification. | | x | Changes did not increase the volume of regulated substance or increase the risk of handling a regulated substance | NOTE: While the RMP document and risk associated were not effected by the addition of the CS Clean unit, the associated PSI information and process flow diagrams were. The FMEA conducted contained action items for updating these documents that were not fully communicated or carried out. See finding #4. |
| **2745.12** | **Certificate of Occupancy** | | | | |
| | New or modified stationary sources shall comply with Section 65850.2(b) of the Government Code prior to the issuance of the certificate of occupancy. | x | | Certificate of occupancy issued to the site and posted in facility | |
| **2745.7 and Article 6** | **Program 3 Prevention Program** | | | | |
| | *For each Program 3 process, the owner or operator shall provide the following information. If the same information applies to more than one covered process, the owner or operator may provide the information only once, but shall indicate to which processes the information applies.* | | | | |
| | Facility Name | x | | All included in: | |
| | Process | x | | - the CalARP Registration form (6/22/16) | |
| | NAICS code | x | | -RMP section 1, registration | |
| | Chemical name(s) | x | | information | |
| **2760.1** | **Process Safety Information** | | | | |
| | *Information pertaining to the hazards of the regulated substances in the process. The information shall consist of at least the following:* | | | | NOTE: All PSI information located in the PHA files for the systems. |
| | Toxicity information | x | | Contained in SDSs attached to PHAs | |
| | Permissible exposure limits | x | | Contained in SDSs attached to PHAs | |
| | Physical data | x | | Contained in SDSs attached to PHAs | |
| | Reactivity data | x | | Contained in SDSs attached to PHAs | |
| | Corrosivity data | x | | Contained in SDSs attached to PHAs | |

APL-GAELG_00003241

| | | | | | | |
|---|---|---|---|---|---|---|
| Thermal and chemical stability data; and | x | | | Contained in SDSs attached to PHAs | | |
| Hazardous effects of inadvertent mixing of different materials that could foreseeable occur. | x | | | Contained in SDSs attached to PHAs | | |
| *Information concerning the technology of the process shall include at least the following:* | | | | | | |
| A block flow diagram or simplified process flow diagram | x | | | Contained in PHA | | |
| Process chemistry | x | | | Contained in PHA | | |
| Maximum intended inventory | x | | | Contained in the site chemical inventory/list | | |
| Safe upper and lower limits for such items as temperatures, pressures, flows or compositions; and | x | | | Contained in PHA | | |
| An analysis of the consequences of deviations | x | | | Contained in PHA | | |
| Where original technical information no longer exists, such information may be developed in conjunction with the PHA in sufficient detail to support the analysis | | | x | All technical informaiton is available. | | |
| *Information pertaining to the equipment in the process shall include:* | | | | | | |
| Materials of construction | x | | | Contained in PHA | | |
| Piping and instrument diagrams (P&IDs) | x | | | Contained in PHA | | |
| Electrical classification | x | | | Contained in system design information (SOOs, P&IDs, equipment manuals, etc.) | | |
| Relief system design and design basis | x | | | Contained in system design information (SOOs, P&IDs, equipment manuals, etc.) | | |
| Ventilation system design | x | | | Contained in system design information (SOOs, P&IDs, equipment manuals, etc.) | | |
| Design codes and standards employed | x | | | Contained in system design information (SOOs, P&IDs, equipment manuals, etc.) | | |
| Material and energy balances for processes built after June 21, 1999; and | | | x | For the batch processes conducted using regulated chemicals the "process parameters" provide enough information to adequately perform the PHA and assess/address all hazards associated with process operation. | | |
| Safety systems (e.g. interlocks, detection, or suppression systems) | x | | | Contained in system wide PHA and supplementary PSI files (for MOCVD reactors) | | |
| The owner or operator shall document that equipment complies with recognized and generally accepted good engineering practices | x | | | Contained in system design information (SOOs, P&IDs, equipment manuals, etc.) | | |

bsi.

APL-GAELG_00003242

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | For existing equipment designed and constructed in accordance with codes, standards, or practices that are no longer in general use, the owner or operator shall determine and document that the equipment is designed, maintained, inspected, tested and operating in a safe manner | | | x | All equipment designed to current codes/standards which are listed in the design documents. | | |
| | Date on which the safety information was last reviewed or revised (2745.7(d)) | | | | September 2015 - initial development of PSI information in conjunction with the PHAs | NOTE: Supplementary PSI files were created and submitted for 3 of the MOCVD reactors per the request of the AA's third party consultant during the initial submittal process. The MOCVD reactors were originally not part of the sites's PHA or PSI files because of thorough and complete reviews completed by the OEM.<br><br>Apple should revisit this with the regulator to understand if the PSI files for the MOCVD reactors are required. If they are required, PSI files should be created for the remaining 2 reactors (5 total) | |
| **2760.2** | **Process Hazard Analysis (PHA)** | | | | | | |
| | The owner or operator shall work closely with AA's in deciding which PHA methodology is best suited to determine the hazards of the process being analyzed. The owner or operator shall use one or more of the following methodologies that are appropriate to determine and evaluate the hazards of the process being analyzed: | | | | | | |
| | What-if | x | | | System wide PHA conducted using what-if analysis | | |
| | Checklist | | | x | not used | | |
| | What-if! Checklist | | | x | not used | | |
| | Hazard and Operability Study (HAZOP) | x | | x | PSI files developed using HAZOP | | |
| | Failure Mode and Effects Analysis (FMEA) | x | | | FMEA used to conduct hazard analysis of addition of CS clean system (to supplement Jupiter system for abatement) | | |
| | Fault Tree Analysis; or | | | x | not used | | |
| | An appropriate equivalent methodology | | | x | not used | | |
| | The PHA shall address: | | | | | | |
| | The hazards of the process | x | | | Discussed within PHA document and RMP document | | |
| | The identification of any previous incident which had a likely potential for catastrophic consequences | | | x | New system design, no previous incidents | | |
| | Engineering and administrative controls applicable to the hazards and their interrelationships such as appropriate application of detection methodologies to provide early warning of releases. (Acceptable detection methods might include process monitoring and control instrumentation with alarms, and detection hardware such as hydrocarbon sensors.); | x | | | Detection and controls discussed throughout PHA document | | |

bsi.

APL-GAELG_00003243

| | | | | | | |
|---|---|---|---|---|---|---|
| Consequences of failure of engineering and administrative controls | x | | | Consequences of deviations discussed throughout PHA document | | |
| Stationary source citing | | | | | | |
| Human factors | x | | | Considered as part of what if analysis in each node within the PHA | | |
| A qualitative evaluation of a range of the possible safety and health effects of failure of controls; and | x | | | Discussed throughout the PHA document | | |
| The PHA shall included the consideration of external events, including seismic events, if applicable.  PHAs completed for other programs where external events were not considered, shall be updated to include external events. | x | | | Considered as part of what if analysis in each node within the PHA | | |
| The PHA shall be performed by a team with expertise in engineering and process operations, and the team shall include at least one employee who has experience and knowledge specific to the process being evaluated. Also, one member of the team must be knowledgeable in the specific PHA methodology used. | x | | | PHA participants listed within PHA document as attachment 4 - participants included representatives from EHS, engineering, process, Gas life safety, etc.  Resumes provided for facilitators as an attachment to the PHA | | |
| The owner or operator shall establish a system to promptly address the team's findings and recommendations; assure that the recommendations are resolved in a timely manner and that the resolution is documented; document what actions are to be taken; complete actions as soon as possible; develop written schedule of when these actions are to be completed; and communicated the actions to operating, maintenance and other employees whose work assignments are in the process and who may be affected by the recommendations or actions | | x | | | 4. While significant progress was made on action items, the timeframe for completion could be shortened and some action items are still in process.  An excel file was created to track all action items, with target completion dates but it does not appear that the actions were fully communicated or followed through until recently.  Action items from FMEA were not tracked or communicated to responsible personnel.  NOTE:  It is acknowledged that Apple chose to complete all action items identified during the initial PHA sessions even though the risk level of all actions did not warrant this.  It is acknowledged that there has been staff turnover related to ownership of the RMP on the EHS side contributing to confusion of ownership of some items. | 3. Continue completion of all action items associated with hazard analyses.  4. Develop a process to ensure thorough and complete communication of action items to ensure completion and resolution |
| At least every five years after the completion ofhte initial PHA, the PHA shall be updated and revalidated by a team meeting the requirements in section 2760.2(d), to assure that the PHA is consistent with current process.  Not withstanding section 2760.2(c), updated and revalidated PHA(s) completed to comply with section 5189 of Title 8 of CCR are acceptable to meet the requirements of this section. | | | x | 5 years has not passed since the original PHA | | |

bsi.

Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 3 Audit Schedule

Case 5:25-cv-07360-PCP   Document 80-3   Filed 04/27/26   Page 172 of 459

APL-GAELG_00003244

| Requirement | | | | Notes | | |
|---|---|---|---|---|---|---|
| The owner or operator shall retain PHAs and updates or revalidations for each process covered by this section, as well as the documented resolution of the recommendations for the life of the process. | x | | | PHAs are retained and available | | |
| Date of completion of the most recent PHA or updated and the technique used (2745.7 (e)) | | | | September 2015 | | |
| Expected date of completion of any changes resulting from the PHA | | | | TBD - some actions still in progress | | |
| PHA shall address: | | | | | | |
| Major hazards identified | x | | | Throughout PHA document | | |
| process controls in use | x | | | Throughout PHA document | | |
| mitigation systems in use | x | | | Throughout PHA document | | |
| monitoring and detection systems in use | x | | | Throughout PHA document | | |
| changes since the last PHA | | | x | These were the first PHAs conducted for the covered processes, no changes to incorporate. | | |
| *The owner or operator shall submit the following external events analysis information:* | | | | | | |
| Types of natural and human caused external events considered in PHA Section 2760.2 | x | | | Each PHA node addresses the most credible natural and human caused external events including earthquake, fire/explosion, hostile act/sabotage, extreme weather, power failure and flood. | | |
| Magnitude or scope of external events which were considered. If not known, the owner or operator of the stationary source shall work closely with the AA to determine what is required. If seismic events are applicable, the parameters used in the consideration of the seismic analysis and which edition of the Uniform Building Code was used when the process was designed. | x | | | Each PHA node addresses the most credible natural and human caused external events including earthquake, fire/explosion, hostile act/sabotage, extreme weather, power failure and flood. | | |
| For each external event, with a potential to create a release of a regulated substance that will reach an endpoint offsite, apply Sections 2745.7 through (e)(6) | x | | | All information contained within the PHA files and associated "Apple RMP Tracking Items 10-13-15" | | |
| Date of most recent field verification that equipment is installed and maintained as designed (2745.7(q)(4)) | | | | Operation and maintenance of the covered process systems (chlorine, arsine, ammonia) occur on a regular basis. Field verification that equipment is installed and maintained as designed is included as part of this ongoing monitoring. Daily visual inspections are conducted and monthly PMs | | |
| **2760.3    Operating Procedures** | | | | | | |

Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 3 Audit Schedule

APL-GAELG_00003245

| | | | | | |
|---|---|---|---|---|---|
| *The owner or operator shall develop and implement written operating procedures that provide clear instructions for safely conducting activities involved in each covered process consistent with the process safety information and shall address at least the following elements:* | | | | Reviewed the following procedures:<br>-Semi gas Hazardous Gas SOP - Arsine MOCVD<br>-SB01 Ammonia Columbiana Exchange SOP<br>-SOP chi Chlorine gas exchange | |
| *Steps for each operating phase:* | | | | | |
| Initial start up | x | | | Outlined in SOP, gas cabinet HMI provides detailed step by step instructions | |
| Normal operations | x | | | Contained in operations manuals | |
| Temporary operations | | | x | | |
| Emergency shutdown including the conditions under which emergency shutdown is required, and the assignment of shutdown responsibility to qualified operators to ensure that emergency shutdown is executed in a safe and timely manner | | x | | | 5. Arsine SOP and Chlorine SOP do not clearly outline emergency procedures. There is mention of a "leaker cabinet" being available in the MOCVD bunker. | 5. Review all SOP documents related to the covered processes to verify if emergency procedures are referenced. Add in a section within SOPs with emergency procedures or clearly state where this information can be found (e.g.: CMMS, manual, other document, etc.) |
| Emergency operations | | x | | see previous finding for emergency shutdown. | |
| Normal shutdown; and | x | | | | |
| Start up following a turnaround, or after emergency shutdown. | x | | | | |
| *Operating limits:* | | | | | |
| Consequences of deviation; and | x | | | PSI files and operations manuals provide operating perameters and potential consequences of deviation from specified operating procedures. | |
| Steps required to correct or avoid deviation | x | | | Reference PSI files and operations manuals | |
| *Safety and health considerations:* | | | | | |
| Properties of, and hazards presented by, the chemicals used in the process; | x | | | Reference SDS | |
| Precautions necessary to prevent exposure, including engineering controls, administrative controls, and personal protective equipment; | x | | | Reference SDS | |
| Control measures to be taken if physical contact or airborne exposure occurs; | x | | | Reference SDS | |
| Quality control for raw materials and control of hazardous chemical inventory levels; and, | x | | | Reference SDS | |
| Any special or unique hazards. | x | | | Reference SDS | |
| Safety systems and their functions. | x | | | | |
| Operating procedures shall be readily accessible to employees who work in or maintain a process. | x | | | SOPs are available on Box, within the CMMS system (where applicable), within equipment (gas cabinet HMI), and equipment manuals. | |

APL-GAELG_00003246

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 175 of 459

| | | | | | | |
|---|---|---|---|---|---|---|
| The operating procedures shall be reviewed as often as necessary to assure that they reflect current operating practice, including changes that result from changes in process chemicals, technology and equipment, and changes to stationary sources. The owner or operator shall certify annually that these operating procedures are current and accurate. | x | | | | | |
| Date of most recent review or revision of operating procedures | | | | October 2018 | | |
| The owner or operator shall develop and implement safe work practices to provide for the control of hazards during operations such as lockout/tagout; confined space entry; opening process equipment or piping; and control over entrance into a stationary source by maintenance, contractor, laboratory or other support personnel.  These safe work practices shall apply to employees and contractor employees. | x | | | Reference Aria Facility Critical Equipment Program and associated Safe work permits | | |
| **2760.4    Training** | | | | | | |
| *Initial Training* | | | | | | |
| Each employee presently involved in operating a process, and each employee before being involved in operating a newly assigned process, shall be trained in an overview of the process and in the operating procedures as specified in Section 2760.3. the training shall include emphasis on the specific safety and health hazards, emergency operations including shutdown, and safe work practices applicable to the employee's job tasks. | x | | | Training on process related activities is provided by the Original Equipment Manufacturer through on the job training. | | |
| In lieu of initial training for those employees already involved in operating a process on June 21, 1999 an owner or operator may certify in writing that the employee has the required knowledge, skills and abilities to safety carry out the duties and responsibilities as specified in the operating procedures. | | | x | the process was not in operation prior to June 21, 1999 | | |
| *Refresher training* | | | | | | |
| Refresher training shall be provided at least every three years, and more often if necessary, to each employee involved in operating a process to assure that the employee understands and adheres to the current operating procedures of the process. The owner or operator, in consultation with the employees involved in operating the process, shall determine the appropriate frequency of refresher training. | x | | | Training is provided by the OEM any time a process change is made. | | |
| *Training documentation* | | | | | | |
| The owner or operator shall ascertain that each employee involved in operating a process has received and understood the training required by this section.  The owner or operator shall prepare a record which contains the identity of the employee, the date of training, and the means used to verify that the employee understood the training. | | x | | | 6. Training from OEMs is not documented | 6. Document the training provided by the OEMs and include the employee's identity, date of training and means used to verify that the employee understood the training. |
| Date of most recent review or revision of training programs. | | | | March 2019 | | |
| Type of training provided - classroom, classroom plus on the job, on the job | | | | Training provided by OEMs is OTJ | | |
| Type of competency testing used | | | | OTJ demonstration of skills | | |
| **27605.5    Mechanical integrity** | | | | | | |

APL-GAELG_00003247

| | | | | | | |
|---|---|---|---|---|---|---|
| *(a) Application - sections (b) through (f) of this section apply to the following process equipment* | | | | | | |
| *Pressure vessels and storage tanks* | | | | | | |
| *Piping systems (including piping components such as valves)* | | | | | | |
| *Relief and vent systems and devices* | | | | | | |
| *Emergency shutdown systems* | | | | | | |
| *Controls (including monitoring devices and sensors, alarms, and interlocks); and* | | | | | | |
| *Pumps* | | | | | | |
| (b) Written procedures - the owner or operator shall establish and implement written procedures to maintain the on-going integrity of process equipment | x | | | Mechanical integrity activities are tracked via the CMMS work order management system | | |
| (c) Training for process maintenance activities the owner or operator shall train each employee involved in maintaining the on-going integrity of process equipment in an overview of that process and its hazards and in the procedures applicable to the employee's job tasks to assure that the employee can perform the job tasks in a safe manner. | x | | | Training is accomplished via OTJ and equipment overview by either the OEM (upon install) or through site personnel that received the OEM training. | | |
| *(d) Inspection and Testing* | | | | | | |
| Inspections and tests shall be performed on process equipment | x | | | Mechanical integrity activities are tracked via the CMMS work order management system | | |
| Inspection and testing procedures shall follow recognized and generally accepted good engineering practices | x | | | All calibration, testing and maintenance activities are carried out according to manufacturer instructions and recommendations. | NOTE: there are some types of equipment where industry best practice is followed (e.g.: MFCs) | |
| The frequency of inspections and tests of process equipment shall be consistent with applicable manufacturer's recommendations and good engineering practices, and more frequently if determined to be necessary by prior operating experience. | x | | | All calibration, testing and maintenance activities are carried out according to manufacturer instructions and recommendations. | NOTE: there are some types of equipment where industry best practice is followed (e.g.: MFCs) | |
| The owner or operator shall document each inspection and test that has been performed on process equipment. The documentation shall identify the date of the inspection or test, the name of the person who performed the test, the serial number or other identifier of the equipment on which the test was performed, a description of the inspection or test performed, and the results of the inspection or test. | x | | | All mechanical integrity activities are documented in the CMMS system | | |
| Equipment deficiencies - the owner or operator shall correct deficiencies in equipment that are outside acceptable limits (defined by the process safety information in section 2760.1) before further use or in a safe and timely manner when necessary means are taken to assure safety operation. | x | | | All equipment is maintained within specifications. Process monitoring equipment alerts staff to issues that may arise and shutdown procedures ensure that equipment does not run if it is not safe to do so. | | |
| *Quality assurance* | | | | | | |

APL-GAELG_00003248

| | | | | | | |
|---|---|---|---|---|---|---|
| In the construction of new plants and equipment, the owner or operator shall assure that equipment as it is fabricated is suitable for the process application for which they will be used. | x | | | Design specification documentation calls out all fabrication information | | |
| Appropriate checks and inspections shall be performed to assure that equipment is installed properly and consistent with design specifications and the manufacturer's instructions. | x | | | The site's SL1 and SL2 process (PSSR) verifies that the equipment has been installed according to specifications and all EHS requirements are in place prior to start-up/operation | | |
| The owner or operator shall assure that maintenance materials, spare parts and equipment are suitable for the process application for which they will be used. | x | | | Anything other than replacement in kind requires an MOC review to ensure all materials, parts and equipment are suitable for the process application for which they will be used. | | |
| Date of most recent review or revision of maintenance procedures | | | | During CMMS implementation 2019 | | |
| Date of the most recent equipment inspection or test and the equipment inspected or tested | | | | Regular maintenance, testing and inspections are performed, all documented in the CMMS system | | |
| **2760.6** **Management of Change** | | | | | | |
| The owner or operator shall establish and implement written procedures to manage changes (except for "replacement in kind") to process chemicals, technology, equipment and procedures; and changes to stationary sources that affect a covered process. | x | | | | | |
| The procedures shall assure that the following considerations are addressed prior to any change: | | | | | | |
| The technical basis for the proposed change | x | | | "Request for change form" section III | | |
| Impact of change on safety and health | | x | | "Request for change form" section IV | 7. The MOC checklists includes a section asking about completion of the Initial Risk Assessment. The Initial Risk Assessment or process of conducting it is not described in the program.<br><br>NOTE: Consider adding "high risk" to the definitions to clarify the initial risk assessment and requirements for further EHS sign off (add to table in section IV) | 7. Include a description of the "initial risk assessment" in the MOC program to clarify how it is accomplished to determine the impact of change on safety and health. |
| Modifications to operating procedures | x | | | "Request for change form" section VI | | |
| Necessary time period for the change; and, | x | | | "Request for change form" section I (asks if it's temporary) | | |
| Authorization requirements for the proposed change. | x | | | "Request for change form" section X (change authorization) | NOTE: Consider adding other groups/departments such as facilities, MOCVD or others that may be appropriate for sign off | |

bsi.

APL-GAELG_00003249

Case 5:25-cv-07360-PCP   Document 80-3   Filed 04/27/26   Page 178 of 459

| Requirement | Yes | No | N/A | Comments | Findings | Recommendations |
|---|---|---|---|---|---|---|
| Employees involved in operating a process and maintenance and contract employees whose job tasks will be affected by a change in the process shall be informed of, and trained in, the change prior to start-up of the process or affected part of the process. | | x | | | 8. Training on the MOC program has not yet occurred (planned for "a couple of weeks") | 8. Train all employees who are involved in operating a covered process, maintenance activities or whose job tasks are affected by changes to a process or part of process in the MOC procedure. |
| If a change covered by this section results in a change in the process safety information required by Section 2706.1, such information shall be updated accordingly | | x | | | 9. The FMEA conducted for the CS Clean installation resulted in action items to update the P&IDs and operating parameters tables, this action was not communicated or completed in a timely manner. | 9. Complete all actions from the CS Clean FMEA<br><br>10. Fully implement the MOC program to ensure that all employees are trained in requirements of the process and all actions resulting from MOC and associated hazard analyses are communicated and completed. |
| If a change covered by this section results in a change in the operating procedures or practices required by Section 2760.3, such procedures or practices shall be updated accordingly. | | | x | No changes have resulted in operating procedure changes | | |
| Date of most recent change that triggered management of change procedures | | | | June 19, 2017 | | |
| Date of most recent review or revision of management of change procedures | | | | March 2019 | | |
| **2760.7    Pre-Startup Review** | | | | | | |
| The owner or operator shall perform a pre-startup safety review for new stationary sources and for modified stationary sources when the modification is significant enough to require a change in the process safety information. | x | | | PSSR activities are conducted using the site's SL1 and SL2 checklists | | |
| The pre-start up safety review shall confirm that prior to the introduction of regulated substances to a process; | | | | | | |
| Construction and equipment is in accordance with design specifications; | x | | | Design requirements captured in individual line items and verified during each sign off level in the SL1, 2 and 3 checklists. | | |
| Safety, operating, maintenance, and emergency procedures are in place and adequate; | x | | | SL3 checklists include checks for operational and maintenance procedures.<br>SL2 checklist includes a line item to verify that ERT coordinator is familiar with emergency shutdown procedures. | | |
| For new stationary sources, a PHA has been performed and recommendations have been resolved or implemented before start up, and modified stationary sources meet the requirements contained in management of change, Section 2760.6; and, | x | | | Initial system wide PHA included review of all stationary sources. | | |
| Training of each employee involved in operating a process has been completed. | | x | | | See previous finding regarding training | |
| Date of most recent pre-startup review | | | | all systems were reviewed using the SL1 and SL2 checklists during formal pre-start up review conducted at install prior to operation in 2015. | | |
| **2760.8    Compliance Audits** | | | | | | |

bsi.

APL-GAELG_00003250

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 179 of 459

| Requirement | Yes | | No | Comments | Notes | |
|---|---|---|---|---|---|---|
| The owner or operator shall certify that they have evaluated compliance with the provisions of this article at least every 3 years to verify that he procedures and practices developed under the chapter are adequate and are being followed. | x | | | Compliance audit (this audit) is the first 3 year compliance audit conducted for the facility.  The audit occurred onsite April 1-4 2019. | | |
| The compliance audit shall be conducted by at least one person knowledgeable in the process. | x | | | Personnel conducting the audit, Wendy Tredway, CHMM and Principal Consultant and Steve Trammell, PE, CSP, CCPSC, CHMM and Principal Consultant of BSI are familiar with the covered processes. All staff personnel interviewed during the audit are also familiar with the process. | | |
| A report of the findings of the audit shall be developed. | x | | | This checklist and summary letter serves as the audit report | | |
| The owner or operator shall promptly determine and document an appropriate response to each of the findings of the compliance audit, and document that deficiencies have been corrected. | | | x | Apple will proceed with corrective actions after acceptance of the audit report | | |
| The owner or operator shall retain the two most recent compliance audit reports. | | | x | This is the first compliance audit | | |
| Date of the most recent compliance audit | | | | April 1-4, 2019 | | |
| Date of completion of any changes resulting from the compliance audit. | | | | To be determined by Apple after receipt of the report | | |

| 2760.9 | Incident investigation | | | | | | |
|---|---|---|---|---|---|---|---|
| The owner or operator shall investigate each incident which resulted in, or could reasonably have resulted in, a catastrophic release of a regulated substance. | | | x | There have been no incidents since the process started operation. | | |
| An incident investigation shall be initiated as promptly as possible, but not later than 48 hours following the incident. | | | x | There have been no incidents since the process started operation. | | |
| An incident investigation team shall be established and consist of at least one person knowledgeable in the process involved, including a contract employee if the incident involved work of the contractor, and other persons with appropriate knowledge and experience to thoroughly investigate and analyze the incident. | | | x | There have been no incidents since the process started operation. | NOTE:  while there have been no incident investigations, Apple's process involves requirements to include all appropriate and knowledgable personnel in the investigation process. | |
| A report shall be prepared at the conclusion of the investigation which includes at a minimum: | | | x | There have been no incidents since the process started operation. | NOTE:  While there have been no incidents with the systems requiring reporting, the Apple incident reporting form and process meets all requirements in the event an incident does occur. | |
| Date of incident | | | | | | |
| Date investigation began | | | | | | |
| A description of the incident | | | | | | |
| The factors that contributed to the incident; and, | | | | | | |
| Recommendations resulting from the investigation. | | | | | | |

Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 3 Audit Schedule

APL-GAELG_00003251

Case 5:25-cv-07360-PCP   Document 80-3   Filed 04/27/26   Page 180 of 459

| Requirement | Yes | No | N/A | Comments | Notes | Recommendations |
|---|---|---|---|---|---|---|
| The owner or operator shall establish a system to promptly address and resolve the incident report findings and recommendations. Resolutions and corrective actions shall be documented. | x | | | The Apple incident investigation process meets all requirements | | |
| The report shall be reviewed with all affected personnel whose job tasks are relevant to the incident findings including contract employees where applicable. | | | x | No incidents have occurred triggering incident investigation | | |
| Incident investigation reports shall be retained for five years. | | | x | No incidents have occurred triggering incident investigation | | |
| Date of the most recent incident investigation | | | x | No incidents have occurred triggering incident investigation | | |
| expected date of completion of any changes resulting from the investigation. | | | x | No incidents have occurred triggering corrective actions | | |
| **2760.10** | | | | **Employee Participation** | | |
| The owner or operator shall develop a written plan of action regarding the implementation of the employee participation required by this section. | x | | | A written employee participation plan exists | | |
| The owner or operator shall consult with employees and their representatives on the conduct and development of PHA and on the development of the other elements of process safety management in this chapter. | | x | | | 10. Training has been rolled out, however everyone interviewed had not received instructions or direction to take the training.<br><br>NOTE:  There is little awareness of the EP program, however that should be resolved after training is accomplished. | 11. Ensure all employees complete the training to increase awareness of the RMP and EPP |
| The owner or operator shall provide employees and their representatives with access to PHAs and to all other information required to be developed under this chapter. | x | | | All PHA documentation is available through the EHS team. | | BMP - Determine a appropriate storage location for the PHA and other information that would be easily accessible to all employees without having to request it from EHS |
| Date of the most recent review or revision of employee participation plans | | | | April 4, 2019 | NOTE:  Date of plan pulled from Box file (upload date). Consider adding a date the plan to track revisions. | |
| **2760.11** | | | | **Hot Work Permit** | | |
| The owner or operator shall issue a hot work permit for hot work operations conducted on or near a covered process. | x | | | | | |
| The permit shall document that the fire prevention and protection requirements in Section 5189 of Title 8 of CCR have been implemented prior to beginning the hot work operations; it shall indicate the date(s) authorized for hot work; and identify the object on which hot work is to be performed.  The permit shall be kept on file until completion of the hot work operations. | x | | | | NOTE:  Tony handles hot work permits for facilities - permit system, fire watch initiated through ERT for types of work that disable sprinklers or fire alarm system Doug and Dan can issue hot work permits also | |
| Date of the most recent review or revision of hot work permit procedures. | | | | The Hot Work Program is dated March 2013, with review scheduled to occur by the end of Apple's Fiscal year 2019 Q2 (March 2019). | | |

APL-GAELG_00003252

| 2760.12 | Contractors | | | | | | |
|---|---|---|---|---|---|---|---|
| | Application. This section applies to contractors performing maintenance or repair, turnaround, major renovation, or specialty work on or adjacent to a covered process.  It does not apply to contractors providing incidental services which do not influence process safety, such as janitorial work, food and drink services, laundry, delivery or other supply services. | | x | | | 11. A comprehensive Construction Contractor Safety Management Program exists, however it is not entirely applicable to the site or fully implemented. | 12. Create an addendum to the Global Program to address SB01 applicability and conduct training on the additions to address all items that do not have specific findings listed in this section. |
| | *Owner or operator responsibilities.* | | | | | | |
| | The owner or operator, when selecting a contractor, shall obtain and evaluate information regarding the contract owner or operator's safety performance programs. | | x | | Interviews with staff and review of the Construction Contractor Safety program show that procurement is responsible for evaluation of contractor safety performance during the initial contracting process | 12. A contractor evaluation process is in place at Apple, however it is not clear if that program extends to specific sites such as Aria. The site personnel did not know the process for locating the documentation associated with the contractor safety performance review. | 13. Work with procurement to learn the process for obtaining contractor safety performance information. |
| | The owner or operator shall inform the contract owner or operator of the known potential fire, explosion, or toxic release hazards related to the contractor's work and the process. | | x | | | 13. Interviews indicate that most contractor staff are trained prior to performing work, but some contractors such as Flagship or other internal departments (Apple Security) may not be fully trained on Hazards of the covered process related to their work.

Note:  training of other contractors working directly with the covered processes is in place. | 14. Implement contractor onboarding and training process to cover hazards of the covered process associated with all contractor activities covered by the RMP standard (i.e.: contractors performing non-incidental tasks). |
| | The owner or operator shall explain to the contract owner or operator the applicable provisions of Article 7 | | x | | | 14. Contractors have not been fully trained on the Emergency Response Program. | 15. As part of contractor onboarding process, provide emergency response training.  Document training and retain records. |
| | The owner or operator shall develop and implement safe work practices consistent with Section 2760.3(d), to control the entrance, presence, and exit of the contract owner or operator and contract employees in covered process areas. | x | | | Site access and access to areas with covered processes is strictly controlled through badge readers. | | |
| | The owner or operator shall periodically evaluate the performance of the contract owner or operator in fulfilling their obligations as specified in section (c). | | x | | | 15. It is unknown if ongoing contractor performance is being evaluated | 16. Work with procurement to determine if and ensure that ongoing contractor performance evaluation is being conducted. |
| | *Contract Owner or operator responsibilities* | | | | | | |
| | The Contract owner or operator shall assure that each contract employee is trained in the work practices necessary to safely perform his or her job | x | | | Interviewed with ACT indicates that training is well organized and covers the work practices necessary to safely perform their job.  Non-routine work is planned via Safe Work Plans that include training for personnel involved. | | |

bsi.

APL-GAELG_00003253

| Requirement | | | | Comments | Finding | Recommendation |
|---|---|---|---|---|---|---|
| The contract owner or operator shall assure that each contract employee is instructed in the known potential fire, explosion, or toxic release hazards related to his or her job and the process and the applicable provisions o of the emergency action plan | | x | | | See previous finding for contractor training. ACT (hazardous waste service provider) was interviewed and all standard required training records were in place and readily available (HAZWOPER, HazMat Tech, etc.). Training on the covered processes, RMP and associated hazards was not formally received. | Repeat - See finding #14 - Implement contractor onboarding and training process to cover hazards of the covered process associated with all contractor activities covered by the RMP standard (i.e.: contractors performing non-incidental tasks). |
| The contract owner or operator shall document that each contract employee has received and understood the training required by this section. The contract owner or operator shall prepare a record which contains the identity of the contract employee, the date of training, and the means used to verify' that the employee understood the training. | | x | | | 16. Training on the covered process has not occurred so training records do not exist. | Repeat - see finding #15 - Document training and retain records. |
| The contract owner or operator shall assure that each contract employee follows the safety rules of stationary source including the safety work practices required by section 2760.3(d) | x | | | Contractors are well controlled, safe work practices are in place and followed. Safe work authorization and Safety work permit orientation training materials are in place. | | |
| The contract owner or operator shall advise the owner or operator of any unique hazards presented by the contract owner or operator's work, or of any hazards found by the contract owner or operator's work. | x | | | Safe Work Plans are prepared for any non-routine tasks and clearly outline the hazards of the work that will be completed, mitigations in place and emergency procedures to follow. | | |
| Date of the most recent review or revision of contractor safety procedures | | | | March 2019 - EHSMS-GC-00 Construction EHS General Conditions and Standards<br><br>Other Safe work permits (August 2015)<br>-confined space entry<br>-energized electrical work<br>-excavation<br>-fire protection-security systems impairment<br>-gas detection system impairment<br>-hot work<br>-mobile crane<br>-non-routine high hazard<br>-working from heights | See previous comments/finding regarding development of a site specific contractor safety management program. | |
| Date of most recent evaluation of contractor safety performance. | | | | unknown | 17. The most recent review of contractor safety performance is not known.<br><br>NOTE: there is a place holder within the RMP document for this information. | 17. Determine and document most recent review of contractor safety performance within the RMP document. |

bsi.

Apple Confidential SB01 RMP 3 year compliance audit 041619.docx: Attachment 3 Audit Schedule

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 182 of 459

# D.<u>EXHIBIT D</u>

*Exhibit D — Santa Clara Fire Department Plan Check Committee Minutes for PLN24-00556 (3240 Scott).*

# FIRE DEPARTMENT

DEPARTMENT PCC-SC MINUTES

| PCC Meeting Date: | 5/21/24, 11/26/24, 6/17/25 |
|---|---|
| Reviewer: | CP |
| Agenda Item #: | A |
| File: | PLN24-00556 and PLN24-00579 (Tentative Map) |
| Address: | 3240 Scott |
| Project Description: | **Stuart Hays / SB330 Builder's Remedy Preliminary Application** to construct a 5-story building with 166 residential units, associated parking, and residential amenities. The application includes a tentative tract map to allow for 166 residential condominium units. |

**FIRE DEPARTMENT COMMENTS:**

Reviewer Note:
Do not approve without Jake and Fred's approval. See previous Review Notes.

PLN24-00579 (Tentative Map) is approved.

6/17/25 Comments:

1. Due to the project's proximity to a Cal-ARP research and development facility, fire department approval is withheld until environmental documentation is completed and potential hazards to sensitive receptors are fully evaluated.
2. Please note an AMMR would be required for hose pull lengths, alternate hammerhead, and aerial access. This is just an informational note. The Fire Department has no further comments, other than the comment noted above.


Reviewer Note (5/21/24): The building to the west of the building is a high hazard use (Apple) building and CAL ARP regulated with plume models that are not favorable for this area. are trying to change zoning from industrial (zoned for Industrial for a reason) to residential, which Planning says may be a problem as general plan says hazardous use shall not be within 500 feet of site. Jake asked Xander on if we must disclose this, and he agreed that we should state the EIR/planning process needs to incorporate and consider the location of the facility.

Reviewer Note (11/26/24): I met with this project separately and they did not disclose they planned a park/community area over a decent chunk of the fire department access road. This in addition to the request to use an alternate hammer head caused Jake to want to gain explicit permission from Chief Miller for access at the site. In regard to the rezoning and location to the adjacent Apple hazmat site, as of right now we are unsure if Planning is ok with this zoning change. Email out to Steve to confirm where planning stands.

11/26/24 Comments

1. The park/community area on the emergency vehicle access road was not disclosed in previous meetings with the project. Using the access road like this as well as the other access code deficiencies (aerial access setbacks, 150 feet from access roads to all exterior portions of the building, and alternate hammerhead) requires another meeting with the Fire Department for discussion.

5/21/24 Comments

1. Please note the allowable building area, height, and stories have not been completely reviewed as there is not sufficient information available so this is not intended to be a complete review. With the information provided, Type V construction, 5 stories, 60 feet: Please note Chapter 5 of the California Building Code does not allow 5 stories in Type V construction.
2. Please dedicate a sheet to showing fire department access as noted below.
3. Please clearly show every road that is being designated as an aerial access road as well as the 15 to 30-foot required setbacks. Aerial access roads are required when buildings exceed 30 feet measured to the highest pitched eave, the intersection of the roof to the exterior wall or the top of parapet walls, whichever is greater (CFC D105.1).
4. Please note Page 11 on the Fire Department Access and Water Supply guideline (linked below) for how parking can be arranged on required aerial access roads. Please designate aerial access roads and provide a narrative on how parking will function on these streets if a fire lane is not designated.
5. Please note all outer turning radius are required to be 50 feet and inner turning radius are required to be 30 feet. Please show turning radiuses.
6. Please note overhead power lines are not allowed over fire access roads and trees that exceed 30 feet in mature height are not allowed along aerial access roads. There are trees that exceed 30 feet in mature height shown on the landscaping plans along aerial access roads. Please designate aerial access roads and update landscaping plans to show trees with mature heights that exceed 30 feet are not allowed on the aerial access roads. Please note this can be condition of approval and is a heads up for your building permit submittal.
7. Please note Appendix B and C are amended through local ordinance (linked below). Fire flow and hydrant spacing are required to be submitted for the Building Permit.
8. Please note this application or any future planning application is not explicit approval for location or spacing of hydrants. This will be reviewed again during the Building Permit.
9. Please note the requirement for emergency rescue openings depending on the type of construction of the buildings. Emergency rescue openings will require sufficient room to place and set up a ladder, which are shown in the Fire Department Access and Water Supply guideline. Please show location of proposed ladder pads and that clearances are sufficient.
10. Please provide a complete existing utility plan for the site.
11. Please note lack of code compliance may be mitigated with an alternative means and methods request. There is no guarantee an AMMR will be accepted. Any communication or discussion regarding an AMMR during the planning application is not binding. The AMMR permit needs to be submitted to the Fire Department concurrently with the Building Permit.
12. Please note a complete Title 24 review has not been conducted for this planning application.
13. The Fire Department reserves the right to request additional information including a needs assessment when additional details become available such as, but not limited to,

an environmental impact report.

14. Please note a Phase II environmental assessment will be required. If the project already has one, please submit the information for review. If not, it will be a condition of approval.

15. Please note that there is a CUPA regulated facility located in proximity of the building. The proximity shall be considered throughout the planning application.

Santa Clara guidelines:
https://www.santaclaraca.gov/our-city/departments-a-f/fire-department/fire-permits-guidelines

Santa Clara local fire ordinance:
https://www.codepublishing.com/CA/SantaClara/#!/SantaClara15/SantaClara1560.html#15.60

# E. **<u>EXHIBIT E</u>**

*Exhibit E — 2020 Process Hazard Analysis Revalidation Report by BSI*.





EHS Services and Solutions

# Process Hazard Analysis

## SB01 Facility

*September 2020*

Prepared for:

Apple, Inc.
3250 Scott Blvd.
Santa Clara, CA 95054

| Prepared by: | Reviewed by: |
|---|---|
| Wendy Tredway, CHMM | Steve Trammell, PE, CSP, CCPSC, CHMM |
| Principal Consultant | Principal Consultant |
| wendy.tredway@bsigroup.com | steve.trammell@bsigroup.com |

...making excellence a habit.™

APL-GAELG_00003357

Apple, Inc. – Process Hazard Analysis

# Table of Contents

Executive Summary   1

Introduction   3

Process Description   4

     Process Overview   4

     Piping & Instrumentation Diagrams (P&IDs) and Mechanical Schematics   4

PHA Team   5

Assessment Methodology   6

What If? Hazard Assessment Methodology   6

Failure Modes and Effects Analysis (FMEA)   8

Node Selection   9

     Group 1: Hazardous Production Material (HPM) Gas Distribution Systems   9

     Group 2: HPM Precursors (Organometallics) Supporting MOCVD Processes, Both on-tool and Any Remote Liquid and/or Vapor Delivery Systems (If Applicable)   9

     Group 3: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources   9

     Group 4: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources   10

     Group 5: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Liquids   10

     Group 6: Wastewater System Supporting HPM Liquid Waste Lines to Include Collection Tanks For Concentrated Waste (e.g., Metals, Photolithography/Solvent Waste)   10

     Group 7: Bulk Ammonia   11

Previous Incidents   11

Controls Applicable to Hazards and Consequences of Control Failure   11

Original PHA Action Item Closure   12

New Action Item Determination   12

Results   13

Summary Documentation   13

Review, Update, and Recordkeeping Requirements   13

bsi.

APL-GAELG_00003358

Apple, Inc. – Process Hazard Analysis

Action Item Summary List                                                                                          13

## Attachments

Attachment 1: Group 1: Hazardous Production Material (HPM) Gas Distribution Systems

Attachment 2: Group 2: HPM Precursors (Organometallics) Supporting MOCVD Processes, Both On-Tool and Any Remote Liquid and/or Vapor Delivery Systems (If Applicable)

Attachment 3: Group 3: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

Attachment 4: Group 4: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

Attachment 5: Group 5: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Liquids

Attachment 6: Group 6: Wastewater System Supporting HPM Liquid Waste Lines to Include Collection Tanks for Concentrated Waste (e.g., Metals, Photolithography/Solvent Waste)

Attachment 7: Group 7: Bulk Ammonia

Appendix 1: P&IDs

Appendix 2: PHA Session Sign-In Sheets

Appendix 3: PHA Action Item Summary Table

Appendix 4: PHA Facilitator and Scribe Qualifications



APL-GAELG_00003359

Apple, Inc. – Process Hazard Analysis

# Executive Summary

BSI EHS Services and Solutions (BSI) facilitated and documented a five-year revalidation Process Hazard Analysis (PHA) analysis for the existing Apple, Inc. (Apple) SB01 (Scott) facility in Santa Clara, California. The original PHA was performed by Environmental and Occupational Risk Management, Inc. in 2015 (acquired by BSI group).

The PHA revalidation process is a required component of the Risk Management Plan required for the facility pursuant to Title 19 of the California Code of Regulations (19 CCR), Division 2, Chapter 4.5, Section 2735 et seq.

A total of seven PHA groups, consisting of multiple nodes in table format, were included in the original PHA. The PHA team used the same PHA groupings and approach for the revalidation activities. PHA tables are attached to this report and organized in the following manner:

- Hazardous gases to include RMP regulated materials (ammonia, arsine, and chlorine)
  - HPM gas distribution systems
  - HPM precursors supporting MOCVD processes, both on-tool and any remote liquid and/or vapor delivery systems (if applicable)
  - Tool abatement and facility exhaust systems supporting process tools using HPM gases and organic precursors
- Hazardous liquids
  - HPM liquid distribution systems
  - Tool abatement and facility exhaust systems supporting process tools using HPM liquids
  - Wastewater treatment and collection system supporting HPM liquid waste lines to include collection tanks for concentrated waste (e.g., metals, photolithography/solvent waste) and onsite wastewater treatment system (e.g., Acid Waste Neutralization)
- Bulk ammonia system

For each node, the PHA team reviewed and discussed the original PHA boundaries and any changes to the systems. After a consensus was reached for each group and node, the PHA team discussed operating deviations caused by equipment malfunction, human error, and other failures (as noted in the *Causes* column of the PHA Summary tables). For operating deviations resulting in hazard, a qualitative evaluation was made of the effect of failure (as noted in the *Consequences* columns of the tables). Control measures, such as alarms, shutdown switches, operating and maintenance procedures, training, and inspections were discussed (as noted in the *Existing Safeguards* and *Protections* column of the tables). When applicable, open action items from the original PHA were covered to determine if closure had been achieved and if not, additional follow-up actions were identified. All action item closure from the original PHA session are documented in the *2020 Revalidation* column of the tables.



APL-GAELG_00003360

The review documented the type and set points for control devices and protective measures. When applicable, open action items from the original PHA were covered to determine if closure had been achieved and if not, additional follow-up actions were identified. Where inadequacies in control systems were noted for any newly identified inadequacies, the PHA team proposed actions.

In June 2017, modifications were made to two of the MOCVD systems, which are covered under a scope of the PHA. The systems involved were two tools, the Veeco K475i and the Axitron G4, and a separate Failure Modes and Effects (FMEA) study was conducted. It was decided by Apple and BSI to include a review of the FMEA during this five-year validation to synchronize schedules for future revalidations.

A description of the PHA methodologies and the results of the PHA are reflected in this document.



APL-GAELG_00003361

# Introduction

BSI EHS Services and Solutions (BSI) facilitated and documented a five-year revalidation Process Hazard Analysis (PHA) analysis for the existing Apple, Inc. (Apple) SB01 (Scott) facility in Santa Clara, California. The original PHA was performed by Environmental and Occupational Risk Management, Inc. in 2015 (acquired by BSI group).

The PHA focused on:

- Hazardous gases to include RMP regulated materials (ammonia, arsine, and chlorine)
  - HPM gas distribution systems
  - HPM precursors supporting MOCVD processes, both on-tool and any remote liquid and/or vapor delivery systems (if applicable)
  - Tool abatement and facility exhaust systems supporting process tools using HPM gases and organic precursors
- Hazardous liquids
  - HPM liquid distribution systems
  - Tool abatement and facility exhaust systems supporting process tools using HPM liquids
  - Wastewater treatment and collection system supporting HPM liquid waste lines to include collection tanks for concentrated waste (e.g., metals, photolithography/solvent waste) and onsite wastewater treatment system (e.g., Acid Waste Neutralization)
- Bulk ammonia system

Based on the above grouping, BSI facilitated hazard analyses sessions to review hazards associated with the HPM inputs and outputs from the grouped sets of systems that could result from design error, operating error, equipment failure, or external events identified during the original PHA sessions and also identify any new conditions that should be evaluated.

The PHA was conducted in a manner appropriate to the complexity of the process. The PHA addressed the following elements:

- The original PHA boundaries and validity for the revalidation sessions
- Any changes to the covered process since completion of the original PHA
- Open action items from original PHA
- The hazards of the process
- The identification of any previous incidents which had a likely potential for catastrophic consequences
- Engineering and administrative controls applicable to the hazards, and their interrelationships, such as appropriate application of detection methods to provide early warning
- Consequences of failure of administrative and engineering controls
- Siting issues
- Human factors



APL-GAELG_00003362

- A qualitative evaluation of the range of possible health and safety effects of failure of controls

Subsequent sections of this report provide a summary of the review methods used and results, as well as a listing of corrective actions (recommendations) resulting from the PHA revalidation sessions. The PHA summary tables are presented within Attachments to this report.

# Process Description

## Process Overview

HPM hazardous gases, liquids, and MOCVD precursors are used in the research and development of computer equipment. Tool abatement, facility exhaust/treatment, and wastewater treatment/collection systems are in place to support process tools using HPM gases and organic precursors. Full system descriptions for the stationary source regulated substances represented in these PHA sessions are provided in the combined RMP document submitted to the Santa Clara Fire Department on September 4, 2015.

## Piping & Instrumentation Diagrams (P&IDs) and Mechanical Schematics

The following P&ID drawings associated with the three regulated substances were referenced during the PHA sessions:

- Bulk ammonia system
    - pp7.01.1 (8/12/2015)
    - PP5.01.1 NH3 Bulk to 4-64
- 318173-Aria 2018 Master files (rev date 2/21/19), contains:
    - PP5.03.1, process piping AsH3 cylinders to MOCVD 4-68 and exhaust
    - PP5.03.2, process piping AsH3 cylinders to MOCVD 4-67 and exhaust
    - PP7.06.1- process piping 5% Cl2/N2
- Arsine system
    - PP7.03.1 – process piping AsH3 MOCVD room (rev date 8.12.15)
- Chlorine Processes
    - PP5.03.3 – Process piping PFD, Cl2 gas to MOCVD 4-68 (rev date 2/21/19)
    - 4-66 CL2 PFD rev C
- Abatement systems – Base TPU – fab TPU exhaust system – PM6.07.3 (rev date 9/18/15)
- New tool
    - PH-40 MOCVD 4-69 Fire – GLSS Record Drawing 06-01-20
    - PH-40 MOCVD Fire Dept Record Drawing 06-01-20

Additional PI&Ds where referenced for systems that are not considered part of the covered processes for purposes of the program level 3 RMP, but were requested to be covered in the PHA by the Authority Having Jurisdiction, the Santa Clara Fire Department, which included:

- AWN system (8/12/15) – PP6.20.1, PP6.20.2, PP6.20.3A, PP6.20.3B
- Acid waste lift stations (8/12/15) – PP6.25.1, PP6.25.2, PP6.25.3,
- Slurry lift stations (8/12/15) – PP6.24.1, PP6.24.2



APL-GAELG_00003363

- Slurry waste 2 lift stations (5/14/15) – PP6.24.4
- HMC collection system (2/10/15) – PP6.21.1, PP6.21.2, PP6.21.3
- HMR lift station (5/14/15) – PP6.22.1A, PP6.21.1B, PP6.22.2, PP6.22.3
- SW Collection system (2/10/15) – PP6.23.1, PP6.23.2,
- Recycle water (8/12/15) – PP6.31.1, PP6.31.2, PP6.31.3
- Grey water lift station (8/12/15) – PP6.31.1, PP6.31.2
- NEW - Evaporator (11/16/18) – PP6.30.1, pp6.22.1E

# PHA Team

The team performing the PHA consisted of expertise in facility and chemical system design, installation, operation, maintenance, and environmental safety and health from Apple and BSI.

Facilitation and scribing resources were provided by the following BSI personnel:

- Steve Trammell, PE, CSP, CCPSC, CHMM and Principal Consultant
- Wendy Tredway, CHMM and Principal Consultant

PHA session participants are included in Appendix 2.



APL-GAELG_00003364

# Assessment Methodology

Several hazard analysis methods are available as recommended by the American Institute of Chemical Engineers (AIChE) in their publication, *Guidelines for Hazard Evaluation Procedures*. In general, the complexity of the hazard analysis method chosen should reflect the complexity of the process. For the subject system, which involves piping and instrumentation and distinct system components, the hazard analysis methodology selected was What If? Hazard Analysis method. BSI briefly reviewed the hazard analysis methodologies with all members of the PHA team

## What If? Hazard Assessment Methodology

A *What If* study convenes a cross-functional team to examine a system and the consequences of potential failures of equipment systems and procedures. To perform a What If study, the assessment team formulates and answers questions to evaluate the results of unexpected events due to the effects of external events, mechanical or instrumentation failures, or human errors. The concept uses questions that begin What if. For example, What if there is a power outage?

For each upset condition or deviation, a cause or causes and potential consequences were determined by the consensus of the PHA team. Protective devices were discussed. Based on the team's determination of the adequacy of protective devices for the severity of consequences, the team identified and documented preventive actions and mitigation strategies.

Design process parameters used during the PHA reviews included but were not limited to flow, pressure, temperature, time, media, and piping or tank containment. Guidewords used during the equipment review are provided in the following Table.



APL-GAELG_00003365

| Design Parameters | Hazard Analysis Guide Words | | | | | | |
|---|---|---|---|---|---|---|---|
| | **More** | **Less** | **None** | **Part of** | **As well as** | **Other than** | **Reverse** |
| **Level** | High Level | Low Level | No Level (Empty) | Low Interface | High Interface | Loss of Containment | |
| **Pressure** | High Pressure | Low Pressure | Open to Atmosphere | Partial Pressure | | | Vacuum |
| **Flow** | High Flow | Low Flow | No Flow | Missing Ingredient | Misdirection Impurities | Wrong Material | Back Flow |
| **Temperature** | High Temperature | Low Temperature | Freezing | Cryogenic | | | Auto-refrigeration |
| **Composition or State** | Additional Phase | Loss of Phase | | Wrong Concentration | Contaminants | Wrong Material | Change of State |
| **Reaction** | High Reaction Rate (Runaway) | Low Reaction Rate (Slow) | No Reaction | Incomplete Reaction (Partial) | Side Reaction | Wrong Reaction | Decomposition |
| **Time (Procedure)** | Too Long | Too Short | Skipped or missing Step | Action Skipped | Extra Action (Shortcut) | Wrong Action | Out of Order |
| **Sequence** | Step Too Late | Step Too Early | Step Left Out | Step Left Out | Extra Action Included | Wrong Action Taken | Steps Backwards |
| **Speed** | Too Fast | Too Slow | Stopped | Out of Synch | | Web or belt break | Backward |
| **Agitation** | Excessive Mixing | Poor Mixing | No Mixing | Mixing Interruption | Foaming | | Phase Separation |
| **Concentration** | High Concentration | Low Concentration | Material Not Present | | Additional Materials Present | Wrong Material Present | |
| **Special** | External Rupture | External Leak | Utility Failure | Tube Leak | Tube Rupture | Start/Stop Maintenance Sampling | Static |



APL-GAELG_00003367

Apple, Inc. – Process Hazard Analysis

# Failure Modes and Effects Analysis (FMEA)

FMEA is a qualitative and systematic tool which helps anticipate what might go wrong with a design or process. In addition to identifying how a design or process might fail and the effects of that failure, FMEA also helps find the possible causes of failure and assists the analysis team to discuss the likelihood of failures being detected before occurrence. During an FMEA , functional requirements or design parameters for discrete components or process steps are reviewed, and the study team asks initial questions such as:

- What can go wrong?
- Where will the variation come from?
- How can we prevent or control?

The team then discusses and records the potential failure modes, the effects of the failure mode, and causes or mechanisms of failure. The team also identifies existing design or process controls and how and in what manner a failure might be detected. At this point in the analysis, the team may decide to recommend additional controls or action to further mitigate potential risks. The format decided upon by the Apple and BSI review team is provided below:

**bsi.**

**DESIGN FMEA WORKSHEET**

PROJECT TITLE _____ Drawing/Specification Reference: _____
System: _____ Company,Group,Site/Business Unit: _____
Subsystem: _____ _____
Component: _____
Prepared By: _____ date _____
Core Team: _____

| Item | Functional Requirement / Design Parameter | Potential Failure Mode | Potential Effect(s) of Failure | Potential Cause(s)/ Mechanisms | Current Design/ Process Controls | Recommended Action(s) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



Apple, Inc. – Process Hazard Analysis

# Node Selection

Based on a review of the original PHA report, changes to the covered processes, mechanical schematics, and discussion with the PHA Team, the PHA Facilitator proposed (and the team agreed upon) the following Groups and nodes. Minor modifications to the node grouping were made based on the following:

- Addition of an additional CS clean abatement system – Post Process Chamber to/through CS Clean Abatement and Oxidation Units
- Removal of tool 4-65 and installation of tool 4-69
- Installation of a distillation evaporator system to concentrate heavy metal bearing waste
- Group 3 nodes were condensed due to duplication of many controls and findings; nodes were grouped together as appropriate for each type of gas system

The groups and nodes were discussed with the PHA team and by consensus determined to be an appropriate grouping for conducting the PHA sessions.

## Group 1: Hazardous Production Material (HPM) Gas Distribution Systems

- HPM Delivery by Vendor to the site's Shipping/Receiving area and transportation to the HPM Gas cabinet
- Installation/Hook up/Changeout in HPM Gas cabinet
- Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB)
- Dispensing from the Valve Manifold Box (VMB) to the Tool and/or PEB
- RMP Focus – Arsine Gas Cabinet and Manifold (VMB)
- RMP Focus – Chlorine Gas Cabinet to Valve Manifold Box through PEB to Mixing Box

## Group 2: HPM Precursors (Organometallics) Supporting MOCVD Processes, Both on-tool and Any Remote Liquid and/or Vapor Delivery Systems (If Applicable)

- HPM (MOCVD Source) Delivery by Vendor/Apple to the site's Shipping/Receiving area and Transportation to Temperature controlled Outside Storage Bunker
- Transport from the Temperature controlled Outside Storage Area to the MOCVD Tool(s)
- MOCVD Source Installation/Hook up/Change out
- Transport of used MOCVD source to temperature-controlled storage for return to vendor

## Group 3: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

- Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber discharge to Atmosphere



APL-GAELG_00003368

Apple, Inc. – Process Hazard Analysis

- Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Scrubber Discharge to Atmosphere
  - 2020 revalidation – Addition of CS Clean and oxidation system covered under FMEA review during June 2017. Revalidation conducted and included as a separate file under group 3.
- Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust system and Scrubber discharge to atmosphere

## Group 4: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

- HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel
- Delivery of Chemical to Secondary Storage Location (e.g., flammable cabinet)
- Chemical Transport from Storage to Tool
- Chemical Reservoir Fill (Tool or Delivery Cabinet)
- Includes management of empty containers
- Dispense Cabinet to the Tool – includes CDUs located in Chases and tool enclosure "CDU" for MLO (metal lift off) IPA tool
- Process Equipment **– Not in Scope**

## Group 5: Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Liquids

- Scrubbed exhaust from tool(s) to scrubber
  - No POU abatement for liquid tools
- Solvent exhaust from tool to exhaust point
- Process Equipment **– Not in Scope**

## Group 6: Wastewater System Supporting HPM Liquid Waste Lines to Include Collection Tanks For Concentrated Waste (e.g., Metals, Photolithography/Solvent Waste)

- Acid – Wet Etch, Plating, TPU/Scrubber blowdown – AWN pH Neutralization
- Heavy Metals rinse
- Photo Rinse – solvent collection
- Photo concentrate – local collection
- Solids Capture – local collection
- Tanker Haul away for collection tanks and waste drum haul off
- Chemical adds – Auto, Manual, Truck delivery
- Softener Backwash



APL-GAELG_00003369

Apple, Inc. – Process Hazard Analysis

## Group 7: Bulk Ammonia

- Disconnection of Used Columbianas, Delivery by Distributor and Hook Up of new Columbianas
- Columbiana and Columbiana Enclosures
- Purge Block
- High Pressure Block
- Vaporizer
- Low-Pressure Delivery to the Tool (through a main purifier, valve manifold box (VMB) and Point of Use Purifier
- Global What-If Node

For each node, the team reviewed the following by consensus:

- The applicable design parameters (e.g., flow rate, pressure, temperature, as applicable)
- Potential deviations for each parameter based on guidewords (such as "low," "high," and "breach," as applicable)
- The anticipated cause(s) and potential consequence(s) of each deviation
- The relevant protection measures and actions required if the current level of protection is not adequate for the magnitude of the potential consequence (as determined by the PHA team)

***Note to Fire Department – What If? Hazard Analysis Tables for Group 2, 4, 5 and 6 have been removed as they do not pertain directly to the three regulated materials (Ammonia, Arsine, and Chlorine).***

# Previous Incidents

There have been no releases or accident related to the storage, handling, and use of hazardous production materials since the systems came online.

# Controls Applicable to Hazards and Consequences of Control Failure

For each node, the PHA team discussed operating deviations caused by equipment malfunction, human error, and other failures (as noted in the *Causes* column of the PHA Summary Tables). For operating deviations resulting in hazard, a qualitative evaluation was made of the effect of failure (as noted in the *Consequences* column of the Tables). Control measures, such as alarms, shutdown switches, operating and maintenance procedures, training, and inspections were discussed (as noted in the *Protection* column of the Tables). The review documented the type and set points for control devices and protective measures. Where changes to the covered processes and/or inadequacies in control systems were noted, the PHA team proposed actions, which are documented in the *Comments and Actions* column of the PHA Review Tables.



APL-GAELG_00003370

## Original PHA Action Item Closure

The PHA team reviewed action items from the original PHA session and documented verification of action item closure within the PHA tables. If an action item was affected by a change to the process or determined to be inadequate, new/follow up actions were created if deemed necessary by consensus of the PHA Team. In the PHA table, closed actions are marked as "**PHA team verified action closed:"** in the *2020 Revalidation* column of the PHA review tables.

## New Action Item Determination

The PHA team reviewed changes to the covered processes and action item closure that occurred since the original PHA sessions conducted during the design/build phase of the facility. Where changes to the covered processes, open action items and/or inadequacies in control systems were noted, the PHA team proposed actions and documented in the node notes or the *2020 Revalidation* column of the PHA review tables. Original 2015 action items are documented in the *Original 2015 Recommendations* column of the PHA review table, with closure for those actions tracked in the *2020 Revalidation* column.



APL-GAELG_00003371

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 203 of 459

Apple, Inc. – Process Hazard Analysis

# Results

## Summary Documentation

The tables presented in Attachments 1 through 7 summarize PHA session discussions and team consensus, including action items. This documentation represents the statements and consensus of the session, discussion, and review participants. BSI did not investigate the veracity of the statements made by the participants during the assessment, and accepts no liability for issues, which were not identified during the assessment and which are later found to pose hazardous consequence

## Review, Update, and Recordkeeping Requirements

Pursuant to the RMP and CalARP requirements, at least once every five years, the PHA shall be updated and revalidated by an appropriate team to ensure it is consistent with the current process. Changes in the overall system will be per Apple's Management of Change program that will assist in the next PHA Validation process during the second five-year cycle in 2025.

## Action Item Summary List

Several actions to reduce the potential for deviation or hazard were identified during this review. Each action is listed in the *2020 Revalidation* column of the PHA Summary Tables. To facilitate tracking of action item completion, the action items documented on the PHA Session Worksheets and tracked for completion in the Action Item Summary List referenced in Appendix 3.



732248 Apple 2020 PHA Revalidation Report 090920-FD version.docx

Results    **13**

APL-GAELG_00003372

# Attachment 1: Group 1 – Hazardous Production Material (HPM) Gas Distribution Systems

Nodes included

- HPM Delivery by Vendor to the site's Shipping/Receiving area and transportation to the HPM Gas cabinet
- Installation/Hook up/Changeout in HPM Gas cabinet
- Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB)
- Dispensing from the Valve Manifold Box (VMB) to the Tool and/or PEB
- RMP Focus – Arsine Gas Cabinet and Manifold (VMB)
- RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through PEB to Mixing Box



Apple SB01 2020
Group 1 PHA.pdf



APL-GAELG_00003373

Apple, Inc. – Process Hazard Analysis

# Attachment 2: Group 2 – HPM Precursors (Organometallics) Supporting MOCVD Processes, Both On-Tool and Any Remote Liquid and/or Vapor Delivery Systems (If Applicable)

Nodes Included

- HPM (MOCVD Source) Delivery by Vendor/Apple to the site's Shipping/Receiving area and Transportation to Temperature controlled Outside Storage Bunker
- Transport from the Temperature controlled Outside Storage Area to the MOCVD Tool(s)
- MOCVD Source Installation/Hook up/Change out
- Transport of used MOCVD source to temperature-controlled storage for return to vendor

***Note to Fire Department – What If? Hazard Analysis Tables for Group 2, 4, 5 and 6 have been removed as they do not pertain directly to the three regulated materials (Ammonia, Arsine and Chlorine).***



APL-GAELG_00003374

# Attachment 3: Group 3 – Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

What if PHA Nodes included:

- Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber discharge to Atmosphere
- Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Scrubber Discharge to Atmosphere
  - 2020 revalidation – Addition of CS Clean and oxidation system covered under FMEA review during June 2017
- Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust system and Scrubber discharge to atmosphere

An FMEA was initially performed in June 2017, to study risks related to changes in post process piping and abatement system addition, for the VECCO MOCVD (tool # 4-67), and the Aixtron G4 MOCVD (tool # 4-68). Specifically, additions were made to add a controlled oxidation system to the post process piping and exhaust system of the tools, which is designed to safely remove partially or un-reacted by-products which may still exhibit highly energetic properties. Also, a second dry scrubber system from CS Cleans was added, to provide added capacity and redundancy to the originally designed and installed abatement units. The FMEA focused on these additions and resulting tables are provided below, in addition to the 2020 revalidation and review of action item closure status.


Apple SB01 2020 Group 3 PHA.pdf


FMEA.pdf


FMEA update - QCS add to 2020 PHA rev



APL-GAELG_00003375

Apple, Inc. – Process Hazard Analysis

# Attachment 4: Group 4 – Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

Nodes included:

- HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel
- Delivery of Chemical to Secondary Storage Location (e.g., flammable cabinet)
- Chemical Transport from Storage to Tool
- Chemical Reservoir Fill (Tool or Delivery Cabinet)
- Includes management of empty containers
- Dispense Cabinet to the Tool – includes CDUs located in Chases and tool enclosure "CDU" for MLO (metal lift off) IPA tool
- Process Equipment – **Not in Scope**

***Note to Fire Department – What If? Hazard Analysis Tables for Group 2, 4, 5 and 6 have been removed as they do not pertain directly to the three regulated materials (Ammonia, Arsine and Chlorine).***



APL-GAELG_00003376

Apple, Inc. – Process Hazard Analysis

# Attachment 5: Group 5 – Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Liquids

Nodes Included:

- Scrubbed exhaust from tool(s) to scrubber
    - No POU abatement for liquid tools
- Solvent exhaust from tool to exhaust point
- Process Equipment – Not in Scope

***Note to Fire Department – What If? Hazard Analysis Tables for Group 2, 4, 5 and 6 have been removed as they do not pertain directly to the three regulated materials (Ammonia, Arsine and Chlorine).***



APL-GAELG_00003377

Apple, Inc. – Process Hazard Analysis

# Attachment 6: Group 6 – Wastewater System Supporting HPM Liquid Waste Lines to Include Collection Tanks for Concentrated Waste (e.g., Metals, Photolithography/Solvent Waste)

Nodes Included:

- Acid – Wet Etch, Plating, TPU/Scrubber blowdown – AWN pH Neutralization
- Heavy metals rinse
- Photo Rinse – solvent collection
- Photo concentrate – local collection
- Solids Capture – local collection
- Tanker Haul away for collection tanks and waste drum haul off
- Chemical adds – Auto, Manual, Truck delivery
- Softener Backwash

***Note to Fire Department – What If? Hazard Analysis Tables for Group 2, 4, 5 and 6 have been removed as they do not pertain directly to the three regulated materials (Ammonia, Arsine and Chlorine).***



APL-GAELG_00003378

# Attachment 7: Group 7 – Bulk Ammonia

Nodes Included:

- Disconnection of Used Columbianas, Delivery by Distributor and Hook Up of new Columbianas
- Columbiana and Columbiana Enclosures
- Purge Block
- High Pressure Block
- Vaporizer
- Low Pressure Delivery to the Tool (through a main purifier, valve manifold box (VMB) and Point of Use Purifier
- Global What-If Node



Apple SB01 2020
Group 7 PHA.pdf



APL-GAELG_00003379

Apple, Inc. – Process Hazard Analysis

# Appendix 1: P&IDs

All available on Apple internal BOX folder



APL-GAELG_00003380

Apple, Inc. – Process Hazard Analysis

# Appendix 2: PHA Session Sign-In Sheets



Appendix 2 - sign in sheets.pdf



APL-GAELG_00003381

Apple, Inc. – Process Hazard Analysis

# Appendix 3: PHA Action Item Summary Table



action item summary 2015 & 202



Action Item Summary 2015 & 202



APL-GAELG_00003382

Apple, Inc. – Process Hazard Analysis

# Appendix 4: PHA Facilitator and Scribe Qualifications

 

Tredway W.pdf     Trammell S.pdf



APL-GAELG_00003383

# Group 1 PHA
# Hazardous Production Material (HPM) Gas Distribution Systems

**What If? Analysis Nodes – original sessions, agreed upon on 1/16/15**

5-year PHA revalidation – Nodes agreed to on 5/14/2020

- HPM Delivery by Vendor to the site's Shipping/Receiving Area and Transportation to the HPM Gas Cabinet
- Installation/hook up/changeout in HPM Gas cabinet
- Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB)
- Dispensing from the Valve Manifold Box (VMB) to the Tool and/or PEB
- RMP Focus – Arsine Gas Cabinet and Manifold (VMB)
- RMP Focus – Chlorine Gas Cabinet to Valve Manifold Box through PEB to Mixing Box

P&IDs/PFDs

- All available via "the Box" in electronic form
- 318173-Aria 2018 Master files (rev date 2/21/19), contains
  - pfd PP5.03.1, process piping AsH3 cylinders to MOCVD 4-68 and exhaust
  - pfd PP5.03.2, process piping AsH3 cylinders to MOCVD 4-67 and exhaust
  - p&ID PP7.06.1- process piping 5% Cl2/N2
- PP5.03.3 – Process piping PFD, Cl2 gas to MOCVD 4-68 (rev date 2/21/19)
- Base TPU – fab TPU exhaust system – PM6.07.3 (rev date 9/18/15)
- PP7.03.1 – process piping AsH3 MOCVD room (rev date 8.12.15)

APL-GAELG_00003384

# Session Group 1, What-If Node 1: HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Gas Cabinet

## Node References and Notes

- Basis of design
  - Fluorine/nitrogen mixture has been removed
    - UPDATE: 3/6/2015 some form of fluorine will be onsite, exact mixture TBD, potential fluorine/hydrogen
    - UPDATE: 10/09/2018 fluorine (5%)/ balance neon gas mixture onsite
  - Disilane, Dichlorosilane, Silicon tetrachloride – all need to be added to the Specialty Gas BOD (SOOs in place) – not part of covered process, information only
  - Hydrogen Bromide (HBr) and Hydrogen Iodide (HI) are future use and not included in current design – not part of covered process, information only – onsite 2 x 8 lb. HBr cylinder, HI 5 lb cylinder (PSM threshold for HBr 5000 lbs.)
    - UPDATE: 3/6/2015 may be used sooner than anticipated, need to determine when the chemical will come onsite and identify associated action items.
    - Update 2020: HBR is onsite, HI (5lb cylinder) will be in the near future; Boron Trichloride (5lb cylinder in gas cabinet), .9% phosphine (41 lbs. cylinder, 208 cu ft), 1%diborane/99%hydrogen (18 lbs. cylinder, 208 cu ft)
- P&ID/PFDs
- None apply
- SOO
  - All in development/review and available during Tool Install process (not included in original base build package)
  - Update 5/14/2020 – facility commissioning process includes the SOOs, final report from commissioning agent. Gas system SOOs.
  - **ACTION:** Tony to verify location of SOOs
- Key points
  - Bulk ammonia is not considered in this Node as the bulk ammonia system is covered in Group 7.
  - HPMs dispensed with SEMI-Gas and CSI Gas cabinets equipped with auto switch-over function.
  - NOTE: Gas cabinets used for storage; no additional gas bottles onsite for coverer processes.
  - All HPM gas storage within the cabinets (no outside warehouse storage) – space is allocated, but not expected to be used due to JIT delivery approach. Quantities will be limited based on CFC and CBC code restrictions.
    - Update 2/6/15 session – Apple will be using in house personnel to conduct all cylinder change out, gas handling activities and maintenance, exceptions being bulk

APL-GAELG_00003385

systems vs the Gas delivery vendor providing trained and experienced individual to conduct all cylinder change out and interface activities.

- Update 3/6/2015
  - o Final selection TBD – Gas Supplier Vendors (as of 1/16/15) – Alliance and Linde
  - o Update 3/30/2020 – gas supplier vendors – All gases are currently supplied by Airgas (produced by Linde), but in the process of transitioning to Matheson as the gas supplier for chlorine and arsine. Ammonia will continue to be supplied by Airgas.
  - o Update 5/14/2020: transitioning to Matheson for Arsine, Chlorine – beta testing will be occurring soon and that will determine if Matheson supplies Ammonia too. All operational support activities will remain the same as it was with Airgas.

- HPM Systems (Apple Contractor) supports all LSS needs (maintenance, calibration, etc.)
  5-year Incident History
  - Incidents and corrective actions are tracked through Incident ERT Response Forms.
    There are no recordable incidents related to any HPM gasses or processes (5/14/2020).

**Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 1. | Toxic gas leak? (e.g., arsine, phosphine) | • Cylinder neck/valve leak<br>• Handling error (dropped off truck)<br>• Impact from moving vehicle (e.g., forklift, other delivery vehicle) (MOCVD gas cabinets) | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Leaker cabinet in each gas bunker (two total) connected to scrubbed exhaust<br>• LSS system capabilities – manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• RFO on all cylinders (per customer process needs and hazmat code requirements)<br>• Gas cabinets connected to scrubbed exhaust | • **ACTION:** Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from all HPM releases. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Document delivery process and equipment SOP (Vendor(s) and Apple).<br>• Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor.<br>• Identify optimal delivery drop off location for HPM. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION:** Document receiving procedure. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |

APL-GAELG_00003387

**Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|-------------------------------|-------------------|
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g., pull stations, sensors, etc.) | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed:** 12/12/18 update – determined that the vendor did not have containment capabilities on the truck – purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| 2. | Corrosive gas leak? | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage | • Same as toxic | • Same as toxic | **No new actions from 2020 revalidation.** |
| | | | | | • **ACTION**: Verify eyewash/safety shower location and accessibility. | • **PHA team verified action closed:** Delivery path and MOCVD bunker and exterior of corrosive bunker have accessible eyewash/safety shower. |
| 3. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Fire suppression in gas bunkers and/or gas cabinets | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Evaluate gas bunker(s) and delivery path to determine appropriate areas for intrinsically safe equipment.<br>• **COMMENT**: All areas currently designed to code, evaluation may include recommendations that are Best Management Practices. | • **PHA team verified action closed**: Chemical ordering, receiving, and transport program document updated to new Apple format and maps added as an appendix, pdf and pages version uploaded to box (Linda, Tom and Team tagged as FYI) 12/12/18. Maps noted above include information about intrinsically safe areas. |
| 4. | Pyrophoric gas leak? | • Same as flammable | • Same as toxic<br>• Fire, deflagration, or detonation | • Same as toxic<br>• Pyrophoric gas bunker – deflagration design considerations have been addressed in BOD | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 5. | Oxidizer gas leak? | • Same as flammable | • Same as flammable | • Same as flammable | • Same as flammable | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003388

**Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 6. | Inert gas leak? | • Same as toxic | • Personnel exposure resulting in injury and/or fatality (asphyxiation) | • Air exchange in gas bunkers/cabinets<br>• Well ventilated delivery path (exterior) | • **ACTION**: Identify appropriate oxygen depletion sensor locations and install prior to receipt and connection to LSS. | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). 2020 update: determined not necessary to have O2 depletion sensor in bunker areas due to ventilated cabinet enclosures and/or sufficient air turnover; all other inert storage exterior (not enclosed space). |
| 7. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Compressed gas cylinder may become a projectile<br>• Leak<br>• Fire, explosion, deflagration, detonation | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements (at build)<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher-risk profile. | • **PHA team verified action closed:** Site specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION**: Document delivery process and equipment (via vendor).<br>• **COMMENT**: SOP should reflect no delivery or receipt during adverse weather conditions. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed:** 12/12/18 update - determined that the vendor did not have containment capabilities on the truck - purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| | | | | | • **ACTION**: Evaluate cylinder handling equipment for proper restraints during delivery. | • **PHA team verified action closed:** Cylinder handling equipment with proper restraints have been identified. Vendor cut sheets were reviewed and approved prior to purchase/use. 2020 update: cylinder cart with chains is used, all proper transport equipment has been in use since beginning of operation. |

bsi.

APL-GAELG_00003389

| Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| 8. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Personnel injury, property damage<br>• Compressed gas cylinder may become a projectile<br>• Leak<br>• Fire/explosion/deflagration/detonation | • None | • **ACTION**: Document delivery process and equipment SOP (vendor and Apple). | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations - include as an attachment to procedure. |
| 9. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • None | • Emergency lighting | • **ACTION**: Verify appropriate lighting with emergency backup at identified drop off location.<br><br>• **ACTION**: Include emergency lighting on critical equipment EHS PM program.<br>• **ACTION**: Verify communication protocol during loss of power. | • **PHA team verified action closed:** Emergency lighting is provided for the bulk ammonia pad as part of original design (backed up by generator and UPS).<br><br>• **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br>• **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| 10. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Fire suppression– gas bunkers/cabinets<br>• Fire control monitoring system for water flow (flow indicator)<br>• LSS system (detection, shutdown, suppression, pull stations)<br>• Air handler smoke detectors (supervisory notice)<br>• Fire department response<br>• ERT (Apple EHS personnel) response<br>• Portable fire extinguishers<br>• Hot work permit (hot work)<br>• Emergency procedures (ERT) and personnel training<br>• LSS system is capable of automated shutdowns (tied to gas detection) | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.)<br><br>• **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** ERT Team is established and in place.<br><br>• **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post-incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003390

**Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases– Closed – Linde is an approved Supplier. Internal staff is qualified to handle HPMs 2020: Only approved vendors are allowed, approval process includes review of contractor qualifications. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (vendor). <br> • **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations - include as an attachment to procedure. |
| | | | | | • **ACTION**: Document receiving procedure. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** PM program submitted to Apple on 8/19. Chris Tolbert has commented and EORM has received his input to address as of 9/15. Document finalized 10-1-15. |
| 11. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer) <br> • Equipment malfunction <br> • Sabotage <br> • Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors) <br> • Compressed gas cylinder may become a projectile <br> • Complete facility evacuation with significant downtime <br> • Area contamination – deposition of hazardous byproducts <br> • Reputational risk (regulatory, media-public relations) <br> • Environmental damage | • Fire department response <br> • ERT (Apple Aria personnel) response <br> • Emergency procedures and personnel training <br> • LSS detection points in place within storage areas (bunkers/cabinets) <br> • LSS system is capable of automated shutdowns (tied to gas detection) <br> • Critical equipment PM program | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003391

| Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION** Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (vendor).<br>• **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations - include as an attachment to procedure. |
| | | | | | • **ACTION**: Document receiving procedure – closed – 12/12/18: final document (7-18-16) posted in Box folder. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** PM program submitted to Apple on 8/19. Chris Tolbert has commented and EORM has received his input to address as of 9/15. Document finalized 10-1-15. |
| 12. | Flood? | • Natural occurrence | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training | • None | • None |
| 13. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. 2020: updates are submitted to DHS when changes occur (BCl3 removed, not a covered process under RMP/PSM). |

bsi.

APL-GAELG_00003392

**Session Group 1 - What-If Node 1: HPM Delivery by Vendor the HPM Gas Cabinets**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|-------------------------------|-------------------|
| 14. | Truck fire | • Equipment malfunction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • None<br>• Fire extinguishers located throughout facility<br>• Gas suppliers are required to follow DOT requirements (e.g., fire extinguisher on truck) | • **ACTION**: Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third party vehicles. |

bsi.

APL-GAELG_00003393

# Session Group 1, What-If Node 2: Cylinder Installation/Hook Up/Changeout

## Node References and Notes

- Basis of design
    - Fluorine/nitrogen mixture has been removed
        - UPDATE: 3/6/2015 some form of fluorine will be onsite, exact mixture TBD, potential Fluorine/Hydrogen
        - UPDATE: 10/09/2018 fluorine (5%)/ balance neon gas mixture onsite
    - Disilane, Dichlorosilane, Silicon tetrachloride – has been added to the Specialty Gas BOD (SOOs in place) – not part of covered process, information only
    - Hydrogen Bromide (HBr) and Hydrogen Iodide (HI) are future use and not included in current design not part of covered process, information only - onsite 2 x 8 lb. HBr cylinder, HI 5 lb. cylinder (PSM threshold for HBr 5000 lbs.)
        - UPDATE: 3/6/2015 may be used sooner than anticipated, need to determine when the chemical will come onsite and identify associated action items.
        - Update 2020: HBR is onsite, HI (5lb cylinder) will be in the near future; Boron Trichloride (5lb cylinder in gas cabinet), .9% phosphine (41 lbs. cylinder, 208 cu ft), 1%diborane/99%hydrogen (18 lbs. cylinder, 208 cu ft)
- P&ID
    - All available via "the Box" in electronic form
- SOO
    - All in development/review and available during tool install process (not included in original based build package)
    - Update: all SOOs complete (gas systems)
- Key Points
    - Bulk ammonia is not considered in this Node as the bulk ammonia system is covered in Group 7.
    - HPMs dispensed with SEMI-Gas and CSI Gas cabinets equipped with auto switch-over function.
    - NOTE: Gas cabinets used for storage, no additional gas bottles onsite for covered processes.
    - All HPM gas storage within the bunkers/cabinets (no outside warehouse storage) – space is allocated, but not expected to be used due to JIT delivery approach. Quantities will be limited based on CFC and CBC code restrictions.
        - Update 2/6/15 session – Apple will be using in house personnel to conduct all cylinder change out and gas handling activities, exceptions being bulk systems vs the Gas delivery vendor providing trained and experienced individual to conduct all cylinder change out and interface activities.

APL-GAELG_00003394

- ▪ Update 3/30/2020 – Gas supplier vendors – All gases are currently supplied by Airgas (produced by Linde), but in the process of transitioning to Matheson as the gas supplier for chlorine and arsine. Ammonia will continue to be supplied by Airgas.
- ▪ HPM Systems (Apple Contractor) will support all LSS needs (maintenance, calibration, etc.)

  Update 5/20/2020: Modifications to systems will be done by ABCS for PLC programming, Calcon for HMI programming

APL-GAELG_00003395

**Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|-------------------------------|-------------------|
| 15. | Toxic gas leak? | • Improper fitting and/or component connection<br>• Component or valve failure<br>• Component or valve fitting leak<br>• High pressure (higher than connection ratings)<br>• Improper maintenance steps conducted during gas panel component replacement<br>• Cylinder dropped, mishandled, or damaged<br>• Inadequate purge steps taken<br>• Surrounding maintenance or construction activities such as hot work | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Gas cabinet (and potential for gas vault) contamination – deposition of hazardous byproducts<br>• Compressed gas cylinder may become a projectile<br>• Reputational risk (regulatory, media-public relations)<br>• Equipment damage | • DISS fittings to prevent incompatible connections<br>• Gas cabinet equipped with exhaust ventilation that is monitored for flow, equipped with self-closing doors and a fire sprinkler (standard gas cabinet design)<br>• Gas cabinet exhaust connected to treatment<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• Gas detection supplied to gas cabinet exhaust duct and interfaced with LSS<br>• RFO on all cylinders<br>• JIT delivery<br>• Gas bunker room exhaust connected to scrubber<br>• Gas bunker exhaust is monitored by static pressure and interfaces with the LSS<br>• Excess flow is incorporated into the gas cabinet gas panel – may have some benefit, but dependent on location of leak<br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of distribution lines prior to startup approval<br>• ISNet World used for contractor qualification<br>• All HPM piping will be labeled and be provided with direction of flow<br>• Gas cabinets equipped with automated purge sequence, including integrated leak test | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.).<br><br>• **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** ERT Team is established and in place.<br><br>• **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003396

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gase. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish vendor delivery protocols and schedule. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: Create PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 16. | Corrosive gas leak? | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage | • Hastelloy C22 is used vs 316L SS | • Same as toxic | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003397

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| 17. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Grounding is provided at gas cabinet fire suppression located in the gas cabinet and bunkers<br>• LSS detection points in place within storage areas (bunkers/cabinets)<br>• LSS system is capable of automated shutdowns (tied to gas detection) | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 18. | Pyrophoric gas leak? (excluding Silane) | • Same as flammable | • Same as flammable<br>• Fire, deflagration, or detonation | • Same as flammable<br>• Sprinklered cabinets<br>• Gas bunker is designed to for deflagration relief | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 19. | Silane gas leak? | • Same as flammable | • Same as flammable<br>• Fire, deflagration, or detonation<br>• Silicon dioxide (fine sand) dispersing throughout area | • Same as flammable<br>• Exhaust dilution<br>• UV/IR<br>• Sprinklered cabinets<br>• Gas bunker is designed for deflagration relief | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 20. | Oxidizer gas leak? | • Same as flammable | • Same as flammable<br>• Fire (O2 rich environment increases fire hazard potential), deflagration, or detonation | • Same as flammable | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 21. | Inert gas leak? | • Same as toxic | • Same as toxic<br>• Personnel exposure resulting in injury and/or fatality (asphyxiation) | • Same as toxic<br>• Exhausted gas cabinet for purge gases only.<br>• Highly ventilated environment<br>• **NOTE:** Inerts do not have RFOs, excess flow sensing, nor gas detection | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 22. | Human error during bottle changeout? | • Same as toxic<br>• Not having nor following SOP<br>• Behavioral safety influences<br>• Cylinder dropped, mis-handled or damaged<br>• Inadequate purge steps taken | • Same as toxic | • Same as toxic<br>• Fitting compatibility<br>• Qualified personnel with HPM system familiarity | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 23. | Incompatible chemical reaction? | • Incorrect labeling<br>• Incorrect gas connection<br>• Cylinder leak | • Exothermic reaction potential | • Fitting compatibility | • **ACTION:** Verify classification of fittings to match gas types. | • **PHA team verified action closed:** All cylinders equipped with DISS fittings. |

bsi.

APL-GAELG_00003398

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| 24. | Loss of purge gas(es)? | • Ran out of purge gas<br>• Leak in purge gas system | • Residual HPM gases in gas panel lines<br>• Will not be able to hook up and/or remove a HPM gas cylinder from the gas cabinet | • None<br>• Gas cabinet equipped with pressure switch and integrated warning alarm for purge gas pressure<br>• Gas cabinets equipped with automated purge sequence, including integrated leak test. | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br><br>• **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor.<br>• **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified.<br><br>• **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box.<br><br>• **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| 25. | Abatement treatment nameplate capacity is exceeded? | • Incorrect or no RFO installed<br>• Gas concentration (too rich)<br>• Simultaneous purge cycles<br>• Reduced capacity (abatement system)<br>• Improper maintenance or changeout (abatement system)<br>• Abatement equipment not built to spec | • Same as toxic<br>• Inadvertent release to the environment<br>• Visible plume | • Equipment acceptance and commissioning<br>• BOL verification for correct cylinder specifications (e.g., RFO)<br>• Toxic gas sensors on outlet of abatement systems (will identify breakthrough)<br>• Abatement system signals GLSS when offline, GLSS shuts down gas systems | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 26. | Abatement system fails? | • Same as abatement nameplate capacity exceeded | • Inadvertent release to the environment (visible plume) | • Same as abatement name plate capacity exceeded | • None | **No new actions from 2020 PHA revalidation.** |
| 27. | Loss of scrubbed exhaust? | • Fan failure<br>• Duct damper is inadvertently closed off<br>• NOTE: Same as abatement system fail | • No exhaust to gas cabinets | • Same as abatement system fails<br>• Scrubber fan has pressure sensor monitoring exhaust, alarms to GLSS when below set point | • None | **No new actions from 2020 PHA revalidation.** |
| 28. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Gas leak<br>• Fire, explosion, deflagration, detonation<br>• Equipment damage | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• HPM Seismic Shutoff that interface LSS and shuts down gas delivery<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003399

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| 29. | Complete loss of normal power? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Incomplete purged lines<br>• Temporary loss of exhaust | • Emergency power for lighting<br>• All LSS and abatement systems on Emergency power and UPS<br>• All HPM systems fail to safe state with loss of power | • **ACTION**: Review emergency lighting plans. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 30. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Gas cabinet is fire- rated, equipped with a fire sprinkler, and has a self-closing door<br>• Fire suppression<br>• LSS system (detection, shutdown, pull stations)<br>• Fire control monitoring system that covers water flow (flow indicator)<br>• Air handler smoke detectors (supervisory notice)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Emergency procedures and personnel training<br>• Hot work permit<br>• Equipment maintenance SOPs | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

APL-GAELG_00003400

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 31. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency Procedures and Personnel training<br>• LSS detection points in place within storage areas (bunkers/cabinets)<br>• LSS system is capable of automated shutdowns (tied to gas detection) | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

APL-GAELG_00003401

| Session Group 1 - What-If Node 2: Cylinder Installation/Hook Up/Changeout | | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Original 2015 Recommendations | 2020 Revalidation |
| 32. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003402

# Session Group 1, What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB)

## Node References and Notes

- Basis of design
  - Fluorine/nitrogen mixture has been removed
    - UPDATE: 3/6/2015 some form of fluorine will be onsite, exact mixture TBD, potential Fluorine/Hydrogen
    - UPDATE: 10/09/2018 fluorine (5%)/ balance neon gas mixture onsite
  - Disilane, Dichlorosilane, Silicon tetrachloride – all need to be added to the Specialty Gas BOD (SOOs in place) - not part of covered process, information only
  - Hydrogen Bromide (HBr) and Hydrogen Iodide (HI) are future use and not included in current design not part of covered process, information only - onsite 2 x 8 lb. HBr cylinder, HI 5 lb. cylinder (PSM threshold for HBr 5000 lbs.)
    - UPDATE: 3/6/2015 may be used sooner than anticipated, need to determine when the chemical will come onsite and identify associated action items.
    - Update 2020: HBR is onsite, HI (5lb cylinder) will be in the near future; Boron Trichloride (5lb cylinder in gas cabinet), .9% phosphine (41 lbs. cylinder, 208 cu ft), 1%diborane/99%hydrogen (18 lbs. cylinder, 208 cu ft)
- P&ID
  - All available via "the Box" in electronic form
- SOO
  - All in development/review and available during Tool Install process (not included in original based build package)
  - Update 2020 – all completed
- Key Points
  - Bulk ammonia is not considered in this Node as the bulk ammonia system is covered in Group 7.
  - HPMs dispensed with SEMI-Gas and CSI Gas cabinets equipped with auto switch-over function. (standard gas cabinet configuration)
  - All HPM gas storage within the cabinets (no outside warehouse storage) – space is allocated, but not expected to be used due to JIT delivery approach. Quantities will be limited based on CFC and CBC code restrictions
    - Update 2/6/15 session – Apple will be using in house personnel to conduct all cylinder change out and gas handling activities, exceptions being bulk systems vs the Gas delivery vendor providing trained and experienced individual to conduct all cylinder change out and interface activities
    - Update 3/6/2015
      - Final selection TBD – Gas Supplier Vendors (as of 1/16/15) - Alliance and Linde



APL-GAELG_00003403

- ▪ Update 3/30/2020 – gas supplier vendors – All gases are currently supplied by Airgas (produced by Linde), but in the process of transitioning to Matheson as the gas supplier for chlorine and arsine. Ammonia will continue to be supplied by Airgas.
  - – HPM Systems (Apple Contractor) will support all LSS needs (maintenance, calibration, etc.)
- VMB
  - – May be several turns from the gas cabinet to a VMB
  - – All VMBs are located in the MOCVD Room except HCL which is located within the corrosive gas bunker
  - – Some lines such as PH3 go through a purifier in the MOCVD, bypass a VMB and route directly to a VEECO and/or Aixtron Gas Box
  - – All other MOCVD lines go through a VMB then to a purifier then to the Tool Box
- Distribution lines are all welded
- Bulk hydrogen, ammonia and nitrogen are routed into the room via a Bulk Purifier and then to a distribution VMB and then individual sticks go to tool purifier and then to the process tool gas box. Note: ammonia will be addressed in Session Group 7.

APL-GAELG_00003404

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 33. | Toxic gas leak? (e.g., arsine, phosphine) | • Impact from moving vehicle (e.g., forklift, or other scissor lift) (MOCVD gas cabinets)<br>• Surrounding maintenance or construction activities such as hot work<br>• Internal and/or external line degradation<br>• Poor welding of distribution line resulting in a leak over time<br>• Improper line repair or replacement procedures followed<br>• Pressure increase | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• RFO on all cylinders (per customer process needs)<br>• Gas bunker room exhaust connected to scrubber<br>• Gas cabinets connected to scrubbed exhaust<br>• Exhaust is monitored by static pressure and interfaces with the LSS<br>• Excess flow is incorporated into the gas cabinet gas panel<br>• Gas line distribution delivery are on elevated piping racks that provide protection against impact for day to day operations<br>• Hot work permit (hot work only) in place<br>• Qualified welders that incorporate ASME welding practices for hazardous fluids (HPMs)<br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of distribution lines prior to startup approval<br>• Coaxial line distribution with the annular space that is monitored – Current plans are to purge from the VMB to the Gas Cabinet<br>• ISNet World used for contractor qualification<br>• PIT program covers forklifts to ensure training of personnel<br>• Working at heights program covers scissor lifts<br>• All HPM piping will be labeled and be provided with direction of flow | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:**. ERT Team is established and in place |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post-incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003405

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT (Apple Aria personnel) capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Standard Operating Procedures (SOP) to cover all hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Verify that the Coaxial space is purged, that the Nitrogen flow sensor is in place and is monitored. | • **PHA team verified action closed:** Pull a vacuum on coaxial space and monitor vacuum with a transducer. Transducer signals to GLSS. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines | • **PHA team verified action closed::** PM program is implemented and includes daily visual inspections |
| 34. | Corrosive gas leak | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage | • Same as toxic<br>• Hastelloy C22 is used vs 316L SS | • Same as toxic | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003406

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 35. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Grounding is provided at gas cabinet and VMB lines<br>• Fire suppression located throughout the distribution all routes<br>• LSS detection points in place within storage areas (bunkers/cabinets)<br>• LSS system is capable of automated shutdowns (tied to gas detection) | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Verify that VMB's are grounded. | • **PHA team verified action closed:** All equipment is grounded. |
| 36. | Pyrophoric gas leak? | • Same as flammable | • Same as flammable<br>• Fire, deflagration, or detonation | • Same as flammable<br>• Fire suppression located throughout the distribution all routes | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 37. | Oxidizer gas leak? | • Same as flammable | • Same as flammable | • Same as flammable | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| 38. | Inert gas leak? | • Same as toxic | • Personnel exposure resulting in injury and/or fatality (asphyxiation) | • Well ventilated delivery path<br>• NOTE: Inerts do not have RFOs, excess flow sensing, nor gas detection | • None | **No new actions from 2020 PHA revalidation.** |
| 39. | Loss of purge gas? | • Will not be able to purge out the gas line prior to repair or removal<br>• Ran out of purge gas<br>• Leak in purge gas system | • Charged line<br>• Will not be able to hook up and/or remove an HPM gas cylinder from the gas cabinet | • Hazardous energy control program and specific procedures<br>• Gas cabinet equipped with pressure switch and integrated warning alarm for purge gas pressure | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 40. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak<br>• Fire, explosion, deflagration, detonation | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• HPM seismic shutoff that interface LSS and shuts down gas delivery<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003407

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 41. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Fire suppression<br>• LSS system (detection, shutdown, pull stations)<br>• Fire control monitoring system that covers water flow (flow indicator)<br>• Air handler smoke detectors (supervisory notice)<br>• fire department response<br>• ERT (Apple Aria personnel) response<br>• fire department response<br>• Portable fire extinguishers<br>• Emergency Procedures and Personnel training<br>• Hot Work Permit<br>• Equipment Maintenance SOPs | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003408

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 42. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer) <br> • Equipment malfunction <br> • Sabotage <br> • Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors) <br> • Complete facility evacuation with significant downtime <br> • Area contamination – deposition of hazardous byproducts <br> • Reputational risk (regulatory, media-public relations) <br> • Environmental damage | • Fire department response <br> • ERT (Apple Aria personnel) response <br> • Emergency Procedures and Personnel training <br> • LSS detection points in place within storage areas (bunkers/cabinets) <br> • LSS system is capable of automated shutdowns (tied to gas detection) | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 43. | Heat trace shorts electric? | • Insulation breakdown <br> • Faulty or damage to heat trace <br> • Fire | • Shock or electrocution; burn <br> • Fire <br> • Equipment damage <br> • Smoke damage <br> • Facility or lab evacuation | • UL-rated GFCI for supply side electrical – per code <br> • Heat trace system is UL-rated | • **ACTION**: Verify qualifications of installer (heat trace). | • **PHA team verified action closed:** – heat trace installed by internal personnel, qualified to perform task. |
| | | | | | • **ACTION**: Follow manufacturer's established Preventative Maintenance (PM) guidelines. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

APL-GAELG_00003409

| Session Group 1 - What-If Node 3: Dispensing from the Gas Cabinet via Auto Switchover Manifold Isolation Box (MIB) to Valve Manifold Box (VMB) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 44. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003410

# Session Group 1, What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box

## Node References and Notes

- Basis of design
  - Fluorine/nitrogen mixture has been removed
    - UPDATE: 3/6/2015 some form of fluorine will be onsite, exact mixture TBD, potential fluorine/hydrogen
    - UPDATE: 10/09/2018 fluorine (5%)/ balance neon gas mixture onsite
  - Disilane, Dichlorosilane, silicon tetrachloride – all need to be added to the Specialty Gas BOD (SOOs in place) - not part of covered process, information only
  - Hydrogen Bromide (HBr) and Hydrogen Iodide (HI) are future use and not included in current design - not part of covered process, information only - onsite 2 x 8 lb. HBr cylinder, HI 5 lb. cylinder (PSM threshold for HBr 5000 lbs.)
    - UPDATE: 3/6/2015 may be used sooner than anticipated, need to determine when the chemical will come onsite and identify associated action items.
    - Update 2020: HBR is onsite, HI (5 lb. cylinder) will be in the near future; Boron Trichloride (5 lb. cylinder in gas cabinet), .9% phosphine (41 lbs. cylinder, 208 cu ft), 1% Diborane/99% Hydrogen (18 lbs. cylinder, 208 cu ft)
- P&ID
  - All available via "the Box" in electronic form
- SOO
  - All in development/review and available during Tool Install process (not included in original based build package)
  - Update 2020: all SOOs complete (gas systems)
- Key points
  - Bulk ammonia is not considered in this Node as the bulk ammonia system is covered in Group 7.
  - HPMs dispensed with SEMI-Gas and CSI Gas cabinets equipped with auto switch-over function.
  - NOTE: Gas cabinets used for storage, no additional gas bottles onsite for coverer processes.
  - All HPM gas storage within the gas cabinets (no outside warehouse storage) – space is allocated, but not expected to be used due to JIT delivery approach. Quantities will be limited based on CFC and CBC code restrictions
    - Update 2/6/15 session – Apple will be using in house personnel to conduct all cylinder change out and gas handling activities, exceptions being bulk systems vs the Gas delivery vendor providing trained and experienced individual to conduct all cylinder change out and interface activities
    - Update 3/6/2015 -
    - Final selection TBD – Gas Supplier Vendors (as of 1/16/15) - Alliance and Linde

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003411

- Update 3/30/2020 – gas supplier vendors – All gases are currently supplied by Airgas (produced by Linde), but in the process of transitioning to Matheson as the gas supplier for chlorine and arsine. Ammonia will continue to be supplied by Airgas.
    - HPM Systems (Apple Contractor) will support all LSS needs (maintenance, calibration, etc.)
- VMBs
    - May be several turns from the gas cabinet to a VMB
    - All VMB's are located in the MOCVD Room except HCL which is located within the corrosive gas bunker
    - Some lines such as PH3 go through a purifier in the MOCVD, bypass a VMB and route directly to a VEECO and/or Aixtron Gas Box
    - All other MOCVD lines go through a VMB then to a purifier then to the Tool Box
- Distribution lines are all welded
- Bulk hydrogen, ammonia and nitrogen are routed into the room via a Bulk Purifier and then to a distribution VMB and then individual sticks go to tool purifier and then to the process tool gas box. Note: ammonia will be addressed in Session Group 7

APL-GAELG_00003412

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 45. | Toxic gas leak? (e.g., arsine, phosphine) | • Impact from man-lift or scissor lift<br><br>• Surrounding maintenance or construction activities such as hot work<br><br>• Internal and/or external line degradation<br><br>• Poor welding of distribution line resulting in a leak over time<br><br>• Improper line repair or replacement procedures followed<br><br>• Pressure increase<br><br>• Failure of fittings or components within the VMB or gas box | • Personnel exposure resulting in injury and/or fatality (site personnel)<br><br>• Complete facility evacuation with significant downtime<br><br>• Area contamination – deposition of hazardous byproducts<br><br>• Reputational risk (regulatory, media-public relations)<br><br>• Environmental damage | • Procedural and code requirements for tool install and/or removal<br><br>• fire department response<br><br>• ERT (Apple Aria personnel) response<br><br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br><br>• Comment: UVIR and gas detection in the VMB with detection, shutdown capability<br><br>• Electro-polished 316L SS lines being used<br><br>• VMB exhaust connected to treatment.<br><br>• Exhaust is monitored by static pressure and interfaces with the LSS<br><br>• Gas line distribution delivery are on elevated piping racks that provide protection against impact for day to day operations<br><br>• Hot work permit (hot work only) in place<br><br>• Qualified welders that incorporate ASME welding practices for hazardous fluids (HPMs)<br><br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of distribution lines prior to startup approval<br><br>• Coaxial line distribution with the annular space that is monitored – Current plans are to purge from the VMB to the Gas Cabinet<br><br>• ISNet World used for contractor qualification<br><br>• PIT program covers forklifts to ensure training of personnel<br><br>• Working at heights program covers scissor lifts<br><br>• All HPM piping will be labeled and be provided with direction of flow<br><br>• Gas cabinets connected to scrubbed exhaust | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003413

**Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Verify that the Coaxial space is purged and verify that the Nitrogen flow sensor is in place and is monitored. | • **PHA team verified action closed:** Pull a vacuum on coaxial space and monitor vacuum with a transducer. Transducer signals to GLSS. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| 46. | Corrosive gas leak | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage<br>• Tool/equipment damage | • Same as toxic<br>• Hastelloy C22 is used vs 316L SS | • Same as toxic | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003414

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| **Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box** | | | | | | |
| 47. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Grounding is provided at VMB lines, and tool gas box<br>• Fire suppression located in the VMB | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Verify that VMBs are grounded. | • **PHA team verified action closed:** All equipment is grounded. |
| | | | | | • **ACTION**: Verify the exhaust on the tool gas box(s) have fire suppression/protection/detection. | • **PHA team verified action closed:** GLSS detectors present in exhaust throughout fab for tools that have HPMs, HSSD in MOCVD and ALD-01 and ALD-02 tools (MO chemicals). |
| 48. | Heat trace shorts electric? | • Insulation breakdown<br>• Faulty or damage to heat trace<br>• Fire | • Shock or electrocution; burn<br>• Fire<br>• Equipment damage<br>• Smoke damage<br>• Facility or lab evacuation | • UL-rated GFCI for supply side electrical – per code<br>• Heat trace system is UL-rated | • **ACTION:** Verify qualifications of installer (heat trace). | • **PHA team verified action closed:** Heat trace installed by internal personnel, qualified to perform task. |
| | | | | | • **ACTION:** Follow manufacturer's established PMs guidelines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| 49. | Pyrophoric gas leak? | • Same as flammable | • Same as flammable<br>• Fire, deflagration, or detonation | • Same as flammable<br>• Fire suppression located throughout the VMB | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Verify the exhaust on the tool gas box have fire suppression/protection/detection | • **PHA team verified action closed:** GLSS detectors present in exhaust throughout fab for tools that have HPMs, HSSD in MOCVD and ALD-01 and ALD-02 tools (MO chemicals). |
| 50. | Oxidizer gas leak? | • Same as flammable | • Same as flammable | • Same as flammable | • Same as flammable | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Develop procedural controls for combustible material storage. | • **PHA team verified action closed:** Regular fab inspections in place (conducted monthly), combustible storage is a line item during inspections. General lab conditions with regards to housekeeping are good. |
| 51. | Inert gas leak? | • Same as toxic | • Same as toxic<br>• Personnel exposure resulting in injury and/or fatality (asphyxiation) | • Same as toxic<br>• Ventilated area and room air exchange<br>• Ventilation and GLSS are all on emergency power<br>• NOTE: Inerts do not have RFOs, excess flow sensing, nor gas detection | • Same as toxic | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003415

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 52. | Loss of purge gas? | • Human error<br>• Purge procedures not followed<br>• Ran out of purge gas<br>• Leak in purge gas system | • Will not be able to purge out the gas line prior to repair or removal (charged line)<br>• Will not be able to hook up and/or remove a HPM gas cylinder from the gas cabinet | • Hazardous energy control program and specific procedures<br>• Alarm notification if auto- purge not complete<br>• Gas cabinet equipped with pressure switch and integrated warning alarm for purge gas pressure | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop notifications for loss of purge gas. | • **PHA team verified action closed:** Gas cabinets have an alarm for loss of purge gas**.** Connected to PCS system with remote notification but does not page/call out. |
| | | | | | • **ACTION**: Verify low purge gas pressure alarm (HPMs). | • **PHA team verified action closed:** Pressure sensor monitors purge gas pressure**.** Connected to PCS system with remote notification but does not page/call out. |
| 53. | High pressure regulator failure? | • Diaphragm fails | • Equipment damage<br>• High-pressure gas leaks | • None | • **ACTION:** Evaluate potential engineering controls (PSV installation, bonnet vented regulator installation). | • **PHA team verified action closed:** Regulators have bonnet vent. |
| 54. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak<br>• Fire, explosion, deflagration, detonation | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements (at build)<br>• HPM Seismic Shutoff that interface LSS and shuts down gas delivery<br>• Personnel training<br>• Remote access to PCS system (via iPad) allows remote viewing of HPM system status | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION:** Verify the remote access control (via iPad) is on emergency power. | • **PHA team verified action closed:** No remote control for HPM system, remote viewing only. |

bsi.

APL-GAELG_00003416

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 55. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Fire suppression LSS system (detection, shutdown, pull stations)<br>• Fire control monitoring system that covers water flow (flow indicator)<br>• Air handler smoke detectors (supervisory notice)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Emergency Procedures and Personnel training<br>• Hot work permit<br>• Equipment maintenance SOPs | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |

APL-GAELG_00003417

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 56. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency procedures and personnel training | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 57. | Hostile act/sabotage? | • Disgruntled employee/contractor<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003418

**Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 58. | Toxic gas leak? (e.g., arsine, phosphine) | • Impact from moving vehicle (e.g., forklift, or other scissor lift.)(MOCVD gas cabinets)<br>• Surrounding maintenance or construction activities such as hot work<br>• Internal and/or external line degradation<br>• Poor welding of distribution line resulting in a leak over time<br>• Improper line repair or replacement procedures followed<br>• Pressure increase | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• LSS system capabilities – manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• RFO on all cylinders (per customer process needs)<br>• Gas bunker room exhaust connected to scrubber.<br>• Gas cabinets connected to scrubbed exhaust<br>• Exhaust is monitored by static pressure and interfaces with the LSS<br>• Excess flow is incorporated into the gas cabinet gas panel<br>• Gas line distribution delivery are on elevated piping racks that provide protection against impact for day to day operations<br>• Hot work permit (hot work only) in place<br>• Qualified welders that incorporate ASME welding practices for hazardous fluids (HPMs)<br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of distribution lines prior to startup approval<br>• Coaxial line distribution with the annular space that is monitored – Current plans are to purge from the VMB to the Gas Cabinet<br>• ISNet World used for contractor qualification<br>• PIT program covers forklifts to ensure training of personnel<br>• Working at heights program covers scissor lifts<br>• All HPM piping will be labeled and be provided with direction of flow | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003419

**Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Verify that the Coaxial space is purged and verify that the Nitrogen flow sensor is in place and is monitored. | • **PHA team verified action closed:** Pull a vacuum on coaxial space and monitor vacuum with a transducer. Transducer signals to GLSS. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management Of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| 59. | Corrosive gas leak | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage | • Same as toxic<br>• Hastelloy C22 is used vs 316L SS | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 60. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Grounding is provided at gas cabinet and VMB lines<br>• Fire suppression located throughout the distribution all routes | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Verify that VMB's are grounded. | • **PHA team verified action closed:** All equipment is grounded. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003420

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 61. | Pyrophoric gas leak? | • Same as flammable | • Same as flammable<br>• Fire, deflagration or detonation | • Same as flammable<br>• Fire suppression located throughout the distribution all routes | • Same as flammable | **No new actions from 2020 PHA revalidation** |
| 62. | Oxidizer gas leak? | • Same as flammable | • Same as flammable | • Same as flammable | • Same as flammable | **No new actions from 2020 PHA revalidation** |
| 63. | Inert gas leak? | • Same as toxic | • Personnel exposure resulting in injury and/or fatality (asphyxiation) | • Well ventilated delivery path | • None | **No new actions from 2020 PHA revalidation** |
| 64. | Loss of purge gas? | • Will not be able to purge out the gas line prior to repair or removal<br>• Ran out of purge gas<br>• Leak in purge gas system | • Charged line<br>• Will not be able to hook up and/or remove a HPM gas cylinder from the gas cabinet | • Hazardous energy control program and specific procedures<br>• Gas cabinet equipped with pressure switch and integrated warning alarm for purge gas pressure | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 65. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak<br>• Fire, explosion, deflagration, detonation | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements (at build)<br>• HPM seismic shutoff that interface LSS and shuts down gas delivery<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher-risk profile. | • **PHA team verified action closed:** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| 66. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Fire suppression<br>• LSS system (detection, shutdown, pull stations)<br>• Fire control monitoring system that covers water flow (flow indicator)<br>• Air handler smoke detectors (supervisory notice)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Emergency Procedures and Personnel training<br>• Hot work permit<br>• Equipment maintenance SOPs | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

APL-GAELG_00003421

**Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 67. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency Procedures and Personnel training | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003422

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 68. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003423

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 69. | Toxic gas leak? (e.g., arsine, phosphine) | • Impact from moving vehicle (e.g., forklift, or other scissor lift.) (MOCVD gas cabinets)<br><br>• Surrounding maintenance or construction activities such as hot work<br><br>• Internal and/or external line degradation<br><br>• Poor welding of distribution line resulting in a leak over time<br><br>• Improper line repair or replacement procedures followed<br><br>• Pressure increase | • Personnel exposure resulting in injury and/or fatality (site personnel)<br><br>• Complete facility evacuation with significant downtime<br><br>• Area contamination – deposition of hazardous byproducts<br><br>• Reputational risk (regulatory, media-public relations)<br><br>• Environmental damage | • Fire department response<br><br>• ERT (Apple Aria personnel) response<br><br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br><br>• RFO on all cylinders (per customer process needs)<br><br>• Electro-polished 316L SS lines being used<br><br>• Gas bunker room exhaust connected to scrubber<br><br>• Gas cabinets connected to scrubbed exhaust<br><br>• Exhaust is monitored by static pressure and interfaces with the LSS<br><br>• Excess flow is incorporated into the gas cabinet gas panel<br><br>• Gas line distribution delivery are on elevated piping racks that provide protection against impact for day to day operations<br><br>• Hot work permit (hot work only) in place<br><br>• Qualified welders that incorporate ASME welding practices for hazardous fluids (HPMs)<br><br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of distribution lines prior to startup approval<br><br>• Coaxial line distribution with the annular space that is monitored – Current plans are to purge from the VMB to the Gas Cabinet<br><br>• ISNet World used for contractor qualification<br><br>• PIT program covers forklifts to ensure training of personnel<br><br>• Working at heights program covers scissor lifts<br><br>• All HPM piping will be labeled and be provided with direction of flow | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003424

**Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department . | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Verify that the Coaxial space is purged and verify that the Nitrogen flow sensor is in place and is monitored. | • **PHA team verified action closed:** Pull a vacuum on coaxial space and monitor vacuum with a transducer. Transducer signals to GLSS. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management Of Change (MOC) for updating BOD and any related SOPs when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| 70. | Corrosive gas leak | • Same as toxic | • Same as toxic<br>• Area contamination – corrosion damage | • Same as toxic<br>• Hastelloy C22 is used vs 316L SS | • Same as toxic | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003425

| Session Group 1 - What-If Node 4: Dispensing from the Valve Manifold Box (VMB) to the Tool Gas Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 71. | Flammable gas leak? | • Same as toxic | • Same as toxic<br>• Fire and/or explosion | • Same as toxic<br>• Grounding is provided at Gas Cabinet and VMB lines<br>• Fire suppression located throughout the distribution all routes | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Verify that VMB's are grounded. | • **PHA team verified action closed:** All equipment is grounded. |

bsi.

APL-GAELG_00003426

# Session Group 1, What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold

## Node References and Notes

- Node 5 is based on Node 2 and includes the Semi-Gas gas cabinet and gas manifold
- Node 5 considers the information from Semi-Gas gas cabinet 3rd party review by Abstraction Engineering
- Basis of design
  - Toxic gas monitoring (cabinet gas detection points GD-49, GD-50)
  - The maximum flow rate is expected to be 3.2 slpm (P&ID PP5.03.1)
  - Arsine fill will be: 120 lbs. @100 psig
  - RFO size – 0.04
  - Exhaust flow 550 CFM to Jupiter Olympus Dry scrubber (HYD-SC-1)
- P&ID
  - All available via "the Box" in electronic form
- SOO
  - All in development/review and available during Tool Install process (not included in original based build package)
  - 2020 update – all SOOs completed
- Key points
  - System for arsine is considered in this node
  - HPMs dispensed with SEMI-GAS gas cabinets equipped with 5-valve air operated fully automatic.
  - NOTE: Gas cabinets used for storage, no additional gas bottles onsite for coverer processes

APL-GAELG_00003427

| Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 72. | Arsine leak? | • Improper fitting and/or component connection<br>• Component or valve failure<br>• Component or valve fitting leak<br>• High pressure (higher than connection ratings)<br>• Improper maintenance steps conducted during gas panel component replacement<br>• Inadequate purge steps taken<br>• Surrounding maintenance or construction activities such as hot work | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Gas cabinet (and potential for gas vault) contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Equipment damage | • DISS fittings to prevent incompatible connections<br>• SEMI-GAS Cabinet equipped with exhaust ventilation that is monitored for flow, equipped with self-closing doors and a fire sprinkler (standard gas cabinet design)<br>• Gas cabinet exhaust connected to treatment<br>• Fire department response<br>• ERT (Apple Aria personnel) response trained to Level B with portable gas detection<br>• LSS system capabilities – manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• Gas detection supplied to gas cabinet exhaust duct and interfaced with LSS<br>• RFO 0.04 inch (max flow 25 lpm)<br>• Electro-polished 316L SS lines being used<br>• Excess flow is incorporated into the SEMI-GAS gas panel – may have some benefit, but dependent on location of leak<br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of gas manifold<br>• ISNet World used for contractor qualification<br>• Daily visual inspections | • **COMMENT:** Ventilation sensors generates a local alarm and shuts down delivery of arsine and then sends signal to the semi-gas controller to the PCS (process control system) room to the ERT Room. | |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003428

**Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|--------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities specifically the purifier as it relates to component changeout or other maintenance activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed:** 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION**: Expand scope for Purity systems to include testing the manifolds. | • **PHA team verified action closed:** All HPM gas lines are leak tested including the purifier manifolds where applicable. |
| 73. | Incompatible chemical reaction due to wrong compressed gas? | • Incorrect labeling<br>• Incorrect gas connection<br>• Cylinder leak | • Exothermic reaction potential | • DISS fittings to prevent incompatible connections<br>• Compressed gas cylinders verified at delivery and cylinder change out<br>• Arsine specific manifold with proper CGA fitting<br>• Trained Operators using correct PPE | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003429

| Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 74. | Loss of purge gas(es)? | • Will not be able to hook up an arsine cylinder from the SEMI-GAS cabinet<br>• Ran out of purge gas<br>• Leak in purge gas system | • Residual HPM gases in gas panel lines<br>• Will not be able to hook up and/or remove a HPM gas cylinder from the gas cabinet | • Purge gas monitored by a pressure transducer (60 psig) at the connection of the gas cabinet thought GLSS to ERT room<br>• Cabinet controller will send a signal to PCS which routes to ERT room<br>• Gas cabinet equipped with pressure switch and integrated warning alarm for purge gas pressure | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br><br>• **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor.<br><br>• **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling arsine. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk).<br><br>• **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box.<br><br>• **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| 75. | Abatement treatment nameplate capacity is exceeded? | • Incorrect or no RFO installed<br>• Gas concentration (too rich)<br>• Simultaneous purge cycles<br>• Reduced capacity (abatement system)<br>• Improper maintenance or changeout (abatement system)<br>• Abatement equipment not built to spec | • Same as toxic (discussed in Node 2)<br>• Inadvertent release to the environment<br>• Visible plume | • Equipment acceptance and commissioning<br>• BOL verification for correct cylinder specifications (e.g., RFO)<br>• Toxic gas sensors on outlet of abatement systems (will identify breakthrough)<br>• Abatement system signals GLSS when offline, GLSS shuts down gas systems. | • Same as toxic | **No new actions from 2020 PHA revalidation.** |
| 76. | Abatement system fails? | • Same as abatement nameplate capacity exceeded | • Inadvertent release to the environment (Visible plume) | • Equipment acceptance and commissioning<br>• Interlock saturation signal from scrubber that will shut down the gas cabinet and tool through GLSS | • **COMMENT:** Passive canister system | none |
| 77. | Loss of scrubbed exhaust? | • Fan failure<br>• Duct damper is inadvertently closed off<br>• NOTE: Same as Abatement System Fail | • No exhaust to SEMI-GAS gas cabinets | • Pressure sensor in the header supporting arsine gas cabinets shuts gas supply off (one cabinet with two arsine bottles and one nitrogen purge)<br>• Exhaust pressure sensor in the cabinet signals shut down then sends a signal to the PCS then to the ERT room<br>• Scrubber fan has pressure sensor monitoring exhaust, alarms to GLSS when below set point | • **ACTION:** Critical EHS PM schedule (pull from previous action). | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

APL-GAELG_00003430

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| **Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold** | | | | | | |
| 78. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Gas leak<br>• Fire, explosion, deflagration, detonation<br>• Equipment damage | • General emergency response procedures<br>• Building and equipment (to include SEMI-GAS cabinet) installation designed to latest California building code seismic requirements (at build)<br>• HPM gas seismic shutoff sends a signal via GLSS to the Semi-GAS controller to interrupt arsine gas flow<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION**: Confirm structural engineer has a submittal for the gas cabinets and special inspection is in the scope. | • **PHA team verified action closed:** Gas cabinet anchorage designed by structural engineer and 3rd party special inspectors completed inspection during installation of seismic anchorage. |
| | | | | | • **ACTION**: Maintain seismic documentation onsite for arsine system specifically for RMP program documentation. | • **PHA team verified action closed:** Seismic documentation is maintained onsite (third party inspection, PE stamped drawings) - drawings located in the record drawing file cabinets – ongoing. |
| 79. | Complete loss of normal power? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Incomplete purged lines<br>• Temporary loss of exhaust | • Gas cabinet will shut down<br>• Pneumatic three way valve located in the controller that triggers pneumatics to open and stop flow of gas<br>• Cabinets are not on backup power<br>• GLSS continues to monitor for leaks<br>• Ventilation on e-power<br>• All LSS and abatement systems on Emergency power and UPS<br>• All HPM systems fail to safe state with loss of power | • **ACTION**: Review emergency lighting plans.<br>• **COMMENT**: All valves normally closed. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br>• Emergency lighting is provided for the bulk ammonia pad and throughout the facility as part of original design (backed up by generator and UPS). |

bsi.

APL-GAELG_00003431

**Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 80. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media- public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Gas cabinet is fire- rated, equipped with a fire sprinkler and has a self-closing door<br>• Z-purge set at 0.1 static pressure<br>• Fire suppression<br>• LSS system (detection, shutdown, pull stations)<br>• Fire Control Monitoring System that covers water flow (flow indicator)<br>• Air Handler Smoke Detectors (supervisory notice)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Emergency Procedures and Personnel training<br>• Hot work permit<br>• Equipment maintenance SOPs | • **ACTION:** Verify the pneumatic line is of appropriate construction. | • **PHA team verified action closed:** Tony has confirmed with both SEMIGas and CSI. Pneumatic valve is built into the cylinder, auto shutdown incorporated into GLSS protocol. Line is plastic and will melt in high heat or fire conditions. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |

bsi.

APL-GAELG_00003432

**Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|--------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 81. | Explosion occurs? | • Arsine leak<br>• Equipment malfunction<br>• Sabotage<br>• Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency Procedures and Personnel training<br>• Positive earth grounding and bonding for SEMI-GAS cabinet and controller | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003433

| Session Group 1 - What-If Node 5: RMP Focus – Arsine Gas Cabinet and Manifold | | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 82. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Two levels of access control (Facility access and MOCVD access)<br>• Authorized employees only with MOCVD gas room access | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 83. | Heated jacket malfunctions? | • Controller failure<br>• Human error (i.e., changing settings) | • High temperature<br>• Low temperature | • Dual thermocouple<br>• Max temperature 120 degrees C by design<br>• Thermal snap switch<br>• Manifold is rated well above from the max temperature from heater runway | • None | **No new actions from 2020 PHA revalidation.** |
| 84. | PLC fails (arsine gas cabinet)? | • Equipment malfunction<br>• Over voltage | • Equipment shutdown | • None | • **ACTION:** Verify if the PLC fails, the equipment will shut down (evaluate watchdogs in the internal programming). | • **PHA team verified action closed:** Gas cabinet valves are fail safe. If PLC fails - shuts down gas at source associated with failed equipment, annunciate alarm at each screen and main workstation, records fault in alarm log, PCS notification only. |
| | | | | | • **ACTION:** BSI to review the Abstraction engineering report for details on PLC failure. | • **PHA team verified action closed:** Review of Abstraction engineering report completed by Lindsay Polic, EORM. PLC information included in report. |

bsi.

APL-GAELG_00003434

# Session Group 1, What-If Node 6: RMP Focus – Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box

### Node References and Notes

- Node 6 is based on Node 2 and includes the CSI gas cabinet and gas manifold
- Two chlorine systems
- Chlorine is not heated
- CSI gas cabinet are reconditioned
  - All CSI gas delivery systems adhere to design and operational standards set by the industry, including: Compressed Gas Association (CGA), Semiconductor Equipment & Materials Institute (SEMI), and the International Fire Code (IFC). ACTION: Contact CSI for backing to this statement – pull statement from submittal packet.
- 5% chlorine mixer – source of cleaning (Tool number 4-66)
  - Chlorine delivered to VMB to mixing box by way of dedicated line
  - UHP nitrogen diluent at mixing box to tool 4-66 and tool 0-52 (not in use at 0-52, connected only, valved off and locked out) for periodic cleaning
  - ¼-inch line
  - 60 lpm for the 5% chlorine
  - Aixtron cleaning process – overall risk changing gas cylinders or any maintenance (component change out)
  - Check valve in VMB
  - Insulated cabinet
  - Pressure regulator - UHP pressure higher than chlorine – monitoring the downstream pressure
  - Protections on VMB to prevent getting chlorine into the utility nitrogen system
    - Nitrogen pressure should be higher
  - Evaluate – What is Reverse Flow? (likely backflow into N2 system)
- Linde is providing the mixing box
- Basis of design
  - Toxic gas monitoring
  - The maximum flow rate is 26 slpm
  - Chlorine fill will be 300 cubic feet per cylinder (2 cylinders)
- P&ID
  - All available via "the Box" in electronic form
  - **ACTION:** Doug to confirm if updated P&IDs exist (PP5.03.3) and if not update to reflect current flow rates

bsi.

APL-GAELG_00003435

- **PHA Team verified action closed:** Doug provided updated drawing "4-66 CL2 PFD rev C" to reflect current flow rates
- SOO
  - All in development/review and available during Tool Install process (not included in original based build package)
  - Update 2020: all SOOs complete (gas systems)
- Key points
  - Systems for chlorine are considered in this Node
  - HPMs dispensed with CSI gas cabinets equipped with 5-valve air operated fully automatic
  - NOTE: gas cabinets used for storage, no additional gas bottles onsite for coverer processes

**Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 85. | Chlorine leak? | • Improper fitting and/or component connection<br>• Component or valve failure<br>• Component or valve fitting leak<br>• High pressure (higher than connection ratings)<br>• Improper maintenance steps conducted during gas panel component replacement<br>• Inadequate purge steps taken<br>• Surrounding maintenance or construction activities such as hot work | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Gas cabinet (and potential for gas vault) contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Equipment damage from corrosive gas release | • PDISS fittings to prevent incompatible connections<br>• Gas cabinet equipped with exhaust ventilation that is monitored for flow, equipped with self-closing doors and a fire sprinkler (standard gas cabinet design)<br>• Gas cabinet exhaust connected to acid exhaust<br>• Fire department response<br>• ERT (Apple Aria personnel) response trained to Level B with portable gas detection<br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• Gas detection supplied to gas cabinet exhaust duct and interfaced with GLSS<br>• Cylinders are equipped with RFO's<br>• Hastelloy C22 lines being used<br>• Excess flow is incorporated into the gas cabinet gas panel – may have some benefit, but dependent on location of leak<br>• Installer conducted inboard (helium leak) and outboard (pressure decay) testing of gas manifold<br>• ISNet World used for contractor qualification<br>• Daily visual inspections<br>• If downstream of VMB, if a leak is detected VMB will shut down. Audible and visual alarm and notify facilities through GLSS | • **COMMENT:** Ventilation sensors generates a local alarm and shuts down delivery of Chlorine and then sends signal to the gas cabinet controller to the PCS (process control system) room to the ERT Room. | |
| | | | | | • **ACTION:** BSI to contact CSI and get their information on SEMI-S2 controls.<br>• **COMMENT:** Exhaust goes to acid exhaust. | • **PHA team verified action closed:** Gas cabinets meet SEMI-S2 standards. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

| Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed**: RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**: Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities, specifically the purifier and mixing box as it relates to component changeout or other maintenance activities. | • **PHA team verified action closed**: 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed**: Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Training for access into areas that require entry. | • **PHA team verified action closed**: 2020 update: annual training is completed and tracked via Apple's LMS. |
| | | | | | • **ACTION**: Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed**: MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of HPM gas lines. | • **PHA team verified action closed**: PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION**: Expand scope for Purity systems to include testing the manifolds. | • **PHA team verified action closed**: Scope has been increased. |
| 86. | Incompatible chemical reaction due to wrong compressed gas? | • Incorrect labeling<br>• Incorrect gas connection<br>• Cylinder leak<br>• Human error (use of an adaptor) | • Exothermic reaction potential | • Compressed gas cylinders verified at delivery and cylinder change out<br>• Chlorine specific manifold with proper CGA fitting<br>• Trained Operators using correct PPE | • None | **No new actions from 2020 PHA revalidation.** |

APL-GAELG_00003438

| Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 87. | Loss of nitrogen purge gas from gas cabinet nitrogen cylinder? | • Low nitrogen pressure<br>• No cylinder connected<br>• Valve is closed | • Will not be able to hook up an Chlorine cylinder from the gas cabinet<br>• Cannot complete maintenance on VMB or purifier if purge is not available<br>• Residual HPM gases in gas panel lines, gas panel VMB or purifier lines | • Purge gas monitored by a pressure transducer (60 psig) at the connection of the gas cabinet thought GLSS to ERT room<br>• Cabinet controller will send a signal to PCS which routes to ERT room | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities, specifically the HPM (chlorine) purifier and mixing box as it relates to component changeout or other maintenance activities. | • **PHA team verified action closed:** Passive systems have not required any change out to date – when needed Apple will manufacturer instructions provided in manuals. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling chlorine. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| 88. | Loss of UHP purge gas supporting mixing box? | • UHP is isolated, blocked, or valve shut off | • Cannot complete maintenance on mixing box if purge is not available<br>• Residual chlorine gas in mixing box line | • TBD based on meeting with Alliance/Linde<br>• A pressure switch monitors the UHP purge gas supply pressure. The system will fault out if the pressure goes below the alarm set point. | • **ACTION:** Verify Linde standard safety alarms. (added safeguard to capture closure). | **PHA team verified no additional actions required.** |
| | | | | | • **ACTION:** Set up a meeting with Alliance/Linde to discuss safety around purging and purging controls. (Dan Philipp) (added safeguard to capture closure). | **PHA team verified no additional actions required.** |
| 89. | Loss of acid exhaust? | • Fan failure<br>• Duct damper is inadvertently closed off<br>• Loss of power | • No exhaust to gas cabinets, VMB, purifier and mixing box | • Pressure sensor in the header supporting Chlorine gas cabinets, VMB, purifier and mixing box shuts gas supply off (one cabinet with two Chlorine bottles and one nitrogen purge)<br>• Exhaust pressure sensor in the cabinet signals shut down then sends a signal to the PCS then to the ERT room<br>• General and acid exhaust on emergency generator | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify normal conditions cabinet, VMB and mixing box goes to general exhaust. Is there a switch over at a Level 1 alarm that would switch from general exhaust to acid exhaust. | • **PHA team verified action closed:** 12/12/18: both VMB and MB are on acid exhaust for normal operations (no switch over needed). |

bsi.

APL-GAELG_00003439

| Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify if there is local monitoring for purifier and mixing box. For example, if a damper gets closed between the purifier or mixing box and ventilation sensor in the header. | • **PHA team verified action closed:** During installation, gas monitoring will be installed between damper and purifier and mixing box. |
| 90. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Corrosive gas leak<br>• Equipment damage | • General emergency response procedures<br>• Building and equipment (to include gas cabinet, VMB, purifier, and mixing box) installation designed to latest California building code seismic requirements (at build)<br>• HPM gas seismic shutoff sends a signal via GLSS to the gas cabinet controller to interrupt chlorine gas flow<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher-risk profile.<br>• **COMMENT:** Structural engineer has a submittal for the gas cabinet, VMB, purifier, and mixing box and special inspection. | • **PHA team verified action closed:** Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION**: Maintain seismic documentation (drawings, plans, city submittals) onsite for Chlorine system specifically for RMP program documentation. | • **PHA team verified action closed:** Seismic documentation is maintained onsite (third party inspection, PE stamped drawings) – drawings located in the record drawing area. |
| 91. | Complete loss of normal power? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Incomplete purged lines<br>• Temporary loss of exhaust | • Gas cabinet and VMB will shut down<br>• Pneumatic three way valve located in the controller that triggers pneumatics to open and stop flow of gas<br>• Cabinet, VMB, purifier and mixing box are not on backup power<br>• GLSS continues to monitor for leaks<br>• Exhaust on e-power<br>• All LSS and abatement systems on Emergency power and UPS<br>• All HPM systems fail to safe state with loss of power | • **ACTION**: Review emergency lighting plans.<br>• **COMMENT**: All valves normally closed. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br>• Emergency lighting is provided for the bulk ammonia pad and throughout facility as part of original design (backed up by generator and UPS). |

**Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 92. | Fire occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Gas cabinet is fire- rated, equipped with a fire sprinkler and has a self-closing door<br>• Fire suppression<br>• LSS system (detection, shutdown, pull stations)<br>• Fire control monitoring system that covers water flow (flow indicator)<br>• Air handler smoke detectors. (supervisory notice)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Emergency procedures and personnel training<br>• Hot work permit<br>• Equipment maintenance SOPs | • **ACTION:** Verify the pneumatic line providing the DISS. | • **PHA team verified action closed:** Tony has confirmed with both SEMIGas and CSI. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |

bsi.

APL-GAELG_00003441

| Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 93. | Explosion occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Sabotage<br>• Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Compressed gas cylinder may become a projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency procedures and personnel training | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

APL-GAELG_00003442

**Session Group 1 - What-If Node 6: RMP Focus - Chlorine Gas Cabinet to Valve Manifold Box through Purifier to Mixing Box**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 94. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Two levels of access control (Facility access and MOCVD access)<br>• Authorized employees only for gas bunker, MOCVD room and bakeout room access | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 95. | What if PLC fails (gas cabinet and VMB)? | • Equipment malfunction<br>• Over voltage | • Equipment shutdown | • Fail safe to close valve<br>• Error checking routine in the PLC | • **ACTION**: Verify if the PLC fails, the equipment will shut down (evaluate watchdogs in the internal programming). | • **PHA team verified action closed:** Gas cabinet valves are fail safe. If PLC fails – shuts down gas at source associated with failed equipment, annunciate alarm at each screen and main work station, records fault in alarm log, PCS notification only. |
| | | | | | • **ACTION**: BSI to review the CSI/gas cabinet report for details on PLC failure. | • **PHA team verified action closed:** Completed by Andy McIntyre, BSI. |
| 96. | What if mixing box PLC fails? | • TBD | | • All valves are fail safe. If the PLC fails all valves will fail closed | • **ACTION**: Will be completed post discussion with Alliance/Linde. | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 1 PHA

APL-GAELG_00003443

# Group 2 PHA
# HPM Precursors (Organometallics) Supporting MOCVD Processes, Both On-Tool and Any Remote Liquid and/or Vapor Delivery Systems (If Applicable)

**What If? Analysis Nodes – Agreed upon on 1/16/15; validated by Team on June 11, 2020**

- HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker
- Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) (02/26/15)
- MOCVD Source Installation/Hook up/Change Out
- Transport of Used MOCVD Source to Temperature-Controlled Storage for Return to Vendor (02/26/15)

APL-GAELG_00003444

# Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker

### Node References and Notes

- Key points
  - Vendor delivers sources in triple containment (ampoule arrives VCR sealed, valves closed; double bagged; absorbent pack in metal pail latched shut and with zip tie; all inside of DOT-rated shipping box)
  - Sources are known – Trimethyl Gallium (TMGa), Triethylgallium (TEG), Trimethyl Aluminum (TMAl), Trimethyl Indium (TMIn), Bis-cyclopentadienyl Magnesium (Cp2Mg), Diethyl telluride (DETe), Diethyl Zinc (DEZn), Carbon Tetrabromide, Phosphorus trichloride, other proprietary compound
  - Direct to temperature-controlled storage as first step
  - No bulk systems for MOCVD sources
  - Storage of MOCVD sources will be in temperature controlled prefabricated bunker (one unit for MOCVD) – designed for MOCVD storage, Includes a dedicated fire suppression system (dry chemical, with sprinkler back up) and smoke detection (HSSD)
    - NOTE –MOCVD fire suppression and smoke detection is on Critical EHS equipment PM list
  - Temperature controlled storage bunker is H2 rated

APL-GAELG_00003445

| Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 1. | MOCVD Source Leak? (e.g., TMA, TMI, TMG etc.) | • Ampule neck/valve leak<br>• Handling error (dropped off truck)<br>• Impact from moving vehicle (e.g., forklift, other delivery vehicle) (MOCVD storage bunker)<br>• Heat stress | • Personnel exposure resulting in injury and/or fatality (site personnel) – inhalation, fire, thermal burn<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts (e.g., zinc, indium, gallium, aluminum, selenium)<br>• Reputational risk (regulatory, media-public relations)<br>• Fire due to proximity to combustible materials and chemical storage | • Fire department response<br>• ERT response<br>• LSS system capabilities – manual pull stations, alarms, notification, evacuation<br>• Stainless-steel ampules, pressure tested, certified with VCR caps, etc.<br>• Delivered in triple containment (ampule in metal can surrounded by vermiculite within a plastic bag in a wooden box)<br>• Fire suppression and smoke detection in design for MOCVD bunkers | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Evaluate storage footprint based on addition of MOCVD sources. | • **PHA team verified action closed:** MOCVD storage is in place and meets requirements, but may be undersized.<br>• **ACTION:** Evaluate storage of MO sources for spares, option may be to have ACT provide JIT for sources.<br>• **ACTION:** Evaluate chemical ordering/approval process to include verification of storage capacity prior to approval (e.g., specific location required, is the owner of the storage space consulted?).<br>• **ACTION:** Evaluate if the design review process should include validation of chemical storage capacity.<br>• **ACTION:** Develop a tool purchase approval process (Capital Approval Request? CAR) process checklist to include all aspects of support required for a tool (e.g., space, permits, facilities support, chemical storage, etc.) |
| | | | | | • **ACTION:** Verify suitability of dry action fire suppression system for MOCVD storage bunker. | • **PHA team verified action closed:** Permit process included review and approval of the current system set up.<br>• **COMMENT:** Bunker is constructed for H2 occupancy standards, has HSSD and dry chemical extinguishing system (primary) with sprinkler back-up. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment,  windsock[s] location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

Apple SB01 2020 Group 2 PHA

APL-GAELG_00003446

| Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post-incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire Department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION:** Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g., pull stations, sensors, etc.). | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |

| Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used; no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Determine appropriate cart selection for transport. | • **PHA team verified action closed:** Carts are available for use when needed. |
| | | | | | • **ACTION:** Evaluate need for small ventilated workstation to address MOCVD ampule change out potential contamination issues. Include materials of construction to support these activities. | • **PHA team verified action closed:** Ampoule change out occurs in the ventilated tool enclosure. Procedures are in place for ampoule change out. |
| 2. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak resulting in fire and/or chemical exposure | • General emergency response procedures<br>• Building, storage, and equipment installation designed to latest California building code seismic requirements<br>• Personnel training | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed::** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION:** Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |

bsi.

APL-GAELG_00003448

| Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Understand type of emergency response containment capabilities by Vendor (s) and included in SOP. | • **PHA team verified action closed:** 12/12/18 update – determined that the vendor did not have containment capabilities on the truck - purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| 3. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Personnel injury, property damage <br> • Leak resulting in fire and/or chemical exposure | • None | • **ACTION:** Document delivery process and equipment SOP (Apple). <br> • **COMMENT:** SOP should reflect no delivery or receipt during adverse weather conditions. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| 4. | Power failure? | • Infrastructure damage <br> • Natural occurrence (earthquake, weather) <br> • Sabotage <br> • Substation supply interruption | • Loss of refrigeration | • Area emergency lighting | • **ACTION:** Verify appropriate lighting with emergency backup at identified drop-off location. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. <br> • Emergency lighting is provided for the bulk ammonia pad as part of original design (backed up by generator and UPS). |
| | | | | | • **ACTION:** Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify communication protocol during loss of power. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| | | | | | • **ACTION:** Evaluate adding refrigeration in Chemical Storage bunker (MOCVD) to emergency power (product quality concern). | • **2020 update:** Storage is temperature controlled. <br> • **PHA team verified action closed:** Bunker is temperature controlled. <br> • **ACTION:** Contact vendor to verify max temp for ampoules. <br> • **PHA team verified action closed:** 6/18/2020: Dan contacted vendor, no specific temperature information provided, advised to keep in DOT container. |
| 5. | Evacuation? | • Various (loss of exhaust, power and temperature control) | • Unattended, unsecured chemicals <br> • Blocked egress path <br> • DOT packaging damage | • None | • **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:-** standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| | | | | | • **ACTION:** Determine appropriate cart selection for transport.. | • **PHA team verified action closed:** Carts are available for use when needed. |

bsi.

APL-GAELG_00003449

**Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 6. | Fire occurs? | • MOCVD source leak<br>• Sabotage | • Personnel exposure resulting in injury and/or fatality, thermal burn (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations) | • Fire detection and suppression MOCVD bunkers<br>• LSS system (detection, suppression, pull stations)<br>• FD response<br>• ERT response<br>• Emergency procedures and personnel training | • **ACTION:** Consider DET toxic gas management, for new MOCVD sources (diethyl telluride). | • **PHA team verified action closed:** Detection and controls are covered for all sources (HSSD, dry suppression, alarm call outs, fail to safe state, etc.)<br>• **COMMENT:** All new chemicals go through chemical approval process to verify required controls are in place prior to bringing chemicals onsite. |
| | | | | | • **ACTION:** Verify suitability of dry action fire suppression system for MOCVD storage bunker. | • **PHA team verified action closed:** Permit process included review and approval of the current system set up.<br>• **COMMENT:** Bunker is constructed for H2 occupancy standards, has HSSD and dry chemical extinguishing system (primary) with sprinkler back up. |
| | | | | | • **ACTION:** Identify locations for Class D fire extinguisher (near chemical storage and MOCVD bunker). | • **PHA team verified action closed:** Class D extinguishers in place at bunker and in MOCVD. |
| | | | | | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, specialized PPE, windsocks, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |

bsi.

Apple SB01 2020 Group 2 PHA

APL-GAELG_00003450

**Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT**: BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g. pull stations, sensors, etc.). | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION**: Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used; no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| 7. | Flood? | • Natural occurrence | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training | • None | **No new actions from 2020 PHA revalidation.** |
| 8. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality, thermal burn(site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations) | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

Apple SB01 2020 Group 2 PHA

APL-GAELG_00003451

| Session Group 2, What-If Node 1: HPM (MOCVD Source) Delivery by Vendor/Apple to the Site's Shipping/Receiving Area and Transportation to Temperature-Controlled Outside Storage Bunker | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 9. | Truck fire | • Equipment malfunction | • Personnel exposure resulting in injury and/or fatality, thermal burn (site personnel) <br> • Possible facility evacuation with significant downtime <br> • Area contamination – deposition of hazardous byproducts, corrosion damage <br> • Reputational risk (regulatory, media-public relations) <br> • Fire | • None | • **ACTION**: Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third-party vehicles. |

bsi.

APL-GAELG_00003452

# Session Group 2, What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) (02/26/15)

## Node References and Notes

- Key points
  - Vendor delivers sources in triple containment (ampoule arrives VCR sealed, valves closed; double bagged; absorbent pack in metal pail latched shut and with zip tie; all inside of DOT rated shipping box)
  - Sources are known – Trimethyl Gallium (TMGa), Triethylgallium (TEG), Trimethyl Aluminum (TMAl), Trimethyl Indium (TMIn), Bis-cyclopentadienyl Magnesium (Cp2Mg), Diethyl telluride (DETe), Diethyl Zinc (DEZn), Carbon Tetrabromide, Phosphorus trichloride, other proprietary compound
  - From temperature controlled storage as first step (no direct delivery to MOCVD tools from receiving dock); use Pass through for delivery into MOCVD clean room.
    - Fume hood location and size TBD – final unpacking should be completed in fume hood (contamination control)
    - 2020 update – DOT packaging is opened in MOCVD bunker; opening VCR occurs in tool cabinet. Leaker cabinet available in room where opened.
  - No bulk systems for MOCVD sources
  - Storage of MOCVD sources will be in temperature controlled prefabricated bunker (one unit for MOCVD) – designed for MOCVD storage, Includes a dedicated fire suppression system (dry chemical, with sprinkler back up) and smoke detection (HSSD)
    - NOTE –MOCVD fire suppression and smoke detection is on Critical EHS equipment PM list
  - Temperature controlled storage bunker is H2-rated

bsi.

APL-GAELG_00003453

| Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
| 10. | MOCVD source leak? (e.g., TMA, TMI, TMG etc.) | • Ampule neck/valve leak<br>• Handling error (dropped off truck)<br>• Impact from moving vehicle (e.g., forklift, other delivery vehicle) (MOCVD storage bunker)<br>• Heat stress | • Personnel exposure resulting in injury and/or fatality (site personnel) – inhalation, fire, thermal burn<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts (e.g., zinc, indium, gallium, aluminum)<br>• Reputational risk (regulatory, media-public relations)<br>• Fire due to proximity to combustible materials and chemical storage | • Fire department response<br>• ERT response<br>• LSS system capabilities – manual pull stations, alarms, notification, evacuation<br>• Stainless-steel ampules, pressure tested, certified with VCR caps, etc.<br>• Delivered in triple containment (ampule in metal can surrounded by vermiculite within a plastic bag in a wooden box) | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Verify suitability of dry action fire suppression system for MOCVD storage bunker. | • **PHA team verified action closed:** Permit process included review and approval of the current system set up.<br>• **COMMENT:** Bunker is constructed for H2 occupancy standards, has HSSD and dry chemical extinguishing system (primary) with sprinkler back up. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003454

| Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g. pull stations, sensors, etc.). | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION**: Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used, no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| 11. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak resulting in fire and/or chemical exposure | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |

bsi.

APL-GAELG_00003455

| Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT**: BOL verification prior to acceptance from vendor | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor (s) and included in SOP. | • **PHA team verified action closed:** 12/12/18 update - determined that the vendor did not have containment capabilities on the truck - purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| 12. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Personnel injury, property damage<br>• Leak resulting in fire and/or chemical exposure | • None | • **ACTION**: Document delivery process and equipment SOP (Apple). | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| 13. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Loss of refrigeration | • Area emergency lighting | • **ACTION**: Verify appropriate lighting with emergency backup at identified drop off location. | • **PHA team verified action closed:** Emergency lighting is provided for the bulk ammonia pad as part of original design (backed up by generator and UPS). |
| | | | | | • **ACTION**: Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |

bsi.

Apple SB01 2020 Group 2 PHA

APL-GAELG_00003456

**Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s)**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Evaluate adding refrigeration in Chemical Storage bunker (MOCVD) to emergency power (product quality concern). | • **2020 update:** Storage is temperature controlled.<br>• **PHA team verified action closed:** Bunker is temperature controlled, but:<br>• **ACTION:** Contact vendor to verify max temp for ampoules.<br>• **PHA team verified action closed:** 6/18/2020: Dan contacted vendor, no specific temperature information provided, advised to keep in DOT container. |
| 14. | Evacuation? | • Various (loss of exhaust, power | • Unattended, unsecured chemicals<br>• Blocked egress path<br>• DOT packaging damage | • None | • **ACTION**: Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| | | | | | • **ACTION**: Determine appropriate cart selection. | • **PHA team verified action closed:** Carts are available for use when needed. |
| 15. | Fire occurs? | • MOCVD source leak<br>• Sabotage | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations) | • Fire detection and suppression MOCVD Bunkers<br>• LSS system (detection, suppression, pull stations)<br>• Fire department response<br>• ERT response<br>• Emergency procedures and personnel training | • **ACTION**: Identify locations for Class D fire extinguisher (near MOCVD bunker). | • **PHA team verified action closed:** Class D extinguishers in place at bunker and in MOCVD. |
| | | | | | • **ACTION**: Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed::** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |

APL-GAELG_00003457

| Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Document receiving procedure.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT**: BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g. pull stations, sensors, etc.) | • **PHA team verified action closed:** - LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path) |
| | | | | | • **ACTION:** Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used, no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| 16. | Flood? | • Natural occurrence | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003458

| Session Group 2 - What-If Node 2: Transport from the Temperature-Controlled Outside Storage Area to the MOCVD Tool(s) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protection | 2015 Recommendations | 2020 Revalidation |
| 17. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations) | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 18. | Truck fire | • Equipment malfunction | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • None | • **ACTION**: Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third-party vehicles. |

bsi.

APL-GAELG_00003459

# Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out

**Node References and Notes**

- Key points
  - Vendor delivers sources in triple containment (ampoule arrives VCR sealed, valves closed; double bagged; absorbent pack in metal pail latched shut and with zip tie; all inside of DOT-rated shipping box)
  - Sources are known – Trimethyl Gallium (TMGa), Triethylgallium (TEG), Trimethyl Aluminum (TMAl), Trimethyl Indium (TMIn), Bis-cyclopentadienyl Magnesium (Cp2Mg), Diethyl telluride (DETe), Diethyl Zinc (DEZn), Carbon Tetrabromide, Phosphorus trichloride, other proprietary compound
  - From temperature-controlled storage as first step (no direct delivery to MOCVD tools from receiving dock); use Pass through for delivery into MOCVD clean room.
    - Fume hood location and size TBD – final unpacking should be completed in fume hood (contamination control)
    - 2020 update – DOT packaging is opened in MOCVD bunker; opening VCR occurs in tool cabinet. Leaker cabinet available in room where opened.
  - No bulk systems for MOCVD sources
  - Storage of MOCVD sources will be in temperature controlled prefabricated bunker (one unit for MOCVD) – designed for MOCVD storage, Includes a dedicated fire suppression system (dry chemical, with sprinkler back up) and smoke detection (HSSD)
    - NOTE –MOCVD fire suppression and smoke detection is on Critical EHS equipment PM list
  - Temperature controlled storage bunker is H2-rated
  - Abatement system failure, treatment capacity exceedance and complete loss of scrubbed exhaust addressed in Group 3 Process Hazard Analysis session(s)
  - Existing safeguards only apply MOCVD reactors

APL-GAELG_00003460

**Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 19. | MOCVD source leak? | • Improper fitting and/or component connection<br>• Component or valve failure<br>• Component or valve fitting leak<br>• High pressure<br>• Improper steps, not having nor following SOP<br>• Conducted during ampule installation or deinstallation<br>• Ampule dropped, mishandled, or damaged<br>• Inadequate purge steps taken<br>• Surrounding maintenance or construction activities such as hot work<br>• Corrosion on valve neck weld from water bath | • Personnel exposure resulting in injury and/or fatality (site personnel) – inhalation, fire, thermal burn, chemical exposure<br>• Partial facility evacuation with significant downtime<br>• MOCVD source cabinet (Jungle) contamination - deposition of hazardous byproducts, microparticulate<br>• Clean room contamination – deposition of hazardous byproducts, microparticulate<br>• Reputational risk (regulatory, media-public relations)<br>• Tool, equipment, and/or product damage | • MOCVD reactors, to include the source cabinet are equipped with exhaust ventilation that is monitored for flow, tied to LSS<br>• Fire sprinklers and VESDA in room<br>• Fire department response<br>• ERT response<br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation<br>• HSSD detector supporting source cabinet interfaced with LSS<br>• Electro-polished 316L SS lines being used<br>• Installer will conduct inboard (helium leak) testing of distribution lines prior to startup approval and prior to new ampule being used<br>• All process delivery lines will be labeled and be provided with direction of flow | • **ACTION:** Consider DET toxic gas management, for new MOCVD sources (diethyl telluride). | • **PHA team verified action closed:** Detection and controls are covered for all sources (HSSD, dry suppression, alarm call outs, fail to safe state, etc.)<br>• **COMMENT:** All new chemicals go through chemical approval process to verify required controls are in place prior to bringing chemicals onsite. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from MOCVD release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple) handling MOCVD gases. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish vendor delivery protocols and schedule. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |

APL-GAELG_00003461

| Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: MOC for updating BOD and any related SOPs when changes are made. | • **PHA team verified action closed**:: MOC process in place as of September 2015. |
| | | | | | • **ACTION**: PM program with robust recordkeeping that includes periodic visual inspection of MOCVD distribution lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION**: Prepare SOP for installation and removal that includes hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment.<br>• **COMMENT**: Buddy system in place, used ampule is in temporary storage in fab, new ampule is in hand. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| | | | | | • **ACTION:** Identify specialized PPE for ampule change out activities (MOCVD chemical specific). | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Identify waste collection for change-out activities (e.g., glycol water texwipe, plastic beads contaminated with glycol). | • **COMMENT:** Glycol not used for baths, all operating with water only.<br>• **PHA team verified action closed:** Not an issue, since baths are water, no other contaminants of concern to trigger hazardous waste collection. |
| 20. | Human error during MOCVD source change out? | • Same as MOCVD source leak<br>• Improper steps, not having nor following SOP<br>• Behavioral safety influences<br>• Accessing wrong ampule | • Same as MOCVD source leak | • Same as MOCVD source leak | • **ACTION**: Prepare SOP for installation and removal that includes hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment.<br>• **COMMENT**: Buddy system in place, used ampule is in temporary storage in fab, new ampule is in hand. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |

APL-GAELG_00003462

**Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 21. | Incompatible chemical reaction? | • Incorrect labeling<br>• Incorrect MOCVD source connection<br>• Cylinder leak<br>• Accessing wrong ampule | • Exothermic reaction potential | • Fitting compatibility | • **ACTION:** Verify that input and output connection conforms to SEMI "F96-0704 Specification for Port Configuration on Canisters to Contain Liquid CVD Precursors." | • **PHA team verified action closed:** Change out procedure in place, two-person team for dual verification, labeled with "in" and "out" on the ampoule (some have arrows).<br>• **COMMENT:** Backwards hook up would be a process concern, not an immediate EHS issue. |
| 22. | Loss of purge gas(es)? | • Will not be able to hook up and/or remove a MOCVD source | • Residual MOCVD source in tool | • Tool interlocks<br>• Purge gas flow and pressure monitoring | • **ACTION:** Develop a comprehensive SWP that covers all hazardous work activities, except for hot work. (e.g., hookup and removal procedures). | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 23. | Evacuation? | • Various (loss of exhaust, power, HSSD activation, water flow, DET HPM detection, manually initiated, fire) | • Unattended, unsecured chemicals<br>• Blocked egress path | • None | • **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| | | | | | • **ACTION:** Determine appropriate cart selection | • **PHA team verified action closed:** – carts are available for use when needed. |
| 24. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Gas leak<br>• Fire<br>• Equipment damage | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• HPM seismic shutoff that interface LSS and shuts down gas delivery<br>• Personnel training | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| 25. | Complete loss of normal power? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Incomplete purged lines<br>• Temporary loss of exhaust | • Emergency power for lighting | • **ACTION:** Review emergency lighting plans. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br>• Emergency lighting is provided for the bulk entire facility as part of original design (backed up by generator and UPS). |
| 26. | Fire occurs? | • MOCVD source leak<br>• Sabotage | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations) | • Fire detection and suppression MOCVD Bunkers<br>• LSS system (detection, suppression, pull stations)<br>• Fire department response<br>• ERT response<br>• Emergency procedures and personnel training | • **ACTION:** Identify locations for Class D fire extinguisher (near MOCVD bunker). | • **PHA team verified action closed:** Class D extinguishers in place at bunker and in MOCVD. |
| | | | | | • **ACTION:** Identify standard PPE and training for chemical delivery/transport . | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |

bsi.

Apple SB01 2020 Group 2 PHA

| Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT**: BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations - include as an attachment to procedure. |
| | | | | | • **ACTION:** Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used, no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |

APL-GAELG_00003464

| Session Group 2, What-If Node 3: MOCVD Source Installation/Hook Up/Change Out | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 27. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality, chemical exposure, thermal burn (site personnel)<br>• Partial facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • Access control | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003465

# Session Group 2, What-If Node 4: Transport of Used MOCVD Source to Temperature-Controlled Storage for Return to Vendor (02/26/15)

### Node References and Notes

- Key points
  - Vendor delivers sources in triple containment (ampoule arrives VCR sealed, valves closed; double bagged; absorbent pack in metal pail latched shut and with zip tie; all inside of DOT rated shipping box)
  - Sources are known – Trimethyl Gallium (TMGa), Triethylgallium (TEG), Trimethyl Aluminum (TMAl), Trimethyl Indium (TMIn), Bis-cyclopentadienyl Magnesium (Cp2Mg), Diethyl telluride (DETe), Diethyl Zinc (DEZn), Carbon Tetrabromide, Phosphorus trichloride, other proprietary compound.
  - Direct to temperature-controlled storage as first step
  - No bulk systems for MOCVD sources
  - Storage of MOCVD sources will be in temperature controlled prefabricated bunker (one unit for MOCVD) – designed for MOCVD storage, Includes a dedicated fire suppression system (dry chemical, with sprinkler back up) and smoke detection (HSSD)
    - NOTE – MOCVD fire suppression and smoke detection is on Critical EHS equipment PM list
  - Temperature controlled storage bunker is H2 rated

APL-GAELG_00003466

| Session Group 2, What-If Node 4: Transport of Empty MOCVD Source to Temperature-Controlled Storage for Return to Vendor | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 28. | MOCVD source leak? (e.g., TMA, TMI, TMG etc.) | • Ampule neck/valve leak<br>• Handling error (dropped off truck)<br>• Impact from moving vehicle (e.g., forklift, other delivery vehicle) (MOCVD storage bunker)<br>• Heat stress | • Personnel exposure resulting in injury and/or fatality (site personnel) – inhalation, fire, thermal burn<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts (e.g., Zinc, indium, gallium, aluminum)<br>• Reputational risk (regulatory, media-public relations)<br>• Fire due to proximity to combustible materials and chemical storage | • Fire department response<br>• ERT response<br>• LSS system capabilities – manual pull stations, alarms, notification, evacuation<br>• Stainless-steel ampules, pressure tested, certified with VCR caps, etc.<br>• Delivered in triple containment (ampule in metal can surrounded by vermiculite within a plastic bag in a wooden box) | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Verify suitability of dry action fire suppression system for MOCVD storage bunker. | • **PHA team verified action closed:** Permit process included review and approval of the current system set up.<br>• **COMMENT:** Bunker is constructed for H2 occupancy standards, has HSSD and dry chemical extinguishing system (primary) with sprinkler back up. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Document shipping procedure including equipment, labeling and process SOP.<br>• **COMMENT:** Use original packaging for used MOCVD source storage and return to vendor (Qualified Apple personnel). | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |

bsi.

APL-GAELG_00003467

| Session Group 2, What-If Node 4: Transport of Empty MOCVD Source to Temperature-Controlled Storage for Return to Vendor | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g., pull stations, sensors, etc.). | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION:** Research DOW chemical emergency containment capabilities.<br>• **2020 update.** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used, no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| 29. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak resulting in fire and/or chemical exposure | • General emergency response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• Personnel training | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed::** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| 30. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Personnel injury, property damage<br>• Leak resulting in Fire and/or chemical exposure | • None | • **ACTION:** Document delivery process and equipment SOP (Apple).<br>• **COMMENT:** SOP should reflect no delivery or receipt during adverse weather conditions. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder. |
| 31. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Loss of refrigeration | • Area emergency lighting | • **ACTION:** Verify appropriate lighting with emergency backup at identified drop off location. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br><br>Emergency lighting is provided for the bulk ammonia pad and entire facility as part of original design (backed up by generator and UPS). |
| | | | | | • **ACTION:** Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

Apple SB01 2020 Group 2 PHA

APL-GAELG_00003468

| Session Group 2, What-If Node 4: Transport of Empty MOCVD Source to Temperature-Controlled Storage for Return to Vendor | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| | | | | | • **ACTION:** Evaluate adding refrigeration to emergency power (product quality concern). | • **2020 update:** Storage is temperature controlled.<br>• **PHA team verified action closed:** Bunker is temperature controlled, but:<br>• **ACTION:** Contact vendor to verify max temp for ampoules.<br>• **PHA team verified action closed:** 6/18/2020: Dan contacted vendor, no specific temperature information provided, advised to keep in DOT container. |
| 32. | Evacuation? | • Various (loss of exhaust, power | • Unattended, unsecured chemicals<br>• Blocked egress path<br>• DOT packaging damage | • None | • **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Standard action within the emergency plan is to stop work and evacuate. This applies during all work activities. |
| | | | | | • **ACTION:** Determine appropriate cart selection. | • **PHA team verified action closed:** – carts are available for use when needed. |
| 33. | Fire occurs? | • MOCVD source leak<br>• Sabotage | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations) | • Fire detection and suppression MOCVD Bunkers<br>• LSS system (detection, suppression, pull stations)<br>• Fire department response<br>• ERT response<br>• Emergency procedures and personnel training | • **ACTION:** Identify locations for Class D fire extinguisher (near MOCVD bunker). | • **PHA team verified action closed:** Class D extinguishers in place at bunker and in MOCVD. |
| | | | | | • **ACTION:** identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003469

**Session Group 2, What-If Node 4: Transport of Empty MOCVD Source to Temperature-Controlled Storage for Return to Vendor**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|---------------------|-------------------|
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple) handling MOCVD sources. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Document receiving procedure (SOP) including delivery, equipment, and seismic concerns for storage.<br>• **COMMENT:** Leave product in original packaging for storage and keep packaging for used MOCVD sources storage and return to vendor (Apple). Once in MOCVD bunker, ampule transitions to fab in the metal container.<br>• **COMMENT:** BOL verification prior to acceptance from vendor. | • **PHA team verified action closed:** 12/12/18: final document (7-18-16) posted in Box folder.<br>• 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION:** Review LSS equipment locations outside of Bunkers along chemical delivery route (e.g. pull stations, sensors, etc.). | • **PHA team verified action closed:** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft., liquid leak detection, gas detection) 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION:** Research DOW chemical emergency containment capabilities.<br>• **2020 update:** Chemical suppliers are currently EMD and Nouryon.<br>• **COMMENT:** In process by BSI with Paul Connor – EHS Director – Dow Electronic Materials. 2020 update – DOW chemical not used, no further action needed. | • **PHA team verified action closed:** Leaker cabinets can be used to "contain" individual containers if needed. ACT has overpack drums that can be used. All MO sources are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| 34. | Flood? | • Natural occurrence | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003470

| Session Group 2, What-If Node 4: Transport of Empty MOCVD Source to Temperature-Controlled Storage for Return to Vendor | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 35. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations) | • Access control | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 36. | Truck fire | • Equipment malfunction | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Possible facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • None | • **ACTION:** Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third party vehicles. |

bsi.

APL-GAELG_00003471

# Group 3 PHA
# Tool Abatement and Facility Exhaust Systems Supporting Process Tools Using HPM Gases and MOCVD Sources

**Proposed What If? Analysis Nodes**

- Corrosive gas HPM system – from tool vacuum pump discharge through point of use abatement to acid exhaust scrubber discharge to atmosphere

- Flammable, pyrophoric, mO source/toxic HPM systems – from tool vacuum pump discharge through abatement (if applicable) to specific exhaust system through scrubber discharge to atmosphere

    – 2020 revalidation – addition of CS Clean and oxidation system covered under FMEA review during June 2017.   Modifications were made to two of the MOCVD systems which are covered under the scope of the PHA. The systems involved were two tools, the Veeco K475i and the Axitron G4, and a separate Failure Modes and Effects (FMEA) study was conducted. It was decided by Apple and BSI to include a review of the FMEA during this 5-year validation to synchronize schedules for future revalidations – See separate FMEA table.

- Ammonia gas system – from tool vacuum pump discharge through abatement to exhaust system and scrubber discharge to atmosphere

NOTES:

- Ammonia scrubber is utilized for emergency, not process

- Process equipment – not in scope

- Commonalities in systems, potential hazards and associated controls allowed for combining nodes for the 2020 revalidation; all information contained within the three (3) 2020 revalidation nodes represents all information originally contained within the seven (7) nodes from 2015

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003472

# Session Group 3, What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere

## Node References and Notes

2020 revalidation – combined 2015 nodes 1 and 2 into 2020 node 1. All information carried over, nothing lost/changed.

- Gases: HCL, BCl3, Cl2, SiCl4, DCS
  - Ammonia covered under Node 3
- Acid (corrosive) scrubber is single stage, packed bed wet scrubber
  - GLSS – flow monitoring, shutdown at 80% flow; pH (enunciation)
  - All maintenance done in house (Apple)
- MOCVD tool – For bypass, process gas goes through BOC Edwards Spectra G3000
- Bypass – tools that run processes generating two separate exhaust streams that require different types of abatement technologies for treatment. The exhaust stream is directed to the correct abatement via a customized effluent bypass system (valves on Y connection) controlled by tool software.
  - MOCVD abatement tool process
    - CL2 and ammonia – ammonia covered under node 3
    - Arsine/phosphine and HCl – see node 2
- TPU – BOC Edwards Atlas Etch – sizing of inlet nozzles and flow rates designed based on estimated tool gas flow rates provided to Edwards from Aria
  - Maximum 80-foot distance limit for line runs from vacuum pump discharge to TPU
  - Intent is for all post vacuum pump lines to be heated – part of tool install
  - All TPUs connected to GLSS - trouble signals (fault), scrubber not ready (offline)
  - All maintenance done in house (Apple)
- Blowdown from corrosive scrubber discharges to acid waste neutralization (AWN) system for pH adjust
- **ACTION** – review tools using HBR & HI (Atlas TPU), HF (no current POU abatement) and determine if there are any deviations from the corrosive system.
  - **2020 revalidation, action closed** – TPU and corrosive system function the same for HBR and HI, covered under current what if questions.

NOTES:
- HBR – chase H (etcher), not in use currently; new PECVD tool in MOD2 – not currently in use
- HI – PECVD MOD2 tool
- **ACTION** – evaluate maintainability aspects associated with lines post vacuum pump to TPU – all third party supported (e.g.: disassemble, cap, remove from site, clean, return)

bsi.

APL-GAELG_00003473

- **2020 Revalidation – action closed** – lines between vacuum pump to TPU are all welded with no maintenance aspects. If line is bad, clogged, corroded, etc. then it would be replaced.
- 2020 revalidation – MOCVD tool 4-66
- Drawing numbers – PM6.07.2
- PP6.222.1A.40

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 1. | Corrosive gas release/leak? (e.g., HCl, BCl3, DCS, etc.) | • Fitting gasket failure<br>• KF flange misalignment<br>• Improper assembly of KF flange<br>• Blockage (positive pressure)<br>• Vibration<br>• Bellows failure<br>• Impact<br>• Disconnecting incorrect line<br>• No/improper LOTO<br>• Area maintenance/ construction activities<br>• Tool operating in bypass mode (controlled or uncontrolled)<br>• Loss of TPU without process gas interruption<br>• PM procedures not followed | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Partial facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (media-public relations)<br>• Exceedance of emissions limits with potential permit violation<br>• Equipment damage<br>• Inadvertent release to the environment<br>• Visible plume | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• TPU designed to abate corrosive emissions<br>• Packed bed water scrubber<br>• LSS system capabilities – manual pull stations, gas detection, alarms, notification, evacuation<br>• Tool interlocks that stop process gas flow based on a signal from the TPU and/or loss of scrubber exhaust<br>• HPM gas detection<br>• Vacuum pump discharge pressure monitor (photohelic)<br>• Vibration isolation (equipment anchorage and bellows)<br>• Eyewash/safety showers | • **COMMENT** Currently in discussion with local fire department for coordinated response.<br>• **COMMENT** Scrubber controls (PCS) – volumetric air flow (LSS), pH, water flow, secondary containment leak detection.<br>• **COMMENT** PCS monitors TPU functionality and GLSS monitors faults.<br>• **COMMMENT:** Exhaust monitored at the gas cabinets (EC sensor). | |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) maintaining the foreline exhaust system, the abatement system, and the scrubber. | • **PHA team verified action closed:** TPUs maintained by Jack's team and equipment manufacturer – all personnel are qualified to perform maintenance via experience and vendor provided training. |
| | | | | | • **ACTION:** Add scrubber to confined space inventory, classify and label. | • **PHA team verified action closed:** Scrubber classified as confined space, only qualified contractors are allowed to enter and perform maintenance.<br>• **ACTION:** Label acid scrubber as confined space. |

bsi.

Apple SB01 2020 Group 3 PHA

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Conduct PPE assessment to determine appropriate PPE for associated hazards and tasks. | • **PHA team verified action closed**: This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures, including critical EHS equipment PM program.<br>• **COMMENT** Buddy system will be required; no working alone. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION:** Establish location for spill kits and personal protective equipment (PPE). | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION:** Review Scrubber deck and roof for emergency notifications (horns, strobes, ERT, etc.). | • **PHA team verified action closed:** GLSS alarms on scrubber deck in TPU penthouse, evacuation alarms located outside of TPU room (scrubber deck area). |
| | | | | | • **ACTION:** Establish Security and ERT notification procedures for roof access. | • **PHA team verified action closed:** No existing protocol for roof access, controlled through badge readers (only personnel allowed on pad are able to access roof). |

bsi.

APL-GAELG_00003476

**Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 2. | What if wrong abatement system is used/connected? | • Software glitch<br>• Human error (programming error at tool or via remote access)<br>• Plugged foreline on one side of "Y" causing reverse flow into wrong abatement system<br>• Bidirectional discharge valve failure causing flow into wrong abatement system | • Potential release of untreated effluent to the environment due to routing of exhaust to the wrong abatement system<br>• Abatement system damage<br>• Business interruption<br>• Reputational risk (regulatory, media-public relations)<br>• Agency reporting<br>• Incompatible reaction resulting in pressure and fire | • Software process controls (gate valve control)<br>• Pressure monitoring on vacuum pump will shut process down<br>• Scrubber sized to handle full concentration and highest flow rate of all corrosive gases (based on RFO sizing)<br>• RFO specified based on Apple purchase order requirement | • **ACTION:** Understand how the manufacturer is controlling effluent abatement flow including software controls verification and validation. | • **PHA team verified action closed:** Controls in place via software. TPU monitors signal to pneumatic valves that controls process gas flow in the tool and puts TPU high fire mode when needed. |
| | | | | | • **ACTION:** Develop agency notification procedure for upset conditions. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION:** Verify password control in place for software changes by tool manufacturer. | • **PHA team verified action closed:** TPU requires password to enter main menu to access and make system changes. No remote access, in person access controlled via badge readers. |
| | | | | | • **ACTION:** Establish remote access security controls for vendors to access software controls on tools.<br>• **COMMENT:** Two levels of access control required (remote and at tool).<br>• **COMMENT:** Verification and validation process for software changes included in total machine and process qualification. | • **PHA team verified action closed:** No remote control for tools and TPUs (entire HPM system); remote viewing only. |
| 3. | TPU treatment capacity is exceeded? | • Incorrect or no RFO installed<br>• Higher gas flows and/or concentration that exceed TPU specifications<br>• Improper sizing such as s purge cycles inputs from multiple sources<br>• Reduced capacity<br>• Improper maintenance or change out<br>• Abatement equipment not built to spec<br>• Tool malfunction<br>• TPU malfunction (e.g., burner overtemp shutdown)<br>• Loss of fuel | • Equipment damage<br>• Process interruption<br>• Higher concentration in discharge to AWN and/or flow of makeup water | • Equipment properly commissioned<br>• Design and engineering for TPU capacity<br>• Scrubber sized to handle full concentration and highest flow rate of all corrosive gases (based on RFO sizing)<br>• RFO specified based on Apple purchase order requirement | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs.<br>• **COMMENT:** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |

bsi.

APL-GAELG_00003477

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |
| | | | | | • **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **COMMENT:** Buddy system will be required, no working alone. | |
| | | | | | • **ACTION:** Evaluate interconnection communication between tools and TPU for upset conditions. | • **PHA team verified action closed:** Tool and TPU talk to each other and Tool shuts down if TPU upset occurs. |
| 4. | TPU system fails? | • Incorrect or no RFO installed<br>• Higher gas flows and/or concentration that exceed TPU specifications<br>• Improper sizing such as s purge cycles inputs from multiple sources<br>• Reduced capacity<br>• Improper maintenance or change out<br>• Abatement equipment not built to spec<br>• Tool malfunction<br>• TPU malfunction (e.g., burner overtemp shutdown)<br>• Loss of fuel | • Equipment damage<br>• Process interruption<br>• Higher concentration in discharge to AWN and/or flow of makeup water | • Equipment properly commissioned<br>• Design and engineering for TPU capacity<br>• Scrubber sized to handle full concentration and highest flow rate of all corrosive gases (based on RFO sizing)<br>• RFO specified based on Apple purchase order requirement | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |
| | | | | | • **ACTION:** Develop agency notification procedure for upset conditions.<br>• **COMMENT** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Dedicated torque wrench purchased for the tasks which are preset for the proper torque setting which cannot be modified. |

bsi.

APL-GAELG_00003478

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. <br> • **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION:** Evaluate interconnection communication between tools and TPU for upset conditions. | • **PHA team verified action closed:** Tool and TPU talk to each other and Tool shuts down if TPU upset occurs. |
| | | | | | • **ACTION:** Verify that RFO sizing requirements for all HPMs are included in Apple procurement requirements for gas and abatement vendor(s). | • **PHA team verified action closed:** RFO sizing is specified by design engineer, submittals from equipment manufacturer for procurement include RFO sizing. |
| 5. | Loss of scrubbed exhaust? | • Fan failure <br> • Water loss (make up pump failure) <br> • Electrical failure <br> • Pump failure <br> • Loss of pH adjust (metering pump failure) <br> • Running out of treatment chemicals <br> • Control failure <br> • Loss of pressurization control (make up air handler failure) <br> • Accidental activation of EMO <br> • No or incorrect Preventative maintenance | • Inadvertent release to the environment <br> • Exceedance of emissions limits with potential permit violation <br> • Equipment damage <br> • Reputational risk (media-public relations) <br> • Process interruption <br> • Visible plume <br> • Potential employee exposure <br> • Partial or full lab evacuation | • 100% fan and pump redundancy <br> • Emergency power <br> • Corrosive gas shutdown tied to loss of exhaust <br> • Process control monitoring and notification <br> • Alarm Systems | • **ACTION:** Review loss of scrubbed exhaust protocols to determine appropriate evacuation level. | • **PHA team verified action closed:** Evacuation not triggered by loss of scrubbed exhaust alone. Each tool exhaust is monitored, triggers ERT response. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) maintaining the scrubber. | • **PHA team verified action closed:** Scrubber cleaning is performed by Fume Control Technology (contractor). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. <br> • **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| | | | | | • **ACTION:** Review Scrubber deck and roof for emergency notifications (horns, strobes, ERT, etc.). | • **PHA team verified action closed:** GLSS alarms on scrubber deck in TPU penthouse, evacuation alarms located outside of TPU room (scrubber deck area). |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003479

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 6. | Earthquake? | • Natural occurrence | • Personnel injury (exposure), property damage<br>• Leak<br>• Equipment damage<br>• Building evacuation<br>• Operational impact | • General emergency response procedures<br>• Building design to latest California building code seismic requirements<br>• Personnel training<br>• Seismic gas shutoff | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile.<br><br>• **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures.<br><br>• **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 7. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Inadvertent release to the environment<br>• Exceedance of emissions limits with potential permit violation<br>• Equipment damage<br>• Reputational risk (media-public relations)<br>• Process interruption<br>• Higher concentration in discharge to AWN and/or flow of makeup water | • Emergency backup generator<br>• Emergency lighting | • **ACTION:** Verify that emergency lighting has battery backup (in addition to emergency power).<br><br>• **ACTION:** Include emergency lighting on critical equipment EHS PM program.<br><br>• **ACTION:** Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** Emergency lighting is provided for the facility as part of original design (backed up by generator and UPS).<br><br>• **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15.<br><br>• **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| 8. | Fire occurs? | • Equipment malfunction<br>• Sabotage<br>• Byproducts exposed to air when contaminated foreline is open | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Partial facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (media-public relations)<br>• Environmental damage<br>• Pressure increase, potential deflagration<br>• Equipment and/or facility damage | • Fire alarm system (detection, suppression, pull stations)<br>• FD response<br>• ERT response<br>• Portable fire extinguishers<br>• Emergency procedures and personnel training<br>• Fire sprinkler system<br>• Smoke detectors | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.).. | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003480

| | Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of HPM handling personnel. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Develop and implement preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor.<br>• **COMMENT** Energetics (e.g., MO sources, byproducts, etc.). Work permit in process of being created by EORM. 2020 update – captured in SWP program, no separate form for energetics. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. All energetics work covered within SWP program. |
| 9. | Explosion occurs? | • Same as fire | • Same as fire<br>• Projectile | • Same as fire | • Same as fire | none |
| 10. | Flood? | • Natural occurrence<br>• Fire sprinklers activated | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training<br>• Fire department response<br>• ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003481

| Session Group 3 - What-If Node 1: Corrosive Gas HPM System – From Tool Vacuum Pump Discharge through Point of Use Abatement to Acid Exhaust Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| 11. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete or partial facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003482

# Session Group 3, What-If Node 2: Flammable, Pyrophoric, MO Source/Toxic HPM Systems – from Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere

## Node References and Notes

2020 revalidation – combined 2015 nodes 3, 4 and 5 into 2020 Node 2 – all information transferred, nothing lost/changed.

- Flammable gas system
- Gases: hydrogen, disilane (200 ppm)/hydrogen (future use), Silane (100 ppm)/nitrogen (future use)
    - Some concentrations below flammability threshold, listing all gases to account for potential future concentration changes
    - Ammonia covered under Nodes 6 and 7
    - NOTE: Bulk hydrogen storage/supply system includes a evaporator, bulk purifier, VMB, POU purifiers and then to tools
- TPU – BOC Edwards Spectra G3000 – sizing of inlet nozzles and flow rates designed based on estimated tool gas flow rates provided to Edwards from Aria
    - Max 80 feet distance limit for line runs from vacuum pump discharge to TPU
    - All TPUs connected to GLSS – trouble signals (fault), scrubber not ready (offline)
    - All maintenance done in house (Apple)
    - Natural gas fuel source
    - Gas flow through TPU to HEPA filters (HEPA filters treat potential carry over from metal organics)
- ACTION – evaluate maintainability aspects associated with lines post vacuum pump to TPU – all third party supported (e.g., disassemble, cap, remove from site, clean, return)
- **2020 Revalidation – action closed** – lines between vacuum pump to TPU are all welded with no maintenance aspects. If line is bad, clogged, corroded, etc. then it would be replaced.

**Pyrophoric gas system**

- Gases: phosphine, arsine
- Jupiter (Europa) and CS Clean (Cleansorb) dry scrubbers – sizing of inlet nozzles and flow rates designed based on estimated tool gas flow rates provided to Jupiter Scientific and CS Clean from Aria
    - Silane does not go through dry scrubber treatment, goes through "general" exhaust (dilution)
    - Runs from vacuum pump discharge to dry scrubber not limited (within reason)
    - All dry scrubbers connected to GLSS – trouble signals (fault), scrubber not ready (offline)

bsi.

APL-GAELG_00003483

- – All maintenance done in house (Apple)
- – All gas cabinets, VMBs and POU purifier enclosures are connected to the dry scrubbers for emergency treatment
- – RFOs control flow (bottles, VMBs, some gas cabinets)
- **ACTION** – Evaluate maintainability aspects associated with lines post vacuum pump to TPU – all third-party supported (e.g., disassemble, cap, remove from site, clean, return)
- **2020 Revalidation – action closed** – Lines between vacuum pump to TPU are all welded with no maintenance aspects. If line is bad, clogged, corroded, etc. then it would be replaced.

**Metal Organic Sources and Toxics**

- Liquid onboard ampules: Triethylgallium (TEG), Trimethylgallium (TMG), Trimethylaluminum (TMA), Trimethylindium (TMI), Diethyl telluride (DETe), Bis(cyclopentadienyl)magnesium (Cp2Mg), Diethyl Zinc (DEZn), Carbon Tetrabromide (CBr4), Phosphorus trichloride (PCl3), and Proprietary compound.
  - – Using largest size ampules available to reduce the number of change outs
  - – This node covers MOCVD tools that exhaust to dry scrubbers
  - – MOCVD tools exhausting to ammonia scrubber (4 total) covered under node 3
- Acid scrubber is single stage, packed bed wet scrubber (house scrubber)
  - – MOCVD tool (tool number 4-66) using chlorine for chamber cleaning exhaust to corrosive scrubber
  - – GLSS – flow monitoring, shutdown at 80% flow; pH (enunciation)
  - – Maintenance done in house (Apple) and by vendor (major PM activities)
  - – Blowdown from corrosive scrubber discharges to Acid Waste Neutralization (AWN) system for pH adjust
- Jupiter (Europa) and CS Clean (Cleansorb) dry scrubbers – sizing of inlet nozzles and flow rates designed based on estimated tool gas flow rates provided to Jupiter Scientific and CS Clean from Aria
  - – Runs from vacuum pump discharge to dry scrubber not limited (within reason)
  - – All dry scrubbers connected to GLSS - trouble signals (fault), scrubber not ready (offline)
  - – Tool enclosures are connected to the dry scrubbers for emergency treatment
  - – Sampling port monitors percentage remaining available for treatment.
  - – Olympus dry scrubber has thermal detection to monitor overtemperature which alerts for canister replacement
- FMEA originally conducted separately for introduction of CS Clean and oxidation system for tool 4-67 and 4-68 – refer to separate FMEA files. At present, tool 4-69 is utilizing the CS Clean.
- **ACTION**: Steve will review the FMEA tables to determine if update is needed for the as built configuration. Review with team to make sure tables are correct.
  - o **2020 Revalidation – action CLOSED** - Steve coordinated an FMEA session during which the team reviewed tables and updated where appropriate. FMEA is current and revalidated as part of this 5 year revalidation process.

APL-GAELG_00003484

Case 5:25-cv-07360-PCP    Document 80-3    Filed 04/27/26    Page 316 of 459

- **ACTION**: Evaluate maintainability aspects associated with lines post vacuum pump to TPU – all third party supported (e.g., disassemble, cap, remove from site, clean, return)
  - o **2020 Revalidation – action CLOSED** – lines between vacuum pump to TPU are all welded with no maintenance aspects. If line is bad, clogged, corroded, etc. then it would be replaced.
- P&IDs (tools 4-64, 4-66, 4-67, 4-68, 4-69)
  - PM6.07.2 (date 6.24.20)
  - PP6.222.1A.40; PP6.223.1C.40; PP6.354.1A.40
  - PP5.03.2 (date 2/21/19)
  - PP5.03.1 (date 2/21/20)

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003485

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 12. | Flammable, pyrophoric gas release/leak? | • Fitting gasket failure<br>• KF flange misalignment<br>• Improper assembly of KF flange<br>• Blockage (positive pressure)<br>• Vibration<br>• Bellows failure<br>• Impact<br>• Disconnecting incorrect line<br>• No/improper LOTO<br>• Area maintenance/ construction activities<br>• Tool operating in bypass mode (controlled or uncontrolled)<br>• Loss of TPU without process gas interruption<br>• PM procedures not followed | • Injury and/or fatality (site personnel)<br>• Partial or complete facility evacuation with significant downtime<br>• Reputational risk (media-public relations)<br>• Equipment damage<br>• Inadvertent release to the environment<br>• Flammables – fire<br>• Pyrophorics – instantaneous fire, explosion, deflagration, detonation<br>• Contamination, deposition of hazardous/toxic by-products<br>• Exceedance of permit conditions and notification to external agencies | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• TPU designed to abate flammable emissions.<br>• Dry scrubber designed to abate pyrophoric and toxic emissions<br>• FLSS system capabilities – manual pull stations, alarms, notification, evacuation<br>• Tool interlocks that stop process gas flow based on a signal from the TPU and/or loss of scrubber exhaust<br>• HPM gas detection<br>• Vibration isolation (equipment anchorage and bellows)<br>• Sprinkler system<br>• Fire extinguishers<br>• UVIR sensors | • **COMMENT:** PCS Monitors TPU functionality and GLSS monitors faults.<br>• **COMMMENT:** Exhaust monitored at the exhausted enclosures (MIB/VMB). | |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) maintaining the foreline exhaust system, the abatement system. | • **PHA team verified action closed:** TPUs maintained by Jack's team and equipment manufacturer – all personnel are qualified to perform maintenance via experience and vendor provided training. |
| | | | | | • **ACTION:** Conduct PPE assessment to determine appropriate PPE for associated hazards and tasks. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |

bsi.

APL-GAELG_00003486

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. <br><br> • **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. <br><br> • **COMMENT** Buddy system will be required; no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review Scrubber deck and roof for emergency notifications (horns, strobes, ERT, etc.). | • **PHA team verified action closed:** GLSS alarms on scrubber deck in TPU penthouse, evacuation alarms located outside of TPU room (scrubber deck area). |
| | | | | | • **ACTION:** Establish Security and ERT notification procedures for roof access. | • **PHA team verified action closed:** No existing protocol for roof access, controlled through badge readers (only personnel allowed on pad are able to access roof). |
| | | | | | • **ACTION:** Confirm $N_2$ ballast to vacuum pumps including flow sensor monitored with alarm action. | • **PHA team verified action closed:** $N_2$ flow sensor on vacuum pump that will stop process flow if vacuum pump is lost. |
| | | | | | • **ACTION:** Develop protocol for reporting upset conditions to agencies. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION:** Modify facility recovery plan to include investigation of all facility systems potentially effected by a fire event. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Modify ERT procedures for initiating facility recovery plan based on new hazards. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003487

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 13. | MOCVD sources release/leak? | • Tool/chamber malfunction | • Personnel exposure, Injury and/or fatality (site personnel)<br>• Partial or complete facility evacuation with significant downtime<br>• Reputational risk (media-public relations)<br>• Equipment and facility infrastructure damage<br>• Instantaneous fire, explosion, deflagration, detonation<br>• Contamination, deposition of hazardous/toxic by-products | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Dry scrubber designed to abate pyrophoric and toxic emissions<br>• FLSS system capabilities - manual pull stations, alarms, notification, evacuation<br>• HPM gas detection<br>• Fire extinguishers<br>• HSSD sensors<br>• Internal tool/chamber interlocks | • **COMMENT** PCS Monitors Dry Scrubbers functionality and GLSS monitors faults. | |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Modify facility recovery plan to include investigation of all facility systems potentially effected by a fire event. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Modify ERT procedures for initiating facility recovery plan based on new hazards. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003488

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 14. | TPU treatment capacity is exceeded? | • Higher gas flows that exceed TPU specifications<br>• Reduced capacity<br>• Improper maintenance or change out<br>• Abatement equipment not built to spec<br>• Tool Malfunction<br>• TPU malfunction (e.g.: burner overtemp shutdown)<br>• Loss of fuel | • Equipment damage<br>• Process interruption | • Equipment properly commissioned<br>• Design and engineering for TPU capacity<br>• Excess flow switch in VMB<br>• Interlock between tool and TPU | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs.<br>• **COMMENT:** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Evaluate interconnection communication between tools and TPU for upset conditions | • **PHA team verified action closed:** tool and TPU talk to each other and Tool shuts down if TPU upset occurs. |
| 15. | TPU system fails? | • Higher gas flows that exceed TPU specifications<br>• Reduced capacity<br>• Improper maintenance or change out<br>• Abatement equipment not built to spec<br>• Tool malfunction<br>• TPU malfunction (e.g., burner overtemp shutdown)<br>• Loss of fuel | • Equipment damage<br>• Process interruption<br>• TPU goes into automatic bypass | • Equipment properly commissioned<br>• Design and engineering for TPU capacity<br>• Excess flow switch in VMB<br>• Interlock between tool and TPU | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs.<br>• **COMMENT:** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003489

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Evaluate interconnection communication between tools and TPU for upset conditions. | • **PHA team verified action closed:** Tool and TPU talk to each other and Tool shuts down if TPU upset occurs. |
| 16. | Dry scrubber system fails? | • Detector failure resulting in no notification of reduced capacity<br>• Improper maintenance or change out<br>• Abatement equipment not built to spec | • Personnel exposure, injury and/or fatality (site personnel)<br>• Complete facility evacuation with significant downtime<br>• Reputational risk (media-public relations)<br>• Equipment and facility infrastructure damage<br>• Inadvertent release to the environment<br>• Instantaneous fire, explosion, deflagration, detonation<br>• Contamination, deposition of hazardous/toxic by-products<br>• Exceedance of permit conditions and notification to external agencies | • Equipment properly commissioned<br>• Design and engineering for dry scrubber capacity<br>• RFOs in VMB, gas cylinders and some gas cabinets Interlock between tool and Dry Scrubber<br>• GLSS monitoring of dry scrubber exhaust (gas detection and flow) | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns and upset conditions for dry scrubbers.<br>• **COMMENT:** By design – PCS monitors dry scrubber availability and GLSS monitors faults. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |

bsi.

APL-GAELG_00003490

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 17. | Earthquake? | • Natural occurrence | • Personnel injury (exposure), property damage<br>• Leak<br>• Equipment damage<br>• Building evacuation<br>• Operational impact | • General emergency response procedures<br>• Building design to latest California building code seismic requirements<br>• Personnel training<br>• Seismic gas shutoff<br>• Seismic restraints for dry scrubber canisters and water baths for ampules. | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Standard action is to stop work and evacuate. This applies during transport activities. |
| | | | | | • **ACTION:** Confirm seismic shutoff valve for natural gas supply. | • **PHA team verified action closed:** Shutoff valve in place. |
| | | | | | • **ACTION:** Develop dry scrubber canister changeout procedures, include proper seismic restraint connection validation. | • **PHA team verified action closed:** Procedures in place, Apple personnel change out canisters. |
| 18. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Equipment damage<br>• Process interruption<br>• TPU goes into automatic bypass<br>• Loss of fuel gas (hydrogen) | • Emergency backup generator<br>• Emergency lighting<br>• UPS power for hydrogen isolation valves<br>• Tool shutdown (fail safe to close for MOCVD sources) | • **ACTION:** Verify that emergency lighting has battery backup (in addition to emergency power). | • **PHA team verified action closed:** Emergency lighting is provided for the facility as part original design (backed up by generator and UPS). |
| | | | | | • **ACTION:** Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003491

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 19. | Fire occurs? | • Equipment malfunction (control units) <br> • Sabotage <br> • Flammable solid and or pyrophoric solid byproducts exposed to air when contaminated foreline is open <br> • Leak occurring post vacuum pump <br> • Ungrounded system | • Fire and/or explosion resulting in resulting in injury and/or fatality (site personnel) and facility damage <br> • Partial facility evacuation with significant downtime <br> • Reputational risk (media-public relations) <br> • Equipment and/or facility damage | • Fire alarm system (detection, suppression, pull stations) <br> • FD response <br> • ERT response <br> • Portable fire extinguishers <br> • Emergency procedures and personnel training <br> • Fire sprinkler system <br> • Smoke Detectors <br> • Lower gauge duct rating (temperature and pressure) | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of HPM handling personnel. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Develop and implement preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. <br> • **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. <br> • **COMMENT** Energetics work permit in process of being created by BSI. | • **PHA team verified action closed:** Completed on 6/19/15. Binder located Tom's desk with current versions. H&S Plan located on Box. |

APL-GAELG_00003492

| Session Group 3 – What-If Node 2: Flammable, Pyrophoric, MO source/Toxic HPM Systems – From Tool Vacuum Pump Discharge through Abatement (if Applicable) to Specific Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| 20. | Explosion occurs? | • Same as fire | • Same as fire<br>• Projectile | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 21. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete or partial facility evacuation with significant downtime<br>• Reputational risk (media-public relations)<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003493

# Session Group 3, What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Scrubber Discharge to Atmosphere

## Node References and Notes

- Gases: ammonia, hydrogen
- Onboard ampoules: Triethylgallium (TEG), Trimethylgallium (TMG), Trimethylaluminum (TMA), Trimethylindium (TMI), Diethyl telluride (DETe), Bis(cyclopentadienyl)magnesium (Cp2Mg), Diethyl Zinc (DEZn), Carbon Tetrabromide (CBr4), Phosphorus trichloride (PCl3), and Proprietary compound.
- Chlorine onboard MOCVD tool 4-66
- Ammonia is fed by bulk source (4 x 800 lb. tonners)
- Ammonia system will be addressed in separate PHA for RMP
- NOTE: Tonner change out has potential to send liquid ammonia slug to the scrubber – design options being considered to control slug volumes and prevent liquid ammonia to scrubber (programming for slow bleed to scrubber first choice)Ammonia scrubber is single stage, packed bed wet scrubber
- 2020 revalidation: System design discussion with Team identified automated process for tonner change out. All automated controls for the change out process shut appropriate valves for purge process, isolation valves eliminate the potential for liquid slug to the scrubber. Additionally, the scrubber is designed to abate to ½ IDLH or lower for a full release of one tonner.
- Ammonia scrubber is in place for cabinet and bulk ammonia system (no direct process exhaust)
- GLSS – flow monitoring, shutdown at 80% flow; pH (enunciation)
- Maintenance done in house (Apple) and vendor (major PM activities)
- Abatement point of use abatement includes
- HEPA filtration for TPU exhaust for particulate retention
- TPU – BOC Edwards Spectra 3000 – sizing of inlet nozzles and flow rates designed based on estimated tool gas flow rates provided to Edwards from Aria
  - TPU treats ammonia process exhaust
  - Max 80 feet distance limit for line runs from vacuum pump discharge to TPU
  - Intent is for all post vacuum pump lines to be heated – part of tool install
  - All TPUs connected to GLSS - trouble signals (fault), scrubber not ready (offline)
  - All maintenance done in house (Apple)
- Blowdown from Ammonia scrubber discharges to Acid Waste Neutralization (AWN) system for pH adjust
- All maintenance done in house (Apple) Blowdown from Ammonia scrubber discharges to Acid Waste Neutralization (AWN) system for pH adjust

APL-GAELG_00003494

**Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 22. | Ammonia gas release/leak? | • Fitting gasket failure<br>• KF flange misalignment<br>• Improper assembly of KF flange<br>• Blockage (positive pressure)<br>• Vibration<br>• Bellows failure<br>• Impact<br>• Disconnecting incorrect line<br>• No/improper LOTO<br>• Area maintenance/ construction activities<br>• Tool operating in bypass mode (controlled or uncontrolled)<br>• Loss of TPU without process gas interruption<br>• PM procedures not followed | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Partial facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (media-public relations)<br>• Exceedance of emissions limits with potential permit violation<br>• Equipment damage<br>• Inadvertent release to the environment<br>• Visible plume<br>• NOx emissions increase<br>• Odor | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• TPU designed to abate ammonia emissions<br>• Ammonia scrubber designed to abate ammonia emissions (packed bed water scrubber)<br>• LSS system capabilities - manual pull stations, gas detection, alarms, notification, evacuation<br>• Tool interlocks that stop process gas flow based on a signal from the TPU and/or loss of scrubber exhaust<br>• HPM Gas detection<br>• Vacuum pump discharge pressure monitor (photohelic)<br>• Vibration isolation (Equipment anchorage and bellows)<br>• Eyewash/safety showers | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department.<br>• **COMMENT** Scrubber controls (PCS) – volumetric air flow (LSS), pH, water flow, secondary containment leak detection.<br>• **COMMENT** PCS Monitors TPU functionality and GLSS monitors faults.<br>• **COMMMENT:** Exhaust monitored at the gas cabinets (EC sensor). | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) maintaining the foreline exhaust system, the abatement system, and the scrubber. | • **PHA team verified action closed:** Scrubber cleaning is performed by Fume Control Technology (contractor). |
| | | | | | • **ACTION:** Add scrubber to confined space inventory, classify, and label. | • **PHA team verified action closed:** Scrubber classified as confined space, only qualified contractors are allowed to enter and perform maintenance. |

APL-GAELG_00003495

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Conduct PPE assessment to determine appropriate PPE for associated hazards and tasks. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review scrubber deck and roof for emergency notifications (horns, strobes, ERT, etc.). | • **PHA team verified action closed:** GLSS alarms on scrubber deck in TPU penthouse, evacuation alarms located outside of TPU room (scrubber deck area). |
| | | | | | • **ACTION:** Establish Security and ERT notification procedures for roof access. | • **PHA team verified action closed:** No existing protocol for roof access, controlled through badge readers (only personnel allowed on pad are able to access roof). |
| | | | | | • **ACTION:** Establish agency notification procedure. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |

bsi.

APL-GAELG_00003496

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 23. | What if diverter valve is in the wrong position (to acid scrubbed exhaust)? | • Failure to operate (e.g., valve gets stuck)<br>• Human error (programming)<br>• Maintenance error | • MOCVD process effluent to unabated exhaust<br>• Chlorine to ammonia exhaust; ammonia to acid scrubbed exhaust<br>• Visible plume<br>• Reputational risk<br>• Exposure<br>• Release<br>• Reporting<br>• Filter damage | | • **ACTION:** Determine Axitron controls to address causes and consequences (BSI). | • **PHA team verified action closed:** Safety plc interlock prevents valve being in wrong direction, HMI shows intended status of valve.<br>• **ACTION:** BSI conduct LEL calculation for potential H2 flow through acid scrubber.<br>  ○ **CLOSED:** BSI conducted calculations and provided to team.<br>• **ACTION:** BSI conduct Cl$_2$ dilution calculations for unabated release to atmosphere – determine concentration at exhaust point.<br>  ○ **CLOSED:** Calculations show 11.17 ppm at stack exhaust with normal flow rate of 7878 CFM. Safety PLC in place to control valve.<br>• **ACTION:** BSI conduct SCREEN 3 modeling to predict ground level concentrations at property line.<br>  ○ **CLOSED:** Modeling shows predicted maximum ground level concentration converts to 0.037 ppm at 200.1 ft from the ammonia scrubber stack closest to the property line. No further action required.<br>• **ACTION:** Establish controls to prevent roof access during chlorine event. |
| 24. | What if wrong abatement system is used/connected? | • Software glitch<br>• Human error (programming error at tool or via remote access)<br>• Plugged foreline on one side of "Y" causing reverse flow into wrong abatement system<br>• Bidirectional discharge valve failure causing flow into wrong abatement system | • Potential release of untreated effluent to the environment due to routing of exhaust to the wrong abatement system<br>• Abatement system damage<br>• Business interruption<br>• Reputational risk (regulatory, media-public relations)<br>• Agency reporting<br>• Incompatible reaction resulting in pressure and fire | • Software process controls (gate valve control)<br>• Pressure monitoring on vacuum pump will shut process down<br>• Scrubber sized to handle full concentration and highest flow rate of all corrosive gases (based on RFO sizing)<br>• RFO specified based on Apple purchase order requirement | • **ACTION:** Understand how the manufacturer is controlling effluent abatement flow including software controls verification and validation. | • **PHA team verified action closed:** MFC controls flow rates, which was considered as part of abatement device selection and design. Refer to line item 23 above – dilution calcs. |
| | | | | | • **ACTION:** Develop agency notification procedure for upset conditions. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION:** Verify password control in place for software changes by tool manufacturer. | • **PHA team verified action closed:** TPU requires password to enter main menu to access and make system changes. No remote access, in person access controlled via badge readers. |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003497

**Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION:** Establish remote access security controls for vendors to access software controls on tools.<br>• **COMMENT:** Two levels of access control required (remote and at tool).<br>• **COMMENT:** Verification and validation process for software changes included in total machine and process qualification. | • **PHA team verified action closed:** No remote control for tools and TPUs (entire HPM system), remote viewing only. |
| 25. | TPU treatment capacity is exceeded? | • Tool failure (high flow ammonia signal not received from tool, no increase in hydrogen to support increased abatement)<br>• Tool failure causing high flow of ammonia | • Equipment damage<br>• Process interruption<br>• Higher concentration in discharge to AWN and/or flow of makeup water | • Equipment properly commissioned<br>• Design and engineering for TPU capacity<br>• Scrubber sized to handle full concentration and highest flow rate of all corrosive gases (based on RFO sizing)<br>• RFO specified based on Apple purchase order requirement<br>• Gas source shutdown interlocks for excess flow | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs.<br>• **COMMENT** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Evaluate interconnection communication between tools and TPU for upset conditions. | • **PHA team verified action closed:** Tool and TPU talk to each other and Tool shuts down if TPU upset occurs. |
| | | | | | • **ACTION:** Verify TPU capacity in low fire mode (is it possible to treat max flow in low fire mode). | • **ACTION:** Verify that TPU system will alarm if treatment capacity is exceeded.<br>• **PHA team verified action closed:** TPU system does not detect excess flow. Gas flow controlled by MFC, abatement system sized for. Dilution result in low concentration at discharge to atmosphere (reference dilution calculations). |

bsi.

APL-GAELG_00003498

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify TPU treatment capacity is higher than max flow possible through tool. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. |
| 26. | TPU system fails? | • Improper maintenance or change out<br>• Abatement equipment not built to spec<br>• TPU malfunction (e.g., burner overtemp shutdown)<br>• Loss of "fuel" (source gases – natural gas for pilot flame, hydrogen and CDA)<br>• Loss of power<br>• Loss of exhaust<br>• Fire | • Equipment damage<br>• Process interruption<br>• Potential release and exceedance of emissions limits<br>• Reporting to agencies for upset conditions<br>• Reputational risk<br>• Potential personnel exposure | • Equipment properly commissioned<br>• design and engineering for TPU capacity<br>• Ventilation flow sensors for shutdown of process ammonia<br>• Thermal sensors for internal boundary conditions on TPU<br>• Post TPU ammonia sensors in exhaust trigger ammonia supply shutdown<br>• Ammonia scrubber sized to handle full concentration and highest flow rate of all ammonia | • **ACTION:** Identify all process exhaust monitoring capabilities and associated shutdowns for TPUs. | • **PHA team verified action closed:** Gas flows are specified by tool manufacturer, which was used to identify TPU design and capability. Gas flow controlled by MFC. Multiple failures required to exceed TPU capacity. TPU shutdown occurs in high pressure or high temp. |
| | | | | | • **ACTION:** Develop agency notification procedure for upset conditions.<br>• **COMMENT:** PCS Monitors TPU functionality and GLSS monitors faults. | • **PHA team verified action closed:** Tools shutdown if TPU is not online. Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Confirm functional testing of tool/TPU interlocks during equipment EHS sign off. | • **PHA team verified action closed:** all functional testing completed during tool sign off/commissioning process at install. |
| | | | | | • **ACTION:** Verify Ammonia detection in TPU cabinet. | • **PHA team verified action closed:** Ammonia sensor present. |

bsi.

APL-GAELG_00003499

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 27. | Loss of scrubbed (ammonia) exhaust? | • Fan failure<br>• Water loss (make up pump failure)<br>• Electrical failure<br>• Pump failure<br>• Loss of pH adjust (metering pump failure)<br>• Running out of treatment chemicals<br>• Control failure<br>• Loss of pressurization control (make up air handler failure)<br>• Accidental activation of EMO<br>• No or incorrect Preventative maintenance | • Inadvertent release to the environment<br>• Exceedance of emissions limits with potential permit violation<br>• Equipment damage<br>• Reputational risk (media-public relations)<br>• Process interruption<br>• Visible plume<br>• Potential employee exposure<br>• Partial or full lab evacuation | • 100% fan and pump redundancy<br>• Emergency power<br>• Corrosive gas shutdown tied to loss of exhaust<br>• Process control monitoring and notification<br>• Alarm systems | • **ACTION:** Determine appropriate evacuation protocol for scrubber failure. | • **PHA team verified action closed:** Evacuation not triggered by loss of scrubbed exhaust alone. Each tool exhaust is monitored, triggers ERT response. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) maintaining the scrubber. | • **PHA team verified action closed:** Scrubber cleaning is performed by Fume Control Technology (contractor). |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program.<br>• **COMMENT:** Buddy system will be required, no working alone. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review scrubber deck and roof for emergency notifications (horns, strobes, ERT, etc.). | • **PHA team verified action closed:** GLSS alarms on scrubber deck in TPU penthouse, evacuation alarms located outside of TPU room (scrubber deck area). |
| 28. | Filters fail? | • Clogged filters | • Inadequate flow | • Tool shutdown (if TPU off-line)<br>• Flow alarm | • Not covered during 2015 sessions. | • Discussed during 2020 validation session; no safety concerns. |

bsi.

Apple SB01 2020 Group 3 PHA

APL-GAELG_00003500

**Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 29. | Earthquake? | • Natural occurrence | • Personnel injury (exposure), property damage<br>• Leak<br>• Equipment damage<br>• Building evacuation<br>• Operational impact | • General emergency response procedures<br>• Building design to latest California building code seismic requirements<br>• Personnel training<br>• Seismic gas shutoff | • **ACTION:** Modify earthquake emergency response procedures to account for higher risk profile. | • **PHA team verified action closed:** Site-specific emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION:** Establish procedures for stopping work during emergency event. | • **PHA team verified action closed:** Standard action within the emergency plan is to stop work and evacuate. This applies during all work activities. |
| 30. | Power failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | • Inadvertent release to the environment<br>• Exceedance of emissions limits with potential permit violation<br>• Equipment damage<br>• Reputational risk (media-public relations)<br>• Process interruption<br>• Higher concentration in discharge to AWN and/or flow of makeup water | • Emergency backup generator<br>• Emergency lighting | • **ACTION:** Verify that emergency lighting has battery backup (in addition to emergency power). | • **PHA team verified action closed:** Emergency lighting is provided as part of original design (backed up by generator and UPS). |
| | | | | | • **ACTION:** Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| 31. | Fire occurs? | • Equipment malfunction<br>• Sabotage<br>• Byproducts exposed to air when contaminated foreline is open<br>• Ungrounded system | • Personnel exposure resulting in injury and/or fatality (site personnel)<br>• Partial facility evacuation with significant downtime<br>• Area Contamination – deposition of hazardous byproducts<br>• Reputational risk (media-public relations)<br>• Environmental damage<br>• Pressure increase, potential deflagration<br>• Equipment and/or facility damage | • Fire alarm system (detection, suppression, pull stations)<br>• FD response<br>• ERT response<br>• Portable fire extinguishers<br>• Emergency Procedures and Personnel training<br>• Fire sprinkler system<br>• Smoke detectors | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003501

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of HPM handling personnel. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Develop and implement preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor.<br>• **COMMENT:** Energetics (e.g., MO sources, byproducts, etc.). Work permit in process of being created by BSI. 2020 update – captured in SWP program, no separate form for energetics. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. All energetics work covered within SWP program. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| 32. | Explosion occurs? | • Same as fire | • Same as fire<br>• Projectile | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 33. | Flood? | • Natural occurrence<br>• Fire sprinklers activated | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training<br>• Fire department response<br>• ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

APL-GAELG_00003502

| Session Group 3 – What-If Node 3: Ammonia Gas System – From Tool Vacuum Pump Discharge through Abatement to Exhaust System through Final Scrubber Discharge to Atmosphere | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department.<br><br>• **COMMENT:** Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| 34. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete or partial facility evacuation with significant downtime<br>• Area Contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003503

# Group 4 PHA
# Hazardous Production Material (HPM)
# Liquid Distribution Systems

## Proposed What If? Analysis Nodes – Agreed upon on 02/06/15

Agreed upon by PHA revalidation team 6/25/2020

- HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel
- Delivery of Chemical to Secondary Storage Location (e.g., flammable cabinet)
- Chemical Transport from Storage to Tool
- Chemical Reservoir Fill (Tool or Delivery Cabinet)
  - Includes management of empty containers
- Dispense Cabinet to the Tool – includes CDUs located in Chases and tool enclosure "CDU" for MLO (metal lift off) IPA tool
- Process Equipment **– Not in Scope**

APL-GAELG_00003504

# Session Group 4, What-If Node 1: HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel (02/12/15)

### Node References and Notes

Revalidation session 6/25/2020

- Key points
  - 5-gallon maximum container size (does not include bulk tanker fills, e.g., AWN treatment chemicals)
  - Assume no direct tool hook-up (all chemicals are inside CDUs, no chemistry is connected directly to the tool)
  - Pallet delivery may occur, via pallet jack with an established, clear delivery path
  - Apple personnel will perform delivery from loading dock to storage locations; no vendors

bsi.

APL-GAELG_00003505

**Session Group 4 - What-If Node 1: HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 1. | Liquid chemical leak (oxidizer, acid, base, flammable, etc.)? | • Damaged container upon receipt<br>• Damage during transportation, (manual handling, electric pallet jack or PIT) | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Incompatible chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Storm drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Safe drains at loading dock and surrounding areas<br>• Some receiving containers with double containment<br>• Safety showers and eyewash<br>• Chemical storage bunkers are access-controlled to badged personnel<br>• Weekly inspections by vendor | • **ACTION**: Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment for two ammonia gas cylinders and bulk Ammonia System. |
| | | | | | • **ACTION**: Develop chemical receiving procedures. | • **PHA team verified action closed:** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Establish location for spill kits and personal protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are available in receiving areas and throughout chemical delivery path. |
| | | | | | • **ACTION**: Personnel training for Powered Industrial Trucks (PIT). | • **PHA team verified action closed:** PIT training is in place, all personnel using PIT have current training. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. All portable emergency equipment is on the HMBP map, annual update -most recent May 2020. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |

bsi.

APL-GAELG_00003506

**Session Group 4 - What-If Node 1: HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br><br>• **COMMENT**: Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish chemical compatibility storage plan and method of communicating to handlers. | • **PHA team verified action closed:** Initial development of site included storage plan/locations. Storage areas are labeled with contents. Chemical review process identifies storage location/capacity. |
| 2. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation** |
| 3. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Static discharge resulting in fire (lightning, outdoors) | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Bonding and grounding throughout facility | • **ACTION**: Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br><br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| | | | | | • **ACTION**: Review outdoor emergency eyewash / safety shower for piping and insulation needs. | • **PHA team verified action closed:** All exterior copper piping is insulated. |
| | | | | | • **ACTION**: Develop SOPs to prohibit deliveries during extreme weather. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk).<br><br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |

bsi.

Apple SB01 2020 Group 4 PHA

| Session Group 4 - What-If Node 1: HPM Delivery by Vendor to the Site's Shipping/Receiving Area and Transportation to Storage Location by Apple Personnel | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 4. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • No nighttime chemical deliveries<br>• Alarm systems<br>• Battery and emergency generator backup for badge systems ,LSS systems<br>• Emergency backup power (generator)<br>• Emergency lighting | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 5. | Fire occurs? | • Behavioral safety issue (smoking)<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| 6. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 7. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |
| 8. | Truck fire? | • Vehicle issue<br>• Incompatible reaction<br>• Sabotage | • Same as fire (except sprinkler discharge) | • DOT regulations for HAZMAT carriers | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 9. | Unknown chemical arrives at facility? | • Insufficient labeling<br>• Vendor error<br>• Damage or removal of label during shipment<br>• Behavioral or sabotage | • Handling protocol unknown | • DOT regulations for HAZMAT carriers<br>• Labeling Regulations chemical manufacturers/distributors | • **ACTION:** Develop chemical receiving procedures. | • **PHA team verified action closed:** 12/12/18 update:  Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop ERT response for unknown chemical(s). | • **PHA team verified action closed:** ERT response not required unless a spill or incident is involved. Protocol for unknown or unlabeled chemistry documented in Chemical Ordering, Receiving and Delivery procedure (7-28-16), reject unknowns. |

bsi.

Apple SB01 2020 Group 4 PHA

# Session Group 4, What-If Node 2: Delivery of Chemical to Secondary Storage Location (e.g., Flammable Cabinet) (02/12/15)

**Node References and Notes**

Revalidation 6/25/2020

- Key points
  - Most containers are 1-gallon or 4 liters; maximum 5-gallon (20 liters) container size
  - Assume no direct tool hook-up, delivery to storage cabinet only
  - Apple personnel will perform delivery, no vendors
  - Chemical will remain in DOT container on cart through to the pass-thru (no breaking down of boxes prior to transport to interior of facility)
  - All deliveries will be on carts (no PIT)

APL-GAELG_00003509

| Session Group 4 - What-If Node 2: Delivery of Chemical to Secondary Storage Location | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 10. | Liquid chemical leak (oxidizer, acid, base, flammable, etc.)? | • Damaged container<br>• Handling error<br>• Obstructed, uneven, or damaged chemical transport path | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Reaction with containment materials (concentrated hydrogen peroxide and HF)<br>• Generation of hazardous fumes and vapors<br>• Sanitary drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Fire<br>• Distribution of hazardous fumes and vapors throughout cleanroom area | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Safety showers and eyewash<br>• Chemical storage bunkers and building are access-controlled to badged personnel<br>• Weekly inspections by vendor<br>• All chemicals will be transported indoors up to the pass-thru in original DOT packaging | • **ACTION:** Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION**: Establish location for spill kits, med kits (HF) and personnel protective equipment. | • **PHA team verified action closed**: Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Review design/construction of chemical delivery path. | • **PHA team verified action closed**: Chemical Ordering, Receiving and Delivery procedure (7-28-16) includes a map created to identify chemical delivery paths and drop-off locations. Last review December 2019. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, lab evac button, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location ,etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |

bsi.

Apple SB01 2020 Group 4 PHA

APL-GAELG_00003510

| Session Group 4 - What-If Node 2: Delivery of Chemical to Secondary Storage Location | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Establish chemical compatibility storage plan and method of communicating to handlers. | • **ACTION Remains open:** Establish chemical compatibility storage plan and method of communicating to handlers. |
| | | | | | • **ACTION:** Establish chemical transport SOPs and training, including required appropriate segregation during transport. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| 11. | • Incompatible chemical storage? | • Operator error<br>• SOP not in place or incorrect<br>• Unlabeled or mislabeled chemical | • Chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Equipment or facility damage<br>• Personnel injury or exposure<br>• Area evacuation | • Chemical labeling | • **ACTION:** Establish location for spill kits, med kits (HF) and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, lab evac button, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| | | | | | • **ACTION:** Establish chemical transport SOPs and training, including required appropriate segregation during transport. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). Chemical Ordering, Receiving and Delivery procedure (7-28-16). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT:** Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids.<br>• **ACTION:** Establish chemical compatibility storage plan and method of communicating to handlers. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs.<br>• **ACTION Remains open:** Establish chemical compatibility storage plan and method of communicating to handlers. |

bsi.

APL-GAELG_00003511

| Session Group 4 - What-If Node 2: Delivery of Chemical to Secondary Storage Location | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 12. | Human error during chemical handling? | • Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• SOP not in place or incorrect | • Same as chemical leak | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 13. | Evacuation? | • Various (loss of exhaust, power) | • Unattended, unsecured chemicals<br>• Blocked egress path<br>• DOT packaging damage | • None | • **ACTION**: Establish procedures for stopping work during emergency event.<br><br>• **ACTION**: Determine appropriate cart selection | • **PHA team verified action closed.** Standard action is to stop work and evacuate. This applies during transport activities.<br>• **PHA team verified action closed:** carts are available for use when needed. |
| 14. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 15. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Static discharge resulting in fire (lightning, outdoors) | • Bonding and grounding throughout facility | • **ACTION**: Include extreme weather working prohibitions in Apple emergency alert system.<br><br>• **ACTION**: Review outdoor emergency eyewash/safety shower for piping and insulation needs.<br><br>• **ACTION**: Develop SOPs to prohibit deliveries during extreme weather. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location.<br><br>• **PHA team verified action closed:** all exterior copper piping is insulated.<br><br>• **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk).<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 16. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Battery backup for badge systems<br>• Emergency backup power | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 17. | Fire occurs? | • Behavioral safety issue (smoking)<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003512

| Session Group 4 - What-If Node 2: Delivery of Chemical to Secondary Storage Location | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15.  2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| 18. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential off-site consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 19. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |

bsi.

APL-GAELG_00003513

# Session Group 4, What-If Node 3: Chemical Transport from Storage to Tool or Dispensing Cabinet (02/13/15)

## Node References and Notes

Revalidation 6/25/2020

- SOO
  - 5-gallon (20 liter) maximum container size
  - Apple personnel will perform delivery; no vendors
  - Dispense Cabinet to the Tool – includes CDUs located in Chases and tool enclosure "CDU" for MLO (metal lift off) IPA tool

| Session Group 4 - What-If Node 3: Chemical Transport from Storage to Tool | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 20. | Liquid chemical leak (oxidizer, acid, base, flammable, etc.)? | • Damaged container<br>• Handling error<br>• Obstructed, uneven, or damaged chemical transport path | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Reaction with containment materials (concentrated hydrogen peroxide and HF)<br>• Generation of hazardous fumes and vapors<br>• Sanitary drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Fire<br>• Distribution of hazardous fumes and vapors throughout cleanroom area | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Safety showers and eyewash<br>• Chemical storage bunkers and building are access-controlled to badged personnel<br>• Weekly inspections by vendor<br>• All chemicals will be transported indoors up to the pass-thru in original DOT packaging | • **ACTION:** Identify material handling equipment for 20-liter containers. | • **PHA team verified action closed:** Manual lift onto chemical cart, cart used for delivery to tool or CDU. |
| | | | | | • **ACTION:** Establish location for spill kits, med kits (HF) and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION:** Review design/construction of chemical delivery path. | • **PHA team verified action closed:** Chemical Ordering, Receiving and Delivery procedure (7-28-16) includes a map created to identify chemical delivery paths and drop-off locations. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, lab evac button, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department.<br>• **COMMENT:** Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |

bsi.

APL-GAELG_00003515

| Session Group 4 - What-If Node 3: Chemical Transport from Storage to Tool | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Establish chemical compatibility storage plan and method of communicating to handlers. | • **ACTION Remains open:** Establish chemical compatibility storage plan and method of communicating to handlers. |
| | | | | | • **ACTION**: Establish chemical transport SOPs and training, including required appropriate segregation during transport. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| 21. | Incompatible chemical Storage? | • Operator error<br>• SOP not in place or incorrect<br>• Unlabeled or mislabeled chemical | • Chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Equipment or facility damage<br>• Personnel injury or exposure<br>• Area evacuation | • Chemical labeling | • **ACTION**: Establish location for spill kits, med kits (HF) and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, lab evac button, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION**: Establish chemical transport SOPs and training, including required appropriate segregation during transport. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department.<br>• **COMMENT**: Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Establish chemical compatibility storage plan and method of communicating to handlers | • **ACTION Remains open:** Establish chemical compatibility storage plan and method of communicating to handlers |

bsi.

APL-GAELG_00003516

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| **Session Group 4 - What-If Node 3: Chemical Transport from Storage to Tool** | | | | | | |
| 22. | Human error during chemical handling? | • Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• SOP not in place or incorrect | • Same as chemical leak | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 23. | Evacuation? | • Various (loss of exhaust, power) | • Unattended, unsecured chemicals<br>• Blocked egress path<br>• DOT packaging damage | • None | • **ACTION**: Establish procedures for stopping work during emergency event.<br><br>• **ACTION**: Determine appropriate cart selection. | • **PHA team verified action closed:** Standard action is to stop work and evacuate. This applies during transport activities.<br>• **PHA team verified action closed:** Carts are available for use when needed. |
| 24. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 25. | Extreme Weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Static discharge resulting in fire (lightning, outdoors) | • Bonding and grounding throughout facility | • **ACTION**: Include extreme weather working prohibitions in Apple emergency alert system. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| | | | | | • **ACTION**: Review outdoor emergency eyewash/safety shower for piping and insulation needs. | • **PHA team verified action closed:** All exterior copper piping is insulated. |
| | | | | | • **ACTION**: Develop SOPs to prohibit deliveries during extreme weather. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk).<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 26. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Battery backup for badge systems<br>• Emergency backup power | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| | | | | | • **ACTION**: Verify appropriate lighting with emergency backup at identified drop off location. | • **PHA team verified action closed:** Emergency lighting present throughout facility with generator back up power. |
| | | | | | • **ACTION**: Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify communication protocol during loss of power emergency. | • **PHA team verified action closed:** This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |

bsi.

APL-GAELG_00003517

**Session Group 4 - What-If Node 3: Chemical Transport from Storage to Tool**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION:** Evaluate adding refrigeration to emergency power (product quality concern). | • **2020 update:** Storage is temperature controlled.<br>• **PHA team verified action closed:** Bunker is temperature controlled, refrigeration not required, product quality concern only.<br>• **ACTION:** Verify that there are no EHS concerns with temperature excursions (high).<br>• **PHA team verified action closed:** Ampoule storage conditions and temperatures provided in SDSs, temperature control meets requirements.<br>• **ACTION:** Contact vendor to verify max temp for ampoules.<br>• **PHA team verified action closed:** Dan contacted vendor, but no specific max temp available for ampoules. Storage requirements provided in SDS, all are met by temperature control in place. |
| 27. | Fire occurs? | • Behavioral safety issue (smoking)<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Emergency fire suppression system and emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with fire department.<br>• **COMMENT:** Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15.  2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| 28. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 29. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | **PHA team verified action closed:** The Chemical Security Vulnerability Assessment was done on 9/30/2016.  The Site Security Plan was completed and submitted on 4/1/2017. |

**bsi.**

APL-GAELG_00003518

# Session Group 4, What-If Node 4: Chemical Reservoir Fill (Tool or Delivery Cabinet) (02/13/15)

### Node References and Notes

- Key points
  - Assumes manual pour container size is one gallon or four liters; chemical delivery cabinets up to five gallons (no pouring, install direct into CDU or MLO tool)
  - Assumes open tanks requiring manual fill will be in plating area and clean 1 chase (MLO tool)
  - Apple personnel will perform these tasks
  - Excludes MOCVD ampoules

APL-GAELG_00003519

| Session Group 4 – What-If Node 4: Chemical Reservoir Fill (Tool or Delivery Cabinet) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 30. | Process change? | • Research and development<br>• Nature of operations | • Same as incompatible chemical reaction | • None | • **ACTION**: Develop and implement management of change program. | • **PHA team verified action closed**: MOC process in place as of September 2015. |
| 31. | Chemical liquid leak/spill? | • Damaged container<br>• Handling error<br>• Poor housekeeping | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Incompatible chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Safety showers and eyewash | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed**: Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions.  H&S Plan located on Box. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003520

**Session Group 4 – What-If Node 4: Chemical Reservoir Fill (Tool or Delivery Cabinet)**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed**: RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquid. | • **PHA team verified action closed**: Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Determine which personnel will be performing chemical pours. | • **PHA team verified action closed**: Apple chemical technicians (no vendors) perform chemical pours. |
| | | | | | • **ACTION**: Develop chemical handler training. | • **PHA team verified action closed**: New hire awareness level training covers wet bench safety, PPE, waste management, and chemical handling techniques. Separate additional hazard specific training provided as needed for new or increased hazards. |
| 32. | Incompatible Chemical Reaction? | • Filling incorrect bath<br>• Loading chemical into incorrect bay on chemical dispense units (CDUs) | • Same as chemical leak | • None | • Same as chemical leak<br>• **ACTION**: Validate proper chemical labeling | • **PHA team verified action closed**: All chemicals remain in original manufacturer containers. Baths are labeled with chemical name and pictogram during equipment sign off and periodic inspections. |
| 33. | Evacuation? | • Various (loss of exhaust, power) | • Unattended, unsecured open chemicals<br>• Blocked egress path<br>• DOT packaging damage | • None | • **ACTION**: Establish procedures for stopping work during emergency event. | • **PHA team verified action closed**: Standard action is to stop work and evacuate. This applies during transport activities. |
| | | | | | • **ACTION**: Determine appropriate cart selection. | • **PHA team verified action closed**: Carts are available for use when needed. |
| 34. | Human error during chemical handling? | • Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• SOP not in place or incorrect<br>• No hazardous energy control | • Same as chemical leak/spill | • Same as chemical leak/spill | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed**: 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| 35. | Liquid chemical lines are not secured during changeout? | • Human error<br>• Design inadequate | • Same as chemical leak/spill | • Same as chemical leak/spill | • **ACTION**: Verify carboy quick disconnect dispense assembly is designed for spill prevention during changeout. | • **PHA team verified action closed**: CDUs are equipped with quick disconnect. |

bsi.

APL-GAELG_00003521

| Session Group 4 – What-If Node 4: Chemical Reservoir Fill (Tool or Delivery Cabinet) | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 36. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak/spill | • Same as chemical leak | |
| 37. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 38. | Fire occurs? | • Electrical failure<br>• Hostile action or sabotage<br>• Incompatible chemical reaction | • Same as chemical leak/spill<br>• Sprinkler discharge | • Same as chemical leak/spill<br>• Outside emergency response team<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| 39. | Explosion occurs? | • Same as fire | • Same as fire | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 40. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

**bsi.**

APL-GAELG_00003522

# Session Group 4, What-If Node 5: Dispense Cabinet to the Tool (02/13/15)

### Node References and Notes

- Key points
  - Vendor designs call out all piping connections are to be provided by the customer. IES present during the session to discuss tool hook up design/protocol.

APL-GAELG_00003523

**Session Group 4 - What-If Node 5: Dispense Cabinet to the Tool**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 41. | Process change? | • Research and development<br>• Nature of operations | • Same as incompatible chemical reaction | • None | • **ACTION**: Develop and implement management of change program. | • **PHA team verified action closed**: MOC process in place as of September 2015. |
| 42. | Liquid chemical leak/spill? | • Damaged container<br>• Handling error<br>• Poor housekeeping | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Incompatible chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Fire | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Safety showers and eyewash | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed**: Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers. | • **PHA team verified action closed**: All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed**: 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed**: Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed**: ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed**: RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed**: Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003524

| Session Group 4 - What-If Node 5: Dispense Cabinet to the Tool | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Determine which personnel will be performing chemical pours.<br><br>• **ACTION**: Develop chemical handler training. | • **PHA team verified action closed:** Apple chemical technicians (no vendors) perform chemical pours.<br><br>• **PHA team verified action closed:** New hire awareness level training covers wet bench safety, PPE, waste management, and chemical handling techniques. Separate additional hazard specific training provided as needed for new or increased hazards. |
| 43. | Incompatible chemical reaction? | • Filling incorrect bath<br>• Loading chemical into incorrect bay on chemical dispense units (CDUs) | • Same as chemical leak/spill | • None | • Same as chemical leak<br>• **ACTION**: Validate proper chemical labeling. | • **PHA team verified action closed:** All chemicals remain in original manufacturer containers. Baths are labeled with chemical name and pictogram during equipment sign off and periodic inspections. |
| 44. | Line is damaged? | • Human error<br>• Material degradation<br>• Incompatible chemical reaction<br>• Natural disaster<br>• Fire | • Same as chemical leak/spill | • Double contained lines<br>• Leak detection in the chemical dispense unit (CDU)<br>• Under floor leak detection<br>• Pressure testing of all lines and upon changeout<br>• CDUs are leak tested | • Same as chemical leak<br>• **ACTION**: Verify appropriate routing of lines. | • **PHA team verified action closed:** Lines are double contained, designer determined route and included on drawings (out of walking paths, in subfloor, away from potential impact). |
| | | | | | • **ACTION**: Validate all lines are double contained (if required) for wet chemistry. | • **PHA team verified action closed:** All lines are double contained, verified during sign off (SL1, SL2) and during periodic inspections. |
| | | | | | • **ACTION**: Establish preventative maintenance schedule to include inspection of lines. | • **PHA team verified action closed:** PM program is implemented and includes daily visual inspections. |
| 45. | Earthquake? | • Natural occurrence | • Same as chemical leak/spill<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak/spill | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 46. | Extreme weather (tornado, lightning)? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 47. | Power failure? | • Electrical failure<br>• Hostile action or sabotage<br>• Incompatible chemical reaction | • Same as chemical leak/spill<br>• Sprinkler discharge | • Same as chemical leak/spill<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003525

| Session Group 4 - What-If Node 5: Dispense Cabinet to the Tool | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| 48. | • Fire occurs? | • Electrical failure<br>• Hostile action or sabotage<br>• Incompatible chemical reaction | • Same as chemical leak/spill<br>• Sprinkler discharge | • Same as chemical leak/spill<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire department.<br>• **COMMENT**: Currently in discussion with local Fire department for coordinated response. | • **PHA team verified action closed:** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire department as part of the original facility submittals. |
| 49. | • Explosion occurs? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |
| 50. | • Hostile act/sabotage? | • Natural occurrence | • Same as chemical leak<br>• Damage to containers<br>• Incompatible reaction | • Same as chemical leak/spill | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |

APL-GAELG_00003526

# Group 5 PHA
# Tool Abatement and Facility Exhaust Systems
# Supporting Process Tools Using HPM Liquids

**Proposed What If? Analysis Nodes – Agreed upon on 02/06/15**

Revalidation 6/25/2020

- Scrubbed exhaust from tool(s) to scrubber
  - No POU abatement for liquid tools
- Solvent exhaust from tool to exhaust point
- Process Equipment **– Not in Scope**



APL-GAELG_00003527

# Session Group 5, What-If Node 1: Scrubbed Exhaust from Tool to Scrubber (02/19/15)

## Node References and Notes

Revalidation 6/25/2020

- Key Points
  - Liquid HPM Tool types include acid bench, base bench, spray etch bench, plating wet bench, waste collection tanks and lift stations, multi-chem units
  - This group excludes any gas systems (i.e., gas cabinets, etch tools, oven)
  - Scrubbed exhaust system (duct work and components) constructed of coated stainless steel, welded/seamless

    Assumption: human interface is not included (no human contact in this portion of the facility systems, all dampers in fixed position)

APL-GAELG_00003528

**Session Group 5- What-If Node 1: Scrubbed exhaust from tool to Scrubber**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 1. | Corrosive liquid leak? | • Equipment malfunction<br>• Human error<br>• Earthquake<br>• Chemical dispense malfunction<br>• Level sensor malfunction<br>• Temperature sensor malfunction<br>• Incompatible reaction<br>• Run-away process<br>• Power failure<br>• Sabotage<br>• Blocked/clogged tank vent connection | • Increased fume concentration<br>• Condensation of fumes in duct work<br>• Liquid slug into exhaust system<br>• Operational shut-down<br>• Equipment damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Scrubbed exhaust system design dilution rate<br>• Sloped duct work to prevent accumulation of corrosive liquids<br>• Secondary containment with leak detection (at tool)<br>• Tool EMO<br>• Collection tank vent connection (perforated to prevent vacuum of liquids)<br>• Tools that create spray or evaporation with subsequent condensation in ducting provided with low point leak detection | • **ACTION**: Establish response protocol for contained spill (within tool). | • **PHA team verified action closed:** Tools equipped with leak detection, alarm and tool shutdown, equipment operator calls equipment engineering. ERT response initiated if leak is detected outside of tool (within secondary or subfloor). |
| | | | | | • **ACTION**: Evaluate appropriate monitoring (GLSS connections or visual inspection) for scrubbed exhaust system low-point drains. | • **PHA team verified action closed:** Low point drains that require monitoring have been identified and connected to GLSS (liquid leak detection). |
| | | | | | • **ACTION**: Establish schedule for functional test of tool safety interlocks. | • **PHA team verified action closed:** Tool sign off includes safety interlock testing.<br>• **ACTION:** verify continued interlock testing after install. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed**: ERT Team is established and in place. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – and coordinate with Fire Department.<br>• **COMMENT**: Currently in discussion with local fire department for coordinated response. | • **PHA team verified action closed**. RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed**. Linde is an approved Supplier. Internal staff is qualified to handle HPMs |

APL-GAELG_00003529

**Session Group 5- What-If Node 1: Scrubbed exhaust from tool to Scrubber**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Verify eyewash/safety shower location and accessibility. | • **PHA team verified action closed:** Eyewashes and safety showers are present at required locations (within fab/labs and at scrubber). |
| 2. | Flammable or combustible liquid chemical leak? | • Equipment malfunction<br>• Human error<br>• Earthquake<br>• Chemical dispense malfunction<br>• Level sensor malfunction<br>• Temperature sensor malfunction<br>• Incompatible reaction<br>• Runaway process<br>• Power failure<br>• Sabotage | • Increased fume concentration<br>• Condensation of fumes in duct work<br>• Liquid slug into exhaust system<br>• Operational shut-down<br>• Fire<br>• Building evacuation<br>• Equipment damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Scrubbed exhaust system design dilution rate<br>• Sloped duct work to prevent accumulation of corrosive/flammable liquids<br>• Secondary containment with leak detection (at tool)<br>• Tool EMO | • **ACTION**: Establish response protocol for contained spill (within tool). | • **PHA team verified action closed:** Tools equipped with leak detection, alarm and tool shutdown, equipment operator calls equipment engineering. ERT response initiated if leak is detected outside of tool (within secondary or subfloor). |
| | | | | | • **ACTION**: Evaluate appropriate monitoring (GLSS connections or visual inspection) for scrubbed exhaust system low-point drains. | • **PHA team verified action closed:** Low point drains that require monitoring have been identified and connected to GLSS (liquid leak detection). |
| | | | | | • **ACTION**: Establish schedule for functional test of tool safety interlocks. | • **PHA team verified action closed:** Tool sign off includes safety interlock testing. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment,  windsock[s] location, etc.). | • **PHA team verified action closed** - ERT Team is established and in place. |
| 3. | Incompatible Chemical Reaction? | • Equipment malfunction<br>• Human error<br>• Earthquake<br>• Chemical dispense malfunction<br>• Power failure<br>• Sabotage<br>• Mislabeled/unlabeled material | • Increased fume concentration<br>• Condensation of fumes in duct work<br>• Liquid slug into exhaust system<br>• Operational shut-down<br>• Fire<br>• Area evacuation<br>• Equipment damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Scrubbed exhaust system design dilution rate<br>• Sloped duct work to prevent accumulation of corrosive liquids<br>• Secondary containment with leak detection (at tool)<br>• Tool EMO | • **ACTION**: Establish response protocol for contained spill (within tool). | • **PHA team verified action closed:** Tools equipped with leak detection, alarm and tool shutdown, equipment operator calls equipment engineering. ERT response initiated if leak is detected outside of tool (within secondary or subfloor). |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post |

bsi.

APL-GAELG_00003530

| Session Group 5- What-If Node 1: Scrubbed exhaust from tool to Scrubber | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | | incident response and actions to ensure facility is in a safe state prior to operational start |
| | | | | | • **ACTION**: Establish and implement procedure for chemical inventory control. | • **PHA team verified action closed:** Chemical approval process in place which includes BOC review to verify MAQs are not exceeded – all tracked in chemical review forms and current BOC. |
| | | | | | • **ACTION**: Establish chemical handling SOPs and training. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**: Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment,  windsock[s] location, etc.) | • **PHA team verified action closed** - ERT Team is established and in place. |
| 4. | Loss of scrubbed exhaust? | • Fan failure<br>• Power outage<br>• Blockage<br>• Earthquake<br>• Human error (accidental EMO activation)<br>• Improper/no maintenance | • Tool/process shutdown<br>• Evacuation<br>• Agency reporting<br>• Equipment damage | • 100% redundancy for fans<br>• Emergency power<br>• GLSS monitoring of scrubbed exhaust pressure<br>• Automatic pressure control for ventilation systems | • **ACTION**: Review loss of scrubbed exhaust protocols to determine appropriate evacuation level. | • **PHA team verified action closed:** Evacuation not triggered by loss of scrubbed exhaust alone. Each tool exhaust is monitored, triggers ERT response. |
| | | | | | • **ACTION**: Develop agency notification procedure for upset conditions. | • **PHA team verified action closed:** Agency notification not required for loss of exhaust, no action needed as emission would cease. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Establish schedule for functional test of backup fan. | • **PHA team verified action closed:** Lead lag set up, lag fan runs at lower speed to act as back up for lead fan. Annual functional test of back up fan is completed during annual shutdown. |
| | | | | | • **ACTION**: Evaluate tool safeguards during loss of exhaust. | • **PHA team verified action closed:** Tool shuts down at detection of loss of exhaust. |

bsi.

APL-GAELG_00003531

**Session Group 5- What-If Node 1: Scrubbed exhaust from tool to Scrubber**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 5. | Human error during operation, modifications, maintenance, and repair? | • Lack of training and/or qualifications<br>• Lack of system documentation<br>• Misinterpretation of manual or SOPs<br>• Inaccurate as-builts<br>• Unauthorized or incorrect work performed | • Operational shutdown<br>• Area evacuation<br>• Agency reporting<br>• Equipment damage<br>• Personnel exposure resulting in injury (site personnel) | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• 100% redundancy with auto switch-over | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify training and qualifications of personnel performing PM. | • **PHA team verified action closed:** Scrubber cleaning is performed by Fume Control Technology (contractor). |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedure (SOP) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| 6. | Earthquake? | • Natural occurrence | • Operational shut-down<br>• Fire or explosion<br>• Building evacuation<br>• Equipment/structural damage<br>• Release of fumes<br>• Employee injury | • Adherence to building codes and construction for seismic design<br>• Vibration isolators for larger ductwork | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| 7. | Extreme weather (tornado, lightning)? | Natural occurrence | • Operational shut-down<br>• Fire or explosion<br>• Building evacuation<br>• Equipment/structural damage<br>• Release of fumes<br>• Employee injury | • Safety in design (wind load factor acknowledged) | • None | **No new actions from 2020 PHA revalidation.** |
| 8. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Loss of ventilation<br>• Operational shut-down<br>• Fire or explosion<br>• Evacuation<br>• Equipment damage | • Emergency power<br>• Auto switch-over for exhaust | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 5 PHA

APL-GAELG_00003532

**Session Group 5- What-If Node 1: Scrubbed exhaust from tool to Scrubber**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 9. | Fire occurs? | • Unauthorized work (e.g., hot work) | • Loss of ventilation<br>• Operational shut-down<br>• Evacuation<br>• Equipment damage<br>• FD response<br>• Reputational damage | • Building fire detection and suppression system | • **ACTION:** Identify and document the necessary Standard Operating Procedure (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Safe Work Permits (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 10. | Explosion Occurs? | • Unauthorized work (e.g., hot work) | • Loss of ventilation<br>• Operational shut-down<br>• Evacuation<br>• Equipment damage<br>• FD response<br>• Reputational damage<br>• Projectile or flying debris<br>• Personnel injury | • Building fire detection and suppression system | • **ACTION:** Identify and document the necessary Standard Operating Procedure (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Standard Work Procedure (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 11. | Hostile Act/Sabotage? | Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed.** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

Apple SB01 2020 Group 5 PHA

APL-GAELG_00003533

# Session Group 5, What-If Node 2: Solvent Exhaust from Tool to Exhaust Point (02/20/15)

## Node References and Notes

Revalidation 6/25/2020

- Key points
  - Tool types include solvent wet bench, photolithography tracks
  - This group excludes any gas systems (i.e., gas cabinets, etch tools, oven, etc.)
  - Solvent exhaust system (duct work and components) constructed of stainless steel, welded/seamless
  - Fans are spark-proof and construction is AMCA-B
  - Grounding brush installed on fan shaft
- Assumption: Human interface is not included
- Assumption: Tool reviews are conducted to review for safe design (e.g., thermal controls)

APL-GAELG_00003534

| Session Group 5- What-If Node 2: Solvent Exhaust from Tool to Exhaust Point | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 12. | Flammable or combustible liquid chemical leak? | • Equipment malfunction<br>• Human error<br>• Earthquake<br>• Chemical dispense malfunction<br>• Level sensor malfunction<br>• Temperature sensor malfunction<br>• Incompatible reaction<br>• Runaway process<br>• Power failure<br>• Sabotage | • Increased fume concentration<br>• Condensation of fumes in duct work<br>• Liquid slug into exhaust system<br>• Operational shut-down<br>• Fire<br>• Building evacuation<br>• Equipment damage | • Solvent exhaust system design dilution rate<br>• Secondary containment with leak detection (at tool)<br>• Tool EMO | • **ACTION**: Establish response protocol for contained spill (within tool). | • **PHA team verified action closed:** Tools equipped with leak detection, alarm and tool shutdown, equipment operator calls equipment engineering. ERT response initiated if leak is detected outside of tool (within secondary or subfloor). |
| | | | | | • **ACTION**: Establish schedule for functional test of tool safety interlocks. | • **PHA team verified action closed:** Tool sign off includes safety interlock testing. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Final verification of LEL less than 25% in all ducts 10" and larger. | • **PHA team verified action closed:** Calculations completed during design phase; new tool install includes review/calc/design to accomplish LEL less than 25%. |
| 13. | Incompatible chemical reaction? | • Equipment malfunction<br>• Human error<br>• Earthquake<br>• Chemical dispense malfunction<br>• Power failure<br>• Sabotage<br>• Mislabeled/unlabeled material | • Increased fume concentration<br>• Condensation of fumes in duct work<br>• Liquid slug into exhaust system<br>• Operational shut-down<br>• Fire<br>• Area evacuation<br>• Equipment damage | • Solvent exhaust system design dilution rate<br>• Secondary containment with leak detection (at tool)<br>• Tool EMO | • **ACTION**: Establish response protocol for contained spill (within tool). | • **PHA team verified action closed:** Tools equipped with leak detection, alarm and tool shutdown, equipment operator calls equipment engineering. ERT response initiated if leak is detected outside of tool (within secondary or subfloor). |
| | | | | | • **ACTION**: Establish schedule for functional test of tool safety interlocks. | • **PHA team verified action closed:** Tool sign off includes safety interlock testing. |

bsi.

APL-GAELG_00003535

| Session Group 5- What-If Node 2: Solvent Exhaust from Tool to Exhaust Point | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Establish and implement procedure for chemical inventory control. | • **PHA team verified action closed:** Chemical approval process in place which includes BOC review to verify MAQs are not exceeded – all tracked in chemical review forms and current BOC. |
| | | | | | • **ACTION**: Establish chemical handling SOPs and training. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk).. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**. Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment,  windsock[s] location etc.). | • **PHA team verified action closed**. ERT Team is established and in place. |
| 14. | Loss of Solvent Exhaust? | • Fan failure<br>• Power outage<br>• Blockage<br>• Earthquake<br>• Human error<br>• Improper/no maintenance | • Tool/process shutdown<br>• Evacuation | • 100% redundancy for fans<br>• Emergency power<br>• GLSS monitoring of solvent exhaust pressure<br>• Automatic pressure control for ventilation systems | • **ACTION**: Review loss of solvent exhaust protocols to determine appropriate evacuation level. | • **PHA team verified action closed:** Evacuation not triggered by loss of scrubbed exhaust alone. Each tool exhaust is monitored, triggers ERT response. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Establish schedule for functional test of backup fan. | • **PHA team verified action closed:** Lead lag set up, lag fan runs at lower speed to act as back up for lead fan. Annual functional test of back up fan is completed during annual shutdown. |
| | | | | | • **ACTION**: Evaluate tool safeguards during loss of exhaust. | • **PHA team verified action closed:** Tool shuts down at detection of loss of exhaust. |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |

bsi.

APL-GAELG_00003536

| Session Group 5- What-If Node 2: Solvent Exhaust from Tool to Exhaust Point | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 15. | Human error during operation, modifications, maintenance, and repair? | • Lack of training and/or qualifications<br>• Lack of system documentation<br>• Misinterpretation of manual or SOPs<br>• Inaccurate as-builts<br>• Unauthorized or incorrect work performed | • Operational shutdown<br>• Area evacuation<br>• Equipment damage<br>• Fire | • 100% redundancy with auto switch-over | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**. Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedure (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| 16. | Earthquake? | • Natural occurrence | • Operational shut-down<br>• Fire or explosion<br>• Building evacuation<br>• Equipment/structural damage<br>• Release of fumes<br>• Employee injury | • Adherence to building codes and construction for seismic design<br>• Vibration isolators for larger ductwork | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| 17. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Operational shut-down<br>• Fire or explosion<br>• Building evacuation<br>• Equipment/structural damage<br>• Release of fumes<br>• Employee injury | • Safety in design (wind load factor acknowledged) | • None | **No new actions from 2020 PHA revalidation.** |
| 18. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Loss of ventilation<br>• Operational shut-down<br>• Fire or explosion<br>• Evacuation<br>• Equipment damage | • Emergency power<br>• Auto switch-over for exhaust | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003537

| Session Group 5- What-If Node 2: Solvent Exhaust from Tool to Exhaust Point | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 19. | Fire occurs? | • Static discharge<br>• Unauthorized work (e.g., hot work) | • Loss of ventilation<br>• Operational shut-down<br>• Evacuation<br>• Equipment damage<br>• FD response<br>• Reputational damage | • Ductwork 10" and larger integrated fire sprinklers<br>• Building fire detection and suppression system | • **ACTION**: Identify and document the necessary Standard Operating Procedure (SOP) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Standard Work Procedure (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.**- Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 20. | Explosion occurs? | • Static discharge<br>• Unauthorized work (e.g., hot work) | • Loss of ventilation<br>• Operational shut-down<br>• Evacuation<br>• Equipment damage<br>• FD response<br>• Reputational damage<br>• Projectile or flying debris<br>• Personnel injury | • Ductwork 10" and larger integrated fire sprinklers<br>• Building fire detection and suppression system | • **ACTION:** Identify and document the necessary SOP required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish Standard Work Procedure (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| 21. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • **ACTION:** Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed.** The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |

bsi.

APL-GAELG_00003538

# Group 6 PHA
# Wastewater System Supporting HPM Liquid Waste Lines to Include Collection Tanks for concentrated Waste (e.g., Metals, Photolithography/Solvent Waste)

### Proposed What If? Analysis Nodes – Agreed upon on 02/06/15

- Acid – Wet Etch, Plating, TPU/Scrubber blowdown – AWN pH Neutralization
- Heavy metals rinse (04/03/15)
- Photo rinse – solvent collection (04/03/15)
- Photo concentrate – local collection (04/03/15)
- Solids capture – local collection (04/03/15)
- Tanker haul away for collection tanks and waste drum haul off (04/17/15)
- Chemical adds – Auto, Manual, Truck delivery (04/17/15)
- Softener backwash (04/17/15)

### Proposed What If? Analysis Nodes – Agreed upon on

Process

- Acid, Alkaline: Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization
  - Inorganic acids/bases, TMAH, HF diversion (collection tank)
- Heavy metals rinse
  - Concentrated metals collection
  - **2020 update** – evaporator system added and functional as of June 2019
  - Rinse
- Photo rinse – solvent collection
  - Thinner, resist, HMDS, NMP, T1100
- Photo concentrate – local collection
  - Thinner, resist, HMDS, NMP, T1100
- Solids capture – local collection
  - CMP slurry, saw and grind (gallium arsenide, gallium nitride)

Maintenance

- Tanker haul away for collection tanks
  - **2020 update** – HMC includes evaporator concentrate (used to be heavy metal rinse tank)
- Chemical adds
  - Auto (chemical injection tanks)
  - Manual (emergency only)
  - Truck delivery (tanker fills)

bsi.

APL-GAELG_00003539

- DI water loop sterilization
- Softener backwash
- Process equipment **– not in scope**

GROUP 6 Notes

- Waste line construction varies by hazard class
- Investigate grounding and bonding on flammable waste lines
- AWN failure means unable to discharge wastewater within discharge parameters

2020 P&IDs

AWN system (8/12/15) – PP6.20.1, PP6.20.2, PP6.20.3A, PP6.20.3B

Acid waste lift stations (8/12/15) – PP6.25.1, PP6.25.2, PP6.25.3,

Slurry lift stations (8/12/15) – PP6.24.1, PP6.24.2

Slurry waste 2 lift stations (5/14/15) – PP6.24.4

HMC collection system (2/10/15) - PP6.21.1, PP6.21.2, PP6.21.3

HMR lift station (5/14/15) – PP6.22.1A, PP6.21.1B, PP6.22.2, PP6.22.3

SW collection system (2/10/15) – PP6.23.1, PP6.23.2,

Recycle water (8/12/15) – PP6.31.1, PP6.31.2, PP6.31.3

Grey water lift station (8/12/15) – PP6.31.1, PP6.31.2

Evaporator (11/16/18) – PP6.30.1

APL-GAELG_00003540

# Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber Blowdown– AWN pH Neutralization (03/27/15)

**2020 revalidation session 7/30/2020**

**Node References and Notes**

- Basis of Design
  - Concentrated process baths – ammonium hydroxide, sulfuric, hydrochloric acid, phosphoric acid – planned to go to AWN, actual drain/dump process TBD based on AWN system design parameters
    - Dump frequency unknown (due to R&D)
  - Potassium hydroxide - AWN
  - HF sink (49%) and BOE – reclaim unit (separate from tool) for both chemicals
    - Programmable to determine number of rinses prior to rinsate going to AWN – determined by AWN system parameters and regulatory limits (fluorides)
  - Aspirating for heat and dilution – sulfuric heated to 120C in process bath; cool down can occur prior to bath dump
    - **ACTION:** IES and Jack to evaluate aspiration rate and cool down requirements based on piping design parameters
      - o **PHA team verified action complete.** Sulfuric is cooled to below 50C before it is aspirated.
  - Most flow going to AWN is rinsate
  - No concentrated solvent drains go to AWN, rinse water will go to AWN
    - **ACTION:** IES and Jack to determine the number of rinse cycles needed for acceptable discharge to AWN
      - o **PHA team verified action complete.** Number of rinse cycles required identified.
  - Plating bench
    - Has onboard metals reclaim for gold
    - External metals reclaim for indium
    - Jack is working on complete reclaim and recovery list for metals
    - Metals drains (concentrate and rinse) – all collected for haul off
- P&ID
  - Gallium nitride – filtered and then to AWN
  - Gallium arsenide – collected for haul off
  - 2020 – refer to first page for P&ID list

APL-GAELG_00003541

- SOO
    - Sulfuric acid, phosphoric acid, hydrochloric acid, hydrogen peroxide
    - Decanting process for Hydrogen peroxide to be determined – 4/2/2015 – no facilities in place to decant
    - Assume no direct tool hook-up but will be manual pouring only
    - Apple personnel will perform; no vendors

APL-GAELG_00003542

**Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 1. | Corrosive liquid (acid or alkali) leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Pressure build up from incompatibles<br>• High chemical temperature (bath dump)<br>• High temperature generated from incompatibles and/or high concentration waste streams<br>• Equipment failure (e.g., lift station)<br>• AWN pH control failure (liquid waste backs up into system)<br>• Tank failure | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Possible facility evacuation with significant downtime<br>• Potential agency reporting | • Double containment<br>• System alarms<br>• PE certification of treatment system and associated components<br>• Aspiration of chemicals for dilution and temperature reduction during bath dump<br>• Open system, vented on both ends for pressure relief | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOPs) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed**: 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids.<br>• **COMMENT**: Functional and chemical safety training to address chemical bath dumps (incompatibles). | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop agency notification procedure for upset conditions. | • **PHA team verified action closed:** Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: review vent line connection type and location to exhaust duct to determine appropriate pressure relief | • **PHA team verified action closed** – vent line is a passive/indirect connect, no concern of pressure build-up. |
| 2. | Incompatible chemical reaction? | • Covered by other what-if questions | | | | **No new actions from 2020 PHA revalidation.** |
| 3. | The drain system becomes blocked? | | | | • **COMMENT**: Currently no credible causes identified. | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003543

| Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 4. | What if bath empties to wrong location? | • Incorrect design<br>• Human error<br>• Software error/problem<br>• Equipment malfunction<br>• Wrong chemistry (recipe)<br>• Correct chemistry, wrong concentration (too high) | • Heat<br>• Pressure<br>• Drain damage<br>• Chemical reaction<br>• Drain failure, spill<br>• Fumes<br>• Potential exposure<br>• Partial facility evacuation<br>• Potential agency reporting | • Equipment commissioning process includes verification of correct connections<br>• EHS equipment safety sign-off (installation and start-up)<br>• Treated floors (epoxy coating)<br>• Sub floor (non-trench) distribution has liquid leak detection connected to LSS notification<br>• Low point leak detection in trench connected to LSS notification<br>• All wet benches have secondary containment with local leak detection. Local on-board alarm/notification. | • **ACTION:** review BSI Equipment Sign-Off (ESO) for applicability to ARIA | • **PHA team verified action closed:** Comprehensive ESO program in place and customized for Aria operations. |
| | | | | | • **ACTION:** Develop SOPs for manual decanting procedures ($H_2O_2$). | • **PHA team verified action closed:** SOP in place, task completed on a weekly basis. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOPs) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State". Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify training and qualifications of personnel performing operations and PM. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Identify standard PPE and training for liquid HPM handling activities. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** identify local collection for all concentrated baths. | • **PHA team verified action closed:** All required concentrated bath collection is established and in place. |
| | | | | | • **ACTION:** identify equipment needed for local collection removal (pump out carts, carboys, etc.). | • **PHA team verified action closed:** all equipment is identified and available for use. |
| | | | | | • **ACTION:** if local collection pump carts are required, identify utilities and space allocation to support pump out equipment (in use and in storage). | • **PHA team verified action closed:** All equipment is identified and storage locations are allocated. |

**bsi.**

APL-GAELG_00003544

**Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION:** Verify that all plenum drains are valved off and capped. | • **PHA team verified action closed:** All drains that are not directly connected are capped. |
| | | | | | • **ACTION:** Develop SOPs for manual wet bench plenum clean out in the event of a spill. | Action Remains open |
| | | | | | • **ACTION:** If wet bench drain configuration that services bath requires local manual pick up, ensure valve is closed and capped off prior to pick up. | • **PHA team verified action closed:** All drains that are not directly connected are capped. |
| | | | | | • **ACTION:** Verify tool input alarm connection and communication capabilities. | • **PHA team verified action closed:** All completed during ESO process at install. |
| 5. | AWN fails? | • No neutralization chemistry<br>• pH meter fails<br>• Line blockage (upstream/downstream)<br>• Flow meter fails<br>• Chemical pH adjust delivery pump failure<br>• Transfer/lift pump failure<br>• Waste stream contamination<br>• Incoming waste constituents out of specification<br>• Tank integrity<br>• Logic controller failure<br>• Earthquake<br>• Power failure | • Potential NOV, penalties, fines<br>• Reputational risk (regulatory, media-public relations)<br>• Potential exceedance of permit condition and external Agency reporting<br>• Production impact<br>• Potential exposure<br>• WWT area evacuation<br>• Equipment damage | • Diversion to holding tank<br>• Redundant pH meter diversion controls include one to LSS and one to process controls<br>• System design and PE sign-off on AWN system (structural and mechanical) | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery via tanker, ordering, process, etc. | • **PHA team verified action closed:** 12/12/18: Final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Develop and implement AWN equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

Apple SB01 2020 Group 6 PHA

APL-GAELG_00003545

| Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Verify qualifications and training for wastewater technicians. | • **PHA team verified action closed:** Apple personnel are qualified, training provided by manufacturer at start up. |
| | | | | | • **ACTION**: Prepare SOPs for operations and maintenance that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Develop agency notification procedure for upset conditions. | • **PHA team verified action closed:** Agency notification procedure in place and located in the CERS documents (contingency plans). |
| | | | | | • **ACTION**: Obtain O&M manual for AWN system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| 6. | Lift stations damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• damaged by falling material/equipment | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage | • System design and PE sign-off on AWN system (structural and mechanical)<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls for primary tanks | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Document receiving procedure (SOP) including delivery via tanker, ordering, process, etc. | • **PHA team verified action closed:** 12/12/18: Final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

Apple SB01 2020 Group 6 PHA

APL-GAELG_00003546

**Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Develop and implement lift station preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify qualifications and training for wastewater technicians. | • **PHA team verified action closed:** Apple personnel are qualified, training provided by manufacturer at start up. |
| | | | | | • **ACTION**: Prepare SOPs for operations and maintenance that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Verify tool interlock with lift stations (for tool shutdown if there are issues with lift station). | • **PHA team verified action closed:** High-high level alarm (critical facility alarm) and alarms in place for secondary containment of lift station. |
| | | | | | • **ACTION:** Develop SOP for release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rain water cannot enter lift station, SOP not needed.<br>• NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |
| 7. | Out-of-specification discharge to AWN (high = above 12 or low = below 2 pH?) | • Abnormal process<br>• Multiple tools dumping baths simultaneously<br>• Bad pH probe (false alarm)<br>• Equipment malfunction (metering pumps, control relays, PLC, etc.)<br>• Operator error<br>• Low heel in the equalization tank | • Operational impact – loss of production<br>• DI system shutdown leading to cleanroom shutdown<br>• Overflow of lift station<br>• Manual AWN system operation<br>• AWN shutdown<br>• Spill into secondary containment (pit)<br>• Equipment damage | • 30% level heel in equalization tank<br>• Divert to diversion tank with pH controls and alarm<br>• Manual AWN system operation<br>• Process control system monitoring<br>• Local alarms audible and visual | • **ACTION:** During initial bath dumps evaluate the capability of the AWN to treat and based on observations, develop procedure if actions are necessary to accommodate concentrated bath dumps. | • **PHA team verified action closed:** AWN system designed to handle normal process dumps, no issues with concentration. |

bsi.

APL-GAELG_00003547

**Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION:** Develop SOPs and training for process and equipment engineers based on actions required to prevent upset conditions that may be caused by concentrated bath dumps (see action above). | • **PHA team verified action closed:** AWN system designed to handle normal process dumps, no issues with concentration. Standard SOPs and training are adequate. |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify standard PPE and training for liquid HPM handling activities. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015.  Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Determine callouts for high-level alarms (lift stations, EQ tank). | • **PHA team verified action closed:** All tanks have high-high level alarm that signals as a critical facilities alarm. |
| | | | | | • **ACTION:** Develop SOPs and training for process and equipment engineers. | • **PHA team verified action closed:** SOPs and training in place. |
| | | | | | • **ACTION:** Implement Management of Change (MOC) for updating BOD and any related SOP's when changes are made. | • **PHA team verified action closed:** MOC process in place as of September 2015. |
| 8. | No pH neutralization (no treatment chemical available)? | • Overuse of pH neutralization chemical due to control failure<br>• No tanker delivery of chemicals (empty feed tanks)<br>• Chemical feed tank leak<br>• Loss of power<br>• Plugged chemical feed line<br>• Line breakage<br>• Frozen lines<br>• Controller failure | • Operational impact – loss of production<br>• DI system shutdown leading to cleanroom shutdown<br>• Overflow of lift station<br>• Manual AWN system operation<br>• AWN shutdown<br>• Spill into secondary containment (pit) | • Level sensor in chemical feed tanks with notification<br>• pH probes<br>• Redundant chemical feed pumps for any neutralization tanks<br>• Deadbands to prevent overuse of chemicals<br>• Leak detection in chemical feed pump cabinet<br>• Leak detection in sumps within AWN berm area | • **ACTION:** Verify signal in system is self-monitoring, allowing for determination of internal faults. | • **PHA team verified action closed:** Loss of analog signal indicates a problem with the sensor or connections. |
| | | | | | • **ACTION:** Determine response protocol of chemical feed tank low-level alarm acknowledgement. | • **PHA team verified action closed:** Critical facility alarm, GSOC receives and triggers an Emergency alert for facilities team – 24/7 response (any critical facility alarm). |

APL-GAELG_00003548

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| **Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization** | | | | | | |
| 9. | What if a person falls into a tank or lift station pit? | • Railing/guards not in place<br>• Trip or slip while entering the pit or a tank<br>• Medical emergency during entry<br>• Falling off ladder during decent into pit | • Potential injury, serious injury, fatality<br>• Potential chemical exposure<br>• Permit required confined space entry rescue<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Potential Cal/OSHA notification<br>• External emergency responders<br>• Operational impact | • Confined space entry program (permit required entries included)<br>• Railing and guards for lift station pit designed in<br>• Two-stage platform (30 inch and 54 inch) for Apple employees to work safely in the bottom of pit | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Prepare SOPs for tanks that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement permit required engineering, administrative and PPE controls appropriate to permit required confined space entry.<br>• **COMMENT:** Actions will include ensuring the correct portable monitoring equipment , supplemental rescue equipment correct PPE are available for entry. | • **PHA team verified action closed:** Confined space program in place with all required PPE and equipment available. |
| | | | | | • **ACTION:** Create confined space training. | • **PHA team verified action closed:** Confined space training in place. |
| 10. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 11. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |

bsi.

APL-GAELG_00003549

| Session Group 6, What-If Node 1: Acid – Wet Etch, Plating, TPU/Scrubber – AWN pH Neutralization | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 12. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 13. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed:** ERT Team is established and in place |
| | | | | | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| 14. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 15. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 6 PHA

APL-GAELG_00003550

# Session Group 6, What-If Node 2: Heavy Metals Rinse (04/03/15)

**Node References and Notes**

- Basis of Design
  - Concentrated process baths – ammonium hydroxide, sulfuric, hydrochloric acid, phosphoric acid – planned to go to AWN, actual drain/dump process TBD based on AWN system design parameters
    - Dump frequency unknown (due to R&D)
  - Potassium hydroxide – AWN
  - HF sink (49%) and BOE – reclaim unit (separate from tool) for both chemicals
    - Programmable to determine number of rinses prior to rinsate going to AWN – determined by AWN system parameters and regulatory limits (fluorides)
  - Aspirating for heat and dilution – sulfuric heated to 120C in process bath; cool down can occur prior to bath dump
    - **ACTION:** IES and Jack to evaluate aspiration rate and cool down requirements based on piping design parameters.
    - **PHA team verified action complete.** Sulfuric is cooled to below 50C before it's aspirated.
  - Most flow going to AWN is rinsate
  - No concentrated solvent drains go to AWN, rinse water will go to AWN
    - **ACTION:** IES and Jack to determine the number of rinse cycles needed for acceptable discharge to AWN.
    - **PHA team verified action complete.** Number of rinse cycles required identified.
  - Plating bench
    - Has onboard metals reclaim for gold
    - External metals reclaim for indium
    - Jack is working on complete reclaim and recovery list for metals
    - Metals drains (concentrate and rinse) – all collected for haul off
- P&ID
  - Gallium nitride – filtered and then to AWN
  - Gallium Arsenide – collected for haul off
- SOO
  - Sulfuric acid, phosphoric acid, hydrochloric acid, hydrogen peroxide
  - Decanting process for Hydrogen peroxide to be determined – 4/2/2015 – no facilities in place to decant
  - Assume no direct tool hook-up, but will be manual pouring only.
  - Apple personnel will perform; no vendors

| Session Group 6, What-If Node 2: Heavy Metals Rinse | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 16. | Heavy metal waste stream liquid leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure (e.g., lift station)<br>• Heavy metals rinse (HMR) Tank failure<br>• Heavy metals concentrate collection drum failure<br>• Control failure | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Partial facility evacuation<br>• Fire department response | • Double containment<br>• System alarms<br>• PE certification of treatment system and associated components<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover<br>• Weigh scales for heavy metal concentrate drum collection<br>• Leak detection in drum cabinet | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review vent line connection type and location to exhaust duct to determine appropriate pressure relief. | • **PHA team verified action closed:** Vent line is a passive/indirect connect, no concern of pressure build-up. |
| 17. | Incompatible chemical reaction? | • Covered by other what if questions | | | • None | • None |
| 18. | What if tool (plating tank and/or bath) empties to wrong location? | • Incorrect design<br>• Human error<br>• Software error/problem<br>• Equipment malfunction<br>• Wrong chemistry (recipe) | • Business interruption<br>• Cost impact | • Equipment-commissioning process includes verification of correct connections<br>• EHS equipment safety sign off (installation and start-up) | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out/Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel performing operation and maintenance. | • **PHA team verified action closed:** Apple personnel are qualified through experience and training. |

APL-GAELG_00003552

**Session Group 6, What-If Node 2: Heavy Metals Rinse**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 19. | Lift stations damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage | • System design and PE sign-off<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls on heavy metals rinse tank<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover (concentrate)<br>• Weight scales for heavy metal concentrate drum collection<br>• Secondary containment leak detection in drum cabinet with GLSS notification | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed**: ERT Team is established and in place |
| | | | | | • **ACTION**: Verify qualifications and training of personnel performing operation and maintenance. | • **PHA team verified action closed**: Apple personnel are qualified through experience and training. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed**: Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed**: EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify qualifications and training for wastewater technicians. | • **PHA team verified action closed**: Apple personnel are qualified, training provided by manufacturer at start up. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br><br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out/Tag Out (LOTO) equipment. | • **PHA team verified action closed**: 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed**: O&M manual received. |

bsi.

APL-GAELG_00003553

| Session Group 6, What-If Node 2: Heavy Metals Rinse | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Develop SOP release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rain water cannot enter lift station, SOP not needed.<br>• NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |
| 20. | What if evaporator system fails? | • Venturi pump failure<br>• Compressor failure<br>• Sensor failure | • Loss of treatment | • Bypass to heavy metals concentrate at lift station if tanks are full due to lack of treatment (high-high level triggers bypass)<br>• Critical facilities alarms for bypass valves open and for high-high<br>• Heavy metals concentrate tank have level alarms<br>• Pit acts as tertiary containment for any overflow<br>• Local system alarm for trouble faults<br>• System included in preventative maintenance program | • None | **No new actions from 2020 PHA revalidation.** |
| 21. | What if a person falls into HMR rinse tank or lift station pit? | • Railing/guards not in place<br>• Trip or slip while entering the pit or a tank<br>• Medical emergency during entry<br>• Falling off ladder during decent into pit | • Potential injury, serious injury, fatality<br>• Potential chemical exposure<br>• Permit required confined space entry rescue<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Potential Cal/OSHA notification<br>• External emergency responders<br>• Operational impact | • Confined space entry program (permit required entries included)<br>• Railing and guards for lift station pit designed in<br>• Two-stage platform (30 inch and 54 inch) for Apple employees to work safely in the bottom of pit | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Prepare SOPs for tanks that includes hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |

APL-GAELG_00003554

**Session Group 6, What-If Node 2: Heavy Metals Rinse**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION:** Develop and implement permit required engineering, administrative and PPE controls appropriate to permit required confined space entry.<br>• **COMMENT:** Actions will include ensuring the correct portable monitoring equipment , supplemental rescue equipment correct PPE are available for entry. | • **PHA team verified action closed:** Confined space program in place with all required PPE and equipment available. |
| | | | | | • **ACTION:** Create confined space training. | • **PHA team verified action closed:** Confined space training in place. |
| 22. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 23. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 24. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 25. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| 26. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 27. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003555

# Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection (04/03/15)

**2020 Revalidation – 08/06/2020**

## Node References and Notes

- Photo rinse – solvent collection
  - Thinner, resist, HMDS, NMP, T1100
  - Flammable and combustible liquids
- Basis of design
  - 4/3/15 – assuming for purposes of discussion that TMAH is excluded from this waste stream.
  - **ACTION:** IES and Jack – determine discharge location for TMAH (AWN or solvent collection); if solvent collection –  are there concerns with potential incompatibility?
  - **NOTE:** Chemical authorization and MOC process identifies chemistry changes. Safety walkthroughs verify labeling.

| Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Recommendations | 2020 Revalidation |
| 28. | Solvent waste liquid Leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure (e.g., lift station)<br>• Solvent collection drum failure<br>• Control failure<br>• Fire | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Partial facility evacuation<br>• Outside agency notification<br>• Fire | • Double containment<br>• System alarms<br>• PE certification of collection components<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover<br>• Weigh scales for solvent drum collection<br>• Leak detection in drum cabinet<br>• Fire sprinklers in drum cabinet and solvent lift station<br>• Explosion proof electrical | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review vent line connection type and location to exhaust duct to determine appropriate pressure relief. | • **PHA team verified action closed:** Vent line is a passive/indirect connect, no concern of pressure build-up. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule.<br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| 29. | Incompatible chemical reaction? | • Covered by other what-if questions | | | • None | **No new actions from 2020 PHA revalidation.** |

APL-GAELG_00003557

**Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|-----------------|-------------------|
| 30. | What if solvent empties to AWN? | • Incorrect design<br>• Human error<br>• Software error/problem<br>• Equipment malfunction<br>• Wrong chemistry (recipe) | • Heat<br>• Pressure<br>• Drain damage<br>• Chemical reaction<br>• Drain failure, spill<br>• Fumes<br>• Potential exposure<br>• Partial facility evacuation<br>• Potential fire department response<br>• Business interruption<br>• Cost impact | • Equipment commissioning process includes verification of correct connections<br>• EHS equipment safety sign off (installation and start-up)<br>• Solvent drain lines separate from AWN drain lines | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs |
| 31. | Lift stations damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment<br>• Fire | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage<br>• Fire and/or explosion | • System design and PE sign-off on solvent collection system<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls on solvent lift station<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover (concentrate)<br>• Weight scales for solvent c drum collection<br>• Secondary containment leak detection in drum cabinet with GLSS notification | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |

**bsi.**

APL-GAELG_00003558

| Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Prepare SOPs for tanks that includes hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed** –12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule. <br><br> • **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| | | | | | • **ACTION:** Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Develop SOP release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rain water cannot enter lift station, SOP not needed. <br><br> • NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |

bsi.

APL-GAELG_00003559

**Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 32. | What if a person falls into HMR rinse tank or Lift station pit? | • Railing/guards not in place<br>• Trip or slip while entering the pit or a tank<br>• Medical emergency during entry<br>• Falling off ladder during decent into pit | • Potential injury, serious injury, fatality<br>• Potential chemical exposure<br>• Permit required confined space entry rescue<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Potential Cal/OSHA notification<br>• External emergency responders<br>• Operational impact | • Confined space entry program (permit required entries included)<br>• Railing and guards for lift station pit designed in<br>• Two-stage platform (30 inch and 54 inch) for apple employees to work safely in the bottom of pit | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Prepare SOPs for tanks that includes hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lock Out Tag Out (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Develop and implement permit required engineering, administrative and PPE controls appropriate to permit required confined space entry.<br>• **COMMENT:** Actions will include ensuring the correct portable monitoring equipment , supplemental rescue equipment correct PPE are available for entry. | • **PHA team verified action closed:** Confined space program in place with all required PPE and equipment available. |
| | | | | | • **ACTION:** Create confined space training. | • **PHA team verified action closed:** Confined space training in place. |
| 33. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 34. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |

bsi.

APL-GAELG_00003560

**Session Group 6, What-If Node 3: Photo Rinse – Solvent Collection**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 35. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 36. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge<br>• Fire Department Response<br>• Reputational Risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule.<br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| 37. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 38. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 6 PHA

# Session Group 6, What-If Node 4: Photo Concentrate – Local Collection (04/03/15)

**Node References and Notes**

- Photo concentrate – local collection
  - Thinner, resist, HMDS, NMP, T1100
- Key Points
  - **ACTION:** IES and Jack to determine process for decanting hydrogen peroxide based on AWN system parameters and capabilities/incompatibility issues
    - **PHA team verified action closed:** SOP in place, task completed on a weekly basis. Note that some tanks are pumped out.

bsi.

APL–GAELG_00003562

| Session Group 6 - What-If Node 4: Photo Concentrate – Local Collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 39. | Heavy metal waste stream liquid Leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure (e.g., lift station)<br>• Heavy metals rinse (HMR) tank failure<br>• Heavy metals concentrate collection drum failure<br>• Control failure | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Partial facility evacuation<br>• Fire department response | • Double containment<br>• System alarms<br>• PE certification of treatment system and associated components<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover<br>• Weigh scales for heavy metal concentrate drum collection<br>• Leak detection in drum cabinet | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lockout Tagout (LOTO) equipment | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Review vent line connection type and location to exhaust duct to determine appropriate pressure relief. | • **PHA team verified action closed:** Vent line is a passive/indirect connect, no concern of pressure build-up. |
| 40. | Incompatible chemical reaction? | • Covered by other what-if questions | | | | **No new actions from 2020 PHA revalidation.** |
| 41. | What-if tool (plating tank and/or bath) empties to wrong location? | • Incorrect design<br>• Human error<br>• Software error/problem<br>• Equipment malfunction<br>• Wrong chemistry (recipe) | • Business interruption<br>• Cost impact | • Equipment commissioning process includes verification of correct connections<br>• EHS equipment safety sign off (installation and start-up) | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) conducting operation and maintenance activities | • **PHA team verified action closed** – Apple personnel and Contractors (ACT) are qualified through experience and training.<br>• **COMMENT:** if bath change out is needed, tool engineer contacts EHS and works with ACT to develop a non-routine workplan. |

| Session Group 6 - What-If Node 4: Photo Concentrate – Local Collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 42. | Lift stations damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage | • System design and PE sign-off<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls on heavy metals rinse tank<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover (concentrate)<br>• Weight scales for heavy metal concentrate drum collection<br>• Secondary containment leak detection in drum cabinet with GLSS notification | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) conducting operation and maintenance activities. | • **PHA team verified action closed:** Apple personnel are qualified through experience and training. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post-incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION:** Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify qualifications and training for wastewater technicians. | • **PHA team verified action closed:** Apple personnel are qualified, training provided by manufacturer at start up. |

bsi.

APL-GAELG_00003564

**Session Group 6 - What-If Node 4: Photo Concentrate – Local Collection**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Prepare SOPs for tanks that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Develop SOP release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rainwater cannot enter lift station, SOP not needed.<br>• NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |
| 43. | What if a person falls into HMR rinse tank or lift station pit? | • Railing/guards not in place<br>• Trip or slip while entering the pit or a tank<br>• Medical emergency during entry<br>• Falling off ladder during decent into pit | • Potential injury, serious injury, fatality<br>• Potential chemical exposure<br>• Permit required confined space entry rescue<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Potential Cal/OSHA notification<br>• External emergency responders<br>• Operational impact | • Confined space entry program (permit required entries included)<br>• Railing and guards for lift station pit designed in<br>• Two-stage platform (30-inch and 54-inch) for Apple employees to work safely in the bottom of pit | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Prepare SOPs for tanks that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State". Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |

bsi.

APL-GAELG_00003565

| Session Group 6 - What-If Node 4: Photo Concentrate – Local Collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Develop and implement permit required engineering, administrative and PPE controls appropriate to permit required confined space entry.<br>• **COMMENT:** Actions will include ensuring the correct portable monitoring equipment, supplemental rescue equipment correct PPE are available for entry. | • **PHA team verified action closed:** Confined space program in place with all required PPE and equipment available. |
| | | | | | • **ACTION:** Create confined space training. | • **PHA team verified action closed:** Confined space training in place. |
| 44. | • Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak. | **No new actions from 2020 PHA revalidation.** |
| 45. | • Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 46. | • Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 47. | • Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |

bsi.

APL-GAELG_00003566

| Session Group 6 - What-If Node 4: Photo Concentrate – Local Collection | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 48. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 49. | Hostile act/ sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003567

# Session Group 6, What-If Node 5: Solids Capture – Local Collection (04/03/15)

**Node References and Notes**

- Solids capture – local collection
  - CMP slurry, saw and grind (gallium arsenide, gallium nitride)

bsi.

APL-GAELG_00003568

| Session Group 6 - What-If Node 5: Solids Capture – local collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 50. | Heavy metal waste stream liquid Leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure (e.g., lift station)<br>• Heavy metals rinse (HMR) rank failure<br>• Heavy metals concentrate collection drum failure<br>• Control failure | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Partial facility evacuation<br>• Fire department response | • Double containment<br>• System alarms<br>• PE certification of treatment system and associated components<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover<br>• Weigh scales for heavy metal concentrate drum collection<br>• Leak detection in drum cabinet | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Review vent line connection type and location to exhaust duct to determine appropriate pressure relief. | • **PHA team verified action closed:** Vent line is a passive/indirect connect, no concern of pressure build-up. |
| 51. | Incompatible Chemical Reaction? | • Covered by other what if questions | | | • None | • None |
| 52. | What if tool (plating tank and/or bath) empties to wrong location? | • Incorrect design<br>• Human error<br>• Software error/problem<br>• Equipment malfunction<br>• Wrong chemistry (recipe) | • Business interruption<br>• Cost impact | • Equipment commissioning process includes verification of correct connections<br>• EHS equipment safety sign off (installation and start-up) | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT**: Include hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel performing operation and maintenance. | • **PHA team verified action closed:** Apple personnel are qualified through experience and training. |

APL-GAELG_00003569

| Session Group 6 - What-If Node 5: Solids Capture – local collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 53. | Lift stations damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage | • System design and PE sign-off<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls on heavy metals rinse tank<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover (concentrate)<br>• Weight scales for heavy metal concentrate drum collection<br>• Secondary containment leak detection in drum cabinet with GLSS notification | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel performing operation and maintenance. | • **PHA team verified action closed:** Apple personnel are qualified through experience and training. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

Apple SB01 2020 Group 6 PHA

APL-GAELG_00003570

**Session Group 6 - What-If Node 5: Solids Capture – local collection**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Verify qualifications and training for wastewater technicians. | • **PHA team verified action closed:** Apple personnel are qualified, training provided by manufacturer at start up. |
| | | | | | • **ACTION**: Prepare SOPs for tanks that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION**: Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Develop SOP release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rain water cannot enter lift station, SOP not needed.<br>• NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |
| 54. | What if a person falls into HMR rinse tank or Lift station pit? | • Railing/guards not in place<br>• Trip or slip while entering the pit or a tank<br>• Medical emergency during entry<br>• Falling off ladder during decent into pit | • Potential injury, serious injury, fatality<br>• Potential chemical exposure<br>• Permit required confined space entry rescue<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Potential Cal/OSHA notification<br>• External emergency responders<br>• Operational impact | • Confined space entry program (permit required entries included)<br>• Railing and guards for lift station pit designed in<br>• Two-stage platform (30-inch and 54-inch) for Apple employees to work safely in the bottom of pit | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:-** ERT Team is established and in place. |
| | | | | | • **ACTION:** Prepare SOPs for tanks that includes hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |

bsi.

APL-GAELG_00003571

| Session Group 6 - What-If Node 5: Solids Capture – local collection | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Develop and implement permit required engineering, administrative and PPE controls appropriate to permit required confined space entry.<br>• **COMMENT:** Actions will include ensuring the correct portable monitoring equipment, supplemental rescue equipment correct PPE are available for entry. | • **PHA team verified action closed:** Confined space program in place with all required PPE and equipment available. |
| | | | | | • **ACTION:** Create confined space training. | • **PHA team verified action closed:** Confined space training in place. |
| 55. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation.** |
| 56. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 57. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 58. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| 59. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 60. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

Apple SB01 2020 Group 6 PHA

APL-GAELG_00003572

# Session Group 6, What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off (04/17/15)

**Node References and Notes**

- Waste streams include
    - Solvent waste (rinse/concentrate) – solvent collection – thinner, resist, HMDS, NMP, T1100 (flammable and combustible liquids)
    - Heavy metals concentrate
    - Heavy metals rinse
        - No concentrated solvent drains go to AWN, rinse water will go to AWN
        - **ACTION:** IES and Jack to determine the number of rinse cycles needed for acceptable discharge to AWN
            - o   **PHA team verified action complete:** Number of rinse cycles required identified.
        - Metals drains (concentrate and rinse) – all collected for haul off
    - Gallium arsenide – collected for haul off – at tool
    - AWN diversion tank – non-routine/emergency – if diversion/upset condition occurs the waste stream flow is diverted to the diversion tank and then back through AWN system for processing after event has been cleared. In the event that a waste stream is diverted that cannot be treated (e.g. Fluoride sensor at final discharge) then pump out would occur – in this scenario the entire AWN system would likely have to be pumped out.
        - No metal bearing waste streams connected to AWN, likelihood of occurrence very small.
- NOTE: Photoresist concentrate collected onboard the tools for haul away, but not pumped into the solvent collection system for tanker haul off.
- Basis of design
    - Heavy metals concentrate and solvent waste streams are collected in drums for haul off
    - Heavy metals rinse collected in tank
    - Diversion tank and heavy metals rinse tank share the same off-loading station

2020 updates

- **2020 update** – Evaporator system added and functional as of June 2019 – haul off portion is the concentrate.

APL-GAELG_00003573

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 61. | Waste liquid leak/spill? | • Accidental impact<br>• Human error<br>• Line failure from heavy metal rinse and AWN diversion to offload station<br>• Truck vacuum pump line break/failure<br>• Equipment failure (e.g., vacuum pump, drum disconnect)<br>• Solvent collection and/or heavy metals drum leak<br>• Heavy metals rinse and/or AWN diversion tank leak<br>• Control failure<br>• Fire from solvent waste source<br>• Drum leak during transport<br>• Leak during pump out at offload station (tanker truck connection point) | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Partial facility evacuation<br>• Outside agency notification<br>• Fire<br>• Potential release to environment<br>• Reputational risk (regulatory, media-public relations) | • ERT (Apple Aria personnel) response<br>• Secondary containment (all systems)<br>• Process Control System (PCS) alarms for operational warning alarms (high/low level, weigh scales, pump failure, etc.)<br>• PE certification of collection components<br>• Open system, vented to exhaust for prevention of pressure build up (heavy metals rinse, AWN diversion and collection drums)<br>• Dual drum collection with auto-switchover<br>• Intrinsically safe Weigh scales for solvent drum collection<br>• Bonding and grounding for solvent collection cabinets<br>• Leak detection connected to LSS in drum cabinet, secondary containment for tanks, offload station and chemical storage bunkers<br>• Fire sprinklers in drum cabinet and solvent lift station<br>• "Safe drains" around equipment pad<br>• Offloading connection point designed for spill collection (spill box) | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |

bsi.

Apple SB01 2020 Group 6 PHA

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule. <br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| | | | | | • **ACTION**: Develop Apple and Vendor agreed upon procedures for waste chemical pump out, transfer and drum haul off. | • **PHA team verified action closed:** ACT completes pump out and haul off activities, H&S plan in place for these activities which includes all spill response, supplies, containment. Standard ERT response would apply to spills. |
| 62. | Incompatible chemical reaction? | Human error by: <br>• Introduction of Apple recyclable hazardous waste is introduced into truck with incompatible residues <br>• Incompatibles introduced into heavy metal rinse tank or AWN diversion tank <br>• Incompatibles introduced into solvent or heavy metals waste drums <br>• New drum introduced with incompatible residue <br>• Design error – incorrect hook up during future design <br>• Bidirectional discharge valve failure causing flow into wrong treatment/collection system) | • Exothermic reaction <br>• Drum failure from pressure build up <br>• Potential chemical exposure/personnel injury <br>• Equipment damage <br>• Process interruption <br>• Partial facility evacuation <br>• Outside agency notification <br>• Fire <br>• Potential release to environment <br>• Reputational risk (regulatory, media-public relations) | • Secondary containment (all systems) <br>• PE certification of collection components <br>• Open system, vented to exhaust for prevention of pressure build up (heavy metals rinse, AWN diversion and collection drums) <br>• Dual drum collection with auto-switchover <br>• Intrinsically safe weigh scales for solvent drum collection <br>• Bonding and grounding for solvent collection cabinets <br>• Leak detection connected to LSS in drum cabinet, secondary containment for tanks, offload station and chemical storage bunkers <br>• Fire sprinklers in drum cabinet and solvent lift station <br>• "Safe drains" around equipment pad <br>• Offloading connection point designed for spill collection (spill box) | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update:  Apple created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003575

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule.<br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding.  Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| | | | | | • **ACTION**: Develop Apple and Vendor agreed upon procedures for waste chemical pump out, transfer and drum haul off. | • **PHA team verified action closed:** ACT completes pump out and haul off activities, H&S plan in place for these activities which includes all spill response, supplies, containment. Standard ERT response would apply to spills. |
| 63. | Chemical feed pump is damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment<br>• Fire | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Flooding of pit<br>• Equipment damage<br>• Fire and/or explosion | • System design and PE sign-off on solvent collection system<br>• Redundant pumps<br>• Leak detection in lift stations<br>• Secondary containment<br>• Level sensors and controls on solvent lift station<br>• Open system, vented on both ends for pressure relief<br>• Dual drum collection with auto-switchover (concentrate)<br>• Weight scales for solvent c drum collection<br>• Secondary containment leak detection in drum cabinet with GLSS notification | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003576

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br><br>• **COMMENT:** Include hazardous energy control equipment specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:**–12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures for lift stations and weigh scales including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule.<br><br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system**.** | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| | | | | | • **ACTION:** Obtain O&M manual for lift stations system from Wastech. | • **PHA team verified action closed:** O&M manual received. |
| | | | | | • **ACTION:** Conduct confined space inventory to determine required procedures and equipment for confined space entry and rescue. | • **PHA team verified action closed:** Confined space inventory completed, procedures and equipment in place as needed. |
| | | | | | • **ACTION:** Develop SOP release of contained rainwater, include criteria specified in SWPPP. | • **PHA team verified action closed:** Rain water cannot enter lift station, SOP not needed.<br><br>• NOTE: Password-protected manual operation of sump pump in pit for release of rainwater. If incident occurs, ACT assists with decontamination and removal of materials (no release to storm). |

bsi.

APL-GAELG_00003577

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 64. | Earthquake? | • Natural occurrence | • Same as Waste liquid Leak/spill<br>• Damage to system<br>• Incompatible reaction | • Same as Waste liquid Leak/spill | • **Same as** Waste liquid Leak/spill | • **No new actions from 2020 PHA revalidation** |
| 65. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding (secondary containment)<br>• Pipe break<br>• Waste liquid leak/spill | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 66. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 67. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage<br>• Equipment malfunction<br>• Truck fire<br>• Incompatible chemical reaction | • Same as waste liquid Leak/spill<br>• Sprinkler discharge<br>• Fire department response<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines<br>• Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Projectile<br>• Complete facility evacuation with significant downtime<br>• Area contamination<br>• Environmental damage<br>• Explosion, deflagration | • Same as waste liquid Leak/spill<br>• Outside emergency response team<br>• Sprinklers and emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule.<br>• **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |

bsi.

Apple SB01 2020 Group 6 PHA

| Session Group 6 - What-If Node 6: Tanker Haul Away for Collection Tanks and Waste Drum Haul Off | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Verify vendor PM program for vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third party vehicles. |
| 68. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 69. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire<br>• Same as Waste liquid Leak/spill | • Security measures in place<br>• Same as waste liquid leak/spill | • None<br>• Same as waste liquid leak/spill | **No new actions from 2020 PHA revalidation.** |
| 70. | Truck vacuum pump is damaged or fail? | • No/improper preventative maintenance<br>• Line blockage (upstream/downstream) | • Spill/release<br>• Can't remove waste from site<br>• Truck vacuum line full of liquid waste with no mechanism for removal | • None<br>• "Safe drains" surrounding equipment pad | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Develop Apple and Vendor agreed upon procedures for waste chemical pump out, transfer and drum haul off. | • **PHA team verified action closed:** ACT completes pump out and haul off activities, H&S plan in place for these activities which includes all spill response, supplies, containment.  Standard ERT response would apply to spills. |
| | | | | | • **ACTION:** Verify vendor has emergency response protocols to address vacuum pump failure during pump out. | • **PHA team verified action closed:** Pump out connection point has secondary containment (truck and tank). ACT to work with Apple on a case-by-case basis to determine mitigation measures. H&S plan addresses basic emergency response scenarios. |

bsi.

APL-GAELG_00003579

# Session Group 6, What-If Node 7: Chemical Adds – Auto, Manual, Truck Delivery (04/17/15)

## Node References and Notes

- Chemical adds – 30% sodium hydroxide, 36% sulfuric acid
  - Auto (chemical injection tanks)
  - Manual operation of injection pumps (emergency only)
  - Truck delivery (tanker fills)
  - Cooling tower treatment chemicals (anti-scalant and biocide) – drum delivery (manual change out) and connection to auto-inject system
  - RO/DI - sodium bisulfite and anti-scalant

APL-GAELG_00003580

| Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 71. | Liquid chemical leak (acid, alkaline,) during manual handling? | • Damaged container<br>• Handling error<br>• Obstructed, uneven, or damaged chemical transport path<br>• SOP not in place or incorrect<br>• Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• Poor housekeeping | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Incompatible chemical reaction<br>• Generation of hazardous fumes and vapors<br>• Storm drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Outside agency notification | • ERT (Apple Aria personnel) response<br>• Fire department response<br>• Double containment<br>• Safe drains at loading dock and surrounding areas<br>• Safety showers and eyewash<br>• PE certification of collection components<br>• Leak detection in drum cabinet | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Develop chemical receiving procedures. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION:** Personnel training for PIT. | • **PHA team verified action closed:** Training in place, all staff certified as needed. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION:** Develop a comprehensive SWP that covers all hazardous work activities, except for hot work. (e.g., hookup and removal procedures). | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003581

**Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|-------------------------------------|----------------------|-------------------|
| 72. | Liquid chemical leak (acid/alkaline) during tanker fill | • Human error<br>• Improper connection<br>• Damaged equipment (line)<br>• Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel | • Chemical spill<br>• Personnel injury and exposure to chemical<br>• Generation of hazardous fumes and vapors<br>• Storm drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Outside agency notification | • ERT (Apple Aria personnel) response<br>• Fire department response<br>• Double containment<br>• Safe drains at loading dock and surrounding areas<br>• Safety showers and eyewash | • **ACTION:** Identify standard PPE and training for chemical delivery/transport. | • **PHA team verified action closed:** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Develop chemical receiving procedures. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION:** Develop a comprehensive SWP that covers all hazardous work activities, except for hot work. (e.g., hookup and removal procedures). | • **PHA team verified action closed:** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION:** Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION:** Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed:** ACT has overpack drums that can be used. All chemicals are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |

**bsi.**

APL-GAELG_00003582

| Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 73. | Incompatible chemical reaction? | • Pumping into a container with incompatible residue<br>• Connecting incorrect bulk chemical to chemical feed system | • Same as liquid chemical leak | • Same as liquid chemical leak | • Same as liquid chemical leak | **No new actions from 2020 PHA revalidation.** |
| 74. | Chemical feed pump is damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment<br>• Fire | • Production impact<br>• Potential exposure<br>• Equipment damage<br>• Equipment damage | • System design and PE sign-off on solvent collection system<br>• Redundant pumps<br>• Secondary containment | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

bsi.

APL-GAELG_00003583

| Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 75. | Human error during chemical handling? | • Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• SOP not in place or incorrect<br>• No hazardous energy control | • Same as chemical leak/spill | • Same as chemical leak/spill | • **ACTION**: Same as chemical leak/spill. | **No new actions from 2020 PHA revalidation.** |
| | | | | | • **ACTION**: Develop hazardous energy control procedures and obtain equipment. | • **PHA team verified action closed:** 12/12/18 update:  Apple created SOPs, posted in Box (back up hard copy at Tom's desk). LOTO equipment is available. |
| 76. | Truck pump is damaged or fail? | • Controls failure<br>• Pump failure<br>• Power failure<br>• Earthquake<br>• Lift Station integrity<br>• Loss of CDA<br>• No/improper preventative maintenance<br>• Human error<br>• Line blockage (upstream/downstream)<br>• Line break<br>• Leak detected activating shutdown<br>• Damaged by falling material/equipment<br>• Fire | • Production impact<br>• Chemical spill<br>• Personnel injury and exposure to chemical<br>• Generation of hazardous fumes and vapors<br>• Storm drain contamination/release<br>• Equipment damage<br>• Area evacuation<br>• Reputational risk (regulatory, media-public relations)<br>• Outside agency notification | • ERT (Apple Aria personnel) response<br>• Fire department response<br>• Double containment (at connection point)<br>• Safe drains at loading dock and surrounding areas<br>• Safety showers and eyewash | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities.<br>• **COMMENT:** Include hazardous energy control equipment-specific requirements that ensure "Zero Energy State." Identify required Lockout Tagout (LOTO) equipment. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003584

| Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed:** ACT has overpack drums that can be used. All chemicals are shipped according to DOT requirements. During shipment, standard emergency response to supplier would apply. If incident occurred after arrival onsite, standard ERT response would be initiated and chemical supplier would be consulted. |
| | | | | | • **ACTION**: Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed:** Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third-party vehicles. |
| 77. | Earthquake? | • Natural occurrence | • Same as chemical leak<br>• Damage to system<br>• Incompatible reaction | • Same as chemical leak | • Same as chemical leak | **No new actions from 2020 PHA revalidation..** |
| 78. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Ice/slippery surfaces<br>• Flooding<br>• Water main/pipes break<br>• Chemical leak<br>• Treatment chemical lines (sodium hydroxide) freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program | • **PHA team verified action closed:** not a valid concern or action item<br>• **COMMENT:** extreme weather not a concern for the Santa Clara location. |
| 79. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • Alarm systems<br>• Emergency backup power | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas | • **PHA team verified action closed-** standard action within the Emergency Plan is to stop work and evacuate.  This applies during all work activities. |
| 80. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as chemical leak<br>• Sprinkler discharge<br>• Fire department response<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines | • Same as chemical leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location, etc.). | • **PHA team verified action closed:** ERT Team is established and in place. |

bsi.

APL-GAELG_00003585

| Session Group 6 - What-If Node 7: Chemical adds – Auto, Manual, Truck delivery | | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| | | | | | • **ACTION:** Verify equipment grounding/bonding by a grounding continuity test and place on the EHS critical PM schedule. <br> • **COMMENT:** Non-combustible construction with grounding and bonding throughout solvent system. | • **PHA team verified action closed:** Continuity testing is completed at install to confirm proper grounding/bonding. Not deemed necessary as a PM activity based on existing hazards (not class 1 div 1, not highly corrosive environment, etc.). |
| 81. | Explosion occurs? | • Same as fire | • Same as fire <br> • Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 82. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003586

# Session Group 6, What-If Node 8: DI Water Loop Sterilization (04/XX/15)

## Node References and Notes

- Chemical used
  - DI vendor conducts all activities, brings all hardware required onsite (tank, pump, etc.) – based on bacteria load in system, usually conducted annually
  - "Mincare" – powder dissolved in DI water, introduced into system via distribution pumps – pressurized dispense into system
  - Introduced into DI loop – shut off all point of use valves, recirculates through the DI loop for about 24 hours
  - First concentrate drain and second drain to AWN for treatment
- Physical hazard
  - UV radiation source within system for sterilant

APL-GAELG_00003587

| Session Group 6 - What-If Node 8: DI Water Loop Sterilization | | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 83. | Waste liquid leak/spill? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure<br>• Drum leak during transport<br>• Bag break/tear (mincare) – dropping, impact, etc.<br>• Leak during pump out of DI system (tanker truck connection point) | • Potential chemical exposure/personnel injury<br>• Equipment damage<br>• Process interruption<br>• Outside agency notification<br>• Potential release to environment (liquid or powder)<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines | • ERT (Apple Aria personnel) response<br>• "Safe drains" around equipment pad | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc. | • **PHA team verified action closed:** ERT Team is established and in place. |
| | | | | | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| | | | | | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk). |
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed:** Completed on 6/19/15 – Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Develop Apple and Vendor agreed-upon procedures for waste chemical pump out, transfer and drum haul off. | • **PHA team verified action closed:** ACT completes pump out and haul-off activities, H&S plan in place for these activities which includes all spill response, supplies, containment. Standard ERT response would apply to spills. |
| 84. | Incompatible Chemical Reaction? | • No credible cause identified | | | • None | **No new actions from 2020 PHA revalidation.** |
| 85. | Line is damaged? | • Same a waste liquid leak/spill | • Same as waste liquid Leak/spill | • Same as waste liquid Leak/spill | • Same as waste liquid Leak/spill | **No new actions from 2020 PHA revalidation.** |
| 86. | Evacuation? | • Various (loss of exhaust, power) | • None | • None | • None | |

bsi.

APL-GAELG_00003588

| Session Group 6 - What-If Node 8: DI Water Loop Sterilization | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 87. | Human error during chemical handling? | • Untrained personnel<br>• Behavioral safety (distraction, rushed)<br>• Unauthorized personnel<br>• SOP not in place or incorrect | • Waste liquid leak/spill | • Same as waste liquid leak/spill | • Same as waste liquid leak/spill | **No new actions from 2020 PHA revalidation.** |
| 88. | Liquid chemical lines are not secured (connected properly) during chemical injection? | • Human error<br>• Design inadequate (e.g., wrong fitting) | • Same as waste liquid leak/spill | • Same as waste liquid leak/spill | • **ACTION**: Identify and document the necessary Standard Operating Procedures (SOP) required for hazardous work activities. | • **PHA team verified action closed:** 12/12/18 update: Apple-created SOPs, posted in Box (back-up hard copy at Tom's desk). |
|  |  |  |  |  | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM liquids. | • **PHA team verified action closed:** Internal staff is qualified to handle HPMs. |
|  |  |  |  |  | • **ACTION**: Develop Apple and Vendor agreed upon procedures for waste chemical pump out. | • **PHA team verified action closed:** ACT completes pump out and haul off activities, H&S plan in place for these activities which includes all spill response, supplies, containment. Standard ERT response would apply to spills. |
| 89. | Earthquake? | • Natural occurrence | • Same as waste liquid leak/spill<br>• Damage to containers | • Same as waste liquid leak/spill | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
|  |  |  |  |  | • **ACTION**: Establish location for spill kits and personnel protective equipment. | • **PHA team verified action closed:** Spill kits and PPE are provided in the ERT room, PPE is provided in the chemical pass through and wet bench areas as well. |
| 90. | Extreme weather (tornado, lightning)? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting | • None | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 91. | Power failure? | • Power supply failure<br>• Fire<br>• Short or faulty electrical systems | • Reduced lighting |  | • **ACTION**: Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 92. | Fire occurs? | • Electrical failure<br>• Hostile action or sabotage<br>• Incompatible chemical reaction | • Same as chemical leak<br>• Sprinkler discharge | • Same as chemical leak<br>• Outside emergency response team<br>• Emergency fire suppression system and emergency response equipment | • **ACTION**: Establish ERT team for appropriate response (training, equipment, etc.) | • **PHA team verified action closed:** ERT Team is established and in place. |
|  |  |  |  |  | • **ACTION**: Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** All emergency equipment specified on drawings and approved by Fire Department as part of the original facility submittals. |
| 93. | Explosion occurs? | • Same as fire | • Same as fire | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |

APL-GAELG_00003589

| Session Group 6 - What-If Node 8: DI Water Loop Sterilization | | | | | |
|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
| 94. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003590

# Session Group 6, What-If Node 9: Softener Backwash (04/17/15)

## Node References and Notes

- Chemical used?
  - Brine water used to regenerate the water softener
  - Salt storage tank next to water softener system, water dissolves salt and creates brine water
  - Brine pumped into system via eductor, flows into system in reverse – single pass
  - Backwash and flush after – direct to sanitary sewer – no known issues with POTW to conduct activities
  - Salt container gets replenished as needed (not necessarily every time the regen cycle occurs) – 40- or 50-lb. bags of salt, via top of salt tank, approximately 4 feet tall open top tank. Evoqua (contractor) used to keep the salt tank full.  Apple Manual Material Handling Training (EHS-1100) includes safe lifting limits and guidelines on techniques to use for lifting heavy objects.
  - Frequency of regen based on hardness of water and capacity of system

bsi.

APL-GAELG_00003591

**Session Group 6 - What-If Node 9: Softener Backwash**

| # | What If? | Causes | Consequence(s) | Existing Safeguards and Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 95. | Brine water liquid leak? | • Accidental impact<br>• Human error<br>• Line failure<br>• Equipment failure<br>• Control failure | • Storm drain contamination/release<br>• Reputational risk (regulatory, media-public relations)<br>• Potential NOV, penalties, fines | • "Safe drains" around equipment pad | • ACTION: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.).<br><br>• ACTION: Develop and implement equipment preventative maintenance procedures. | • **PHA team verified action closed:** ERT Team is established and in place.<br><br>• **PHA team verified action closed:** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 96. | Earthquake? | • Natural occurrence | • Same as brine water liquid leak | • Same as brine water liquid Leak | • Same as brine water liquid Leak | **No new actions from 2020 PHA revalidation.** |
| 97. | Extreme weather (tornado, lightning, heat, heavy rain. etc.)? | • Natural occurrence | • Same as brine water liquid leak<br>• Line freezing | • ERT (Apple Aria personnel) response | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.).<br><br>• **ACTION:** Include extreme weather working prohibitions in Apple emergency alert system as well as in the ERT Training program. | • **PHA team verified action closed:** ERT Team is established and in place.<br><br>• **PHA team verified action closed:** Not a valid concern or action item.<br>• **COMMENT:** Extreme weather not a concern for the Santa Clara location. |
| 98. | Power failure? | • Power supply failure<br>• Short or faulty electrical systems | • Reduced lighting<br>• Loss of ventilation | • None | • **ACTION:** Evaluate emergency protocol during power failure for high hazard task/areas. | • **PHA team verified action closed:** Standard action within the Emergency Plan is to stop work and evacuate. This applies during all work activities. |
| 99. | Fire occurs? | • No smoking requirements not followed<br>• Electrical failure<br>• Hostile action or sabotage | • Same as Brine water liquid Leak<br>• Sprinkler discharge<br>• Fire Department Response<br>• Reputational risk (regulatory, media-public relations) | • Same as Brine water liquid Leak<br>• Outside emergency response team<br>• Sprinklers and Emergency response equipment | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.).<br><br>• **ACTION:** Identify location(s) of emergency equipment, e.g., chemical pull stations, fire extinguishers, etc. | • **PHA team verified action closed:** ERT Team is established and in place.<br><br>• **PHA team verified action closed:** All emergency equipment specified on drawings and approved by fire department as part of the original facility submittals. |
| 100. | Explosion occurs? | • Same as fire | • Same as fire<br>• Potential offsite consequence/damage | • Same as fire | • Same as fire | **No new actions from 2020 PHA revalidation.** |
| 101. | Hostile act/sabotage? | • Disgruntled employee or terrorism | • Same as fire | • Security measures in place | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003592

# Group 7 PHA
# Bulk Ammonia

**What If? Analysis Nodes – Agreed upon on 1/16/15**

- Disconnection of used Columbianas, Delivery by distributor and hook up of new Columbianas
- Columbiana and Columbiana enclosures
- Purge block
- High-pressure block
- Vaporizer
- Low-pressure delivery to the tool (through a main purifier, valve manifold box [VMB] and point-of-use purifier
- Global what-if node

APL-GAELG_00003593

# Session Group 7, Node 1: Disconnection of Used Columbianas, Delivery by Distributor and Hook Up of New Columbianas

Node Intentions:

- Coordinated delivery by a Linde (Air Gas) Gas Distributor (delivered by FedEx)
- Apple will be ready to disconnect and remove used Columbianas when full ones are delivered; this process will be planned so full Columbianas are not stored on the pad
- Apple will offload from gas distributer's truck (Alliance) using a 5,000-pound rated forklift
- Apple Facilities will be responsible for disconnection and connection of Columbianas
- Ammonia vessel is about 115 psig at 70 degrees F
- Relief valves are set at Columbiana pressure rating of 500 psig
  - Frangible disc type
- 60 cycle purge process is to be completed prior to disconnection and after connection

bsi.

APL-GAELG_00003594

**Node 1: Delivery of Columbianas**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|------------------------|----------------------|-------------------|
| 1. | Corrosive gas leak | • Cylinder neck/valve leak and/or container fittings<br>• Failure of a pressure-relief device<br>• Handling error (dropped off truck/forklift)<br>• Insufficient/incorrect cycle purge<br>• Main cylinder valve is faulty<br>• Disconnecting a fitting on the online system<br>• Impact from moving vehicle (e.g., forklift, other delivery vehicle)<br>• Overtorquing | • Personnel exposure resulting in injury and/or fatality<br>• Complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations) | • System verifies that the DISS valve is closed prior to purge cycle<br>• Automated cycle purge routine that is password accessed<br>• Knowledgeable local Fire Department response<br>• Ventilated enclosure tied to an ammonia scrubber<br>• Columbianas are DOT-rated vessels and are strapped onto a skid that is placed into the enclosure<br>• Rated forklift to 5,000 pounds<br>• LSS system capabilities – manual pull stations, gas detection, shutdown, alarms, notification, evacuation. LSS backed up on UPS and emergency power. | • **ACTION:** Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed.** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed.** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure that the valve closing routine/pressure check is validated during the purge process/cylinder hook up. | • **PHA team verified action closed.** Automated process in place. After all valves are closed, a vacuum is pulled for five minutes to validate. |
| | | | | | • **ACTION:** Ensure forklift training is completed for Apple facilities employees. | • **PHA team verified action closed**. Training in place, all staff certified as needed. |
| | | | | | • **ACTION:** Document delivery procedure that includes roping off area with signage during Columbiana delivery (Apple and Distributor). | • **PHA team verified action closed.** Delivery procedure in place. Security guards provide access control and secure area for delivery. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from all HPM releases. | • **PHA team verified action closed.** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities and coordinate with local Fire Department.<br>• **COMMENT**: Currently in discussion with local Fire Department for coordinated response. | • **PHA team verified action closed.** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De, on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |

APL-GAELG_00003595

| Node 1: Delivery of Columbianas | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Provide labeling or visual indication on the enclosure to reflect which side is active vs needs to be replaced. Label each cylinder location (i.e., A, B, C, D). | • **PHA team verified action closed.** Lights on the tonner system indicate status (red light = empty and needs change, green light = tonner online). |
| | | | | | • **ACTION**: Provide NFPA 704 labeling per local fire department requirements. | • **PHA team verified action closed.** Tonner system labeled with NFPA diamonds. |
| | | | | | • **ACTION**: Verify qualifications and training of Apple personnel handling UHP nitrogen system. | • **PHA team verified action closed.** Vendor provided system training to Apple (train the trainer), all other personnel trained internally. |
| | | | | | • **ACTION**: Document delivery process and equipment Standard Operating Procedures (SOP) (Vendor(s) and Apple). <br>– Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor. <br>– Identify optimal delivery drop off location and route for HPM Gases. | • **PHA team verified action closed.** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Identify and document the necessary SOPs required for hazardous work activities to include proper torqueing specifications. | • **PHA team verified action closed.** 12/12/18 update: Apple created SOPs, posted in Box (back up hard copy at Tom's desk), torque spec included. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of the Columbiana enclosure along chemical delivery route (e.g., pull stations, sensors, etc.). | • **PHA team verified action closed.** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft., liquid leak detection, gas detection). 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed.** 12/12/18 update: Determined that the vendor did not have containment capabilities on the truck – purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |

bsi.

APL-GAELG_00003596

# Session Group 7, Node 2: Columbiana and Columbiana Enclosures

Node Intentions:

- Enclosures will be constructed of carbon steel with epoxy coating
- Ventilated via an ammonia scrubber that is on emergency power
- Scrubber is rated to 16,500 cfm at 5-inch static
  - Volumetric flow rate for enclosure (650 cfm per side)
  - Scrubber is shared with other processes
- Flow monitoring – differential pressure – goes to Gas Life Safety System (GLSS)
- Each Columbiana is on an individual scale inside the enclosure
  - Monitoring by system controller
  - System controller will monitor for weight gain (safety) of the Columbiana
- Enclosure is liquid tight that is monitored by liquid leak detection
- Enclosure is heated to 70 degrees F
  - The enclosure is not temperature controlled to maintain 70 degrees F, but ensure it's at a minimum of 70 degrees F

APL-GAELG_00003597

**Node 2: Columbiana and Columbiana Enclosures**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 revalidation |
|---|---|---|---|---|---|---|
| 2. | High Level in Columbiana? | • Product migration from one cylinder to the other/piping rupture<br>• Improperly filled cylinder by vendor | • High pressure and/or vessel/piping rupture<br>• Personnel exposure resulting in injury and/or fatality<br>• Partial and/or complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Valves are interlocked<br>• High High weight gain alarm will shut down the system – High weight gain will only alarm<br>• Pressure-relief valves | • **COMMENT**: Note that that high-weight alarm is picked up as a general alarm to GLSS from the system controller. | |
| | | | | | • **ACTION**: Linde to look at software logic that will monitor weight upon installation and alarm if out of specification. | • **PHA team verified action closed.** Alarm in place for overweight notification. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (Vendor(s) and Apple).<br>– Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations. Include as an attachment to procedure. |
| 3. | High Pressure? | • Product migration from one cylinder to the other/piping rupture<br>• High temperature from heater<br>• High temperature from excessively hot day<br>• Fire<br>• Wrong product | • High pressure and/or vessel/piping rupture<br>• Personnel exposure resulting in injury and/or fatality<br>• Partial and/or complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Valves are interlocked<br>• High High weight gain alarm will shut down the system – High weight gain will only alarm.<br>• Pressure-relief valves<br>• Sprinklered enclosure<br>• Partially shaded being under the scrubber deck<br>• Insulated enclosure<br>• High-pressure alarm (Linde recommends 200 psig and will document in the installation manual) | • **COMMENT**: Note that that high weight alarm is picked up as a general alarm to GLSS from the system controller. | |
| | | | | | • **ACTION:** Verify heater has an over temperature shutoff switch. | • **PHA team verified action closed.** Overtempt switch in place. |
| | | | | | • **ACTION**: Linde to look at software logic that will monitor weight upon installation and alarm if out of specification. | • **PHA team verified action closed.** Alarm in place for overweight notification. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (Vendor(s) and Apple).<br>• Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |

bsi.

APL-GAELG_00003598

**Node 2: Columbiana and Columbiana Enclosures**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION:** Document safety control set points and the rationale associated with each. | • **PHA team verified action closed.** All are default settings from factory. |
| 4. | High Temperature? | • Reference high pressure above in this node | | | • None | **No new actions from 2020 PHA revalidation.** |
| 5. | Low Temperature? | • Process impact – no significant safety-related issues | | | • None | **No new actions from 2020 PHA revalidation.** |
| 6. | Low/No exhaust? | • Ammonia exhaust system failure<br>• Improper air balance<br>• Closed damper<br>• Intake blocked | • Inability to capture and contain ammonia release | • Differential pressure monitoring<br>• Redundant fan in scrubber system | • **ACTION:** Develop a PM schedule for the exhaust system. | • **PHA team verified action closed.** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Ensure qualified contractors (ISNnet World) are used to service exhaust system. | • **PHA team verified action closed.** Scrubber cleaning is performed by Fume Control Technology (contractor), fans are maintained by ICOM. |
| 7. | Leak within the enclosure? | • Cylinder neck/valve leak and/or container fittings<br>• Failure of a pressure relief device<br>• Failed pigtail/piping<br>• Insufficient/incorrect cycle purge<br>• Main cylinder valve is faulty<br>• Disconnecting a fitting on the online system impact from moving vehicle (e.g.: forklift, other delivery vehicle)<br>• Overtorquing | • Personnel exposure resulting in injury and/or fatality<br>• Local area evacuation with resulting in process downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • System has a valve closing routine that verifies that the DISS valve is closed prior to purge cycle<br>• Automated cycle purge routine that is password accessed<br>• Fire department response<br>• Ventilated enclosure tied to an ammonia scrubber<br>• Columbianas are DOT-rated vessels and are strapped onto a skid<br>• LSS system capabilities – manual pull stations, gas detection, shutdown, alarms, notification, evacuation. LSS backed up on UPS and emergency power. | • **ACTION:** Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed.** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location, etc.). | • **PHA team verified action closed.** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure that the valve closing routine/pressure check is validated during the purge process/cylinder hook up. | • **PHA team verified action closed.** Automated process in place – after all valves are closed a vacuum is pulled for five minutes to validate. |
| | | | | | • **ACTION:** Ensure forklift training is completed for Apple facilities employees. | • **PHA team verified action closed.** Training in place, all staff certified as needed. |
| | | | | | • **ACTION:** Document delivery procedure that includes roping off area with signage during Columbiana delivery (Apple and Distributor). | • **PHA team verified action closed.** Delivery procedure in place. Security guards provide access control and secure area for delivery. |

bsi.

APL-GAELG_00003599

| Node 2: Columbiana and Columbiana Enclosures | | | | | | |
|---|---|---|---|---|---|---|
| **Date: May 12, 2015** | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 revalidation |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from all HPM releases. | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post-incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities and coordinate with local Fire Department.<br>• **COMMENT**: Currently in discussion with local Fire Department for coordinated response. | • **PHA team verified action closed.** RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15.  2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Provide labeling or visual indication on the enclosure to reflect which side is active vs needs to be replaced. Label each cylinder location (i.e., A, B, C, D). | • **PHA team verified action closed.** Lights on the tonner system indicate status (red light = empty and needs change, green light = tonner online). |
| | | | | | • **ACTION**: Provide NFPA 704 labeling per local fire department requirements. | • **PHA team verified action closed.** Tonner system labeled with NFPA diamonds. |
| | | | | | • **ACTION**: Verify qualifications and training of Apple personnel handling UHP nitrogen system. | • **PHA team verified action closed.** Vendor provided system training to Apple (train the trainer), all other personnel trained internally. |
| | | | | | • **ACTION**: Document delivery process and equipment Standard Operating Procedures (SOP) (Vendor(s) and Apple).<br>– Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor.<br>– Identify optimal delivery drop off location and route for HPM Gases. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Identify and document the necessary SOPs required for hazardous work activities to include proper torqueing specifications. | • **PHA team verified action closed.** 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk), torque spec included. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on BOX. |

bsi.

APL-GAELG_00003600

**Node 2: Columbiana and Columbiana Enclosures**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 revalidation |
|---|----------|--------|----------------|------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Review LSS equipment locations outside of the Columbiana enclosure along chemical delivery route (e.g., pull stations, sensors, etc.). | • **PHA team verified action closed.** LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft, liquid leak detection, gas detection). 12/12/18: Drawings - pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed.** 12/12/18 update - determined that the vendor did not have containment capabilities on the truck – purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| 8. | Loss of system control? | • PLC failure<br>• Loss of power<br>• Human error | • No flow to process<br>• Flow remains on | • Air operated valves will close upon loss of system control Separate safety relay (two inputs) tied to power for normally closed valves<br>• E-STOP | • **ACTION:** Verify connection to controller for system shutdown from GLSS. | • **PHA team verified action closed.** GLSS shutdown in place. |
| | | | | | • **ACTION:** Linde to provide training for Apple personnel on operation of the system control system. | • **PHA team verified action closed.** Training provided by Linde. |
| | | | | | • **ACTION:** Verify that the System Controller is provided with uninterruptible power | • **PHA team verified action closed.** System controller on UPS. |

bsi.

Apple SB01 2020 Group 7 PHA

APL-GAELG_00003601

## Session Group 7, Node 3: Purge Block

Node Intentions:

- Support's auto-purge prior to disconnection and removal of contaminants after hookup
    - Operator needs to manually acknowledge cylinder has been changed prior to system starting leak check and purge cycle
- UHP Nitrogen input for pulse purge has an inline purifier and is fed from a high-pressure cylinder (300 L capacity) and is located proximate to bulk system
- House nitrogen
    - Includes vacuum venturi
    - Pigtail bleed

| Node 3: Purge Block | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| 9. | No Vacuum? | • Low or no house nitrogen<br>• Vent line blockage<br>• Bad or improper connection | • Inadequate vacuum for purge<br>• Residual ammonia present on disconnection resulting in chemical exposure<br>• Contaminants in the system after hookup of new Columbiana<br>• Delay in changing Columbiana | • Auto-purge system will alarm and not complete purge cycle<br>• Software recognizes high and low pressure | • None | **No new actions from 2020 PHA revalidation.** |
| 10. | No nitrogen for pulse purge? | • Empty cylinder<br>• No cylinder<br>• Blocked delivery line<br>• Failed valve or regulator | • Inadequate pulse purge<br>• Contamination of system<br>• Couldn't change out Columbiana | • System controller would identify low nitrogen pressure<br>• Software recognizes high and low pressure | • **ACTION:** Add UHP nitrogen to GLSS monitoring. | • **PHA team verified action closed.** No GLSS, other system controls in place such as vacuum monitor (pressure transducer). |
| 11. | Wrong pulse purge gas? | • Human error | • Contamination resulting in chemical exposure or process impact<br>• Chemical reaction | • Cylinder labeling<br>• CGA fitting | • **ACTION**: Document delivery process and equipment SOP (Vendor(s) and Apple).<br>   – Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor. | • **PHA team verified action closed.** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations - include as an attachment to procedure. |
| 12. | Back Flow? | • Failed valves | • Contamination of house nitrogen resulting in chemical exposure or process Impact | • Multiple valve failures would need to occur | • None | **No new actions from 2020 PHA revalidation.** |

bsi.

APL-GAELG_00003603

# Session Group 7, Node 4: High Pressure Block

Node Intentions:

- High-pressure isolation, feed, and vent to manage purging of ammonia
- Manual mode based on password access

APL-GAELG_00003604

| Node 4: High Pressure Block | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| 13. | Backflow? | • Failed valves<br>• Human error with password access | • Contamination of house nitrogen resulting in chemical exposure or process impact | • Multiple valve failures would need to occur | • **ACTION:** As extra protection, Linde to add back MV01T and MV02T onto system. | • **PHA team verified action closed.** Manual valves are in place as a back-up. |
| 14. | Low or no pressure? | • Failed cylinder valve or other delivery valve | • Process impact | • System monitors for both low pressure and weight | • None | **No new actions from 2020 PHA revalidation.** |
| 15. | High pressure? | • Blocked liquid between two valves<br>• High temperature from heater<br>• High temperature from excessively hot day<br>• Fire<br>• Wrong Product | • High pressure and/or vessel/piping rupture<br>• Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Partial and/or complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Valves are interlocked<br>• High High weight gain alarm will shut down the system – High weight gain will only alarm<br>• Rupture disk<br>• Sprinklered enclosure<br>• Partially shaded being under the scrubber deck<br>• Insulated enclosure<br>• High-pressure alarm (Linde recommends 200 psig and will document in the installation manual) | • **COMMENT:** Note that that high weight alarm is picked up as a general alarm to GLSS. | |
| | | | | | • **ACTION:** Verify heater has an over temperature shutoff switch. | • **PHA team verified action closed.** Overtempt switch in place. |
| | | | | | • **ACTION:** Linde to look at software logic that will monitor weight upon installation and alarm if out of specification. | • **PHA team verified action closed.** Alarm in place for overweight notification. |
| | | | | | • **ACTION:** Document delivery process and equipment SOP (Vendor(s) and Apple).<br>– Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor. | • **PHA team verified action closed.** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION:** Document safety control set points and the rationale associated with each. | • **PHA team verified action closed.** All are default settings from factory. |
| 16. | No purge gas? | | | | • **COMMENT:** Refer to prior node for both purge nitrogen systems. | |
| 17. | Vent valve seat failure? | • Contaminants in the line | • Liquid ammonia goes to vent and exhaust | • Pressure transmitter that monitors interstitial space for high vent pressure and interfaces with system controller | • None | **No new actions from 2020 PHA revalidation.** |

| Node 4: High Pressure Block | | | | | | |
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 18. | Blocked liquid? | • Valve failure<br>• Human error<br>• System shutdown | • High pressure and/or vessel/piping rupture<br>• Personnel exposure resulting in injury and/or fatality<br>• Partial and/or complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Pressure-relief valves<br>• Liquid leak detection | • **ACTION:** Linde to provide emergency vent configuration for setup by Apple upon installation. | • **PHA team verified action closed.** Completed during install and commissioning. Vent goes directly to scrubber. |
| | | | | | • **ACTION:** Apple to decide and document what conditions will trigger an emergency vent condition, for example:<br>  – ESOP<br>  – Loss of power<br>  – Gas detection<br>  – Loss of exhaust<br>  – Liquid leak detection<br>  – Vaporizer<br>  – High pressure<br>  – Rupture disc triggers<br>  – Weight gain | • **PHA team verified action closed.** Emergency stop activation will trigger event. |
| | | | | | • **ACTION:** Linde to ensure that System Controller is provided with uninterruptible power. | • **PHA team verified action closed.** System controller on UPS. |
| | | | | | • **ACTION:** Configure GLSS to shutoff ammonia at source based on loss of commercial power. | • **PHA team verified action closed.** UPS, back-up generator in place in case of loss of power. |
| 19. | Pressure transducer fails | • Component failure | • PLC warning signal<br>• Cannot auto-purge - will have to conduct manual purge | • None | • **ACTION:** Apple to prepare a manual purge procedure. | • **PHA team verified action closed.** No event has triggered need. If needed, response will be determined at that time (develop non-routine workplan). |
| 20. | Loss of system control? | • PLC failure<br>• Loss of power<br>• Human error | • No flow to process<br>• Flow remains on | • Air operated valves will close upon loss of system control<br>• Separate safety relay (two inputs) tied to power for normally closed (NC) valves<br>• E-STOP | • **ACTION:** Verify connection to controller for system shutdown from GLSS. | • **PHA team verified action closed.** GLSS shutdown in place. |
| | | | | | • **ACTION:** Linde to provide training for Apple personnel on operation of the system controller. | • **PHA team verified action closed.** Training provided by Linde. |
| | | | | | • **ACTION:** Linde to ensure that System Controller is provided with uninterruptible power. | • **PHA team verified action closed.** System controller on UPS. |

bsi.

APL-GAELG_00003606

| Node 4: High Pressure Block | | | | | | |
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 21. | Human error? | • Lack of training<br>• Not following procedures<br>• Inadequate or no procedure | • Chemical exposure<br>• Process impact | • None | • **ACTION:** – Develop training and SOPs for the various processes mentioned in this PHA. | • **PHA team verified action closed**. All SOPs required for operation of the Ammonia system have been developed and/or provided by vendor. |
| | | | | | • **ACTION**: Develop LOTO/LOBO equipment specific procedures for valve change out and included in the SOP. | • **PHA team verified action closed.** All LOTO is covered in the system manual. |

bsi.

Apple SB01 2020 Group 7 PHA

APL-GAELG_00003607

bsi.

# Session Group 7, Node 5: Vaporizer

Node Intentions:

- Provides the gaseous flow required by the Process



APL-GAELG_00003608

| Node 5: Vaporizer | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| 22. | High Temperature? | • Loss of heater controller | • Heater runaway<br>• Fire<br>• System shutdown | • High-temperature mechanical switch (safety only) on vaporizer block<br>• Gas controller is monitoring thermocouples (process) on system | • **COMMENT:** Vaporizer runs at 125 degrees. High/High – 150 with High in low 130s. | |
| | | | | | • **ACTION:** Document safety control set points and the rationale associated with each. | • **PHA team verified action closed.** All are default settings from factory. |
| 23. | Low Temperature? | • Vaporizer failure<br>• Loss of the heater<br>• Power failure | • Low-flow situation<br>• Could liquid fill delivery lines<br>• Process impact | • Gas controller monitoring will shut system down on a Low/Low and warn on a low | • **ACTION:** Document safety control set points and the rationale associated with each. | • **PHA team verified action closed.** All are default settings from factory. |
| 24. | High Pressure? | • Shutdown with no venting | • High pressure in vessel | • Pressure-relief valves<br>• High-pressure alarm (Linde recommends 200 psig and will document in the installation manual) | • **COMMENT**: Note that high-pressure alarm picked up as a general alarm to GLSS and will not shut the system down (High High weight will shut down the system). | |
| | | | | | • **ACTION:** Verify heater has an over temperature shutoff switch. | • **PHA team verified action closed.** Overtemp switch in place. |
| | | | | | • **ACTION:** Linde to look at software logic that will monitor weight upon installation and alarm if out of specification. | • **PHA team verified action closed.** Alarm in place for overweight notification. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (Vendor(s) and Apple).<br>  – Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION:** Document safety control set points and the rationale associated with each. | • **PHA team verified action closed.** All are default settings from factory. |
| 25. | Low or No Pressure? | • Failed upstream valve<br>• Human error | • Process impact | • None | • None | **No new actions from 2020 PHA revalidation.** |
| 26. | High Flow? | • High demand | • Overtaxing system<br>• Liquid in system with impact to Process | | • **ACTION:** Linde to investigate adding a mass flow meter downstream of the Vaporizers. | • **PHA team verified action closed**. Mass flow meter in place.<br>• **COMMENT:** Process-related concern (not a safety concern). |

bsi.

APL-GAELG_00003609

# Session Group 7, Node 6: Low Pressure Delivery to the Tool (Through a Main Purifier, Valve Manifold Box [VMB] and Point of Use Purifier)

Node Intentions:

- Linde system connects to main house line which continues to the main purifier
  - Final system pressure regulator
  - Mass Flow Meter will be added before double block and bleed valves
    - MFM will be there for excess flow shut off and overall flow rate
- Low-pressure vent valve – used during purge routine of the low-pressure block
- Follows same purge cycle in the event of maintenance
- Will be used for emergency venting



APL-GAELG_00003610

**Node 6: Low Pressure Delivery to the Tool (including purifier and valve manifold box (VMB))**

**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards / Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 27. | Low flow? | • Regulatory failure/valve failure<br>• No ammonia | • Process impact | • Low-pressure alarms<br>• Low-weight alarm | • None | **No new actions from 2020 PHA revalidation.** |
| 28. | High flow? | • Regulator failure<br>• Excess facility/tool demand | • Over exceeding vaporizer capacity<br>• Liquid being transferred to the facility/tool<br>• Liquid being blocked in the process line causing a leak<br>• Equipment damage | • Mass flow meter<br>• Excess flow alarms and warnings | • **ACTION:** Consider a rupture disk in the process line to prevent rupture of process line due to blocked liquid. | • **PHA team verified action closed.** Rupture disks in place on line within cabinet. |
| 29. | High Pressure? | • Regulator failure | • Condensation in ammonia line<br>• Process Impact | • High-pressure warning | • **COMMENT:** System components rated for much higher pressure than the system will be operating (1000psi+).<br>• **COMMENT:** Condensation possible in line due to significant temperature changes (delivery line being exposed to cold outside temperature and then experiencing higher temperatures in once entering sub fab of 65-70 degrees F). Or a reverse – hot external temperatures with a transition into a cooler sub fab environment.<br>• **ACTION:** Apple to consider installing heat trace from the bulk ammonia system to the tool. | • **PHA team verified action closed.** Heat trace in place. |
| 30. | Low Pressure? | • Regulator failure<br>• Valve failure<br>• Vaporizer failure<br>• Low temperature | • Process impact<br>• Downstream equipment exposed to cold temperatures below the design that could fail equipment | • Pressure transmitter<br>• Low-pressure alarms<br>• Vaporizer temperature monitored (user programmable ~100 degrees F) | • None | **No new actions from 2020 PHA revalidation.** |
| 31. | Low or No Vacuum? | • No house $N_2$<br>• Failed valve | • Inability to complete purge routine<br>• Employee exposure if maintenance is conducted without purge completion | • Software control interlocks to warn and notify of insufficient purge routine | • **ACTION:** Develop training and SOPs for the various processes mentioned in this PHA. | • **PHA team verified action closed.** All SOPs required for operation of the Ammonia system have been developed and/or provided by vendor. |
| 32. | No purge gas (from tank)? | • No purge gas (from cylinder)<br>• Failed valve | • Inability to complete purge routine<br>• Employee exposure if maintenance is conducted without purge completion | • Software control interlocks to warn and notify of insufficient purge routine | • **ACTION:** Develop training and SOPs for the various processes mentioned in this PHA. | • **PHA team verified action closed.** All SOPs required for operation of the Ammonia system have been developed and/or provided by vendor. |

APL-GAELG_00003611

| Node 6: Low Pressure Delivery to the Tool (including purifier and valve manifold box (VMB)) | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards / Protections | 2015 Recommendations | 2020 Revalidation |
| 33. | Pressure transducer fails? | • Faulty wiring<br>• Component failure | • Loss all safeguards that are used by the transducer readings<br>• Loss of ability to purge system (PT used as a vacuum test) | • Signal failure warning | • **ACTION:** Verify there is a set of spare parts for quick repair and maintenance. | • **PHA team verified action closed.** Spare parts are onsite for critical components. |
| | | | | | • **ACTION:** Train Apple Facility employees and develop a written SOP on how to conduct a manual purge cycle. | • **PHA team verified action closed.** No event has triggered need. If needed, response will be determined at that time (develop non-routine workplan). |
| 34. | Mass Flow Meter fails? | • Faulty wiring<br>• Component failure | • Loss all safeguards for excess flow<br>• Loss of totalization of product | • Signal failure warning | • **ACTION:** Verify there is a set of spare parts for quick repair and maintenance. | • **PHA team verified action closed.** Spare parts are onsite for critical components. |
| 35. | Regulator diaphragm fails? | • Normal fatigue<br>• Defective components in the regulator | • Bonnet leak<br>• Employee exposure<br>• Process shutdown | • Dual-contained (gas cabinet)<br>• Cabinet vent line is monitored and will shut the system down | • **COMMENT:** Linde will verify bonnet vent to eliminate the employee exposure consequence. | |

## Session Group 7, Node 7: Global What-If Node

Node Intentions:

- Discuss scenarios with the entire system in mind
- Three containment enclosures (high pressure and vaporizer) in addition to the Columbiana enclosure

APL-GAELG_00003613

**Node 7: Global What-If Node**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 36. | Low/no exhaust in all containment enclosures? | • Ammonia exhaust system failure<br>• Improper air balance<br>• Closed damper<br>• Intake blocked | • Inability to capture and contain ammonia release | • Differential pressure monitoring<br>• Redundant fan in scrubber system | • **ACTION:** Develop a PM schedule for the exhaust system. | • **PHA team verified action closed.** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION:** Ensure qualified contractors (ISNnet World) are used to service exhaust system. | • **PHA team verified action closed.** Scrubber cleaning is performed by Fume Control Technology (contractor), fans are maintained by ICOM. |
| 37. | Leak within the containment enclosure? | • Cylinder neck/valve leak and/or container fittings<br>• Failure of a pressure-relief device<br>• Failed pigtail/piping<br>• Insufficient/incorrect cycle purge<br>• Main cylinder valve is faulty<br>• Disconnecting a fitting on the online system impact from moving vehicle (e.g., forklift, other delivery vehicle)<br>• Overtorquing | • Personnel exposure resulting in injury and/or fatality<br>• Local area evacuation with resulting in process downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • System has a valve closing routine that verifies that the DISS valve is closed prior to purge cycle<br>• Automated cycle purge routine that is password accessed<br>• Fire department response<br>• Ventilated enclosure tied to an ammonia scrubber<br>• Columbianas are DOT-rated vessels and are strapped onto a skid<br>• LSS system capabilities - manual pull stations, gas detection, shutdown, alarms, notification, evacuation. LSS backed up on UPS and emergency power | • **ACTION:** Identify required PPE and training for chemical delivery/transport. | • **PHA team verified action closed.** This is addressed as part of overall Aria PPE Assessment created in 2015. Currently under review and revision by site EHS (Tom and Austin). |
| | | | | | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock(s) location etc.). | • **PHA team verified action closed.** ERT Team is established and in place. |
| | | | | | • **ACTION:** Ensure that the valve closing routine/pressure check is validated during the purge process/cylinder hook up. | • **PHA team verified action closed.** Automated process in place – after all valves are closed a vacuum is pulled for five minutes to validate. |
| | | | | | • **ACTION:** Ensure forklift training is completed for Apple facilities employees. | • **PHA team verified action closed.** Training in place, all staff certified as needed. |
| | | | | | • **ACTION:** Document delivery procedure that includes roping off area with signage during Columbiana delivery (Apple and Distributor). | • **PHA team verified action closed.** Delivery procedure in place. Security guards provide access control and secure area for delivery. |
| | | | | | • **ACTION:** Ensure Facility Recovery Plan covers verification of impacted systems from all HPM releases. | • **PHA team verified action closed.** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |

**Node 7: Global What-If Node**
**Date: May 12, 2015**

| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|----------|--------|----------------|------------------------|----------------------|-------------------|
| | | | | | • **ACTION**: Communicate Apple ERT capabilities and coordinate with local Fire Department.<br>• **COMMENT**: Currently in discussion with local Fire Department for coordinated response. | • **PHA team verified action closed**. RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15.  2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION**: Provide labeling or visual indication on the enclosure to reflect which side is active vs needs to be replaced. Label each cylinder location (i.e., A, B, C, D). | • **PHA team verified action closed.** Lights on the tonner system indicate status (red light = empty and needs change, green light = tonner online). |
| | | | | | • **ACTION:** Provide NFPA 704 labeling per local fire department requirements. | • **PHA team verified action closed.** Tonner system labeled with NFPA diamonds. |
| | | | | | • **ACTION**: Verify qualifications and training of Apple personnel handling UHP nitrogen system. | • **PHA team verified action closed**. Vendor provided system training to Apple (train the trainer), all other personnel trained internally. |
| | | | | | • **ACTION**: Document delivery process and equipment Standard Operating Procedures (SOP) (Vendor(s) and Apple).<br>– Ensure that Bill of Lading (BOL) verification is included in the SOP prior to acceptance from vendor.<br>– Identify optimal delivery drop off location and route for HPM Gases. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Identify and document the necessary SOPs required for hazardous work activities to include proper torqueing specifications. | • **PHA team verified action closed**. 12/12/18 update: Apple-created SOPs, posted in Box (back up hard copy at Tom's desk), torque spec included. |
| | | | | | • **ACTION**: Establish Safe Work Permit (SWP) to cover high hazard maintenance activities conducted by Apple and/or Contractor. | • **PHA team verified action closed.** Completed on 6/19/15-Binder located Tom's desk with current versions. H&S Plan located on Box. |
| | | | | | • **ACTION**: Review LSS equipment locations outside of the Columbiana enclosure along chemical delivery route (e.g., pull stations, sensors, etc.). | • **PHA team verified action closed**. LSS drawings show locations of all LSS equipment (EGOs in loading area, pull stations immediately outside of enclosure and every 150 ft., liquid leak detection, gas detection) 12/12/18: Drawings – pull stations and gas detection on HPMs drawings LS 1.1.9, 1.1.10 (internal and external chemical delivery path). |

bsi.

APL-GAELG_00003615

| Node 7: Global What-If Node<br>Date: May 12, 2015 | | | | | | |
|---|---|---|---|---|---|---|
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and included in SOP. | • **PHA team verified action closed**. 12/12/18 update – Determined that the vendor did not have containment capabilities on the truck. Purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| 38. | Earthquake? | • Natural occurrence | • Personnel injury, property damage<br>• Leak<br>• Fire, explosion, deflagration, detonation | • General Emergency Response procedures<br>• Building and equipment installation designed to latest California building code seismic requirements<br>• Personnel training | • **ACTION**: Modify earthquake emergency response procedures to account for higher risk profile including the ammonia system. | • **PHA team verified action closed**. Site-specific Emergency response and contingency plan covers higher hazard profile for earthquakes and associated HPM seismic alarm response procedures. |
| | | | | | • **ACTION**: Linde to document what requirements they are specifying for seismic bracing and anchorage. | • **PHA team verified action closed**. Seismic anchorage defined and in place (SEI), approved by FD and verified at install/commissioning. |
| | | | | | • **ACTION**: Document delivery process and equipment (via vendor)**.**<br>• **COMMENT**: SOP should reflect no delivery or receipt during adverse weather conditions. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map):  BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations – include as an attachment to procedure. |
| | | | | | • **ACTION**: Understand type of emergency response containment capabilities by Vendor(s) and include in SOP. | • **PHA team verified action closed**. 12/12/18 update – Determined that the vendor did not have containment capabilities on the truck. Purchased the "B-kit" (hardware for capping off a leaking cylinder for containment); stored in the Hydrogen pad per agreement with the SCFD; SCFD participated in the training for B-kit. |
| | | | | | • **ACTION**: Evaluate cylinder handling equipment for proper restraints during delivery. | • **PHA team verified action closed**. Specialized forklift used with straps to secure pallet (cylinder secured to pallet). |
| 39. | Extreme weather (tornado, lightning)? | • Natural occurrence | • Personnel injury, property damage<br>• Leak<br>• Fire/explosion/deflagration/detonation | • None | • **ACTION**: Document delivery process and equipment SOP (vendor and Apple).<br>• **COMMENT**: SOP should reflect no delivery or receipt during adverse weather conditions. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations. Include as an attachment to procedure. |

APL-GAELG_00003616

| Node 7: Global What-If Node | | | | | | |
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| 40. | Power Failure? | • Infrastructure damage<br>• Natural occurrence (earthquake, weather)<br>• Sabotage<br>• Substation supply interruption | | • Emergency lighting<br>• System is on back up emergency power | • **ACTION**: Verify appropriate lighting with emergency backup at identified drop off location. | • **PHA team verified action closed**. Emergency lighting is provided for the bulk ammonia pad as part of original design (backed up by generator and UPS). |
| | | | | | • **ACTION**: Include emergency lighting on critical equipment EHS PM program. | • **PHA team verified action closed**. EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| | | | | | • **ACTION**: Verify communication protocol during loss of power emergency. | • **PHA team verified action closed**. This action is just for the building, not for an area wide emergency. Protocol should match current Apple procedures for building wide power failures. |
| | | | | | • **ACTION**: Linde to ensure that System Controller is provided with uninterruptible power. | • **PHA team verified action closed**. System controller on UPS. |
| 41. | Fire Occurs? | • Equipment malfunction<br>• Sabotage<br>• Maintenance activities to include hot work<br>• Lack of grounding and bonding | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Sprinklered enclosure<br>• Fire control monitoring system for water flow<br>• LSS system (detection, shutdown, suppression, pull stations)<br>• Fire department response<br>• ERT (Apple Aria personnel) response<br>• Portable fire extinguishers<br>• Hot work permit (hot work)<br>• Emergency procedures and personnel training | • **ACTION:** Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed**. ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release. | • **PHA team verified action closed.** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start. |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with Fire Department.<br>• **COMMENT**: Currently in discussion with local Fire Department for coordinated response. | • **PHA team verified action closed**. RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |

bsi.

APL-GAELG_00003617

| Node 7: Global What-If Node | | | | | | |
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
|---|---|---|---|---|---|---|
| | | | | | • **ACTION**: Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**. Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (vendor).<br>• **COMMENT**: BOL verification prior to acceptance from vendor. | • **PHA team verified action closed.** 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations. Include as an attachment to procedure. |
| | | | | | • **ACTION**: Document receiving procedure | • **PHA team verified action closed**. 12/12/18: final document (7-18-16) posted in Box folder. |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed**. EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 42. | Explosion Occurs? | • Gas leak (flammable, pyrophoric, oxidizer)<br>• Equipment malfunction<br>• Sabotage<br>• Incompatible chemical reaction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage | • Fire department response<br>• ERT (Apple Aria personnel) response<br>• Emergency Procedures and Personnel training | • **ACTION**: Establish full ERT team for appropriate response (training, equipment, windsock[s] location etc.). | • **PHA team verified action closed.** ERT Team is established and in place. |
| | | | | | • **ACTION**: Ensure Facility Recovery Plan covers verification of impacted systems from HPM release | • **PHA team verified action closed:** Covered under the Emergency Response and Contingency Plan (EAP) that discusses post incident response and actions to ensure facility is in a safe state prior to operational start |
| | | | | | • **ACTION**: Communicate Apple ERT capabilities (employees and qualified contractors), include offsite consequence considerations based on HPMs – coordinate with local Fire Department.<br>• **COMMENT**: Currently in discussion with local Fire Department for coordinated response. | • **PHA team verified action closed**. RMP is submitted. Emergency Response and Contingency Plan (EAP) final draft was reviewed by Tracey and Linda. The EAP was submitted to the SCFD and consultant, Sukla De on September 30. Submitted to FD 10-13-15. 2020 note: Ongoing submission via CERS for project submittals include ERP. |
| | | | | | • **ACTION** Verify qualifications and training of personnel (Apple and Contractors) handling HPM gases. | • **PHA team verified action closed**. Linde is an approved Supplier. Internal staff is qualified to handle HPMs. |

bsi.

APL-GAELG_00003618

| Node 7: Global What-If Node | | | | | | |
|---|---|---|---|---|---|---|
| Date: May 12, 2015 | | | | | | |
| # | What If? | Causes | Consequence(s) | Safeguards/Protections | 2015 Recommendations | 2020 Revalidation |
| | | | | | • **ACTION**: Document delivery process and equipment SOP (vendor).<br>• **COMMENT**: BOL verification prior to acceptance from vendor. | • **PHA team verified action closed**. 7-28-16 and 12-11-18 (inclusion of map): BOL verification included in the Chemical Ordering, Receiving and Delivery procedure (7-28-16). Map created to identify chemical delivery paths and drop-off locations. Include as an attachment to procedure. |
| | | | | | • **ACTION**: Document receiving procedure | • **PHA team verified action closed**. 12/12/18: final document (7-18-16) posted in box folder |
| | | | | | • **ACTION**: Develop and implement equipment preventative maintenance procedures including critical EHS equipment PM program. | • **PHA team verified action closed.** EHS Critical Equipment Maintenance Program submitted to Apple on 8/19 and finalized on 10-1-15. |
| 43. | Flood? | • Natural occurrence | • Complete facility evacuation with significant downtime | • Evacuation alarm<br>• Evacuation training | • None | **No new actions from 2020 PHA revalidation.** |
| 44. | Hostile act/sabotage? | • Disgruntled employee<br>• Terrorism | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • Access control<br>• Control system password protected | • **ACTION**: Conduct CFATS/DHS security vulnerability assessment, develop and implement security plans. | • **PHA team verified action closed**. The Chemical Security Vulnerability Assessment was done on 9/30/2016. The Site Security Plan was completed and submitted on 4/1/2017. |
| 45. | Truck fire | • Equipment malfunction | • Personnel exposure resulting in injury and/or fatality (site personnel or neighbors)<br>• Complete facility evacuation with significant downtime<br>• Area Contamination – deposition of hazardous byproducts, corrosion damage<br>• Reputational Risk (regulatory, media-public relations)<br>• Environmental damage<br>• Explosion, deflagration, or detonation | • None | • **ACTION**: Verify vendor PM program for delivery vehicles. | • **PHA team verified action closed**. Apple determined that this action is not practical or required to implement as Apple cannot be expected to have control over the maintenance of third-party vehicles. |

bsi.

APL-GAELG_00003619

# F. <u>EXHIBIT F</u>

*Exhibit F — Photographs of Field Observations at Saratoga Creek and San Tomas Aquino Creek.*



Photos of 3250 Scott Blvd (April 11 2026; photos taken by Ashley Gjovik)





Water pollution in San Tomas Creek culvert under Scott Blvd around where the stormwater discharge from 3250 Scott Blvd appears to release (April 11 2026; photos taken by Ashley Gjovik)



Questionable outflow "devices" for what appears to be the Saratoga Creek underground "stormwater" diversion scheme. (April 11 2026; photos taken by Ashley Gjovik)






Field tests at San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik, test by Ashley Gjovik)



Field tests at San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik, test by Ashley Gjovik)





 

San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik)



Geolocation of field tests on San Tomas/Saratoga Creek located north of Scott Blvd in the creek bed (April 18 2026).



Geolocation of stormwater inflow photos at 3250 Scott Blvd (April 18 2026).





San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa

Clara (April 18 2026, photos by Ashley Gjovik)



San Tomas/Saratoga Creek wetlands flowing out to the slough and San Francisco Bay near Alviso (April 12 2026; photos by Ashley Gjovik)