**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# United States District Court
## Northern District of California

**Ashley M. Gjøvik**,

*an individual* ,

    **Plaintiff** ,

       **vs.**

**Apple Inc.**,

*a corporation,*

**City of Santa Clara,**

*a local government,*

**Mr. Jenab et al**

*(individually, LP, LLC, &/or Trust)*

    **Defendants**.

**Case No. 25-CV-07360-PCP**

**Env. "Citizen Suit"
& Cal. Public Nuisance**

**Judge: P. Casey Pitts**

**Declaration in Support of
Plaintiff's Motion for a
Preliminary Injunction**

**AMENDED
DECLARATION
OF STEVE ZELTZER**

# DECLARATION OF STEVE ZELTZER  IN SUPPORT
# OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.      My name is Steve Zeltzer. I am over 18 years of age, and have personal knowledge of the facts set forth in this Declaration. If called to testify, I could and would testify competently thereto.

2.      I write this declaration in support of Plaintiff Ashley Gjovik's Motion for a Preliminary Injunction in her Citizen Suit lawsuit about the fab at 3250 Scott Blvd in Santa Clara.

3.      I produce and host a labor radio show on KPOO called "WorkWeek." I also produce labor programming on KPFK's Working Voices in LA and on Pacifica's Capitalism, Race and Democracy. Previously, I co-hosted the biweekly Channel 29 community access program for decades starting in the 1980s. I'm a member of The NewsGuild CWA Local 39521.

4.      I'm a long-time community activist in the San Francisco Bay Area. I was a co-founder of the now annual San Francisco LaborFest, which we started in 2004. I'm also co-founder of the United Public Workers for Action, California Coalition For Workers Memorial Day, and the Worker Solidarity Action Network.

5.      I've lived in the San Francisco Bay Area for decades, including in the 1980s - 1990s.

6.      I met the Ashley Gjovik on Sept. 17 2022, when she emailed me asking for my help to connect her to another whistleblower. Ashley said that a mutual friend, Carol Harvey provided my contact. Harvey is a local journalist who reports on environmental health issues due to toxic and nuclear waste exposure on Tresure Island, SF.

7.      I helped Ashley with what she asked for and also interviewed Ashley on my

WorkWeek Radio show, which was published around Sept. 29-30 2022 at the links below.[1] We talked about her experience with Apple and her concerns about toxic waste safety hazards in Silicon Valley.

8.      I interviewed Ashley again on Jan. 31 2023 about the NLRB finding in her favor on her charges against Apple where she claimed Apple was using unlawful NDAs to prevent employees from organizing with each other about safety issues, or reporting safety issues to the government. The video is posted at the link below. [2]

9.      In January 2023, Ashley did not know that Apple was doing semiconductor manufacturing next to the apartment where she got sick in 2020. Instead, we just talked about her Apple office in Sunnyvale, California on a triple Superfund toxic waste clean-up site and her complaints that she thought Apple and Northrop Grumman we not managing it properly. We also talked about how we thought the U.S. EPA was looking the other way because a U.S. EPA Administrator manages Lobbying at Apple (Lisa Jackson).

10.      I interviewed Ashley again in March 2023 after she found out about the fab next to her apartments in 2020. That interview was recorded in March 2023 and I posted the video in June 3 2023 and the link is below.[3]

11.      I interviewed Ashley again on Sept. 9 2023 after she filed a RICO lawsuit against Apple. The link to the video is below.[4]

12.      I also helped Ashley with that lawsuit. She moved away from the Bay Area in 2022 because of what Apple was doing to her after it fired her. She needed some to drop off the complaint at the Court Clerk's office, so I did that for her and then interviewed her after.

13.      After I met Ashley I now try to include her in the annual LaborFest events and have her talk about workplace safety. She spoke at LaborFest 2024 about the semiconductor fabrication

---

[1] WorkWeek Radio, Sept. 29 2022, https://soundcloud.com/workweek-radio/ww-9-23-22-apple-toxic-is-it-above-the-law-whistleblower-ashley-m-gjovik; LaborVideo, Sept. 30 2022, https://www.youtube.com/watch?v=cvxNLu7BhaI
[2] LaborVideo, Feb. 1 2023, *The Union Busting War On Apple Workers & NLRB Ruling For Fired Apple Worker Ashley M. Gjøvik,* https://www.youtube.com/watch?v=ycxIbfO-pG0
[3] Labor Video, *Ashley M. Gjøvik, Apple's War On Whistleblowers, Toxics & Capture Of EPA & OSHA,* June 3 2023, https://www.youtube.com/watch?v=ua_ApXCSSxc
[4] LaborVideo, *Apple Whistleblower Ashley Gjøvik On Retaliation, Toxics & Corruption-Poisoning The People & Workers,* https://www.youtube.com/watch?v=9hj0HSkCnL0

plant and presented a PowerPoint she made about EPA's report when they inspected the plant in 2023 and 2024 due to her complaints. The video is linked below.[5] She also spoke again this year on a Worker's Health & Safety panel, but we did not post videos this year.

14.    Ashley told me she was planning to file this lawsuit and I wanted to hold a press conference about it. Ashley and I worked together along with another whistleblower to draft a press release. We got the event listed on the public event calendars for the San José Peace & Justice Center and IndyBay South Bay and sent notices to reporters.

15.    The Press Conference was on August 16 2025. I was there in person with other labor activists. Ashley said she could not be there because she's in Chapter 7 bankruptcy and could not afford the plane ticket. Ashley was still able to speak because I put her on speaker phone next to an amplifier I brought with me.

16.    Ashley talked about what happened to her, what she discovered about what was happening at the location, and that she was frustrated the government was not taking action. I recorded the event and published it on Aug. 17 2025. The link is below.[6]

17.    I walked by the parks and on the sidewalks around the fab and the apartments and there was no way for me identify who owned the fab or that it was an industrial facility. I could not see anything from the street that identified any name or company, and there were no hazardous warning signs. We went into the parking lot looking to see if there were any signs and there was one fire warning sign by the entrance but I could only see it from the parking lot.

18.    I took a picture of the sign because I thought it was important that it was the only sign with any warning near the apartments and parks. The sign was diamond with four diamonds inside of it. Three of the diamonds had the number "4" and the bottom diamond had a W with a cross through it. (The photo attached as Exhibit A is a true and correct version of one of my photos).

19.    I did not know what that mean but Ashley sent me links to the National Fire Prevention Association for their hazard warning signs and this matched what I saw and photographed. The sign at the fab had three 4s and the NFPA documents said 4s are the most

---

[5] Labor Video, LaborFest, *Apple Toxic Crimes, The Santa Clara FAB and The EPA With Fired Apple Whistleblower Ashley M. Gjøvik,* Aug. 28 2024, https://www.youtube.com/watch?v=0j8m9Fs2VjU

[6] LaborVideo, *Apple Fab Toxic Cover-up In Santa Clara Exposed At Press Conf-Apple Security Say They Work For 49ers,* Aug. 17 2025, https://www.youtube.com/watch?v=TeHOyevjtuw

dangerous. The health diamond was a "4" and NFPA said that means "deadly."

20.    While I was taking photos of the sign, two people then came out of the building. One of man had an Apple employee badge and that is in the video I uploaded. The other person was not wearing a badge or identification.

21.    The person without an Apple badge told us we could not be in the parking lot and said we were not allowed to take photos of the hazard warning sign on the building at 3250 Scott Blvd. I said we could take photos of hazard warning signs because we live in a democracy. She told me there is no democracy at the entrance to 3250 Scott Blvd. Our conversation was recorded and published in the YouTube video below. [7]

22.    The woman told us multiple times we are not allowed to take photos of the building. I asked what authority she had to tell us that and she said "law enforcement" authority. Another activist asked her if she is a member of law enforcement. She responded "I might be" and walked away. Our conversation was recorded and published in the YouTube video.

23.    I asked that women if she works for Apple. She said we do not have a right to know who she works for. I asked her who she worked for. She said she worked for the "49ers." She was wearing a 49ers fan t-shirt and pointed to it and then walked away. That woman's statements are recorded and published in the YouTube video. She never told us her name or who she was.

24.    The Press Conference was about 45 minutes long and there were multiple speakers including me and Ashley. Ashley explained to everyone what they were seeing in that location, what was happening in the fab, the ways people are exposed in the apartments and parks, and how sick she got.

25.    While I was there I noticed the apartments and parks are very close to that building. It shocked me thinking about what is happening at the Apple building, and because you can't tell from the outside that the building is industrial or that its releasing air pollution. It was distressing to think about people being exposed next-door and not even knowing it – like Ashley's story.

26.    During the press conference Ashley said she was filing this lawsuit because she was worried people could die, that she almost died, and no one else was doing anything to help. (Exhibit

---

[7] LaborVideo, *Apple Fab Toxic Cover-up In Santa Clara Exposed At Press Conf-Apple Security Say They Work For 49ers,* Aug. 17 2025, https://www.youtube.com/watch?v=TeHOyevjtuw

B is a true and correct screenshot of the event while I was speaking to the NBC reporter at the Press Conference and that is a photo of me expressing concerns about public safety). 26. NBC Bay Area was at the Press Conference and there was a segment on the Nightly News about it. I told Ashley and Ashley recorded it and posted it on YouTube. I watched it on LiveTV and the version Ashley posted looks like the same segment I watched live. (Exhibit C is a true and correct screenshot of that segment). [8]

27.    During the Press Conference on Aug. 16 2025 at 3250 Scott Blvd, we held up signs with Ashley's name. (Exhibit D is a true and correct of a photo/still from the videos we captured). Ashley said she really wanted to be there but she couldn't be there because she said Apple bankruptcy her by dragging out her retaliation lawsuit for many years and making it so no one will hire her.

28.    A reporter from Left Coast Rights Watch was also at the Press Conference. They wrote about it and published an article linked below called "*Strange Hecklers At Press Conference About Secret Apple Semiconductor Center,*" The wrote about the security guards at Apple's building that claimed to be 49ers employees and law enforcement. (Exhibit E is a true and correct copy of that article). [9]

29.    While I was on the sidewalk by the apartments and fab I tried handing out fliers to people walking by. They were probably people who lived in the apartments or worked nearby. No one would take the fliers or talk to us, even when we told them there was a safety issue. It was strange and we don't usually have community members refuse to talk to us.

30.    I've lived in the San Francisco Bay Area for decades. I've seen a lot of cases of union busting and environmental violations. I've also seen lots of cases of city, state, and federal governments not help when they're supposed to help. This is the first time that I've seen a semiconductor fab operating next to homes and parks.

---

[8] Ashley Gjovik, *NBC Bay Area | Santa Clara group raises concerns about toxins from Apple chip plant (Aug. 16 2025),* https://www.youtube.com/watch?v=EUXWtIPMf48
[9] Left Coast Right Watch, *Strange Hecklers At Press Conference About Secret Apple Semiconductor Center,* Aug. 18 2025, https://leftcoastrightwatch.org/articles/strange-hecklers-at-press-conference-about-secret-apple-semiconductor-center/

There was a placeholder in prior version of this declaration footnote earlier, and this amended version removes that placeholder but changes no other content.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27 2026 in San Francisco, California.

**/s/ Steve Zeltzer**
April 27 2026
San Francisco, California
lvpsf@labornet.org
(415) 867-0628

## A.    Exhibit A:
## Photo of Entrance to 3250 Scott Blvd on Aug. 16 2025



I recorded this video on Aug. 16 2025 at the entrance to the building at 3250 Scott Blvd. Ashley says this is an Apple office but there were no Apple signs. The image above is from the video posted by LaborVideo (me) on Aug. 17 2025 at youtube.com/watch?v=TeHOyevjtuw. The image above is a true and correct image from the video and photos I took myself at 3250 Scott Blvd on Aug. 16 2025 for the press conference.

## B.    Exhibit B:
## Signs at the Press Conference at 3250 Scott Blvd







The image above is a still from the video posted by Ashley Gjovik on Aug. 16 2025 of the NBC Bay Area Nightly News coverage from Aug. 16 2025 about our Press Conference located here: https://www.youtube.com/watch?v=EUXWtIPMf48

The image above is a true and correct image from the video at the YouTube link, appears to be the same NBC Bay Area segment I watched on live TV on Aug 16 2025, and is a photo of me.

## C.    Exhibit C:
## NBC Bay Area Nightly News (8/16/2025)







The image above is a still from the video posted by Ashley Gjovik on Aug. 16 2025 of the NBC Bay Area Nightly News coverage from Aug. 16 2025 about our Press Conference located here: https://www.youtube.com/watch?v=EUXWtIPMf48

The image above is a true and correct image from the video at that YouTube and appears to be the same NBC Bay Area segment I watched on live TV on Aug 16 2025.

## D.    Exhibit D:
## Signs at the Press Conference at 3250 Scott Blvd



The image above is from the video posted by LaborVideo (me) on Aug. 17 2025 at

youtube.com/watch?v=TeHOyevjtuw. The image above is a true and correct image from the

video and photos I took myself at 3250 Scott Blvd on Aug. 16 2025 for the press conference.

**E.      Exhibit E: Left Coast Rights Watch: Strange Hecklers at Press Conference about Secret Apple Semiconductor Center**





The pro-IDF heckler who did not return after his workout despite threats to the opposite.

Before it could even begin, the press conference was interrupted twice. The first was by a pro-Israel man who was walking by and grew irate over the fact that a single person who was present wore a Keffiyeh. The two had a heated exchange before the man said he would "be back after the gym." He never returned.

The second interruption occurred shortly after when a man and woman wearing San Francisco 49ers shirts walked through the building's parking lot and confronted those setting up the press conference. Neither identified themselves by name. When asked who she was with, she first said "the 49ers"—despite the man having an Apple ID badge hanging off his pants—and, when asked under whose authority she was demanding they stay off the property, said "law enforcement." When asked if she was a cop, she grinned, replied "maybe," and the pair walked away. The two stood in the parking lot at a distance and recorded most of the press conference.



Those who were present hope that, by getting this information out into the public, will help inform those living at Santa Clara Square about the manufacturing plant in case residents begin feeling ill, or have already been going through mysterious illnesses. As for now, the next step for Gjøvik is the filing of the citizen suit she has already **warned Apple** is coming.

URL: https://leftcoastrightwatch.org/articles/strange-hecklers-at-press-conference-about-secret-apple-semiconductor-center/