WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL
JENAB, JENAB FAMILY LP, JENAB FAMILY
VENTURES LLC, and JENAB FAMILY TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., ET AL. <br><br> Defendants. | Case No. 5:25-cv-07360-PCP <br><br> **STIPULATION REQUESTING ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** <br><br> Courtroom:  8, 4th Floor <br> Judge:  Hon. P. Casey Pitts <br><br> FAC Filed: November 29, 2025 <br> Trial Date:  TBD |

STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY INJUNCTION DEADLINES
CASE NO. 25-CV-07360-PCP

MF-370014575

Pursuant to Rule 6-2(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Ashley M. Gjovik ("Plaintiff"), *pro se*; and Defendants Apple Inc. ("Apple"); Kalil Jenab, Jenab Family LP, Jenab Family Ventures, LLC, Jenab Family Trust (collectively, the "Jenab Defendants"); and the City of Santa Clara (together with Apple and the Jenab Defendants, "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Motions to Dismiss brought by Apple, the Jenab Defendants, and the City of Santa Clara are currently pending;

WHEREAS, the hearing date on the Motions to Dismiss was previously set for May 28, 2026;

WHEREAS, on April 27, 2026, Plaintiff filed a Motion for Preliminary Injunction against all defendants noticed for June 4, 2026;

WHEREAS, on April 30, 2026, the Court issued an order resetting the hearing dates for the Motions to Dismiss, the Motion for Preliminary Injunction, and the Initial Case Management Conference to June 9, 2026; and

WHEREAS, the Parties conferred and agreed that because the Motion for Preliminary Injunction will involve a fact-intensive investigation and extensive briefing, and because counsel for Apple and the Jenab Defendants are not available on June 9;

The parties have agreed that:

(i)     the deadline for Defendants to oppose Plaintiff's motion for preliminary injunction should be extended to May 28, 2026;

(ii)    the deadline for Plaintiff to reply to Defendants' oppositions should correspondingly be extended to June 4, 2026; and

(iii)   that the hearing for the Motions to Dismiss, the Motion for Preliminary Injunction, and the Initial Case Management Conference should be continued until June 18, 2026, or as soon thereafter that the Court may accommodate.

STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY INJUNCTION DEADLINES
CASE NO. 25-cv-07360-PCP

1

MF-370014575

THEREFORE, IT IS HEREBY STIPULATED AND THE PARTIES REQUEST that the Court GRANT the stipulated request to extend Defendants' deadline to oppose Plaintiff's motion for preliminary injunction to May 28, 2026, extend Plaintiff's deadline to reply to Defendants' oppositions to June 4, 2026, and to continue the hearing on the Motions to Dismiss, Motion for Preliminary Injunction, and the Initial Case Management Conference until June 18, 2026, or as soon thereafter that the Court may accommodate.

Dated:  May 4, 2026                         MORRISON & FOERSTER LLP


                                            By:  /s/ William F. Tarantino
                                                 William F. Tarantino

                                            *Attorneys for Defendants*
                                            APPLE INC., KALIL JENAB, JENAB
                                            FAMILY LP, JENAB FAMILY
                                            VENTURES LLC, and JENAB FAMILY
                                            TRUST


Dated:  May 4, 2026                         NOSSAMAN LLP


                                            By:  /s/ Svend A. Brandt-Erichsen
                                                 Svend A. Brandt-Erichsen

                                            *Attorneys for Defendant*
                                            CITY OF SANTA CLARA


Dated:  May 4, 2026


                                            By:  /s/ Ashley M. Gjovik
                                                 Ashley M. Gjovik

                                            *Plaintiff*

## ECF ATTESTATION

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley M. Gjovik and the City of Santa Clara have concurred in this filing.

Dated: May 4, 2026

MORRISON & FOERSTER LLP

By:  /s/ William F. Tarantino
William F. Tarantino

*Attorneys for Defendants*
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' deadline to oppose Plaintiff's motion for preliminary injunction to May 28, 2026, extend Plaintiff's deadline to reply to Defendants' oppositions to June 4, 2026, and to continue the hearing on the Motions to Dismiss, Motion for Preliminary Injunction, and the Initial Case Management Conference until June 18, 2026.

Dated: _____          By: _____
                                    Hon. P. Casey Pitts
                                    UNITED STATES DISTRICT JUDGE