WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL
JENAB, JENAB FAMILY LP, JENAB FAMILY
VENTURES LLC, and JENAB FAMILY TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC. ET AL.,<br>              Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF STIPULATION REQUESTING ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>FAC Filed: November 29, 2025<br>Trial Date: TBD |

Tarantino Decl. ISO Stipulated Request to Extend Motion for Preliminary Injunction
Deadlines and Continue Case Management Conference
Case No. 5:25-cv-07360-PCP

I, WILLIAM F. TARANTINO declare as follows:

1.      I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendants Apple Inc. ("Apple"), Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, and Jenab Family Trust (the "Jenab Defendants," and, together with Apple and the City of Santa Clara, "Defendants").  Pursuant to Local Rule 6-2(a), I make this declaration in support of the parties' Stipulation Requesting an Order to Extend Deadlines to Respond to the Plaintiff's Motion for Preliminary Injunction and Continue the Case Management Conference. I have personal knowledge of the facts stated herein and, if called as a witness, could competently testify thereto.

2.      On September 16, 2025, Plaintiff Ashley Gjovik ("Plaintiff" or "Gjovik") served the original Complaint (ECF No. 1, the "Complaint" or "Compl.") in this matter on Apple.  (*See* ECF No. 14 at 1.)

3.      On September 17, Plaintiff served the Complaint in this matter on the City of Santa Clara.  (*See id.*)

4.      On September 18, 2025, Plaintiff served the Complaint in this matter on the Jenab Defendants.  (*See* ECF No. 19.)

5.      The initial Case Management Conference in this matter was scheduled for December 18, 2025 (ECF No. 18).

6.      On September 25, 2025, Plaintiff, Apple, and the Jenab Defendants filed a stipulated motion to extend Apple and the Jenab Defendants' time to respond to the Complaint from October 7 and October 9, 2025, respectively, to November 7, 2025 (ECF No. 26), which the Court granted on September 26, 2025 (ECF No. 28).

7.      On November 7, 2025, Apple and the Jenab Defendants filed motions to dismiss the Complaint.  (ECF Nos. 36–39.)

8.      On November 28 and 29, 2025, Plaintiff filed the Amended Complaint (ECF Nos. 47–48, the "Am. Compl."), mooting the pending motions to dismiss.

9.      On December 9, 2025, Apple and the Jenab Defendants filed an Administrative Motion requesting that their deadline to respond to the Amended Complaint be extended to January

TARANTINO DECL. ISO STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY INJUNCTION DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:25-CV-07360-PCP

1

21, 2026, and the Case Management Conference be continued (ECF No. 51), which the City of Santa Clara joined (ECF No. 52).

10.    On December 12, the Court granted Apple and the Jenab Defendants' Administrative Motion, extending all Defendants' deadline to respond to the Amended Complaint to January 21, 2026, and continuing the Case Management Conference to February 26, 2026 (ECF No. 57).

11.    On January 21, 2026, Apple, the Jenab Defendants, and the City of Santa Clara filed motions to dismiss the Amended Complaint (ECF Nos. 58–63).

12.    On January 28, 2026, the Court granted the Parties' stipulated extension of Plaintiff's opposition to Defendants' Motions to Dismiss deadline by 16 days to February 20, 2026, and Defendant's reply deadline by 7 days to March 6, 2026. (ECF Nos. 64–65.)

13.    On February 23, 2026, the Court further extended Plaintiff's deadline to oppose Defendants' Motions to Dismiss by 30 days to March 23, 2026. (ECF No. 71)

14.    On March 18, 2026, the Court granted the Parties' stipulation to extend case deadlines further, continuing the deadline for Plaintiff's opposition to the Motions to Dismiss to April 13, 2026, the deadline for Defendants' reply in support of the Motions to Dismiss to April 27, 2026, the hearing on the Motions to dismiss to May 28, 2026, and the Case Management Conference to June 18, 2026. (ECF No. 73.)

15.    On April 27, 2026, Plaintiff filed a Motion for Preliminary Injunction against all Defendants, noticed for a hearing on June 4, 2026. (ECF No. 80.)

16.    On April 30, 2026, the Court issued an order resetting the hearing dates for the Motions to Dismiss, the Motion for Preliminary Injunction, and the Initial Case Management Conference to June 9, 2026. (ECF No. 85.)

17.    The Parties have not previously sought an order extending the time for Defendants to oppose Plaintiff's Motion for Preliminary Injunction.

18.    The Parties have conferred and agreed that the Motion for Preliminary Injunction will likely involve a fact-intensive investigation and extensive briefing. Accordingly, good cause

TARANTINO DECL. ISO STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY INJUNCTION DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE CASE NO. 5:25-CV-07360-PCP

2

exists to extend the current deadlines to enable Defendants to prepare an adequate opposition to the Motion for Preliminary Injunction.

19.     The Parties have agreed that the deadline for Defendants to oppose Plaintiff's Motion for Preliminary Injunction should be extended to May 28, 2026.

20.     The Parties have further agreed that the deadline for Plaintiff to reply to Defendants' oppositions should correspondingly be extended to June 4, 2026.

21.     The parties have also agreed that the hearing for the Motion to Dismiss, the Motion for Preliminary Injunction, and the Initial Case Management Conference should be continued until June 18, 2026, or as soon thereafter as the Court may accommodate.

22.     Granting these extensions will considerably benefit judicial economy, as well-prepared briefing on the Motion for Preliminary Injunction will help clarify the issues for all parties, including the Court, going forward and thus streamline litigation.  No party will be prejudiced by this extension.

23.     Granting this extension will not significantly affect the case schedule going forward as no scheduling order has been entered in this case.

24.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

25.     Executed this 4th day of May, 2026, at San Francisco, California.

By:  */s/ William F. Tarantino*
William F. Tarantino

TARANTINO DECL. ISO STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY INJUNCTION
DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:25-CV-07360-PCP

3