NOSSAMAN LLP
SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 63021)
jseely@nossaman.com
*Pro Hac Vice*
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780

NOSSAMAN LLP
BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:     415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>APPLE INC., a corporation, CITY OF SANTA CLARA, a local government, MR. KALIL/KHALIL JENAB, individually, & as Agent/Member/Manager of: JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, & as Trustee/Agent of: THE JENAB FAMILY TRUST,<br><br>             Defendants. | Case No:      5:25-cv-07360-PCP<br><br>**DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF DEFENDANT CITY OF SANTA CLARA'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:  June 25, 2026<br>Time: 10:00 AM<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

BRANDT-ERICHSEN DECL. ISO CITY'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, SVEND BRANDT-ERICHSEN, hereby declare as follows:

1.     I am an attorney admitted to practice in the States of Alaska and Washington and admitted *pro hac vice* to appear before this Court, and I am a partner of the law firm Nossaman LLP, counsel of record for Defendant City of Santa Clara ("City"). I make this declaration in support of the City's Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth below based on my review of publicly-available municipal government documents, and, if called as a witness, could testify competently about them.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the document titled: "Complaint Report COMP 67786" dated _May 12, 2026.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the document titled: "Finding Report – Complaint Number: COMP-67786" dated May 26, 2026.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange that occurred between May 11 and May 13, 2026, between Santa Clara Valley Water District and City of Santa Clara.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2026, at Seattle, Washington.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen

1

BRANDT-ERICHSEN DECL. ISO THE CITY'S MOTION TO DISMISS AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing **DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF DEFENDANT CITY OF SANTA CLARA'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

> */s/ Svend Brandt-Erichsen*
> Svend Brandt-Erichsen