# EXHIBIT 1

# Complaint Report

## COMP-67786

----

## Complaint Information

| | | | |
|---|---|---|---|
| **Complaint Number** | COMP-67786 | | |
| **Status** | Referred | | |
| **Source** | Web | **Type** | Water Quality Complaint |
| **Date Received** | 05/11/2026 3:56 PM | | |
| **Date of Occurrence** | Unknown | **On-going Occurrence** | Yes |
| **Spill** | No | **Refinery** | No |
| **EJ Complaint** | No | **Tribal Complaint** | No |
| **Referring Agency** | US EPA | | |
| **Referrer Name** | | **Referrer Email** | r9tips@epa.gov |

----

## Complaint Categories

| | | | |
|---|---|---|---|
| **Air** | No | **Pesticides** | No |
| **Solid Waste** | No | **Toxic Substances** | No |
| **Water** | Yes | | |

----

## Complainant Information

| | | | |
|---|---|---|---|
| **First Name** | Ashley | **Last Name** | Gjovik |
| **Street Address** | | **City** | |
| **State** | California | **Zip Code** | |
| **Phone** | | **Mobile** | (415) 964-6272 |
| **Email** | ashleymgjovik@protonmail.com | **Email Opt Out** | No |

| | |
|---|---|
| **Do you wish to keep your contact information confidential?** | Yes |

----

## Complaint Location

| | | | |
|---|---|---|---|
| **Address** | Santa Clara St | **City** | Santa Clara |
| **County** | Santa Clara County | **State** | CA |
| **Zip Code** | 95050 | | |
| **Latitude** | 37.34538405 | **Longitude** | -121.94743185 |

**Location Description**
37.379605, -121.968631

----

## CalEnviroScreen Information

| | |
|---|---|
| **Census Tract Number** | 6085505600 |
| **CalEnviroScreen Score** | 23.0091474220326 |

**CalEnviroScreen Percentile Rank**    44%

## Alleged Responsible Party

| | |
|---|---|
| **Company Address** | Apple Inc &/or Irvine Company |
| **City** | Santa Clara |
| **State** | California |
| **Zip Code** | 95054 |
| **Phone** | |

## Complaint Description

The following tip was received at US EPA Region 9 San Francisco office. This information is being provided to you for whatever action you deem appropriate. Please follow up or forward to the appropriate agency.

Multiple recent visits (4/11/26, 4/18/26, 5/1/26) to the San Tomas/Saratoga Creek in Santa Clara, California show the water is bubbly, frothy, discolored, has sheen, and is filled with trash. This is a 303(d) waterway (Saratoga Creek CAR2055004019990218133956; 180500030402) flowing to Guadalupe Slough (CAR2051000020110829223355) and SF Bay/Pacific Ocean. I have more photos, videos, field testing data, and additional information. The photos and samples were taken just north of Scott Blvd at/around 37.379605, -121.968631. This is slightly downstream from the stormwater outfall for the industrial and commercial buildings on Scott Blvd including RCRA/CWA/CAA regulated facility (CAR000278176/CAT000623983). April 18 2026 field tests on a few samples of the flowing water at the fall and upstream closer to the overpass: PH 8.9 - 9.43, TDS 469-506, Alkalinity >240 PPM, Chlorine 3-10 PPM, Iron 0.3 PPM, Hardness > 425 PPM. May 1 2026 field tests showed pH 9.25-9.5, TDS 505-607 PPM, alkalinity > 240 PPM, chlorine ~10-20 PPM, iron at ~0.3 PPM, hardness > 425 PPM, & copper at ~0.2 PPM. I'm the Plaintiff in Citizen Suit Gjovik v. Apple Inc, 5:25-cv-07360, (N.D. Cal.), this is included in the litigation and the pending Motion for Preliminary Injunction.

## Additonal Information

| | | | |
|---|---|---|---|
| **Watershed** | | **Name of Affected Water Source** | San Tomas/Saratoga Creek |
| **Drinking Water** | No | **Cannabis/Marijuana** | No |
| **Water Quality** | Yes | **Other Water Related Concern** | No |
| **Water Rights** | No | | |

Jurisdictional Partners

| **Ag Commissioner** | Santa Clara County Agricultural Commissioner | **Air District** | Bay Area AQMD |
| --- | --- | --- | --- |
| **CUPA** | Santa Clara City Fire Department | **LEA** | Santa Clara County Department of Environmental Health |
| **Regional Water Board** | San Francisco Bay Region | | |

System Information

| **Created By Owner** | Complaint Site Guest User Agency | **Last Modified By** | Jacob Henry |
| --- | --- | --- | --- |

Complaint Location Map



## Complaint Assignments

### CA-41035

| | |
|---|---|
| **Type** | Water |
| **Group** | State of California San Francisco Bay Regional Water Quality Control Board |
| **Status** | Referred |
| **Referral Date** | 05/11/2026 |
| **Owner** | Jacob Henry |
| **Created By** | Complaint Site Guest User  **Last Modified By**          Jacob Henry |

## Referrals

### REF-24038

| | |
|---|---|
| **External Partner** | Santa Clara County Department of Environmental Health |
| **Date Referred** | 05/11/2026 |
| **Referred By** | Jacob Henry (SWRCB) |
| **Status** | Awaiting Findings |
| **Message** | All-Please investigate a potential release or dumping to San Tomas/Saratoga Creek. Enter findings when complete. Thank you- |

## Contacts

| Name | Title |
|---|---|
| Nicole Jorgensen | Solid Waste LEA Complaint Contact |
| Sally Lee | Solid Waste LEA Complaint Contact |
| Jaji Murage | Solid Waste LEA Complaint Contact |
| Mickey Pierce | CUPA Complaint Contact |
| AJ Sekhon | Solid Waste LEA Complaint Contact |

Email Message

| | |
|---|---|
| **From** | CalEPA<br>Complaints <complaints-noreply@calepa.ca.gov> |
| **Sent** | Mon, May 11, 2026 3:56 PM |
| **To** | ashleymgjovik@protonmail.com |
| **Subject** | Thank you for submitting an environmental complaint (COMP-67786) |

DO NOT REPLY TO THIS MESSAGE. Thank you for submitting your environmental complaint to CalEPA. If this is an emergency, please dial 911 immediately. For hazardous material spill notification, call the State Warning Center at 1-800-852-7550. Dear Ashley Gjovik, The California Environmental Protection Agency (CalEPA) received your complaint on 5/11/2026. Your complaint will be referred to the appropriate agency for investigation. Your complaint tracking number is COMP-67786. A summary of the information you provided is provided below. If you need to correct any information or have questions about your complaint, please send your request or questions to complaints@calepa.ca.gov. Thank you for taking the time to notify us of your concern. Description: The following tip was received at US EPA Region 9 San Francisco office. This information is being provided to you for whatever action you deem appropriate. Please follow up or forward to the appropriate agency. Multiple recent visits (4/11/26, 4/18/26, 5/1/26) to the San Tomas/Saratoga Creek in Santa Clara, California show the water is bubbly, frothy, discolored, has sheen, and is filled with trash. This is a 303(d) waterway (Saratoga Creek CAR20550040199990218133956; 180500030402) flowing to Guadalupe Slough (CAR2051000020110829223355) and SF Bay/Pacific Ocean. I have more photos, videos, field testing data, and additional information. The photos and samples were taken just north of Scott Blvd at/around 37.379605, -121.968631. This is slightly downstream from the stormwater outfall for the industrial and commercial buildings on Scott Blvd including RCRA/CWA/CAA regulated facility (CAR000278176/CAT000623983). April 18 2026 field tests on a few samples of the flowing water at the fall and upstream closer to the overpass: PH 8.9 - 9.43, TDS 469-506, Alkalinity >240 PPM, Chlorine 3-10 PPM, Iron 0.3 PPM, Hardness > 425 PPM. May 1 2026 field tests showed pH 9.25-9.5, TDS 505-607 PPM, alkalinity > 240 PPM, chlorine ~10-20 PPM, iron at ~0.3 PPM, hardness > 425 PPM, & copper at ~0.2 PPM. I'm the Plaintiff in Citizen Suit Gjovik v. Apple Inc, 5:25-cv-07360, (N.D. Cal.), this is included in the litigation and the pending Motion for Preliminary Injunction. Date/Time of Occurrence: Location Address: undefined Santa Clara, undefined Location Description (if provided): 37.379605, -121.968631 Responsible Party Name: Responsible Party Company Name: Apple Inc &/or Irvine Company Responsible Party Address: Santa Clara, California 95054 Your information: Email: ashleymgjovik@protonmail.com Home Phone: Mobile Phone: (415) 964-6272 Your Address: , California

Click here to view original message.

Email Message

| | |
|---|---|
| **From** | CalEPA Complaints <complaints-noreply@calepa.ca.gov> |
| **Sent** | Mon, May 11, 2026 4:13 PM |
| **To** | aj.sekhon@deh.sccgov.org; jaji.murage@deh.sccgov.org; mickey.pierce@deh.sccgov.org; sally.lee@cep.sccgov.org; nicole.jorgensen@cep.sccgov.org |
| **Subject** | An Environmental Complaint has been Referred to Your Agency (COMP-67786) |

An Environmental Complaint has been Referred to Your Agency (COMP-67786) An Environmental Complaint has been Referred to Your Agency (COMP-67786)   Gavin Newsom Governor Yana Garcia Secretary for Environmental Protection CalEPA Environmental Complaint Management System   All-Please investigate a potential release or dumping to San Tomas/Saratoga Creek. Enter findings when complete. Thank you- Attached is information regarding an environmental concern submitted to CalEPA via the statewide Environmental Complaint System. Based on the complaint description entered by the Reporting Party, we are referring this complaint to your agency for response and/or further investigation. Summary: The State Water Resources Control Board referred COMP-67786 to Santa Clara County Department of Environmental Health on May 11, 2026 . When you have completed your investigation, please click here to submit your findings. To access all complaints referred to your agency, please login to the External Partner Portal . If you do not currently have access to the portal, you may request access by following the instructions listed here: External Agency Users – Requesting Access to the External Partner Portal . Complaint Number : COMP-67786 Complaint Id : a0gcs00000HKvA1AAL To submit findings without logging into the External Partner Portal, enter the COMP Number and Complaint Id under the section titled "Provide Findings Without Logging In" located on the right side of the External Partner Portal login page. We appreciate your attention and response to this environmental concern. If you have any questions, please feel free to contact Jacob Henry at jacob.henry@waterboards.ca.gov . If you need to add new contacts to your agency's account, please contact Hasti Javid at Hasti.Javid@calepa.ca.gov . Sincerely, Jacob Henry California Environmental Protection Agency 1001 I Street · Sacramento, CA 95814-2828 · USA

Click here to view original message.

Images

20260501_125941.jpg
05/11/2026 · 4.42 MB · jpg

20260501_124834.jpg
05/11/2026 · 5.58 MB · jpg

20260418_123008.jpg
05/11/2026 · 4.56 MB · jpg

20260418_121015.jpg
05/11/2026 · 4.27 MB · jpg

20260411_094606_3.jpg
05/11/2026 · 560.25 KB · jpg

20260411_094414_3.jpg
05/11/2026 · 982.64 KB · jpg

20260411_094359.jpg
05/11/2026 · 4.53 MB · jpg

20260411_095037.jpg
05/11/2026 · 4.29 MB · jpg

Documents



ComplaintOriginalSubmission - COMP-67786
05/11/2026 · 6.57 KB · pdf