# EXHIBIT 2

# Finding Report - Complaint Number: COMP-67786

## Finding Number: 18196

Finding Information

| | |
|---|---|
| **Date Submitted:** | 2026-05-26 |
| **Complaint Number:** | COMP-67786 |
| **Complaint Received Date:** | 2026-05-11 |
| **Completed By** | Frederick Chun |
| **Title** | Assistant Fire Marshal / CUPA Manager |
| **Phone** | 408-615-4970 |
| **Submitter's Agency:** | Santa Clara City Fire CUPA |
| **Email** | fchun@santaclaraca.gov |

Secondary Referral

**Did you refer this to another agency?** Yes

**Who did you refer it to?**   City of Santa Clara - Public Works Department (Storm Water Program)

**Date of referral**   05/12/2026

Inspection Information

**Did you conduct a site visit?** Yes

**Date of site visit**                05/12/2026

......................................................................................................................................................

## Compliance and Enforcement Information

**Did you find violations or compliance issues?** No

**Is enforcement complete?**                Not Applicable

**Describe any on-going enforcement efforts**

## Summary of Investigation

From our Storm Water Group: The City of Santa Clara received an Environmental Complaint referral from the California Environmental Protection Agency (COMP-67786) on May 12, 2026. The City initiated an investigation from May 12, 2026 through May 20, 2026. The investigation included inspections along San Tomas Aquino Creek and the storm drain system to identify any potential pollution or discharge sources. The investigation included an inspection at the reported location where photographs were taken, as well as inspections along approximately 1.38 miles of San Tomas Aquino Creek, including the confluence of Saratoga Creek and San Tomas Aquino Creek. No fish kills or evidence of habitat impacts were observed. From San Tomas Aquino Creek, the City traced the storm drain system and inspected 133 storm drain manholes and catch basins covering approximately 18,789 linear feet of storm drain line. If a lateral was not dry, a site investigation was conducted on the associated property. During the investigation, one source was identified and confirmed to be an authorized discharge permitted by the Regional Water Quality Control Board. An inspection was also conducted at the property identified in the referral. During the investigation at this site, no litter or discharge was observed, and the site included stormwater treatment measures consisting of two bioretention areas and porous concrete pavement. With the exception of the authorized discharge, laterals and storm drain lines that were not dry during the investigation did not reveal any identifiable sources and were consistent with typical dry weather urban conditions in Santa Clara. Based on the City's field investigation, which included inspections of San Tomas Aquino Creek, the storm drain system, and associated properties, no evidence of illicit discharge, pollutant sources, or impacts to water quality or aquatic habitat was observed. No further action is planned at this time.