# EXHIBIT 3

| | |
|---|---|
| **From:** | Kendra Boutros <KBoutros@valleywater.org> |
| **Sent:** | Wednesday, May 13, 2026 4:34 PM |
| **To:** | Colleen Trostle |
| **Cc:** | James Downing |
| **Subject:** | RE: New Voice Message from HENDERSON A.   (415) 964-6272 on 05/11/2026 2:00 PM |

Hi Colleen,

The team said they do not have any additional information than what was provided in the email. The email is the inspection report out sent to staff as an FYI and is then logged in a tracking spreadsheet. There was no other follow up since no issues were found at the time of the inspection. Let me know if you have any questions.

Thanks,
Kendra

**From:** Colleen Trostle <CTrostle@SantaClaraCA.gov>
**Sent:** Wednesday, May 13, 2026 1:23 PM
**To:** Kendra Boutros <KBoutros@valleywater.org>
**Cc:** James Downing <JDowning@valleywater.org>
**Subject:** RE: New Voice Message from HENDERSON A. (415) 964-6272 on 05/11/2026 2:00 PM

\*\*\* This email originated from outside of Valley Water. Do not click links or open attachments unless you recognize the sender and know the content is safe. \*\*\*

Thanks, Kendra. We are aware and have launched an investigation. Does Valley Water have an inspection report you'd be willing to share?

**COLLEEN TROSTLE**
Acting Deputy Director | Department of Public Works
1500 Warburton Avenue | Santa Clara, CA 95050
Direct: 408-615-3099 | ctrostle@santaclaraca.gov



WHERE THE SANTA CLARA

MEETS THE MOMENT

**From:** Kendra Boutros <KBoutros@valleywater.org>
**Sent:** Wednesday, May 13, 2026 11:17 AM
**To:** Colleen Trostle <CTrostle@SantaClaraCA.gov>
**Cc:** James Downing <JDowning@valleywater.org>
**Subject:** FW: New Voice Message from HENDERSON A. (415) 964-6272 on 05/11/2026 2:00 PM

Hi Colleen,

1

Hope you're doing well. I received this email from the EH&S team that responds to the Pollution Hotline. Wanted to share it with you as an FYI.

Thanks,

**KENDRA BOUTROS**
Pronouns: she/her/hers
ASSOCIATE WATER RESOURCES SPECIALIST
Environmental Planning Unit
kboutros@valleywater.org
Tel. (408) 630-2522
Cell (408) 234-9395

 **Valley Water**

**SANTA CLARA VALLEY WATER DISTRICT**
5750 Almaden Expressway, San Jose CA 95118
www.valleywater.org

Clean Water · Healthy Environment · Flood Protection

---

**From:** Cardius Richardson <CRichardson@valleywater.org>
**Sent:** Tuesday, May 12, 2026 7:42 PM
**To:** Valley Water Risk Manager <RiskManager@valleywater.org>; Kendra Boutros <KBoutros@valleywater.org>; Daniel Hill <DHill@valleywater.org>
**Cc:** Heather Malanog <HMalanog@valleywater.org>
**Subject:** FW: New Voice Message from HENDERSON A. (415) 964-6272 on 05/11/2026 2:00 PM

Hi all,

I am forwarding a call I received on the Pollution Hotline yesterday 5/11/26. The reporting party (Ashley) mentioned they observed some pollution in the Saratoga Creek, located in Santa Clara near San Tomas Expressway and Scott Blvd (pictures attached) on certain days these past few weeks. I responded on scene today 5/12/26 and did not notice any issues with the water. We have fee and easement in this area. The reporting party mentioned they have filed a civil lawsuit against the City of Santa Clara and against one of the businesses in that area that operate as a subsidiary of Apple. I will follow up with the reporting party tomorrow with my findings. Please let me know if you have any questions.

Thanks,

**CARDIUS RICHARDSON**
Pronouns: he/him/his
ENVIRONMENTAL HEALTH AND SAFETY SPECIALIST II
Office of the Chief Operating Officer
CRichardson@valleywater.org
Tel. (408) 630-3723  Cell (408) 502-4113

2

**From:** RingCentral <notify@ringcentral.com>
**Sent:** Monday, May 11, 2026 2:01 PM
**To:** Mary Harvey <MaryHarvey@valleywater.org>; Tyler Methot <TMethot@valleywater.org>; Andrea Uliana (Olivarez) <auliana@valleywater.org>; Jennifer Rojero <JRojero@valleywater.org>; Heather Malanog <HMalanog@valleywater.org>; Jesse Ruiz <JRuiz@valleywater.org>; Cardius Richardson <CRichardson@valleywater.org>
**Subject:** New Voice Message from HENDERSON A. (415) 964-6272 on 05/11/2026 2:00 PM

*** This email originated from outside of Valley Water. Do not click links or open attachments unless you recognize the sender and know the content is safe. ***

Voice Message

Dear Pollution Hotline,

You have a new voice message:

| | |
|---|---|
| **From:** | HENDERSON A. (415) 964-6272 |
| **Received:** | Monday, May 11, 2026 at 2:00 PM |
| **Length:** | 01:15 |
| **To:** | (888) 510-5151 Pollution Hotline |

**Voicemail Preview:**

"Hi, my name is Ashley. My phone number is 4159646272I am calling to report some pollution to the Santa most creek in city of Santa Clara. But I also have a question I need help identifying the identifier for a storm water discharge outflow. I have been trying to find any kind of documentation at all about the storm water discharge system for Santa Clara. I cannot find anything. I identified a storm water outflow that is wet during dry days and directly downstream, frothing and bubbling and sheen. And in Tomasa Togo Creek near the Santa Clara Square apartment. So if someone can call me back, I need To follow a complaint the EPA as well about this, since it is waters the United States and I have other open complaints about stuff going on in that area with this related pollution, but ultimately, I just really need some help finding out how to find the identifier for that stormwater outflow going to Santa Mos Creek, it is Just south of Scott Boulevard. Kind of aligned with sender and it is coming from the west side. Someone can call me back. And my name is Ashley Job. My phone numbers 415-964-6272. Thank you so much."
Listen to this voicemail over your phone or by opening the attached sound file. You can also sign in to your RingCentral account with your main number, extension number, and password to manage and listen to voicemails.

Thank you for using RingCentral!

3

Hello AI Receptionist (AIR).

AIR turns missed calls into new customers and works with any phone. AIR answers calls, schedules appointments, routes callers, and captures leads. Learn more about how AIR can transform your customer interactions and boost your business growth. **Learn more**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2026 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

4