# Exhibit A



**BAY AREA**
**AIR QUALITY**
MANAGEMENT
DISTRICT

April 20, 2018

Apple, Inc
1 Infinite Loop, M/S 18 EHS
Cupertino, CA 95014

Attention: Linda Knudsen

**ALAMEDA COUNTY**
Pauline Russo Cutter
Scott Haggerty
Rebecca Kaplan
Nate Miley

**CONTRA COSTA COUNTY**
John Gioia
David E. Hudson
(Chair)
Karen Mitchoff
Mark Ross

**MARIN COUNTY**
Katie Rice
(Vice Chair)

**NAPA COUNTY**
Brad Wagenknecht

**SAN FRANCISCO COUNTY**
Hillary Ronen
Jeff Sheehy

**SAN MATEO COUNTY**
David J. Canepa
Carole Groom
Doug Kim

**SANTA CLARA COUNTY**
Margaret Abe-Koga
Cindy Chavez
Liz Kniss
Rod G. Sinks
(Secretary)

**SOLANO COUNTY**
Pete Sanchez
James Spering

**SONOMA COUNTY**
Teresa Barrett
Shirlee Zane

Jack P. Broadbent
**EXECUTIVE OFFICER/APCO**

|  |  |
|---|---|
| Application Number: | 26855 |
| Plant Number: | 22839 |
| Equipment Location: | |
| | 3250 Scott Boulevard |
| | Santa Clara, CA 95054 |

Dear Applicant:

Enclosed is your Permit to Operate the following:

**S-1      Research and Development Facility; Fabrication Area**
**Consisting of solvent cleaning operations, coating operations, and other related operations**
**S-2      Emergency Standby Diesel Engine, IC Engine, Cummins, model QSK60-G6 NR2, 2922 bhp**

The equipment described above is subject to condition nos. 26031 and 22850.

In accordance with Regulation 2-1-411.2, you must sign your Permit to Operate. All Permits should be posted in a clearly visible and accessible place on or near the equipment to be operated, or kept available for inspection at any time. Operation of this equipment in violation of District Regulations or any permit conditions is subject to penalty action.

In the absence of specific permit conditions to the contrary, the throughputs, fuel and material consumption, capacities, and hours of operation described in your permit application will be considered maximum allowable limits. A new permit will be required before any increase in these parameters, or change in raw material handled may be made.

Please include your permit number with any correspondence with the District. If you have any questions on this matter please call Madhav Patil, Air Quality Engineer II at (415) 749-4674.

Very truly yours,

Pamela J. Leong
Director of Engineering

by
Air Quality Engineering Manager

MP:
Enclosure



BAY AREA
AIR QUALITY
MANAGEMENT
DISTRICT

# PERMIT TO OPERATE

PLANT No. **22839**

SOURCE No. **1**

## Apple, Inc

### 3250 Scott Boulevard, Santa Clara, CA 95054

IS HEREBY GRANTED A PERMIT TO OPERATE THE FOLLOWING EQUIPMENT

Research and Development (R&D) Fabrication Area

Consisting of solvent cleaning operations, coating operations, and other related operations

Abated by A-1 (acid scrubber), A-2 (ammonia scrubber), A-11 (dry scrubber abating arsine and phosphine gases), and Thermal Processing Units (A-3 through A-10)

**Subject to attached condition no. 26031.**[1]

PAMELA J. LEONG
DIRECTOR OF ENGINEERING

*Permit Issue Date*   April 20, 2018
*Reported Start Up Date*   August 15, 2015
***Permit Expiration Date***   **April 16, 2019**

*By*

**Right of Entry**

The Air Pollution Control Officer of the Bay Area Air Quality Management District, the Chairman of the California Air Resources Board, the Regional Administrator of the Environmental Protection Agency, and/or their designees, upon presentation of credentials, shall be granted the right of entry to any premises on which an air pollution source is located for the purposes of :   i) the inspection of the source   ii) the sampling  of materials used at the source   iii) the conduction of an emissions source test   iv) the inspection of any records required by District rule or permit condition.

**Permit Expiration**

In accordance with Regulation 3-408, a Permit to Operate is valid for 12 months from the date of issuance or other time period as approved by the APCO. Use of this Permit to Operate is authorized by the District until the later of: the Permit Expiration Date or the Permit Renewal Date. Permit to operate fees will be prorated as described in Regulation 3-402 when the permit is renewed.

This permit does not authorize violation of the rules and regulations of the BAAQMD or the Health and Safety Code of the State of California. District regulations may be viewed on line at www.baaqmd.gov. This permit is not transferable to another person without approval from the District. It is the responsibility of the permit holder to have knowledge of and be in compliance with all District Rules and Regulations.
*1. Compliance with conditions contained in this permit does not mean that the permit holder is currently in compliance with District Rules and Regulations.*

**Permit Holder Must Sign Here** _____

375 BEALE STREET, SUITE 600 · SAN FRANCISCO CALIFORNIA 94105 · 415.771.6000 · WWW.BAAQMD.GOV



**BAY AREA**
**AIR QUALITY**
MANAGEMENT
DISTRICT

# PERMIT TO OPERATE

PLANT No. **22839**

SOURCE No. **2**

## Apple, Inc

### 3250 Scott Boulevard, Santa Clara, CA 95054

IS HEREBY GRANTED A PERMIT TO OPERATE THE FOLLOWING EQUIPMENT

Emergency Standby Diesel Engine

Cummins Inc.; Model QSK60-G6 NR2, Model Year: 2014; EPA Tier 2;

Engine Family: ECEXL060.AAD; EPA Certificate Number. ECEXL060.AAD-020;

60.2 L (3,673 in3), 16-cylinder, 2,179 kW, 2,922 bhp

**Subject to attached condition no. 22850.[1]**

PAMELA J. LEONG
DIRECTOR OF ENGINEERING

*Permit Issue Date*    April 20, 2018
*Reported Start Up Date*    June 11, 2015
**Permit Expiration Date**    **April 16, 2019**

*By*

**Right of Entry**
The Air Pollution Control Officer of the Bay Area Air Quality Management District, the Chairman of the California Air Resources Board, the Regional Administrator of the Environmental Protection Agency, and/or their designees, upon presentation of credentials, shall be granted the right of entry to any premises on which an air pollution source is located for the purposes of :   i) the inspection of the source   ii) the sampling  of materials used at the source   iii) the conduction of an emissions source test   iv) the inspection of any records required by District rule or permit condition.

**Permit Expiration**
In accordance with Regulation 3-408, a Permit to Operate is valid for 12 months from the date of issuance or other time period as approved by the APCO. Use of this Permit to Operate is authorized by the District until the later of: the Permit Expiration Date or the Permit Renewal Date. Permit to operate fees will be prorated as described in Regulation 3-402 when the permit is renewed.

This permit does not authorize violation of the rules and regulations of the BAAQMD or the Health and Safety Code of the State of California. District regulations may be viewed on line at www.baaqmd.gov. This permit is not transferable to another person without approval from the District. It is the responsibility of the permit holder to have knowledge of and be in compliance with all District Rules and Regulations. *1. Compliance with conditions contained in this permit does not mean that the permit holder is currently in compliance with District Rules and Regulations.*

**Permit Holder Must Sign Here** _____



**Plant Name: Apple, Inc**

**Source No. 2     Emergency Standby Diesel Engine**

**Condition No. 22850          Plant No. 22839          Application No. 26855**

1.  The owner/operator shall not exceed 50 hours per year per engine for reliability-related testing.
    [Basis: Title 17, California Code of Regulations, section 93115, ATCM for Stationary CI Engines]

2.  The owner/operator shall operate each emergency standby engine only for the following purposes: to mitigate emergency conditions, for emission testing to demonstrate compliance with a District, State or Federal emission limit, or for reliability-related activities (maintenance and other testing, but excluding emission testing). Operating while mitigating emergency conditions or while emission testing to show compliance with District, State or Federal emission limits is not limited.
    [Basis: Title 17, California Code of Regulations, section 93115, ATCM for Stationary CI Engines]

3.  The owner/operator shall operate each emergency standby engine only when a non-resettable totalizing meter (with a minimum display capability of 9,999 hours) that measures the hours of operation for the engine is installed, operated and properly maintained.
    [Basis: Title 17, California Code of Regulations, section 93115, ATCM for Stationary CI Engines]

4.  Records: The owner/operator shall maintain the following monthly records in a District-approved log for at least 36 months from the date of entry (60 months if the facility has been issued a Title V Major Facility Review Permit or a Synthetic Minor Operating Permit). Log entries shall be retained on-site, either at a central location or at the engine's location, and made immediately available to the District staff upon request.
    a.    Hours of operation for reliability-related activities (maintenance and testing).
    b.    Hours of operation for emission testing to show compliance with emission limits.
    c.    Hours of operation (emergency).
    d.    For each emergency, the nature of the emergency condition.
    e.    Fuel usage for each engine(s).
    [Basis: Title 17, California Code of Regulations, section 93115, ATCM for Stationary CI Engines]

5.  At School and Near-School Operation:
    If the emergency standby engine is located on school grounds or within 500 feet of any school grounds, the following requirements shall apply:

    The owner/operator shall not operate each stationary emergency standby diesel-fueled engine for non-emergency use, including maintenance and testing, during the following periods:
    a.    Whenever there is a school sponsored activity (if the engine is located on school grounds)
    b.    Between 7:30 a.m. and 3:30 p.m. on days when school is in session.

    "School" or "School Grounds" means any public or private school used for the purposes of the education of more than 12 children in kindergarten or any of grades 1 to 12, inclusive, but does not include any private school in which education is primarily conducted in a private home(s). "School" or "School Grounds" includes any building or structure, playground, athletic field, or other areas of school property but does not include unimproved school property.
    [Basis: Title 17, California Code of Regulations, section 93115, ATCM for Stationary CI Engines]

*End of Conditions*



**Plant Name: Apple, Inc**

**Source No. 1       Research and Development Facility**

**Condition No. 26031        Plant No. 22839          Application No. 26855**

Plant 22839: Apple located at 3250 Scott Boulevard in Santa Clara, CA 95054 Application 26855: For S-1 "Research and Development (R&D) Fabrication Area" Abated by Scrubbers (A-1, A-2, and A-11) and Thermal Processing Units (A-3, A-4, A-5, A-6, A-7, A-8, A-9, and A-10).

1a. The owner/operator of S-1 "Research and Development (R&D) Fabrication Area" shall not exceed the following gross usage limits at any solvent station during any consecutive twelve-month period:

Solvent Sink Station

| Chemical | Gallons |
|---|---|
| DuPont EKC 922 | 240 |
| DuPont EKC 265 | 240 |
| NMP | 720 |
| AZ EBR AZ7030 | 48 |
| Stripper Dow T1100 | 24 |

Solvent Vapor Station

| Chemical | Gallons |
|---|---|
| Isopropyl Alcohol (IPA) | 12 |

[Basis: Cumulative Increase]

1b. The owner/operator of (S-1) shall not exceed the following gross usage limits for wipe cleaning within the source during any consecutive twelve-month period:

Wipe Cleaning Operations

| Chemical | Gallons |
|---|---|
| Acetone | 240 |
| 50% IPA, 50% Water | 240 |
| 10% IPA, 90% Water | 250 |

[Basis: Cumulative Increase]

1c. The owner/operator of (S-1) shall not exceed the following gross usage limits of any photoresist and solvent base developer during any consecutive twelve-month period:

Photoresist

| Chemical | Gallons |
|---|---|
| Hexamethyldisilazane (HMDS) | 12 |
| n-Resist AZ nl OF 2035 | 48 |
| n-Resist Fujitsu PFi-89 | 24 |
| BCB Cyclone 3022-46 | 24 |

Solvent Base Developer
Chemical
Gallons



**Plant Name: Apple, Inc**

**Source No. 1     Research and Development Facility**

**Condition No. 26031        Plant No. 22839            Application No. 26855**

Tatramethyl Ammonium hydroxide (TMAH)      480
(Basis: Cumulative Increase)

1d. The owner/operator of (S-1) shall not exceed
the following gross usage limits of any toxic
inorganic liquids and organic/inorganic gases
during any consecutive twelve-month period:
Inorganic Liquids

| Chemical | Gallons |
|---|---|
| Ammonium Hydroxide (NH4OH) | 24 |
| Hydrochloric Acid | 144 |
| Sulfuric Acid | 1,200 |

Organic/Inorganic Gases

| Gases | lb/year |
|---|---|
| Arsine | 78 |
| Phosphine (PH3) | 198 |
| Boron Trichloride | 1 |
| Ammonia (NH3) | 105,600 |
| C4H8 (Octofluorocyclobutane) | 1 |
| CHF3 (trifluoromethane) | 1 |
| CF4 (tetrafluoromethane) | 1 |
| SF6 (sulfurhexafluoride) | 1 |
| Silane (SiH4) | 19 |
| Hydrogen Chloride (HCl) | 1 |
| Hydorgen Bromide (HBr) | 1 |
| Chlorine | 1 |

[Basis: Toxics]

2. The owner/operator may use an alternate
coating(s), cleanup solvent(s), organic liquids,
and organic/inorganic gases other than the
materials specified in Part 1a through 1d and/or
materials in excess of those specified in Part 1a
through 1d, provided that the owner/operator can
demonstrate that all of the following are
satisfied: a. Total POC emissions from S-1 do not
exceed 1.151 tons in any consecutive twelve month
period; b. Total NPOC emissions from S-1 do not
exceed 0.79 tons in any consecutive twelve month
period; and c. The use of these materials does not
increase toxic emissions above any risk screening
trigger level.
For the purposes of emission calculations, 30% of
the gross usage at solvent stations shall be
assumed to be emitted, 100% of Hexamethyldisilazane
(HMDS) and 90% of the remaining photoresist gross
usage shall be assumed to be emitted, unless the
Air Pollution Control Officer has provided written
approval to the owner/operator of this source to
use other emission factors. [Basis: Cumulative
Increase; Toxics]

3.The owner/operator shall not emit more than



**Plant Name: Apple, Inc**

**Source No. 1      Research and Development Facility**

**Condition No. 26031          Plant No. 22839          Application No. 26855**

   a. metric tons of CO2e from the facility wide
      semiconductor operation in any consecutive
      12-month period. To determine CO2e
      emissions, the owner/operator shall use
      ARB's semiconductor emission calculator that
      can be found at the following URL:
      http://www.arb.ca.gov/cc/semiconductors/calc
      ulator/ calculator.htm.
   [Basis: Title 17, CCR, Sections 95322 and
   95323]

4. The owner/operator of a semiconductor operation
   shall submit a GHG emission report pursuant to
   the requirements in section 95324(b) to the
   BAAQMD Compliance and Enforcement Division for
   every calendar year by March 1 of the following
   year. This report shall quantify the monthly and
   annual emissions from the semiconductor
   operations.  If the facility emits less than 800
   metric tons/calendar year of CO2e, the facility
   may report emissions on an annual basis. [Basis:
   Title 17, CCR, Section 95324]

5. The owner/operator shall ensure S-1 is abated at
   all times of operation by the properly installed
   and properly maintained scrubbers (A-1, A-2, and
   A-11) and Thermal Processing Units (A-3, A-4, A-
   5, A-6, A-7, A-8, A-9, A-10). The requirement to
   abate emissions in Part 5 shall not apply to
   emissions from solvent sinks, solvent vapor
   stations, photoresist operations, and wipe
   cleaning operations. [Basis: Cumulative
   Increase]

6. The owner/operator shall ensure the destruction
   efficiency of Thermal Processing Units (A-3, A-
   4, A-5, A-6, A-7, A-8, A-9, and A-10) is at
   least 99% by weight. [Basis: Cumulative
   Increase]

7. The owner/operator shall ensure the destruction
   efficiency of scrubbers (A-1, A-2, and A-11) is
   at least 95% by weight. [Basis: Cumulative
   Increase]

8. The owner/operator shall ensure supplemental
   fuel used at Thermal Processing Units (A-3, A-4,
   A-5, A-6, A-7, A-8, A-9, and A-10) is oxygen,
   hydrogen gas, and/or PUC quality natural gas.
   [Basis: Cumulative Increase]

9. The owner/operator shall maintain a minimum
   operating temperature of at least 1,400 degrees



**Plant Name: Apple, Inc**

**Source No. 1     Research and Development Facility**

**Condition No. 26031        Plant No. 22839           Application No. 26855**

F in Thermal Processing Units (A-3, A-4, A-5, A-6, A-7, A-8, A-9, and A-10) when organic and/or inorganic emissions are vented to the above abatement devices. Each of these Thermal Processing Units may be operated at temperatures lower than 1,400 degrees F if the owner/operator can demonstrate compliance with Parts 2 and 6 at the lower temperature(s) via District approved source testing required by this permit condition. [Basis: Cumulative Increase]

10.    If the operating temperature(s) of the Thermal
Processing Units established under Part 9 of this permit condition is changed as a result of using alternate coating(s), cleanup solvent(s), organic liquids, and organic/inorganic gases other than the materials specified in Part 1a through 1d and/or materials in excess of those specified in Part 1a through 1d, the owner/operator shall demonstrate compliance with Parts 2 and 6 at the revised operating temperature(s) via District approved source testing within 30-days of re-establishing the operating temperature(s) of the Thermal Processing Units. Upon completion of the source test(s) and after the source test results are submitted to the District's Source Test Section for review in accordance with Parts 16 and 17, the owner/operator shall submit a permit application to the District requesting the operating temperature(s) for the Thermal Processing Units in Part 9 of this permit condition be revised.  [Basis: Cumulative Increase]

11.    The temperature limit in Part 9 shall not apply during an "Allowable Temperature Excursion", provided that the temperature controller set point complies with the temperature limit. An Allowable Temperature Excursion is one of the following:
   a. A temperature excursion not exceeding 20 degrees F; or;
   b. A temperature excursion for a period or periods which when combined are less than or equal to 15 minutes in any hour; or.
   c. A temperature excursion for a period or periods which when combined is more than 15 minutes in any hour, provided that all three of the following criteria are met.
   1. The excursion does not exceed 50 degrees F;
   2. The duration of the excursion does not



**Plant Name: Apple, Inc**

**Source No. 1      Research and Development Facility**

**Condition No. 26031      Plant No. 22839      Application No. 26855**

exceed 24 hours; and

3. The total number of such excursions does
not exceed 12 per calendar year (or any
consecutive 12 month period). Two or more
excursions greater than 15 minutes in
duration occurring during the same 24-hour
period shall be counted as one excursion
toward the 12-excursion limit. [Basis:
Regulation 2-1-403]

12.     For each Allowable Temperature Excursion
that exceeds 20 degrees F and 15 minutes in
duration, the Permit Holder shall keep
sufficient records to demonstrate that they meet
the qualifying criteria described above. Records
shall be retained for a minimum of two years
from the date of entry, and shall be made
available to the District upon request. Records
shall include at least the following
information:
   a. Temperature controller set point;
   b. Starting date and time, and duration of
      each Allowable Temperature Excursion;
   c. Measured temperature during each Allowable
      Temperature Excursion;
   d. Number of Allowable Temperature Excursions
      per month, and total number for the current
      calendar year; and all strip charts or
      other temperature records. [Basis:
      Regulation 2-1-403]

13.     The owner/operator shall report any non-
compliance with Part 9 of this condition to the
Director of the Compliance & Enforcement
Division at the time that it is discovered. The
submittal shall detail the corrective action
taken and shall include the data showing the
exceedance as well at the time of occurrence.
[Basis: Cumulative Increase, Regulation 2-5]

14.     The owner/operator shall not emit more than
50 ppmv NOx @ 15% O2 (0.20 lbs/MMBTU) from
Thermal Processing Units (A-3, A-4, A-5, A-6, A-
7, A-8, A-9, and A-10)
[Basis: RACT, Source Test Method 13A]

15.     The owner/operator shall not emit more than
350 ppmv CO @ 15% O2 (0.80 lbs/MMBTU) from
Thermal Processing Units (A-3, A-4, A-5, A-6, A-
7, A-8, A-9, and A-10) [Basis: RACT, Source Test
Method 6]

16.     Within 60 days of starting up S-1, the



**Plant Name: Apple, Inc**

**Source No. 1      Research and Development Facility**

**Condition No. 26031        Plant No. 22839              Application No. 26855**

owner/operator shall conduct District approved source tests to determine initial compliance with the parts 2, 6, 7, 14, & 15 of this permit condition. The owner/operator shall submit the source test results to the District's Source Test Section for review and approval within 60 days of the source test.
[Basis: RACT, Cumulative Increase]

17.    The owner/operator shall submit and obtain approval of all source test procedures from the Manager of the District's Source Test Section prior to conducting any tests. The owner/operator shall comply with all applicable source testing requirements as specified in Volume IV of the District's Manual of Procedures. The owner/operator shall notify the Manager of the District's Source Test Section, in writing, of the source test protocols and projected test dates at least 7 days prior to testing.
[Basis: RACT, Cumulative Increase]

18.    In order to determine compliance with this permit condition, the owner/operator shall maintain the following records and shall provide all of the information necessary to evaluate compliance, including the following on a monthly basis:
   a. Quantities of each type of coating and solvent used at this source.
   b. If materials other than those specified in Part 1 are used or if a material is used in excess of the limits specified in part 1, emission calculations of POC/NPOC, Fluorides and toxic component contents of each material used to demonstrate compliance with Part 2.
   c. Monthly usage and/or emission calculations shall be totaled for each consecutive twelve-month period.
   d. Quantities of each type of solvent recovered for disposal or recycling.
   e. Net Usage of each type of solvent.
   f. Copies of District approved source test results.



**Plant Name: Apple, Inc**

**Source No. 1     Research and Development Facility**

**Condition No. 26031          Plant No. 22839               Application No. 26855**

All records shall be retained on-site for two years
from the date of entry, and shall be made available
for inspection to District staff upon request. The
records may be in the form of computer-generated
data, which is available to District personnel on
short notice (rather than actual paper copies).
These record-keeping requirements shall not replace
the record-keeping requirements contained in any
applicable District regulations. [Basis:
Cumulative Increase, Toxics]

*End of Conditions*

**Plant Name: Apple, Inc**

**Source No. 1     Research and Development Facility**

**Condition No. 26031          Plant No. 22839               Application No. 26855**