WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL
JENAB, JENAB FAMILY LP, JENAB FAMILY
VENTURES LLC, and JENAB FAMILY TRUST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., ET AL.<br><br>　　　　　Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF WENDY TREDWAY IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  June 25, 2026<br>Time:  10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>FAC Filed:  November 29, 2026<br>Trial Date:  TBD |

I, Wendy Tredway, declare:

1.    I serve as Northwest Regional Director and Managing Principal for BSI America Professional Services Inc. I have personal knowledge of the matters stated herein. I submit this declaration in support of Apple Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction.

2.    I am a Certified Hazardous Materials Manager ("CHMM"), an environmental professional credential that recognizes expertise in hazardous materials management and compliance with related laws and regulations. I have approximately 25 years of professional experience in environmental, health, and safety ("EHS") compliance, hazardous materials management, process hazard analysis, environmental permitting, and semiconductor/high-technology operations. A true and correct copy of my curriculum vitae is attached as Exhibit A.

3.    My relevant professional experience includes environmental compliance assessments, Risk Management Program ("RMP") implementation and management, Process Safety Management support, process hazard analysis facilitation, hazardous materials management, hazardous waste management, wastewater permitting and compliance, and support for semiconductor fabrication and research and development facilities.

4.    I have extensive experience evaluating hazardous materials systems, hazardous waste treatment systems, environmental permitting programs, and regulatory compliance obligations applicable to semiconductor and advanced technology manufacturing facilities.

5.    I have been asked by counsel for Apple Inc. to review certain materials and provide observations regarding environmental health and safety matters relevant to Plaintiff's Motion for Preliminary Injunction concerning Apple's facility located at 3250 Scott Boulevard in Santa Clara, California (the "Facility").

6.    In connection with this work, I reviewed the materials listed in Exhibit B and conducted a site visit on May 6, 2026 as described in Exhibit B.

7.    During my review and site visit, I observed and/or reviewed information concerning the Facility's hazardous materials management systems, process safety systems, wastewater treatment systems, monitoring systems, ventilation systems, emergency controls, and related operational safeguards. Representative preventative maintenance tasks were randomly selected to

review within the site's tracking system including the frequencies, requirements, responsible parties, and completion of said tasks.

8.    Additionally, during the site visit I reviewed wastewater discharge reports, communications with and submittals to agencies such as the Santa Clara Fire Department Community Risk Reduction Division (acting as the Certified Unified Program Agency for hazardous materials and hazardous waste compliance), and City of San Jose Environmental Services Department (wastewater discharge permit).

9.    Based on my education, training, professional experience, review of the materials, and my May 6, 2026 site visit, it is my professional opinion that the Facility utilizes multiple layers of engineering, administrative, monitoring, and emergency-response controls to prevent accidental releases and mitigate hazards associated with hazardous materials handling and semiconductor manufacturing operations. Based on my observations, the controls and systems in place are substantial and consistent with the types of safeguards used to manage risk at complex industrial facilities regulated under the federal Risk Management Program ("RMP") and California Accidental Release Prevention ("CalARP") programs.

10.    In addition, many of the assertions in Plaintiff's Motion reflect misunderstandings of the applicable regulatory framework, including the purpose and operation of the federal RMP, CalARP requirements, Process Hazard Analyses ("PHAs"), hazardous waste treatment requirements, and offsite consequence analysis modeling requirements.

11.    In particular, worst-case release modeling conducted under the EPA's RMP regulations is a required regulatory planning exercise intended to evaluate hypothetical release scenarios using conservative assumptions. Such modeling is not intended to predict that an accidental release is likely or imminent. Rather, the purpose of the modeling is to support emergency planning, evaluate potential offsite consequences under specified assumptions, and assist facilities and regulators in assessing whether appropriate safeguards and controls are in place.

12.    Attached as Exhibit C is a true and correct copy of a summary chart reflecting certain observations, explanations, and interpretations relating to statements raised in Plaintiff's Motion for Preliminary Injunction. The chart summarizes information I reviewed and observations in

connection with my work on this matter, including a map of CalARP facilities that I pulled from the CalEPA Regulated Site Portal. That map identifies 818 CalARP-regulated sites within the 95054 zip code, where the 3250 Scott Boulevard facility is located, demonstrating that facilities handling regulated substances routinely operate within the applicable regulatory framework throughout the area, including facilities that have received violations yet remain authorized to continue operations. *See* Exhibit C at p. 29.

13.    The observations stated herein are based on the information presently available to me. I reserve the right to supplement or amend my opinions if additional information becomes available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on __May 27, 2026, at Beaverton, OR_____.

By: *Wendy Tredway,*_____
WENDY TREDWAY NW Regional
Director/Managing Principal BSI America
Professional Services Inc.