# Exhibit A



# Wendy Tredway, CHMM

## NW Regional Director, Managing Principal

 ## SUMMARY OF EXPERIENCE

Ms. Tredway is a purposeful and client focused leader, with 25 years of professional experience in the environmental, health, and safety field. She is a strategic thinker with experience managing large, diverse teams (50+ personnel) and overseeing multi-million-dollar global projects, ensuring high-quality service delivery in complex, dynamic environments. Her technical experience ranges from program creation and management to technical support in a variety of process-intensive environments. During her professional experience, she has gained a working knowledge of various environmental compliance requirements including Hazardous Materials/Wastes Management, Stormwater Pollution Control, Air Quality Management, Underground Storage Tanks, and Permit by Rule/Conditionally Authorized Treatment Systems. She has also successfully provided environmental support for facility closures, including asbestos removals, decontamination activities, and hazardous waste treatment system closures.

Ms. Tredway specializes in site inspections, audits, permitting, reporting, and Management System creation including ISO 14001. Additionally, she has provided strategic and tactical EHS support to a variety of industries including facility build-out, design review, and process hazard analysis for both equipment and facility processes in industries such as semiconductor/high-tech, bio-pharmaceutical R&D and manufacturing, and food processing.

Project experience in the design build arena has included development and support of management systems approach to reduce risk and environmental impact, application of hazard analysis methodologies, environmental permitting, and planning for a variety of advanced materials and silicon fabrication and research and development operations.

 ## EDUCATION

| | |
|---|---|
| BS, Environmental Studies, Concentration EHS, Minor Chemistry | CSU, San Jose |
| Hazardous Materials Management Certification | UCSC extension, Santa Clara |
| ISO 14001 Lead Auditor Certification | EORM, Sunnyvale |
| Supervision and Leadership Academy | City of San Jose, San Jose |



## MEMBERSHIPS & CERTIFICATIONS

- Certified Hazardous Materials Manager, Institute of Hazardous Materials Management (#15787)



## PROFESSIONAL EXPERIENCE

### BSI America Professional Services Inc

NW Regional Director, Managing Principal | 2025 to present
Principal Consultant | January 2011 to present

Provides overall management for the NW Region of BSI and EHS project support to a variety of clients. Some areas of expertise include:

- Strategic leader with 20+ years of experience directing cross-functional teams and delivering high-impact EHS consulting and professional services across diverse industries.
- Deep expertise in environmental health and safety (EHS), waste management, ISO-based systems (ISO 14001, ISO 45001), and sustainability frameworks with a focus on business integration and impact.
- Skilled in project P&L oversight, financial planning, and operational execution and service quality.
- General facility environmental health and safety compliance assessments to determine applicable regulations, compliance status and development of management systems to support regulatory requirements.
- Risk Management Plan implementation and management; select Process Safety Management support focused mainly on facilitation of process hazard analysis sessions.
- Facility build-out support including design review, process hazard analysis and associated facility and equipment permitting.
- Developing and supporting management systems approach to reduce risk and environmental impact, application of hazard analysis methodologies, environmental permitting, and planning for a variety of high tech focuses fabrication and research and development operations.
- Environmental Program development and site evaluations such as Hazardous Materials Management, Hazardous Waste Management, Stormwater Pollution Prevention Plan (SWPPP), Spill Prevention, Control, And Countermeasure (SPCC), Air Quality Management, Chemical Hygiene, etc.
- Safety Program development such as IIPP, Hazard Communication, Respiratory Protection, Bloodborne Pathogen Exposure Control, etc.
- Environmental Management System support including ISO 14001 internal audits, pre-registrar audit preparation support, and registrar audit support.
- Environmental compliance and permitting including Bay Area Air Quality Management District (BAAQMD) projects, industrial waste water discharge, permit by rule, hazardous materials management, facility closures, toxic release inventory reporting, etc.
- Hazardous waste management including Environmental Protection Agency (EPA) ID number applications, waste determinations, collection strategies, Department of Toxic Substances Control (DTSC) questionnaires, biennial reporting, Hazardous Waste Management Program development, SB14, generator status determination, etc.

- Hazardous Materials management including inventories and chemical classifications, hazardous materials business plan development and submittal, chemical storage and containment strategies, training, etc.

## City of San Jose, Environmental Services Department, San Jose, CA

Environmental Health and Safety Manager | August 2007 to January 2011

Provided overall environmental, health, and safety support for a department of over 500 employees with work environments ranging from heavy industrial to office.

- Environmental compliance support for entire department including hazardous waste management, SPCC plans, general laboratory compliance, hazardous materials management, and BAAQMD permits.
- Occupational health and safety support for all divisions including Wastewater Management (heavy industrial), Watershed Protection (field workers), Water Resources (light industrial) and all Environmental Services Department functions located at City hall.
- Development of an Environmental Management System and successful ISO 14001 registration for the Water Resources Division.

## Environmental and Occupational Risk Management, Inc., Sunnyvale, CA

EHS Consultant | July 2005 to August 2007

Acting HSE-MS Corporate Compliance Officer for EORM's ISO14001 and OSHAS 18000 registration.

Provided EHS project support to a variety of clients. Some examples of project work include:

- General facility environmental assessments to determine applicable regulations, compliance status, and development of management systems to support regulatory requirements.
- ISO 14001 facility audits, pre-registrar audit preparation support, and registrar audit support. Facilitation of aspects and impacts reviews including determination of significance.
- BAAQMD air permitting projects, including Emergency Diesel Standby Generators, Abatement Equipment, Volatile Organic Compounds, source evaluations, annual updates, and Full Facility Build-Out Projects.
- Industrial Waste Water Discharge Permitting projects completed in the jurisdictions of Union Sanitary District, San Jose/Santa Clara Water Pollution Control Plant District.
- Site evaluations for Storm Water Pollution Prevention including determination of status, site assessments, development of Storm Water Pollution Prevention Plans and Storm Water Monitoring Plans, development of best management practices, notice of intent completion and submittal, and sample collection.
- Site evaluations for Spill Prevention Countermeasures and Control Plans as required by 40 CFR part 112 including applicability determination, site assessment, SPCC plan development and development of associated training.
- Hazardous waste management projects including EPA ID number applications, waste determinations, collection strategies, DTSC questionnaires, biennial reporting, Hazardous Waste Management Program development and generator status determination.
- Permit by rule applications for various categories of waste treatment.

Name: Wayne T Scott, CHMM

- Hazardous Materials management including inventories and chemical classifications, hazardous materials business plan development and submittal, chemical storage and containment strategies, training, etc.
- Toxic Release Inventory support including threshold trigger determination, mass balance, and report preparation.

## Applied Materials, Inc., Santa Clara, CA

Environmental Compliance Manager | October 2003 to July 2004

Responsible for maintaining and improving all environmental compliance associated with three semiconductor research and development buildings.

- Maintained compliance via internal inspections and audits, permitting, reporting, reviewing and approving designs, and maintaining logs/records.
- BAAQMD record keeping, permitting, program maintenance, inspections, and abatement system review and approval.
- Hazardous Materials Management including HMBP creation, tracking, reporting, and inspections.
- Permit By Rule treatment systems, Publicly Owned Treatment Works (POTW) annual self-monitoring report and waste stream analysis.
- SWPPPs including inspections, sampling, and reporting.
- SPCC Plan including annual review and updates for added hazardous.
- Design review for new construction associate with tool installs. Integral part of tool install process from design review and approval to final start-up sign off.
- Site inspections for all environmental requirements.
- Decontamination approvals to verify conformance to requirements prior to disposal and/or shipment.
- Participated in company team to create, update, and manage programs for all environmental requirements associated with the company's operations.

## Environmental and Occupational Risk Management, Inc., Sunnyvale, CA

Environmental Specialist | February 2002 to October 2003

Provided onsite environmental support to a semiconductor client during a full-time outsource position.

- Provided day-to-day support for various environmental requirements including permitting, inspections, hazardous materials/waste management, decontamination approval, and many more.
- Supported facility closure activities including the closure of two conditionally authorized waste treatment systems.
- Supported team activities to reduce notices of violations and/or corrections. Reduced violations and corrections to zero by implementing strategies set by the team.