# Exhibit B

Exhibit B – Materials Reviewed and Site Visit Activities

**Materials Reviewed:**

1. Plaintiff's Motion for Preliminary Injunction and all exhibits submitted in support thereof, including materials relating to Risk Management Program ("RMP") and California Accidental Release Prevention ("CalARP") requirements.

2. Apple Inc. "Risk Management Plan – Combined RMP" for the SB01 Facility located at 3250 Scott Boulevard, Santa Clara, California, including the July 2025 updated submission prepared for compliance with the California Accidental Release Prevention ("CalARP") program and EPA Risk Management Program requirements.

3. Apple Inc. "Process Hazard Analysis – SB01 Facility," dated July 2025, including the five-year revalidation process hazard analysis for the covered processes and associated hazardous materials systems.

4. Apple Inc. "SB01 Risk Management Plan Three-Year Compliance Audit," dated August 2023, including findings, recommendations, and compliance review materials concerning the facility's Program Level 3 RMP and CalARP systems.

5. Email correspondence dated August 14, 2025 from Grace Fisk to the Santa Clara Fire Department transmitting the updated RMP and five-year PHA revalidation materials for the SB01 Facility.

6. Apple 2025 PHA Action Items spreadsheet dated August 7, 2025.

7. Apple SB01 2023 Three-Year Compliance Audit Attachment 2 spreadsheet.

8. Additional facility records, engineering materials, operating procedures, and site-specific environmental health and safety documentation provided by Apple and its counsel.

9. Selected site-specific operating procedures, engineering drawings, and environmental health and safety records relating to the Facility's covered processes described below.

**Site Visit Activities:**

1. Observed the general condition of the facility exterior, parking area and general open areas within the building. interviewed Apple personnel responsible for and involved with RMP

1

compliance activities including Grace Fisk, Tom Huynh, Kevin Sung, Dan Izumi and Allen Sherlock.

2. Reviewed site records, including Management of Change forms, corrective actions provided to regulators regarding closure of violations, records of closure for action items associated with previous RMP audit findings, records of closure for action items associated with PHA action items, operational controls (SOPs), and mechanical integrity records associated with critical safety equipment (preventative maintenance records).

3. Determined the items I have knowledge of in the Plaintiff's Motion for Preliminary Injunction are tied to procedural matters rather than observable site conditions. Therefore, I utilized previous inspections of the facility and interviews with staff to determine the facility systems associated with the RMP covered processes were in a steady state (no changes currently).