# Exhibit A

# Steven R. Trammell, P.E., CSP, CCPSC, CHMM
## Padre Consulting Services LLC, Managing Principal
strammell@padre-consulting.com  /  512-538-5160

## SUMMARY OF EXPERIENCE

Over 35 years of experience leading environmental, health, and safety (EHS) programs and project initiatives across semiconductor, aerospace, petrochemical, pharmaceutical, explosives, and food-service industries. Demonstrated expertise in robotics equipment safety, ANSI/RIA compliance, and hazard analysis; risk-based assessments for equipment design and process operations; process safety studies and program evaluations; and the development, implementation, and gap assessment of EHS management systems.

## EDUCATION

| | |
|---|---|
| Bachelor of Science, Mechanical Engineering | University of Texas at Austin |
| Master of Business Administration | University of Phoenix |

## MEMBERSHIPS & CERTIFICATIONS

| | |
|---|---|
| • Cert. #91612 | Registered Professional Engineer, Texas |
| • Cert. #9246 | Certified Safety Professional, Systems Safety |
| • Cert. #2017075329070868 | Certified Process Safety Professional |
| • Cert. #4769 | Certified Hazardous Materials Manager |
| • Certified Lead Auditor, ISO 45001 and ISO 50001 | |

## PROFESSIONAL EXPERIENCE

### Padre Consulting Services LLC – San Antonio, TX
Managing Principal | June 2022 to Present

- Design and equipment reviews, including risk assessments for multiple advanced consumer electronics research laboratory campuses.
- Conducted functional safety assessment for complex equipment, including Safety Integrity Level validation for complex automated equipment per IEC 62061.
- Conducted process safety studies to identify hazards and develop risk mitigation controls, compliance program development and process and equipment safety training. Facilitated dust hazards analysis (DHA) studies involving combustible powders for additive manufacturing and dust conveyance systems within the semiconductor, aerospace, explosives, food services and chemical manufacturing industries.
- Provided audit support and design review for pilot, enterprise and hyperscale data centers, with focus on regulatory compliance, design for safety, operational risk assessments and training development involving high voltage AC and DC distribution systems, infrastructure and safe equipment operations. Conducted audits to evaluate compliance to electrical safety codes and best practices, such as the NEC, NFPA 70e and EN 50110-1.
- Conducted electrostatic energy discharge assessments to evaluate equipment and process hazards, mitigation strategies and developed and delivered training to engineering and operations staff.

## BSI America Professional Services Inc – San Antonio, TX
### Principal Consultant | January 2015 to June 2022

- Conducted assessments of material handling robotic systems to ANSI/RIA R15.06 including facilitating risk assessments and specific evaluations of operational scenarios for collaborative robot integration into laboratory and manufacturing workflows.
- On-site ES&H support for advanced research lab startups in Texas, California, Taiwan and China.
- Provided a risk-based design assessment for a proposed semiconductor facility, for the world's largest manufacturer of semiconductors.
- Led incident investigation teams, including the use of Fault Tree Analysis and Event Tree Analysis to identify root causes and develop effective corrective action plans.
- Managed and conducted EHS regulatory compliance and risk-based audits for companies in the US, EU and Asia
- Conducted ISO45001 and ISO5001 gap assessments and program audits for biotechnology, food services, light industrial and chemical production facilities.

## SEMATECH – Austin TX & Albany, NY
### Project Manager | May 2008 to January 2015

- Led teams to research, review and develop best practices for use of energetic materials in semiconductor processing, and development of an international SEMI Standard.
- Managed risk-based, strategic project activities, including carbon footprint impacts and off-site impact assessments for energetic event scenarios.
- Conducted studies to estimate overall site risk using enterprise risk management concepts, and evaluation of equipment readiness using EHS and reliability-based assessment methods.

## Motorola/Freescale Semiconductor – Austin, TX
### Senior Compliance Specialist | January 2006 to February 2008
### Technology and Engineering Support Manager | March 1993 to January 2006

- Developed and managed the EHS compliance auditing program for the corporation. Led international audit teams to evaluate compliance and risk status of sites worldwide.
- Developed, organized, and managed the EHS Technology group for the corporation, which consisted of six engineers and an approximate budget of $1 million. Lead domestic and international factory startup teams through construction, commissioning and initial production.

## United Technologies Corporation – San Jose, CA & West Palm Beach, FL
### System Safety and Hazards Analysis Manager | February 1990 to March 1993
### Senior Systems Safety Engineer | February 1988 to February 1990

- Managed the site's explosive disposal operations and provided oversight for offsite beneficial reuse of explosive materials.
- Developed and implemented electrostatic energy monitoring and assessment protocols and operational risk management measures for highly reactive solid rocket motor processing activities.
- Conducted detailed risk assessments for various generations of Pratt & Whitney gas turbine engines, including maintaining a master Fault Tree for the F-16 200 and 220 engine configurations.

## Thiokol Corporation – Elkton, MD & Brigham City, UT
### Hazards Analysis Engineer | March 1984 to February 1988

- Conducted an onsite failure modes and effects analysis (FMEA) for Space Shuttle rocket booster processing operations at Vandenberg Air Force Base and provided recommendations to Air Force and NASA safety review boards.
- Developed a remote electrostatic energy measuring instrument system and conducted tests to validate the system. This was the first successful field demonstration of a remote sensing system in the industry.
- Conducted detailed blast, thermal and fragmentation analysis for rocket motor processing and laboratory operations. Established safe standoff distances for remote operations and designed shielding systems to mitigate operator exposures.

# PUBLICATIONS AND ACHIEVEMENTS

- Past Member, Board of Directors, Semiconductor Environmental Safety and Health Association (SESHA) 2008 - 2025, President 2012-2013 and 2018-2019, attained Fellow status in 2024, presented the President's award and Genesis award.
- Member - NFPA 318 Technical Committee.
- Member – CGA G-13 Technical Committee.
- Member – SEMI Standards Technical Committees; SEMI S2 – EHS Guideline for Semiconductor Manufacturing Equipment; SEMI S10 – Safety Guideline for Risk Assessment and Risk Evaluation Process; SEMI S30 – Safety Guideline for Use of Energetic Materials.
- ASSE Innovation Award, 2016. Presented for development of best practice guidelines development and standards publication relating to control of energetic materials hazards.
- Over three dozen technical publications and presentations, published in technical journals and presented at association conferences.

**Steven R. Trammell, P.E. CSP, CCPSC, CHMM**
**Padre Consulting Services, LLC**
**1639 Vista Del Monte, San Antonio, TX 78216**


## Process Hazards Analysis and Process Safety Management Specific Experience

**Overview.**
- 35+ year experience in Environmental Health and Safety, Process Safety and Design Review.
- Led dozens of PHA study teams and assisted in development of hazards analysis and risk assessment programs.
- Provided industry-specific risk assessments to evaluate and recommend risk controls for electrostatic energy (ESD) hazards and conducted audits to assess electrical safety programs to NFPA 70e and OSHA requirements.
- Led program development, validation and audits as required by OSHA's Process Safety Management (PSM) and EPA's Risk Management Plan (RMP) regulations.
- Specific expertise in multiple hazards analysis methodologies, including What-If, HazOp, FMEA, FMECA, Layers of Protection Analysis (LOPA) and Fault Tree Analysis (FTA).
- Published papers on application of PHA methodologies and has presented at national conferences, such as the Semiconductor Environmental Safety Health Association (SESHA), American Society of Safety Professionals (ASSP), Society of Fire Protection Engineers (SFPE) and the Joint Army-Navy-NASA-Air Force (JANNAF) conference.

**High Technology Industries.**
- Led multidisciplinary PHA teams to evaluate and implement risk controls for processes utilizing highly energetic source materials, including pyrophoric and water-/air-reactive chemistries. Scope included material receipt and handling, distribution to process equipment, processing operations, and post-process equipment hazards. Work resulted in development of a Best Known Methods (BKM) risk-control document now referenced by multiple high-technology companies.
- Performed Process Safety Management (PSM) and Risk Management Plan (RMP) program validations for semiconductor fabrication facilities and laboratories, including applicability assessments for the introduction of new chemical processes.
- Facilitated HazOp studies to evaluate hazards associated with introducing fluorine and chlorine trifluoride (ClF3) into new semiconductor equipment processes.
- Conducted PHAs addressing hazards associated with bulk hazardous materials (e.g., silane, trichlorosilane, hydrogen, chlorine), including a comprehensive facility-wide risk assessment for manufacturing processes utilizing lithium metal.
- Facilitated hazards analyses to evaluate risks and identify control strategies for hydrogen recovery and reuse systems in advanced semiconductor manufacturing equipment.
- Performed Dust Hazard Analyses (DHAs) for additive manufacturing and machining operations in accordance with applicable combustible dust safety practices.
- Led PHA teams to evaluate risks and controls associated with hydrogen fluoride (HF) and sulfuric acid (H2SO4) reprocessing systems.

Resume Addendum

- Developed and delivered internal PHA training programs for EHS, process engineering, and equipment engineering personnel to build competency in hazards analysis methodologies.

**Aerospace and Defense Industries.**
- Conducted an equipment specific hazards analysis and PSM applicability study for a new Metal Organic Chemical Vapor Deposition (MOCVD) equipment process which involved highly hazardous specialty chemistries (arsine, phosphene, metal organics) and bulk hydrogen delivery.
- Led PHA teams to evaluate explosive materials process and R&D operations for a major rocket motor manufacturer, in support of Process Safety Management (PSM) compliance.
- Conducted PHA studies on remediation activities for a decommissioning site project where explosive residues were present in equipment and facilities.
- Conducted extensive Fault Tree Analysis studies on military aircraft engine mishaps to determine specific failure mode scenarios and to recommend additional layers of protection to increase overall system reliability.
- Conducted FMEA studies on Space Shuttle solid rocket motor transportation activities at Vandenberg Air Force Base, in support of launch system operations.
- Managed teams to evaluate process risks and PSM program development, for solid propellant processing operations, including propellant mixing and trimming, hardware removal, full scale test operations and personnel process and maintenance tasks. Conducted electrostatic energy evaluations to determine application of appropriate risk controls.
- Conducted PHA studies and PSM program revalidations to review high hazard chemical delivery systems for processes involving manufacturing of aircraft carbon brakes, aircraft emergency exit slide deployment systems, specialty coatings for compressors and jet engine turbine blades.
- Led an assessment team to revalidate a RMP plan for a defense contractor manufacturing site, involving bulk anhydrous ammonia used for selective catalytic reduction abatement.

**Petrochemical and Specialty Chemical Processing**
- Developed a comprehensive Process Safety Management plan for a Fortune 100 specialty chemical company, which includes development of PHA protocols and training programs for EHS, Project Managers, Equipment/Process Engineers and Management. Training programs included fundamentals of What-If, HazOp and FMEA.

**Selected Presentations and Publications**

"Using Computational Fluid Dynamics to Assess and Optimize Laboratory Ventilation" 2026 Semiconductor Safety and Health Association (SESHA) conference, Tempe, AZ, April 2026 (with Cassidy Strode, CIH, C&IH Inc.)

"OSHA PSM and EPA RMP Rulemaking Update" 2024 Semiconductor Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 25, 2024

"Nanoparticles in Occupational Environment: Insights for Detection, Modeling and Risk Assessment" 2022 Semiconductor Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 4, 2022 (with Andrey Korchevskiy, PhD and Daniel Hall, PE, C&IH Inc.; and Cary Hill, PhD, NanoSafe, Inc.)

Resume Addendum

"Evaluating Oxygen Deficiency and Toxic Gas Hazards Using CFD Modeling", 2022 Semiconductor Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 6, 2022 (with Daniel Hall, PE and Cassidy Strode, CIH, C&IH Inc.)

"Quantitative and Semi-Quantitative Risk Assessment Techniques and Applications," Semiconductor Safety and Health Association (SESHA) virtual Symposium and Webinar, June 3, 2020.

"Operational Excellence Roundtable – Risk Based Process Safety," 2019 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, May 1, 2019.

"Crash Course on Risk Assessment for Semiconductor Industry, Metal Organics, and Nanoparticles – Professional Development Course," 2018 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 29, 2019. (with Andrey Korchevskiy and Daniel Hall – C&IH)

"Area Gas Detection Placement Optimization using Computational Fluid Dynamic Modeling," 2018 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 17, 2018. (with Daniel Hall – C&IH)

"Effective Application of Risk Controls from Integrated Process Hazards Analysis Evaluations," 2017 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 19, 2017.

"Effective Implementation of EHS Management Systems for Managing Risk Across Diverse Operations," 2015 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, May 5, 2015.

"Environmental, Safety and Health Aspects of R&D and Manufacturing with Advance Processing Materials – Best Known Methods and Standardization", 2014 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, May 7, 2014.

"Techniques for cost Effective Risk Reduction", 2004 Semiconductor Environmental Safety and Health Association (SESHA) conference, Scottsdale, AZ, April 15, 2004 and presented at the American Society of Safety Engineers (ASSE) Region III conference, San Antonio, TX, August 2, 2004.

"Integrated Hazards Analysis:  Using the Strengths of Multiple Methods to Maximize Effectiveness", Proceedings for the 2003 ASSE Professional Development Conference, Denver, CO, June 23, 2003.

"Using a Hybrid HazOp/FMEA Methodology for Evaluation of Fire Risk Scenarios", Proceedings for the Society of Fire Protection Engineers International Conference, New Orleans, LA, December 2002.

"Fault Tree Analysis, Methodology Overview with Examples", Presented at the IEEE Photovoltaic Specialists Conference, New Orleans, LA  May 20, 2002.

"Using a Modified HazOp/FMEA Methodology for Assessing System Risk", IEEE Proceedings for 2nd International Workshop on Engineering Management for Applied Technology, August 2000.

"Integrating Risk Assessment into Management Systems", 24th Annual International Electronics Manufacturing Symposium, Austin, TX August 1999.

"Bulk Silane Delivery, System Safety Evaluation and Testing Program", Proceedings for the 16th International System Safety Conference, Seattle, WA, September 1998.

"Validation of Electrostatic Energy Computer Modeling Techniques in Solid Propellant Processing Operations", Joint Army-Navy-NASA-Air Force annual conference, San Antonio, TX, February 1991.