# Exhibit B

Exhibit B – Materials Reviewed and Site Visit Activities

**Materials Reviewed:**

1. Plaintiff's Motion for Preliminary Injunction and all exhibits submitted in support thereof, including materials relating to Risk Management Program ("RMP") and California Accidental Release Prevention ("CalARP") requirements.

2. PHA-specific commentary contained within the PI Motion, including the PHA methodology and structure, evaluation of failure modes, consequence determinations, risk control evaluations, and the identification and disposition of action items.

3. Apple Inc. "Risk Management Plan – Combined RMP" for the SB01 Facility located at 3250 Scott Boulevard, Santa Clara, California, including updated submissions prepared for compliance with the CalARP program and EPA RMP requirements.

4. Apple Inc. "Process Hazard Analysis – SB01 Facility," including the five-year revalidation process hazard analysis for the covered processes and associated hazardous materials systems.

5. Apple Inc. "SB01 Risk Management Plan Three-Year Compliance Audit," including findings, recommendations, and compliance review materials concerning the Facility's Program Level 3 RMP and CalARP systems.

6. Site incident logs for the years 2019 through 2023, including evaluation of the applicability of each incident to RMP-covered processes, associated materials, equipment, and operations.

7. Apple PHA Action Items tracking documentation.

8. Additional facility records, engineering materials, operating procedures, and site-specific environmental health and safety documentation provided by Apple and its counsel.

9. Selected site-specific operating procedures, engineering drawings, and environmental health and safety records relating to the Facility's covered processes.

**Site Visit Activities:**

1. Interviewed the following personnel:

1

    a.  Tom Huynh, EHS Manager

    b.  Grace Fisk, EHS Lead

    c.  Kevin Sung, EHS Manager

    d.  Lester Aoalin, EHS Lead

    e.  Alan Sherlock, Facilities Engineer

2. Reviewed the following records:

    a.  Risk Management Plan Combined RMP, Sept 2015, amended Aug 2016, Updated Jan 2019

    b.  Process Hazards Analysis SB01 Facility Sept 2020

    c.  Email confirmation of submittal to Fred Chun SCFD

    d.  Apple Project Aria Combined RMP Revised 2025 Updated 080825

    e.  Apple 2025 PHA Revalidation Report 072925

    f.  2023 Apple Confidential SB01 RMP 3-Year Compliance Audit

    g.  Gjovik - Motion For Preliminary Injunction

    h.  Apple 2025 PHA Action Items 080725

    i.  Apple SB01 2023 - 3 year Compliance audit - Attachment 2 – Final

    j.  2022 Incident Tracking.xlsx  provided by email 5/19/2026

    k.  Apple summary PHA Action Itemas 2015-2025

    l.  SB01 Management of Change program

    m.  MOCVD Bunker SOPs – selected (12 files)

    n.  Facility Incident Files, which included documents of the incidents discussed in the preliminary injunction motion.