# Exhibit D

## Assessment of SB01 RMP/PHA Documentation

| Date | Description | Notes |
|---|---|---|
| 9/19/19 | A low level gas alarm was activated at 09:08 – 09:11 at GLSS sensors GD-44 (VMB-1), GD-38 (PEB-1), and GD-39 (PEB-2) ranging from 0.07 – 0.12 ppm. Incident command was activated at 09:20 in the ERT room. MOCVD was evacuated manually by ERT and security was posted at the entrance to prevent re-entry. Investigation revealed that Facilities was removing an exhaust line from 4-64 tool due to a clog. Entry team of Tony Soriano, Doug Williams, and Dan Phillip made entry utilizing a SPM Flex to determine that there was no ambient AsH3. Furthermore, ambient area sensors were not activated during this incident. During the maintenance investigation, trace amount of NH3 activated the alarm sensors in the PEB, VMB exhausts triggering the AsH3 alarms. The sensors were placed in by-pass and a portable monitor (SPM Flex) was used to the monitor the area while maintenance was conducting their exhaust line investigation. All clear was given by 09:57. Incident lasted 49 minutes. | During this corrective maintenance activity, small amounts of chemistry was trapped in the line, which was released when exhaust piping was removed. The release was within an exhausted enclosure which triggered the gas alarm. The enclosure is exhausted and goes to abatement. No chemistry entered the ambient space or was released to atmosphere, and no exposures occured. |
| 8/17/20 | At 16:29, SB01 encountered a rolling power outage. Power was off for approximately 5 to 7 seconds before the emergency generator started.  During this time, exhaust ventilation pressure was lost and the GLSS went into alarm.  The building was evacuated to the exterior.  IC was initiated. SCFD and HazMat was on-site at 16:36.  Facilities bagan review of individual GLSS sensors within the C10 cleanroom.  SCFD was off-site at 17:30.  Incident command gave the all-clear once Facilities reviewed all GLSS sensors to determine no gas leak or hazardous environments at 18:08. | In this event, a power outage occurred and the emergency generator activated as designed. The short duration between the outage and the generator activation resulted in loss of exhaust pressure which activated an alarm, as designed. No gas leak was involved. |

| Date | Description | Notes |
|---|---|---|
| 4/30/21 | High Gas Alarm - PH3; 2 mins (32.2 ppb) MOCVD Sweep SCFD Arrives 8:40<br>Allan S and SCFD enter Bunker to verify safe state; Per Dan Izumi, PH3 cylider change prior to alarm. | It is normal to have very small quantities of gas trapped in the "pigtail" portion of a gas line, which is released when changing out cylinders. The gas is captured by the cabinet exhaust which is then sent to the abatement system for capture or destruction. In this case, the PH3 sensor was not disabled during the changeout, which should have been done as part of the normal changeout procedure. The PH3 sensor is very sensitive and will pick up these very small releases. All systems operated as designed (sensors, exhaust, abatement) and no external releases or exposures occured. |
| 8/20/21 | SB01 - Warning Level Gas Alarm (HSSD MOCVD Bunker) Gas Alarm triggered by HSSD sensor Alarm in: 3:39pm ERT responded to alarm to verify there was not fire or smoke at 3:44pm; corroborated by secondary temperature sensors. No fire or anything in bunker. False Alarm/All clear given by ERT at 3:53pm | For this event, since there is no secondary evidence that an actual fire or gas leak event occurred, this was considered a nuisance alarm. These situations can occur from interferring substances, such as dust. No external releases or exposures occurred. |

2

| Date | Description | Notes |
|---|---|---|
| 8/31/21 | High Gas Alarm for Arsine (AsH3) in the MOCVD Bunker. ERT established Incident Command. Evacuations for the MOCVD Lab, Bake Out Lab, and Mod 1 occurred. ERT declared all affected control areas had been safely evacuated without injuries or incident. Security personnel were assigned as Site Access Control for the Service Pad Area to assisted the ERT. Facilities personnel discovered some cross sensitivity to the chemical sensor during a planned maintenance project of an adjacent chemical system using ammonia. Shop Vac was being used to clean up old system. The out put from the Shop Vac blew contaminated air towards the gas cabinets room. There was no real release for (AsH3) Security Cameras corroborated the alarm triggering at the same time the maintenance project began. SCFD Engine 99 and Hazmat 99 arrive on scene and conferred with the ERT.  Lofft informed the Fire Department on the details of the incident. ERT declared the incident "All Clear" at approximately 1115 hours. | No chemical leak was involved with this event. It was a cross sensitivity from an adjacent activity which triggered the detector. |
| 1/21/22 | During equipment change/install, Phosphorus residue ignition - Two employees with 2nd Degree Burns on hands - FA on scene: ic pack to hands, Referred to Concentra for follow up (Tom Huynh and Jessica Cheng notified) | These injuries were a result of a procedural error not associated with an equipment or process failure. |

3

| Date | Description | Notes |
|---|---|---|
| 5/09/22 | Doug conducting maintenance on the MOCVD vacuum pump when a small Arsine leak was detected by a sensor located in the equipment, resulting in an alarm. | Details provided by the site team: *The BU and Facilites determined a pump failure that caused a clogged outlet in the process stream, which lead to a leak. The MOCVD team was able to replace the pump.  All material was captured in exhausted enclosures and abated through house scrubbers. Peak AsH3 detection was 0.029 ppm (29 ppb - well below the permissible exposure limit (PEL) of 50 ppb). The system was programmed to alarm and shut down process flow at one half PEL.* Leak was well below levels harmful to personnel. The gas was captured and abated by the facility exhaust and scrubber systems, as designed. |
| 12/08/23 | GD089 CL2 Operator Area - Initial detection came in as Warning Level and escalated to High Level 3.  Suspected to be a false alarm; No other sensors =CL2) with detection.  SCFD left scene at 21:53; West S, Kevin S, Cef M, Guillermo A, and Joe L onsite. | For this event, since there is no secondary evidence that an actual  gas leak event occurred, this was considered a nuisance alarm. These situations can occur from interferring substances. No external releases or exposures occurred. |