WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL
JENAB, JENAB FAMILY LP, JENAB FAMILY
VENTURES LLC, and JENAB FAMILY TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF RIZIK MICHAEL IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  June 25, 2026<br>Time:  10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>FAC Filed:  November 29, 2025<br>Trial Date:  TBD |

I, Rizik Michael, PE, declare:

1.      I am a licensed Professional Engineer registered in the States of California, Georgia, Nevada, Oregon, and Texas, and an Advanced Technology Business Leader at SSOE Group specializing in semiconductor and high-technology facility engineering. I have personal knowledge of the matters stated herein. I submit this declaration in support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction.

2.      I hold a Bachelor's degree in Mechanical Engineering and have more than 40 years of professional experience in the high-technology, semiconductor, photovoltaic solar, and biotechnology industries. My professional experience includes engineering design and management of other engineers for projects that include cleanrooms, central utility plants, HVAC, plumbing, process piping, and equipment hook-up for semiconductor and advanced technology facilities. I have extensive experience in facilities planning, project management, and operations, including regulatory compliance projects involving hazardous occupancies, toxic and specialty gas distribution systems, gas abatement systems, air abatement, chemical distribution, wastewater treatment, and ultra-high-purity water systems. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

3.      In 2014, I was retained by Apple Inc. to serve as the lead mechanical engineer responsible for the design of all process piping systems including toxic, pyrophoric, and flammable gas distribution systems at Apple's facility located at 3250 Scott Boulevard, Santa Clara, California (the "Facility"), and I have worked on various submittals for the Facility to the Santa Clara Fire Department ("SCFD") for the past 12 years. In that capacity, I was responsible for the design and engineering of the Facility's specialty gas distribution systems, including systems for toxic, pyrophoric, and flammable gases, as well as associated gas abatement and exhaust ventilation.

4.      I performed and supervised the design and engineering of many of the Facility's hazardous gas systems, including specialty gas distribution systems for toxic, pyrophoric, and flammable gases, and industrial ventilation systems including acid and ammonia scrubbed exhaust. I designed these systems to comply with all applicable codes and regulations, including the Santa Clara Toxic Gas Ordinance and the California Fire Code that were applicable at that time.

5. During the design and engineering phase, I personally met with representatives of the SCFD to review the Facility's gas distribution system designs. I sat down with SCFD personnel and walked them through each of the systems to facilitate their verification that the designs complied with the requirements of the Santa Clara Toxic Gas Ordinance and the applicable provisions of the California Fire Code. I discussed the gas sensor locations incorporated into the design with the SCFD during these meetings.

6. Following my review of the toxic gas distribution systems and a review of the toxic gas monitoring system by the responsible contractor's project engineer, the SCFD issued a permit for the Facility's toxic gas system designs. Approval by the SCFD was required in order for the plans to be approved by the local building officials for construction and occupancy.

7. A true and correct copy of an example of the SCFD's approval of a toxic gas distribution system design is attached hereto as Exhibit B.

8. The engineering controls incorporated into the Facility's toxic gas systems were designed to meet or exceed the requirements of applicable codes and regulations. I incorporated multiple layers of engineering controls, designed to prevent accidental releases and mitigate hazards associated with the handling and use of toxic, pyrophoric, and flammable gases.

9. Based on my professional experience and my direct involvement in the design and engineering of the Facility's toxic gas systems, it is my professional opinion that the Facility's hazardous gas systems were designed in compliance with the requirements of the Santa Clara Toxic Gas Ordinance, the California Fire Code, and all other applicable codes and regulations governing the handling and use of toxic gases in semiconductor facilities that were in force at that time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____ May 28, _____ 2026, at Santa Clara , California.

By:  _____
RIZIK MICHAEL

Michael Decl. ISO Apple's Opposition to Motion for Preliminary Injunction
Case No. 5:25-cv-07360-PCP
MF-370548990.2

3