# Exhibit A



## RIZIK MICHAEL, PE

**Advanced Technology Business Leader**

Rizik has more than 40 years of experience in the high-technology, semiconductor, PV solar, and biotech industries. As a Master Engineer, his experience includes engineering design and management of cleanrooms, central utility plants, HVAC, plumbing, process piping, and equipment hook-up. In addition, Rizik has extensive experience in project management, facilities planning, and operations. His background includes regulatory compliance projects involving hazardous occupancies, toxic gases and gas abatement systems, air abatement, chemical distribution, wastewater treatment, and ultra-high-purity water systems.

## EDUCATION

Bachelor, Mechanical Engineering

## LICENSING + REGISTRATIONS

Professional Engineer – CA, GA, NV, OR, TX

## EXPERIENCE

44 Years

## SELECTED PROJECT EXPERIENCE

**Semiconductor Equipment Manufacturer, Industrial Waste Collection and Treatment Systems, Sunnyvale, California**
Lead mechanical engineer for industrial waste collection and treatment systems for a new Class-100 cleanroom project, including acid waste, HF waste, concentrated acid waste, and concentrated base waste systems.

**Semiconductor Equipment Manufacturer, Various Facility Upgrade Projects, Fremont, West USA**
Project manager and lead mechanical engineer for various infrastructure facility upgrade projects, including specialty highly toxic, flammable, and pyrophoric gas distribution systems and process cooling water systems. Additionally, was the engineering manager and lead mechanical engineer for a 25,000 SF high-end microscopy facility.

**Fortune 500 High-Tech R&D Facility, Santa Clara, California**
Lead mechanical engineer for a 60,000 SF Class-10 High-Tech R&D facility, infrastructure industrial ventilation including acid and ammonia scrubbed exhaust, VOC Abatement, general and TPU exhaust systems; process piping; specialty toxic, pyrophoric, flammable and non-hazardous gas systems; and tool hookup design.

**Silicon Wafer Manufacturing Facility, Sherman, Texas**
Lead mechanical and process engineer for the largest silicon wafer manufacturing facility, infrastructure industrial ventilation including acid, ammonia and NOx scrubbed exhaust and general exhaust systems; process piping utilities systems; bulk chemicals; and specialty toxic, pyrophoric, flammable and non-hazardous gas systems.

**Semiconductor Manufacturer, Cleanroom, and Process Piping / Life Safety System Designs, West USA**
Project manager and lead engineer for 4,500 SF H-5 Occupancy, Class-1 cleanroom expansion, including architectural, structural, HVAC, process piping, fire protection, electrical, and life safety systems. Process piping and life safety systems design for 7,500 SF Class-1 cleanroom and central utilities systems expansion.

**Semiconductor Manufacturer Manufacturing Support Facility Process Piping / Life Safety System Designs, West USA**
Project manager and lead engineer for process piping and gas life safety systems design for 400,000 SF greenfield manufacturing support facility.

❈ SSOE®