# Exhibit B



FIRE MARSHAL
CITY OF SANTA CLARA
1675 LINCOLN ST., SANTA CLARA, CA 95050
(408) 615-4987

APPROVED BY D. Hansen
DATE 5/3/16    PLAN CHECK # 15-584

APPROVAL IS SUBJECT TO:
STATE LAWS AND REGULATIONS
CITY ORDINANCES
NOTATIONS
FIELD INSPECTIONS AND TEST
CALL (408) 615-4970 TO SCHEDULE INSPECTION

SEE ATTACHED LIST
NOTE: FIRE MARSHAL DOES NOT CHECK FOR STRUCTURAL
REQUIREMENTS

Revisions
FIR 15-584
RECEIVED
APR 2 8 2016
S.C.F.D.