SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 2203018)
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780


BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
NOSSAMAN LLP
50 CALIFORNIA STREET, 34TH FLOOR
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:      415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual , <br><br>        Plaintiff, <br><br>    vs. <br><br>APPLE INC., et al. , <br><br>        Defendants. | Case No:     5:25-CV-07360-PCP <br><br>**ADMINISTRATIVE MOTION REQUESTING LEAVE FOR CITY OF SANTA CLARA'S COUNSEL TO APPEAR REMOTELY** <br><br>Date:  June 25, 2026 <br>Time: 10:00 a.m. <br>Courtroom: 8, 4th Floor <br>Judge: Hon. P. Casey Pitts |

CITY'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO APPEAR REMOTELY

Defendant City of Santa Clara moves, pursuant to Civil L.R. 7-11, for permission for its counsel to participate remotely, via Zoom or telephone at the court's preference, in the hearing on pending motions and initial case management conference currently scheduled for June 25, 2026.

The City makes this request in recognition of the Court's standing order and scheduling notes calling for any request to appear remotely to be made at least seven days before a setting.

The basis for the City's motion is that the City's lead counsel in this matter, who resides in the Seattle area, underwent surgery on June 5, 2026. He has been advised by his surgeon to avoid air travel for at least four weeks. Brandt-Erichsen Decl., ¶ 3. Plaintiff and counsel for the other Defendants have indicated that they do not object to the City's counsel participating remotely in this hearing.

DATED: June 15, 2026                    NOSSAMAN LLP


By: */s/ Svend Brandt-Erichsen*
      Svend Brandt-Erichsen
      sbrandterichsen@nossaman.com
      *Pro Hac Vice*
      Jennifer Seely
      jseely@nossaman.com
      *Pro Hac Vice*
      NOSSAMAN LLP
      719 Second Avenue, Suite 120
      Seattle, WA 98104
      Telephone: 206.395.7630
      Facsimile: 206.257.0780

      Brendan F. Macaulay
      CA Bar # 162313
      NOSSAMAN LLP
      50 California Street, 34th Floor
      San Francisco, CA 94111
      Telephone:    415.398.3600
      Facsimile:    415.398.2438
      bmacaulay@nossaman.com

      *Attorneys for Defendant City of Santa Clara*

- 1 -
CITY'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO APPEAR REMOTELY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2026, I electronically filed the foregoing **Administrative Motion Requesting Leave for City of Santa Clara's Counsel to Appear Remotely** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Svend Brandt-Erichsen