NOSSAMAN LLP
SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 63021)
jseely@nossaman.com
*Pro Hac Vice*
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780

NOSSAMAN LLP
BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:     415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>APPLE INC., a corporation, CITY OF SANTA CLARA, a local government, MR. KALIL/KHALIL JENAB, individually, & as Agent/Member/Manager of: JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, & as Trustee/Agent of: THE JENAB FAMILY TRUST,<br><br>              Defendants. | Case No:      5:25-cv-07360-PCP<br><br>**DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR CITY OF SANTA CLARA TO APPEAR REMOTELY**<br><br><br>Date:  June 25, 2026<br>Time: 10:00 AM<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

I, SVEND BRANDT-ERICHSEN, hereby declare as follows:

1.    I am an attorney admitted to practice in the States of Alaska and Washington and admitted *pro hac vice* to appear before this Court, and I am a partner of the law firm Nossaman LLP, counsel of record for Defendant City of Santa Clara ("City"). I make this declaration in support of the City's Administrative Motion to Appear Remotely. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently about them.

2.    I am lead counsel for the City in this matter.

3.    On June 5, 2026, I underwent a surgical procedure. I consulted with my surgeon regarding restrictions on my activity during recovery from the procedure. Among other restrictions, he has advised me to avoid air travel for at least four weeks, until at least the week of July 6, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2026, at Seattle, Washington.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen

---

1

BRANDT-ERICHSEN DECL. ISO THE CITY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing **DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR CITY OF SANTA CLARA TO APPEAR REMOTELY** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen