**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjøvik,** *an individual*, <br><br> **Plaintiff,** <br><br> vs. <br><br> **Apple Inc.,** *a corporation,* <br><br> **City of Santa Clara,** *a local government*, <br><br> **Mr. Kalil/Khalil Jenab** *individually,* & as *Agent/Member/Manager* of: <br> **Jenab Family LP, Jenab Family Ventures LLC,** & as *Trustee/Agent* of: <br> **The Jenab Family Trust,** <br><br> **Defendants.** | **Case: 25-CV-07360-PCP** <br><br> **Complaint** <br><br> **Exhibit D:** <br> **U.S. EPA Records For 3250 Scott Blvd.** <br><br> **Environmental Citizen Suit** |

Case 5:25-cv-07336-PCP   Document 42-4   Filed 08/06/25   Page 2 of 123



# EPA Takes Action Against Apple for Inadequate Hazardous Waste Management

November 18, 2025

## Contact Information

Mikayla Rumph (rumph.mikayla@epa.gov)

213-244-1806

**SANTA CLARA, Calif.** (Nov. 18, 2025) – Today, U.S. Environmental Protection Agency (EPA) is announcing a settlement with Apple Inc. over claims of violations of federal hazardous waste law at a facility located on Scott Boulevard, Santa Clara, California. As a result of EPA's action, the company addressed hazardous waste management and air emissions issues and has come into compliance with the Resource Conservation and Recovery Act (RCRA).

"Hazardous waste regulations serve as critical safeguards for facility workers, communities, and the environment," **said EPA Pacific Southwest Enforcement and Compliance Assurance Division Director Amy Miller.** "EPA's actions will protect human health and the environment in the community of Santa Clara from the risk of hazardous waste."

The Apple Inc. facility generates hazardous waste regulated under RCRA. In August 2023 and January 2024, EPA conducted inspections of the facility after receiving a tip and complaint from the public. During the inspections and reviews of facility records, EPA inspectors identified multiple violations of federal requirements for the management of hazardous waste.

These violations included failure to:

- Properly characterize hazardous waste.
- Identify land disposal restriction requirements and provide written notification of the restrictions.
- Maintain a permit to store hazardous waste for more than 90 days.
- Control air emissions from a solvent waste tank.
- Properly label and date hazardous waste containers.
- Follow hazardous waste container management standards.

- Perform and document daily inspections of hazardous waste tanks.

Due to EPA's action, the company updated the characterization and management of solvent waste, installed a device to control air emissions from the solvent tank, and resolved the remaining identified violations. The company will also pay a penalty of $261,283 to resolve EPA's claims.

## Background

Hazardous waste that is improperly managed poses a serious threat to human health and the environment. RCRA, passed in 1976, was established to set up a framework for the proper management of hazardous waste. EPA's RCRA regulations work to protect humans and the environment from exposures to pollutants in hazardous waste.

## More Information

Learn more about the Resource Conservation and Recovery Act <https://epa.gov/rcra>.

Learn more about EPA's Hazardous Waste Program <https://epa.gov/regulatory-information-topic/regulatory-and-guidance-information-topic-waste>.

Learn more about EPA's enforcement program <https://epa.gov/enforcement/basic-information-enforcement> and how to report possible violations <https://echo.epa.gov/report-environmental-violations> of environmental laws and regulations to EPA.

Learn about EPA's Pacific Southwest Region <https://epa.gov/pacific-southwest-media-center>. Connect with us on Facebook ⬈ <https://www.facebook.com/epapacificsouthwest/>, Instagram ⬈ <https://www.instagram.com/epa_pacificsouthwest/>, and X ⬈ <https://x.com/eparegion9>.

Last updated on November 25, 2025

FILED
Oct 27, 2025
2:45 pm
U.S. EPA REGION IX
HEARING CLERK

Regional

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY
REGION IX

| In the matter of: | ) | U.S. EPA Docket No. |
| | ) | |
| | ) | RCRA-09-2026-0006 |
| Apple, Inc. | ) | |
| CAR 000 278 176 | ) | |
| | ) | CONSENT AGREEMENT AND |
| | ) | FINAL ORDER PURSUANT TO |
| Respondent. | ) | 40 C.F.R. SECTIONS 22.13 AND |
| | ) | 22.18 |
| | ) | |

## CONSENT AGREEMENT

### A. PRELIMINARY STATEMENT

1. This is a civil administrative enforcement action instituted pursuant to Section 3008(a)(1) of the Resource Conservation and Recovery Act ("RCRA"), as amended, 42 U.S.C. § 6928(a)(1), and the Consolidated Rules of Practice Governing the Administrative Assessment of Civil Penalties and the Revocation/Termination or Suspension of Permits, as codified at 40 C.F.R. Part 22 ("Consolidated Rules").

2. The Administrator has delegated enforcement authority under Section 3008 of RCRA, 42 U.S.C. § 6928, to the Regional Administrator of the EPA Region 9, who in turn has delegated this authority to the Director of the Enforcement and Compliance Assurance Division, hereinafter, "Complainant."

3. Respondent is Apple Inc., a California corporation ("Respondent").

4. This Consent Agreement and Final Order ("CA/FO"), which contains the elements of a complaint required by 40 C.F.R. § 22.14(a)(1)-(3) and (8), simultaneously commences and concludes this penalty proceeding, as authorized by 40 C.F.R. §§ 22.13(b) and 22.18(b)(2) and (3).

5. Complainant and Respondent agree that settling this action without the filing of a complaint or the adjudication of any issue of fact or law is in their respective interest and in the public interest.

In the Matter of Apple, Inc.
Consent Agreement and Final Order

6.  Notice of this action has been given to the State of California pursuant to Section 3008(a)(2) of RCRA, 42, U.S.C. § 6928(a)(2).

**B.  PARTIES BOUND**

7.  This CA/FO shall apply to and be binding on Respondent, Respondent's officers, directors, partners, agents, employees, contractors, successors and assigns. Action or inaction of any persons, firms, contractors, employees, agents, or corporations acting under, through, or for Respondent shall not excuse any failure of Respondent to fully perform its obligations under this CA/FO. Changes in ownership, real property interest, or transfer of personal assets shall not alter Respondent's obligations under this CA/FO.

**C.  STATUTORY AND REGULATORY FRAMEWORK**

8.  Subtitle C of RCRA requires the EPA Administrator to promulgate regulations establishing a hazardous waste management program. Section 3006 of RCRA, 42 U.S.C. § 6926, provides, *inter alia*, that authorized state hazardous waste management programs are carried out under Subtitle C of RCRA. Therefore, a violation of any requirement of a law under an authorized state hazardous waste program is a violation of a requirement of Subtitle C of RCRA.

9.  The State of California received authorization to administer the hazardous waste management program in lieu of the federal program pursuant to Section 3006 of RCRA, 42 U.S.C. § 6926, and 40 C.F.R. Part 271, on or about August 1, 1992. This authorization was updated on September 26, 2001 (*see* 66 FR 49118, September 26, 2001), on October 7, 2011 (*see* 76 FR 62303, October 7, 2011), and again on January 14, 2020 (*see* 85 FR 2038, as corrected [*see* 86 FR 29207, June 1, 2021]). The authorized hazardous waste program is established pursuant to the Hazardous Waste Control Law, Chapter 6.5 of Division 20 of the California Health and Safety Code, and the regulations promulgated thereunder at Title 22, Division 4.5 of the California Code of Regulations, 22 C.C.R. §§ 66001 *et seq*. The State is authorized for all the hazardous waste management regulations referenced in this CA/FO.[1]

10. A violation of the State of California's authorized hazardous waste program, found at Health & Safety Code § 25100 *et seq.*, constitutes a violation of Subtitle C of RCRA and, therefore, a person who violates California's authorized hazardous waste program is subject to the powers vested in the EPA Administrator by Section 3008 of RCRA, 42 U.S.C. § 6928.

---

1. All citations to the "C.C.R." refer to Division 4.5 of Title 22 of the current California Code of Regulations. EPA is enforcing California hazardous waste management program requirements as approved and authorized by the United States. As a convenience, corresponding Federal citations are provided in brackets.

2

In the Matter of Apple, Inc.
Consent Agreement and Final Order

11. Section 3008 of RCRA, 42 U.S.C. § 6928, authorizes the EPA Administrator to issue orders assessing a civil penalty and/or requiring compliance immediately or within a specified time for violation of any requirement of Subtitle C of RCRA, Section 3001 of RCRA et seq., 42 U.S.C. § 6921 *et seq*.

## D.      GENERAL ALLEGATIONS

12. In or about June 2023, EPA received a report of potential regulatory violations ("Tip and Complaint") at Respondent's facility located at 3250 Scott Boulevard, Santa Clara, California, EPA ID CAR 000 278 176 (the "Facility").

13. On August 17-18, 2023, and on January 16, 2024, EPA conducted inspections at the Facility. EPA informed Respondent that the EPA inspection was related to a Tip and Complaint from the public. During the August 17, 2023 inspection, EPA was accompanied by a representative of the Santa Clara Fire Department (the local Certified Unified Program Agency under California's hazardous waste program). During the August 18, 2023 inspection, both an EPA RCRA inspector and an EPA risk management program representative were onsite at the Facility.

14. During and after each inspection, EPA requested additional information from the Facility. Respondent provided responses to these inspection-related information requests from EPA.

15. On April 30, 2024, EPA sent Respondent a Notice of Violation and Request for Information pursuant to Section 3007(a) of RCRA, 42 U.S.C. § 6927(a).

16. On April 30, 2024, EPA sent Respondent a Compliance Evaluation Inspection Report containing findings, observations, and areas of concern from EPA's inspections and also identifying potential violations.

17. On November 6, 2024, EPA sent Respondent a second Request for Information pursuant to Section 3007(a) of RCRA, 42 U.S.C. § 6927(a).

18. Respondent provided responses to the Notice of Violation and to each Request for Information. Respondent also undertook compliance actions to address and resolve regulatory issues identified by EPA during the inspections and in related communications to Respondent, including areas of concern and potential violations.

19. On June 26, 2025, EPA sent Respondent a Notice of Potential Enforcement pursuant to Section 3008(a) of RCRA, 42 U.S.C. § 6928(a).

20. Based upon the factual findings EPA made during the inspections that were initiated following review of the Tip and Complaint, and additional information obtained in connection with and subsequent to the inspections, EPA has determined that

3

In the Matter of Apple, Inc.
Consent Agreement and Final Order

Respondent violated California Health & Safety Code § 25100 *et seq*. and the regulations adopted pursuant thereto, as approved and authorized by the United States.

21.  Because Respondent has undertaken compliance actions to address and resolve regulatory issues identified by EPA during the inspections and in related communications to Respondent, including the issues described specifically in the Counts below, EPA is not requiring additional compliance actions in this CA/FO.

22. Respondent is a "person" as defined in 22 C.C.R. § 66260.10 [40 C.F.R. § 260.10].

23. Respondent is the "owner" and/or "operator" of a facility as defined in 22 C.C.R. § 66260.10 [40 C.F.R. § 260.10].

24. Respondent is a "generator" of hazardous waste as defined in 22 C.C.R. § 66260.10 [40 C.F.R. § 260.10].

25. Respondent is or has been engaged in "treatment," "storage," and/or "disposal" of "hazardous waste" as defined in 22 C.C.R. §§ 66260.10 and 66261.3 [40 C.F.R. §§ 260.10 and 261.3].

26. At the Facility, Respondent generates and accumulates, or has generated and accumulated, "hazardous waste" as defined in California Health & Safety Code § 25117, and 22 C.C.R. §§ 66260.10 and 66261.3 [*see also* RCRA § 1004(5), and 40 C.F.R. §§ 260.10 and 261.3]. These hazardous wastes include but are not limited to the following hazardous waste codes: D001, D002, D003, D004, D011, D035, F003 and F005.

27. At the time of the Inspection, Respondent did not apply for or have a permit or grant of interim status to store hazardous waste under 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1].

28. At the time of the Inspection and at all times relevant to this CA/FO, Respondent has generated over 1,000 kg of hazardous waste per calendar month, and is therefore considered a Large Quantity Generator pursuant to 22 C.C.R. § 66262.13 [40 C.F.R. § 262.13].

<u>Count I</u>
**Failure to make an accurate waste determination**

29. Paragraphs 1 through 28 above are incorporated herein by reference.

30. 22 C.C.R. § 66262.11 [40 C.F.R. § 262.11] requires a person who generates a waste, as defined by 22 C.C.R. § 66261.2, to determine if that waste is a hazardous waste. Pursuant to 22 C.C.R. §§ 66262.11(a)-(b), to make such a determination, the generator shall first determine if the waste is excluded from regulation under 22 C.C.R. § 66261.4

4

In the Matter of Apple, Inc.
Consent Agreement and Final Order

or Section 25143.2 of the California Health and Safety Code, and shall then determine if the waste is listed as a hazardous waste in Title 22, Division 4.5, Chapter 11, Article 4 of the California Code of Regulations, 22 C.C.R. §§ 66261.30-66261.50. The generator is then required to determine whether the waste exhibits any of the characteristics set forth in Title 22, Division 4.5, Chapter 11, Article 3 of the California Code of Regulations, 22 C.C.R. §§ 66261.20-66261.24.

31. During the inspection EPA observed six 1-gallon containers of corrosive waste and three small containers of unknown waste that were not marked as hazardous waste or dated, though they were subsequently determined to be hazardous waste. In addition, EPA inspectors observed that the contents of the 1700-gallon solvent waste tank were being managed as Non-RCRA Hazardous Waste Liquid (CA-133 waste).  Certain solvents utilized in Respondent's process are characteristic for ignitability (D001 waste) and/or corrosivity (D002 waste) when spent.

32. Respondent subsequently updated its characterization and management of the spent solvent waste stream to comply with RCRA requirements.

33.  EPA alleges that by failing to determine if these wastes were hazardous wastes in accordance with 22 C.C.R. §§ 66261.20-24, Respondent failed to make an accurate hazardous waste determination in violation of 22 C.C.R. § 66262.11 [40 C.F.R. § 262.11].

## Count II
### Failure to determine land disposal restriction requirements and provide written notification of determination

34. Paragraphs 1 through 28 above are incorporated herein by reference.

35. 22 C.C.R. § 66268.7(a) [40 C.F.R. § 268.7(a)] requires a generator of hazardous waste to determine if waste has to be treated before it can be land disposed, to certify that the waste has been examined and that an appropriate Land Disposal Restriction (LDR) determination has been made, to notify an off-site facility receiving waste of the appropriate LDR determination, and to maintain on-site any records relied upon to make an appropriate LDR determination.  Alternatively, the generator may choose not to make the determination of whether the waste requires treatment, in which case the generator must notify the receiving facility of the applicable hazardous waste codes and direct the facility to make the appropriate determination, and place a copy of the notification in the generator's file.

36. During the inspection and attendant records review EPA observed that on 105 days between June 29, 2022, and March 1, 2024, Respondent shipped hazardous waste from the solvent waste tank offsite for treatment or disposal under the waste code CA-133 (California-only hazardous waste – water with solvents), and without an accompanying RCRA hazardous waste code. Respondent did not notify the off-site receiving facility of

5

In the Matter of Apple, Inc.
Consent Agreement and Final Order

the LDR determination for this waste stream (with appropriate records) nor direct the receiving facility to make such determination.

37. Respondent subsequently updated its characterization and management of the spent solvent waste stream to comply with RCRA requirements.

38. EPA alleges that by failing to determine whether hazardous waste from the solvent waste tank met LDR standards (with appropriate records and notification to the receiving facility) or to direct the receiving facility to make such a determination (with identification of applicable RCRA hazardous waste codes), Respondent violated 22 C.C.R. § 66268.7(a) [40 C.F.R. § 268.7(a)].

## Count III
### Accumulation of hazardous waste over 90 days in central accumulation area

39. Paragraphs 1 through 28 above are incorporated herein by reference.

40. 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1] requires that, with certain exceptions, owners and operators must have interim status or obtain a permit for treatment, storage, or disposal of hazardous waste.

41. 22 C.C.R. § 66262.17(a) [40 C.F.R. § 262.17(a)] exempts generators of hazardous waste from the permit requirements of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1] and allows generators to accumulate hazardous waste on-site for up to ninety days provided that they meet certain conditions.

42. During the inspection EPA observed one 5-gallon waste container containing D002 waste that had been stored at the Facility for more than ninety days. The container was stored on-site from March 2, 2023, until August 17, 2023, when it was sent off-site for disposal.

43. Where a generator fails to comply with the conditional requirements for the permit exemption, it is operating a hazardous waste management facility without a permit in violation of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1]. Therefore, EPA alleges that Respondent operated without a permit for storage of hazardous waste in violation of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1] due to failure to meet the condition for exemption in 22 C.C.R. § 66262.17(a) [40 C.F.R. § 262.17(a)] limiting hazardous waste accumulation time to 90 days.

## Count IV
### Failure to determine applicability of air emission standards for tanks and to control air emissions from the Solvent Waste Lift Station tank

44. Paragraphs 1 through 28 above are incorporated herein by reference.

6

In the Matter of Apple, Inc.
Consent Agreement and Final Order

45. 22 C.C.R. § 66265.1085(b) [40 C.F.R. § 265.1085(b)] states that the owner or operator of a tank subject to Subpart CC shall control air pollutant emissions from each tank, and 22 C.C.R. § 66265.1085(c) [40 C.F.R. § 265.1085(c)] describes the requirements for Tank Level 1 controls, including that each opening on a fixed roof be either equipped with a closure device or connected by a closed-vent system that is vented to a control device.

46. During the inspection and attendant document review, EPA determined that the solvent waste lift station tank is a "tank" within the meaning of 22 C.C.R. § 66260.10 [40 C.F.R. § 260.10].

47. During the inspection and attendant document review, EPA observed that piping from the solvent waste lift station tank that may contain solvent exhaust was connected to the general exhaust system, which vents directly to the atmosphere.

48. In response to EPA's observations, Respondent subsequently installed a conservation pressure/vacuum breather vent to serve as a closure device on the solvent waste lift station tank.

49. EPA alleges that Respondent violated 22 C.C.R. § 66265.1085(b) [40 C.F.R. § 265.1085(b)] by failing to route emissions from the solvent waste lift station tank to an appropriate control device.

<u>**Count V**</u>
**Failure to label containers as to their contents and with dates clearly visible for inspection**

50. Paragraphs 1 through 28 and 40 above are incorporated herein by reference.

51. 22 C.C.R. § 66262.17(a)(5)(A) [40 C.F.R. § 262.17(a)(5)(i)] exempts generators of hazardous waste from the permit requirements of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1] and allows generators to accumulate hazardous waste on-site for up to 90 days provided that they meet certain conditions, including that that waste is accumulated in containers that are labelled and clearly marked for visual inspection with: the words "Hazardous Waste;" the composition and physical state of the wastes; an indication of the hazards of the contents; and the date upon which the period of accumulation began.

52. During the August 17, 2023 inspection EPA documented two 5-gallon containers of corrosive (D002) waste in Respondent's central accumulation area that were not labelled or dated, and eleven 5-gallon containers of corrosive (D002) waste with labels that were not clearly visible for inspection. During the January 16, 2024 inspection, EPA documented three 5-gallon containers of corrosive (D002) waste in Respondent's central accumulation area and eight 5-gallon containers of ignitable (D001) waste with labels that were not clearly visible for inspection.

7

In the Matter of Apple, Inc.
Consent Agreement and Final Order

53. Where a generator fails to comply with the conditional requirements for the permit exemption, it is operating a hazardous waste management facility without a permit in violation of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1]. Therefore, EPA alleges that Respondent operated without a permit for storage of hazardous waste in violation of 22 C.C.R. § 66270.1 [40 C.F.R. § 270.1] due to failure to meet the condition for exemption in 22 C.C.R. § 66262.17(a)(5)(A) [40 C.F.R. § 262.17(a)(5)(i)] relating to labelling of hazardous waste storage containers.

## Count VI
### Failure to follow container management standards for central accumulation area

54. Paragraphs 1 through 28 above are incorporated herein by reference.

55. 22 C.C.R. § 66265.173(a) [40 C.F.R. § 265.173(a)] states that a container holding hazardous waste shall always be closed during accumulation, except when it is necessary to add or remove waste.

56. During the inspection, EPA observed one 55-gallon container marked as corrosive liquid (D002) that was open in Respondent's central accumulation area.

57. EPA alleges that Respondent violated 22 C.C.R. § 66265.173(a) [40 C.F.R. § 265.173(a)] by failing to follow container management standards, specifically, with respect to the one 55-gallon container that was open, to maintain containers closed, in the central accumulation area.

## Count VII
### Failure to perform and document daily inspections of hazardous waste tank

58. Paragraphs 1 through 28 above are incorporated herein by reference.

59. 22 C.C.R. § 66265.195 [40 C.F.R. § 265.195] requires the owner or operator of a tank system to inspect at least once each operating day and to document in the operating record that specific items enumerated in the regulation have been inspected.

60. During the inspection and attendant record review, EPA determined that Respondent failed to perform and document daily inspections on its solvent waste lift station tank, and failed to perform and document inspections of its solvent waste tank on weekends and holidays when there was hazardous waste being stored in the tanks.

61. EPA alleges that Respondent violated 22 C.C.R. § 66265.195 [40 C.F.R. § 265.195] by failing to perform daily inspections of the solvent waste lift station tank and solvent waste tank.

8

In the Matter of Apple, Inc.
Consent Agreement and Final Order

**E.    CIVIL PENALTY**

62. Respondent agrees to pay a civil penalty in the amount of TWO HUNDRED SIXTY-ONE THOUSAND TWO HUNDRED EIGHTY-THREE DOLLARS ($261,283) ("Assessed Penalty") within thirty (30) calendar days of the Effective Date of this CA/FO. The Effective Date of this CA/FO as defined in Section K, below, is the date the Final Order, signed by the Regional Judicial Officer, is filed with the Regional Hearing Clerk.

63. Respondent shall pay the Assessed Penalty and any interest, fees, and other charges due using any method, or combination of appropriate methods, as provided on the EPA website: https://www.epa.gov/financial/makepayment. For additional instructions see: https://www.epa.gov/financial/additional-instructions-making-payments-epa.

64. When making a payment, Respondent shall**:**

   a. Identify every payment with Respondent's name and the docket number of this Agreement, RCRA-09-2026-0006.

   b. Concurrently with any payment or within 24 hours of any payment, Respondent shall serve proof of such payment to the following persons via electronic mail:

   **Regional Hearing Clerk**
   U.S. Environmental Protection Agency, **Region 9**
   R9HearingClerk@epa.gov

   Christopher Rollins
   Enforcement and Compliance Assurance Division
   U.S. Environmental Protection Agency - Region 9
   rollins.christopher@epa.gov

   and

   U.S. Environmental Protection Agency
   Cincinnati Finance Center
   CINWD_AcctsReceivable@epa.gov

   "Proof of payment" means, as applicable, a copy of the check, confirmation of credit card or debit card payment, or confirmation of wire or automated clearinghouse transfer, and any other information required to demonstrate that payment has been made according to EPA requirements, in the amount due, and identified with the appropriate docket number and Respondent's name.

65. Interest, Charges, and Penalties on Late Payments. Pursuant to 31 U.S.C. § 3717, 31 C.F.R. § 901.9, and 40 C.F.R. § 13.11, if Respondent fails to timely pay the full amount of

In the Matter of Apple, Inc.
Consent Agreement and Final Order

the Assessed Penalty per this Agreement, EPA is authorized to recover, in addition to the amount of the unpaid Assessed Penalty, the following amounts.

   a. Interest. Interest begins to accrue from the Filing Date. If the Assessed Penalty is paid in full within thirty (30) days, interest accrued is waived. If the Assessed Penalty is not paid in full within thirty (30) days, interest will continue to accrue until any unpaid portion of the Assessed Penalty as well as any interest, penalties, and other charges are paid in full. To protect the interests of the United States the rate of interest is set at the IRS large corporate underpayment rate, any lower rate would fail to provide Respondent adequate incentive for timely payment.

   b. Handling Charges. Respondent will be assessed monthly a charge to cover EPA's costs of processing and handling overdue debts. If Respondent fails to pay the Assessed Penalty in accordance with this Agreement, EPA will assess a charge to cover the costs of handling any unpaid amounts for the first thirty (30) day period after the Filing Date. Additional handling charges will be assessed every thirty (30) days, or any portion thereof, until the unpaid portion of the Assessed Penalty as well as any accrued interest, penalties, and other charges are paid in full.

   c. Late Payment Penalty. A late payment penalty of six percent (6%) per annum, will be assessed monthly on all debts, including any unpaid portion of the Assessed Penalty, interest, penalties, and other charges, that remain delinquent more than ninety (90) days. Any such amounts will accrue from the Filing Date.

66. Late Penalty Actions. In addition to the amounts described in the prior Paragraph, if Respondent fails to timely pay any portion of the Assessed Penalty, interest, or other charges and penalties per this Agreement, EPA may take additional actions. Such actions EPA may take include, but are not limited to, the following.

   a. Refer the debt to a credit reporting agency or a collection agency, per 40 C.F.R. §§ 13.13 and 13.14.

   b. Collect the debt by administrative offset (i.e., the withholding of money payable by the United States government to, or held by the United States government for, a person to satisfy the debt the person owes the United States government), which includes, but is not limited to, referral to the Internal Revenue Service for offset against income tax refunds, per 40 C.F.R. Part 13, Subparts C and H.

   c. Suspend or revoke Respondent's licenses or other privileges, or suspend or disqualify Respondent from doing business with EPA or engaging in programs EPA sponsors or funds, per 40 C.F.R. § 13.17.

10

In the Matter of Apple, Inc.
Consent Agreement and Final Order

    d.  Refer this matter to the United States Department of Justice for litigation and collection, per 40 C.F.R. § 13.33.

67. <u>Allocation of Payments.</u> Pursuant to 31 C.F.R. § 901.9(f) and 40 C.F.R. § 13.11(d), a partial payment of debt will be applied first to outstanding handling charges, second to late penalty charges, third to accrued interest, and last to the principal that is the outstanding Assessed Penalty amount.

68. <u>Tax Treatment of Penalties.</u> Penalties, interest, and other charges paid pursuant to this Agreement shall not be deductible for purposes of federal taxes.

## F.    ADMISSIONS AND WAIVERS OF RIGHTS

69. In accordance with 40 C.F.R. § 22.18(b), for the purpose of this proceeding, Respondent:

    a.  admits the jurisdictional allegations of this CA/FO;

    b.  neither admits nor denies specific factual allegations contained in this CA/FO;

    c.  consents to the assessment of any stated civil penalty, to the issuance of any specified compliance or corrective action order, and to any conditions specified in this CA/FO; and

    d.  waives any right to contest the allegations and its right to appeal the proposed final order accompanying this consent agreement.

70. By signing this Consent Agreement, Respondent waives any rights or defenses that Respondent has or may have for this matter to be resolved in federal court, including but not limited to any right to a jury trial, and waives any right to challenge the lawfulness of the final order accompanying the consent agreement.

## G.    CERTIFICATION OF COMPLIANCE

71. In executing this CA/FO, Respondent certifies under penalty of law to EPA that it has taken steps necessary to comply with RCRA, 42 U.S.C. § 6901 *et seq.*, and its implementing regulations for the specific violations at the Facility alleged in this CA/FO.

72. This certification is made to the best of Respondent's knowledge and belief formed after reasonable inquiry of individuals immediately responsible for compliance at the Facility.

## H.    DELAY IN PERFORMANCE/STIPULATED PENALTIES

73. In the event Respondent fails to meet any requirement set forth in this CA/FO, Respondent shall pay stipulated penalties as follows: FIVE HUNDRED DOLLARS ($500)

11

In the Matter of Apple, Inc.
Consent Agreement and Final Order

per day for the first to fifteenth day of delay, ONE THOUSAND DOLLARS ($1,000) per day for the sixteenth to thirtieth day of delay, and FIVE THOUSAND DOLLARS ($5,000) per day for each day of delay thereafter. For the purposes of this Section, Respondent's obligation to meet any and all requirements set for this in this CA/FO shall include completion of any and all activities required under this CA/FO in a manner acceptable to EPA and within the specified time schedules in and approved under this CA/FO.

74. Nothing herein shall prevent the simultaneous accrual of separate penalties for separate violations.

75. Stipulated penalties shall begin to accrue on the day after performance is due and shall continue to accrue through the final day until performance is complete. All stipulated penalties owed to EPA shall be due within thirty (30) days of receipt by Respondent of a notification of noncompliance. Such notification shall describe the noncompliance and shall indicate the amount of penalties due.

76. In addition to any stipulated penalties assessed, interest and penalties shall accrue in accordance with 40 C.F.R. § 13.11.

77. Payment of stipulated penalties shall be made in accordance with the procedure set forth for payment of penalties in Section E of this CA/FO.

78. The payment of stipulated penalties specified in this Section shall not be deducted by Respondent or any other person or entity for federal taxation purposes.

79. Notwithstanding any other provision of this Section, EPA may, in its unreviewable discretion, waive any portion of stipulated penalties that have accrued pursuant to this CA/FO.

I. **RESERVATION OF RIGHTS**

80. In accordance with 40 C.F.R. § 22.18(c), full compliance with this CA/FO shall only resolve Respondent's liability for federal civil penalties for the violations specifically alleged herein and does not in any case affect the right of the EPA to pursue appropriate injunctive or other equitable relief or criminal sanctions for any violations of law.

81. This CA/FO is not a permit or modification of any existing permit issued pursuant to any federal, state, or local laws or regulations. This CA/FO shall in no way relieve or affect Respondent's obligations under any applicable federal, state or local laws, regulations, or permits.

82. Nothing in this CA/FO shall be construed to limit the authority of the EPA to take enforcement action against Respondent for any future violations of RCRA and the

12

In the Matter of Apple, Inc.
Consent Agreement and Final Order

implementing regulations, including the authorized California hazardous waste program, and to enforce the terms and conditions of this CA/FO.

83. Respondent reserves any and all rights to dispute the merits of, and to contest or otherwise challenge, the factual and legal allegations contained in this CA/FO in any proceeding unrelated to the implementation of this CA/FO initiated by EPA, and this CA/FO shall not be construed to limit any of Respondent's rights or defenses in any proceeding unrelated to implementation of this CA/FO initiated by EPA.

## J.    MISCELLANEOUS

84. This CA/FO can be signed in counterparts.

85. The headings in this CA/FO are for convenience of reference only and shall not affect interpretation of this CA/FO.

86. Each party to this action shall bear its own costs and attorneys' fees.

87. EPA and Respondent consent to entry of this CA/FO without further notice.

88. By signing this CA/FO, Respondent acknowledges that this CA/FO will be available to the public and agrees that this CA/FO does not contain any confidential business information or personally identifiable information.

89. Pursuant to 26 U.S.C. § 6050X and 26 C.F.R. § 1.6050X-1, EPA is required to send to the Internal Revenue Service ("IRS") annually, a completed IRS Form 1098-F ("Fines, Penalties, and Other Amounts") with respect to any court order or settlement agreement (including administrative settlements), that require a payor to pay an aggregate amount that EPA reasonably believes will be equal to, or in excess of, $50,000 for the payor's violation of any law or the investigation or inquiry into the payor's potential violation of any law, including amounts paid for "restitution or remediation of property" or to come "into compliance with a law." EPA is further required to furnish a written statement, which provides the same information provided to the IRS, to each payor (i.e., a copy of IRS Form 1098-F). Failure to comply with providing IRS Form W-9 or Tax Identification Number ("TIN"), as described below, may subject Respondent to a penalty, per 26 U.S.C. § 6723, 26 U.S.C. § 6724(d)(3), and 26 C.F.R. § 301.6723-1. To provide EPA with sufficient information to enable it to fulfill these obligations, Respondent shall complete the following actions as applicable:

   a. Respondent shall complete an IRS Form W-9 ("Request for Taxpayer Identification Number and Certification"), which is available at https://www.irs.gov/pub/irs-pdf/fw9.pdf;

13

In the Matter of Apple, Inc.
Consent Agreement and Final Order

b. Respondent shall therein certify that its completed IRS Form W-9 includes Respondent's correct TIN or that Respondent has applied and is waiting for issuance of a TIN;

c. Respondent shall email its completed Form W-9 to Jessica Chalifoux in EPA's Cincinnati Finance Department at chalifoux.jessica@epa.gov, on or before the date the Respondent's penalty payment is due, pursuant to Paragraph 65, or within 7 days should the order become effective between December 15 and December 31 of the calendar year. EPA recommends encrypting IRS Form W-9 email correspondence; and

d. In the event that Respondent has certified in its completed IRS Form W-9 that it does not yet have a TIN but has applied for a TIN, Respondent shall provide EPA's Cincinnati Finance Division with Respondent's TIN, via email, within five (5) days of Respondent's receipt of a TIN issued by the IRS.

## K. EFFECTIVE DATE

90. In accordance with 40 C.F.R. §§ 22.18(b)(3) and 22.31(b), the effective date of this CA/FO (Effective Date) shall be the date that the Final Order contained in this CA/FO, having been approved and issued by the Regional Judicial Officer, is filed with the Regional Hearing Clerk.

IT IS SO AGREED.

14

In the Matter of Apple, Inc.
Consent Agreement and Final Order

FOR RESPONDENT, APPLE INC.:

10/23/2025

**Date**

Elizabeth Schmidt
Director of Environment, Health and Safety
Apple Inc.

15

In the Matter of Apple, Inc.
Consent Agreement and Final Order

FOR COMPLAINANT, U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION IX:

AMY MILLER-BOWEN

Digitally signed by AMY
MILLER-BOWEN
Date: 2025.10.27 09:27:12
-07'00'

Amy C. Miller-Bowen, Director
Enforcement and Compliance Assurance Division
U.S. Environmental Protection Agency, Region IX

16

In the Matter of Apple, Inc.
Consent Agreement and Final Order

## **FINAL ORDER**

IT IS HEREBY ORDERED that this Consent Agreement and Final Order pursuant to 40 C.F.R. Sections 22.13 and 22.18 (U.S. EPA Docket No. RCRA-09-2026-0006 be entered and that Respondent pay a civil penalty of TWO HUNDRED SIXTY-ONE THOUSAND TWO HUNDRED EIGHTY-THREE DOLLARS ($261,283), due within thirty (30) days from the Effective Date of this Consent Agreement and Final Order, in accordance with all terms and conditions of this Consent Agreement and Final Order.

This Final Order shall be effective upon filing by the Regional Hearing Clerk.

Beatrice Wong

Digitally signed by Beatrice Wong
Date: 2025.10.27
14:43:39 -07'00'

Beatrice Wong
Regional Judicial Officer
United States Environmental Protection Agency,
Region IX

17

## CERTIFICATE OF SERVICE

I certify that the original of the fully executed Consent Agreement and Final Order in the matter of Apple, Inc. (Docket No. RCRA-09-2026-0006) was filed with Regional Hearing Clerk, U.S. EPA, Region IX, 75 Hawthorne Street, San Francisco, CA 94105, and that a true and correct copy of the same was served on the parties, via electronic mail, as indicated below:


**RESPONDENT:**           Elizabeth Schmidt
                          Director of Environment, Health and Safety
                          1 Apple Park Way, M/S 319 EHS
                          Cupertino, CA 95014
                          Eschmidt@apple.com


**COMPLAINANT:**          Tessa Allen
                          Assistant Regional Counsel
                          U.S. EPA – Region IX
                          Hazardous Waste Section II (ORC-3-2)
                          75 Hawthorne Street
                          San Francisco, CA 94105
                          Allen.Tessa@epa.gov


Tu, Ponly
Digitally signed by Tu, Ponly
Date: 2025.10.27 14:46:46 -07'00'

Ponly Tu
Regional Hearing Clerk
Office of Regional Counsel, Region IX


cc (via email):
Tara Frost, U.S. EPA, Frost.Tara@epa.gov
Christopher Rollins, U.S. EPA, Rollins.Christopher@epa.gov
Augustus Winkes, Beveridge & Diamond PC, Awinkes@bdlaw
Aaron Goldberg, Beveridge & Diamond PC, Agoldberg@bdlaw.com

**From:** Rollins, Christopher
**To:** Dorrance, Lydia
**Cc:** Sakow, Rick
**Subject:** Proposed RCRA Inspection - Apple, Inc.
**Date:** Tuesday, August 1, 2023 8:43:00 AM
**Attachments:** Apple CERS 0.pdf
Apple CERS 1.pdf

Lydia,

Are you available either August 16 - 17, 2023 or August 23 - 24, 2023 to conduct a RCRA hazardous waste inspection at the Apple, Inc. facility located at 3250 Scott Blvd in Santa Clara Ave, CA 95054 (EPA ID Numbers CAR000278176 and CAT000623983)? I am considering a two day inspection for this local trip, but may expand it to three days depending on what we find.

This inspection is based on a Tip and Complaint received by Ashely Gjovik who formerly worked for the facility and was potentially exposed to air emissions from this location. I have included information from CERS regarding the location, contacts and when it was previously inspected by the CUPA.

I plan to create a folder with all of the Inspection prep information included. But first wanted to see if you are available. If there are any questions, please let me know.

c

Christopher Rollins
U.S. Environmental Protection Agency
75 Hawthorne Street (ENF-2-2)
San Francisco, CA 94105
Phone:  (415) 947-4166
Fax: (415) 947-3579
rollins.christopher@epa.gov

≡  San Francisco Chronicle    Subscribe    Sign in

**Trending:** John Beam update | S.F. crash | S.F. housing complex | Storm forecast | Redistricting | New h

TECH

# Apple settles with EPA after whistleblower tip on toxic waste dumping in California

By **Aidin Vaziri** , Staff Writer

Nov 18, 2025

   



🎧 Listen Now: **Apple settles with EPA after whistleblower tip on t**      1x      2:09      ⅲ Everlit

Federal regulators say Apple violated hazardous waste laws at one of its Silicon Valley facilities, leading to a settlement after inspections revealed lapses in handling and storage practices.

The U.S. Environmental Protection Agency said Tuesday that the tech giant's Santa Clara site failed to properly identify, store and label hazardous waste, among other violations of the Resource Conservation and Recovery Act.

Apple agreed to pay a $261,283 penalty and has since come into compliance, the EPA said.

Inspections were conducted in August 2023 and January 2024 after the agency received a tip from the public.

"Hazardous waste regulations serve as critical safeguards for facility workers, communities, and the environment," Amy Miller, director of the EPA's Pacific Southwest Enforcement and Compliance Assurance Division, said in a statement. "EPA's actions will protect human health and the environment in the community of Santa Clara from the risk of hazardous waste."

According to the EPA, Apple's violations included failing to maintain a permit to store hazardous waste for more than 90 days, to control air emissions from a solvent waste tank and to perform daily inspections of waste containers.

The agency said Apple has since corrected the problems by improving waste management, labeling procedures and emissions controls.

The EPA said its inspections were prompted by a "tip and complaint from the public."

The inspections followed a June 2023 complaint from former Apple employee Ashley Gjøvik, who said she alerted regulators after observing chemical emissions venting into the air from an Apple facility near her Santa Clara home, where she said she had become sick from the fumes.

The case adds to Apple's history of environmental enforcement in California.

In 2016, the company agreed to pay penalties and increase inspections after state regulators found hazardous waste violations at facilities in Sunnyvale and Cupertino.

Nov 18, 2025

 **Aidin Vaziri**
STAFF WRITER

  

Aidin Vaziri is a staff writer at The San Francisco Chronicle.

Case 5:25-cv-07366-PCP    Document 108-44    Filed 10/08/25    Page 26 of 163



Boston 🌦️ 48°F    ⚙️    Sign in

🔍 Search the web

**SFGATE**    SFGATE    + Follow                    27.1K Followers    ↗

# Apple slapped with $261K fine over controversial Bay Area industrial site

Story by Stephen Council • 18h • ⏱ 4 min read



⌐ Apple's facility at 3250 Scott Boulevard, in Santa Clara, California, is shown at the center of this satellite image, across the road from apartment buildings. (Courtesy of Google Maps)

The Environmental Protection Agency slapped Apple with a $261,000 fine last week, accusing the tech giant of mishandling waste at a controversial facility located next to a cluster of Santa Clara apartments.

© 2025 Microsoft    Your Privacy Choices ☑️❌    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise    • • •    🔧 Feedback

The EPA's order, filed on Oct. 27, said that inspections at the Apple site in 2023 and 2024 revealed violations to California's Health & Safety Code. The issues mostly relate to waste labeling and storage, but Apple is also accused of leaving a waste exhaust vent without a control device, instead connecting it to the general exhaust system that vents straight into the open air.

An Apple executive has signed the EPA's order, agreeing that the Cupertino company will pay the penalty and fix the issues that the EPA inspectors found. In a statement to SFGATE, Apple spokesperson Sean Redding described the violations as "compliance issues" related to "labeling, documentation and management of a conveyance system."

"The issues posed no risks to the environment and were quickly resolved, and we remain deeply committed to protecting the environment everywhere we operate," Redding wrote.

The building, at 3250 Scott Blvd., is a semiconductor fabrication site - to its south and west lie a few data centers, another manufacturing site and several offices, while north and east are a cluster of large apartment buildings. About two miles southwest are the runways of San Jose Mineta International Airport.

Apple also faces six pending notices of violation from the Bay Area Air Quality Management District for the building. Issued in August and September of last year, they relate to permitting as well as the venting of nitrogen oxides and carbon monoxide.

The pressure from the EPA and BAAQMD stems from tips, part of a spree of complaints about the fab site from former Apple employee Ashley Gjøvik, who moved into one of the adjacent apartments in 2020 only to fall badly ill with indications of chemical poisoning, she told SFGATE. She didn't know what was happening at first, she said, but after she arrived she started suddenly having chest pains, strange rashes, arrhythmia and numbness. She regularly fainted. When she got her blood and urine tested that September, she said, the results showed arsenic, mercury, toluene and xylene.

Gjøvik worked for Apple for six years, from 2015 until her firing in 2021, and has now turned into a thorn in the company's side. She filed a wrongful discharge, retaliation and racketeering lawsuit against Apple in 2023 that has been stymied in court, but the National Labor Relations Board gave her a victory this April with a settlement where Apple agreed not to use its confidentiality agreements to bar workers from discussing wages, hours and working conditions.

The former engineering project manager has accumulated piles of research on the 3250 Scott Blvd. site, filing public records requests and getting spill and leak reports from the Santa Clara City Fire Department. She's published many of her

© 2025 Microsoft    Your Privacy Choices    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise

findings online, sent exhibits to the EPA and shared an ensuing EPA report with the BAAQMD.

She's "delighted" that the EPA followed through on her tip, she said Wednesday, but thinks "there's a lot more work to do."

"This is still the first steps," Gjøvik said. "Because it's good to start getting this stuff documented and some citations on it, but they need to stop that operation in that location. That's the bigger battle."

Apple's Redding did not respond to SFGATE's questions about the notices of violation from the BAAQMD, Gjøvik's pending citizen lawsuit or whether the site is still operating as a semiconductor fabricator.

These days, Gjøvik looks back at her time at Apple with a sense of remorse, and said she feels like she's in an "atoning" period for working at the company she now believes was polluting a residential area and damaging her health.

"I have a ton of regret," she said. "I have a ton of self-criticism. It's one of the reasons that I'm so dedicated to trying to at least abate this harm."

*Work at a Bay Area tech company and want to talk? Contact tech reporter Stephen Council securely at stephen.council@sfgate.com or on Signal at 628-204-5452.*

**BEST OF SFGATE**

**Drew Magary** | I have terrible, terrible news for red America**Travel** | Why everyone in this idyllic Calif. mountain town eats Nepalese food

**Culture** | Tragedy cut Sublime's fame short. Now the singer's son has the mic.

**Travel** | They lived inside Disneyland. Their house is still at the park today.

*Get SFGATE's top stories sent to your inbox by* *signing up for The Daily newsletter here.*

---

# Subscribe

**Sign up for The Daily, SFGate's free newsletter bringing you the best of the Bay Area.**

© 2025 Microsoft   Your Privacy Choices ☑✗   Consumer Health Privacy   Privacy and Cookies   Terms of Use   Advertise

# EXHIBIT COVER PAGE

**Facility Address:** 3250 Scott Blvd Santa Clara, California, 95054

**Property APN:** 216-29-117

**FRS ID:** 110001168254
**RCRA ID:** CAR000278176, CAT000623983
**TRI ID:** 95051NTRSL3250S, 9505WSBXXX325SC
**EIS:** 19490911, 1278911
**SIC:** TRIS 3674 Semiconductors and Related Devices

**Agency**: US Environmental Protection Agency
**Division**: Enforcement and Compliance Assurance
**Branch**: Air, Waste and Chemicals

**Citizen Complaint:** June 11 2023

**Compliance Evaluation Inspections:** August 17 2023 and August 18 2023

**Focused Compliance Inspection:** January 16 2024

**Date of Inspection Report:** April 30 2024

**Date of Notice to Show Cause:** June 26 2025

# COVER PAGE CONT.



*3250 Scott Blvd and surrounding buildings.*

# COPY OF PUBLIC US EPA FRS PAGE 8/31/25

Case 5:25-cv-07360-PCP   Document 102-44   Filed 08/29/25   Page 32 of 163
FRS Facility Detail Report - Envirofacts | US EPA

**Related Topics:**   Envirofacts

FRS

# FRS Facility Detail Report

### MICREL SYNERGY SEMICONDUCTOR

**EPA Registry Id:** 110001168254
3250 SCOTT BOULEVARD
SANTA CLARA, CA 95054



MICREL SYNERGY SEMICONDUCTOR
Latitude:37.37963
Longitude:-121.9717
Collection Method:ADDRESS MATCHING-H
NUMBER
Registry ID:110001168254

**Legend**
★ Selected Facility
■ EPA Facility of Interest
■ State/Tribe
  Facility of Interest

The facility locations displayed come from the FRS Spatial Coordinates tables. They are the best representative locations for the displayed facilities based on the accuracy of the collection method and quality assurance checks performed against each location. The North American Datum of 1983 is used to display all coordinates.

## Facility Registry Service Links:

- Facility Registry Service (FRS) Overview
- FRS Facility Query
- FRS Organization Query
- EZ Query
- FRS Physical Data Model
- FRS Geospatial Model



## Environmental Interests

| Information System | System Facility Name | Information System Id/Report Link | Environmental Interest Type | Data Source | Last Updated Date | Supplemental Environmental Interests: |
|---|---|---|---|---|---|---|
| EMISSION INVENTORY SYSTEM (EIS) | MICREL SYNERGY SEMICONDUCTOR | 1278911 | HAZARDOUS AIR POLLUTANT MAJOR | EIS | 08/26/2021 | |
| RESOURCE CONSERVATION AND RECOVERY ACT INFORMATION SYSTEM | APPLE INC | CAT000623983 | UNSPECIFIED UNIVERSE (N) | RCRAINFO | | |
| BIENNIAL REPORTERS | APPLE INC | CAR000278176 | HAZARDOUS WASTE BIENNIAL REPORTER | RCRAINFO | 12/31/2021 | |
| TOXICS RELEASE INVENTORY SYSTEM | APPLE INC | 95051NTRSL3250S | TRI REPORTER | TRIS | 06/14/2022 | |
| TOXICS RELEASE INVENTORY SYSTEM | APPLE, INC - SB01 | 9505WSBXXX325SC | TRI REPORTER | TRIS | | |
| EMISSION INVENTORY SYSTEM (EIS) | APPLE INC | 19490911 | AIR EMISSIONS CLASSIFICATION UNKNOWN | EIS | 04/01/2025 | |
| BIENNIAL REPORTERS | APPLE INC | CAT000623983 | HAZARDOUS WASTE BIENNIAL REPORTER | RCRAINFO | 12/31/2003 | |
| RESOURCE CONSERVATION AND RECOVERY ACT INFORMATION SYSTEM | APPLE INC | CAR000278176 | LQG (Y) | RCRAINFO | | |

| **Additional EPA Reports:** | MyEnvironment  Enforcement and Compliance  Facility Coordinates Viewer  Watershed Report |
|---|---|

### Standard Industrial Classification Codes (SIC)

| Data Source | SIC Code | Description | Primary |
|---|---|---|---|
| TRIS | 3674 | SEMICONDUCTORS AND RELATED DEVICES | |

### Facility Codes and Flags

| | |
|---|---|
| **EPA Region:** | 09 |
| **Duns Number:** | |
| **Congressional District Number:** | 17 |
| **Legislative District Number:** | |
| **HUC Code/Watershed:** | 18050003 / COYOTE |
| **US Mexico Border Indicator:** | NO |
| **Federal Facility:** | NO |
| **Tribal Land:** | NO |

### Alternative Names

| Alternative Name | Source of Data |
|---|---|
| HARRIS SEMICONDUCTOR | AIRS/AFS |
| SYNERGY SEMICONDUCTOR | RCRAINFO |
| APPLE INC | RCRAINFO |
| HARRIS/INTERSIL INC | TRI REPORTING FORM |

### Organizations

| Affiliation Type | Name | DUNS Number | Information System | Mailing Address |
|---|---|---|---|---|

### National Industry Classification System Codes (NAICS)

| Data Source | NAICS Code | Description | Primary |
|---|---|---|---|
| RCRAINFO | 334111 | ELECTRONIC COMPUTER MANUFACTURING. | |
| RCRAINFO | 334111 | ELECTRONIC COMPUTER MANUFACTURING. | |
| EIS | 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING. | |
| TRIS | 541715 | | |
| EIS | 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING. | |

### Facility Mailing Addresses

| Affiliation Type | Delivery Point | City Name | State | Postal Code | Information System |
|---|---|---|---|---|---|
| MAILING ADDRESS | ONE APPLE PARK WAY | CUPERTINO | CA | 95014 | TRIS |
| OWNER | 1034 HIGHLAND CIRCLE | LOS ALTOS | CA | 94024 | RCRAINFO |
| OWNER | 18 CYPRESS | KENTFIELD | CA | 94904 | RCRAINFO |
| FACILITY MAILING ADDRESS | 1 APPLE PARK WAY, M/S 319 EHS | CUPERTINO | CA | 95014 | RCRAINFO |
| FACILITY MAILING ADDRESS | 10381 ALPINE DRIVE | CUPERTINO | CA | 95014 | RCRAINFO |
| REGULATORY CONTACT | 1 APPLE PARK WAY | CUPERTINO | CA | 95014 | RCRAINFO |

| PARENT COMPANY | APPLE INC | | EIS | |
|---|---|---|---|---|
| OPERATOR | APPLE INC. | | RCRAINFO | |
| OWNER | JENAB FAMILY TRUST | | RCRAINFO | View |
| OWNER | JENAB FAMILY 1997 TRUST | | RCRAINFO | View |

**Contacts**

| Affiliation Type | Full Name | Office Phone | Information System | Mailing Address |
|---|---|---|---|---|
| PUBLIC CONTACT | KEN CLEMENS | 4084505000 | TRIS | |
| REGULATORY CONTACT | TOM HUYNH | 669-276-0136 | RCRAINFO | |

Query executed on: AUG-31-2025

## Additional information for CERCLIS or TRI sites:

*This information resource is not maintained, managed, or owned by the Environmental Protection Agency (EPA) or the Envirofacts Support Team. Neither the EPA nor the Envirofacts Support Team is responsible for their content or site operation. The Envirofacts Warehouse provides this reference only as a convenience to our Internet users.*

- National Library of Medicine (NLM) TOXMAP

**Last updated on September 24, 2015**

**COPY OF PUBLIC US EPA ECHO PAGE 8/31/25**



# Detailed Facility Report

Facility Summary

**MICREL SYNERGY SEMICONDUCTOR**

**3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054**

**FRS (Facility Registry Service) ID:** 110001168254

**EPA Region:** 09

**Latitude:** 37.37963

**Longitude:** -121.9717

**Locational Data Source:** FRS

**Industries:** Computer and Electronic Product Manufacturing

**Indian Country:** N

## Enforcement and Compliance Summary

| Statute | CAA |
|---|---|
| **Compliance Monitoring Activities (5 years)** | -- |
| **Date of Last Compliance Monitoring Activity** | -- |
| **Compliance Status** | -- |
| **Qtrs in Noncompliance (of 12)** | -- |
| **Qtrs with Significant Violation** | -- |
| **Informal Enforcement Actions (5 years)** | -- |
| **Formal Enforcement Actions (5 years)** | -- |
| **Penalties from Formal Enforcement Actions (5 years)** | -- |
| **EPA Cases (5 years)** | -- |
| **Penalties from EPA Cases (5 years)** | -- |

| Statute | RCRA |
|---|---|
| Compliance Monitoring Activities (5 years) | 3 |
| Date of Last Compliance Monitoring Activity | 08/17/2023 |
| Compliance Status | Violation |
| Qtrs in Noncompliance (of 12) | 9 |
| Qtrs with Significant Violation | 0 |
| Informal Enforcement Actions (5 years) | -- |
| Formal Enforcement Actions (5 years) | -- |
| Penalties from Formal Enforcement Actions (5 years) | -- |
| EPA Cases (5 years) | -- |
| Penalties from EPA Cases (5 years) | -- |

## Regulatory Information

**Clean Air Act (CAA):** No Information

**Clean Water Act (CWA):** No Information

**Resource Conservation and Recovery Act (RCRA):** Active LQG, (CAR000278176), Inactive Other, (CAT000623983)

**Safe Drinking Water Act (SDWA):** No Information

Go To Enforcement/Compliance Details

Known Data Problems <https://epa.gov/resources/echo-data/known-data-problems>

## Other Regulatory Reports

**Air Emissions Inventory (EIS):** 1278911, 19490911

**Greenhouse Gas Emissions (eGGRT):** No Information

**Toxic Releases (TRI):** 95051NTRSL3250S

**Compliance and Emissions Data Reporting Interface (CEDRI):** No Information

---

Facility/System Characteristics

## Facility/System Characteristics

| System | Statute | Identifier | Universe | Status | Areas | Permit Expiration Date | Indian Country | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| FRS | | 110001168254 | | | | | N | 37.37963 | -121.9717 |
| EIS | CAA | 1278911 | | | | | N | 37.37912 | -121.97187 |
| EIS | CAA | 19490911 | | | | | N | | |
| TRI | EP313 | 95051NTRSL3250S | Toxics Release Inventory | Last Reported for 2020 | | | N | 37.37963 | -121.9717 |
| RCRAInfo | RCRA | CAR000278176 | LQG | Active (H ) | | | N | 37.379603 | -121.971696 |
| RCRAInfo | RCRA | CAT000623983 | Other | Inactive ( ) | | | N | 37.379596 | -121.971746 |

## Facility Address

| System | Statute | Identifier | Facility Name | Facility Address | Facility County |
|--------|---------|-----------|---------------|------------------|-----------------|
| FRS | | 110001168254 | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| EIS | CAA | 1278911 | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| EIS | CAA | 19490911 | APPLE INC | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| TRI | EP313 | 95051NTRSL3250S | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |
| RCRAInfo | RCRA | CAR000278176 | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |
| RCRAInfo | RCRA | CAT000623983 | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |

## Facility SIC (Standard Industrial Classification) Codes

| System | Identifier | SIC Code | SIC Description |
|--------|-----------|----------|-----------------|
| TRI | 95051NTRSL3250S | 3674 | Semiconductors And Related Devices |

## Facility NAICS (North American Industry Classification System) Codes

| System | Identifier | NAICS Code | NAICS Description |
|--------|-----------|-----------|-------------------|
| EIS | 1278911 | 334413 | Semiconductor and Related Device Manufacturing |
| EIS | 19490911 | 334413 | Semiconductor and Related Device Manufacturing |
| TRI | 95051NTRSL3250S | 334111 | Electronic Computer Manufacturing |
| TRI | 95051NTRSL3250S | 334413 | Semiconductor and Related Device Manufacturing |
| RCRAInfo | CAR000278176 | 541715 | Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology) |
| RCRAInfo | CAT000623983 | 334111 | Electronic Computer Manufacturing |

## Facility Tribe Information

| Reservation Name | Tribe Name | EPA Tribal ID | Distance to Tribe (miles) |
|------------------|-----------|---------------|---------------------------|
| No data records returned | | | |

Enforcement and Compliance

## RCRA (Hazardous Waste (Resource Conservation and Recovery Act ) Compliance Pipeline (Compliance Monitoring → Violations → Enforcement Actions) (10 Years)

*This table shows how violations relate to compliance monitoring (CM) activities and enforcement. Currently available for CAA and RCRA only. Full CM history available below.*

| Compliance Monitoring | | | | Violations | | | | Enforcement Actions | | | |
| Source ID | Compliance Monitoring Type | Compliance Monitoring Agency | Compliance Monitoring Date | Violation Type | Violation Agency | Violation Determined Date | Return to Compliance Date | Enforcement Type | Enforcement Action Date | Penalty Assessed | Comp Action Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *CAR000278176* | *Focused Compliance Inspection* | *EPA* | *01/16/2024* | 262.A: Generators - General | EPA | 01/16/2024 | Open | Inspection Report Written | 04/30/2024 | -- | -- |
| | | | | 262.B: Generators - Manifest | EPA | 01/16/2024 | Open | | | | |
| | | | | 265.BB: TSD IS-Air Emission Standards - Equipment Leaks | EPA | 01/16/2024 | Open | | | | |
| | | | | 265.CC: TSD IS-Air Emission Standards - Tank/SI/Container | EPA | 01/16/2024 | Open | | | | |
| | | | | 265.J: TSD IS-Tank System Standards | EPA | 01/16/2024 | Open | | | | |
| | | | | 270.A: Permits - General Information | EPA | 01/16/2024 | Open | | | | |
| CAR000278176 | Compliance Evaluation Inspection | EPA | 08/17/2023 | 270.A: Permits - General Information | EPA | 08/17/2023 | Open | Inspection Report Written | 04/30/2024 | -- | -- |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | | | |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | | | |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | | | |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | | | |
| CAR000278176 | Compliance Evaluation Inspection | State | 12/23/2020 | No Violation Identified | -- | -- | -- | | | | |
| CAR000278176 | Compliance Evaluation Inspection | State | 10/26/2020 | No Violation Identified | -- | -- | -- | | | | |

*Entries in italics are not counted as compliance monitoring strategy activities. For programs without compliance monitoring strategies, entries in italics are not counted as on-site activities within EPA's Annual Results.*

## Compliance Monitoring History  [ Last 5 Years ⇕ ]

| Statute | Source ID | System | Activity Type | Compliance Monitoring Type | Lead Agency | Date | Finding (if applicable) |
|---|---|---|---|---|---|---|---|
| *RCRA* | *CAR000278176* | *RCRAInfo/ICIS* | *Inspection/Evaluation* | *Focused Compliance Inspection* | *EPA* | *01/16/2024* | *Violations Or Compliance Issues Were Found* |
| RCRA | CAR000278176 | RCRAInfo/ICIS | Inspection/Evaluation | Compliance Evaluation Inspection | EPA | 08/17/2023 | Violations Or Compliance Issues Were Found |
| RCRA | CAR000278176 | RCRAInfo | | Compliance Evaluation Inspection | State | 12/23/2020 | No Violations Or Compliance Issues Were Found |
| RCRA | CAR000278176 | RCRAInfo | | Compliance Evaluation Inspection | State | 10/26/2020 | No Violations Or Compliance Issues Were Found |

*Entries in italics are not included in ECHO's Compliance Monitoring Activity counts because they are not compliance monitoring strategy <https://www.epa.gov/compliance/compliance-monitoring-programs> activities or because they are not counted as inspections within EPA's Annual Results <https://www.epa.gov/enforcement/enforcement-data-and-results>.*

## Compliance Summary Data

| Statute | Source ID | Current SNC (Significant Noncompliance)/HPV (High Priority Violation) | Current As Of | Qtrs with NC (Noncompliance) (of 12) | Data Last Refreshed |
|---------|-----------|------|------|------|------|
| RCRA | CAR000278176 | No | 08/30/2025 | 9 | 08/29/2025 |
| RCRA | CAT000623983 | No | 08/30/2025 | 0 | 08/29/2025 |

## Three-Year Compliance History by Quarter

| Statute | Program/Pollutant/Violation Type | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 5 | QTR 6 | QTR 7 | QTR 8 | QTR 9 | QTR 10 | QTR 11 | QTR 12+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RCRA (Source ID: CAR000278176)** | | | 10/01-12/31/22 | 01/01-03/31/23 | 04/01-06/30/23 | 07/01-09/30/23 | 10/01-12/31/23 | 01/01-03/31/24 | 04/01-06/30/24 | 07/01-09/30/24 | 10/01-12/31/24 | 01/01-03/31/25 | 04/01-06/30/25 | 07/01-09/30/25 |
| | **Facility-Level Status** | | No Violation Identified | No Violation Identified | No Violation Identified | Violation Identified | Violation | Violation Identified | Violation | Violation | Violation | Violation | Violation | Violation |
| | **Violation** | **Agency** | | | | | | | | | | | | |
| RCRA | 262.A: Generators - General | EPA | | | | 08/17/2023 | → | → | → | 09/08/2024 | | | | |
| RCRA | 262.A: Generators - General | EPA | | | | 08/17/2023 | → | → | → | 09/08/2024 | | | | |
| RCRA | 262.A: Generators - General | EPA | | | | 08/17/2023 | → | → | → | 09/08/2024 | | | | |
| RCRA | 262.A: Generators - General | EPA | | | | 08/17/2023 | → | → | → | 09/08/2024 | | | | |
| RCRA | 270.A: Permits - General Information | EPA | | | | 08/17/2023 | → | → | → | → | → | → | → | → |
| RCRA | 262.B: Generators - Manifest | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| RCRA | 265.J: TSD IS-Tank System Standards | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| RCRA | 270.A: Permits - General Information | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| RCRA | 265.BB: TSD IS-Air Emission Standards - Equipment Leaks | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| RCRA | 265.CC: TSD IS-Air Emission Standards - Tank/SI/Container | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| RCRA | 262.A: Generators - General | EPA | | | | | | 01/16/2024 | → | → | → | → | → | → |
| **RCRA (Source ID: CAT000623983)** | | | 10/01-12/31/22 | 01/01-03/31/23 | 04/01-06/30/23 | 07/01-09/30/23 | 10/01-12/31/23 | 01/01-03/31/24 | 04/01-06/30/24 | 07/01-09/30/24 | 10/01-12/31/24 | 01/01-03/31/25 | 04/01-06/30/25 | 07/01-09/30/25 |
| | **Facility-Level Status** | | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified |

| Statute | Program/Pollutant/Violation Type | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 5 | QTR 6 | QTR 7 | QTR 8 | QTR 9 | QTR 10 | QTR 11 | QTR 12+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Violation | Agency | | | | | | | | | | | | |

## Informal Enforcement Actions  Last 5 Years

| Statute | System | Source ID | Type of Action | Lead Agency | Date |
|---|---|---|---|---|---|
| *RCRA* | *RCRAInfo* | *CAR000278176* | *INSPECTION REPORT WRITTEN* | *EPA* | *04/30/2024* |

*Entries in italics are not counted as "informal enforcement actions" in EPA policies pertaining to enforcement response tools.*

## Formal Enforcement Actions  Last 5 Years

| Statute | System | Law/ Section | Source ID | Type of Action | Case No. | Lead Agency | Case Name | Issued/ Filed Date | Settlements/ Actions | Settlement/ Action Date | Federal Penalty Assessed | State/ Local Penalty Assessed | Penalty Amount Collected | SEP Value | Comp Action Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

No data records returned

Environmental Conditions

## Watersheds

| 12-Digit WBD (Watershed Boundary Dataset) HUC (RAD (Reach Address Database)) | WBD (Watershed Boundary Dataset) Subwatershed Name (RAD (Reach Address Database)) | State Water Body Name (ICIS (Integrated Compliance Information System)) | Beach Closures Within Last Year | Beach Closures Within Last Two Years | Pollutants Potentially Related to Impairment | Watershed with ESA (Endangered Species Act)-listed Aquatic Species? |
|---|---|---|---|---|---|---|
| | | | | | | |

No data records returned

## Assessed Waters From Latest State Submission (ATTAINS)

| State | Report Cycle | Assessment Unit ID | Assessment Unit Name | Water Condition | Cause Groups Impaired | Drinking Water Use | Ecological Use | Fish Consumption Use | Recreation Use | Other Use |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

No data records returned

## Air Quality Nonattainment Areas

| Pollutant | Within Nonattainment Status Area? | Nonattainment Status Applicable Standard(s) | Within Maintenance Status Area? | Maintenance Status Applicable Standard(s) |
|---|---|---|---|---|
| Ozone | Yes | 1-Hour Ozone (1979); 8-Hour Ozone (1997); 8-Hour Ozone (2008); 8-Hour Ozone (2015) | No | -- |
| Lead | No | -- | No | -- |
| Particulate Matter | Yes | PM-2.5 (2006) | No | -- |
| Carbon Monoxide | No | -- | Yes | Carbon Monoxide (1971) |
| Sulfur Dioxide | No | -- | No | -- |

Pollutants

## Toxics Release Inventory History of Reported Chemicals Released or Transferred in Pounds per Year at Site ⓘ

Air Pollutant Report   TRI Pollution Prevention Report

| TRI Facility ID | Year | Air Emissions | Surface Water Discharges | Off-Site Transfers to POTWs (Publicly Owned Treatment Works) | Underground Injections | Disposal to Land | Total On-Site Releases | Total Off-Site Transfers |
|---|---|---|---|---|---|---|---|---|
| 95051NTRSL3250S | 2020 | 260 | -- | 0 | -- | -- | 260 | 14,743 |

## Toxics Release Inventory Total Releases and Transfers in Pounds by Chemical and Year ⓘ

| Chemical Name | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| N-Methyl-2-pyrrolidone | -- | -- | -- | -- | 15,003 | -- | -- | -- | -- | -- |

## e-Manifest Hazardous Waste History (Public)

### Hazardous Waste Shipped in Kilograms by Year (Through 5/31/2025)

| Source ID | Waste Description | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| CAR000278176 | Hazardous Waste | 270,737 | 96,608 | 167,374 | 35,200 |
| CAR000278176 | Acute Hazardous Waste | 0 | 0 | 0 | 0 |
| CAR000278176 | Pharmaceutical Hazardous Waste | 0 | 0 | 0 | 0 |

"Pharmaceutical Hazardous Waste" refers to quantities managed under 40 CFR part 266 subpart P  and thus excluded from the Hazardous and Acute Hazardous Waste quantities shown above.

Community

## Demographic Profile of Surrounding Area (1-Mile Radius)

This section provides demographic information regarding the community surrounding the facility. ECHO compliance data alone are not sufficient to determine whether violations at a particular facility had negative impacts on public health or the environment. Statistics are based upon the 2022 American Community Survey (ACS) 5-year Summary and are accurate to the extent that the facility latitude and longitude listed below are correct. Census boundaries and demographic data for U.S. Territories are based on the "2020 Island Areas Demographic Profiles" from the U.S. Census Bureau. EPA's spatial processing methodology considers the overlap between the selected radii and ACS census block groups in determining the demographics surrounding the facility. For more detail about this methodology, see the DFR Data Dictionary <https://epa.gov/help/reports/dfr-data-dictionary#demographic>.

| General Statistics (ACS (American Community Survey)) | |
|---|---|
| Total Persons | 4,929 |
| Population Density | 1,579/sq.mi. |
| Housing Units in Area | 2,062 |
| Percent People of Color | 68% |
| Households in Area | 1,915 |
| Households on Public Assistance | 63 |
| Persons With Low Income | 814 |

| Age Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| Children 5 years and younger | 257 (5%) |
| Minors 17 years and younger | 895 (18%) |
| Adults 18 years and older | 4,035 (82%) |
| Seniors 65 years and older | 548 (11%) |

| Race Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| White | 1,747 (35%) |
| African-American | 18 (0%) |

Case 5:25-cv-07360-PCP    Document 42-4    Filed 08/06/25    Page 43 of 163

| General Statistics (ACS (American Community Survey)) | |
|---|---|
| Percent With Low Income | 17% |
| **Geography** | |
| Radius of Selected Area | 1 mi. |
| Center Latitude | 37.37963 |
| Center Longitude | -121.9717 |
| Total Area | 3.121 sq.mi. |
| Land Area | 100% |
| Water Area | 0% |

| Income Breakdown (ACS (American Community Survey)) - Households (%) | |
|---|---|
| Less than $15,000 | 102 (5.34%) |
| $15,000 - $25,000 | 21 (1.1%) |
| $25,000 - $50,000 | 192 (10.05%) |
| $50,000 - $75,000 | 93 (4.87%) |
| Greater than $75,000 | 1,503 (78.65%) |

| Race Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| Hispanic-Origin | 1,048 (21%) |
| Asian | 1,951 (40%) |
| Hawaiian/Pacific Islander | 20 (0%) |
| American Indian | 58 (1%) |
| Other/Multiracial | 1,044 (21%) |

| Education Level (Persons 25 & older) (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| Less than 9th Grade | 137 (3.71%) |
| 9th through 12th Grade | 213 (5.78%) |
| High School Diploma | 608 (16.49%) |
| Some College/2-year | 424 (11.5%) |
| B.S./B.A. (Bachelor of Science/Bachelor of Arts) or More | 2,045 (55.45%) |



An official website of the United States government

MENU

Search EPA.gov

**Search Options**   **Analyze Trends**   **Find EPA Cases**   **Data Services**   **Help**

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

Enforcement and
Compliance History Online
<https://echo.epa.gov/>

# Violation Report

**Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

▪ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.A - Standards Applicable to Generators of HW: General

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

## Citations

| Citation | Description |
|---|---|
| 262.17(a)(5)(ii)(B) | Mark or label its tanks with an indication of the hazards of the contents (examples include, but are not limited to, the applicable hazardous waste characteristic(s) (i.e., ignitable, corrosive, react |
| 262.11 | Generators must determine if their solid waste is a hazardous waste |
| 262.17(a)(5)(i)(C) | date each period of accumulation begins is marked and visible on each LQG container |

## Linked Compliance Monitoring

| Compliance Monitoring Type | Agency | Date |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

## Linked Enforcement Actions

| Type of Action | Agency | Date | Penalty Assessed |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

🇺🇸 An official website of the United States government

MENU

| Search EPA.gov |
|---|



**ECHO**
Enforcement and
Compliance History Online
<https://echo.epa.gov/>

Search Options     Analyze Trends     Find EPA Cases     Data Services     Help

Login     Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

Help <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.B - Standards Applicable to Generators of HW: Manifest Requirements Applicable to Small and Large Quantity Generators

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

## Citations

| Citation ↕ | Description ↕ |
|---|---|
| 262.20(a)(1) | A generator who transports, or offers for transport a hazardous waste for offsite treatment, storage, or disposal (TSD), or a TSD facility who offers for transport a rejected hazardous waste load |

## Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

## Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

∧ Top of Page

Case 5:25-cv-07336-PCP    Document 108-44    Filed 10/08/25    Page 46 of 163

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

**?** **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 265.BB - Interim Status Standards for Owners and Operators of HW TSDs: Air Emission Standards for Equipment Leaks

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

### Citations

| Citation ⬍ | Description ⬍ |
|---|---|
| 265.1063(b)(3) | CALIBRATION OF INSTRUMENT BY PROCEDURES SPECIFIED IN REFERENCE METHOD 21 |

### Linked Compliance Monitoring

| Compliance Monitoring Type ⬍ | Agency ⬍ | Date ⬍ |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

### Linked Enforcement Actions

| Type of Action ⬍ | Agency ⬍ | Date ⬍ | Penalty Assessed ⬍ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page



An official website of the United States government

MENU

Search EPA.gov

### Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

<https://echo.epa.gov/>

# Violation Report

**Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

■ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 265.CC - Interim Status Standards for Owners and Operators of HW TSDs: Air Emission Standards for Tanks, Surface Impoundments and Containers

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

## Citations

| Citation ↕ | Description ↕ |
|---|---|
| 265.1083(c)(1) | TANK, SURFACE IMPOUNDMENT, OR CONTAINER FOR WHICH ENTERING HAZARDOUS WASTE HAS AVERAGE VO CONCENTRATION AT POINT OF ORIGINATION < 500 PPMW; HOW VO CONCENTRATION SHALL BE DETERMINED; FREQUENCY OF REVIE |

## Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

## Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

**Search Options**   **Analyze Trends**   **Find EPA Cases**   **Data Services**   **Help**

Login      Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

? **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 265.J - Interim Status Standards for Owners and Operators of HW TSDs: Tank Systems

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

## Citations

| Citation ⬍ | Description ⬍ |
|---|---|
| 265.195(a) | DAILY INSPECTION REQUIREMENTS |

## Linked Compliance Monitoring

| Compliance Monitoring Type ⬍ | Agency ⬍ | Date ⬍ |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

## Linked Enforcement Actions

| Type of Action ⬍ | Agency ⬍ | Date ⬍ | Penalty Assessed ⬍ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



Enforcement and Compliance History Online

<https://echo.epa.gov/>

**Search Options**    **Analyze Trends**    **Find EPA Cases**    **Data Services**    **Help**

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

❓ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

■ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 270.A - EPA Administered Permit Programs: the HW Permit Program General Information

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 01/16/2024

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

### Citations

| Citation ↕ | Description ↕ |
|---|---|
| 270.1(c) | O/O PERMIT AND POST-CLOSURE PERMIT REQUIREMENTS |

### Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Focused Compliance Inspection | EPA | 01/16/2024 |

### Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

**Search Options**   **Analyze Trends**   **Find EPA Cases**   **Data Services**   **Help**

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

❓ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

**Related Reports**

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 270.A - EPA Administered Permit Programs: the HW Permit Program General Information

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 08/17/2023

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

### Citations

| Citation ↕ | Description ↕ |
|---|---|
| 270.1(c) | O/O PERMIT AND POST-CLOSURE PERMIT REQUIREMENTS |

### Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

### Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

❓ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.A - Standards Applicable to Generators of HW: General

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 08/17/2023

**Return to Compliance Date:** 09/08/2024

**Return to Compliance Qualifier:** D - Documented

**Violation Activity Location:** CA

### Citations

| Citation ↕ | Description ↕ |
|---|---|
| 262.11 | Generators must determine if their solid waste is a hazardous waste |

### Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

### Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

∧ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

❓ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

■ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.A - Standards Applicable to Generators of HW: General

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 08/17/2023

**Return to Compliance Date:** 09/08/2024

**Return to Compliance Qualifier:** D - Documented

**Violation Activity Location:** CA

### Citations

| Citation ↕ | Description ↕ |
|---|---|
| 262.17(a)(1)(iv) | Closed container during storage in LGQ CAA, with limited exceptions. |

### Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

### Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page



🇺🇸 An official website of the United States government

MENU

Search EPA.gov

**Search Options**     **Analyze Trends**     **Find EPA Cases**     **Data Services**     **Help**

Login     Contact Us <https://epa.gov/resources/general-info/contact-us>

<https://echo.epa.gov/>

# Violation Report

❓ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:**  CAR000278176

**FRS (Facility Registry Service) ID:**  110001168254

**Industry:**  541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.A - Standards Applicable to Generators of HW: General

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:**  08/17/2023

**Return to Compliance Date:**  09/08/2024

**Return to Compliance Qualifier:**  D - Documented

**Violation Activity Location:**  CA

## Citations

| Citation | Description |
|---|---|
| 262.17(a)(5)(ii)(B) | Mark or label its tanks with an indication of the hazards of the contents (examples include, but are not limited to, the applicable hazardous waste characteristic(s) (i.e., ignitable, corrosive, react |
| 262.17(a)(5)(i)(C) | date each period of accumulation begins is marked and visible on each LQG container |

## Linked Compliance Monitoring

| Compliance Monitoring Type | Agency | Date |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

## Linked Enforcement Actions

| Type of Action | Agency | Date | Penalty Assessed |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

MENU

Search EPA.gov



<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

**Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

**Related Reports**

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 262.A - Standards Applicable to Generators of HW: General

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 08/17/2023

**Return to Compliance Date:** 09/08/2024

**Return to Compliance Qualifier:** D - Documented

**Violation Activity Location:** CA

### Citations

| Citation ↕ | Description ↕ |
|---|---|
| 262.17(b) | If LQG accumulates for longer than 90 days, it is a storage facility, unless granted an extension |

### Linked Compliance Monitoring

| Compliance Monitoring Type ↕ | Agency ↕ | Date ↕ |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

### Linked Enforcement Actions

| Type of Action ↕ | Agency ↕ | Date ↕ | Penalty Assessed ↕ |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

⌃ Top of Page

🇺🇸 An official website of the United States government

MENU

Search EPA.gov



<https://echo.epa.gov/>

| Search Options | Analyze Trends | Find EPA Cases | Data Services | Help |

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Violation Report

ⓘ **Help** <https://epa.gov/help/reports/hazardous-waste-violation-help>

## Facility Summary

**APPLE INC**

**3250 SCOTT BLVD, SANTA CLARA, CA 95054** ⓘ

**RCRA (Resource Conservation and Recovery Act) ID:** CAR000278176

**FRS (Facility Registry Service) ID:** 110001168254

**Industry:** 541715 - Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology)

### Related Reports

⬛ Detailed Facility Report

View Envirofacts Reports

## Hazardous Waste Violation Information

**Violation Type:** 270.A - EPA Administered Permit Programs: the HW Permit Program General Information

**Determined By:** EPA

**Responsible Agency:** EPA

**Determined Date:** 08/17/2023

**Return to Compliance Date:** --

**Return to Compliance Qualifier:** --

**Violation Activity Location:** CA

### Citations

| Citation | Description |
|---|---|
| 270.1(c) | O/O PERMIT AND POST-CLOSURE PERMIT REQUIREMENTS |

### Linked Compliance Monitoring

| Compliance Monitoring Type | Agency | Date |
|---|---|---|
| Compliance Evaluation Inspection | EPA | 08/17/2023 |

### Linked Enforcement Actions

| Type of Action | Agency | Date | Penalty Assessed |
|---|---|---|---|
| INSPECTION REPORT WRITTEN | EPA | 04/30/2024 | -- |

︿ Top of Page

# COPY OF US EPA 06/26/25 NOTICE TO SHOW CAUSE



**REGION 9**

SAN FRANCISCO, CA  94105

June 26, 2025

<u>Via Email</u>
Receipt Confirmation Requested

Kevin Sung
EHS Engineer
Apple, Inc.
3250 Scott Blvd.
Santa Clara, CA  95054
kevin_Sung@apple.com

RE:     Notice of Potential Enforcement Pursuant to Section 3008(a) of the Resource Conservation and
        Recovery Act (RCRA), Apple, Inc. (EPA Identification Number: CAR 000 278 176)

Dear Kevin Sung:

This letter is to notify you that the United States Environmental Protection Agency ("EPA") is preparing to
issue a civil administrative complaint against Apple, Inc. ("Apple"), located at 3250 Scott Blvd in Santa
Clara, California, 95054 ("Facility") pursuant to Section 3008(a) of the Resource Conservation and
Recovery Act ("RCRA"), as amended, 42 U.S.C. § 6928(a). This action is for violations discovered during
two for cause compliance evaluation inspections performed at the Facility on August 17-18, 2023, and
January 16, 2024.

The alleged violations against the Facility include:

1.  Failure to make an accurate waste determination in violation of 22 C.C.R § 66262.11 [40 C.F.R.
    § 262.11];[1]

2.  Failure to determine if waste must be treated to meet applicable treatment standards before it
    can be land disposed, and failure to provide written notification or certifications of such
    determinations in violation of 22 C.C.R. § 66268.7 [40 C.F.R. § 268.7];

---

[1] EPA is enforcing California hazardous waste management program requirements, in the California Code of
Regulations (C.C.R.), Title 22, Division 4.5, as approved and authorized by the United States. Under Section 3006 of
RCRA, 42 U.S.C. § 6926, violations of the State of California's authorized hazardous waste management program are
federally enforceable. For ease of reference, corresponding federal citations are provided in brackets.

3. Operating without a permit in violation of 22 C.C.R. § 66270.1(c) [40 C.F.R. § 270.1(c)] by failing to meet the conditions for exemption from the permitting requirement at 22 C.C.R. § 66262.17(a)[2] [40 C.F.R. § 262.17(a)], which states that hazardous waste may not be stored on-site in the central accumulation areas for more than 90 days;

4. Failure to determine applicability of the air emission standards for tanks, and failure to control air emissions from the Solvent Waste Lift Station tank in violation of 22 C.C.R. §§ 66265.1084 and 66265.1085 [40 C.F.R. §§ 265.1084 and 265.1085];

5. Operating without a permit in violation of 22 C.C.R. § 66270.1(c) [40 C.F.R. § 270.1(c) by failing to meet the condition for exemption from the permitting requirement at 22 C.C.R. § 66262.17(a)(5)(A)[3] [40 C.F.R. § 262.17(a)(5)(i)], which requires that containers be labeled as to their contents and marked with the date clearly visible for inspection;

6. Failure to follow hazardous waste container standards for central accumulation areas by having an open container in violation of 22 C.C.R. § 66265.173(a) [40 C.F.R. § 265.173(a)];

7. Failure to perform and document daily inspections of a hazardous waste tank (Solvent Waste Tank and Solvent Waste Lift Station Tank), in violation of 22 C.C.R. § 66265.195 [40 C.F.R. § 265.195].

These alleged violations are described in greater detail in the EPA's joint Inspection Report which was sent to Apple on April 30, 2024.

Section 3008(g) of RCRA, 42 U.S.C. § 6928(g), as adjusted by the "Civil Monetary Penalty Inflation Adjustment Rule" (90 Fed. Reg. 1375, 1378, January 8, 2025), authorizes a civil penalty of up to $93,058 per day per violation for violations occurring after November 2, 2015, and where, as here, penalties are assessed on or after January 8, 2025.

EPA anticipates filing a Complaint, Compliance Order and Notice of Right to Request a Hearing ("Complaint) against the Facility within the next thirty (30) calendar days unless the Facility advises EPA of substantial reasons not to proceed. EPA is extending to the Facility the opportunity to submit any information that EPA should consider before issuing the Complaint. Relevant information may include any evidence of reliance on compliance assistance, additional compliance tasks performed after the inspection, or financial factors bearing on the Facility's ability to pay a civil penalty. Even if you are unaware of any mitigating or exculpatory factors, we are extending to you the opportunity to commence settlement discussions concerning the above-described violations.

---

[2] Prior to July 1, 2024, the accumulation time for large quantity generators was codified at 22 C.C.R. § 66262.34(a). This requirement was moved to 22 C.C.R. § 66262.17(a) as part of California's adoption of the federal Generator Improvement Rule in 2024.

[3] These requirements were previously codified at 22 C.C.R. § 262.34(a)(2)-(3) and (f) and were moved to their present location effective July 1, 2024.

Any penalty discussed in settlement negotiations for violations of RCRA and its implementing regulations will be calculated pursuant to EPA's June 2003 "RCRA Civil Penalty Policy."[4] The penalty policies are subject to inflation adjustments under the applicable Civil Monetary Penalty Inflation Adjustment Rule, as well as potential changes in EPA guidance.

Please note that, pursuant to regulations located at 40 C.F.R. Part 2, Subpart B, you are entitled to assert a business confidentiality claim covering any part of any submitted information as defined in 40 C.F.R. § 2.201(c). Failure to assert such a claim makes the submitted information subject to public disclosure upon request and without further notice to you, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq.

Thank you for your prompt attention to this matter. If you are interested in commencing settlement negotiations or have any questions regarding this notice, please contact Christopher Rollins, EPA RCRA Inspector, at (415) 947-4166 or at rollins.christopher@epa.gov, or have your attorney contact Tessa Allen, Office of Regional Counsel, at (415) 972-3297 or at allen.tessa@epa.gov.

Sincerely,

Kaoru Morimoto, Assistant Director
Air, Waste & Chemicals Branch
Enforcement and Compliance Assurance Division

cc:  Kristine Schaefer-Green; DTSC; kristine.schaefer-green@dtsc.ca.gov
     April Ranney; DTSC; april.ranney@dtsc.ca.gov
     Tara Frost; EPA Region 9; frost.tara@epa.gov

---

[4] http://www.2.epa.gov/enforcement/resource-conservation-and-recovery-act-rcra-civil-penalty-policy.

**COPY OF US EPA FOIA REQUEST NO. 2024-EPA-04320**

**REGION 9**

SAN FRANCISCO, CA  94105

Ashley Gjovik
ashleymgjovik@protonmail.com

Re:  Freedom of Information Act Request No. 2024-EPA-04320

 Final Response

Dear Ashley Gjovik:

This letter concerns the above-referenced Freedom of Information Act (FOIA) request, received by the U.S. Environmental Protection Agency (EPA) on May 21, 2024, in which you requested the recent inspection report for RCRA compliance at 3250 Scott Blvd., in Santa Clara, California.

<u>Final Response</u>

EPA has now concluded its search for records responsive to your FOIA request. A portion of the record is available through the EPA FOIAXpress Public Access Link (PAL) at https://foiapublicaccessportal.epa.gov/.

To access the records, please go to the *Sign In* link in the upper right-hand corner of the PAL and log in to your FOIAXpress account, if you have one. If you are not a FOIAXpress user and want to create an account, please contact FOIA_HQ@epa.gov to request an account invitation email.

The records are also available in EPA's virtual public Reading Room. To access the records, select the *Reading Room* link at the top of the PAL. Enter "*04320" for the FOIA Case Number, click on *Search*, and locate the records associated with FOIA Request No. 2024-EPA-04320.

EPA is withholding information under Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4). EPA has determined that the withheld material may contain Confidential Business Information, which is exempt from disclosure under Exemption 4. Pursuant to 40 C.F.R. § 2.204(d)(1), your request is being initially denied, with respect to these portions of the records, because further inquiry by EPA is required before a final determination can be made.

For those records that have been partially redacted, EPA has identified the basis for the redaction directly on the released record. EPA has considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

With respect to our withholdings under Exemption 4, please advise EPA if you believe EPA should conduct a final confidentiality determination. We will contact you to confirm your continued interest in receiving a final confidentiality determination. If appropriate, we will also provide you with a fee estimate and request an assurance of payment. Once we have confirmed your continued interest in the information and received any necessary assurance of payment, we will consult with all relevant third parties in connection with the information that has been withheld. The Office of Regional Counsel in EPA Region 9 will then issue a final confidentiality determination on whether the material qualifies for confidential treatment or may be released.

If EPA is assessing fees related to the processing of your FOIA request, an invoice with billing and payment instructions will be sent to you in separate correspondence.

Final Appeal Rights and Contact Information

This letter concludes our response to your request. As noted above, we have not yet made a final determination on the releasability of the material we have withheld under Exemption 4. We will be in contact with you regarding our review of this information. Therefore, you do not need to appeal the withholding of information under Exemption 4.

To the extent you would like to appeal any other issue, you may appeal this determination in writing within ninety (90) calendar days from the date of this letter by one of the following methods:
1.) Visit EPA's FOIA submission website (https://foiapublicaccessportal.epa.gov/), sign into your account by clicking *Sign In*, and select *Submit Appeal*;
2.) U.S. Mail sent to the following address: National FOIA Office, U.S. Environmental Protection Agency, 1200 Pennsylvania Avenue NW (2310A), Washington, DC 20460; or
3.) Overnight delivery service to National FOIA Office, U.S. Environmental Protection Agency, 1200 Pennsylvania NW, Room 7309C, Washington, DC 20460.

The Agency will not consider appeals received after the 90-calendar-day limit. Appeals received after 5:00 p.m. EST will be considered received on the next business day. The appeal should include the FOIA tracking number listed above. For quickest possible handling, the appeal letter, and its envelope, if applicable, should be marked "Freedom of Information Act Appeal."

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

Please contact J. Andrew Helmlinger at helmlinger.andrew@epa.gov or (415) 972-3904 should you have any questions concerning this matter.


Sincerely,


Amy C. Miller-Bowen, Director
Enforcement and Compliance Assurance Division

# US EPA RCRA REPORT
# FOR 3250 SCOTT BLVD, SANTA CLARA

---

**Report Title:** Region 9 Enforcement and Compliance Assurance Division Inspection Report

Compliance Evaluation Inspection on August 17 2023 and August 18 2023
Focused Compliance Inspection on January 16 2024

**Date of Report:** April 30 2024

**Agency**: US Environmental Protection Agency
**Division**: Enforcement and Compliance Assurance
**Branch**: Air, Waste and Chemicals

---



**Region 9 Enforcement and Compliance Assurance Division**
# INSPECTION REPORT

| Inspection Date(s): | August 17 – 18, 2023 and January 16, 2024 | Inspection(s) Announced: No |
|---|---|---|
| Time #1: | Entry #1: 10:05 am (August 17, 2023) | Exit #1: 2:29 pm (August 18, 2023) |
| Time #2: | Entry #2: 9:20 am (January 16, 2024) | Exit #2: 4:50 pm (January 16, 2024) |
| Media: | RCRA | |
| Regulatory Program(s) | RCRA Subtitle C: Hazardous Waste Program; | |
| | | |
| Company Name: | Apple, Inc. | |
| Facility or Site Name: | Same | |
| Facility Location(s): (city, state, zip code) | 3250 Scott Blvd, Santa Clara, CA  95054 | |
| Mailing Address: (city, state, zip code) | 1 Apple Park Way, M/S 319 EHS Cupertino, CA 95014 | |
| Geographic Coordinates: | 37.378670 / -121.971840 [www.latlong.net] | |
| County: | Santa Clara County | |
| Facility/Site Contact: | Tom Huynh | EHS Manager |
| | tom_huynh@apple.com | |
| | (408) 595-0947 | |
| | | |
| Facility/Site Identifier: | EPA ID Number: CAR 000 278 176 and CAT 000 623 983 | |
| Generator Status: | EPA inspected one Apple, Inc. (Apple) facility located at 3250 Scott Blvd in Santa Clara, CA (EPA ID Number CAR 000 278 176). This facility operates as Large Quantity Generator (LQG) of RCRA and non-RCRA hazardous waste (NRHW) in the State of California. This facility also operates as a Small Quantity Handler of Universal Waste Batteries.<br><br>According to RCRA Info, Apple's Santa Clara location was also assigned a second EPA ID Number (i.e., CAT 000 623 983) in September of 1986. This second EPA ID Number is related to a historic clean-up, initiated by one of the previous owners of the site, Synergy Semiconductor. On November 6, 2020, Apple notified EPA that this specific cleanup activity and the EPA ID Number associated with the cleanup (i.e., CAT 000 623 983), are no longer active under RCRA. | |
| NAICS: | 334111 [Electronic Computer Manufacturing]. | |
| SIC: | 3571 [Electronic Computers]. | |
| | | |
| Facility/Site Personnel Participating in Inspection: | | | |
| Tom Huynh, PE | Apple, Inc. | EHS Manager | tom_huynh@apple.com (408) 595-0947 |

| Kevin Sung | Apple, Inc. | EHS Engineer | kevin_sung@apple.com (408) 908-0167 |
| Grace Fisk | Apple, Inc. | EHS Engineer | gfisk@apple.com |
| Sameei Al Khafaji | ACT Enviro | Field Chemist | salkhafaji@actenviro.com (408) 548-5050 |
| Demonte Rose | ACT Enviro | | |
| Allen Sherlock | Apple, Inc. | | |
| Joe Loft | Apple, Inc. | Facilities Engineer | |

**Other Personnel Participating in Inspection:**

| Frederick Chun | Santa Clara Fire Department | Assistant Fire Marshall / CUPA Manager | fchun@santaclaraca.gov (408) 615-4961 |

**Inspector(s):**

| Christopher Rollins (Lead Inspector) | CHRISTOPHER ROLLINS | | Digitally signed by CHRISTOPHER ROLLINS Date: 2024.04.25 09:43:36 -07'00' |
| | US EPA, Region 9 Mail Code: ENF 2-2 | Environmental Protection Specialist | rollins.christopher@epa.gov (415) 947-4166 |
| Anuka King | US EPA, Region 9 Mail Code: ENF 2-2 | Physical Scientist | king.anuka@epa.gov (415) 972-3470 |
| Mark Anthony Relon | US EPA, Region 9 Mail Code: ENF 2-2 | Physical Scientist | relon.markanthony@epa.gov (415) 972-3252 |

**Peer Review:**

| Mark Anthony Relon | MARK ANTHONY RELON | | Digitally signed by MARK ANTHONY RELON Date: 2024.04.29 17:31:53 -07'00' |
| | US EPA, Region 9 Mail Code: ENF 2-2 | Physical Scientist | relon.markanthony@epa.gov (415) 972-3252 |

| Kaoru Morimoto | Morimoto, Kaoru | | Digitally signed by Morimoto, Kaoru Date: 2024.04.30 08:42:42 -07'00' |
| | US EPA, Region 9 Mail Code: ENF 2 | Assistant Director, Air, Waste & Chemicals Branch | morimoto.kaoru@epa.gov (415) 972-3306 |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

## SECTION I – INTRODUCTION

### Purpose of the Inspection

The purpose of the inspection was to determine Apple, Inc.'s (Apple) compliance with applicable federal environmental statutes and regulations, and in particular, the Resource Conservation and Recovery Act (RCRA), as amended, the hazardous waste regulations provided in the Code of Federal Regulations (CFR), Chapter 40, Parts 260 - 266, 268, 270, 273, and 279, the California Health and Safety Code (HSC), Division 20, Chapter 6.5; and the California Code of Regulations (CCR), Title 22, Division 4.5.[1]

### Opening Conference

**August 17, 2023**
On August 17, 2023, EPA Region 9 Inspector Christopher Rollins, arrived at Apple's 3250 Scott Blvd facility in Santa Clara, CA at 10:00 am. Frederick Chun, Assistant Fire Marshall for the Santa Clara Fire Department (the CUPA)[2] was already onsite. EPA's participation in the inspection was unannounced. However, the CUPA inspector had previously scheduled a Large Quantity Generator (LQG) and Business Plan inspection with the facility three weeks prior.

Upon our arrival at the main entrance, both EPA and the CUPA were greeted by Apple's environmental staff. The inspectors were introduced to Tom Huynh (EHS Manager), Kevin Sung (EHS Engineer) and Grace Fisk (EHS Engineer) of Apple at 10:05 am.

After introductions, the inspectors were escorted to a small table located outside of the facility to begin the Opening Conference. The EPA inspector (Christopher Rollins) presented his federal credentials to the Apple representatives and informed the facility that this RCRA hazardous waste inspection was based on a Tip and Complaint from the public.

EPA also informed Apple, that the agency would be evaluating the facility's RCRA operations and reviewing the facility's records to confirm compliance with the LQG requirements. Once EPA answered some of the facility's questions regarding the Tip and Complaint the inspector gave an overview of the inspection process to all those present.

---

[1] All citations in this report that refer to the California Code of Regulations (CCR) refer to Division 4.5 of Title 22 of the current California Code of Regulations. EPA is enforcing California hazardous waste management program requirements as approved and authorized by the United States on August 1, 1992 (see 57 Fed. Reg. 32726, July 23, 1992), September 26, 2001 (66 Fed. Reg. 49118, September 26. 2001), and October 7, 2011 (see 76 Fed. Reg. 62303, October 7, 2011). Corresponding Federal citations are provided as a convenience in brackets.
[2] CUPA stands for the Certified Unified Program Agency and is made up of local entities certified by CalEPA to implement and enforce six hazardous waste and hazardous materials regulatory management programs in California.

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

The inspection would consist of a general walk-through of the facility, which would include the facility's Central Accumulation Area (CAA)[3], Satellite Accumulation Areas (SAAs), and Laboratories. EPA would also review the facility's storage records, hazardous waste manifests, and other operating records required under RCRA. EPA then donned personal protective equipment and began the facility walk-through[4].

**August 18, 2023**

The following day, Inspector Rollins continued the RCRA inspection and arrived at the Apple facility at 8:15 am. The purpose of the second day of inspections was to review records and focus on the waste generation process onsite. EPA departed the site at 2:29 pm.

The CUPA's Frederick Chun did not participate in EPA's second day of inspections. However, EPA's Anuka King from Region 9's Risk Management Program managed under the Clean Air Act (i.e., 112 r Program) did accompany Inspector Rollins on the inspection.

**January 16, 2024**

A follow-up inspection was conducted by EPA Region 9 at the Apple site on January 16, 2024. The purpose of the follow-up inspection was to walk the ██B(4)██ Floor and review certain ██B(4)██ in order to understand Apple's ██B(4)██ processes, and the wastes generated from those processes.

EPA inspectors Christopher Rollins and Mark Anthony Relon participated in the follow-up inspection. No CUPA inspectors were present during this follow-up inspection, which began at 9:20 am and ended at 4:50 pm the same day.

**Facility/Site Description**

Apple's Santa Clara facility is a ██B(4)██ ██B(4)██ Research and Development (R&D) Facility. The facility has two buildings in the immediate area and has a total of approximately 300 - 350 employees. The Santa Clara site has been in operation since about 2016. Apple's main building (Building 1) operates 24 hours a day, 5 days a week (M-F) and generates primarily RCRA organic and corrosive hazardous wastes (i.e., solids and liquids) from various R&D operations onsite. Building 2 serves as an office building and generates no wastes.

The Bay Area Air Quality Management District (BAAQMD) issued Apple a Permit to Operate (Plant No. 22839) under the Clean Air Act on or about May 6, 2023 (Attachment B). The permit

---

[3] As of May 30, 2017, EPA refers to less than 90-day hazardous waste accumulation areas (for Large Quantity Generators) and less than 180-day hazardous waste accumulation areas (for Small Quantity Generators) as Central Accumulation Areas (reference 81 FR 85732 and 81 FR 85743).

[4] The observations of each walk-through inspection and the records review findings are captured in "Section II – Observations, Potential Violations and Areas of Concern" of this inspection report. Only those observations that were recorded and/or documented as potential violations or areas of concern were noted in Section II.

allows the facility to use solvents and corrosives at their Solvent Sink Stations, Solvent Vapor Stations, in their Wipe Cleaning Operations, and in their ██ B(4) ██ and Solvent Base ██ B(4) ██ Operations. These same chemicals once spent are potentially regulated under RCRA as federal and/or state regulated hazardous wastes. Apple's BAAQMD permit is expected to expire on May 1, 2024.

On November 20, 2020, Apple obtained an Industrial Wastewater Discharge Permit (Permit No. SC-461B) from the San Jose-Santa Clara Regional Wastewater Facility (Attachment C) and manages an Acid Waste Neutralization (AWN) Tank System and a Heavy Metals Rinsate (HMR) Tank System that were issued under the State of California's "Permit By Rule," provisions [Title 22 of the California Code of Regulations (CCR) § 67450.2]. As such, the facility is authorized to treat corrosive hazardous wastes in its AWN Tank System, separate out heavy metals using the facilities HMR Tank System, and discharge the treated wastewater directly to the sanitary sewer (Attachments D & E).

The facilities AWN Tank System includes four tanks, comprising of equalization and pH adjustment tanks. Apple's HMR Tank System includes two lift stations (SLW2/HMR-LS and HMR-LS), two equalization tanks (HMR-TNK-2 and HMR-TNK-4), a pH adjuster tank (HMR-TNK-3), a vacuum distillation evaporator (VDE-1), and a heavy metal concentrate tank (HMC-TNK-2). Apple's AWN Tank System and HMR Tank System are also covered under the State of California's "Permit by Rule" provisions.

Apple also manages a 1,700-gallon RCRA hazardous waste solvent tank that is also regulated under California's "Permit by Rule"[5] provisions (Attachment F). The spent solvent waste accumulated in the facility's spent solvent tank is generated from various R&D ██ B(4) ██ ██ B(4) ██ operations upstream. During the August 17, 2023 inspection, EPA documented that Apple's 1,700-gallon solvent tank vents to a 55-gallon canister of activated carbon. At the time of the inspection, the canister of activated carbon was not permitted under the Clean Air Act. Nor was the canister being managed by Apple under RCRA's air emission regulations.

The facility's solvent waste tank system is comprised of a 67-gallon double-walled solvent waste lift station (SW-LS) that pumps solvent wastes within the building; a solvent waste collection cabinet (SW-CC)[6] with two 55-gallon containers used historically for storage; a 1,700-gallon double-walled storage tank (SW-TNK-2); and a solvent waste transfer station (SW-TFS-1). The

---

[5] The State of California's "Permit By Rule" Provisions are codified under 22 CCR § 67450.2.
[6] Currently, the solvent waste collection cabinet is no longer in service and does not directly contact or store solvents pumped through the system.

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

solvent waste transfer station is used to transfer solvents from the storage tank to a vacuum truck or tote for the purposes of disposal.

The specific waste streams observed and/or documented onsite consist primarily of spent solvent waste, corrosive wastes, corrosive solvent mixtures, sludges and solid lab debris. Based on the facility's 2021 Biennial Report the facility reports generating federally regulated hazardous waste with EPA waste codes D001, D002, D003, D004, D011, D035, F003 and F005.

According to the California Environmental Reporting System (CERS), Apple was last inspected by the CUPA on October 26, 2020 and December 23, 2020. No RCRA violations were documented during these inspections.

EPA checked the agency's RCRAInfo database and according to that database, R9 doesn't appear to have inspected this location prior to the Agency's August 17, 2023 inspection.

**SECTION II – OBSERVATIONS, POTENTIAL VIOLATIONS AND AREAS OF CONCERN**

| Observation(s) | Photograph(s) | Potential Violations |
|---|---|---|
| Observation #1 (Aug 2023): EPA observed nineteen closed 5-gallon containers of liquid waste stacked against the wall in Apple's Building 1 East - Compartment 1 Indoor CAA Shed (The Bunker Area). The labels on the majority of the nineteen containers identified the contents of each waste stream as containing corrosive liquids (D002 Waste).

The nineteen containers were stacked in a pile three containers high, four containers across, and two containers in depth. Two of the 5-gallon containers on the very top of the pile (Photo 1a), were missing their hazardous waste labels and not properly marked with Accumulation Start Dates (ASDs), as required while in storage at the CAA.

According to Apple, the two containers missing their labels and | B(4)

Photo 1a (P8170006.JPG)

B(4)

Photo 1b (P8180009.JPG) | Potential Violation #1 (Aug 2023): EPA observed nineteen closed 5-gallon containers of corrosive liquids (D002 Waste) in Apple's Bunker Area. Two of the containers were not properly dated to indicate how long the waste had been stored onsite or marked to identify the contents as hazardous under RCRA.

In addition, eleven of the hazardous waste container labels were not clearly visible for inspection, and one container was stored onsite for greater than 90-days, with an ASD of March 2, 2023. These waste streams all appear to be RCRA regulated hazardous waste.

Sections §§ 66262.34(a)(1)(A) and 66262.34(f)(1) – (3) of Title 22 of the California Code of Regulations (CCR) states that generators who accumulate hazardous waste on site without a permit or grant of interim |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

ASDs were placed in the Bunker Area the morning of EPA's inspection. The staff maintaining the area would later return to properly mark and date the waste in accordance with RCRA. These 5-gallon containers were required to be properly labeled and dated prior to arriving at the CAA.

The inspectors also observed that eight of the nineteen 5-gallon containers stacked in the back of the pile and three of the containers stacked in the front of the pile were not clearly visible for inspection, without physically moving each of the containers. In addition, one of the nineteen containers of corrosive waste stacked in the back of the pile was stored onsite for greater than 90-days (Photo 1c). The ASD on this container was listed as March 2, 2023, and the contents for this container were marked as "B(4)⁷".

The next day, Apple did mark the two unlabeled containers, properly identifying the contents of the waste streams as corrosive waste (D002 Waste). The facility recorded the ASD of August 17, 2023 on each container.

Apple managed this area as a less than 90-day hazardous waste accumulation area. Prior to EPA's inspection, no Apple employees were actively working in the Bunker Area, filling or emptying any of the containers while they were in storage.



Photo 1c (P8180010.JPG)

status shall comply with the following:
(1) The date upon which each period of accumulation begins shall be clearly marked and visible for inspection on each container and portable tank;

(2) The date the applicable accumulation period specified in subsection (a) or (d) of this section begins, for purposes of subsections (a) and (b) of this section, shall be clearly marked and visible for inspection on each container and tank;

(3) Each container and tank used for onsite accumulation of hazardous waste shall be labeled or marked clearly with the words, "Hazardous Waste." Additionally, all containers and portable tanks shall be labeled with the following information:
A) Composition and physical state of the wastes;
B) Statement or statements which call attention to the particular hazardous properties of the waste (e.g., flammable, reactive, etc.);
C) Name and address of the person producing the waste [40 CFR § 262.17(a)(5)(A) – (5)(C)].

Section § 66262.34(c) of Title 22 of the CCR states that a generator who accumulates hazardous waste for more than 90 days is an operator of a storage facility and is subject to the requirements of chapters 14 and 15 of this division and the permit

---

⁷ Later it was determined by EPA that the correct name for this waste stream was "B(4)." According to Apple's Safety Data Sheet, this chemical substance was manufactured in Japan and has no pH or Flash Point value established for this product.

| | | |
|---|---|---|
| The Bunker Area is located downstream from Apple's initial waste generation activities. | RTC Photo | requirements of chapter 20 of this division unless the generator has been granted an extension to the 90-day period or meets the requirements of subsection (d) or (e) of this section [40 CFR § 262.17(b)].<br><br>**The facility returned to compliance with these potential violations on or about September 8, 2023. Specifically, Apple labeled and dated the two unknown 5-gallon containers of waste, processed the 5-gallon container of " B(4) " waste through the Acid Waste Neutralization (AWN) System, and manifested the empty container off for disposal on Manifest 018419007 FLE (See RTC Photo).**<br><br>**Lastly, according to Apple, the facility changed its storage procedures so that all of the labels on the 5-gallon containers in the Bunker Area are now stored with their labels pointing outward.** |
| Observation #2 (Aug 2023): EPA observed one open 5-gallon container marked as "Adhesive Liquids and Tape" in Apple's Bunker Area (Photo 2a). According to the label on the container, the waste was being managed as both a flammable and toxic waste (Photo 2b). At the time of the inspection, EPA could not determine whether this waste was federal, or state only regulated waste.<br><br>The container had an ASD of July, 22, 2023 and appeared to have too many metal canisters of flammable liquid waste inside of the container that prevented the lid from closing properly. | Photo 2a (P8170013.JPG) | Potential Violation #2 (Aug 2023): EPA observed an open 5-gallon container of "Adhesive Liquids and Tape" in Apple's Bunker Area. It was later determined that this waste stream was California Only waste and therefore not regulated by EPA.<br><br>Section § 66265.173(a) of Title 22 of the CCR states that a container holding hazardous waste shall always be closed during transfer and storage, except when it is necessary to add or remove waste.<br><br>**The facility returned to compliance with this potential violation on August 18, 2023, when Apple closed the container in accordance with California's regulations (See Photo 2c).** |

| | | |
|---|---|---|
| Apple managed this area as a less than 90-day hazardous waste storage area. Prior to EPA's inspection, no Apple employees were actively working in the Bunker Area, filling or emptying any of the containers that were in storage.<br><br>The Bunker Area is located downstream from Apple's initial waste generation activities. | <br>Photo 2b (P8170014.JPG)<br><br><br>Photo 2c (P8180013.JPG) | |
| Observation #3 (Aug 2023): EPA observed a closed 5-gallon container marked as "Silicone" waste in Apple's Bunker Area (Photo 3a). According to the label on the container the waste was being managed as a toxic waste. At the time of the inspection, EPA could not determine whether this waste was federal, or state only regulated waste.<br><br>In addition, the container appeared to be stored onsite for greater than 90-days. The ASD on this container was recorded as March 16, 2022 on the label.<br><br>Apple managed this area as a less than 90-day hazardous waste | <br>Photo 3a (P8170015.JPG) | Potential Violation #3 (Aug 2023): EPA observed a closed 5-gallon container of "Silicone" waste in Apple's Bunker Area. Based on the container's ASD the waste was stored onsite for more than 90-days (ASD = March 16, 2022), without a RCRA permit as required by State law.<br><br>It was later determined that this waste was California Only waste (NRHW), and therefore not regulated by EPA.<br><br>Section § 66262.34(c) of Title 22 of the CCR states that a generator who accumulates hazardous waste for more than 90 days is an operator of a storage facility and is subject to |

| | | |
|---|---|---|
| storage area. Prior to EPA's inspection, no Apple employees were actively working in the Bunker Area, filling or emptying any of the containers that were in storage.<br><br>The Bunker Area is located downstream from Apple's initial waste generation activities. | <br><br>RTC Photo | the requirements of chapters 14 and 15 of this division and the permit requirements of chapter 20 of this division unless the generator has been granted an extension to the 90-day period or meets the requirements of subsection (d) or (e) of this section.<br><br>**The facility returned to compliance with this potential violation on or about September 8, 2023. Specifically, Apple removed the one dispenser tube inside of the container used to dispense adhesives (See RTC Photo) and disposed of the material as NRHW on Manifest 018419007 FLE.** |
| Observation #4 (Aug 2023): EPA observed different sized waste containers on the floor in Apple's Bunker Area (Photo 4a). Specifically, EPA observed six 1-gallon containers of "██ B(4) ██ ██ B(4) ██," a small container of "Boric Acid," and three unknown containers of waste in this area.<br><br>According to Apple, the waste containers on the floor were expired waste that were placed in the Bunker Area the morning of August 17, 2023, and just hadn't been marked as hazardous waste or dated, prior to EPA's arrival. These waste containers were required to be properly labeled and dated prior to arriving at the CAA.<br><br>Apple managed this area as a less than 90-day hazardous waste storage area. Prior to EPA's inspection, no Apple employees were actively working in the Bunker Area, filling or emptying | <br><br>Photo 4a (P8170016.JPG) | Potential Violation #4 (Aug 2023): EPA observed six 1-gallon waste containers of "████ B(4) ████ B(4)█" (D002 Waste), a small container of "Boric Acid" (NRHW), and three unknown containers in Apple's Bunker Area. At the time of EPA's inspection, a waste determination had not been performed on the waste streams to determine if the materials were hazardous waste or whether they were regulated federally or by the State of California.<br><br>It was later determined that this waste was a mixture of NRHW and RCRA regulated hazardous waste. Therefore, some of the waste is regulated by EPA.<br><br>Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].<br><br>**The facility returned to compliance with this potential violation on or** |

| | | |
|---|---|---|
| any of the containers that were in storage.<br><br>The Bunker Area is located downstream from Apple's initial waste generation activities. | | **about September 8, 2023. Specifically, Apple properly containerized, labeled and dated the waste containers in this area in accordance with RCRA.** |
| <u>Observation #5 (Aug 2023)</u>: EPA observed one open 55-gallon container marked as "Mega Posit," waste in Apple's Bunker Area (Photo 5a). The label on the container indicated that the waste was being managed as a corrosive liquid (Photo 5b).<br><br>According to Apple, the container's bung cap was left open in order to prevent the container from building up too much pressure while in storage. EPA informed the facility that the container must always remain closed during storage, and recommended that the facility purchase a closure device, for future use, to allow the container to periodically vent pressure while in storage.<br><br>Apple managed this area as a less than 90-day hazardous waste storage area. Prior to EPA's inspection, no Apple employees were actively working in the Bunker Area, filling or emptying any of the containers that were in storage.<br><br>The Bunker Area is located downstream from Apple's initial waste generation activities. | <br>Photo 5a (P8170020.JPG)<br><br><br>Photo 5b (P8170021.JPG) | <u>Potential Violation #5 (Aug 2023)</u>: EPA observed one open 55-gallon container marked as "Mega Posit," waste in Apple's Bunker Area. The waste was being managed as a corrosive liquid (D002 Waste).<br><br>According to Apple, the container was left open in order to prevent the container from building up too much pressure while in storage. This waste stream appears to be a RCRA regulated hazardous waste.<br><br>Sections <u>§§ 66262.34(a)(1)(A) and 66265.173(b)</u> of Title 22 of the CCR states that a container holding hazardous waste shall not be opened, handled, transferred or stored in a manner which may rupture the container or cause it to leak. Re-use of containers for transportation shall comply with the requirements of the U.S. Department of Transportation regulations, including those set forth in 49 CFR section 173.28 <u>[40 CFR § 262.17(a)(1)(iv)(A)]</u>.<br><br>**The facility returned to compliance with this potential violation on or about September 8, 2023. Specifically, Apple closed the 55-gallon container of "Mega Posit," while in storage (See Photo 5c) and then placed the waste through the Acid Waste Neutralization (AWN) System.**<br><br>**Moving forward, Apple states that the "Mega Posit" will no longer be managed in a 55-gallon container** |

| | | but in a 5-gallon container and poured directly into the AWN Tank System. |
|---|---|---|
| |   Photo 5c (P8180012.JPG) | |
| Observation #6 (Aug 2023): EPA observed one 1,700-gallon stainless-steel solvent waste tank (SW-TNK-2) inside Building 1 of Apple's facility (Photo 6a). The stainless steel, double-walled tank is used for the accumulation of spent solvent waste generated from R&D operations onsite, and is filled continuously on a 24 hour, 5-days a week basis (M-F).  Based on Apple's records, the spent solvent waste was being managed as a NRHW liquid (CA-133 – Attachment G). Specifically, the waste was identified as "Water with Solvents," directly on the hazardous waste label posted on Apple's solvent waste tank (Photos 6a and 6b).  Previous waste profiles and manifests identify Apple's spent solvent waste as containing either F-Listed waste (D001 and F003 waste) or ignitable waste (D001 waste). Both of the previous waste streams are federally regulated. Therefore, if regulated as a D001 or F003 waste, Apple would be required to store, |   Photo 6a (P8170051.JPG) | Potential Violation #6 (Aug 2023): EPA observed a 1,700-gallon stainless-steel, double-walled solvent waste tank (SW-TNK-2) inside Building 1 of Apple's facility. The contents of the hazardous waste tank were being managed as a NRHW liquid (CA-133 Waste). To date, Apple has not provided evidence regarding how the spent solvents were determined to be California Only waste.  After EPA's inspection it was determined that the source of the spent solvent waste entering the solvent waste tank is characteristic for ignitability and should be, at a minimum, managed as a D001 hazardous waste stream at the point of origination.  Moreover, Apple appears to have been improperly treating the waste entering this hazardous waste unit, without a permit by diluting the solvent waste with water and other wastes.  Under RCRA, diluting hazardous waste whether intentionally or unintentionally to remove a wastes' |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| manifest and dispose of the solvents based on specific Land Disposal Restrictions (LDR) listed under 40 CFR Part 268 of RCRA. At the time of the inspections Apple did not provide adequate documentation verifying why the facility is currently managing their solvent waste as California Only Waste (CA-133).<br><br>Later, it was determined by EPA (See Potential Violations #9 and #10) that the source of the waste that is being placed in the solvent waste tank meets the definition of ignitable waste (D001 Waste). As such, the tank is regulated as a RCRA hazardous waste storage tank.<br><br>At the time of EPA's inspection, the spent solvent tank was in operation, not being repaired or solvents removed while in service, and the tank was not being managed under any exemptions. | <br>Photo 6b (P8170052.JPG) | characteristics is considered a form of treatment. It is improper to treat hazardous waste without a permit unless the type of treatment is covered under an exemption.<br><br>Apple does not have a permit to treat its solvent waste in the 1,700-gallon solvent waste tank. Nor does the facility appear to meet an exemption from treatment under RCRA.<br><br>Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].<br><br>Section § 66270.1(c) of Title 22 of the CCR states that a permit is required for the "transfer," "treatment," "storage," and "disposal of any waste which is hazardous waste pursuant to section 66261.3 and as defined in section 66260.10 [40 CFR § 270.1(c)].<br><br>**These potential violations are still outstanding.** |
| Observation #7 (Aug 2023): EPA observed one 55-gallon canister of "Activated Carbon" on the roof of Building 1 (Photo 7a). The container was connected to Apple's 1,700-gallon spent solvent tank (SW-TNK-2). The device was used to capture Volatile Organic Compounds (VOCs) released from the spent solvent tank located directly below. This device was not described or referenced in Apple's October 2022 Hazardous Waste Tank System Assessment.<br><br>According to Apple, the device was covered under a Clean Air Act | <br>Photo 7a (P8170062JPG) | Potential Violation #7 (Aug 2023): EPA observed a 55-gallon canister of "Activated Carbon" on the roof of Building 1. At the time of the inspection, Apple's canister of "Activated Carbon" was not covered under the facility's Clean Air Act permit as an air emissions device. Nor was the device included or referenced in Apple's October 2022 Hazardous Waste Tank System Assessment.<br><br>Later it was determined that Apple has been managing their "Activated Carbon" as a NRHW since at least December 14, 2020. However, Apple |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| application submitted to the BAAQMD. The use of "Activated Carbon" canisters to remove VOCs can be regulated under both the Clean Air Act and RCRA. At the time of EPA's inspection, BAAQMD had not received Apple's Clean Air Act Permit application to regulate the container as a device under the Clean Air Act[8].<br><br>On September 13, 2023, Apple applied for a Permit Modification to BAAQMD requesting that the facility's 55-gallon canister of "Activated Carbon" be added as an abatement device for the facility's 1,700-gallon solvent waste tank (Attachment H). | <br>Photo 7b (P8170061.JPG) | does not appear to have performed a waste determination on the spent "Activated Carbon," between 2020 and 2023, to justify why it has been managing the waste as NRHW. Further review of this waste stream and the process by which it is managed is required to determine if the "Activated Carbon" is a hazardous waste or not at disposal.<br><br>Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].<br><br>**This potential violation is still outstanding.** |
| Observation #8 (Jan 2024): EPA observed three chemicals being used in Tool 8-02C in B(4) B(4) - B(4) of Apple's B(4) Area (Photo 8a). The three chemicals used were " B(4) B(4) (Flashpoint = 90°F)", " B(4) ( B(4) — Flashpoint = 52.5°F)", and " B(4) (pH = 13.2)". Once spent, the " B(4) B ( 4 ) " and " B(4) " wastes are managed as ignitable (D001 Waste) solvents and pumped into 5-gallon carboy containers that are located under the grated floor in B(4) (Attachments I – K). The spent solvent containers are then transferred to Apple's Bunker Area for long-term storage.<br><br>However, the " B(4) " chemical is not used as a solvent in the process but is accumulated in the same 5-gallon carboys used to | <br>B(4)<br>Photo 8a (IMG_5542.JPG) | Potential Violation #8 (Jan 2024): EPA observed the chemical " B(4) " being used in Tool 8-02C in B(4) B(4) - B(4) of Apple's B(4) Area. Based on the SDS (Attachment K), " B(4) " has a pH of 13.2 prior to use. Under RCRA, a spent liquid with a pH of greater than 12.5 may be regulated as a corrosive waste (D002 Waste) when disposed of and therefore should be evaluated for its corrosive properties upon disposal. Apple does not appear to have performed a waste determination on the spent waste and this waste stream appears to be a RCRA regulated hazardous waste.<br><br>Moreover, Apple does not appear to have a permit to treat its solvent or corrosive waste in the 5-gallon carboy units. Nor does the facility appear to meet an exemption from treatment, under RCRA. |

---

[8] A copy of Apple's Clean Air Act permit application was requested, and it was documented that Apple applied for the device to be covered under the Clean Air Act on September 13, 2023, after EPA's initial RCRA inspection.

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| store the spent solvents. Based on the SDS, " B(4) " has a pH of 13.2 prior to use. Under RCRA, a spent liquid with a pH greater than or equal to 12.5 is considered a corrosive waste (D002 Waste). Apple does not appear to have performed a waste determination on the 5-gallon carboys, to verify whether the mixture of spent solvents (D001 Waste) and the " B(4) " waste, are also hazardous for corrosivity at the point of origination.<br><br>At the time of EPA's inspection, Apple was managing the 5-gallon carboy containers (D001 Waste) used to accumulate the solvent waste, as SAA containers. These containers are attached to Apple's solvent tools and are filled on a continuous basis.<br><br>Under RCRA, SAA containers and containers under 26.4-gallons (0.1 $m^3$) are exempt from the RCRA air emission requirements for containers. Therefore, the containers and the equipment in contact with solvents greater than 10% ppmw are not subject to the monitoring, tagging or record keeping requirements for hazardous waste units under Subparts BB and CC of RCRA. | | Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].<br><br>Section § 66270.1(c) of Title 22 of the CCR states that a permit is required for the "transfer," "treatment," "storage," and "disposal of any waste which is hazardous waste pursuant to section 66261.3 and as defined in section 66260.10 [40 CFR § 270.1(c)].<br><br>Please note, diluting hazardous waste whether intentionally or unintentionally to remove a wastes' characteristics is considered a form of treatment. Under RCRA it is improper to treat hazardous waste without a permit unless the type of treatment is covered under an exemption.<br><br>**These potential violations are still outstanding.** |
| Observation #9 (Jan 2024): EPA observed two solvent baths of "Isopropyl Alcohol" (100%) being used in Apple's Solvent B(4) B(4) (Tool 8-112) and Solvent B(4) (Tool 6-15) tools located in the facility's B(4) – B(4) Area (Photos 9a – 9d). Signs were posted on the outside of the tools, documenting what specific solvents were being used in each | B(4)<br><br>Photo 9a (IMG_5554.JPG) | Potential Violation #9 (Jan 2024): Apple failed to perform a waste determination for its spent "Isopropyl Alcohol" waste generated from the facility's Solvent B(4) B(4) (Tool 8-112) and B(4) B(4) (Tool 6-15) tools located in the facility's B(4) – B(4) Area. For both of these tools, "Isopropyl Alcohol" once spent may be regulated as a D001 ignitable |

tool. At the time of EPA's inspection, the "Isopropyl Alcohol" solvents were not being managed as a waste but as a product.

Under RCRA, once a solvent is classified as spent, Apple is required to perform a waste determination to determine whether the materials are hazardous in nature at the point of origination.

Furthermore, according to Apple's SDS for "Isopropyl Alcohol", the chemical contains highly flammable liquids and has a flash point of 53.6°F, prior to use (Attachment L). Under RCRA, a spent solvent waste with a flash point of less than 140°F is considered characteristically hazardous for ignitability (D001 waste) and therefore should be tested to confirm if the waste is hazardous due to its ignitability.

In addition, Apple also does not appear to have properly characterized its " B(4) waste, to verify whether this waste is corrosive (D002 Waste) at the point of origination. According to the SDS for " B(4) " there is no data available on the pH for this chemical product prior to use (Attachment M). Under RCRA, Apple is required to properly characterize the pH of the liquid to determine whether the liquid is characteristically hazardous for corrosivity (D002 Waste) upon disposal.



Photo 9b (IMG_5555.JPG)



Photo 9c (IMG_5556.JPG)



Photo 9d (IMG_5557.JPG)

waste at the point of origination. This waste stream appears to be a RCRA regulated hazardous waste upon disposal.

Apple also failed to properly characterize its " B(4) " waste to verify whether this waste is corrosive (D002 Waste) at the point of origination. It is unknown whether this waste stream is RCRA regulated hazardous waste upon disposal.

Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].

**Please note, diluting hazardous waste whether intentionally or unintentionally to remove a wastes' characteristics is considered a form of treatment. Under RCRA it is improper to treat hazardous waste without a permit unless the type of treatment is covered under an exemption.**

**This potential violation is still outstanding.**

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

Observation #10 (Jan 2024): EPA observed at least two solvent baths of "Isopropyl Alcohol" (100% and 98-100%) and one bath of "XX B(4) XX" (< 100%), being used in conjunction with Apple's Solvent B(4) (Tool 8-133), B(4) (Tool 8-134), and XXX B(4) XXX (B(4) B(4)) tools located in the facility's B(4) Area (Photos 10a – 10c). Signs were posted on the outside of B(4), B(4), and the Solvent Spray Processor indicating what specific solvents were being used in each tool. At the time of EPA's inspection, the "Isopropyl Alcohol" and "B(4) XX B(4) XX" solvents were not being managed as a waste but as a product.

Under RCRA, once a solvent is classified as spent, Apple is required to perform a waste determination to verify whether the wastes generated are hazardous in nature at the point of origination.

Furthermore, according to Apple's SDS for "Isopropyl Alcohol (Attachment L)" and "XX B(4) XX (Attachment N)", the chemicals are highly flammable liquids with flash points of 53.6°F and > 109°F respectively, prior to use. Under RCRA, a liquid waste with a flash point of less than 140°F is considered characteristically hazardous for ignitibility (D001 waste) and therefore should be tested to confirm if the wastes are hazardous due to ignitability.

Apple also does not appear to have properly characterized its "B(4)" and "B(4)"

B(4)

Photo 10a (IMG_5565.JPG)

B(4)

Photo 10b (IMG_5567.JPG)

B(4)

Photo 10c (IMG_5568.JPG)

Potential Violation #10 (Jan 2024): Apple failed to properly characterize its spent "Isopropyl Alcohol" and "B(4) XX B(4) XX" waste generated from the facility's Solvent B(4) (Tool 8-133), B(4) (Tool 8-133), and XXX B(4) XXX (B(4)) tools located in the facility's B(4) Area as a D001 ignitable waste at the point of origination.

Apple also failed to properly characterize its "B(4)" and "B(4)" wastes to verify whether these wastes are corrosive (D002 Waste) at the point of origination.

All four of these waste streams appear to be RCRA regulated hazardous waste upon disposal.

**Please also note, diluting hazardous waste whether intentionally or unintentionally to remove a wastes' characteristics is considered a form of treatment. Under RCRA, it is improper to treat hazardous waste without a permit unless the type of treatment is covered under an exemption.**

Section § 66262.11 of Title 22 of the CCR states that a person who generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].

**This potential violation is still outstanding.**

| | | |
|---|---|---|
| wastes, to verify whether these wastes are corrosive (D002 Waste) at the point of origination. According to the SDS for " B(4) B(4) (Attachment O)", the pH has not been evaluated, prior to use and the product contains < 4% of Tetramethylammonium Hydroxide, a known corrosive. In addition, the B(4) " chemical has a pH between 11.5 and 12.5, prior to use (Attachment P). Under RCRA, a pH greater than or equal to 12.5 is considered a corrosive waste upon disposal. | | |
| Observation #11 (Jan 2024): EPA observed that Apple's solvent waste vents are connected to the facility's 5-gallon carboy spent solvent containers in Apple's B(4) Areas (Photo 11a). These same solvent waste vents are also connected to each of the facility's solvent tools and spray units onsite.<br><br>According to Apple, each solvent vent in the B(4) Area is further connected to the facility's overall solvent exhaust system which carries VOCs from each B(4) to "Activated Carbon" boxes located on the roof of Building 1 (Photo 11b). The purpose of the "Activated Carbon" boxes is to capture any VOCs introduced to the solvent exhaust system, prior to the vapors being released directly to the atmosphere through the two general exhaust stacks (Photo 11c).<br><br>Based on the information provided to EPA, it does not appear that the facility has properly tested the "Activated Carbon" for the purposes of | <br>Photo 11a (IMG_5548.JPG)<br><br><br>Photo 11b (IMG_5589.JPG)<br><br><br>Photo 11c (IMG_5591.JPG) | Potential Violation #11 (Jan 2024): EPA observed several "Activated Carbon" boxes on the roof of Building 1. Specifically, each of the B(4) in the B(4) Area vent directly to an "Activated Carbon" box which is responsible for filtering out VOCs that are generated onsite.<br><br>At the time of the inspection, Apple's "Activated Carbon" boxes were not covered under the facility's Clean Air Act permit as an air emissions device. Nor were the devices included or referenced in Apple's October 2022 Hazardous Waste Tank System Assessment.<br><br>Later it was determined that Apple has been managing their "Activated Carbon" as a NRHW since at least December 14, 2020. However, Apple does not appear to have performed a waste determination on the spent "Activated Carbon," between 2020 and 2023, to justify why it has been managing the waste as NRHW. Further review of this waste stream and the process by which it is managed is required.<br><br>Section § 66262.11 of Title 22 of the CCR states that a person who |

| | | |
|---|---|---|
| disposal. Apple manages its "Activated Carbon" waste as NRHW.<br><br>Apple also does not appear to have included all of the solvent waste streams when calculating the breakthrough times for the "Activated Carbon" boxes to ensure that no VOCs are released into the atmosphere onsite.<br><br>Apple's current BAAQMD Permit, does not reference the "Activated Carbon" boxes (i.e., Abatement Device No. A-13). Nor does it discuss the overall management of the boxes.<br><br>Based on Apple's 02/23/24 response letter to EPA, the facility confirmed that the devices are part of a pending application for a BAAQMD air permit modification. Additional review of Apple's test results pertaining to its "Activated Carbon" waste are needed to determine if the waste is regulated as a hazardous waste. | | generates a waste, as defined in section 66261.2, shall determine if that waste is a hazardous waste [40 CFR § 262.11].<br><br>**This potential violation is still outstanding.** |
| <u>Observation #12 (Jan 2024)</u>: EPA observed eleven closed 5-gallon containers of liquid waste stacked against the wall in Apple's Bunker Area (Photo 12a). The labels on these eleven containers identified the contents as corrosive liquids (D002 Waste).<br><br>The labels on three of the eleven containers were not clearly visible for inspection without physically moving each of the containers (Photo 12a). The ASDs on each container appeared to be less than the 90-day storage time frames for long-term storage (Photo 12b). | <br>Photo 12a (IMG_5592.JPG) | <u>Potential Violation #12 (Jan 2024)</u>: EPA observed eleven closed 5-gallon containers of corrosive liquids (D002 Waste) in Apple's Bunker Area. Three of the container labels were not clearly visible for inspection.<br><br>This waste all appeared to be RCRA regulated hazardous waste.<br><br>Sections §§ 66262.34(a)(1)(A) and 66262.34(f)(1) of Title 22 of the CCR states that generators who accumulate hazardous waste on site without a permit or grant of interim status shall comply with the following:<br>  (1) The date upon which each period of accumulation begins |

| | | |
|---|---|---|
| Apple managed this area as a less than 90-day hazardous waste accumulation area. At the time of EPA's inspection, an Apple employee was actively working in the Bunker Area, but did not appear to be filling or emptying the containers.<br><br>The Bunker Area is located downstream from Apple's initial waste generation activities. Apple's 5-gallon corrosive waste containers are not tested at the point of origination but managed as corrosive waste (D002 Waste) once transferred to the Bunker Area for long-term storage. | <br>B(4)<br><br>Photo 12b (IMG_5603.JPG) | shall be clearly marked and visible for inspection on each container and portable tank [40 CFR § 262.17(a)(5)(A) – (5)(C)].<br><br>**This potential violation is still outstanding.** |
| Observation #13 (Jan 2024): EPA observed twelve additional closed 5-gallon containers of liquid waste stacked against the opposite wall in Apple's Bunker Area (Photo 13a). The labels on these twelve containers identified the contents as flammable liquids (D001 Waste).<br><br>The labels on eight of the twelve 5-gallon containers stored in the Bunker Area were not clearly visible for inspection, without physically moving each of the containers (Photo 13a). The ASDs were written on each container and appeared to be stored in the Bunker for less than 90-days (Photos 13b and 13c).<br><br>Apple does manage this area as a less than 90-day hazardous waste accumulation area. At the time of EPA's inspection, an Apple employee was actively working in the Bunker Area, but did not appear to be filling or emptying the containers. | <br>Photo 13a (IMG_5594.JPG)<br><br><br>Photo 13b (IMG_5598.JPG) | Potential Violation #13 (Jan 2024): EPA observed twelve closed 5-gallon containers of flammable liquids (D001 Waste) in Apple's Bunker Area. Eight of the twelve container labels were not clearly visible for inspection.<br><br>This waste all appeared to be RCRA regulated hazardous waste.<br><br>Sections §§ 66262.34(a)(1)(A) and 66262.34(f)(1) of Title 22 of the CCR states that generators who accumulate hazardous waste on site without a permit or grant of interim status shall comply with the following:<br>(1) The date upon which each period of accumulation begins shall be clearly marked and visible for inspection on each container and portable tank [40 CFR § 262.17(a)(5)(A) – (5)(C)].<br><br>**This potential violation is still outstanding.** |

| | | |
|---|---|---|
| The Bunker Area is located downstream from Apple's initial waste generation activities. Apple's 5-gallon solvent waste containers are not tested at the point of origination but managed as ignitable waste (D001 Waste) once transferred to the Bunker Area for long-term storage. | <br>Photo 13c (IMG_5600.JPG) | |

**AREAS OF CONCERN**

**Apple's CAA (The Bunker Area)**
- Apple's Bunker Area appears to be too small to handle the volume and frequency of hazardous waste containers being generated onsite. EPA recommends that Apple expand the area currently being used to accumulate hazardous waste in the CAA long-term **– Corrected by 01/16/24.**
- Some of Apple's hazardous waste containers that enter the less than 90-day Bunker Area for long-term storage, are not properly labeled or dated prior to being stored in the facility's CAA **– Corrected by 02/23/24.**
- All hazardous waste containers that are stored in Apple's less than 90-day Bunker Area shall have labels that are clearly visible for inspection without having to physically move the containers.

**Apple's** `B(4)` **Area**
- EPA observed red SAA containers (Step Cans) in Apple's `B(4)` Area, inside and outside Room 1025. The containers were marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste **– Corrected by 02/23/24**.

**Apple's** `B(4)` **Area**
EPA observed a red SAA container (Step Can) in Apple's `B(4)` Area (Room 1021). The container was marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste **– Corrected by 02/23/24**.

**Chemical Pass-Through Area**

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

- EPA observed red SAA containers (Step Cans) in Apple's Chemical Pass-Through Area. The containers were marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste – **Corrected by 02/23/24.**

**Apple's** ███B(4)███ ██B(4)██**2 Area**

- EPA observed a red SAA container (Step Can) in Apple's ██B(4)██ ██B(4)██2 Area. The container was marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste – **Corrected by 02/23/24**.

**Apple's** █████B(4)█████**/** ██B(4)██ **Area**

- EPA observed a red SAA container (Step Can) in Apple's ██B(4)██ Area. The container was marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste – **Corrected by 02/23/24**.

**Apple's** ███B(4)███**/** ██B(4)██ **Area**

- EPA observed a red SAA container (Step Can) in Apple's ██B(4)██ Area. The container was marked as having as its contents, "Wipes and or PPE contaminated with IPA, Acetone, Ethanol and Butylacetate." According to Apple, this waste description for the facility's solid waste stream is incorrect and they will remove the words "Ethanol" and "Butylacetate" from the waste description but continue to manage the contents as RCRA regulated hazardous waste – **Corrected by 02/23/24**.
- EPA observed that the sign posted on Solvent Tool 8-113 ( ██B(4)██ ) in Apple's ██B(4)██/ ██B(4)██ Area needs to be updated to remove the chemical " ██B(4)██ " from the posted sign, which according to Apple is no longer being used in the facility's semiconductor process.

## Records Review

| Record(s) | Year(s) | Observation(s) and Potential Violations |
|---|---|---|
| Manifests: | 2020 - 2023 | Potential Violation #14: According to Apple's records, the facility shipped 83 shipments of waste designated as "Water with Solvents" (CA-133 Waste) to the World Oil Recycling facility located at 2000 |

|  |  | N. Alameda St in Compton, CA (EPA ID No. CAT 080 013 352) between 06/29/22 and 12/08/22. This waste was being sent off for the purposes of disposal and appears to have been improperly characterized as NRHW liquid by Apple. The waste actually appears to be an ignitable waste (D001 Waste) under RCRA (See Potential Violation #6).<br><br>Apple also shipped approximately 145 shipments of waste designated as "Water with Solvents" (CA-133 Waste) to the World Oil Recycling facility in Compton, CA between 01/05/23 and 12/22/23. This waste was being sent off for the purposes of disposal and appears to have been improperly characterized as NRHW liquid by Apple. The waste appears to be an ignitable waste (D001 Waste) under RCRA (See Potential Violation #6).<br><br>Because Apple appears to have improperly characterized this waste stream, the facility did not include the proper federal waste codes on the manifest that best describes the waste being shipped off-site, a potential violation under RCRA.<br><br>Section § 66262.23(a)(1) of Title 22 of the CCR requires the generator of any hazardous or extremely hazardous waste to be transported off-site or into California shall complete the generator and waste section and sign the manifest certification according to the Uniform Hazardous Waste Manifest, EPA Form 8700-22 and EPA Form 870-2A)and instructions [40 CFR § 262.20(a)(1)].<br><br>**This potential violation is still outstanding.** |
|---|---|---|
| LDR Forms: | 2020 - 2023 | Potential Violation #15: According to Apple's records, the facility shipped 83 shipments of waste designated as "Water with Solvents" (CA-133 Waste) to the World Oil Recycling facility located at 2000 N. Alameda St in Compton, CA (EPA ID No. CAT 080 013 352) between 06/29/22 and |

| | | |
|---|---|---|
| | | 12/08/22. This waste was being sent off for the purposes of disposal and appears to have been improperly characterized as NRHW liquid by Apple. The waste actually appears to be an ignitable waste (D001 Waste) under RCRA (See Potential Violation #6).<br><br>Apple also shipped approximately 145 shipments of waste designated as "Water with Solvents" (CA-133 Waste) to the World Oil Recycling facility in Compton, CA between 01/05/23 and 12/22/23. This waste was being sent off for the purposes of disposal and appears to have been improperly characterized as NRHW liquid by Apple. The waste actually appears to be an ignitable waste (D001 Waste) under RCRA (See Potential Violation #6).<br><br>Failure to properly characterize this waste may have resulted in the improper treatment and disposal of this waste stream under the Land Disposal Restriction (LDR) requirements of RCRA.<br><br>Prior to World Oil Recycling's May 5, 2022 Waste Profile Sheet was created for Apple's "Water and Solvents" waste (Attachment G), Apple was managing its spent solvent waste as both an ignitable waste and as a F-Listed waste stream (D001 and F003 Waste - Attachment Q). Under RCRA, the improper characterization and disposal of a hazardous waste are strictly prohibited.<br><br>As such, because Apple was venting the VOCs from its spent solvent tank, through the "Activated Carbon" canister, then the "Activated Carbon" generated prior to May 5, 2022, should also have been managed as an F-Listed waste stream. Apple does not appear to have managed its "Activated Carbon" as a hazardous waste, prior to May 5, 2022. |

| | | |
|---|---|---|
| | | Apple shipped at least 3 manifests of improperly characterized "Activated Carbon" waste (Attachment R) off-site as NRHW. Failure to properly characterize this waste may have resulted in the improper treatment and disposal of this waste stream under the Land Disposal Restriction (LDR) requirements of RCRA.<br><br>Specifically, the facility shipped RCRA regulated waste (D001 and F003 waste) off as NRHW on 12/14/20 (Manifest 014565900 FLE), 11/05/21 (Manifest 015769563 FLE) and 02/02/22 (Manifest - 15769825 FLE).<br><br>Section § 66268.7 of Title 22 of the CCR requires a generator of hazardous waste to determine if the waste has to be treated to meet applicable treatment standards before it can be land disposed [40 CFR § 268.7].<br><br>**These potential violations are still outstanding.** |
| Biennial Reports: | 2019 and 2021 | Reviewed. |
| Exception Reports: | 2020 - 2023 | Not Reviewed. |
| Weekly Inspections: | 2023 | Potential Violation #16: LQGs are required to conduct weekly inspections of their CAAs as well as document that those weekly inspections were conducted, under RCRA. Apple does not appear to have either performed weekly inspections or maintained records documenting that the weekly inspections were performed in 2023.<br><br>Apple is missing 15 weekly inspection logs for calendar year 2023. Specifically, the facility is missing inspection logs for the weeks of **02/20/23, 05/19/23, 05/26/23, 06/02/23, 06/09/23, 06/16/23, 06/23/23, 06/30/23, 07/07/23, 07/14/23, 07/21/23, 07/28/23, 08/04/23, 08/11/23, and 08/18/23.**<br><br>Section § 66265.174 of Title 22 of the CCR states that the owner or operator shall |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| | | inspect areas used for container storage or transfer, at least weekly, looking for leaking containers and for deterioration of containers and the containment system caused by corrosion or other factors [40 CFR § 262.17(a)(1)(v)].<br><br>**This potential violation is still outstanding.** |
| Subpart BB Monitoring Equipment Calibrations: | 2020 - 2023 | Potential Violation #17: EPA reviewed Apple's Field Service Reports, monitoring data and the facility's Subparts BB and CC Emissions Monitoring Procedures. Based on EPA's review, Apple did not properly calibrate its Eagle 2 Multigas Detector with PID sensor, a total of 34 times [34 Times = 4 Times (2020) + 12 Times (2021) + 12 Times (2022) + 7 Times (2023)] between 2020 and 2023.<br><br>Between 09/01/20 and 07/31/23, Apple only calibrated its Multigas Detector on one occasion (i.e., 11/24/20) before use, on the same day of use, when monitoring for VOC emissions onsite. Specifically, Apple documented that it calibrated the RKI Eagle 2 Multigas Detector with PID Sensor on 06/25/19, 11/25/19, 07/08/20, 11/24/20, 06/17/21, 07/5/22, 01/12/23, and 06/20/23. The only calibration day that matches the days of monitoring between 09/01/20 and 07/31/23 is the calibration performed on 11/24/20. Failure to calibrate a monitoring device before use, on the same day of use is a potential violation under RCRA.<br><br>Section § 66265.1063(b)(3) of Title 22 of the CCR states that leak detection monitoring, as required in Sections 66265.1052 through 66263.1062, shall comply with following requirements:<br>(1) Monitoring shall comply with Reference Method 21 in 40 CFR, part 60, incorporated by reference in Section 66260.11 of this chapter.<br>(2) The detection instrument shall meet the performance criteria of Reference Method 21. |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| | | (3) The instrument shall be calibrated before use on each day of its use by the procedures specified in Reference Method 21. |
| | | (4) Calibration gases shall be: |
| | |     (A)  Zero air (less than 10 ppm of hydrocarbon in air); |
| | |     (B)  A mixture of methane or n-hexane and air at a concentration of approximately, but less than, 10,000 ppm methane or n-hexane [40 CFR § 265.1063(b)(3)]. |
| | | **This potential violation is still outstanding.** |
| Subpart BB Monitoring Records: | 2020 - 2023 | Reviewed. |
| Daily Tank Inspections: | 2023 | Potential Violation #18: EPA reviewed the 2023 daily tank inspection records for Apple's 1,700-gallon solvent waste tank. Based on the documents submitted, the facility doesn't appear to have performed daily inspections of Apple's 1,700-gallon spent solvent tank every day that RCRA hazardous waste (D001 Waste) was stored in the tank. Between 01/01/23 and 08/18/23, Apple appears not to have performed daily inspections 48 times over the weekend in 2023.<br><br>Specifically, the facility is missing daily inspection records for **01/07/23, 01/08/23, 01/14/23, 01/15/23, 01/21/23, 01/22/23, 02/04/23, 02/05/23, 02/25/23, 02/26/23, 03/04/23, 03/05/23, 03/11/23, 03/12/23, 03/18/23, 03/19/23, 04/01/23, 04/02/23, 04/08/23, 04/09/23, 04/15/23, 04/16/23, 04/22/23, 04/23/23, 04/29/23, 04/30/23, 05/13/23, 05/14/23, 05/27/23, 05/28/23, 06/03/23, 06/04/23, 06/10/23, 06/11/23, 06/17/23, 06/18/23, 06/24/23, 06/25/23, 07/01/23, 07/02/23, 07/08/23, 07/09/23, 07/22/23/ 07/23/23, 07/29/23, 07/30/23, 08/12/23, and 08/13/23**.<br><br>After the inspection, EPA determined that Apple's solvent waste tank should have been regulated as a hazardous waste unit and the solvents regulated as an ignitable |

Apple, Inc.
08/17/2023, 08/18/2023 and 01/16/2024

| | | |
|---|---|---|
| | | waste (D001 Waste) in 2023 (See Potential Violation #6). Under RCRA, daily inspections are required to be performed on hazardous waste tanks subject to the Subpart J requirements, anytime a RCRA hazardous waste is being accumulated in a RCRA hazardous waste tank, including weekends and holidays.<br><br>Section § 66265.195(a) of Title 22 of the CCR states that the owner or operator shall inspect, where present, at least once each operating day [40 CFR § 265.195(a)].<br><br>**This potential violation is still outstanding.** |
| Subpart CC Applicability:<br>- Spent Solvent Waste Tank (1,700-gallons)<br>- Solvent Waste Lift Station (67-gallons) | 2020 - 2023 | Potential Violation #19: After EPA's inspection, it was determined that the source of the spent solvent waste entering Apple's 1,700-gallon solvent waste tank is characteristic for ignitability and should be, at a minimum, be managed as a D001 hazardous waste stream at the point of origination.<br><br>As such, Apple failed to properly evaluate the facility's spent solvent waste tank (SW-TNK-2) and the solvent waste lift station (SW-LS) to determine if the hazardous waste management units are subject to the RCRA air emission standards under RCRA.<br><br>Section § 66265.1083(b) of Title 22 of the CCR states that the owner or operator shall control air pollutant emissions from each hazardous waste management unit in accordance with standards specified in sections 66265.1085 through 66265.1088 as applicable to the hazardous waste management unit, except as provided for in subsection (c) of this section [40 CFR § 265.1083(b)].<br><br>**This potential violation is still outstanding.** |
| Employee Training Records:<br>- Allan Sherlock<br>- Demonte Rose<br>- Sameei Al Khafaji | 2021 - 2023 | Reviewed. |

| Consolidated Emergency Response/Contingency Plan: | 01/21/22 | Reviewed. |
|---|---|---|
| Spill Reports: | 2020 - 2023 | Not Applicable. |
| San Jose-Santa Clara Regional Wastewater Facility Industrial Wastewater Discharge Permit:<br>- Permit No. SC-461B | 11/20/20 – 11/19/25 | Reviewed. |
| Bay Area Air Quality Management District – Permit to Operate:<br>- Air Permit No. 22839 | 05/06/23 – 05/01/24 | Reviewed. |

**Closing Conference**

On August 17, 2023, August 18, 2023 and January 16, 2024, Apple's representatives participated in Closing Conferences with EPA Region 9. The EPA inspectors reviewed the inspection activities and summarized some potential violations and areas of concern.

Inspector Rollins gave an estimated date as to when Apple might receive the final RCRA hazardous waste inspection report. EPA thanked the facility for its hospitality and full cooperation. The overall inspection was concluded on January 16, 2024 at 4:50 pm.

**SECTION III – LIST OF ATTACHMENTS**
Attachment A - Apple Photograph Log
Attachment B - SB01 Air Permit 22839
Attachment C - SB01 Industrial Wastewater Permit
Attachment D - Tiered Permitting Unit – AWN System
Attachment E - Tiered Permitting Unit – HMR System
Attachment F - Tiered Permitting Unit – Solvent Tank System
Attachment G - SB01 Water with Solvents Profile
Attachment H - Permit Modification Application_ Plant 22839
Attachment I - (B)(4) SDS
Attachment J - (B)(4) SDS
Attachment K - (B)(4) SDS
Attachment L - IPA SDS
Attachment M - (B)(4) (B)(4) SDS
Attachment N - (B)(4) UHP SDS
Attachment O - (B)(4) SDS
Attachment P - (B)(4) ( (B)(4) ) SDS
Attachment Q - CH1505500 Mixed Flam Liquid SB01
Attachment R - Improperly Characterized Activated Carbon Shipments



**Region 9 Enforcement and Compliance Assurance Division**
# RCRA INSPECTION REPORT PHOTOGRAPH LOG
Apple, Inc. –  08/17/2023, 08/18/2023 and 01/16/2024



**Photograph 1a (P8170006.JPG - 08/17/23):** A photo of nineteen 5-gallon containers of corrosive waste in Apple's Building 1 East, Compartment 1 Indoor CAA Shed (The Bunker Area). Two containers were unlabeled and undated, eleven of the container labels were not clearly visible, and one container was stored on-site for more than 90-days.

**Photograph 1b (P8180009.JPG - 08/18/23):** A photo of the two unlabeled and undated containers with new RCRA hazardous waste labels placed on them. The Accumulation State Dates (ASDs) on the containers were dated 08/17/23.



**Photograph 1c (P8180010.JPG - 08/18/23):** A close-up photo of a 5-gallon container of corrosive liquids in Apple's Bunker. The container was marked " B(4) " and the ASD on the container was 03/02/23. The correct name was later determined to be " B(4) ."



**Photograph 2a (P8170013JPG - 08/17/23):** A photo of an open 5-gallon container of "Adhesive Liquids and Tape" waste in Apple's Bunker Area. The lid of the container was not secured, and the waste was being managed as non-RCRA hazardous waste.



**Photograph 2b (P8170014.JPG - 08/17/23):** A close-up photo of the hazardous waste label on the 5-gallon container of "Adhesive Liquids and Tape" waste in Apple's Bunker Area. The ASD on the label was documented as 07/22/23.



**Photograph 2c (P8180013.JPG - 08/18/23):** A close-up photo of the closed 5-gallon container of "Adhesive Liquids and Tape" waste in Apple's Bunker Area. The container was closed on 08/18/23.



**Photograph 3a (P8170015.JPG - 08/17/23):** A photo of a 5-gallon container of "Silicone" waste in Apple's Bunker Area. The container was closed but had an ASD of 03/16/22, more than 90-days from the date of EPA's inspection. This waste was regulated as a non-RCRA hazardous waste.



**Photograph 4a (P8170016.JPG - 08/17/23):** A photo of several containers of expired chemicals on the floor of Apple's Bunker Area. According to the facility representative, the containers were placed in the Bunker Area that morning and hadn't been properly labeled with a hazardous waste label or dated, prior to EPA's arrival.

4



**Photograph 5a (P8170020.JPG - 08/17/23):** A photo of an open 55-gallon container of "Mega Posit" in Apple's Bunker Area. At the time of the inspection, the cap was laying on top of the opening of the container (not as depicted here). According to Apple, the container was left opened in order to prevent the container from expanding and bulging.



**Photograph 5b (P8170021.JPG - 08/17/23):** A close-up photo of the label on the open 55-gallon container of "Mega Posit" waste in Apple's Bunker Area. The label was starting to peel off of the container while inside the Bunker Area.

5



**Photograph 5c (P8180012.JPG - 08/18/23):** A photo of the cap placed back on the container, officially closing the container. This container was documented as closed on 08/18/23.



**Photograph 6a (P8170051.JPG - 08/17/23):** A photo of Apple's 1,700-gallon stainless-steel hazardous waste tank. The tank was marked with the words, "Hazardous Waste" and used for the accumulation of spent solvent waste. At the time of the inspection, the solvents were being managed as California Only Waste.



**Photograph 6b (P8170052.JPG - 08/17/23):** A photo of The hazardous waste label on the 1,700-gallon solvent waste tank in the Bunker Area. At the time of the inspection, the waste was marked as "Water with Solvents" and managed as California Only Waste.



**Photograph 7a (P8170062.JPG - 08/17/23):** A photo of a 55-gallon container filled with "Activated Carbon" and located on the roof of Building 1. This drum is used to capture the VOC emissions from Apple's 1,700-gallon spent solvent waste tank. The container was not labeled or identified in Apple's air permit or their RCRA tank assessment.



**Photograph 7b (P8170061.JPG - 08/17/23):** A photo of three vents connected to Apple's 55-gallon container filled with "Activated Carbon". The two vents on the left are emergency vents for the double-walled tank. The vent on the right is the main vent.



**Photograph 8a (IMG_5542.JPG - 01/16/24):** A photo of Tool 8-01C in ██ B(4) ██ - ██ B(4) ██ of Apple's ██ B(4) ██ Area. The tool utilizes three chemicals that once spent are managed as a flammable waste (D001 Waste) onsite.



**Photograph 9a (IMG_5554.JPG - 01/16/24):** A close-up photo of the two chemicals that are used in Tool 8-112 located in <span style="color:red">B(4)</span> – <span style="color:red">B(4)</span> Area. The label identifies that there is one solvent and one corrosive chemical being used in this tool when in operation.



**Photograph 9b (IMG_5555.JPG - 01/16/24):** A photo of the solvent and water baths inside of Tool 8-112 located in <span style="color:red">B(4)</span> – <span style="color:red">B(4)</span> Area.



**Photograph 9c (IMG_5556.JPG - 01/16/24):** A close-up photo of the three chemicals that are used in Tool 6-51 located in ▮ B(4) ▮ – ▮ B(4) ▮ Area. The label identifies that there are two solvents and one corrosive chemical being used in this tool when in operation.



**Photograph 9d (IMG_5557.JPG - 01/16/24):** A photo of the solvent and water baths inside Tool 6-15 located in ▮ B(4) ▮ – ▮ B(4) ▮ Area.



**Photograph 10a (IMG_5565.JPG - 01/16/24):** A close-up photo of the four chemicals that are used in Tool 8-133 located in the ▮▮ B(4) ▮▮ Area. The label identifies that there are two solvents and two corrosive chemicals being used in this tool when in operation.



**Photograph 10b (IMG_5567.JPG - 01/16/24):** A close-up photo of two chemicals posted on a sign near Tool 8-134 located in the ▮▮ B(4) ▮▮ Area. The label identifies that there are two solvent chemicals being used in this tool when in operation.



**Photograph 10c (IMG_5568.JPG - 01/16/24):** A close-up photo of three chemicals posted on a sign near the 8-29 ███████ B(4) ███████ located in the ███ B(4) ███ Area. The label identifies that there is one solvent and two corrosive chemicals being used in this tool when in operation.



**Photograph 11a (IMG_5548.JPG - 01/16/24):** A photo of Apple's solvent waste vent in the ███ B(4) ███ B(4) ███ Area of the facility's ███ B(4) ███ Area connecting to Apple's solvent exhaust piping system. The solvent waste vent connects to piping on each of the 5-gallon carboy containers located in the grated floor in the room.



**Photograph 11b (IMG_5589.JPG - 01/16/24):** A photo of Apple's solvent exhaust system on the right ( ██B(4)██ ) emerging from the ceiling in the ██B(4)██ Area and connecting to the larger exhaust system piping on the roof. The "Activated Carbon" box for ██B(4)██ is located on the left side of the photo, which is used to vent VOCs.



**Photograph 11c (IMG_5591.JPG - 01/16/24):** A photo of Apple's solvent exhaust piping connecting to one of the main general exhaust systems on the roof of Building 1. The general exhaust system vents the air directly to the atmosphere.



**Photograph 12a (IMG_5592.JPG - 01/16/24):** A photo of eleven 5-gallon containers of corrosive waste (D002 Waste) in Apple's Bunker Area. The labels on three of the eleven 5-gallon containers were not clearly visible for inspection, without physically moving each of the containers.



**Photograph 12b (IMG_5603.JPG - 01/16/24):** A close-up photo of Apple's 5-gallon container of " B(4) " waste. This waste is managed as a corrosive waste (D002 Waste) and has an accumulation start date of 01/09/24.



**Photograph 13a (IMG_5594.JPG - 01/16/24):** A photo of twelve 5-gallon containers of mixed solvent waste in Apple's Bunker Area. The labels on eight of the twelve containers were not clearly visible during the inspection. The waste from these containers were accumulated upstream in Apple's ███ B(4) ███ Area.



**Photograph 13b (IMG_5598.JPG - 01/16/24):** A photo of one 5-gallon container of mixed solvents in Apple's Bunker Area. The container is marked as a flammable waste (D001 Waste) and has an accumulation state date of 01/16/24.



**Photograph 13c (IMG_5600.JPG - 01/16/24):** Another photo of a 5-gallon container of mixed solvent waste in Apple's Bunker Area. The container is marked as a flammable waste (D001 Waste) and has an accumulation state date of 01/11/24.

COPY OF PUBLIC US EPA "AIR POLLUTANT" PAGE 8/31/25

 An official website of the United States government



<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

MENU

Search EPA.gov

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Air Pollutant Report

**Help** <https://epa.gov/help/reports/air-pollutant-report-help>

## Facility Summary

**MICREL SYNERGY SEMICONDUCTOR**

**3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054** ⓘ

### Facility Information (FRS)

**FRS (Facility Registry Service) ID:** 110001168254

**EPA Region:** 09

**Latitude:** 37.37963

**Longitude:** -121.9717

**Locational Data Source:** FRS

**Industries:** Electronic Computer Manufacturing, Semiconductor and Related Device Manufacturing

**ICIS-Air Source ID:**

**ICIS-Air Facility Status:**

### Air Monitors Located within 5km

None found

### Emission Inventories

☑ National Emissions Inventory (NEI): 19490911, 1278911

☑ Greenhouse Gas Reporting Program (GHGRP): No Information

☑ Toxics Release Inventory (TRI): 95051NTRSL3250S, 9505WSBXXX325SC

☑ Clean Air Markets Division (CAMD): No Information

### Related Reports

■ Detailed Facility Report

■ Air Pollutant Report

View Envirofacts Reports

Search for Excess Emission Reports

Search for Spills

200 m
500 ft

County of Santa Clara, Maxar …    Powered by Esri <https://www.esri.com/>

## Emissions

⚠ Please read important information about emissions data sources and reported values

## Total Aggregate Emissions Data

| Program ↕ | Pollutant ↕ | Units ↕ | Trend ↕ | 2015 ↕ | 2016 ↕ | 2017 ↕ | 2018 ↕ | 2019 ↕ | 2020 ↕ | 2021 ↕ | 2022 ↕ | 2023 ↕ | 2024 ↕ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEI | Total CAPs | Pounds | | -- | -- | -- | -- | -- | 16,083.62 | -- | -- | -- | -- |
| NEI | Total HAPs | Pounds | | -- | -- | -- | -- | -- | .82 | -- | -- | -- | -- |
| NEI | Total VOCs | Pounds | | -- | -- | -- | -- | -- | 15,607.90 | -- | -- | -- | -- |
| TRI | TRI Air Toxics | Pounds | | -- | -- | -- | -- | -- | 260.17 | -- | -- | -- | -- |

## Emissions Data

⊕ Download Data

| Program ↕ | Pollutant Type ↕ | Pollutant ↕ | Units ↕ | Trend ↕ | 2015 ↕ | 2016 ↕ | 2017 ↕ | 2018 ↕ | 2019 ↕ | 2020 ↕ | 2021 ↕ | 2022 ↕ | 2023 ↕ | 2024 ↕ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEI | HAP/VOC | Acetaldehyde | Pounds | | -- | -- | -- | -- | -- | .01 | -- | -- | -- | -- |
| NEI | HAP | Arsenic | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP/VOC | Benz[a]anthracene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP/VOC | Benzene | Pounds | | -- | -- | -- | -- | -- | .68 | -- | -- | -- | -- |
| NEI | HAP | Beryllium | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP | Cadmium | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | CAP | Carbon monoxide | Pounds | | -- | -- | -- | -- | -- | 86.54 | -- | -- | -- | -- |
| NEI | HAP | Chromium(VI) | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP/VOC | Chrysene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | OTH | Elemental Carbon portion of PM2.5-PRI | Pounds | | -- | -- | -- | -- | -- | 2.25 | -- | -- | -- | -- |
| NEI | HAP/VOC | Fluoranthene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP/VOC | Formaldehyde | Pounds | | -- | -- | -- | -- | -- | .09 | -- | -- | -- | -- |
| NEI | CAP | Lead | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP | Manganese | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP | Mercury | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP/VOC | Naphthalene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | HAP | Nickel | Pounds | | -- | -- | -- | -- | -- | .02 | -- | -- | -- | -- |

| Program | Pollutant Type | Pollutant | Units | Trend | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---------|---------------|-----------|-------|-------|------|------|------|------|------|------|------|------|------|------|
| NEI | OTH | Nitrate portion of PM2.5-PRI | Pounds | . | -- | -- | -- | -- | -- | .04 | -- | -- | -- | -- |
| NEI | CAP | Nitrogen oxides | Pounds | . | -- | -- | -- | -- | -- | 372.34 | -- | -- | -- | -- |
| NEI | OTH | Organic Carbon portion of PM2.5-PRI | Pounds | . | -- | -- | -- | -- | -- | 1.04 | -- | -- | -- | -- |
| NEI | CAP | Primary PM10, filterable portion only | Pounds | . | -- | -- | -- | -- | -- | 3.18 | -- | -- | -- | -- |
| NEI | CAP | Primary PM10 (filterables and condensibles) | Pounds | . | -- | -- | -- | -- | -- | 4.34 | -- | -- | -- | -- |
| NEI | CAP | Primary PM2.5, filterable portion only | Pounds | . | -- | -- | -- | -- | -- | 3.06 | -- | -- | -- | -- |
| NEI | CAP | Primary PM2.5 (filterables and condensibles) | Pounds | . | -- | -- | -- | -- | -- | 4.21 | -- | -- | -- | -- |
| NEI | CAP | Primary PM condensible portion, less than 1 micron | Pounds | . | -- | -- | -- | -- | -- | 1.16 | -- | -- | -- | -- |
| NEI | OTH | Remaining PMFINE portion of PM2.5-PRI | Pounds | . | -- | -- | -- | -- | -- | .67 | -- | -- | -- | -- |
| NEI | OTH | Sulfate Portion of PM2.5-PRI | Pounds | . | -- | -- | -- | -- | -- | .21 | -- | -- | -- | -- |
| NEI | CAP | Sulfur dioxide | Pounds | . | -- | -- | -- | -- | -- | .90 | -- | -- | -- | -- |
| NEI | HAP/VOC | Toluene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| NEI | CAP/VOC | Volatile organic compounds | Pounds | . | -- | -- | -- | -- | -- | 15,607.90 | -- | -- | -- | -- |
| NEI | HAP/VOC | Xylene | Pounds | | -- | -- | -- | -- | -- | .00 | -- | -- | -- | -- |
| TRI | -- | N-Methyl-2-pyrrolidone | Pounds | . | -- | -- | -- | -- | -- | 260.17 | -- | -- | -- | -- |

The Air Pollutant Report presents ten years of EPA air emissions data from the National Emissions Inventory (NEI) <https://www.epa.gov/air-emissions-inventories>, Greenhouse Gas Reporting Program <https://www.epa.gov/ghgreporting>, Toxics Release Inventory <https://www.epa.gov/toxics-release-inventory-tri-program>, and Clean Air Markets Programs <https://www.epa.gov/airmarkets> for a selected facility. Emissions are presented by pollutant for each program and each year that values are available. Each of these programs is governed by a different regulatory authority and performs a distinct function. The NEI program includes both facility-reported and government-augmented emissions, while the other programs include exclusively emissions reported by facilities. While each program is distinct, there is some overlap in pollutants covered by the different programs. Where the same pollutant exists in multiple programs, the Air Pollutant Report will list each program's emissions estimates. Emissions values reported under multiple programs are not exclusive and should not be added together.

Due to programmatic differences in calculation methods and how "facility" is defined, there may be significant discrepancies in emissions values between programs. By consolidating emissions data from four different EPA programs into one report, the Air Pollutant Report provides a single source for users looking to understand a facility's full suite of pollutants and the range of possible emissions associated with a given pollutant depending on the emissions program.

## Environmental Conditions

### Air Quality Nonattainment Areas

| Pollutant | Within Nonattainment Status Area? | Nonattainment Status Applicable Standard(s) | Within Maintenance Status Area? | Maintenance Status Applicable Standard(s) |
|---|---|---|---|---|
| Ozone | Yes | 1-Hour Ozone (1979); 8-Hour Ozone (1997); 8-Hour Ozone (2008); 8-Hour Ozone (2015) | No | -- |
| Lead | No | -- | No | -- |
| Particulate Matter | Yes | PM-2.5 (2006) | No | -- |
| Carbon Monoxide | No | -- | Yes | Carbon Monoxide (1971) |
| Sulfur Dioxide | No | -- | No | -- |

⌃ Top of Page



## Discover.

**Accessibility**
<https://www.epa.gov/accessibility>

**Budget & Performance**
<https://www.epa.gov/planandbudget>

**Contracting**
<https://www.epa.gov/contracts>

**EPA www Web Snapshots**
<https://www.epa.gov/home/wwwepagov-snapshots>

**Grants** <https://www.epa.gov/grants>

## Connect.

**Data.gov** ⬈ <https://www.data.gov/>

**Inspector General**
<https://www.epa.gov/office-inspector-general/about-epas-office-inspector-general>

**Jobs** <https://www.epa.gov/careers>

**Newsroom**
<https://www.epa.gov/newsroom>

**Open Government**
<https://www.epa.gov/data>

**Regulations.gov** ⬈
<https://www.regulations.gov/>

## Ask.

**Contact EPA**
<https://www.epa.gov/aboutepa/forms/contact-epa>

**EPA Disclaimers**
<https://www.epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines**
<https://www.epa.gov/aboutepa/epa-hotlines>

**FOIA Requests**
<https://www.epa.gov/foia>

Case 5:25-cv-00733-PCP     Document 40-44     Filed 08/29/25     Page 115 of 163
Air Pollutant Report

## No FEAR Act Data

<https://www.epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa-employees>

**Privacy** <https://www.epa.gov/privacy>

## Privacy and Security Notice

<https://www.epa.gov/privacy/privacy-and-security-notice>

## Subscribe

<https://www.epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov**  <https://www.usa.gov/>

**White House**

<https://www.whitehouse.gov/>

## Frequent Questions

<https://www.epa.gov/aboutepa/frequent-questions-specific-epa-programstopics>

# Follow.



Last updated on May 13, 2024

Data Refresh Information

<https://epa.gov/resources/echo-data/about-the-data#sources>

**COPY OF PUBLIC US EPA TRI / BR PAGES 8/31/25**


United States
Environmental Protection
Agency

**You are here:** EPA Home <http://www.epa.gov/> » Envirofacts <../../index.html> » TRI <https://www.epa.gov/enviro/tri-overview> » TRI Search <https://www.epa.gov/enviro/tri-search> » Facility Report



# TRI Facility Report

Home <https://enviro.epa.gov> | Multisystem Search <https://enviro.epa.gov/facts/multisystem.html> | Topic Searches <https://www.epa.gov/node/111173> | System Data Searches <https://www.epa.gov/node/110287> | About the Data <https://www.epa.gov/node/110929> | Data Downloads <https://www.epa.gov/node/109431> | Widgets <https://www.epa.gov/node/111193> | Services <https://www.epa.gov/node/110925> | Mobile <https://www.epa.gov/node/110843> | Other Datasets <https://www.epa.gov/node/111331>

### TRI Facility Report: APPLE INC (95051NTRSL3250S)

## Chemicals and Associated Health Effects

FACILITY INFORMATION   CHEMICALS   POLLUTION PREVENTION (P2)   WASTE MANAGEMENT   RELEASES   WATER RELEASES   TRANSFERS   CLASSIC VIEW

## Chemicals and Associated Health Effects

**Excel** | **Print**

Search keyword

| Chemical Name <https://epa.gov/envirofacts/metadata/column/tri/tri_chemicals_health_effects_2023/chemical> ↑↓ | TRI Chemical ID <https://epa.gov/envirofacts/metadata/column/tri/tri_chemicals_health_effects_2023/tri_chem_id> ↑↓ | Most Recent Year Reported <https://epa.gov/envirofacts/metadata/column/tri/tri_chemicals_health_effects_2023/year> ↑↓ | Health Effects | | |
|---|---|---|---|---|---|
| | | | Cancer | Other | Info |
| N-Methyl-2-pyrrolidone | 872-50-4 | 2020 | | ✓ | ⓘ |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 7664-93-9 | 1991 | | ✓ | ⓘ |
| Freon 113 (CFC-113) | 76-13-1 | 1990 | | ✓ | ⓘ |
| Phosphoric acid | 7664-38-2 | 1989 | | | ⓘ |
| Hydrochloric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 7647-01-0 | 1988 | | ✓ | ⓘ |
| Hydrogen fluoride | 7664-39-3 | 1988 | | ✓ | ⓘ |
| Sodium hydroxide (solution) | 1310-73-2 | 1988 | | | ⓘ |
| Sodium sulfate (solution) | 7757-82-6 | 1987 | | | ⓘ |

Showing 1 to 8 of 8 entries   ‹‹   ‹   1   ›   ››   10 ⌄

## Chemicals and TRI Forms

**Excel** | **Print**

Search keyword

| Chemical Name <https://epa.gov/envirofacts/metadata/column/tri/tri_chem_info/chem_name> ↑↓ | TRI Chemical ID <https://epa.gov/envirofacts/metadata/column/tri/tri_chem_info/tri_chem_id> ↑↓ | 2020 ↑↓ | 1991 ↑↓ | 1990 ↑↓ | 1989 ↑↓ | 1988 ↑↓ | 1987 ↑↓ |
|---|---|---|---|---|---|---|---|
| Freon 113 (CFC-113) | 76-13-1 | - | - | R | R | R | R |
| Hydrochloric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 7647-01-0 | - | - | - | - | R | - |
| Hydrogen fluoride | 7664-39-3 | - | - | - | - | R | - |
| N-Methyl-2-pyrrolidone | 872-50-4 | R | - | - | - | - | - |
| Phosphoric acid | 7664-38-2 | - | - | - | R | R | R |
| Sodium hydroxide (solution) | 1310-73-2 | - | - | - | - | R | R |
| Sodium sulfate (solution) | 7757-82-6 | - | - | - | - | - | R |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | 7664-93-9 | - | R | R | R | R | - |

Showing 1 to 8 of 8 entries  «  ‹  1  ›  »  10 ⌄

Notes

- **"R" indicates the facility filed a TRI form R** for each TRI-listed chemical it manufactures, processes, or otherwise uses in quantities above the reporting threshold in the reporting year.
- **"A" indicates the facility filed a TRI form A** for each TRI-listed chemical (except PBTs) that did not exceed 500 pounds and was not manufactured, processed, or otherwise used in an amount exceeding 1 million pounds in the reporting year. Form A cannot be filed for PBT chemicals (except certain instances of reporting lead in stainless steel, brass, or bronze alloys).
- **"-" indicates the facility did not file a form** for the TRI-listed chemical in the reporting year.

Go to RSEI for Risk-Screening Environmental Indicators (RSEI) data

**Timestamp**

Query was executed on AUG-31-2025

Contact Us <https://www.epa.gov/enviro/forms/contact-us-about-envirofacts> to ask a question, provide feedback, or report a problem.

Last updated on July 30, 2025

 United States
Environmental Protection
Agency

**Related Topics:**

- Envirofacts <../>

Home ⧉ | Multisystem Search ⧉ | Topic Searches <https://www.epa.gov/enviro/topic-searches> | System Data Searches <https://www.epa.gov/enviro/system-data-searches> | About the Data <https://www.epa.gov/enviro/about-data> | Data Downloads <https://www.epa.gov/enviro/data-downloads> | Widgets <https://www.epa.gov/enviro/widgets> | Services <https://www.epa.gov/enviro/web-services> | Mobile <https://www.epa.gov/enviro/uv-index-mobile-app> | Other Datasets <https://www.epa.gov/enviro/other-datasets>

---

**MICREL SYNERGY SEMICONDUCTOR**

**3250 SCOTT BOULEVARD**

**SANTA CLARA, CA 95054**

*You can navigate within the map with your mouse.*

| EPA Facility Information |

*This query was executed on AUG-31-2025*

---

## BR Information

*Facility Information:*

| | | | |
|---|---|---|---|
| **HANDLER NAME:** ⧉ | APPLE INC | **HANDLER ID:** ⧉ | CAR000278176 |
| **STREET 1:** ⧉ | SCOTT BLVD STE 100 | **REPORTING YEAR:** ⧉ | 2017 |
| **STREET 2:** ⧉ | | | |
| **CITY:** ⧉ | SANTA CLARA | **GENERATOR STATUS:** ⧉ | Federal = LQG |
| **STATE:** ⧉ | CA | **ZIP CODE:** ⧉ | 95054 |

| COUNTY: ☑ | SANTA CLARA | PENALTY: ☑ | |
|---|---|---|---|

*Mailing Information:*

| HANDLER NAME: ☑ | APPLE INC |
|---|---|
| STREET 1: ☑ | APPLE PARK WAY, M/S 939-2AC2 |
| STREET 2: ☑ | |
| CITY: ☑ | CUPERTINO |
| STATE: ☑ | CA |
| ZIP CODE: ☑ | 95014 |

*Basic Waste Information:*

**Note:** Please note that the wastes shown in the following table are in tons.

| WASTE TYPE | NATIONAL REPORT ☑ |
|---|---|
| GENERATION ☑ | 344.2 |
| MANAGEMENT ☑ | |
| WASTE_RECEIVED ☑ | |
| WASTE SHIPPED ☑ | 344.2 |
| INCINERATION ☑ | |
| DISPOSAL ☑ | |
| ACUTE GENERATION ☑ | |

Additional information can be obtained from the Biennial Reporting | BR | Search.

**BR Information**

*Facility Information:*

| HANDLER NAME: ☒ | MICREL-SYNERGY SEMICONDUCTOR | HANDLER ID: ☒ | CAT000623983 |
|---|---|---|---|
| STREET 1: ☒ | 3250 SCOTT BLVD | REPORTING YEAR: ☒ | 2003 |
| STREET 2: ☒ | | | |
| CITY: ☒ | SANTA CLARA | GENERATOR STATUS: ☒ | Federal = LQG |
| STATE: ☒ | CA | ZIP CODE: ☒ | 95054 |
| COUNTY: ☒ | SANTA CLARA | PENALTY: ☒ | |

*Mailing Information:*

| HANDLER NAME: ☒ | MICREL-SYNERGY SEMICONDUCTOR |
|---|---|
| STREET 1: ☒ | 1849 FORTUNE DR |
| STREET 2: ☒ | |
| CITY: ☒ | SAN JOSE |
| STATE: ☒ | CA |
| ZIP CODE: ☒ | 95131 |

*Basic Waste Information:*

**Note:** Please note that the wastes shown in the following table are in tons.

| WASTE TYPE | NATIONAL REPORT ☒ |
|---|---|
| GENERATION ☒ | 12.3 |
| MANAGEMENT ☒ | |
| WASTE_RECEIVED ☒ | |
| WASTE SHIPPED ☒ | 12.3 |

| | |
|---|---|
| INCINERATION ⊠ | |
| DISPOSAL ⊠ | |
| ACUTE GENERATION ⊠ | |

Additional information can be obtained from the Biennial Reporting [ BR ] Search.

---

## Toxic Releases for Reporting Year 2020

| Tri Facility Id ⊠ | 95051NTRSL3250S |
|---|---|

There were no SIC Codes ⊠ reported to EPA for this facility.

### Chemicals Transferred to other Sites

| Chem Name ⊠ | Tri Chem Id ⊠ | Doc Ctrl Num ⊠ | Total Release ⊠ | Transfer Basis Est Code ⊠ | Type Of Waste Management ⊠ | Off Site Name ⊠ | City Name ⊠ |
|---|---|---|---|---|---|---|---|
| N-Methyl-2-pyrrolidone | 0000872504 | 1320219310885 | 3153.34 | | INCINERATION/THERMAL TREATMENT | CLEAN HARBORS EL DORADO, LLC | EL DORADO |
| N-Methyl-2-pyrrolidone | 0000872504 | 1320219310885 | 3787.48 | | TRANSFER TO WASTE BROKER - WASTE TREATMENT | VEOLIA ES TECHNICAL SOLUTIONS LLC | AZUSA |
| N-Methyl-2-pyrrolidone | 0000872504 | 1320219310885 | 7802 | | INCINERATION/THERMAL TREATMENT | CLEAN HARBORS ARAGONITE, LLC | ARAGONITE |

### Chemicals Released to Air

| Chem Name ⊠ | Tri Chem Id ⊠ | Doc Ctrl Num ⊠ | Total Release ⊠ | Release Basis Est Code ⊠ | Environmental Medium ⊠ |
|---|---|---|---|---|---|
| N-Methyl-2-pyrrolidone | 0000872504 | 1320219310885 | 260.17 | | STACK OR POINT EMISSIONS |

### Chemicals Released via Underground Injection

There was no data of this type reported for this facility.

**Chemicals Released to Land**

There was no data of this type reported for this facility.

**Chemicals Released to Surface Water**

There was no data of this type reported for this facility.

Additional Information can be obtained from the Toxics Release Inventory ⬚ TRI ⬚ Search.

**Additional links for TRI:**

This information resource is not maintained, managed, or owned by the Environmental Protection Agency (EPA) or the Envirofacts Support Team. Neither the EPA nor the Envirofacts Support Team is responsible for their content or site operation. The Envirofacts Warehouse provides this reference only as a convenience to our Internet users.

- National Library of Medicine (NLM) TOXMAP ☑ ⟨EXIT Disclaimer⟩ <http://www.epa.gov/epahome/exitepa.htm> .

---

## Toxic Releases for Reporting Year

The list on the previous page comes from EPA's Facility Identification Initiative System (FII), which maintains linkage to individual national program systems. The facility you chose is no longer listed in the current TRIS database. Therefore, there is no TRIS data available for the selected facility.

**There was an error with the database tables.**

Please send a report to enviromail_group@epamail.epa.gov telling us what criteria you used in the selection along with this error message:

---

**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjøvik,**<br>*an individual*,<br><br>**Plaintiff**,<br><br>vs.<br><br>**Apple Inc.,**<br>*a corporation,*<br><br>**City of Santa Clara,**<br>*a local government*,<br><br>**Mr. Kalil/Khalil Jenab**<br>*individually,* & as<br>*Agent/Member/Manager* of:<br>**Jenab Family LP,**<br>**Jenab Family Ventures LLC,**<br>& as *Trustee/Agent* of:<br>**The Jenab Family Trust,**<br><br>**Defendants**. | **Case 25-CV-07360-PCP**<br><br><br>**Complaint**<br><br><br><br>**Exhibit D:**<br>**Government**<br>**Agency Exhibits**<br>**Addendum**<br><br><br>**Environmental**<br>**Citizen Suit** |

# Site Report
## Apple Inc



**3250 SCOTT BLVD**
**SANTA CLARA, CA 95054**

| | |
|---|---|
| **County** | Santa Clara County |
| **CalEnviroscreen 4.0 Percentile Range** | >50 - 60 |



## SIC Codes

**8731**            Commercial physical research

## NAICS Codes

## Alternate IDs

| | | | |
|---|---|---|---|
| **Dun & Bradstreet Number** | 060704780 | **Facility Identifier** | 43-010-201509 |
| **Facilities Explorer ID** | 385316 | **EPA Identifier** | CAR000278176 |

## Regulatory Programs

| Description | Source System | Program Id | Start Date | End Date |
|---|---|---|---|---|
| Aboveground Petroleum Storage | California Environmental Reporting System | 10633816 | 06/22/2015 | |
| Hazardous Chemical Management | California Environmental Reporting System | 10633816 | 06/22/2015 | |
| Chemical Storage Facilities | California Environmental Reporting System | 10633816 | 06/22/2015 | |
| Hazardous Waste Generator | California Environmental Reporting System | 10633816 | 06/22/2015 | |
| Hazardous Waste Onsite Treatment | California Environmental Reporting System | 10633816 | 06/22/2015 | |

| Description | Source System | Program Id | Start Date | End Date |
|---|---|---|---|---|
| RCRA LQ HW Generator | California Environmental Reporting System | 10633816 | 06/22/2015 | |

## Site Contacts

| Name | Title | Phone | Address |
|---|---|---|---|
| APPLE INC | | (408) 974-3333 | |
| APPLE INC (SANTA CLARA) | | | |
| Apple, Inc. | | (408) 996-1010 | One Apple Park Way, M/S 319-3EHS<br>Cupertino, CA 95014 |
| BSI | | | |
| Emmanuel Mulenga | Senior EHS Engineer | | |
| Grace Fisk | EHS Lead | | |
| Kalil Jenab | | (408) 810-3428 | 108 Sylvian Way<br>Los Altos, CA 94022 |
| Kevin Sung | Site EHS Lead | | One Apple Park Way, M/S 319-3EHS<br>Cupertino, CA 95014 |
| Linda Knudsen | Sunnyvale Site EHS Manager | | |
| Mailing Address | | | One Apple Park Way, M/S 319-3EHS<br>Cupertino, CA 95014 |
| Santa Clara City Fire Dept | | (408) 615-4970 | 1675 Lincoln Street<br>Santa Clara, CA 95050 |
| Tom Huynh | Site EHS Lead | | |

## Apple Inc
3250 SCOTT BLVD
SANTA CLARA CA 95054



PROFILE    MAP    REGULATORY PROGRAMS    COMPLIANCE    CHEMICALS



200 ft

### Geopolitical

**COUNTY**
Santa Clara County

**CALENVIROSCREEN 4.0 PERCENTILE RANGE**
>50 - 60

### Site Codes

**SIC**
8731       Commercial physical research

### Alternate IDs

| | |
|---|---|
| **DUN & BRADSTREET NUMBER** | 060704780 |
| **FACILITIES EXPLORER ID** | 385316 |
| **FACILITY IDENTIFIER** | 43-010-201509 |
| **EPA IDENTIFIER** | CAR000278176 |

### Alternate Names

None.

## Regulatory Programs

### Aboveground Petroleum Storage  ⓘ

**ENVIRONMENTAL INTEREST START DATE**
06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

### Hazardous Chemical Management  ⓘ

**ENVIRONMENTAL INTEREST START DATE**
06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

### Chemical Storage Facilities  ⓘ

**ENVIRONMENTAL INTEREST START DATE**

06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

## Hazardous Waste Generator

**ENVIRONMENTAL INTEREST START DATE**
06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

## Hazardous Waste Onsite Treatment

**ENVIRONMENTAL INTEREST START DATE**
06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

## RCRA LQ HW Generator ⓘ

**ENVIRONMENTAL INTEREST START DATE**
06/22/2015

**LAST INSPECTED**
01/15/2026

**SOURCE SYSTEM**
California Environmental Reporting System

**SOURCE SYSTEM ID**
10633816

## Site Contacts

### Operator

**NAME**
APPLE INC

**PHONE**
(408) 974-3333

### Parent Corporation

**NAME**
APPLE INC (SANTA CLARA)

### Legal Owner

**NAME**
Apple, Inc.

**PHONE**
(408) 996-1010

ADDRESS
One Apple Park Way, M/S 319-3EHS
Cupertino, CA 95014

## Document Preparer

NAME
BSI

## Onsite Treatment Unit Owner Operator

NAME
Emmanuel Mulenga

TITLE
Senior EHS Engineer

## Identification Signer

NAME
Grace Fisk

TITLE
EHS Lead

## Property Owner

NAME
Kalil Jenab

PHONE
(408) 810-3428

ADDRESS
108 Sylvian Way
Los Altos, CA 94022

## Environmental Contact, Onsite Treatment Unit Owner Operator

**NAME**
Kevin Sung

**TITLE**
Site EHS Lead

**ADDRESS**
One Apple Park Way, M/S 319-3EHS
Cupertino, CA 95014

## Onsite Treatment Unit Owner Operator

**NAME**
Linda Knudsen

**TITLE**
Sunnyvale Site EHS Manager

## Facility Mailing Address

**NAME**
Mailing Address

**ADDRESS**
One Apple Park Way, M/S 319-3EHS
Cupertino, CA 95014

<table>
<tr><td>❮ PREV 10</td><td>NEXT 10 ❯</td></tr>
</table>

Showing 1-10 of 12

Apple Inc - CalEPA Regulated Site Portal

## Apple Inc
3250 SCOTT BLVD
SANTA CLARA CA 95054

🖨

PROFILE    MAP    REGULATORY PROGRAMS    **COMPLIANCE**    CHEMICALS

| Evaluations | | Violations | | Compliance | |
|---|---|---|---|---|---|
| Evaluations With Violations | **4** | Open | **2** | Total | **0** |
| Evaluations Without Violations | **15** | Resolved | **6** | | |

### Evaluations With Violations (4)

| Date ▾ | Program ⇕ | Type ⇕ |
|---|---|---|
| 🔽 | 🔽 | 🔽 |
| − 01/15/2026 | APSA - Aboveground Petroleum Storage Act (APSA) | Routine done by local agency |

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
null

| − 01/15/2026 | HW - Hazardous Waste Generator | Routine done by local agency |
|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
Overall Inspection Comments: Inspection involved myself, G.Tran and S.Dillon. Only violation noted for labeling was corrected on-site.

| − 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) | Routine done by local agency |
|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
2/4/2026: Administratively closing out old violations as not resolvable

| − 10/13/2020 | HMRRP - Hazardous Materials Release Response Plans (HMRRP) | Routine done by local agency |
|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

### Evaluations Without Violations (15)

| Date ▾ | Program ⇕ | Type ⇕ |
|---|---|---|
| 🔽 | 🔽 | 🔽 |
| − 01/15/2026 | HMRRP - Hazardous Materials Release Response Plans (HMRRP) | Routine done by local agency |

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
Inspection involved myself, G.Tran and S.Dillon. There were no observed violations during the time of this inspection. There were some non-HMBP related observations made that were all corrected on-site. Teos cabinet in Bay 1093, Chase C (show permit stating what the disposition of cabinet is). Also, remove labels on decommissioned SiH2Cl2 cabinet in same chase as well as in bay 1095, chase b. Corrected on-site.

| − | 01/15/2026 | HWLQG - Hazardous Waste RCRA Large Quantity Generator (RCRA LQG) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
Overall Inspection Comments: Inspection involved myself, G.Tran and S.Dillon. Violations noted under first hazwaste report.

| − | 01/15/2026 | CA - Conditionally Authorized (CA) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
Overall Inspection Comments: Inspection involved myself, G.Tran and S.Dillon. There were no observed violations during the time of this inspection.

| − | 12/23/2020 | APSA - Aboveground Petroleum Storage Act (APSA) | Other, not routine, done by local agency |
|---|---|---|---|

**DESCRIPTION**
Other, not routine, done by local CUPA or Participating Agency

**NOTES**
No violations observed during inspection

| − | 12/23/2020 | HMRRP - Hazardous Materials Release Response Plans (HMRRP) | Other, not routine, done by local agency |
|---|---|---|---|

**DESCRIPTION**
Other, not routine, done by local CUPA or Participating Agency

**NOTES**
No violations observed during inspection

| − | 12/23/2020 | HWLQG - Hazardous Waste RCRA Large Quantity Generator (RCRA LQG) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
No violations observed during inspection

| − | 12/23/2020 | PBR - Permit by Rule (PBR) | Other, not routine, done by local agency |
|---|---|---|---|

**DESCRIPTION**
Other, not routine, done by local CUPA or Participating Agency

**NOTES**
No violations observed during inspection



| | 10/26/2020 | HWLQG - Hazardous Waste RCRA Large Quantity Generator (RCRA LQG) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
No violations observed during inspection

| | 10/13/2020 | PBR - Permit by Rule (PBR) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

| | 10/13/2020 | HW - Hazardous Waste Generator | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

| | 08/18/2018 | CalARP - California Accidental Release Prevention (CalARP) | Other, not routine, done by local agency |
|---|---|---|---|

**DESCRIPTION**
Other, not routine, done by local CUPA or Participating Agency

**NOTES**
Site visit to re-evaluate RMP documents.

| | 08/24/2016 | HMRRP - Hazardous Materials Release Response Plans (HMRRP) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

| | 08/24/2016 | HW - Hazardous Waste Generator | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

| | 08/24/2016 | APSA - Aboveground Petroleum Storage Act (APSA) | Routine done by local agency |
|---|---|---|---|

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—



| — | 08/24/2016 | PBR - Permit by Rule (PBR) | Routine done by local agency |

**DESCRIPTION**
Routine done by local CUPA or Participating Agency

**NOTES**
—

| 100 rows ⌄ | | ‹ | Page: | 1 | of 1 | › | | 1 - 15 of 15 |

| — | 08/24/2016 | PBR - Permit by Rule (PBR) | Routine done by local agency |

**DESCRIPTION**
Routine done by local CUPA or Participating Agency



**Apple Inc**
3250 SCOTT BLVD
SANTA CLARA CA 95054

PROFILE    MAP    REGULATORY PROGRAMS    **COMPLIANCE**    CHEMICALS

| Evaluations | | Violations | | Compliance | |
|---|---|---|---|---|---|
| Evaluations With Violations | 4 | Open | 2 | Total | 0 |
| Evaluations Without Violations | 15 | Resolved | 6 | | |

## Open (2)

| Determination Date ▾ | Program ⇕ |
|---|---|
| 🔽 | 🔽 |
| — 01/15/2026 | APSA - Aboveground Petroleum Storage Act (APSA) |

NOTES

OBSERVATION: Failure to comply with one or more of the following requirements: 1. Have record of inspections and tests, including integrity tests, signed by the appropriate supervisor or inspector.2. Keep written procedures and records of inspections and tests, including integrity tests, for at least three years. 3. Keep comparison records for bulk storage containers subject to 40 CFR 112.8(c)(6). CORRECTIVE ACTION: Keep written inspection procedures, records of inspections and testing, signed by appropriate supervisor/inspector, for at least 3 years.

CITATIONS
**19 CCR 11 1601:** California Code of Regulations, Title 19, Chapter 11, Section(s) 1601
**19 CCR 11 1611(a)(6):** California Code of Regulations, Title 19, Chapter 11, Section(s) 1611(a)(6)
**40 CFR 1 112.7(a)(1):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(a)(1)
**40 CFR 1 112.7(e):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(e)
**40 CFR 1 112.8(c)(6):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.8(c)(6)
**HSC 6.67 25270.4.5(a):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.4.5(a)

| — 01/15/2026 | HW - Hazardous Waste Generator |
|---|---|

NOTES

OBSERVATION: 5 gallon bucket in Bay 1118, chase k labeled as reclaim filters was observed without a hazardous waste label. CORRECTIVE ACTION: Submit a photo to the CUPA demonstrating that the container listed above has been properly labeled. Filters were confirmed to be a waste with customer. Waste labels were applied and corrected on-site.

CITATIONS
**22 CCR 12 66262.16(b)(4)(A):** California Code of Regulations, Title 22, Chapter 12, Section(s) 66262.16(b)(4)(A)
**22 CCR 12 66262.17(a)(5)(A):** California Code of Regulations, Title 22, Chapter 12, Section(s) 66262.17(a)(5)(A)

## Resolved (6)

| Determination Date ▾ | Program ⇕ |
|---|---|
| 🔽 | 🔽 |
| — 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) |

NOTES
Returned to compliance on 11/16/2020. Last submittal on 5/18/18, submit details on CERS within 30 days.

**CITATIONS**
**HSC 6.67 25270.6(a)(1), 25270.6(a)(2):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.6(a)(1), 25270.6(a)(2)

| — | 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) |

**NOTES**
Returned to compliance on 02/04/2026. Provide training record for tank inspection personnel

**CITATIONS**
**40 CFR 1 112.7(f)(1):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(f)(1)
**HSC 6.67 25270.4.5(a):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.4.5(a)

| — | 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) |

**NOTES**
Returned to compliance on 02/04/2026.

**CITATIONS**
**40 CFR 1 112.7(a)(1):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(a)(1)
**40 CFR 1 112.7(e):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(e)
**40 CFR 1 112.8(c)(6):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.8(c)(6)
**HSC 6.67 25270.4.5(a):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.4.5(a)

| — | 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) |

**NOTES**
Returned to compliance on 02/04/2026. Provide record of annual briefing (not available on site)

**CITATIONS**
**40 CFR 1 112.7(f)(1), 112.7(f)(3):** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.7(f)(1), 112.7(f)(3)
**HSC 6.67 25270.4.5 (a):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.4.5 (a)

| — | 10/13/2020 | APSA - Aboveground Petroleum Storage Act (APSA) |

**NOTES**
Returned to compliance on 11/13/2020.

**CITATIONS**
**40 CFR 1 112.3, 112.6:** U.S. Code of Federal Regulations, Title 40, Chapter 1, Section(s) 112.3, 112.6
**HSC 6.67 25270.4.5(a):** California Health and Safety Code, Chapter 6.67, Section(s) 25270.4.5(a)

| — | 10/13/2020 | HMRRP - Hazardous Materials Release Response Plans (HMRRP) |

**NOTES**
Returned to compliance on 12/23/2020. Provide correct inventory with corrected reporting measurements - 1700 gallons Diesel Is missing, Argon is reported in pounds, zero amount of chlorine reported; update chemical inventory on CERS with corrected list and amounts of chemicals on site.

**CITATIONS**
**HSC 6.95 25505(a)(1):** California Health and Safety Code, Chapter 6.95, Section(s) 25505(a)(1)
**HSC 6.95 25506:** California Health and Safety Code, Chapter 6.95, Section(s) 25506
**HSC 6.95 25508(a)(1):** California Health and Safety Code, Chapter 6.95, Section(s) 25508(a)(1)
**HSC 6.95 25508(a)(3):** California Health and Safety Code, Chapter 6.95, Section(s) 25508(a)(3)

10 rows ▾     ‹  Page: 1  of 1  ›     1 - 6 of 6





# Detailed Facility Report

## Facility Summary

**MICREL SYNERGY SEMICONDUCTOR**

**3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054**

**FRS (Facility Registry Service) ID:** 110001168254

**EPA Region:** 09

**Latitude:** 37.37963

**Longitude:** -121.9717

**Locational Data Source:** FRS

**Industries:** Computer and Electronic Product Manufacturing

**Indian Country:** N

# Enforcement and Compliance Summary

| Statute | CAA |
|---|---|
| Compliance Monitoring Activities (5 years) | -- |
| Date of Last Compliance Monitoring Activity | -- |
| Compliance Status | -- |
| Qtrs in Noncompliance (of 12) | -- |
| Qtrs with Significant Violation | -- |
| Informal Enforcement Actions (5 years) | -- |
| Formal Enforcement Actions (5 years) | -- |
| Penalties from Formal Enforcement Actions (5 years) | -- |
| EPA Cases (5 years) | -- |
| Penalties from EPA Cases (5 years) | -- |
| **Statute** | **RCRA** |
| Compliance Monitoring Activities (5 years) | 2 |
| Date of Last Compliance Monitoring Activity | 01/15/2026 |
| Compliance Status | No Violation Identified |
| Qtrs in Noncompliance (of 12) | 9 |
| Qtrs with Significant Violation | 0 |
| Informal Enforcement Actions (5 years) | 1 |
| Formal Enforcement Actions (5 years) | 1 |
| Penalties from Formal Enforcement Actions (5 years) | $261,283 |
| EPA Cases (5 years) | 1 |
| Penalties from EPA Cases (5 years) | $261,283 |

## Regulatory Information

**Clean Air Act (CAA):** No Information

**Clean Water Act (CWA):** No Information

**Resource Conservation and Recovery Act (RCRA):** Active LQG, (CAR000278176), Inactive Other, (CAT000623983)

**Safe Drinking Water Act (SDWA):** No Information

Go To Enforcement/Compliance Details

Known Data Problems <https://epa.gov/resources/echo-data/known-data-problems>

## Other Regulatory Reports

**Air Emissions Inventory (EIS):** 1278911, 19490911

**Greenhouse Gas Emissions (eGGRT):** No Information

**Toxic Releases (TRI):** 95051NTRSL3250S

**Compliance and Emissions Data Reporting Interface (CEDRI):** No Information

---

## Facility/System Characteristics

## Facility/System Characteristics

| System | Statute | Identifier | Universe | Status | Areas | Permit Expiration Date | Indian Country | Latitude | Longitude |
|--------|---------|-----------|----------|--------|-------|------------------------|----------------|----------|-----------|
| FRS | | 110001168254 | | | | | N | 37.37963 | -121.9717 |
| EIS | CAA | 1278911 | | | | | N | 37.37912 | -121.97187 |
| EIS | CAA | 19490911 | | | | | N | | |
| TRI | EP313 | 95051NTRSL3250S | Toxics Release Inventory | Last Reported for 2020 | | | N | 37.37963 | -121.9717 |
| RCRAInfo | RCRA | CAR000278176 | LQG | Active (H S) | | | N | 37.379603 | -121.971696 |
| RCRAInfo | RCRA | CAT000623983 | Other | Inactive ( ) | | | N | 37.379596 | -121.971746 |

## Facility Address

| System | Statute | Identifier | Facility Name | Facility Address | Facility County |
|--------|---------|-----------|---------------|------------------|-----------------|
| FRS | | 110001168254 | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| EIS | CAA | 1278911 | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| EIS | CAA | 19490911 | APPLE INC | 3250 SCOTT BOULEVARD, SANTA CLARA, CA 95054 | Santa Clara County |
| TRI | EP313 | 95051NTRSL3250S | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |
| RCRAInfo | RCRA | CAR000278176 | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |
| RCRAInfo | RCRA | CAT000623983 | APPLE INC | 3250 SCOTT BLVD, SANTA CLARA, CA 95054 | Santa Clara County |

## Facility SIC (Standard Industrial

## Facility NAICS (North American Industry

Detailed Facility Report | ECHO | US EPA

## Classification) Codes

| System | Identifier | SIC Code | SIC Description |
|---|---|---|---|
| TRI | 95051NTRSL3250S | 3674 | Semiconductors And Related Devices |

## Classification System) Codes

| System | Identifier | NAICS Code | NAICS Description |
|---|---|---|---|
| EIS | 1278911 | 334413 | Semiconductor and Related Device Manufacturing |
| EIS | 19490911 | 334413 | Semiconductor and Related Device Manufacturing |
| TRI | 95051NTRSL3250S | 334111 | Electronic Computer Manufacturing |
| TRI | 95051NTRSL3250S | 334413 | Semiconductor and Related Device Manufacturing |
| RCRAInfo | CAR000278176 | 541715 | Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology) |
| RCRAInfo | CAT000623983 | 334111 | Electronic Computer Manufacturing |

## Facility Tribe Information

| Reservation Name | Tribe Name | EPA Tribal ID | Distance to Tribe (miles) |
|---|---|---|---|

No data records returned

### Enforcement and Compliance

## RCRA (Hazardous Waste (Resource Conservation and Recovery Act ) Compliance Pipeline (Compliance Monitoring → Violations → Enforcement Actions) (10 Years)

*This table shows how violations relate to compliance monitoring (CM) activities and enforcement. Currently available for CAA and RCRA only. Full CM history available below.*

| | Compliance Monitoring | | | Violations | | | | Enforcement Actions | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source ID | Compliance Monitoring Type | Compliance Monitoring Agency | Compliance Monitoring Date | Violation Type | Violation Agency | Violation Determined Date | Return to Compliance Date | Enforcement Type | Enforcement Action Date | Penalty Assessed | Comp Action Cost |
| CAR000278176 | Compliance Evaluation Inspection | State | 01/15/2026 | No Violation Identified | -- | -- | -- | | | | |
| CAR000278176 | Focused Compliance Inspection | EPA | 01/16/2024 | 265.CC: TSD IS-Air Emission Standards - Tank/SI/Container | EPA | 01/16/2024 | 10/27/2025 | Single Site Ca/Fo | 10/27/2025 | $261,283 | $5,000 |
| | | | | 265.J: TSD IS-Tank System Standards | EPA | 01/16/2024 | 10/27/2025 | Letter Of Intent To Initiate Enforcement Action | 06/26/2025 | -- | -- |
| | | | | 262.A: Generators - General | EPA | 01/16/2024 | 10/01/2024 | | 04/30/2024 | -- | -- |
| | | | | 262.B: Generators - Manifest | EPA | 01/16/2024 | 10/01/2024 | Inspection Report Written | | | |
| | | | | 270.A: Permits - General Information | EPA | 01/16/2024 | 10/01/2024 | | | | |

| | Compliance Monitoring | | | Violations | | | | Enforcement Actions | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source ID | Compliance Monitoring Type | Compliance Monitoring Agency | Compliance Monitoring Date | Violation Type | Violation Agency | Violation Determined Date | Return to Compliance Date | Enforcement Type | Enforcement Action Date | Penalty Assessed | Comp Action Cost |
| CAR000278176 | Compliance Evaluation Inspection | EPA | 08/17/2023 | 270.A: Permits - General Information | EPA | 08/17/2023 | 10/01/2024 | Single Site Ca/Fo | 10/27/2025 | $261,283 | $5,000 |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | Letter Of Intent To Initiate Enforcement Action | 06/26/2025 | -- | -- |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | 04/30/2024 | -- | -- |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | Inspection Report Written | | | |
| | | | | 262.A: Generators - General | EPA | 08/17/2023 | 09/08/2024 | | | | |
| CAR000278176 | Compliance Evaluation Inspection | State | 12/23/2020 |  No Violation Identified | -- | -- | -- | | | | |
| CAR000278176 | Compliance Evaluation Inspection | State | 10/26/2020 | No Violation Identified | -- | -- | -- | | | | |

*Entries in italics are not counted as compliance monitoring strategy activities. For programs without compliance monitoring strategies, entries in italics are not counted as on-site activities within EPA's Annual Results.*

## Compliance Monitoring History   [ Last 5 Years ⇕ ]

| Statute | Source ID | System | Activity Type | Compliance Monitoring Type | Lead Agency | Date | Finding (if applicable) |
|---|---|---|---|---|---|---|---|
| RCRA | CAR000278176 | RCRAInfo | | Compliance Evaluation Inspection | State | 01/15/2026 | No Violations Or Compliance Issues Were Found |
| *RCRA* | *CAR000278176* | *RCRAInfo/ICIS* | *Inspection/Evaluation* | *Focused Compliance Inspection* | *EPA* | *01/16/2024* | *Violations Or Compliance Issues Were Found* |
| RCRA | CAR000278176 | RCRAInfo/ICIS | Inspection/Evaluation | Compliance Evaluation Inspection | EPA | 08/17/2023 | Violations Or Compliance Issues Were Found |

*Entries in italics are not included in ECHO's Compliance Monitoring Activity counts because they are not compliance monitoring strategy <https://www.epa.gov/compliance/compliance-monitoring-programs> activities or because they are not counted as inspections within EPA's Annual Results <https://www.epa.gov/enforcement/enforcement-data-and-results>.*

## Compliance Summary Data

| Statute | Source ID | Current SNC (Significant Noncompliance)/HPV (High Priority Violation) | Current As Of | Qtrs with NC (Noncompliance) (of 12) | Data Last Refreshed |
|---|---|---|---|---|---|
| RCRA | CAR000278176 | No | 08/01/2026 | 9 | 07/31/2026 |
| RCRA | CAT000623983 | No | 08/01/2026 | 0 | 07/31/2026 |

## Three–Year Compliance History by Quarter

| Statute | Program/Pollutant/Violation Type | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 5 | QTR 6 | QTR 7 | QTR 8 | QTR 9 | QTR 10 | QTR 11 | QTR 12+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RCRA (Source ID: CAR000278176)** | | | 10/01-12/31/23 | 01/01-03/31/24 | 04/01-06/30/24 | 07/01-09/30/24 | 10/01-12/31/24 | 01/01-03/31/25 | 04/01-06/30/25 | 07/01-09/30/25 | 10/01-12/31/25 | 01/01-03/31/26 | 04/01-06/30/26 | 07/01-09/30/26 |
| | **Facility-Level Status** | | Violation Identified | Violation Identified | Violation | Violation | Violation | Violation | Violation | Violation | Violation | No Violation Identified | No Violation Identified | No Violation Identified |
| | **Violation** | **Agency** | | | | | | | | | | | | |
| RCRA | 262.A: Generators - General | EPA | | 01/16/2024 | → | → | 10/01/2024 | | | | | | | |
| RCRA | 265.CC: TSD IS-Air Emission Standards - Tank/SI/Container | EPA | | 01/16/2024 | → | → | → | → | → | → | 10/27/2025 | | | |
| RCRA | 262.A: Generators - General | EPA | 08/17/2023 | → | → | 09/08/2024 | | | | | | | | |
| RCRA | 262.A: Generators - General | EPA | 08/17/2023 | → | → | 09/08/2024 | | | | | | | | |
| RCRA | 262.A: Generators - General | EPA | 08/17/2023 | → | → | 09/08/2024 | | | | | | | | |
| RCRA | 262.A: Generators - General | EPA | 08/17/2023 | → | → | 09/08/2024 | | | | | | | | |
| RCRA | 270.A: Permits - General Information | EPA | 08/17/2023 | → | → | → | 10/01/2024 | | | | | | | |
| RCRA | 262.B: Generators - Manifest | EPA | | 01/16/2024 | → | → | 10/01/2024 | | | | | | | |
| RCRA | 265.J: TSD IS-Tank System Standards | EPA | | 01/16/2024 | → | → | → | → | → | → | 10/27/2025 | | | |
| RCRA | 270.A: Permits - General Information | EPA | | 01/16/2024 | → | → | 10/01/2024 | | | | | | | |
| **RCRA (Source ID: CAT000623983)** | | | 10/01-12/31/23 | 01/01-03/31/24 | 04/01-06/30/24 | 07/01-09/30/24 | 10/01-12/31/24 | 01/01-03/31/25 | 04/01-06/30/25 | 07/01-09/30/25 | 10/01-12/31/25 | 01/01-03/31/26 | 04/01-06/30/26 | 07/01-09/30/26 |
| | **Facility-Level Status** | | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified | No Violation Identified |
| | **Violation** | **Agency** | | | | | | | | | | | | |

# Informal Enforcement Actions   Last 5 Years ⬍

| Statute | System | Source ID | Type of Action | Lead Agency | Date |
|---|---|---|---|---|---|
| RCRA | RCRAInfo | CAR000278176 | LETTER OF INTENT TO INITIATE ENFORCEMENT ACTION | EPA | 06/26/2025 |
| *RCRA* | *RCRAInfo* | *CAR000278176* | *INSPECTION REPORT WRITTEN* | *EPA* | *04/30/2024* |

*Entries in italics are not counted as "informal enforcement actions" in EPA policies pertaining to enforcement response tools.*

## Formal Enforcement Actions    Last 5 Years ⇕

| Statute | System | Law/ Section | Source ID | Type of Action | Case No. | Lead Agency | Case Name | Issued/ Filed Date | Settlements/ Actions | Settlement/ Action Date | Federal Penalty Assessed | State/ Local Penalty Assessed | Penalty Amount Collected | SEP Value | Comp Action Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCRA | ICIS | 3002 | RCRAINFO/CAR000278176 | Administrative - Formal | 09-2026-5006 | EPA | Apple Inc CAFO | 10/27/2025 | 1 | 10/27/2025 | $261,283 | $0 | $261,283 | $0 | $5,000 |
| RCRA | RCRAInfo | -- | RCRAINFO/CAR000278176 | SINGLE SITE CA/FO | -- | EPA | -- | -- | 1 | 10/27/2025 | $261,283 | $0 | -- | -- | -- |

## Environmental Conditions

## Watersheds

| 12-Digit WBD (Watershed Boundary Dataset) HUC (RAD (Reach Address Database)) | WBD (Watershed Boundary Dataset) Subwatershed Name (RAD (Reach Address Database)) | State Water Body Name (ICIS (Integrated Compliance Information System)) | Beach Closures Within Last Year | Beach Closures Within Last Two Years | Pollutants Potentially Related to Impairment | Watershed with ESA (Endangered Species Act)-listed Aquatic Species? |
|---|---|---|---|---|---|---|
| | | | No data records returned | | | |

## Assessed Waters From Latest State Submission (ATTAINS)

| State | Report Cycle | Assessment Unit ID | Assessment Unit Name | Water Condition | Cause Groups Impaired | Drinking Water Use | Ecological Use | Fish Consumption Use | Recreation Use | Other Use |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No data records returned | | | | | | |

## Air Quality Nonattainment Areas

| Pollutant | Within Nonattainment Status Area? | Nonattainment Status Applicable Standard(s) | Within Maintenance Status Area? | Maintenance Status Applicable Standard(s) |
|---|---|---|---|---|
| Ozone | Yes | 1-Hour Ozone (1979); 8-Hour Ozone (1997); 8-Hour Ozone (2008); 8-Hour Ozone (2015) | No | -- |
| Lead | No | -- | No | -- |
| Particulate Matter | Yes | PM-2.5 (2006) | No | -- |
| Carbon Monoxide | No | -- | Yes | Carbon Monoxide (1971) |
| Sulfur Dioxide | No | -- | No | -- |

## Pollutants

### Toxics Release Inventory History of Reported Chemicals Released or Transferred in Pounds per Year at Site ⓘ

Air Pollutant Report    TRI Pollution Prevention Report

| TRI Facility ID | Year | Air Emissions | Surface Water Discharges | Off-Site Transfers to POTWs (Publicly Owned Treatment Works) | Underground Injections | Disposal to Land | Total On-Site Releases | Total Off-Site Transfers |
|---|---|---|---|---|---|---|---|---|
| 95051NTRSL3250S | 2020 | 260 | -- | 0 | -- | -- | 260 | 14,743 |

### Toxics Release Inventory Total Releases and Transfers in Pounds by Chemical and Year ⓘ

| Chemical Name | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| N-Methyl-2-pyrrolidone | -- | -- | -- | -- | 15,003 | -- | -- | -- | -- | -- |

### e-Manifest Hazardous Waste History (Public)

### Hazardous Waste Shipped in Kilograms by Year (Through 5/2/2026)

| Source ID | Waste Description | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| CAR000278176 | Hazardous Waste | 430,579 | 193,909 | 108,508 | 39,070 |
| CAR000278176 | Acute Hazardous Waste | 0 | 0 | 0 | 0 |
| CAR000278176 | Pharmaceutical Hazardous Waste | 0 | 0 | 0 | 0 |

"Pharmaceutical Hazardous Waste" refers to quantities managed under 40 CFR part 266 subpart P  and thus excluded from the Hazardous and Acute Hazardous Waste quantities shown above.

## Community

### Demographic Profile of Surrounding Area (1-Mile Radius)

This section provides demographic information regarding the community surrounding the facility. ECHO compliance data alone are not sufficient to determine whether violations at a particular facility had negative impacts on public health or the environment. Statistics are based upon the 2023 American Community Survey (ACS) 5-year Summary and are accurate to the extent that the facility latitude and longitude listed below are correct. Census boundaries and demographic data for U.S. Territories are based on the "2020 Island Areas Demographic Profiles" from the U.S. Census Bureau. EPA's spatial processing methodology considers the overlap between the selected radii and ACS census block groups in determining the demographics surrounding the facility. For more detail about this methodology, see the DFR Data Dictionary <https://epa.gov/help/reports/dfr-data-dictionary#demographic>.

| General Statistics (ACS (American Community Survey)) | | Age Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|---|---|
| Total Persons | 5,841 | Children 5 years and younger | 337 (6%) |

| General Statistics (ACS (American Community Survey)) | |
|---|---|
| Population Density | 1,860/sq.mi. |
| Housing Units in Area | 2,341 |
| Percent People of Color | 74% |
| Households in Area | 2,200 |
| Households on Public Assistance | 58 |
| Persons With Low Income | 1,074 |
| Percent With Low Income | 18% |

| Geography | |
|---|---|
| Radius of Selected Area | 1 mi. |
| Center Latitude | 37.37963 |
| Center Longitude | -121.9717 |
| Total Area | 3.14 sq.mi. |
| Land Area | 100% |
| Water Area | 0% |

| Income Breakdown (ACS (American Community Survey)) - Households (%) | |
|---|---|
| Less than $15,000 | 115 (5.23%) |
| $15,000 - $25,000 | 73 (3.32%) |
| $25,000 - $50,000 | 141 (6.41%) |
| $50,000 - $75,000 | 52 (2.36%) |
| Greater than $75,000 | 1,818 (82.67%) |

| Age Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| Minors 17 years and younger | 1,101 (19%) |
| Adults 18 years and older | 4,739 (81%) |
| Seniors 65 years and older | 479 (8%) |

| Race Breakdown (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| White | 1,598 (27%) |
| African-American | 53 (1%) |
| Hispanic-Origin | 1,756 (30%) |
| Asian | 2,194 (38%) |
| Hawaiian/Pacific Islander | 22 (0%) |
| American Indian | 69 (1%) |
| Other/Multiracial | 1,762 (30%) |

| Education Level (Persons 25 & older) (ACS (American Community Survey)) - Persons (%) | |
|---|---|
| Less than 9th Grade | 309 (7.13%) |
| 9th through 12th Grade | 219 (5.05%) |
| High School Diploma | 736 (16.99%) |
| Some College/2-year | 390 (9%) |
| B.S./B.A. (Bachelor of Science/Bachelor of Arts) or More | 2,394 (55.25%) |

 An official website of the United States government

  United States
Environmental Protection
Agency



**ECHO**
Enforcement and
Compliance History Online

<https://echo.epa.gov/>

Search Options    Analyze Trends    Find EPA Cases    Data Services    Help

Login    Contact Us <https://epa.gov/resources/general-info/contact-us>

# Civil Enforcement Case Report

⚠ Report Data Error    📖 Data Dictionary <https://epa.gov/help/reports/enforcement-case-report-data-dictionary>    🖨 Print    ❓ Help <https://epa.gov/help/reports/enforcement-case-report-help>

## Civil Enforcement Case                                                    —

### Basic Information

**Case Number:** 09-2026-5006

**Case Name:** Apple Inc CAFO

**Case Category:** Administrative - Formal

**Case Status (as of 10/27/2025):** Final Order Issued

**Case Lead:** EPA

**Court Docket Number:** RCRA-09-2026-0006

**DOJ Docket Number:** --

**Relief Sought:** Penalty

**Enforcement Outcome:** --

**Headquarters Division:** --

**Branch:** --

**Result of Voluntary Disclosure?:** No

**Multi-media Case?:** --

**Enforcement Type:** RCRA 3008A AO For Comp And/Or Penalty

**Violations:** --

### Penalties/SEPs/Compliance Action Costs/Cost Recovery Amounts – Case Level

**Total Federal Penalty Assessed or Agreed To:** $261,283

**Total State/Local Penalty Assessed:** $0

**Total SEP Value:** $0

**Total Compliance Action Cost:** $5,000

**Total Cost Recovery:** $0

**Penalty Amount Collected:** $261,283

## Case Summary

The Apple RCRA CAFO was filed on October 27, 2025 (Docket No: RCRA-09-2026-0006). Based on the terms of the CAFO, the facility is required to pay a penalty of $261,283 and certify that Apple has taken the necessary steps to return to compliance with the RCRA violations documented in the CAFO. Those CAFO violations include failure to: 1) Make an accurate waste determination; 2) Determine the Land Disposal Restrictions and provide written Notification; 3) Store waste for less than 90-days; 4) Determine the applicability of the air emission standards on a tank; 5) Properly label containers and make dates clearly visible for inspection; 6) Close a container; and 7) Perform daily hazardous waste tank inspections.

## Laws and Sections

| Law ↑ | Sections ↕ | Programs ↕ |
|---|---|---|
| RCRA | 3002: Standards Applicable to Generators of Hazardous Waste | Gen Hazardous Waste Management - Subtitle C - LQG |

## Citations

| Title ↑ | Part ↕ | Section ↕ |
|---|---|---|
| | No data records returned | |

## Facilities

| FRS Number ↑ | Program System Identifier ↕ | Facility Name ↕ | Address ↕ | City Name ↕ | State ↕ | Zip ↕ | SIC Codes ↕ | NAIC Codes ↕ |
|---|---|---|---|---|---|---|---|---|
| 110001168254 | CAR000278176 | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD | SANTA CLARA | CA | 95054 | -- | -- |

## Defendants

| Defendants and Settlements ↑ | In Complaint ↕ | In Settlement ↕ |
|---|---|---|
| Apple Inc | Y | Y |
| Elizabeth Schmidt | Y | Y |

## Case Milestones

| Event ↕ | Actual Date ↓ |
|---|---|
| Enforcement Action Data Entered | 12/04/2025 |
| Final Order Issued | 10/27/2025 |
| Complaint Filed/Proposed Order | 10/27/2025 |

## Related Case Documents

| Document ↑ | Facility Name ↕ | Publish Date ↕ | EPA Program ↕ |
|---|---|---|---|
| | No data records returned | | |

## Pollutants

| Pollutant Name ↑ | Chemical Abstract Number ↕ |
|---|---|
| No data records returned | |

## Related Activities

| Description ↑ | Actual Date ↕ |
|---|---|
| Inspection/Evaluation | 08/18/2023 |



| Description | ↑ | Actual Date | ↕ |
|---|---|---|---|
| Inspection/Evaluation | | 01/16/2024 | |

## Final Order 1     —

**Final Order Type:**  Administrative Penalty Order With or Without Injunctive Relief

**Final Order Name:**  Apple Inc CAFO

**Linked Facilities (FRS ID):**  110001168254

**Final Order Lodged Date:**  --

**Final Order Entered Date:**  10/27/2025

**Enforcement Action Closed Date:**  --

**Actual Termination Date:**  --

### Penalties/SEPs/Compliance Action Costs/Cost Recovery Amounts

**Federal Penalty Assessed or Agreed To:**  $261,283

**State/Local Penalty Assessed:**  --

**SEP Value (Final Order):**  --

**Compliance Action Cost:**  $5,000

**Federal Cost Recovery Awarded:**  $0

## Complying Actions

| Complying Action ID | ↑ | Category | ↕ | Description | ↕ |
|---|---|---|---|---|---|
| 3600092342 | | Reduction of Ongoing Releases | | HW Treatment | |

## Supplemental Environmental Projects

| SEP ID | ↑ | SEP Category | ↕ | SEP Value | ↕ | SEP Description | ↕ |
|---|---|---|---|---|---|---|---|
| | | | No data records returned | | | | |

## Environmental Benefits/Pollutant Reductions

| Complying Action Type ↑ | Complying Action Category Type Description ↕ | Resulting From ↕ | Pollutant ↕ | Estimated Annual Amount ↕ | Units ↕ | Pollutant Unit Description ↕ | Media Affected ↕ | Environmental Benefit Metric ↕ |
|---|---|---|---|---|---|---|---|---|
| HW Treatment | Reduction of Ongoing Releases | CA ID 3600092342 | Isopropyl alcohol (mfg-strong acid process) | 10,000 | lbs | Pounds | Land | Estimated Hazardous and Non-Hazardous Waste Treated, Minimized or Properly Disposed of (pounds) |

## NPDES Compliance Schedule

| Schedule Number ↑ | Facility ID(s) ↕ | NPDES ID(s) ↕ | Event ↕ | Schedule Date ↕ | Actual Date ↕ | Amount ↕ |
|---|---|---|---|---|---|---|

No data records returned

## Facilities

| FRS Number ↑ | Program System Identifier ↕ | System ↕ | Active ID ↕ | Facility Name ↕ | Address ↕ | City Name ↕ | State ↕ | Zip ↕ | SIC Codes ↕ | NAICS Codes ↕ |
|---|---|---|---|---|---|---|---|---|---|---|
| 110001168254 | CAR000278176 | RCRAINFO | N | MICREL SYNERGY SEMICONDUCTOR | 3250 SCOTT BOULEVARD | SANTA CLARA | CA | 95054 | -- | -- |

## NPDES Violations

| FRS Number ↑ | NPDES ID ↕ | Violation Type ↕ | Violation Description ↕ | Violation Date ↕ |
|---|---|---|---|---|

No data records returned

^ Top of Page



## Discover.

**Accessibility Statement**

<https://www.epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance**

<https://www.epa.gov/planandbudget>

## Connect.

**Data** <https://www.epa.gov/data>

**Inspector General**

<https://www.epa.gov/office-inspector-general>

**Jobs** <https://www.epa.gov/careers>

## Ask.

**Contact EPA**

<https://www.epa.gov/aboutepa/forms/contact-epa>

**EPA Disclaimers**

<https://www.epa.gov/web-policies-and-procedures/epa-disclaimers>

**Contracting**

<https://www.epa.gov/contracts>

**EPA www Web Snapshot**

<https://www.epa.gov/utilities/wwwepago
v-snapshots>

**Grants** <https://www.epa.gov/grants>

**No FEAR Act Data**

<https://www.epa.gov/ocr/no-fear-act-
data>

**Plain Writing**

<https://www.epa.gov/web-policies-and-
procedures/plain-writing>

**Privacy and Security
Notice**

<https://www.epa.gov/privacy/privacy-
and-security-notice>

**Newsroom**

<https://www.epa.gov/newsroom>

**Regulations.gov** ⧉

<https://www.regulations.gov/>

**Subscribe**

<https://www.epa.gov/newsroom/email-
subscriptions-epa-news-releases>

**USA.gov** ⧉ <https://www.usa.gov/>

**White House** ⧉

<https://www.whitehouse.gov/>

**Hotlines**

<https://www.epa.gov/aboutepa/epa-
hotlines>

**FOIA Requests**

<https://www.epa.gov/foia>

**Frequent Questions**

<https://www.epa.gov/aboutepa/frequent-
questions-specific-epa-programstopics>

# Follow.

   

Last updated on August 4, 2025

Data Refresh Information

<https://epa.gov/resources/echo-
data/about-the-data#sources>

**Settlement Agreement
By and Between
The Bay Area Air Quality Management District
and
Apple, Inc.
(Notices of Violation A64215, A64216, A64218, A64219, A65128)**

1.    The Bay Area Air Quality Management District ("Air District") is the regional governmental agency charged with the primary responsibility for maintaining healthy air quality in the San Francisco Bay Area.

2.    Apple, Inc. ("Apple") is a global technology company that designs and manufactures electronic devices and is headquartered at One Apple Park Way, Cupertino, California 95014.

3.    The Air District alleges that at all relevant times, Apple was subject to and violated Air District regulations as described in Notices of Violation ("NOVs") A64215, A64216, A64218, A64219, and A65128, which are, by this reference, incorporated into this Settlement Agreement ("Agreement").

4.    The Air District and Apple ("Parties") agree to settle NOVs A64215, A64216, A64218, A64219, and A65128 for: (i) payment by Apple to the Air District of a civil penalty in the amount of **One Hundred Twenty-Five Thousand Dollars ($125,000)**, and (ii) implementation of the compliance measure set forth in Paragraph 7 below. Apple's entry into this Settlement Agreement is not and shall not be construed as an admission of any liability, wrongdoing, or responsibility with respect to any violations of any rule, law, statute, policy, or regulation that are alleged in NOVs A64215, A64216, A64218, A64219, and A65128.

5.    Apple shall pay the $125,000 civil penalty specified in Paragraph 4 within thirty (30) calendar days after the Effective Date of this Settlement Agreement in accordance with the payment provisions set forth in Paragraph 6 below.  If Apple fails to pay the full penalty by the due date, Apple shall pay the Air District a stipulated penalty of Five Hundred Dollars ($500) for each day after the due date on which the Air District has not received full payment.  Each stipulated penalty is cumulative and in addition to any other applicable stipulated penalty and any other payment required by this Settlement Agreement.

6.    Apple shall pay the $125,000 civil penalty specified in Paragraph 4, and any additional stipulated penalties owed under this Settlement Agreement, either (i) by wire transfer, according to wire

transfer instructions provided by the Air District; or (ii) by check, made payable to the "Bay Area Air Quality Management District" and with "NOV Nos. A64215, A64216, A64218, A64219, and A65128" written in the memo area of the check.  If paid by check, Apple shall mail or deliver the check to:

Bay Area Air Quality Management District
Office of the General Counsel
Alexander Crockett, General Counsel
375 Beale Street, Suite 600
San Francisco, California 94105

Upon initiating the wire transfer or mailing or delivering the check, Apple shall notify the Air District via email at OOiyemhonlan@baaqmd.gov, MVinluanChan@baaqmd.gov, and JPan@baaqmd.gov, and shall attach with the email a completed Internal Revenue Service Form W-9 for Apple.  Apple shall be responsible for all payment processing, check cancellation, and other fees and costs associated with making penalty payments under this Paragraph 6.

7.    Commencing on the Effective Date of this Settlement Agreement, Apple shall retain an original copy of the emission results generated by the equipment used to periodically test the boilers located at 3250 Scott Boulevard, Santa Clara, California 95054 (Air District Facility Id. No. 22839).  Periodic testing of Apple's boilers is required pursuant to Air District Regulation 9, Rule 7.  An original copy of the emission results must be retained in either digital or printed form, must accurately reflect the emission data collected at the time of testing, and must indicate whether the data complies with the requirements in Air District Regulation 9, Rule 7, Section 307.  Apple shall retain an original copy of the emission results for two (2) years from the date of testing and make these records available to the Air District upon request.  Nothing in this paragraph 7 prevents Apple from also maintaining the emission results for the boilers in other forms and formats.

8.    Apple's full payment of the $125,000 civil penalty specified in Paragraph 4 above and complete satisfaction of all of its other obligations under this Settlement Agreement will fully and finally settle, conclude and resolve all claims that have been or could have been asserted between the Air District and Apple arising out of or related to the allegations and conduct that are the basis for NOVs A64215, A64216, A64218, A64219, and A65128.  In consideration of Apple's full payment of the civil penalty specified in Paragraph 4 and satisfaction of all other obligations under this Settlement Agreement, the Air District hereby releases Apple and its principals, officers, receivers, trustees,

Docusign Envelope ID: 3B121F83-AC03-8911-830F-45480299B36A

successors and assignees, subsidiary and parent corporations from any claims arising out of or related to the allegations and conduct that are the basis for NOVs A64215, A64216, A64218, A64219, and A65128.

9.    Nothing in this Settlement Agreement shall be construed as limiting the ability of the Air District to take future enforcement action arising out of violations or alleged violations not covered by this Settlement Agreement. Furthermore, nothing in this Settlement Agreement shall be construed as limiting the rights of the Air District to rely on the violations alleged in NOVs A64215, A64216, A64218, A64219, and A65128, and to offer proof thereof, in any such future enforcement action for purposes of demonstrating Apple's frequency of past violations pursuant to Health & Safety Code section 42403(b)(4) or other applicable provision of law.

10.    Apple's failure to perform any of the terms or conditions of this Settlement Agreement will render Apple in violation of the Settlement Agreement, and the Air District may, at its sole discretion, void this Settlement Agreement, upon written notice to Apple, or take any other action to enforce the Settlement Agreement. The failure by a Party to enforce any provision of this Settlement Agreement shall not be construed as a waiver of such provision, nor shall it prevent the Party thereafter from enforcing such provision or any other provision of this Settlement Agreement. The rights and remedies granted to each Party herein are cumulative, and the election of one right or remedy by a Party shall not constitute a waiver of such Party's right to assert all other remedies available to it under this Settlement Agreement or as otherwise provided by law.

11.    Unless otherwise specified in this Settlement Agreement, whenever one Party is required to provide notice to the other Party under this Settlement Agreement, the notice shall be provided in writing by first class mail and/or email addressed as follows:

| As to the Air District: | As to Apple: |
|---|---|
| Bay Area Air Quality Management District | Apple Inc. |
| Omonigho Oiyemhonlan | Bethany French, Esq. |
| Assistant Counsel II | EHS Counsel |
| 375 Beale Street, Suite 600 | One Apple Park Way 60-2LAW |
| San Francisco, CA 94105 | Cupertino, CA 95014 |
| Omonigho.Oiyemhonlan@baaqmd.gov | B_French@apple.com |

Either Party may change its contact information for purposes of notices, at any time, by giving notice of

Docusign Envelope ID: 3B121F83-AC03-8911-839F-45480299B36A

such change in conformity with the notice provisions of this paragraph. Notices provided pursuant to this paragraph shall be deemed to be provided and received upon emailing or five days from mailing, as applicable.

12. This Settlement Agreement binds Apple, and any principals, officers, receivers, trustees, successors and assignees, subsidiary and parent corporations, and the Air District and any successor agency that may have responsibility for and jurisdiction over the subject matter of this Settlement Agreement.

13. The Superior Court of California, County of San Francisco, shall hear any dispute between the Parties arising from this Settlement Agreement.

14. This Settlement Agreement shall be interpreted and enforced in accordance with the laws of the State of California, without regard to California's choice-of-law rules.

15. Both Parties have jointly participated in the drafting and reviewing of this Settlement Agreement. Accordingly, the Parties agree that any rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be applied in interpreting this Settlement Agreement.

16. This Settlement Agreement is not a permit, or a modification of any permit, under any federal, State, or local laws or regulations. Apple is responsible for achieving and maintaining compliance with all applicable federal, State, and local laws, regulations, and permits; and Apple's compliance with this Settlement Agreement shall not be a defense to any action commenced pursuant to any such laws, regulations, or permits. The Air District does not, by its execution of this Settlement Agreement, warrant or aver in any manner that Apple's compliance with any aspect of this Settlement Agreement will result in compliance with any provisions of federal, State, or local laws, regulations, or permits. Nothing in this Settlement Agreement shall be referenced, used, or interpreted to require the Air District to enter into or offer the same or similar terms to any person in any other or future legal, administrative, or enforcement proceeding or similar proceeding.

17. The Parties understand and agree that the penalties provided for and payable under this Settlement Agreement are non-dischargeable under United States Code, title 11, section 523(a)(7), which provides that a debt may not be discharged in bankruptcy to the extent such debt is for a fine,

Docusign Envelope ID: 3B121F83-AC03-8911-839F-45480299B36A

penalty, or forfeiture payable to and for the benefit of a governmental unit.

18.     The settlement of the matters covered by this Settlement Agreement without further litigation is fair, reasonable, and in the interests of the Air District, Apple, and the public. The Parties, and each of them, (i) have participated fully in the review and drafting of this Settlement Agreement; (ii) understand and accept all of the terms of this Settlement Agreement; (iii) enter into this Settlement Agreement freely and voluntarily; (iv) have had an opportunity to consult with legal counsel regarding this Settlement Agreement; (v) are fully informed of the terms and effect of this Settlement Agreement; (vi) have agreed to this Settlement Agreement after independent investigation and agree that it was not arrived at through fraud, duress, or undue influence; and (vii) knowingly and voluntarily intend to be legally bound by this Settlement Agreement.

19.     Each provision of this Settlement Agreement is severable, and in the event that any provision, or part thereof, of this Settlement Agreement is held to be illegal, invalid or unenforceable in any jurisdiction, the remainder of this Settlement Agreement shall remain in full force and effect.

20.     This Settlement Agreement constitutes the entire agreement and understanding between the Parties, and it fully supersedes and replaces any and all prior negotiations and agreements of any kind or nature, whether written or oral, between the Parties, concerning the matters covered herein.

21.     No agreement to modify, amend, extend, supersede, terminate, or discharge this Settlement Agreement, or any portion thereof, shall be valid or enforceable unless it is in writing and signed by both Parties.

22.     This Settlement Agreement may be executed in one or more counterparts, each of which shall have the same force and effect as an original, but all of which together shall constitute one and the same instrument. Electronic, facsimile, and photocopied signatures shall be valid signatures.

23.     The Effective Date of this Settlement Agreement shall be the date upon which it is fully executed.

24.     Each of the undersigned expressly represents that they are authorized to execute this Settlement Agreement on behalf of, and to bind, the Party for whom they sign below.

                    *          *          *          *          *

So agreed, stipulated and executed:

Bay Area Air Quality Management District          Apple, Inc.
375 Beale Street, Suite 600                       One Apple Park Way
San Francisco, California 94105                   Cupertino, CA 95014


Dated:


Dated:        5/2/2026

By: _____              By: _____
    Philip M. Fine                             Elizabeth Schmidt
    Executive Officer/APCO                      Director of Environmental
                                                Health & Safety


Approved as to Form By:                    Approved as to Form By:

Bay Area Air Quality Management            Morrison Foerster
Office of the General Counsel              425 Market Street
Alexander G. Crockett                      San Francisco, CA 94105
General Counsel
Omonigho Oiyemhonlan
Assistant Counsel II


Dated:        5/1/2026                      Dated:    4/30/2026

By: _____              By: _____
    Alexander G. Crockett                      William F. Tarantino
    General Counsel                             Partner

Page 6 of 6

**BAY AREA AIR DISTRICT: NOTICES OF VIOLATION**



*SOURCE: BAAQMD NOTICES OF VIOLATION;* URL: https://www.baaqmd.gov/Rules-and-Compliance/Compliance-Assistance/Notices-of-Violations/NOVs-Issued (last accessed Aug. 5 2026).



DOWNLOAD FILTERED CSV

Items per Page: 10 ▾                                                                      7 items in 1 page

| + | Issuance Date ⇅ | Violation | Name ⇅ | City |
|---|---|---|---|---|
| − | 4/29/2025 | A65128A | Apple , Inc | Santa Clara |

**Status**
Resolved
5/27/2026

**Penalty Amount** ⑦
$15,000

**Facility**
23124

**Site**
E3124

**Address**
335 Brokaw Road
Santa Clara, CA 95050-5050

**Applicable Regulation**
9-7-506
Regulation Details

**Rule Language**
Nitrogen Oxides and Carbon Monoxide
from Industrial, Institutional, and
Commercial Boilers, Steam Generators,
and Process Heaters
📄 (107 Kb PDF, 11 pgs, revised 4/24/2018)

| − | 9/12/2024 | A64216A | Apple , Inc | Santa Clara |
|---|---|---|---|---|

**Status**
Resolved
5/27/2026

**Penalty Amount** ⑦
$37,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
2-1-301
Regulation Details

**Rule Language**
Regulation 2, Rule 1: Permits – General
Requirements (Amendments Adopted
12/15/2021) - Effective 7/1/2022
📄 (407 Kb PDF, 47 pgs, posted 5/26/2022)

| − | 9/12/2024 | A64216B | Apple , Inc | Santa Clara |
|---|---|---|---|---|

**Status**
Resolved
5/27/2026

**Penalty Amount** ⑦
$37,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
2-1-302
Regulation Details

**Rule Language**
Regulation 2, Rule 1: Permits – General
Requirements (Amendments Adopted
12/15/2021) - Effective 7/1/2022
📄 (407 Kb PDF, 47 pgs, posted 5/26/2022)

| − | 9/12/2024 | A64218A | Apple , Inc | Santa Clara |
|---|---|---|---|---|

**Status**
Resolved
5/27/2026

**Penalty Amount** ⑦
$26,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
9-7-307.1
Regulation Details

**Rule Language**
Nitrogen Oxides and Carbon Monoxide
from Industrial, Institutional, and
Commercial Boilers, Steam Generators,
and Process Heaters
📄 (107 Kb PDF, 11 pgs, revised 4/24/2018)

| − | 9/12/2024 | A64219A | Apple , Inc | Santa Clara |
|---|---|---|---|---|

**Status**
Resolved
5/27/2026

**Penalty Amount** ⑦

**Facility**
22839

**Site**
E2839

**Applicable Regulation**
9-7-307.1
Regulation Details

**Rule Language**

**Status**
Resolved
5/27/2026

**Penalty Amount** ⓘ
$26,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
9-7-307.1
Regulation Details

**Rule Language**
Nitrogen Oxides and Carbon Monoxide from Industrial, Institutional, and Commercial Boilers, Steam Generators, and Process Heaters
🗎 (107 Kb PDF, 11 pgs, revised 4/24/2018)

---

− 9/12/2024          A64219A          Apple , Inc          Santa Clara

**Status**
Resolved
5/27/2026

**Penalty Amount** ⓘ
$26,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
9-7-307.1
Regulation Details

**Rule Language**
Nitrogen Oxides and Carbon Monoxide from Industrial, Institutional, and Commercial Boilers, Steam Generators, and Process Heaters
🗎 (107 Kb PDF, 11 pgs, revised 4/24/2018)

---

− 8/29/2024          A64215A          Apple , Inc          Santa Clara

**Status**
Resolved
5/27/2026

**Penalty Amount** ⓘ
$21,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
2-1-301
Regulation Details

**Rule Language**
Regulation 2, Rule 1: Permits – General Requirements (Amendments Adopted 12/15/2021) - Effective 7/1/2022
🗎 (407 Kb PDF, 47 pgs, posted 5/26/2022)

---

− 8/29/2024          A64215B          Apple , Inc          Santa Clara

**Status**
Resolved
5/27/2026

**Penalty Amount** ⓘ
$21,000

**Facility**
22839

**Site**
E2839

**Address**
3250 Scott Boulevard
Santa Clara, CA 95054-5054

**Applicable Regulation**
2-1-302
Regulation Details

**Rule Language**
Regulation 2, Rule 1: Permits – General Requirements (Amendments Adopted 12/15/2021) - Effective 7/1/2022
🗎 (407 Kb PDF, 47 pgs, posted 5/26/2022)

---

Items per Page: 10 ▾                                    7 items in 1 page

## Related Links

Hearing Board Meetings

Notices of Violation

Public Records

Contact Us

CALIFORNIA ARB, 3250 SCOTT BLVD (https://ww2.arb.ca.gov/applications/facility-search-tool)



# Facility Search Tool



### Facility Information

| Facility Name : | Apple Inc | Facility ID : | 22839 |
|---|---|---|---|
| Street : | 3250 Scott Boulevard | SIC Code : | 3674 |
| City : | Santa Clara | Zip : | 95054 5054 |
| Phone : | (408) 595-0947 | | |
| County : | Santa Clara | | |
| Air Basin : | San Francisco Bay Area | | |
| District : | Bay Area Aqmd | | |

| Facility Prioritization | Inventory Year | Above High Threshold? | District Prioritization Threshold High | Low |
|---|---|---|---|---|
| Cancer Prioritization | 2025 | No | 10 | 1 |
| Chronic Prioritization | 2025 | Yes | 10 | 1 |
| Acute Prioritization | 2025 | | 10 | 1 |

Prioritization scores determine whether a facility must conduct a risk assessment for the "Hot Spots" program. The scores themselves are not an accurate measurement of facility risk.

| Health Risk Assessment | Inventory Year | Value | District Notification Level | District RRAP Level |
|---|---|---|---|---|
| Cancer Risk | 2015 | 3 | 10 | 100 |
| Chronic Hazard Index | 2015 | .01 | >10 | none |
| Acute Hazard Index | 2015 | .06 | >10 | none |

### Emissions Data

| | Pollutant | Emissions | Unit |
|---|---|---|---|
| **Data from 2024** | TOG | 2.4 | Tons/Yr |
| Download CSV file | ROG | 2.4 | Tons/Yr |
| | CO | 0 | Tons/Yr |
| | NOX | 0.2 | Tons/Yr |
| | SOX | 0 | Tons/Yr |
| | PM | 0 | Tons/Yr |
| | PM10 | 0 | Tons/Yr |
| | PM2.5 | 0 | Tons/Yr |

### TOXIC DATA MAY COME FROM VARIOUS YEARS

| | | | |
|---|---|---|---|
| | Arsine | 143.5 | Lbs/Yr |
| Download CSV file | Benzene | 0 | Lbs/Yr |
| | DieselExhPM | 2.6 | Lbs/Yr |
| | Formaldehyde | 0.1 | Lbs/Yr |
| | Isopropyl Alcoh | 2420.4 | Lbs/Yr |
| | Phosphine | 317.9 | Lbs/Yr |
| | Sulfuric Acid | 0.5 | Lbs/Yr |
| | Toluene | 0 | Lbs/Yr |

**CARB TOXIC DATA (2024)**

| FACID | CO | AB | DIS | POLLUTANT_ID | POLLUTANT | EMISSIONS_LBS_YR |
|---|---|---|---|---|---|---|
| 22839 | 43 | SF | BA | 7784421 | Arsine | 143.5 |
| 22839 | 43 | SF | BA | 71432 | Benzene | 0.010 |
| 22839 | 43 | SF | BA | 9901 | DieselExhPM | 2.588 |
| 22839 | 43 | SF | BA | 50000 | Formaldehyde | 0.120 |
| 22839 | 43 | SF | BA | 67630 | Isopropyl Alcoh | 2420.4 |
| 22839 | 43 | SF | BA | 7803512 | Phosphine | 317.9 |
| 22839 | 43 | SF | BA | 7664939 | Sulfuric Acid | 0.480 |
| 22839 | 43 | SF | BA | 108883 | Toluene | 0.005 |

**CARB CRITERIA POLLUTANT DATA (2024)**

| POLLUTANT ID | POLLUTANT NAME | EMISSIONS_TONS_YR | POUNDS_YR |
|---|---|---|---|
| 43101 | TOG | 2.354 | 4707.69 |
| ROGC | ROG | 2.352 | 4704.12 |
| 42101 | CO | 0.037 | 74.62 |
| 42603 | NOX | 0.161 | 322.68 |
| 42401 | SOX | 0.001 | 1.05 |
| 11101 | PM | 0.004 | 7.97 |
| 11101 | PM10 | 0.004 | 7.80 |
| 11101 | PM2.5 | 0.004 | 7.64 |

DATA SOURCE: CALIFORNIA ARB
FACILITY: 3250 SCOTT BLVD
URL: https://ww2.arb.ca.gov/applications/facility-search-tool

**US EPA NEI & TRI (2020)**

| program | pollutant_name | units | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | nei_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEI | Volatile organic compounds | Pounds | | | | | | 15607.90 | | | | | CAP |
| NEI | Nitrogen oxides | Pounds | | | | | | 372.34 | | | | | CAP |
| TRI | N-Methyl-2-pyrrolidone | Pounds | | | | | | 260.17 | | | | | |
| NEI | Carbon monoxide | Pounds | | | | | | 86.54 | | | | | CAP |
| NEI | Primary PM10 (filterables and condensibles) | Pounds | | | | | | 4.34 | | | | | CAP |
| NEI | Primary PM2.5 (filterables and condensibles) | Pounds | | | | | | 4.21 | | | | | CAP |
| NEI | Primary PM10, filterable portion only | Pounds | | | | | | 3.18 | | | | | CAP |
| NEI | Primary PM2.5, filterable portion only | Pounds | | | | | | 3.06 | | | | | CAP |
| NEI | Elemental Carbon portion of PM2.5-PRI | Pounds | | | | | | 2.25 | | | | | OTH |
| NEI | Primary PM condensible portion, < 1 micron | Pounds | | | | | | 1.16 | | | | | CAP |
| NEI | Organic Carbon portion of PM2.5-PRI | Pounds | | | | | | 1.04 | | | | | OTH |
| NEI | Sulfur dioxide | Pounds | | | | | | 0.900 | | | | | CAP |
| NEI | Benzene | Pounds | | | | | | 0.679 | | | | | HAP |
| NEI | Remaining PMFINE portion of PM2.5-PRI | Pounds | | | | | | 0.674 | | | | | OTH |
| NEI | Sulfate Portion of PM2.5-PRI | Pounds | | | | | | 0.211 | | | | | OTH |
| NEI | Formaldehyde | Pounds | | | | | | 0.088 | | | | | HAP |
| NEI | Nitrate portion of PM2.5-PRI | Pounds | | | | | | 0.039 | | | | | OTH |
| NEI | Nickel | Pounds | | | | | | 0.024 | | | | | HAP |
| NEI | Acetaldehyde | Pounds | | | | | | 0.012 | | | | | HAP |
| NEI | Xylene | Pounds | | | | | | 0.004 | | | | | HAP |
| NEI | Manganese | Pounds | | | | | | 0.002 | | | | | HAP |
| NEI | Toluene | Pounds | | | | | | 0.0015 | | | | | HAP |
| NEI | Cadmium | Pounds | | | | | | 0.0015 | | | | | HAP |
| NEI | Naphthalene | Pounds | | | | | | 0.0013 | | | | | HAP |
| NEI | Lead | Pounds | | | | | | 0.0012 | | | | | CAP |
| NEI | Arsenic | Pounds | | | | | | 0.0006 | | | | | HAP |
| NEI | Mercury | Pounds | | | | | | 0.0004 | | | | | HAP |
| NEI | Beryllium | Pounds | | | | | | 0.0003 | | | | | HAP |
| NEI | Chromium(VI) | Pounds | | | | | | 0.00003 | | | | | HAP |
| NEI | Fluoranthene | Pounds | | | | | | 0.00002 | | | | | HAP |
| NEI | Chrysene | Pounds | | | | | | 0.000002 | | | | | HAP |
| NEI | Benz[a]anthracene | Pounds | | | | | | 0.0000002 | | | | | HAP |

SOURCE: US EPA, LAST ACCESSED AUG. 5 2026, URL: https://echo.epa.gov/air-pollutant-report?fid=110001168254