**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

| | |
|---|---|
| **Ashley M. Gjøvik,** *an individual*, | **Case 25-CV-07360-PCP** |
| **Plaintiff,** | |
| vs. | **Complaint** |
| **Apple Inc.,** *a corporation,* | |
| **City of Santa Clara,** *a local government*, | **Exhibit E: Standing Exhibits** |
| **Mr. Kalil/Khalil Jenab** *individually,* & as *Agent/Member/Manager* of: **Jenab Family LP, Jenab Family Ventures LLC,** & as *Trustee/Agent* of: **The Jenab Family Trust,** | **Environmental Citizen Suit** |
| **Defendants.** | |

**CALIFORNIA MYDMV: CALIFORNIA RESIDENCY**



Source: California MYDMV, URL: https://www.dmv.ca.gov/portal/mydmv (Last Accessed Aug. 5 2026).

Source: Santa Clara DMV, July 2026 (card to be mailed)



**ESA Suites - San Jose - Santa Clara**
2131 Gold St, San Jose 95002
**CA US**
4082620401
SCA@extendedstay.com

Date Range: 2026-03-23 - 2026-08-15
Tax ID :

## Guest Folio

Confirmation No - ███████

**Primary Guest**

| | |
|---|---|
| Guest Name | ASHLEY GJOVIK |
| Address | 2131 GOLD ST |
| City / State / Zip Code | SAN JOSE CA 95002 |
| Country | US |

| Date | Type | Description | Amount |
|---|---|---|---|
| Mar 23, 2026 | Payments | VISA-7800 | -$726.18 |
| Mar 23, 2026 | Charge | 42500 - Early Check in Fee | $30.00 |
| Mar 23, 2026 | Charge Adjustment | 42500 - Early Check in Fee | -$30.00 |
| Mar 23, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 23, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 23, 2026 | Tax | City Room Tax | $9.00 |
| Mar 23, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 23, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 23, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |
| Mar 23, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 23, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 23, 2026 | Tax | State Tourism Assessment Fee - Permanent Guest | -$0.15 |
| Mar 24, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 24, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 24, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 24, 2026 | Tax | City Room Tax | $9.00 |
| Mar 24, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 24, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |
| Mar 24, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 24, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 24, 2026 | Tax | State Tourism Assessment Fee - Permanent Guest | -$0.15 |
| Mar 25, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 25, 2026 | Tax | City Room Tax | $9.00 |
| Mar 25, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 25, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 25, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 25, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 25, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 25, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |

**Check In Time**      09:43 AM      Thank you for choosing Extended Stay America. We look forward to your stay with us!
**Check Out Time**

Source: Extended Stay America (Hotel/Residence).

GJOVIK V APPLE, SANTA CLARA, JENAB ET AL | STANDING EXHIBITS | 25-CV-07360-PCP

**EMBASSY SUITES BY HILTON**

## You're all set, Ashley!

**Confirmation number: 80051064**

We sent the details to a••••k@protonmail.com.

### Hotel Information

 **Embassy Suites by Hilton Santa Clara Silicon Valley**

2885 Lakeside Drive
Santa Clara, California 95054 USA
+1 408-496-6400

### Stay Information

**AUG** — **AUG**
THU     FRI

Check-in:    4 pm
Check-out:  11 am

Early check-in cannot be guaranteed.
Contact the hotel to inquire about early
check-in or late check-out.

**1 room for 1 adult**
**1 King Bed Studio - Honors Discount**

| | |
|---|---|
| Total room charge | $284.28 |
| Total taxes and government charges | $50.30 |

**Total for stay: $334.58**

### Guest information

**Ashley Gjovik**

Hilton Honors#: ▉▉▉▉▉▉

**Special requests:**

✓ Traveling with a service animal

SOURCE: Embassy Suites by Hilton Santa Clara/Silicon Valley



Language English ∨

# Hilton HONORS

Your Stays   Hi, Ashley

**Where to?** (Required)

Search for a destination

**When?**

| Check-in Add dates | Check-out Add dates | 1 room, 1 guest | Special rates | Find a hotel |

**Earn Points and enjoy your full range of Honors benefits when you book direct with Hilton. Book your stay**

# Activity

**Hi, Ashley**
Member

| Total Points | 0 |

Results 1–1 of 1

⚏ Filters

**Upcoming activity**

| 6 AUG THU  🌙  7 AUG FRI 1 night | E | Embassy Suites by Hilton Santa Clara Silicon Valley Confirmation # 80051064 | Points earned Pending Stay ⓘ |

Book again

⟨   Page 1 of 1   ⟩

GJOVIK V APPLE, SANTA CLARA, JENAB ET AL | STANDING EXHIBITS | 25-CV-07360-PCP

**SANTA CLARA SQUARE RECREATION**



**Source: Ashley Gjovik, Date: 20260805_125338**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173820**
**Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173100**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**



**Source: Ashley Gjovik, Date: 20260729_184526**
**Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_172412
Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260721_115040
Location: San Tomas Aquino/Saratoga Creek at
Scott Blvd**



**Source: Ashley Gjovik, Date: 20260729_164538
Location: Santa Clara Square Chipotle**



**Source: Ashley Gjovik, Date: 20260721_120812
Location: Meadow Park, Santa Clara Square**

GJOVIK V APPLE, SANTA CLARA, JENAB ET AL | STANDING EXHIBITS | 25-CV-07360-PCP



**Source: Ashley Gjovik, Date: 20260721_120610
Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260707_155619
Location: Santa Clara Square Chipotle**



**Source: Ashley Gjovik, Date: 20260721_120452
Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260707_163116
Location: Santa Clara Square, Redwood Trail**



**Source: Ashley Gjovik, Date: 20260707_163311**
**Location: Santa Clara Square/The Chip Fab**



**Source: Ashley Gjovik, Date: 20260707_163700**
**Location: Santa Clara Square Apartments**



**Source: Ashley Gjovik, Date: 20260707_163526**
**Location: Santa Clara Square/The Chip Fab**



**Source: Ashley Gjovik, Date: 20260501_133309**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**

GJOVIK V APPLE, SANTA CLARA, JENAB ET AL | STANDING EXHIBITS | 25-CV-07360-PCP





**Source: Ashley Gjovik, Date: 20260501_133953
Location: Meadow Park, Santa Clara Square**

**Source: Ashley Gjovik, Date: 20260411_112111
Location: Whole Foods, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260411_113331
Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260721_120512, Location: Creekside Park, Santa Clara Square**
**(The Chip Fab is in the background to the left of the apartments in the back/center of the image)**

**ASHLEY'S SANTA CLARA SQUARE CHIPOTLE RECEIPTS (EXAMPLES)**



HAND-MASHING THE STATUS QUO

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi                    07/07/2026
ORDER #437                     3:54 PM
                                 10338

Chicken Salad                   10.95
  Guacamole                      2.95
  Queso Blanco                   1.80
Chips                            2.25
Mexican Coca Cola                3.75

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

352 007 100 073 010 983 63

Subtotal                        21.70
Tax                              1.90

TAKE OUT Total                  23.60
CP Exact                        23.60
  Authorizing...
Balance Due                     23.60

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
    Guac Reward Instantly*

*$5 Min. Purchase Req'd.
    Full Terms:
chipotle.com/free-chips-guac

---

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi                    07/29/2026
ORDER #416                     4:41 PM
                                 10317

Chicken Bowl                    11.25
  Guacamole                      2.95
Mexican Coca Cola                3.85

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

362 007 100 093 210 973 81

Subtotal                        18.05
Tax                              1.47

TAKE OUT Total                  19.52
CP Exact                        19.52
  Authorizing...
Balance Due                     19.52

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
    Guac Reward Instantly*

*$5 Min. Purchase Req'd.
    Full Terms:
chipotle.com/free-chips-guac

---

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: Jaedeen                 08/05/2026
ORDER #287                    12:44 PM
                                 10188

Chicken Bowl                    11.25
  Queso Blanco                   1.80
  Guacamole                      2.95
Chips & Queso Blanco             5.25

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

122 008 100 053 010 983 98

Subtotal                        21.25
Tax                              1.78

TAKE OUT Total                  23.03
CP Exact                        23.03
  Authorizing...
Balance Due                     23.03

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
    Guac Reward Instantly*

*$5 Min. Purchase Req'd.
    Full Terms:
chipotle.com/free-chips-guac

SOURCE: ASHLEY GJOVIK & SANTA CLARA SQUARE CHIPOTLE