ASHLEY M. GJOVIK, JD
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ASHLEY M. GJOVIK,
*an individual*,

CITIZEN PLAINTIFF,

vs.

APPLE INC.,
*a corporation*,

CITY OF SANTA CLARA,
*a local government*,

PROPERTY OWNERS
*(Mr. Kalil Jenab,*
*& Mr. James Lindsey, et al)*

THE DEFENDANTS.

CASE NO. 25-CV-07360-PCP

ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE

**PROOF & CERTIFICATION OF SERVICE**

RE:
SECOND AMENDED COMPLAINT
PART I OF 2

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: personal service records, USPS Certified Mail confirmations and tracking records, and other Proof of Service documents.

3. On August 16 2026, Personal Service was completed on Defendant James Lindsey personally, and as trustee and/or agent and/or member of Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust. True and correct copies of the proof of service are attached as Exhibit A.

4. On August 11 2026, USPS Certified Mail service of the US EPA Region 9 Interim Administrator was completed under tracking number 9589071052703453453062. True and correct copies of the proof of service are attached as Exhibit B.

5. On August 11 2026, USPS Certified Mail service of the Bay Area Air Quality Management District (BAAQMD) was completed under tracking number 9589071052703536961156. True and correct copies of the proof of service are attached as Exhibit C.

6. On August 12 2026, USPS Certified Mail service of SF Bay Water Quality Control Board was completed under tracking number 9589071052703453445616. True and correct copies of the proof of service are attached as Exhibit D.

7. On August 12 2026, USPS Certified Mail service on State Water Resources Control Board was completed under tracking number 9589071052703536961163. True and correct copies of the proof of service are attached as Exhibit E.

8. On August 12 2026, USPS Certified Mail service of SJ/SC Regional Wastewater Facility was completed under tracking number 9589071052703536961095. True and correct copies of the proof of service are attached as Exhibit F.

9. USPS Certified Mail tracking cards and receipts are attached as Exhibit G.

10. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Aug. 16 2026 in Alviso, San José, California.

Respectfully,



**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Aug. 16 2026

# EXHIBITS

## EXHIBIT A

## PROOF OF SERVICE
## TO JAMES LINDSEY

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**Ashley Gjovik <ashleymgjovik@protonmail.com>**
**2108 N ST STE 4553**
**Sacramento, CA 95816**
TELEPHONE NO.: **415-964-6272** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Ashley Marie Gjovik**

*FOR COURT USE ONLY*

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

PLAINTIFF/PETITIONER: **Ashley Marie Gjovik**
DEFENDANT/RESPONDENT: **APPLE INC.; et al.**

CASE NUMBER: **5:25-cv-07360-PCP**

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: **REF-27174010**

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
**SUMMONS; SECOND AMENDED COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF Registration Information; CIVIL DOCKET; Judge P. Casey Pitts · Standing Order for Civil Cases**

3. a. Party served *(specify name of party as shown on documents served)*:
**James Lindsey**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
**749 Deer Valley Rd, San Rafael, CA 94903-5531**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/16/2026** at *(time)*: **6:45 PM**
   **James Lindsey**
   **I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

| PLAINTIFF/PETITIONER: Ashley Marie Gjovik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: APPLE INC.; et al. | 5:25-cv-07360-PCP |

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify)*

under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Ivery Rodriguez**
b. Address: **4460 Redwood Hwy, 16-329, San Rafael, CA 94903**
c. Telephone number: **510-693-3856**
d. The fee for service was: **$ 123.20**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **1612** Registration #: **6779**

(iii) ☒ County: **Alameda County** County: **Los Angeles**

BY FAX

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/16/2026

**Ivery Rodriguez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Ivery Rodriguez
(SIGNATURE)

evidencechain™ Service Detail Report

**Ashley Marie Gjovik v. APPLE INC.; et al.**

Case Number 5:25-cv-07360-PCP | US District Court, California, Northern District, San Jose

SERVED

## James Lindsey

**749 Deer Valley Rd San Rafael, CA 94903-5531**



### Process Server

**Ivery Rodriguez**

License: 1612

## Summary

James Lindsey was served by Personal Service on 8/16/2026 at 6:45 PM PDT by process server Ivery Rodriguez.

The subject's address was provided by the customer. Residency was confirmed by recent mail forwarding, skip trace and review of credit headers.

## Validation Checks

| | |
|---|---|
| Age | Age matches the system's compliance threshold for the individual. |
| GPS | Service was recorded 97.56ft from the service address, which is within the bounds of expectation. |
| Photo | A photo was taken at the time of service. |
| NCOA | The individual recently ordered mail-forwarding to this address. |

## Personal Service

**Date:** 8/16/2026 **Time:** 6:45 PM PDT
**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531
**GPS Coordinates:** 38.023158 -122.53338 **Process Server:** Ivery Rodriguez
**License:** 1612

### Attachments






Address GPS

I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

evidencechain™

Service Detail Report

**Ashley Marie Gjovik v. APPLE INC.; et al.**

Case Number 5:25-cv-07360-PCP | US District Court, California, Northern District, San Jose

## Event History

### 2 Served by Personal Service

**Date:** 8/16/2026 **Time:** 6:45 PM PDT
**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531
**GPS Coordinates:** 38.023158 -122.53338 **Process Server:** Ivery Rodriguez
**License:** 1612

**Attachments**






By delivery to James Lindsey, I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.

### 1 Process Server Assigned

**Date:** 8/14/2026 **Time:** 2:01 PM PDT
**Process Server:** Ivery Rodriguez **License:** 1612

Documents Received: Process server received documents for James Lindsey.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**Ashley Marie Gjovik v. APPLE INC.; et al.**

Case Number 5:25-cv-07360-PCP | US District Court, California, Northern District, San Jose

## Photos Appendix

**Served by Personal Service on 8/16/2026 6:45 PM PDT (1 Photo)**

749 Deer Valley Rd, San Rafael, CA 94903-5531




©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

# EXHIBIT B

# PROOF OF SERVICE
# TO THE US EPA REGION 9

ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052703453453062

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 5:20 pm on August 11, 2026 in SAN FRANCISCO, CA 94105.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

SAN FRANCISCO, CA 94105
August 11, 2026 5:20 PM

**Out for Delivery**

SAN FRANCISCO, CA 94105
August 11, 2026 6:50 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94103
August 11, 2026 6:39 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
August 11, 2026 6:22 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 11, 2026 4:27 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 11, 2026 12:02 AM

**In Transit to Next Facility**

August 10, 2026 11:17 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 10:55 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:57 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

# EXHIBIT C

# PROOF OF SERVICE
# TO BAAQMD

**ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...**

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

**Remove ✕**

## 9589071052703536961156

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:52 pm on August 11, 2026 in SAN FRANCISCO, CA 94105.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94105
August 11, 2026 2:52 PM

**Out for Delivery**

SAN FRANCISCO, CA 94105
August 11, 2026 6:50 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94103
August 11, 2026 6:39 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
August 11, 2026 6:22 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 11, 2026 4:27 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 11, 2026 12:02 AM

**In Transit to Next Facility**

August 10, 2026 11:17 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 10:55 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:56 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

# EXHIBIT D

# PROOF OF SERVICE
# TO SF BAY WATER QUALITY CONTROL BOARD

ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703453445616

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:49 pm on August 12, 2026 in OAKLAND, CA 94612.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

OAKLAND, CA 94612
August 12, 2026 1:49 PM

**Arrived at USPS Facility**

OAKLAND, CA 94612
August 11, 2026 1:11 PM

**Departed USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 11, 2026 12:59 PM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 10, 2026 9:38 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

August 10, 2026 8:33 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 4:01 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT E

# PROOF OF SERVICE
# TO STATE WATER RESOURCES CONTROL BOARD

**ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 9589071052703536961163

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:25 am on August 12, 2026 in ZIP Code 95800.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
August 12, 2026 10:25 AM

**Out for Delivery**

SACRAMENTO, CA 95814
August 12, 2026 6:10 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
August 12, 2026 5:42 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
August 11, 2026 11:40 PM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

August 11, 2026 11:21 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
August 11, 2026 3:57 AM

**In Transit to Next Facility**

August 11, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 11, 2026 1:38 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:19 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:58 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

# EXHIBIT F

# PROOF OF SERVICE
# TO SJ/SC REGIONAL WASTEWATER FACILITY

ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052703536961095

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 6:44 am on August 12, 2026 in SAN JOSE, CA 95113.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**
SAN JOSE, CA 95113
August 12, 2026 6:44 AM

**Notice Left (No Authorized Recipient Available)**
SAN JOSE, CA 95113
August 11, 2026 9:30 AM

**Out for Delivery**
SAN JOSE, CA 95113
August 11, 2026 6:40 AM

**Arrived at Post Office**
SAN JOSE, CA 95113
August 11, 2026 6:29 AM

**Arrived at USPS Facility**
SAN JOSE CA DISTRIBUTION CENTER

August 10, 2026 6:22 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:59 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT G

# PROOF OF SERVICE
# CERTIFIED MAIL RECEIPTS

9589 0710 5270 3453 4530 24

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20460

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
$
Total Postage and Fees $18.45
$

0080
10
Postmark Here
ALVISO CA 95002 USPS AUG 10 2026
08/10/2026

Sent To US EPA, Lee Zeldin
Street and Apt. No., or PO Box No. 1200 Pennslyvania Ave NW
City, State, ZIP+4® Washington, DC, 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9611 56

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94105

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
$
Total Postage and Fees $18.45
$

0080
10
Postmark Here
ALVISO 95002 USPS AUG 10 2026
08/10/2026

Sent To BAAQMD
Street and Apt. No., or PO Box No. 375 Beagle St Suite 600
City, State, ZIP+4® SF, CA 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4456 16

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Oakland, CA 94612

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
$
Total Postage and Fees $18.45
$

0080
10
Postmark Here
ALVISO 95002 USPS AUG 10 2026
08/10/2026

Sent To SF Bay Water Quality CB
Street and Apt. No., or PO Box No. 1515 Clay St Suite 1400
City, State, ZIP+4® Oakland, CA, 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 62

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94105

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
$
Total Postage and Fees $18.45
$

0080
10
Postmark Here
ALVISO 95002 USPS AUG 10 2026
08/10/2026

Sent To EPA Region 9, Admin
Street and Apt. No., or PO Box No. 75 Hawthorne St
City, State, ZIP+4® SF, CA, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | ALVISO, CA AUG 10 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| Total Postage and Fees | $18.45 | |

Sent To: US DOJ, Acting AG Blanche

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 79

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Sacramento, CA 95814

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | ALVISO, CA AUG 10 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| Total Postage and Fees | $18.45 | |

Sent To: State Water Resources Control Board

Street and Apt. No., or PO Box No.: 1001 I Street

City, State, ZIP+4®: Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9611 63

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Jose, CA 95113

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | ALVISO, CA AUG 10 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| Total Postage and Fees | $18.45 | |

Sent To: SJ/SC Regional Wastewater Facility

Street and Apt. No., or PO Box No.: ~~ea~~ 200 E Santa Clara St

City, State, ZIP+4®: San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 95

UNITED STATES POSTAL SERVICE.

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

08/10/2026 04:02 PM

TRACKING NUMBERS
9589 0710 5270 3536 9611 56
9589 0710 5270 3453 4530 24
9589 0710 5270 3453 4530 62
9589 0710 5270 3536 9611 63
9589 0710 5270 3536 9610 95
9589 0710 5270 3453 4530 79
9589 0710 5270 3453 4456 16

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| San Francisco, CA 94105 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 08/12/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3536 9611 56 | | | |
| Total | | | $18.45 |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Washington, DC 20460 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 08/13/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3453 4530 24 | | | |
| Total | | | $18.45 |

Priority Mail® 1 $12.90



Flat Rate Env
San Francisco, CA 94105
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4530 62
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Sacramento, CA 95814
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9611 63
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
San Jose, CA 95113
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9610 95
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Washington, DC 20530
Flat Rate
Expected Delivery Date
Thu 08/13/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4530 79
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Oakland, CA 94612
Flat Rate
Expected Delivery Date
Thu 08/13/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4456 16
Total $18.45

Grand Total: $129.15

Credit Card Remit $129.15
Card Name: VISA
Account #: XXXXXXXXXXXX[redacted]
Approval #: 810120
Transaction #: 797
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required