AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Ashley Marie Gjovik

*Plaintiff(s)*

v.

Apple Inc, City of Santa Clara, Kalil/Khalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, James Lindsey, Kathleen Woodruff, Julia Lindsey, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust

*Defendant(s)*

Civil Action No. 5:25-cv-07360-PCP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple Inc., One Apple Park Way, Cupertino, CA 95014;
City of Santa Clara, 1500 Warburton Avenue, Santa Clara, CA 95050;
Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, 108 Sylvian Way, Los Altos, CA, 94022;

James Lindsey (749 Deer Valley Rd, San Rafael CA 94903), Julia Lindsey (124 Wildwood Ave, Piedmont, California, 94610), & Kathleen Woodruff (70 Ellsworth St, SF CA, 94110), individually and as agents/trustees of: Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, Woodruff Kathleen Trust.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ashley M. Gjovik
In Propria Persona
Registered in CM/ECF

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:25-cv-07360-PCP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: