AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Ashley Marie Gjovik

*Plaintiff(s)*

v.

Apple Inc, City of Santa Clara, Kalil/Khalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, James Lindsey, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust

*Defendant(s)*

Civil Action No. 5:25-cv-07360-PCP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple Inc., One Apple Park Way, Cupertino, CA 95014;
City of Santa Clara, 1500 Warburton Avenue, Santa Clara, CA 95050;
Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, 108 Sylvian Way, Los Altos, CA, 94022;
James Lindsey, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, Woodruff Kathleen Trust, 124 Wildwood Ave, Piedmont, California, 94610.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ashley M. Gjovik
In Propria Persona
Registered in CM/ECF

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 08/11/2026

K.ADAMS-MOFFETT

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:25-cv-07360-PCP

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Lindsey individually.

was received by me on *(date)* ______________ .

See attached proof of service from ABC Legal. -Ashley Gjovik

❐ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

ABC Legal process servers reported that James Lindsey refused service for Lindsey Family Trust, Lindsey Property Trust, Woodruff Trust, and Lindsey Julia Trust. Service was complete on James Lindsey himself with proof/certificate of service filed Dkt 105. Notes on refusal attached. The new summons covers additional trustees/agents (Kathleen Woodruff & Julia Lindsey) of those three trusts while still including James Lindsey himself. Apple Inc, Santa Clara, and Kalil Jenab were already served in 2025, see Dkt. 14 and Dkt. 19. -Ashley Gjovik (Plaintiff), Aug. 19 2026

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**Ashley Gjovik <ashleymgjovik@protonmail.com>**
**2108 N ST STE 4553**
**Sacramento, CA 95816**
TELEPHONE NO.: **415-964-6272** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Ashley Marie Gjovik**

*FOR COURT USE ONLY*

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

PLAINTIFF/PETITIONER: **Ashley Marie Gjovik**

DEFENDANT/RESPONDENT: **APPLE INC.; et al.**

CASE NUMBER: **5:25-cv-07360-PCP**

Ref. No. or File No.: **REF-27174010**

# PROOF OF SERVICE OF SUMMONS

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
**SUMMONS; SECOND AMENDED COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF Registration Information; CIVIL DOCKET; Judge P. Casey Pitts · Standing Order for Civil Cases**

3. a. Party served *(specify name of party as shown on documents served)*:
**James Lindsey**

b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
**749 Deer Valley Rd, San Rafael, CA 94903-5531**

5. I served the party *(check proper box)*

a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/16/2026** at *(time)*: **6:45 PM**
**James Lindsey**
**I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.**

b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

(1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

| PLAINTIFF/PETITIONER: Ashley Marie Gjovik | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: APPLE INC.; et al. | 5:25-cv-07360-PCP |

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify)*

under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Ivery Rodriguez**
b. Address: **4460 Redwood Hwy, 16-329, San Rafael, CA 94903**
c. Telephone number: **510-693-3856**
d. The fee for service was: **$ 123.20**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:

(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **1612** Registration #: **6779**

(iii) ☒ County: **Alameda County** County: **Los Angeles**

**BY FAX**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/16/2026

**Ivery Rodriguez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Ivery Rodriguez
(SIGNATURE)

evidencechain™ Service Detail Report

Ashley Marie Gjovik v. APPLE INC.; et al.

Case Number 5:25-cv-07360-PCP | US District Court, California, Northern District, San Jose

SERVED

## James Lindsey

749 Deer Valley Rd San Rafael, CA 94903-5531



### Process Server

**Ivery Rodriguez**

License: 1612

## Summary

James Lindsey was served by Personal Service on 8/16/2026 at 6:45 PM PDT by process server Ivery Rodriguez.

The subject's address was provided by the customer. Residency was confirmed by recent mail forwarding, skip trace and review of credit headers.

## Validation Checks

| | |
|---|---|
| Age | Age matches the system's compliance threshold for the individual. |
| GPS | Service was recorded 97.56ft from the service address, which is within the bounds of expectation. |
| Photo | A photo was taken at the time of service. |
| NCOA | The individual recently ordered mail-forwarding to this address. |

## Personal Service

**Date:** 8/16/2026 **Time:** 6:45 PM PDT
**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531
**GPS Coordinates:** 38.023158 -122.53338 **Process Server:** Ivery Rodriguez
**License:** 1612

### Attachments






Address GPS

I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**Ashley Marie Gjovik v. APPLE INC.; et al.**

Case Number 5:25-cv-07360-PCP | US District Court, California, Northern District, San Jose

## Event History

### 2 Served by Personal Service

**Date:** 8/16/2026 **Time:** 6:45 PM PDT
**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531
**GPS Coordinates:** 38.023158 -122.53338 **Process Server:** Ivery Rodriguez
**License:** 1612

**Attachments**






Address GPS

By delivery to James Lindsey, I delivered the documents to James Lindsey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs with glasses and a mustache.

### 1 Process Server Assigned

**Date:** 8/14/2026 **Time:** 2:01 PM PDT
**Process Server:** Ivery Rodriguez **License:** 1612

Documents Received: Process server received documents for James Lindsey.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

## Photos Appendix

**Served by Personal Service on 8/16/2026 6:45 PM PDT (1 Photo)**
749 Deer Valley Rd, San Rafael, CA 94903-5531




©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.