AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Ashley Marie Gjovik

*Plaintiff(s)*

v.

Apple Inc, City of Santa Clara, Kalil/Khalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, James Lindsey, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust

*Defendant(s)*

Civil Action No. 5:25-cv-07360-PCP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple Inc., One Apple Park Way, Cupertino, CA 95014;
City of Santa Clara, 1500 Warburton Avenue, Santa Clara, CA 95050;
Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, 108 Sylvian Way, Los Altos, CA, 94022;
James Lindsey, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, Woodruff Kathleen Trust, 124 Wildwood Ave, Piedmont, California, 94610.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ashley M. Gjovik
In Propria Persona
Registered in CM/ECF

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 08/11/2026

K.ADAMS-MOFFETT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-07360-PCP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The four named trusts.
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☑ I returned the summons unexecuted because Lindsey refused to accept service and defense counsel has since clarified (8/18/26) the proper agents to receive service for at least of the two named trusts.

❒ Other *(specify)*:

-Ashley Gjovik

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

ABC Legal process servers reported that James Lindsey refused service for Lindsey Family Trust, Lindsey Property Trust, Woodruff Trust, and Lindsey Julia Trust. Service was complete on James Lindsey himself with proof/certificate of service filed Dkt 105. Notes on refusal attached. The new summons covers additional trustees/agents (Kathleen Woodruff & Julia Lindsey) of those three trusts while still including James Lindsey himself. Apple Inc, Santa Clara, and Kalil Jenab were already served in 2025, see Dkt. 14 and Dkt. 19. -Ashley Gjovik (Plaintiff), Aug. 19 2026

# Potential Bad Address Discovered for Reference ID REF-27174010

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 17th, 2026 at 10:10 AM

abclegal

We tried to serve **Woodruff Kathleen Trust** but found the address is no longer valid.

**Reference ID:** REF-27174010

**Case #:**5:25-cv-07360-PCP

**Identified On:** 08/16/2026

**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531

**Reason:** I spoke with an individual who identified themselves as the james lindsey. Mr. Lindseybstated he is not affiliated with the Woodruff Kathleen Trust and REFUSED SERVICE

We need a new address to try to serve **Woodruff Kathleen Trust**.

Choose Address

When choosing the next address, you can:

- Choose from a list of potential addresses
- Order an investigation
- Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

# Potential Bad Address Discovered for Reference ID REF-27174010

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 17th, 2026 at 10:11 AM

abclegal

We tried to serve **Lindsey Property Trust** but found the address is no longer valid.

**Reference ID:** REF-27174010

**Case #:**5:25-cv-07360-PCP

**Identified On:** 08/16/2026

**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531

**Reason:** I spoke with an individual who identified themselves as the james lindsey. Mr. Lindseybstated he is not affiliated with the Lindsey Property Trust and REFUSED SERVICE

We need a new address to try to serve **Lindsey Property Trust**.

Choose Address

When choosing the next address, you can:

· Choose from a list of potential addresses
· Order an investigation
· Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

# Potential Bad Address Discovered for Reference ID REF-27174010

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 17th, 2026 at 10:11 AM

abclegal

We tried to serve **Lindsey Julia Family Trust** but found the address is no longer valid.

**Reference ID:** REF-27174010

**Case #:**5:25-cv-07360-PCP

**Identified On:** 08/16/2026

**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531

**Reason:** I spoke with an individual who identified themselves as the james lindsey. Mr. Lindseybstated he is not affiliated with the Lindsey Julia Family Trust and REFUSED SERVICE

We need a new address to try to serve **Lindsey Julia Family Trust**.

Choose Address

When choosing the next address, you can:

· Choose from a list of potential addresses
· Order an investigation
· Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

# Potential Bad Address Discovered for Reference ID REF-27174010

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 17th, 2026 at 10:12 AM

abclegal

We tried to serve **Lindsey Family Trust** but found the address is no longer valid.

**Reference ID:** REF-27174010

**Case #:**5:25-cv-07360-PCP

**Identified On:** 08/16/2026

**Address:** 749 Deer Valley Rd, San Rafael, CA 94903-5531

**Reason:** I spoke with an individual who identified themselves as the james lindsey. Mr. Lindseybstated he is not affiliated with the Lindsey Family Trust and REFUSED SERVICE

We need a new address to try to serve **Lindsey Family Trust**.

Choose Address

When choosing the next address, you can:

- Choose from a list of potential addresses
- Order an investigation
- Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

# RE: [External] [EXT] Re: Gjovik v Lindsey, Jenab, City of Santa Clara, & Apple Inc (CAND 5:25-cv-07360) — Stipulation Justifications, Lindsey Deadline, Trustee Identification

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To Tarantino, William F. <WTarantino@mofo.com>

CC Park, Julie Y. <JuliePark@mofo.com>, Svend Brandt-Erichsen <sbrandterichsen@nossaman.com>

Date Tuesday, August 18th, 2026 at 1:52 PM

Hello,

Notes from today's meeting are below. Attendees were Bill, Julie, Svend, and Ashley.

Agreed upon schedule:

- [redacted]

To Do:

- [redacted].
- [redacted]
- [redacted]
- Now that Julia and Kathleen have been confirmed as owners, Ashley to serve them.

Notes:

- Julia Lindsey and Kathleen Woodruff, and their respective trusts, were confirmed to be current property owners and landlords of Apple.
- MoFo does not currently have approval to accept email service on behalf of Julia Lindsey and Kathleen Woodruff.
- Ashley not removing James Lindsey in the lawsuit for at least prior violations (penalties during past ownership, personally and/or as trustee/agent of trusts, LPs, and/or LLCs) as well as future injunctive relief (as it appears two of the trusts with active ownership, per Intelius, are still managed by James Lindsey; i.e., Lindsey Family Trust & Lindsey Property Trust).

Let me know if I missed anything.

-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816