WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>SAC Filed: August 6, 2026<br>Trial Date: TBD |

Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Ashley M. Gjovik ("Plaintiff"), *pro se*; and Defendants[1] Apple Inc. ("Apple"); Kalil Jenab, Jenab Family LP, Jenab Family Ventures, LLC, Jenab Family Trust (collectively, the "Jenab Defendants"); and the City of Santa Clara (together with Apple and the Jenab Defendants, "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, the Court granted Defendants' motions to dismiss the First Amended Complaint on June 25, 2026 with leave to amend;

WHEREAS, Plaintiff filed the Second Amended Complaint ("SAC") on August 6, 2026;

WHEREAS, at the June 25, 2026 hearing the Court encouraged the parties to agree upon a briefing schedule for any motions to dismiss the SAC; and

WHEREAS, the Parties conferred and agreed upon the following briefing schedule for Defendants' anticipated motions to dismiss:

(i) Defendants' motions to dismiss the SAC shall be due on September 17, 2026;

(ii) Plaintiff's deadline to file oppositions to Apple and the Jenab Defendants' motions to dismiss shall be October 8, 2026;

(iii) Plaintiff's deadline to file an opposition to the City of Santa Clara's motion to dismiss shall be October 15, 2026;

(iv) Defendants' deadline to file replies to Plaintiff's oppositions to their motions to dismiss shall be October 22, 2026; and

(v) The hearing on Defendants' motions to dismiss shall be set for November 5, 2026;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that: (i) Defendants' motions to dismiss the SAC shall be due on September 17, 2026; (ii) Plaintiff's deadline to file oppositions to Apple and the Jenab Defendants' motions to dismiss shall be October 8, 2026; (iii) Plaintiff's deadline to file an opposition to the City of Santa Clara's motion to dismiss shall be October 15, 2026; (iv) Defendants' deadline to file replies to Plaintiff's oppositions to their motions

[1] Defendants who have currently made appearances in this case.

to dismiss shall be October 22, 2026; and (v) the hearing on Defendants' motions to dismiss the SAC shall be set for November 5, 2026.

Dated: August 19, 2026

MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

*Attorneys for Defendants*
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST

Dated: August 19, 2026

NOSSAMAN LLP

By: */s/ Svend A. Brandt-Erichsen*
Svend A. Brandt-Erichsen

*Attorneys for Defendant*
CITY OF SANTA CLARA

Dated: August 19, 2026

By: */s/ Ashley M. Gjovik*
Ashley M. Gjovik

*Plaintiff*

**ECF ATTESTATION**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley M. Gjovik and the City of Santa Clara have concurred in this filing.

Dated: August 19, 2026

MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

*Attorneys for Defendants*
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST