UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASHLEY M. GJOVIK,

Plaintiff,

v.

APPLE INC. ET AL.,

Defendants.

Case No. 5:25-cv-07360-PCP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY NON-PARTIES JULIA LINDSEY AND KATHLEEN WOODRUFF TO STRIKE SUMMONS**

Courtroom: 8, 4th Floor
Judge: Hon. P. Casey Pitts

SAC Filed: August 6, 2026
Trial Date: TBD

Having considered the Administrative Motion by Non-Parties Julia Lindsey and Kathleen Woodruff ("Movants"), Appearing Specially, to Strike Summons (the "Motion"), the Court finds good cause exists to grant the Motion. The Summons issued on August 19, 2026 (Dkt. 112) names Movants as defendants and directs personal service upon them at their residential addresses, yet neither Ms. Lindsey nor Ms. Woodruff is named as a defendant in the operative Second Amended Complaint (Dkt. 102). A summons must "be directed to the defendant." Fed. R. Civ. P. 4(a)(1)(B). Because the Second Amended Complaint does not name Movants as defendants, the Summons should not have issued as to them. Therefore, IT IS HEREBY ORDERED that the Summons (Dkt. 112) is STRICKEN to the extent it names Julia Lindsey and Kathleen Woodruff as defendants. IT IS FURTHER ORDERED that if Plaintiff wishes to add Julia Lindsey or Kathleen Woodruff as defendants, Plaintiff shall seek leave to amend the complaint pursuant to Federal Rule of Civil Procedure 15.

**IT IS SO ORDERED.**

Dated: By: ______________________________

Hon. P. Casey Pitts
United States District Judge