**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**ASHLEY M. GJOVIK**,
Plaintiff,
v.
**APPLE INC., et al.,**
Defendants.

**Case No. 5:25-cv-07360-PCP**

**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION BY NON-PARTIES TO STRIKE SUMMONS (DKT. 113)**

Before the Court is the Administrative Motion by Non-Parties Julia Lindsey and Kathleen Woodruff, Appearing Specially, to Strike Summons (Dkt. 113). Having considered the motion, Plaintiff's opposition, the Declaration of Ashley M. Gjovik and exhibits thereto, and the record in this action, and good cause appearing, the Court ORDERS as follows:

The Administrative Motion (Dkt. 113) is DENIED. The Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust are named defendants in the Second Amended Complaint (Dkt. 102), and under California law such trusts may be sued and served only through their trustees in a representative capacity. See Fed. R. Civ. P. 17(b)(3); Cal. Prob. Code § 18004; Cal. Code Civ. Proc. § 369.

Plaintiff has represented, and the Court accepts, that Plaintiff proceeds against Julia Lindsey and Kathleen Woodruff solely in their representative capacities as trustees of the named defendant trusts, and asserts no individual-capacity claims against them at this time. To the extent necessary, the Summons at Dkt. 112 is DEEMED AMENDED pursuant to Fed. R. Civ. P. 4(a)(2) to name Julia Lindsey and Kathleen Woodruff solely in those representative capacities, effective as of its issuance. No re-issuance of the summons and no re-service is required. Service completed,

or in progress, under the Summons at Dkt. 112 is and remains effective as to the representative capacities named therein, and nothing in this Order requires Plaintiff to cancel or re-initiate service currently underway.

Within seven (7) days of this Order, counsel for Movants shall file a declaration under penalty of perjury identifying the current trustee(s) and agent(s) authorized to accept service of process for each of the Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, Jenab Family Trust, and Woodruff Kathleen Trust.

To the extent conformity of the pleading is required, Julia Lindsey and Kathleen Woodruff, in their representative capacities as trustees of the named trusts, are ADDED as defendants pursuant to Fed. R. Civ. P. 21, [or, in the alternative:] Plaintiff is GRANTED leave to file, within fourteen (14) days, a targeted amendment substituting "[Trustee], as trustee of the [Trust]" for the named trusts, without further motion practice.

IT IS SO ORDERED.

Dated: _______________, 2026

_______________________________
HON. P. CASEY PITTS
United States District Judge