United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY M GJOVIK,<br>Plaintiff,<br>v.<br>APPLE INC, et al.,<br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**ORDER GRANTING PARTIES' STIPULATED DEADLINES**<br><br>Re: Dkt. No. 111 |

The parties' stipulated briefing schedule, Dkt. 111, is GRANTED.

**IT IS SO ORDERED.**

Dated: August 24, 2026

P. Casey Pitts
United States District Judge