**Ashley M. Gjovik, JD**
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# United States District Court
## Northern District of California

**Ashley M. Gjovik,**
*an individual*,

**Citizen Plaintiff,**

vs.

**Apple Inc.,**
*a corporation,*

**City of Santa Clara,**
*a local government,*

**Property Owners**
*(Mr. Kalil Jenab, the Lindsey Family, and their various trusts and business entities, et al)*

**The Defendants.**

**Case No. 25-CV-07360-PCP**

**Environmental Citizen Suit; Public Nuisance**

## Proof & Certification of Service

**Re:**
**Second Amended Complaint Part II of III**

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: personal service records, USPS Certified Mail confirmations and tracking records, and other Proof of Service documents.

3. On August 26 2026, USPS Certified Mail service of the Second Amended Complaint to the US EPA Administrator was completed under tracking number 9589071052703453453024 and Priority Mail service was completed under tracking number 420204600019470130109355018322579. True and correct copies of the proof of service are attached as Exhibit A.

4. On August 20 2026, USPS Certified Mail service of the Second Amended Complaint to the US Attorney General was completed under tracking number 9589071052703453453079. True and correct copies of the proof of service are attached as Exhibit B.

5. On August 24 2026, USPS Certified Mail service of the Second Amended Complaint to the U.S. DOJ ENRD was completed under tracking number 9410830109355010890127. True and correct copies of the proof of service are attached as Exhibit C.

6. On August 20 2026, USPS Certified Mail service of Second Amended Complaint to the California Attorney General was completed under tracking number 9410830109355010890134. True and correct copies of the proof of service are attached as Exhibit D.

7. On August 21 2026, USPS Certified Mail service Second Amended Complaint to the California DTSC was completed under tracking number 9589071052703536961040. True and correct copies of the proof of service are attached as Exhibit E.

8. On August 20 2026, USPS Certified Mail service of the Second Amended Complaint to the Santa Clara Valley Water District was completed under tracking number 9589071052703536960531. True and correct copies of the proof of service are attached as Exhibit F.

9. On August 20 2026, USPS Certified Mail service of the Second Amended Complaint to the Santa Clara County Dept. of Environmental Health was completed under tracking number 9410830109355010890141. True and correct copies of the proof of service are attached as Exhibit G.

10. On August 20 2026, USPS Certified Mail service of the Second Amended Complaint to The Irvine Company (i.e., Santa Clara Square) was completed under tracking number 9410830109355010890165. True and correct copies of the proof of service are attached as Exhibit H.

11. On August 24 2026, USPS Certified Mail service of the Sixty Day Notice to James Lindsey was completed under tracking number 9589071052703536961071. True and correct copies of the proof of service are attached as Exhibit I.

12. On August 25 2026, USPS Certified Mail service of the Sixty Day Notice to Julia Lindsey was completed under tracking number 9405530109355444714867. True and correct copies of the proof of service are attached as Exhibit J.

13. On August 25 2026, USPS Certified Mail service of the Sixty Day Notice to Kathleen Woodruff was completed under tracking number 9405530109355444714874. True and correct copies of the proof of service are attached as Exhibit K.

14. USPS Certified Mail tracking cards and receipts are attached as Exhibit L.

15. Personal service on Julia Lindsey and Kathleen Woodruff is still pending. Neither have answered their doors. Evidence of attempted service is attached as Exhibit M. Personal service is ongoing and additional attempts will be made until both are served.

16. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Aug. 26 2026 in Alviso, San José, California.

Respectfully,

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Aug. 26 2026

# EXHIBITS

## EXHIBIT A

## PROOF OF SERVICE TO THE U.S. EPA

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703453453024

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:59 am on August 26, 2026 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20460
August 26, 2026 9:59 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20460
August 19, 2026 8:27 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 19, 2026 8:11 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 7:31 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

August 19, 2026 7:09 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 6:51 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 3:31 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 18, 2026 1:44 PM

**In Transit to Next Facility**

August 18, 2026 10:53 AM

**Departed USPS Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
August 18, 2026 9:17 AM

**Arrived at USPS Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
August 17, 2026 11:04 AM

**Arrived at USPS Facility**

SAN JOSE, CA 95125
August 10, 2026 9:24 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:56 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 4202046000019470130109355018322579

Copy Add to Informed Delivery

**Scheduled Delivery by**

**WEDNESDAY**

**26** August 2026 ⓘ | by **6:00PM** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on August 26, 2026 in WASHINGTON, DC 20460.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20460
August 26, 2026 9:58 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 26, 2026 4:26 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 25, 2026 11:20 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 24, 2026 5:10 PM

**Arrived at USPS Facility**

ALVISO, CA 95002
August 24, 2026 1:09 PM

**USPS in possession of item**

ALVISO, CA 95002
August 24, 2026 1:09 PM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 24, 2026 12:20 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail Express®
**Features:**

Money Back Guarantee
PO to Addressee
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT B

# PROOF OF SERVICE
# TO THE U.S. A.G.

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9589071052703453453079**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:34 am on August 20, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 20, 2026 4:34 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 19, 2026 11:32 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 19, 2026 11:24 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 7:31 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 7:09 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 6:51 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 19, 2026 3:29 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 18, 2026 1:44 PM

**In Transit to Next Facility**

August 18, 2026 10:53 AM

**Departed USPS Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
August 18, 2026 9:17 AM

**Arrived at USPS Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
August 17, 2026 11:03 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 4:00 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT C

# PROOF OF SERVICE
# TO U.S. DOJ ENRD

UNITED STATES POSTAL SERVICE®

August 24, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5010 8901 27**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 24, 2026, 04:32 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | K JERNIGAN |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9410830109355010890127

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:32 am on August 24, 2026 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGAN.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 24, 2026 4:32 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 21, 2026 9:13 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 21, 2026 8:47 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 21, 2026 7:06 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

August 21, 2026 6:17 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 21, 2026 3:38 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:07 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 9:02 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 18, 2026 3:02 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Proof of Delivery

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply ⓘ

Signed for by: K JERNIGAN // WASHINGTON, DC 20530 // August 24, 2026 4:32 AM

**See Less ^**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT D

# PROOF OF SERVICE
# TO THE CALIFORNIA A.G.

UNITED STATES POSTAL SERVICE®

August 24, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5010 8901 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 20, 2026, 11:03 am |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | N OSIPOFF |
| **Actual Recipient Name:** | N OSIPOFF |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...

# USPS Tracking®

FAQs >

Tracking Number:

## 9410830109355010890134

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:03 am on August 20, 2026 in SAN FRANCISCO, CA 94102. The item was signed for by N OSIPOFF.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
August 20, 2026 11:03 AM

**Out for Delivery**

SAN FRANCISCO, CA 94102
August 20, 2026 6:18 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94124
August 20, 2026 6:07 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 20, 2026 5:43 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 20, 2026 12:05 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 10:59 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 9:02 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 18, 2026 3:02 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Proof of Delivery

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply ⓘ

Signed for by: N OSIPOFF // SAN FRANCISCO, CA 94102 // August 20, 2026 11:03 AM

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT E

# PROOF OF SERVICE
# TO CALIFORNIA EPA DTSC

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052703536961040

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:05 am on August 21, 2026 in ZIP Code 95800.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
August 21, 2026 10:05 AM

**Out for Delivery**

SACRAMENTO, CA 95814
August 21, 2026 6:41 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
August 21, 2026 6:30 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
August 20, 2026 3:58 AM

**In Transit to Next Facility**

August 20, 2026 2:33 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 20, 2026 1:37 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:15 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:21 AM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT F

# PROOF OF SERVICE
# TO SANTA CLARA VALLEY WATER DISTRICT

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703536960531

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:38 am on August 20, 2026 in SAN JOSE, CA 95118.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN JOSE, CA 95118
August 20, 2026 8:38 AM

**Out for Delivery**

SAN JOSE, CA 95118
August 20, 2026 7:25 AM

**Arrived at Post Office**

SAN JOSE, CA 95118
August 20, 2026 7:14 AM

**Arrived at USPS Facility**

SAN JOSE, CA 95118
August 20, 2026 6:35 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 20, 2026 6:05 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:07 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:20 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# EXHIBIT G

# PROOF OF SERVICE
# TO SCC DEH

UNITED STATES POSTAL SERVICE®

August 24, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5010 8901 41**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 20, 2026, 09:44 am |
| **Location:** | SAN JOSE, CA 95112 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | R MUNOZ |
| **Actual Recipient Name:** | R MUNOZ |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...

# USPS Tracking®

FAQs >

Tracking Number:

## 9410830109355010890141

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on August 20, 2026 in SAN JOSE, CA 95112. The item was signed for by R MUNOZ.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN JOSE, CA 95112
August 20, 2026 9:44 AM

**Out for Delivery**

SAN JOSE, CA 95112
August 20, 2026 6:10 AM

**Arrived at Post Office**

SAN JOSE, CA 95113
August 20, 2026 5:48 AM

**Arrived at USPS Facility**

SAN JOSE, CA 95113
August 20, 2026 4:09 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

August 20, 2026 3:56 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:07 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 9:02 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 18, 2026 3:02 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

## Text & Email Updates

## Proof of Delivery

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™

Up to $100 insurance included. Restrictions Apply ⓘ

Signed for by: R MUNOZ // SAN JOSE, CA 95112 // August 20, 2026 9:44 AM

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT H

# PROOF OF SERVICE
# TO THE IRVINE COMPANY

UNITED STATES POSTAL SERVICE®

August 24, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5010 8901 65**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 20, 2026, 02:05 pm |
| **Location:** | SANTA CLARA, CA 95054 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | C G |
| **Actual Recipient Name:** | C G |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

**Signature of Recipient:** 

**Address of Recipient:** 3320 MONTGOMERY DR, SANTA CLARA, CA 95054

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9410830109355010890165**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:05 pm on August 20, 2026 in SANTA CLARA, CA 95054. The item was signed for by C G.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SANTA CLARA, CA 95054
August 20, 2026 2:05 PM

**Out for Delivery**

SANTA CLARA, CA 95054
August 20, 2026 6:10 AM

**Arrived at Post Office**

SANTA CLARA, CA 95050
August 20, 2026 4:22 AM

**Arrived at USPS Facility**

SANTA CLARA, CA 95050
August 20, 2026 2:34 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

August 20, 2026 2:15 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 9:02 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 18, 2026 3:02 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Proof of Delivery

Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™

Up to $100 insurance included. Restrictions Apply ⓘ

Signed for by: C G // SANTA CLARA, CA 95054 // August 20, 2026 2:05 PM

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT I

# PROOF OF SERVICE
# TO JAMES LINDSEY
# (SIXTY DAY NOTICE)

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961071

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:36 am on August 24, 2026 in SAN RAFAEL, CA 94903.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

SAN RAFAEL, CA 94903
August 24, 2026 11:36 AM

**Out for Delivery**

SAN RAFAEL, CA 94903
August 24, 2026 6:50 AM

**Arrived at Post Office**

SAN RAFAEL, CA 94901
August 24, 2026 6:39 AM

**Departed USPS Facility**

PETALUMA, CA 94954
August 24, 2026 3:14 AM

**In Transit to Next Facility**

August 24, 2026 1:36 AM

**Arrived at USPS Facility**

NORTH BAY CA DISTRIBUTION CENTER
August 22, 2026 3:59 PM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 19, 2026 10:01 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 8:45 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:18 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT J

# PROOF OF SERVICE
# TO JULIA LINDSEY
# (SIXTY DAY NOTICE)

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**9405530109355444714867**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered in or at the mailbox at 2:55 pm on August 25, 2026 in OAKLAND, CA 94610.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, In/At Mailbox**

OAKLAND, CA 94610
August 25, 2026 2:55 PM

**Out for Delivery**

OAKLAND, CA 94610
August 25, 2026 6:30 AM

**Arrived at Post Office**

OAKLAND, CA 94612
August 25, 2026 6:19 AM

**Arrived at USPS Facility**

OAKLAND, CA 94612
August 25, 2026 5:44 AM

**Departed USPS Facility**

OAKLAND CA DISTRIBUTION CENTER

August 25, 2026 5:27 AM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 24, 2026 10:24 PM

**In Transit to Next Facility**

August 24, 2026 9:49 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 24, 2026 9:29 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 24, 2026 8:49 PM

**Departed Post Office**

ALVISO, CA 95002
August 24, 2026 4:11 PM

**USPS in possession of item**

ALVISO, CA 95002
August 24, 2026 10:57 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 23, 2026 6:17 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT K

# PROOF OF SERVICE
# TO KATHLEEN WOODRUFF
# (SIXTY DAY NOTICE)

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**9405530109355444714874**

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered in or at the mailbox at 9:51 am on August 25, 2026 in SAN FRANCISCO, CA 94110.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, In/At Mailbox**

SAN FRANCISCO, CA 94110
August 25, 2026 9:51 AM

**Out for Delivery**

SAN FRANCISCO, CA 94110
August 25, 2026 7:25 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94141
August 25, 2026 7:14 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
August 25, 2026 5:20 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 25, 2026 4:59 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 25, 2026 12:01 AM

**In Transit to Next Facility**

August 24, 2026 11:21 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 24, 2026 10:53 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 24, 2026 8:46 PM

**Departed Post Office**

ALVISO, CA 95002
August 24, 2026 4:11 PM

**USPS in possession of item**

ALVISO, CA 95002
August 24, 2026 10:57 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 23, 2026 6:17 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**

USPS Tracking®
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT L

## PROOF OF SERVICE
## CERTIFIED MAIL RECEIPTS

9589 0710 5270 3453 4530 24

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20460

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | AUG 1 0 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

Sent To US EPA, Lee Zeldin
Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC, 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 3536 9611 56

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Francisco, CA 94105

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | AUG 1 0 2026 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

Sent To BAAQMD
Street and Apt. No., or PO Box No. 375 Beale St Suite 600
City, State, ZIP+4® SF, CA 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 3453 4456 16

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Oakland, CA 94612

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | AUG 1 0 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

Sent To SF Bay Water Quality CB
Street and Apt. No., or PO Box No. 1515 Clay St Suite 1400
City, State, ZIP+4® Oakland, CA, 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 3453 4530 62

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Francisco, CA 94105

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | AUG 1 0 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

Sent To EPA Region 9, Admin
Street and Apt. No., or PO Box No. 75 Hawthorne St
City, State, ZIP+4® SF, CA, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 95

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95113

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
0080
10

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
AUG 10 2026 ALVISO, CA

Postage $12.90
$
08/10/2026

Total Postage and Fees
$18.45
$

Sent To SJ/SC Regional Wastewater Facility
Street and Apt. No., or PO Box No. 200 E Santa Clara St
City, State, ZIP+4® San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 3453 4530 79

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
0080
10

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
AUG 10 2026 ALVISO, CA

Postage $12.90
$
08/10/2026

Total Postage and Fees
$18.45
$

Sent To US DOJ, Acting AG Blanche
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 3536 9611 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
0080
10

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
AUG 10 2026 ALVISO, CA

Postage $12.90
$
08/10/2026

Total Postage and Fees
$18.45
$

Sent To State Water Resources Control Board
Street and Apt. No., or PO Box No. 1001 I Street
City, State, ZIP+4® Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9605 3

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95118

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.90
$

Total Postage and Fees $18.45
$

0080
10

Postmark Here

ALVISO, CA 95002 USPS AUG 19 2026

08/19/2026

*Sent To* Santa Clara Valley Water District

*Street and Apt. No., or PO Box No.* 5750 ALMADEN EXPY

*City, State, ZIP+4®* SAN JOSE CA 95118

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 40

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.90
$

Total Postage and Fees $18.45
$

0080
10

Postmark Here

ALVISO, CA USPS AUG 19 2026

08/19/2026

*Sent To* CalEPA DTSC

*Street and Apt. No., or PO Box No.* 1001 I Street

*City, State, ZIP+4®* Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 57

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94110

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
Total Postage and Fees $18.45

0080
10
Postmark Here
ALVISO, CA 95002 USPS AUG 19 2026
08/19/2026

Sent To: Kathleen Woodcuff
Street and Apt. No., or PO Box No.: 70 Ellsworth St
City, State, ZIP+4®: San Francisco California 94110

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 71

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Rafael, CA 94903

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
Total Postage and Fees $18.45

0080
10
Postmark Here
ALVISO, CA 95002 USPS AUG 19 2026
08/19/2026

Sent To: JAMES LINDSEY
Street and Apt. No., or PO Box No.: 749 Deer Valley Rd
City, State, ZIP+4®: San Rafael CA 94903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 64

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Oakland, CA 94610

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.90
Total Postage and Fees $18.45

0080
10
Postmark Here
ALVISO, CA 95002 USPS AUG 19 2026
08/19/2026

Sent To: Julia Lindsey
Street and Apt. No., or PO Box No.: 124 Wildwood Ave
City, State, ZIP+4®: Piedmont California 94610

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 57

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94110

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0080 |
| $ $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | ALVISO, CA 95002 USPS AUG 19 2026 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $12.90 | |
| $ $18.45 | 08/19/2026 |
| Total Postage and Fees | |
| $ | |

Sent To Kathleen Woodruff

Street and Apt. No., or PO Box No. 70 Ellsworth St

City, State, ZIP+4® San Francisco California 94110

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 64

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Oakland, CA 94610

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0080 |
| $ $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | ALVISO, CA 95002 USPS AUG 19 2026 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $12.90 | |
| $ | 08/19/2026 |
| Total Postage and Fees $18.45 | |
| $ | |

Sent To Julia Lindsey

Street and Apt. No., or PO Box No. 124 Wildwood Ave

City, State, ZIP+4® Piedmont California 94610

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 71

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Rafael, CA 94903

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0080 |
| $ $0.00 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | ALVISO, CA 95002 USPS AUG 19 2026 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $12.90 | |
| $ | 08/19/2026 |
| Total Postage and Fees $18.45 | |
| $ | |

Sent To JAMES LINDSEY

Street and Apt. No., or PO Box No. 749 Deer Valley Rd

City, State, ZIP+4® San Rafael CA 94903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$15.27
US POSTAGE
08/18/2026
1 lb 0 oz

9410 8301 0935 5010 8901 41 0111 2001 0009 5112

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 058647263090975

PRIORITY MAIL®

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-18
Flat Rate Envelope
RDC 03

SIGNATURE REQUIRED

C044

SANTA CLARA COUNTY DEPT. OF ENV. HEALT
1555 BERGER DR STE 300 BLDG 2
SAN JOSE CA 95112-2704

USPS SIGNATURE TRACKING #

9410 8301 0935 5010 8901 41

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5010 8901 41**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-18 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-18 | Extra Services: | $4.15 |
| | | Fees: | $0.00 |
| | | Total: | $15.27 |

From: ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

To:

SANTA CLARA COUNTY DEPT. OF ENV. HEALTH
1555 BERGER DR STE 300 BLDG 2
SAN JOSE CA 95112-2704

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$15.27
US POSTAGE

08/18/2026
1 lb 0 oz

9410 8301 0935 5010 8901 27 0111 2001 0002 0530

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 481628078292249

PRIORITY MAIL®

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-18
Flat Rate Envelope
RDC 03

SIGNATURE REQUIRED

C000

US DEPARTMENT OF JUSTICE ENRD
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

USPS SIGNATURE TRACKING #

9410 8301 0935 5010 8901 27

*Cut on dotted line.*

# Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5010 8901 27**

| | | |
|---|---|---|
| Print Date: 2026-08-18 | PRIORITY MAIL® | $11.12 |
| Ship Date: 2026-08-18 | Extra Services: | $4.15 |
| | Fees: | $0.00 |
| | Total: | $15.27 |

From: ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

To:

US DEPARTMENT OF JUSTICE ENRD
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$15.27
US POSTAGE

9410 8301 0935 5010 8901 65 0111 2001 0009 5054

U.S. POSTAGE PAID
Click-N-Ship®

08/18/2026
1 lb 0 oz

Mailed from 95816 924601907543250

PRIORITY MAIL®

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-18
Flat Rate Envelope
RDC 03

SIGNATURE REQUIRED

C014

SANTA CLARA SQUARE (THE IRVINE COMPAN
3320 MONTGOMERY DR
SANTA CLARA CA 95054-2925

USPS SIGNATURE TRACKING #

9410 8301 0935 5010 8901 65

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5010 8901 65**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-18 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-18 | Extra Services: | $4.15 |
| | | Fees: | $0.00 |
| | | Total: | $15.27 |

From: ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

To:

SANTA CLARA SQUARE (THE IRVINE COMPANY)
3320 MONTGOMERY DR
SANTA CLARA CA 95054-2925

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

**P**

usps.com
$15.27
US POSTAGE

9410 8301 0935 5010 8901 34 0111 2001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

08/18/2026
1 lb 0 oz

Mailed from 95816 026271604292244

**PRIORITY MAIL®**

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-18
Flat Rate Envelope
RDC 03

**SIGNATURE REQUIRED**

C017

CALIFORNIA ATTORNEY GENERAL'S OFFICE
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO CA 94102-7020

**USPS SIGNATURE TRACKING #**

**9410 8301 0935 5010 8901 34**

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9410 8301 0935 5010 8901 34**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-18 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-18 | Extra Services: | $4.15 |
| | | Fees: | $0.00 |
| | | Total: | $15.27 |

From: ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

To:

CALIFORNIA ATTORNEY GENERAL'S OFFICE
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO CA 94102-7020

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

**P**

usps.com
$11.12
US POSTAGE
08/24/2026
1 lb 0 oz

9405 5301 0935 5444 7148 50 0111 2001 0009 4110

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 528068594292260

**PRIORITY MAIL®**

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-23
Flat Rate Envelope
RDC 03

C041

KATHLEEN WOODRUFF
936 ESMERALDA AVE
SAN FRANCISCO CA 94110-5257

**USPS TRACKING #**

**9405 5301 0935 5444 7148 50**

*Cut on dotted line.*

# Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5444 7148 50**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-24 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-24 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $11.12 |

**From:** ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

**To:**

KATHLEEN WOODRUFF
936 ESMERALDA AVE
SAN FRANCISCO CA 94110-5257

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$11.12
US POSTAGE
08/24/2026
1 lb 0 oz

9405 5301 0935 5444 7148 67 0111 2001 0009 4610

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 262621161386464

**PRIORITY MAIL®**

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-23
Flat Rate Envelope
RDC 03

C011

JULIA LINDSEY
124 WILDWOOD AVE
PIEDMONT CA 94610-1047

**USPS TRACKING #**

**9405 5301 0935 5444 7148 67**

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5444 7148 67**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-24 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-24 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $11.12 |

From: ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

To:

JULIA LINDSEY
124 WILDWOOD AVE
PIEDMONT CA 94610-1047

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

P

usps.com
$11.12
US POSTAGE

9405 5301 0935 5444 7148 74 0111 2001 0009 4110

08/24/2026
1 lb 0 oz

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 816486209299327

**PRIORITY MAIL®**

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-23
Flat Rate Envelope
RDC 03

C057

KATHLEEN WOODRUFF
70 ELLSWORTH ST
SAN FRANCISCO CA 94110-5639

**USPS TRACKING #**

**9405 5301 0935 5444 7148 74**

*Cut on dotted line.*

# Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5444 7148 74**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-24 | PRIORITY MAIL® | $11.12 |
| Ship Date: | 2026-08-24 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $11.12 |

**From:** ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

**To:**

KATHLEEN WOODRUFF
70 ELLSWORTH ST
SAN FRANCISCO CA 94110-5639

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

E

usps.com
$31.11
US POSTAGE
08/24/2026
1 lb 0 oz

9470 1301 0935 5018 3225 79 0311 1001 0002 0460

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 95816 927371179779722

**PRIORITY MAIL EXPRESS®**

ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

Created 2026-08-24
Flat Rate Envelope
RDC 07

**WAIVER OF SIGNATURE**

C000

ENVIRONMENTAL PROTECTION AGENCY
LEE ZELDIN
1200 PENNSYLVANIA AVE NW
WASHINGTON DC 20460-0001

**USPS TRACKING #**

**9470 1301 0935 5018 3225 79**

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9470 1301 0935 5018 3225 79**

| | | | |
|---|---|---|---|
| Print Date: | 2026-08-24 | PRIORITY MAIL EXP® | $31.11 |
| Ship Date: | 2026-08-24 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $31.11 |

**From:** ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

**To:**
ENVIRONMENTAL PROTECTION AGENCY
LEE ZELDIN
1200 PENNSYLVANIA AVE NW
WASHINGTON DC 20460-0001

* Commercial Pricing PRIORITY MAIL EXP® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL EXP® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# EXHIBIT M

# LINDSEY SERVICE ATTEMPTS

# USPS® Delivery Exception 9589071052703536961064

From USPS Tracking <auto-reply@tracking.usps.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Friday, August 21st, 2026 at 3:13 PM

---

Hello **Ashley Gjovik - Julia Lindsey 60Day**,

Your package has a delivery exception. Your item was refused by the addressee at 3:09 pm on August 21, 2026 in OAKLAND, CA 94610 and is being returned to the sender.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: **9589071052703536961064**

**Delivery Exception**

Tracking & Delivery Options

My Account

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

**9589071052703536961064**

Copy    Add to Informed Delivery

**Expected Delivery on**

**MONDAY**

**24** August 2026

between

**11:45am and 3:45pm**

Your item arrived at our USPS facility in SAN JOSE CA DISTRIBUTION CENTER on August 22, 2026 at 11:31 pm. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 22, 2026 11:31 PM

**Departed USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 22, 2026 10:29 PM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 22, 2026 6:57 PM

**Return to Sender Processed**

OAKLAND, CA 94612

August 22, 2026 11:09 AM

**Refused**

OAKLAND, CA 94610
August 21, 2026 3:09 PM

**Out for Delivery**

OAKLAND, CA 94610
August 21, 2026 6:10 AM

**Arrived at Post Office**

OAKLAND, CA 94612
August 20, 2026 3:09 PM

**Arrived at USPS Facility**

OAKLAND, CA 94612
August 20, 2026 1:06 PM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 19, 2026 8:49 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 8:08 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:19 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Service Attempted for Reference ID REF-27262637

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 24th, 2026 at 2:51 PM

Hello,

Your process server attempted to serve **Julia Lindsey**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262637

**Case #:** 5:25-cv-07360-PCP

**Your Process Server:** Mike Ballard

**Date / Time:** August 24 2026 02:51 PM

**Address:** 124 Wildwood Ave, Piedmont, CA 94610-1047

**Outcome:** There was no answer at the address.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.

# USPS® Schedule a Redelivery 9589071052703536961057

From USPS Tracking <auto-reply@tracking.usps.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Friday, August 21st, 2026 at 9:51 AM

---

Hello **Ashley Gjovik - Kathleen Woodruff 60Day**,

Sorry we missed you! Schedule a Redelivery to receive your package.

If this item is unclaimed, then it will be returned to sender.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: 9589071052703536961057

**Schedule a Redelivery**



Schedule a Redelivery

My Account

## Get Tracking Updates in a Daily Email

Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

Sign Up for Free




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

If you no longer wish to receive these emails, unsubscribe here .

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961057

Copy Schedule a Redelivery

### Latest Update

Your item arrived at the SAN FRANCISCO, CA 94110 post office at 4:53 pm on August 22, 2026 and is ready for pickup. Your item may be picked up at BRYANT STREET, 1600 BRYANT ST, SAN FRANCISCO, CA 941419991, M-F 0900-1730; SAT 0900-1500.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Available for Pickup

**Available for Pickup**

BRYANT STREET
1600 BRYANT ST
SAN FRANCISCO CA 94141-9991
Mon-Fri 9:00 AM-5:30 PM
Sat 9:00 AM-3:00 PM
August 22, 2026 4:53 PM

**Notice Left (No Authorized Recipient Available)**

SAN FRANCISCO, CA 94110
August 21, 2026 9:48 AM

**Out for Delivery**

SAN FRANCISCO, CA 94110
August 21, 2026 6:10 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94141
August 21, 2026 3:13 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
August 21, 2026 2:06 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 21, 2026 1:57 AM

**Processing at USPS Facility**

MILLBRAE, CA 94030
August 20, 2026 8:01 AM

**Processing at USPS Facility**

MILLBRAE, CA 94030
August 20, 2026 6:43 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 20, 2026 12:05 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 10:59 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:08 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:18 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Schedule Redelivery**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Service Attempted for Reference ID REF-27262720

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Friday, August 21st, 2026 at 12:33 PM

---

abclegal

Hello,

Your process server attempted to serve **Kathleen Woodruff**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262720
**Case #:** 5:25-cv-07360-PCP
**Your Process Server:** Sung Chol Lim
**Date / Time:** August 21 2026 12:29 PM
**Address:** 70 Ellsworth St, San Francisco, CA 94110-5639
**Outcome:** There was no answer at the address. I spoke with a neighbor who doesn't recognize name. I rang the bell and knocked, but no one came out. The curtains were closed.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

# Service Attempted for Reference ID REF-27262720

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Saturday, August 22nd, 2026 at 12:24 PM

abclegal

Hello,

Your process server attempted to serve **Kathleen Woodruff**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262720
**Case #:** 5:25-cv-07360-PCP
**Your Process Server:** Sung Chol Lim
**Date / Time:** August 22 2026 12:13 PM
**Address:** 70 Ellsworth St, San Francisco, CA 94110-5639
**Outcome:** There was no answer at the address. I spoke with a neighbor who doesn't recognize name. I rang the bell and knocked, but no one came out. The curtains were open.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

# Service Attempted for Reference ID REF-27262720

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Monday, August 24th, 2026 at 8:32 PM

abclegal

Hello,

Your process server attempted to serve **Kathleen Woodruff**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262720

**Case #:** 5:25-cv-07360-PCP

**Your Process Server:** Sung Chol Lim

**Date / Time:** August 24 2026 08:21 PM

**Address:** 70 Ellsworth St, San Francisco, CA 94110-5639

**Outcome:** There was no answer at the address. I rang the bell and knocked, but no one came out. The curtains were open.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

# Service Attempted for Reference ID REF-27262720

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Tuesday, August 25th, 2026 at 5:57 PM

abclegal

Hello,

Your process server attempted to serve **Kathleen Woodruff**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262720
**Case #:** 5:25-cv-07360-PCP
**Your Process Server:** Sung Chol Lim
**Date / Time:** August 25 2026 05:47 PM
**Address:** 70 Ellsworth St, San Francisco, CA 94110-5639
**Outcome:** There was no answer at the address. I spoke with a neighbor who doesn't recognize name. I rang the bell and knocked, but no one came out. The curtains were open.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

# Service Attempted for Reference ID REF-27262720

From noreply@abclegal.com <noreply@abclegal.com>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Wednesday, August 26th, 2026 at 10:15 AM

Hello,

Your process server attempted to serve **Kathleen Woodruff**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262720

**Case #:** 5:25-cv-07360-PCP

**Your Process Server:** Sung Chol Lim

**Date / Time:** August 26 2026 10:02 AM

**Address:** 70 Ellsworth St, San Francisco, CA 94110-5639

**Outcome:** There was no answer at the address. I rang the bell and knocked, but no one came out. The curtains were open.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

# Fw: USPS® Pickup Reminder 9589071052703536961057

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To Park, Julie Y. <JuliePark@mofo.com>, Tarantino, William F. <WTarantino@mofo.com>

Date Wednesday, August 26th, 2026 at 9:49 AM

---

Hello,

This is still waiting for Kathleen at the Post Office. Can you please have her pick it up or reschedule the delivery? USPS said they left a notice on the door on 8/21 and I already emailed you about it several times.

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

------- Forwarded Message -------
From: USPS Tracking <auto-reply@tracking.usps.com>
Date: On Wednesday, August 26th, 2026 at 3:00 AM
Subject: USPS® Pickup Reminder 9589071052703536961057
To: ashleymgjovik@protonmail.com <ashleymgjovik@protonmail.com>

> Hello **Postal Customer**,
>
> This is a reminder to arrange for redelivery of your item before September 5, 2026 or your item will be returned on September 6, 2026. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.
>
> Tracking Number: **9589071052703536961057**
>
> **Ready for Pickup!**

**Tracking & Delivery Options**

**My Account**




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

If you no longer wish to receive these emails, unsubscribe here .

# RE: Gjovik v. Apple Inc. et al., No. 5:25-cv-07360-PCP — Service Outstanding; Two Stipulation Options (No Amended Complaint Required)


From Ashley Gjovik <ashleymgjovik@protonmail.com>

To Tarantino, William F. <WTarantino@mofo.com>

CC Hurley, Teresa M. <THurley@mofo.com>, Park, Julie Y. <JuliePark@mofo.com>, Corona, Alberto J. <ACorona@mofo.com>, Fine, Michael A. <MFine@mofo.com>, Svend Brandt-Erichsen <sbrandterichsen@nossaman.com>


Date Tuesday, August 25th, 2026 at 11:40 PM

Counsel,

**191 Baypointe LLC**

Thank you for the clarification and the Correction Grant Deed. I have confirmed the correction was recorded and concerned a different parcel. The 3250 Scott Blvd ownership question as to 191 Baypointe LLC now appears to be resolved. I note only that the inquiry arose from the face of the recorded instrument itself, which listed the 3250 Scott APN for years — the correction deed exists because the public record required correcting.

**Service — still unaddressed, and still no address for Ms. Woodruff.**

Neither of your August 24 emails provided a current address for Ms. Lindsey, any address at all for Ms. Woodruff, or any confirmation that either will stop refusing or evading process. Your firm is plainly in current communication with both women — you have just obtained and relayed their ownership percentages and deed histories — while my process server cannot locate one and the other refuses personal service and certified mail at her door.

By Wednesday, August 26, please provide: (a) a current service address for each; and (b) written confirmation that neither will refuse or evade service. I also note the qualifier in your email — authority "in their capacities as trustees" — and reserve all positions regarding capacities; but service and the stipulation below can proceed on the trustee capacities without prejudice to anyone's arguments. If evasion continues while counsel in contact with these defendants declines to accept service or disclose their whereabouts, I will move for court-ordered alternative service, including service through counsel, and for costs, on the documented USPS and ABC Legal record. California substituted-service efforts continue in the interim.

**Two stipulation options — neither requires an amended complaint's delays.**

To keep the record precise: on August 21 you offered in writing to stipulate to an amendment adding the trustees (on terms that included dismissing Mr. Lindsey); on August 24 you declined my terms and elected to await the ruling on Dkt. 113 without renewing your own offer or proposing alternatives. Rather than leave this to motion practice, I propose two options — the first of which is procedurally less than what your own August 21 letter offered:

- ***Option A (preferred — no new pleading):*** A stipulation and proposed order providing that (i) the four trusts named in the Second Amended Complaint are sued through their current trustees in their representative capacities, as California law provides (Prob. Code § 18004; CCP § 369); (ii) the caption is conformed to read "Julia Lindsey, as trustee of the Lindsey Property Trust" and "Kathleen Woodruff, as trustee of the Kathleen Woodruff Trust" (and the appropriate trustee designations for the remaining named trusts once identified in your Friday response); (iii) service completed under the Summons at Dkt. 112, or accepted by your firm, is effective as to those representative capacities, with no re-service; (iv) the trustee-defendants' responses are due September 17, 2026 with all other defendants — the timeline Ms. Park represented on August 17 the trustees "would be able to stipulate" to; (v) the Dkt. 111 schedule is unaffected; and (vi) Dkt. 113 is withdrawn as moot. This changes no allegations, restarts no response clocks, moots the pending motion, and aligns every defendant on one schedule. It is also precisely the relief my Opposition and Proposed Order already request (Dkt. 114), including in the alternative under Rule 21, so the Court may order it in any event.
- ***Option B (if defendants insist a pleading change is required):*** A stipulation to a Third Amended Complaint strictly limited to the trustee-naming corrections above, on stipulated terms that the amendment does not alter any response deadline (all responses remain due September 17 to the operative complaint), requires no re-service on appeared parties, and leaves Dkt. 111 intact.

Based on the information you've provided about James Lindsey, and your firm's sworn statement in a stipulation as to his lack of interest in the property currently or historically, I am willing to agree to stipulate to the removal of James Lindsey with the replacement of the daughters if one of these options is agreeable.

**CERCLA — context.**
You are correct that no § 107 claim is pled here. The citation was not academic: 3250 Scott Blvd sits adjacent to the boundaries of an NPL-listed Superfund site, subject to an active EPA matter, and public records indicate the parcel from which the plume originates is likewise held by Jenab-affiliated interests. Accurate period-by-period ownership of these parcels is material to regulators and proceedings beyond this docket. Your insinuation regarding my motives is noted and rejected; identifying the owners of contaminated and contaminating parcels is what the environmental statutes contemplate, and it is what I have been requesting for a year.

Friday, August 28 remains firm for the balance of your commitments: the complete Jenab-side chain with instrument numbers, reconciliation of Mr. Jenab's August 29, 2025 statement with Apple's Rule 30(b)(6) testimony, the current lessor under Apple's lease, and trustee identification for all named trusts — which, as to the Lindsey Family Trust and Julia Lindsey Family Trust, are named defendants whose liability arguments belong in a Rule 12 motion after appearance, not in a decision to keep them unservable.

-Ashley

—
**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Monday, August 24th, 2026 at 3:51 PM, Tarantino, William F. <WTarantino@mofo.com> wrote:

> Dear Ms. Gjøvik,
>
> We are in receipt of your email, sent late last night, which demands multiple substantive confirmations, including current residential or service addresses, written commitments regarding service of process, and acceptance of service by email, all "[b]y end of day Monday, August 24." You have given us less than one business day to respond to demands that require consultation with multiple clients and non-parties spanning more than a decade of property ownership history. As a reminder, we are providing all of this information voluntarily and are under no legal obligation to do so. We will be unable to meet your deadline for the reasons below.
>
> 1. **The timeline is arbitrary.** We are not engaged in a formal discovery process. There is no court order, stipulation, or rule of procedure that would require a response by today. Even if we were treating your requests as discovery, meet-and-confer obligations under the Federal Rules and the Northern District's Local Rules contemplate a good-faith exchange of position.
>
> 2. **The scope of your demands is extensive.** Your email demands identification of "every recorded instrument" by which 191 Baypointe LLC acquired or conveyed any interest, the percentage interest it holds today, its complete membership and management history from formation to present, an explanation of the decision to dissolve the LLC, identification of any distributed assets, written confirmation that all records are preserved, and a statement regarding what we knew and when. You further demand an entity-by-entity, instrument-by-instrument accounting of every holder of title to 3250 Scott Blvd. from 2010 to the present, identification of the current lessor under Apple's lease, and reconciliation with prior testimony and written statements. You also request current trustee information and existence status for multiple trusts, together with sworn declarations. These are substantial requests that would be objectionable if they were made through a formal discovery request. Whether and how to respond to this demand requires review and coordination with our clients.

3. **Unilateral deadlines do not create enforceable obligations.** Your email's escalating language, threatening to present matters to Judge Pitts "as obstruction of service" and to "submit [our] August 21 letter to the Court" if deadlines are not met, does not impact our ability to respond. You cannot accuse us of bad faith for failing to comply with your 12-hour timeline, especially as we are under no obligation to provide any of the information you request.

We are looking into the issues you have raised and will clarify any position that needs clarification. We expect to be able to provide additional information by Friday, August 28.

In the interim, we note the following preliminary responses:

We are confirming whether we have authority to accept service on behalf of Ms. Lindsey and Ms. Woodruff in their capacities as trustees and will respond as soon as we have confirmation one way or another.

We decline to stipulate according to your proposed terms. We will await the Court's ruling on the pending Administrative Motion at Dkt. 113. Any further submissions on the Administrative Motion would be untimely under Local Rule 7-11(b).

There are no claims under Section 107 of CERCLA in your Amended Complaint, so we do not understand how the reference to CERCLA is relevant. It also suggests you are seeking this information through this litigation to initiate separate CERCLA litigation against these entities. As for RCRA, there are no allegations that Ms. Lindsey or Ms. Woodruff caused or contributed to any handling or disposal of solid or hazardous waste.

We are not inclined to provide the trustee information you request for the Lindsey Family Trust, the Julia Lindsey Family Trust, and the Lindsey Lead Trust. None of those trusts holds any current interest in the property, and there are no credible allegations that any of them contributed to handling or disposal under RCRA.

We are investigating the questions you have raised regarding 191 Baypointe LLC and will respond when we have further information. Based on the information we could locate today, it appears that the 3250 Scott conveyance related to 191 Baypointe LLC was an error that was corrected with the attached.

Regards,

Bill Tarantino

**William F. Tarantino**

Partner

WTarantino@mofo.com

T +1 (415) 268-6358

M +1 (415) 902-8553

Morrison Foerster

425 Market Street

San Francisco, CA 94105-2482

mofo.com | LinkedIn | Twitter

---

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Sunday, August 23, 2026 11:57 PM
**To:** Hurley, Teresa M. <THurley@mofo.com>
**Cc:** Tarantino, William F. <WTarantino@mofo.com>; Park, Julie Y. <JuliePark@mofo.com>; Corona, Alberto J. <ACorona@mofo.com>; Fine, Michael A. <MFine@mofo.com>; Svend Brandt-Erichsen <sbrandterichsen@nossaman.com>
**Subject:** [EXT] RE: Gjovik v. Apple Inc. et al., No. 5:25-cv-07360-PCP — Response to August 21 Letter; Stipulation Terms; 191 Baypointe LLC; Service of Process

Hello,

I have reviewed your August 21, 2026 letter and exhibits. The letter provides, for the first time, and nearly a year after my first written requests, partial chain-of-title information for 3250 Scott Blvd. It remains incomplete in material respects, addresses only the Lindsey family portion, and contains at least one assertion contradicted by public records. It also confirms facts that expand, rather than narrow, the proper defendants. My response and requirements follow, within your August 25 deadline.

***<u>The stipulation — required terms</u>***

Your letter states Apple and the Jenab defendants "will stipulate to your amendment of the complaint." Under Rule 15(a)(2), amendment on written consent requires no noticed motion; given unappeared served defendants, we will file the stipulation with a short proposed order. I will agree to a stipulation containing all of the following terms:

- (a) The amendment names Julia Lindsey and Kathleen Woodruff both individually and in their representative capacities as trustees;
- (b) The amendment does not alter the briefing schedule at Dkt. 111; all defendants' responses run to the amended complaint on the existing September 17, 2026 deadline. This is what Ms. Park already represented on August 17: "We expect we will likely be representing those trustees and that we would be able to stipulate on their behalf to the proposed timeline";
- (c) Service of process completed under the Summons at Dkt. 112 remains effective in all capacities named therein; upon your appearance for Ms. Lindsey and Ms. Woodruff, service of the amended pleading will be made on counsel under Rule 5, with no re-issuance of summons and no re-service required. Alternatively, MoFo accepts service by email on their behalf in all capacities, as it did for Mr. Jenab in 2025; and
- (d) Withdrawal of the Administrative Motion (Dkt. 113), which is irreconcilable with your letter. The motion asks the Court to order me to proceed by noticed Rule 15 motion; your letter agrees to stipulate — the position I took on August 18 and in my Opposition (Dkt. 114). If Dkt. 113 is not withdrawn by Wednesday, August 26, I will submit your August 21 letter to the Court as directly relevant to the pending motion.

***Julia Lindsey and Kathleen Woodruff must be named individually, not only as trustees***

Your own exhibits establish that from December 10, 2012 (Instrument 21993754) until April 4, 2017 (Julia; Instrument 23616209) and January 24, 2018 (Kathleen; Instrument 23855036), each woman held her 25% interest personally, "as her sole and separate property." That period encompasses the 2014–2015 EIR, the leasing of the facility, and its bring-up — the events at the center of this case. Liability for penalties and damages arising from past violations attaches to those who owned and operated during the violation period; the later transfer of title into their trusts does not retroactively extinguish personal liability for the years they owned the property in their own names. RCRA § 7002(a)(1)(B) expressly reaches past owners and operators who contributed to the relevant handling or disposal, and CERCLA § 107(a)(2) expressly reaches those who owned at the time of disposal. A stipulation limited to trustee capacities — excising the precise ownership period your own deeds document — is not one I can sign, and I would not be able to represent to the Court that such a limitation was proposed in good faith.

***James Lindsey — your letter's central premise is contradicted by public records***

Your letter asserts Mr. Lindsey "has had no interest in the property at 3250 Scott Boulevard since 2012." Public records state otherwise:

- (a) On October 17, 2017, an interest in 3250 Scott Blvd was conveyed to 191 Baypointe LLC (Instrument 23775022, grantor Jenab Family Trust). Your letter omits this conveyance entirely.
- (b) California Secretary of State records show 191 Baypointe LLC was organized on August 23, 2017 — five years after your asserted end date — by James S. Lindsey, who signed its Articles of Organization and served as its agent for service of process at his own Kentfield address.
- (c) I have located no recorded instrument conveying 191 Baypointe LLC's interest in 3250 Scott Blvd out of the LLC. On the recorded chain, Baypointe appears to remain a holder of an interest in the property today.
- (d) On December 7, 2025 — approximately three months after this lawsuit was filed — Mr. Jenab executed an Election to Terminate 191 Baypointe LLC, which is now "Active – Pending Termination."

Accordingly: (i) identify every recorded instrument by which 191 Baypointe LLC acquired or conveyed any interest in 3250 Scott Blvd, with copies; (ii) state the percentage interest Baypointe holds today, and if you contend it holds none, identify the outbound instrument; (iii) identify Baypointe's members and managers from formation to present, including Mr. James Lindsey's role and any membership or economic interest at any time; (iv) explain the decision to dissolve the LLC during this litigation, identify any assets distributed and to whom, and confirm in writing that all Baypointe records — formation, membership, operating agreement, transfers,

distributions, and dissolution — are preserved; and (v) state whether you were aware of the October 2017 Baypointe conveyance when you wrote that Mr. Lindsey has had no interest since 2012.

If Mr. Lindsey organized and served as agent for an entity that acquired and still holds an interest in this property, then the factual premise of your dismissal demand is false, and his exposure — including penalty liability accruing during the 2017-forward period — turns on facts within your clients' knowledge, not mine. I will not stipulate to dismiss Mr. Lindsey. If your clients believe dismissal is warranted, provide sworn declarations from Mr. Lindsey and a knowledgeable Jenab-side declarant covering his complete trusteeship history for each Lindsey trust (including the Lindsey Lead Trust and Lindsey Family Trust), his complete history with 191 Baypointe LLC, and the complete instrument-by-instrument chain for the Jenab 50%. Any dismissal would in all events be without prejudice. His response to the SAC remains due September 8, 2026. Finally, your assertions that the claims are "time-barred" and that "the federal environmental statutes referenced in the SAC do not impose liability on historical property owners" are contrary to the statutory text cited above and to California's continuing-nuisance doctrine; they are Rule 12 arguments for briefing, not grounds for a meet-and-confer dismissal demand.

***<u>The Jenab portion — reconcile your clients' own statements</u>***

Your letter is silent on the other half of the property. The record contains the following inconsistent statements, which cannot all be accurate:

- (a) Mr. Kalil Jenab, in writing, August 29, 2025: "*For the record, the property is held by Jenab Family LP*" (Dkt. 114-1 at 62) — identifying a single holder, with no mention of the Lindsey trusts your letter now says hold 50%, and no mention of 191 Baypointe LLC;
- (b) Apple's Rule 30(b)(6) designee, April 2026, testifying to the 2020–2021 period: "*The landlord is Jenab Family Trust*" (Dkt. 102-6 at 16);
- (c) Your August 21 letter: Lindsey Property Trust and Kathleen Woodruff Trust hold 25% each — silent as to the remaining 50%;
- (d) The recorded chain and county data: conveyances from the Jenab 1997 Family Trust to 191 Baypointe LLC (2017, Instrument 23775022), to Jenab Family Ventures LLC (2021, Instrument 25201007), and to Jenab Family LP (2021, Instrument 25209164), with Jenab Family LP appearing as a current owners of record.

Please state, entity by entity and with instrument numbers, who holds each percentage of title to 3250 Scott Blvd today, and who held it during each period since 2010. The historical holders matter: penalty and damages liability for past violations attaches to those who owned and operated during the violation period, so "who owns it now" does not answer the question. Please also identify the current lessor entity or entities under Apple's lease — Apple's counsel can readily confirm the counterparty to whom Apple pays rent, and that answer should match the title records and the deposition testimony. If it does not, explain the discrepancy.

***<u>Complete the trustee identification</u>***

From your letter and exhibits: Julia Lindsey is trustee of the Lindsey Property Trust; Kathleen Woodruff is trustee of the Kathleen Woodruff Trust; and Julia Ann Lindsey and Mark Alex Abelson were trustees of the Julia Lindsey Family Trust as of 2016. Still unanswered after a year: the current trustees and existence status of the Lindsey Family Trust, the Julia Lindsey Family Trust, and the Lindsey Lead Trust, and whether Mr. Abelson remains a trustee of any Lindsey trust. Provide this in the same sworn declaration(s).

***<u>Service — your prospective clients are evading process while your motion attacks the summons</u>***

The record now shows: (a) on August 21, 2026, Ms. Julia Lindsey refused delivery of my certified-mail notice at the Piedmont address — the same address associated with her trusts in the recorded chain (USPS 9589071052703536961064: "Refused by the

addressee"); the refusal is documented and does not defeat the notice; (b) two personal-service attempts on Ms. Woodruff at 70 Ellsworth St (August 21 and 22, ABC Legal, REF-27262720) failed, with no answer and a neighbor stating she does not recognize the name; and (c) Ms. Woodruff not being available to sign for certified mail and the package being available for pick up at the Bryant Street USPS since August 22 (USPS 9589071052703536961057). Meanwhile, your firm filed Dkt. 113 attacking the summons the same night I purchased priority personal service in reliance on our August 18 agreement that I would serve these defendants. Refusing process at the front door while moving to strike the process at the courthouse is a pattern I will present to Judge Pitts as obstruction of service in a public-safety action, if it continues.

By end of day Monday, August 24, please: (a) confirm the current residential or service address for each of Ms. Lindsey and Ms. Woodruff; (b) confirm in writing that neither will evade or refuse service; and (c) confirm MoFo will accept service by email on their behalf in all capacities — as your firm did for Mr. Jenab in 2025 — or that the stipulation will include acceptance of service. Absent that, I will complete personal service through all lawful means, move for alternative service and for the costs of every failed attempt and refused mailing, and attach the USPS and ABC Legal records.

***Deadlines***

By Monday August 24: the service confirmations. By Wednesday, August 26: your position on the stipulation terms and withdrawal of Dkt. 113. By Friday, August 28: the Baypointe and Jenab-chain answers and the trustee information, in sworn form if your clients wish to pursue the James Lindsey dismissal request. Personal service efforts continue in the interim.

-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**

Location: Alviso, San José, California

Phone: (415) 964-6272
Website: ashleygjovik.com

Business consulting: A.M. Gjovik Consulting, L.L.C.

Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Friday, August 21st, 2026 at 5:09 PM, Hurley, Teresa M. <THurley@mofo.com> wrote:

> Ms. Gjovik,
>
> Attached please find correspondence from Apple's counsel in this action.
>
> Regards,

**Teresa Hurley**

Senior Paralegal | Morrison & Foerster LLP

425 Market St. | San Francisco, CA 94105

**P:** +1 (415) 268-7667

mofo.com | LinkedIn | Twitter

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison Foerster's Privacy Policy.

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison Foerster's Privacy Policy.

**4.26 KB** 1 embedded image

# RE: Gjovik v. Apple Inc. et al., No. 5:25-cv-07360-PCP — Response to August 21 Letter; Stipulation Terms; 191 Baypointe LLC; Service of Process

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Hurley, Teresa M. <THurley@mofo.com> |
| CC | Tarantino, William F. <WTarantino@mofo.com>, Park, Julie Y. <JuliePark@mofo.com>, Corona, Alberto J. <ACorona@mofo.com>, Fine, Michael A. <MFine@mofo.com>, Svend Brandt-Erichsen <sbrandterichsen@nossaman.com> |
| Date | Monday, August 24th, 2026 at 3:21 PM |

FYI, yet another service issue today, this time personal service re: Julia Lindsey:

# Service Attempted for Reference ID REF-27262637

**From** noreply@abclegal.com 2:51 PM

**To** Ashley Gjovik

abclegal

Hello,

Your process server attempted to serve **Julia Lindsey**.

While we weren't able to serve the documents this time, we will continue making attempts until diligence is met or the documents are served.

**Reference ID:** REF-27262637
**Case #:** 5:25-cv-07360-PCP
**Your Process Server:** Mike Ballard
**Date / Time:** August 24 2026 02:51 PM
**Address:** 124 Wildwood Ave, Piedmont, CA 94610-1047
**Outcome:** There was no answer at the address.

Sign in to:

- See real-time status updates 24/7
- Review attempt GPS Coordinates
- Review or download the attempt photo

Questions? Visit our FAQ page to learn more.

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California

Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Sunday, August 23rd, 2026 at 11:56 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Hello,
>
> I have reviewed your August 21, 2026 letter and exhibits. The letter provides, for the first time, and nearly a year after my first written requests, partial chain-of-title information for 3250 Scott Blvd. It remains incomplete in material respects, addresses only the Lindsey family portion, and contains at least one assertion contradicted by public records. It also confirms facts that expand, rather than narrow, the proper defendants. My response and requirements follow, within your August 25 deadline.
>
> ***The stipulation — required terms***
> Your letter states Apple and the Jenab defendants "will stipulate to your amendment of the complaint." Under Rule 15(a)(2), amendment on written consent requires no noticed motion; given unappeared served defendants, we will file the stipulation with a short proposed order. I will agree to a stipulation containing all of the following terms:
>
> - (a) The amendment names Julia Lindsey and Kathleen Woodruff both individually and in their representative capacities as trustees;
> - (b) The amendment does not alter the briefing schedule at Dkt. 111; all defendants' responses run to the amended complaint on the existing September 17, 2026 deadline. This is what Ms. Park already represented on August 17: "We expect we will likely be representing those trustees and that we would be able to stipulate on their behalf to the proposed timeline";
> - (c) Service of process completed under the Summons at Dkt. 112 remains effective in all capacities named therein; upon your appearance for Ms. Lindsey and Ms. Woodruff, service of the amended pleading will be made on counsel under Rule 5, with no re-issuance of summons and no re-service required. Alternatively, MoFo accepts service by email on their behalf in all capacities, as it did for Mr. Jenab in 2025; and
> - (d) Withdrawal of the Administrative Motion (Dkt. 113), which is irreconcilable with your letter. The motion asks the Court to order me to proceed by noticed Rule 15 motion; your letter agrees to stipulate — the position I took on August 18 and in my Opposition (Dkt. 114). If Dkt. 113 is not withdrawn by Wednesday, August 26, I will submit your August 21 letter to the Court as directly relevant to the pending motion.
>
> ***Julia Lindsey and Kathleen Woodruff must be named individually, not only as trustees***
> Your own exhibits establish that from December 10, 2012 (Instrument 21993754) until April 4, 2017 (Julia; Instrument 23616209) and January 24, 2018 (Kathleen; Instrument 23855036), each woman held her 25% interest personally, "as her sole and separate property." That period encompasses the 2014–2015 EIR, the leasing of the facility, and its bring-up — the events at the center of this case. Liability for penalties and damages arising from past violations attaches to those who owned and operated during the violation period; the later transfer of title into their trusts does not retroactively extinguish personal liability for the years they owned the property in their own names. RCRA § 7002(a)(1)(B) expressly reaches past owners and operators who contributed to the relevant handling or disposal, and CERCLA § 107(a)(2) expressly reaches those who owned at the time of disposal. A stipulation limited to trustee capacities — excising the precise ownership period your own deeds document — is not one I can sign, and I would not be able to represent to the Court that such a limitation was proposed in good faith.
>
> ***James Lindsey — your letter's central premise is contradicted by public records***
> Your letter asserts Mr. Lindsey "has had no interest in the property at 3250 Scott Boulevard since 2012." Public records state otherwise:
>
> - (a) On October 17, 2017, an interest in 3250 Scott Blvd was conveyed to 191 Baypointe LLC (Instrument 23775022, grantor Jenab Family Trust). Your letter omits this conveyance entirely.
> - (b) California Secretary of State records show 191 Baypointe LLC was organized on August 23, 2017 — five years after your asserted end date — by James S. Lindsey, who signed its Articles of Organization and served as its agent for service of process at his own Kentfield address.
> - (c) I have located no recorded instrument conveying 191 Baypointe LLC's interest in 3250 Scott Blvd out of the LLC. On the recorded chain, Baypointe appears to remain a holder of an interest in the property today.
> - (d) On December 7, 2025 — approximately three months after this lawsuit was filed — Mr. Jenab executed an Election to Terminate 191 Baypointe LLC, which is now "Active – Pending Termination."
>
> Accordingly: (i) identify every recorded instrument by which 191 Baypointe LLC acquired or conveyed any interest in 3250 Scott Blvd, with copies; (ii) state the percentage interest Baypointe holds today, and if you contend it holds none, identify the outbound instrument; (iii) identify Baypointe's members and managers from formation to present, including Mr. James Lindsey's role and any membership or

economic interest at any time; (iv) explain the decision to dissolve the LLC during this litigation, identify any assets distributed and to whom, and confirm in writing that all Baypointe records — formation, membership, operating agreement, transfers, distributions, and dissolution — are preserved; and (v) state whether you were aware of the October 2017 Baypointe conveyance when you wrote that Mr. Lindsey has had no interest since 2012.

If Mr. Lindsey organized and served as agent for an entity that acquired and still holds an interest in this property, then the factual premise of your dismissal demand is false, and his exposure — including penalty liability accruing during the 2017-forward period — turns on facts within your clients' knowledge, not mine. I will not stipulate to dismiss Mr. Lindsey. If your clients believe dismissal is warranted, provide sworn declarations from Mr. Lindsey and a knowledgeable Jenab-side declarant covering his complete trusteeship history for each Lindsey trust (including the Lindsey Lead Trust and Lindsey Family Trust), his complete history with 191 Baypointe LLC, and the complete instrument-by-instrument chain for the Jenab 50%. Any dismissal would in all events be without prejudice. His response to the SAC remains due September 8, 2026. Finally, your assertions that the claims are "time-barred" and that "the federal environmental statutes referenced in the SAC do not impose liability on historical property owners" are contrary to the statutory text cited above and to California's continuing-nuisance doctrine; they are Rule 12 arguments for briefing, not grounds for a meet-and-confer dismissal demand.

***The Jenab portion — reconcile your clients' own statements***

Your letter is silent on the other half of the property. The record contains the following inconsistent statements, which cannot all be accurate:

- (a) Mr. Kalil Jenab, in writing, August 29, 2025: "*For the record, the property is held by Jenab Family LP*" (Dkt. 114-1 at 62) — identifying a single holder, with no mention of the Lindsey trusts your letter now says hold 50%, and no mention of 191 Baypointe LLC;
- (b) Apple's Rule 30(b)(6) designee, April 2026, testifying to the 2020–2021 period: "*The landlord is Jenab Family Trust*" (Dkt. 102-6 at 16);
- (c) Your August 21 letter: Lindsey Property Trust and Kathleen Woodruff Trust hold 25% each — silent as to the remaining 50%;
- (d) The recorded chain and county data: conveyances from the Jenab 1997 Family Trust to 191 Baypointe LLC (2017, Instrument 23775022), to Jenab Family Ventures LLC (2021, Instrument 25201007), and to Jenab Family LP (2021, Instrument 25209164), with Jenab Family LP appearing as a current owners of record.

Please state, entity by entity and with instrument numbers, who holds each percentage of title to 3250 Scott Blvd today, and who held it during each period since 2010. The historical holders matter: penalty and damages liability for past violations attaches to those who owned and operated during the violation period, so "who owns it now" does not answer the question. Please also identify the current lessor entity or entities under Apple's lease — Apple's counsel can readily confirm the counterparty to whom Apple pays rent, and that answer should match the title records and the deposition testimony. If it does not, explain the discrepancy.

***Complete the trustee identification***

From your letter and exhibits: Julia Lindsey is trustee of the Lindsey Property Trust; Kathleen Woodruff is trustee of the Kathleen Woodruff Trust; and Julia Ann Lindsey and Mark Alex Abelson were trustees of the Julia Lindsey Family Trust as of 2016. Still unanswered after a year: the current trustees and existence status of the Lindsey Family Trust, the Julia Lindsey Family Trust, and the Lindsey Lead Trust, and whether Mr. Abelson remains a trustee of any Lindsey trust. Provide this in the same sworn declaration(s).

***Service — your prospective clients are evading process while your motion attacks the summons***

The record now shows: (a) on August 21, 2026, Ms. Julia Lindsey refused delivery of my certified-mail notice at the Piedmont address — the same address associated with her trusts in the recorded chain (USPS 9589071052703536961064: "Refused by the addressee"); the refusal is documented and does not defeat the notice; (b) two personal-service attempts on Ms. Woodruff at 70 Ellsworth St (August 21 and 22, ABC Legal, REF-27262720) failed, with no answer and a neighbor stating she does not recognize the name; and (c) Ms. Woodruff not being available to sign for certified mail and the package being available for pick up at the Bryant Street USPS since August 22 (USPS 9589071052703536961057). Meanwhile, your firm filed Dkt. 113 attacking the summons the same night I purchased priority personal service in reliance on our August 18 agreement that I would serve these defendants. Refusing process at the front door while moving to strike the process at the courthouse is a pattern I will present to Judge Pitts as obstruction of service in a public-safety action, if it continues.

By end of day Monday, August 24, please: (a) confirm the current residential or service address for each of Ms. Lindsey and Ms. Woodruff; (b) confirm in writing that neither will evade or refuse service; and (c) confirm MoFo will accept service by email on their behalf in all capacities — as your firm did for Mr. Jenab in 2025 — or that the stipulation will include acceptance of service. Absent that, I will complete personal service through all lawful means, move for alternative service and for the costs of every failed attempt and refused mailing, and attach the USPS and ABC Legal records.

***Deadlines***

By Monday August 24: the service confirmations. By Wednesday, August 26: your position on the stipulation terms and withdrawal of Dkt. 113. By Friday, August 28: the Baypointe and Jenab-chain answers and the trustee information, in sworn form if your clients wish to pursue the James Lindsey dismissal request. Personal service efforts continue in the interim.

-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Friday, August 21st, 2026 at 5:09 PM, Hurley, Teresa M. <THurley@mofo.com> wrote:

Ms. Gjovik,

Attached please find correspondence from Apple's counsel in this action.

Regards,

**Teresa Hurley**

Senior Paralegal | Morrison & Foerster LLP

425 Market St. | San Francisco, CA 94105

**P:** +1 (415) 268-7667

mofo.com | LinkedIn | Twitter

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison Foerster's Privacy Policy.

**159.38 KB** 1 embedded image

MORRISON FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

August 21, 2026

Writer's Direct Contact
+1 (415) 268-6358
WTarantino@mofo.com

By email

Ashley Gjovik
ashleymgjovik@protonmail.com

Re: Gjovik v. Apple Inc. et al.
No. 5:25-cv-07360-PCP

Dear Ms. Gjovik:

We write to clarify the ownership of the property at 3250 Scott Boulevard, Santa Clara, California, in which the Lindsey Property Trust and Katheleen Woodruff Trust each hold a 25% ownership interest. We also renew our request that you dismiss James Lindsey from the above-captioned matter since he does not have an ownership interest in the property and is not a trustee of any trust that has an ownership interest. As discussed on our August 18, 2026, meet-and-confer, Apple and the Jenab defendants will stipulate to your amendment of the complaint to add Julia Lindsey in her capacity as Trustee of the Lindsey Property Trust and Kathleen Woodruff in her capacity as Trustee of the Kathleen Woodruff Trust. We would be happy to have another call to discuss once you've had a chance to review the information below and attachments.

**September 2010**: The Lindsey Lead Trust acquired an undivided 50% interest in the property from Locon Santa Clara, LLC. Ex. 1 (Instrument 20869435, Recorded September 22, 2010).

> **GRANT DEED**
>
> In accordance with Section 11932 of the California Revenue and Taxation Code, Grantor has declared the amount of the transfer tax that is due by a separate statement that is not being recorded with this Grant Deed.
>
> FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **LOCON SANTA CLARA, LLC**, a Delaware limited liability company ("**Grantor**"), hereby GRANTS to **KHALIL JENAB AND TIFFANY RENEE JENAB, AS TRUSTEES OF THE JENAB FAMILY 1997 TRUST DATED DECEMBER 11, 1997**, as to an undivided 50% interest, and **JAMES S. LINDSEY, AS TRUSTEE OF THE LINDSEY LEAD TRUST DATED MARCH 14, 2002**, as to an undivided 50% interest (collectively, "**Grantee**"), as tenants in common, as of September 21, 2010, the following described real property in the County of Santa Clara, State of California:

MORRISON FOERSTER

Ashley Gjovik
August 21, 2026
Page Two

**October 2010**: James S. Lindsey, as trustee of The Lindsey Lead Trust conveyed the undivided 50% interest to The Lindsey Family Trust. Ex. 2 (Instrument 20922979, Recorded October 21, 2010).

**GRANT DEED**

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $. /Filor requests that transfer tax not be recorded. CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[ x ] computed on the consideration or full value of property conveyed, OR
[ ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ ] unincorporated area; [ x ] City of **Santa Clara**, and
[ ] ______________________
Signature of Declarant

FILOR REQUESTS
DO NOT RECORD STAMP VALUE

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **James S. Lindsey, as Trustee of The Lindsey Lead Trust dated March 14, 2002**

hereby GRANTS to **James S. Lindsey and Sally K. Lindsey, Trustees of The Lindsey Family Trust dated May 25, 2004, all of my undivided 50% interest in and to**

the following described property in the City of **Santa Clara**, County of **Santa Clara**, State of **California**:

**2012**: James S. Lindsey and Sally K. Lindsey, as trustees of the Lindsey Family Trust, conveyed the Trust's entire 50% interest to their two daughters: Julia A. Lindsey received a 25% interest as her sole and separate property. Kathleen J. Woodruff received a 25% interest as her sole and separate property. Ex. 3 (Instrument 21993754, Recorded December 10, 2012).

GRANT DEED

**The undersigned grantor(s) declare(s):**
**Documentary transfer tax is $ None; transfer is a gift.**
**City of Santa Clara Tax Parcel No. 216-29-117**

AS A GIFT WITHOUT CONSIDERATION, James S. Lindsey and Sally K. Lindsey, trustees of the Lindsey Family Trust dated May 25, 2004, HEREBY GRANT TO

Julia A. Lindsey, a married woman, as her sole and separate property, a 25% interest and Kathleen J. Woodruff, a married woman, as her sole and separate property, a 25% interest in and to:

The following described property in the City of Santa Clara, County of Santa Clara, State of California:

**2017:** Julia Lindsey transferred her 25% interest to the Julia Lindsey Family Trust. Ex. 4 (Instrument 23616209, Recorded April 4, 2017).

SIGNATURE OF DECLARANT OR AGENT DETERMINING TAX: FINN SCHULTE-SASSE

**GRANT DEED**

FOR NO CONSIDERATION,

JULIA A. LINDSEY, a married woman, as her sole and separate property, as to a 25% interest,

HEREBY GRANTS TO:

JULIA ANN LINDSEY and MARK ALEX ABELSON, as Trustees, or any successor Trustee, of the JULIA LINDSEY FAMILY TRUST, dated December 21, 2016, as the sole and separate property of JULIA ANN LINDSEY, as to a 25% interest,

all her interest in the real property situated in the City of Santa Clara, County of Santa Clara, State of California, commonly known as 3250 Scott Boulevard and more particularly described as follows:

**2017**: The Julia Lindsey Family Trust transferred its 25% interest to the Lindsey Property Trust. Ex. 5 (Instrument 23715649, Recorded July 31, 2017).

**GRANT DEED**

FOR NO CONSIDERATION,

JULIA ANN LINDSEY and MARK ALEX ABELSON, as Trustees, or any successor Trustee, of the JULIA LINDSEY FAMILY TRUST, dated December 21, 2016, as the sole and separate property of JULIA ANN LINDSEY, as to a 25% interest,

HEREBY GRANTS TO:

JULIA ANN LINDSEY, as Trustee, or any successor Trustee, of the LINDSEY PROPERTY TRUST, dated June 2, 2017, as the sole and separate property of JULIA ANN LINDSEY,

all her interest in the real property situated in the City of Santa Clara, County of Santa Clara, State of California, commonly known as 3250 Scott Boulevard and more particularly described as follows:

**2018:** Kathleen Woodruff transferred her 25% interest to the Kathleen Woodruff Trust. Ex. 6 (Instrument 23855036, Recorded January 24, 2018).

MORRISON FOERSTER

Ashley Gjovik
August 21, 2026
Page Four

**GRANT DEED**

FOR NO CONSIDERATION,

KATHLEEN J. WOODRUFF, a married woman, as her sole and separate property, as to a 25% interest,

HEREBY GRANTS TO:

KATHLEEN WOODRUFF, as Trustee, or any successor Trustee, of the KATHLEEN WOODRUFF TRUST, dated January 5, 2018, as the sole and separate property of KATHLEEN WOODRUFF,

all her interest in the real property situated in the City of Santa Clara, County of Santa Clara, State of California, commonly known as 3250 Scott Boulevard and more particularly described as follows:

The diagram attached as Exhibit 7 visually depicts the transfer of ownership interests in 3250 Scott Boulevard.

As the above deeds make clear, James Lindsey has had no interest in the property at 3250 Scott Boulevard since 2012. The claims asserted against him in the Second Amended Complaint (SAC) are time-barred, and the federal environmental statutes referenced in the SAC do not impose liability on historical property owners. Having had no interest in the property since 2012, either in his individual capacity or as trustee of the Lindsey Lead Trust or Lindsey Family Trust, Mr. Lindsey cannot be liable as a matter of law in any of those capacities.

Please confirm by Tuesday, August 25, whether you will take us up on our offer to stipulate to amend the complaint to remove Mr. Lindsey and add Julia Lindsey in her capacity as Trustee of the Lindsey Property Trust and Kathleen Woodruff in her capacity as Trustee of the Kathleen Woodruff Trust.

Thank you for your attention to this matter.

Very truly yours,

William F. Tarantino
Partner

Enclosures