**Ashley M. Gjovik, JD**
*In Propria Persona*
Alviso, San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY M. GJOVIK,**
*an individual,*

**PLAINTIFF,**

**vs.**

**APPLE INC.,**
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government,*

**& THE PROPERTY OWNERS:**
**MR. KALIL JENAB,**
*individually and as agent of various entities,*

**AND MS. JULIA LINDSEY &**
**MS. KATHLEEN WOODRUFF.**
*in their respective capacities as trustees.*

**DEFENDANTS.**

**Case No. 25-CV-07360-PCP**

**JUDGE: P. CASEY PITTS**
**COURTROOM: 8, 4TH FLOOR**

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT ADDING TRUSTEE DEFENDANTS AND PRESERVING THE COURT-ORDERED BRIEFING SCHEDULE (DKTS. 111, 115)**

# STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT ADDING TRUSTEE DEFENDANTS AND PRESERVING THE COURT-ORDERED BRIEFING SCHEDULE (DKTS. 111, 115)

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rules 6-2 and 7-12, Plaintiff Ashley M. Gjovik ("Plaintiff"), *In Propria Persona*; Defendants Apple Inc. ("Apple"); Kalil Jenab, Jenab Family LP, Jenab Family Ventures, LLC, and Jenab Family Trust (collectively, the "Jenab Defendants"); the City of Santa Clara (the "City"); and Julia Lindsey, in her capacity as Trustee of the Lindsey Property Trust, and Kathleen Woodruff, in her capacity as Trustee of the Kathleen Woodruff Trust (the "Trustee Defendants"), by and through their undersigned counsel, stipulate as follows:

2. WHEREAS, Plaintiff filed the Second Amended Complaint ("2AC") on August 6, 2026 (Dkt. 102), naming as defendants, among others, the Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, and Woodruff Kathleen Trust (the "Named Trusts");

3. WHEREAS, under California law a trust is not an entity capable of being sued in its own name, and claims involving trust property proceed against the trustee in his or her representative capacity (Cal. Prob. Code § 18004; Cal. Code Civ. Proc. § 369);

4. WHEREAS, on August 21, 2026, counsel for Apple and the Jenab Defendants identified Julia Lindsey as Trustee of the Lindsey Property Trust and Kathleen Woodruff as Trustee of the Kathleen Woodruff Trust, and allege these trusts each hold a 25% ownership interest in the property at 3250 Scott Boulevard, Santa Clara, California;

5. WHEREAS, the parties met and conferred on August 18, 2026 and thereafter regarding the proper naming of the trustee parties, service of process, and the briefing schedule, and have reached agreement;

6. WHEREAS, on August 19, 2026, Plaintiff, Apple, the Jenab Defendants, and the City stipulated to a briefing schedule for motions to dismiss the 2AC (Dkt. 111), which the Court granted by order on August 24, 2026 (Dkt. 115) (the "Briefing Schedule");

7. WHEREAS, an administrative motion regarding the summons issued at Dkt. 112 remains pending at Dkt. 113, and the parties agree this Stipulation resolves the issues raised

therein;

8. WHEREAS, this Stipulation adds parties and permits a limited amendment but does not modify any deadline in the Briefing Schedule, and the parties agree it will streamline the pleadings, avoid motion practice regarding party naming and service, and conserve the resources of the Court and the parties;

9. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the Court's approval, that:

10. ***Leave to Amend.*** Plaintiff is granted leave pursuant to Rule 15(a)(2) to file the Third Amended Complaint ("TAC") in the form attached as Exhibit A, within three days of the Court's entry of this Order. The TAC is limited to: (a) naming Julia Lindsey, in her capacity as Trustee of the Lindsey Property Trust, and Kathleen Woodruff, in her capacity as Trustee of the Kathleen Woodruff Trust, as defendants; (b) conforming the caption and party allegations of the Named Trusts to reflect that each is sued through its trustee in a representative capacity; and (c) removing defendants James Lindsey, Lindsey Family Trust, & the Lindsey Lead Trust without prejudice. A redline comparison of the TAC against the SAC is attached as Exhibit B. The TAC makes no other substantive changes to the SAC.

11. ***No Change to the Briefing Schedule.*** The TAC does not alter, restart, or extend any deadline in the Briefing Schedule ordered at Dkt. 115. All deadlines therein apply to the TAC in place of the 2AC: Defendants' motions to dismiss or other responses to the TAC are due September 17, 2026; Plaintiff's oppositions to Apple and the Jenab Defendants' motions are due October 8, 2026; Plaintiff's opposition to the City's motion is due October 15, 2026; replies are due October 22, 2026; and the hearing remains set for November 5, 2026. No appeared Defendant is required to respond separately to the 2AC, and the filing of the TAC does not trigger new response periods under Rule 15(a)(3) apart from the September 17, 2026 deadline stated here.

12. ***Appearance and Service of the Trustee Defendants.*** Morrison & Foerster LLP confirms that it represents the Trustee Defendants in the capacities stated above. Within two court days of the Court's entry of this Order, counsel shall file notices of appearance on behalf of each Trustee Defendant. Upon the filing of those notices of appearance, counsel accepts service of the summons and the Third Amended Complaint on behalf of each Trustee Defendant by electronic

mail, effective upon Plaintiff's transmission of the filed TAC and summons to counsel of record, and the Trustee Defendants waive any challenge to the sufficiency of process or the sufficiency of service of process in their representative capacities. The parties agree that execution of this Stipulation by counsel on behalf of the Trustee Defendants shall constitute their appearance in this action as of the date of entry of the Order, without prejudice to the reservations made. If the notices of appearance are not filed within the time stated, Plaintiff may resume personal service efforts, and nothing herein limits those efforts in the interim. The Trustee Defendants' responses to the TAC are due September 17, 2026, and the Trustee Defendants join the Briefing Schedule in full.

13. ***Resolution of the Pending Administrative Motion***. Upon entry of this Order, the Administrative Motion at Dkt. 113 is denied as moot and the issues raised therein are resolved. Plaintiff's outstanding service efforts directed to the Trustee Defendants under the Dkt. 112 summons will be closed upon completion of service as described above.

14. ***Reservation of Rights***. Except as expressly stated regarding process and service of process, nothing in this Stipulation waives, limits, or adjudicates any party's claims, defenses, or arguments, including any defense under Rule 12, any position regarding the proper parties to this action, or Plaintiff's reservations stated in her Opposition (Dkt. 114). This Stipulation is entered for purposes of party naming, service, and scheduling only, and shall not be construed as an admission by any party.

15. ***Effect***. This Stipulation is effective upon entry of the accompanying Order. The parties will promptly meet and confer regarding any further implementation issues before seeking relief from the Court.

IT IS SO STIPULATED.

Signed By: _/s/ Ashley Gjovik________________
**Ashley M. Gjovik**
Dated: August 28, 2026
IN PROPRIA PERSONA

Signed By: _/s/ William F. Tarantino____
**William F. Tarantino**
Dated: August 28, 2026
MORRISON & FOERSTER LLP
Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, and JENAB FAMILY TRUST, and for JULIA LINDSEY, as Trustee of the Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Kathleen Woodruff Trust

Signed By: __/s/Svend A. Brandt-Erichsen__________
**Svend A. Brandt-Erichsen**
Dated: August 28, 2026
NOSSAMAN LLP
Attorneys for Defendant CITY OF SANTA CLARA

## ECF ATTESTATION

I, Ashley M. Gjovik, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Apple, Jenab and Trust Defendants, and the City of Santa Clara have concurred in this filing.

Dated: August 28, 2026

*/s/ Ashley M. Gjovik*
Ashley M. Gjovik
In Propria Persona

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Plaintiff is GRANTED leave to file the Third Amended Complaint in the form attached as Exhibit A to the Stipulation, within three court days of this Order;

(2) the briefing schedule ordered at Dkt. 115 applies to the Third Amended Complaint, with all responses due September 17, 2026 and the hearing remaining November 5, 2026;

(3) service on the Trustee Defendants shall proceed as set forth in the Stipulation; and

(4) the Administrative Motion at Dkt. 113 is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: ________________, 2026

_______________________________
HON. P. CASEY PITTS
United States District Judge