# [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Plaintiff is GRANTED leave to file the Third Amended Complaint in the form attached as Exhibit A to the Stipulation, within three court days of this Order;

(2) the briefing schedule ordered at Dkt. 115 applies to the Third Amended Complaint, with all responses due September 17, 2026 and the hearing remaining November 5, 2026;

(3) service on the Trustee Defendants shall proceed as set forth in the Stipulation; and

(4) the Administrative Motion at Dkt. 113 is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: _______________, 2026

_________________________________

HON. P. CASEY PITTS

United States District Judge