**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY M. GJØVIK,**
*an individual*,

**PLAINTIFF,**

**VS.**

**APPLE INC.,**
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government*,

**MR. KALIL/KHALIL JENAB**
*individually,* & as
*Agent/Member/Manager* of:
**JENAB FAMILY LP,**
**JENAB FAMILY VENTURES LLC,**
& as *Trustee/Agent* of:
**THE JENAB FAMILY TRUST,**

**DEFENDANTS.**

**CASE 25-CV-07360-PCP**

**COMPLAINT**

**EXHIBIT E:**
**STANDING EXHIBITS**

**ENVIRONMENTAL CITIZEN SUIT**

## CALIFORNIA MYDMV: CALIFORNIA RESIDENCY




Source: California MYDMV, URL: https://www.dmv.ca.gov/portal/mydmv (Last Accessed Aug. 5 2026).


STATE OF CALIFORNIA DMV Department of Motor Vehicles

photo only! RID

RECEIPT - NOT A LICENSE OR PERMIT
NOT A VERIFIED IDENTIFICATION
APPLICATION FOR ID RENEWAL

[redacted]

ASHLEY MARIE GJOVIK
2131 GOLD ST STE 130
ALVISO CA 95002

AMOUNT DUE : 40.00
AMOUNT RCVD - CASH:
- CHCK:
- CRDT:
- CARD: 40.00

Source: Santa Clara DMV, July 2026 (card to be mailed)

**ESA Suites - San Jose - Santa Clara**
**2131 Gold St, San Jose 95002**
**CA US**
**4082620401**
**SCA@extendedstay.com**

**Date Range: 2026-03-23 - 2026-08-15**
**Tax ID :**

## Guest Folio

Confirmation No - [redacted]

**Primary Guest**

| | |
|---|---|
| Guest Name | ASHLEY GJOVIK |
| Address | 2131 GOLD ST |
| City / State / Zip Code | SAN JOSE CA 95002 |
| Country | US |

| Date | Type | Description | Amount |
|---|---|---|---|
| Mar 23, 2026 | Payments | VISA-7800 | -$726.18 |
| Mar 23, 2026 | Charge | 42500 - Early Check in Fee | $30.00 |
| Mar 23, 2026 | Charge Adjustment | 42500 - Early Check in Fee | -$30.00 |
| Mar 23, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 23, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 23, 2026 | Tax | City Room Tax | $9.00 |
| Mar 23, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 23, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 23, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |
| Mar 23, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 23, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 23, 2026 | Tax | State Tourism Assessment Fee - Permanent Guest | -$0.15 |
| Mar 24, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 24, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 24, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 24, 2026 | Tax | City Room Tax | $9.00 |
| Mar 24, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 24, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |
| Mar 24, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 24, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 24, 2026 | Tax | State Tourism Assessment Fee - Permanent Guest | -$0.15 |
| Mar 25, 2026 | Charge | 40000 - Room Rent-Tax Exempted | $89.99 |
| Mar 25, 2026 | Tax | City Room Tax | $9.00 |
| Mar 25, 2026 | Tax | Flat Room Tax | $1.00 |
| Mar 25, 2026 | Tax | Accommodation Tax | $3.60 |
| Mar 25, 2026 | Tax | State Tourism Assessment Fee | $0.15 |
| Mar 25, 2026 | Tax | City Room Tax - Permanent Guest | -$9.00 |
| Mar 25, 2026 | Tax | Flat Room Tax - Permanent Guest | -$1.00 |
| Mar 25, 2026 | Tax | Accommodation Tax - Permanent Guest | -$3.60 |

**Check In Time** **09:43 AM** **Thank you for choosing Extended Stay America. We look forward to your stay with us!**
**Check Out Time**
**Page1 / 41**

Source: Extended Stay America (Hotel/Residence).

**EMBASSY SUITES BY HILTON**

# You're all set, Ashley!

**Confirmation number: 80051064**
We sent the details to a••••k@protonmail.com.

### Hotel Information

**Embassy Suites by Hilton Santa Clara Silicon Valley**
2885 Lakeside Drive
Santa Clara, California 95054 USA
+1 408-496-6400

### Stay Information

**AUG** — **AUG**
THU FRI

Check-in: 4 pm
Check-out: 11 am

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out.

**1 room for 1 adult**
**1 King Bed Studio - Honors Discount**

| | |
|---|---|
| Total room charge | $284.28 |
| Total taxes and government charges | $50.30 |

**Total for stay: $334.58**

### Guest information

**Ashley Gjovik**
Hilton Honors#: [redacted]

**Special requests:**

✓ Traveling with a service animal

SOURCE: Embassy Suites by Hilton Santa Clara/Silicon Valley


JOIN TODAY AND GET MORE BENEFITS THAN EVER BEFORE.
Hilton Honors benefits include:
Our Best Price
Free Wi-Fi*
Choose Your Room
Digital Check-In
Download the award-winning Hilton Honors app to access even more benefits.
*Standard Wi-Fi is free. Premium has a fee. Not free at properties with a resort charge. The hotel will never call your room to ask for credit card information.
931
Room Number
Check-Out Date


Language English
Hilton HONORS
Your Stays
Hi, Ashley
Where to? (Required)
Search for a destination
When?
Check-in Add dates
Check-out Add dates
1 room, 1 guest
Special rates
Find a hotel
Earn Points and enjoy your full range of Honors benefits when you book direct with Hilton. Book your stay
Activity
Hi, Ashley
Member
Total Points 0
Filters
Results 1-1 of 1
Upcoming activity
6 AUG THU
7 AUG FRI
1 night
Embassy Suites by Hilton Santa Clara Silicon Valley
Confirmation # 80051064
Points earned
Pending
Stay
Book again
Page 1 of 1

# SANTA CLARA SQUARE RECREATION




**Source: Ashley Gjovik, Date: 20260805_125338**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173820**
**Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173100**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**



**Source: Ashley Gjovik, Date: 20260729_184526**
**Location: Creekside Park, Santa Clara Square**




Source: Ashley Gjovik, Date: 20260729_172412
Location: Creekside Park, Santa Clara Square



Source: Ashley Gjovik, Date: 20260721_115040
Location: San Tomas Aquino/Saratoga Creek at Scott Blvd



Source: Ashley Gjovik, Date: 20260729_164538
Location: Santa Clara Square Chipotle



Source: Ashley Gjovik, Date: 20260721_120812
Location: Meadow Park, Santa Clara Square




**Source: Ashley Gjovik, Date: 20260721_120610**
**Location: Meadow Park, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260707_155619**
**Location: Santa Clara Square Chipotle**



**Source: Ashley Gjovik, Date: 20260721_120452**
**Location: Creekside Park, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260707_163116**
**Location: Santa Clara Square, Redwood Trail**



**Source: Ashley Gjovik, Date: 20260707_163311**
**Location: Santa Clara Square/The Chip Fab**




**Source: Ashley Gjovik, Date: 20260707_163700**
**Location: Santa Clara Square Apartments**



**Source: Ashley Gjovik, Date: 20260707_163526**
**Location: Santa Clara Square/The Chip Fab**



**Source: Ashley Gjovik, Date: 20260501_133309**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**




**Source: Ashley Gjovik, Date: 20260501_133953**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260411_112111**
**Location: Whole Foods, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260411_113331**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260721_120512, Location: Creekside Park, Santa Clara Square**
**(The Chip Fab is in the background to the left of the apartments in the back/center of the image)**

# ASHLEY'S SANTA CLARA SQUARE CHIPOTLE RECEIPTS (EXAMPLES)

CHIPOTLE MEXICAN GRILL

HAND-MASHING THE STATUS QUO

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi 07/07/2026
ORDER #437 3:54 PM
10338

| | |
|---|---|
| Chicken Salad | 10.95 |
| Guacamole | 2.95 |
| Queso Blanco | 1.80 |
| Chips | 2.25 |
| Mexican Coca Cola | 3.75 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

352 007 100 073 010 983 63

| | |
|---|---|
| Subtotal | 21.70 |
| Tax | 1.90 |
| TAKE OUT Total | 23.60 |
| CP Exact | 23.60 |
| Authorizing... | |
| Balance Due | 23.60 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac

CHIPOTLE MEXICAN GRILL

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi 07/29/2026
ORDER #416 4:41 PM
10317

| | |
|---|---|
| Chicken Bowl | 11.25 |
| Guacamole | 2.95 |
| Mexican Coca Cola | 3.85 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

362 007 100 093 210 973 81

| | |
|---|---|
| Subtotal | 18.05 |
| Tax | 1.47 |
| TAKE OUT Total | 19.52 |
| CP Exact | 19.52 |
| Authorizing... | |
| Balance Due | 19.52 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac

CHIPOTLE MEXICAN GRILL

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: Jaedeen 08/05/2026
ORDER #287 12:44 PM
10188

| | |
|---|---|
| Chicken Bowl | 11.25 |
| Queso Blanco | 1.80 |
| Guacamole | 2.95 |
| Chips & Queso Blanco | 5.25 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

122 008 100 053 010 983 98

| | |
|---|---|
| Subtotal | 21.25 |
| Tax | 1.78 |
| TAKE OUT Total | 23.03 |
| CP Exact | 23.03 |
| Authorizing... | |
| Balance Due | 23.03 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac

SOURCE: ASHLEY GJOVIK & SANTA CLARA SQUARE CHIPOTLE