Civil Action No. 5:25-cv-07360-PCP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Julia Lindsey as trustee of the Lindsey Property Trust and Julia Lindsey Family Trust, and Kathleen Woodruff as trust of the Kathleen Woodruff Trust

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*:

I served the Summons on counsel for the defendant via efiling and electronic mail, as stipulated in the Order at Dkt. 118.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/4/2026

n/a

*Server's signature*

Ashley Gjovik (plaintiff)

*Printed name and title*

______________

*Server's address*

Additional information regarding attempted service, etc:

ASHLEY M. GJOVIK, JD
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ASHLEY M. GJØVIK,
*an individual,*

PLAINTIFF,

VS.

APPLE INC.,
*a corporation,*

CITY OF SANTA CLARA,
*a local government,*

& THE PROPERTY OWNERS:
MR. KALIL JENAB,
*individually and as agent of various entities,*

AND MS. JULIA LINDSEY &
MS. KATHLEEN WOODRUFF.
*in their respective capacities as trustees.*

DEFENDANTS.

CASE NO. 25-CV-07360-PCP

ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE

## PROOF & CERTIFICATION OF SERVICE

RE:
THIRD AMENDED COMPLAINT

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. As of today, Sept. 4 2026, Julia Lindsey as trustee of Lindsey Property Trust and Julia Lindsey Family Trust and Kathleen Woodruff as trustee of Kathleen Woodruff Trust ("the Defendants") have been served.

3. On August 28 2026, the parties filed a Stipulation and Proposed Order at Dkt. 117. In the stipulation at ¶ 12, a term stated that "upon the filing of those notices of appearance, counsel accepts service of the summons and the Third Amended Complaint on behalf of each Trustee Defendant by electronic mail effective upon Plaintiff's transmission of the filed TAC and summons to counsel of record, and the Trustee Defendants waive any challenge to the sufficiency of process or the sufficiency of service of process in their representative capacities."

4. On Aug. 31 2026, this Court approved the stipulation with an Order at Dkt. 118.

5. On Sept. 1 2026, counsel for the Defendants (Morrison & Foerster) filed notices of appearance at Dkt. 120-122.

6. On Aug. 19 2026, the clerk issued a Summons for these Defendants at Dkt. 112. A copy of the Summons was served upon counsel for the Defendants via electronic mail at that time.

7. On Sept. 2 2026, I sent an email asking counsel for the Defendants to confirm acceptance of the Third Amended Complaint.

8. On Sept. 4 2026, Julie Park, counsel for the Defendants, confirmed acceptance via email writing: "Confirming that we accept service of the Third Amended Complaint on behalf of Julia Lindsey in her capacity as trustee of the Lindsey Property Trust and Julia Lindsey Family Trust, and Kathleen Woodruff in her capacity as trust of the Kathleen Woodruff Trust."

9. Attached hereto as Exhibit A and incorporated by reference is a true and accurate copy of my email exchange with Morrison & Foerster including Ms. Park.

10. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Sept. 4 2026 in Alviso, San José, California.

Respectfully,



**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Sept. 4 2026

# EXHIBIT A

# PROOF OF SERVICE

# RE: [EXT] re: 3250 Scott Blvd | 5:25-cv-07360 | Service of Third Amended Complaint to Trustee Defendants

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Park, Julie Y. <JuliePark@mofo.com> |
| CC | Tarantino, William F. <WTarantino@mofo.com>, Corona, Alberto J. <ACorona@mofo.com> |
| Date | Friday, September 4th, 2026 at 2:25 PM |

Thank you! I will file a Certificate and Proof of Service.

You were also already served a copy electronically, but I'm attaching a duplicate copy of the Summons for the trusts and trustees. I will also file a Summons Returned Executed as the Clerk requested earlier.

Thanks,
-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Friday, September 4th, 2026 at 1:48 PM, Park, Julie Y. <JuliePark@mofo.com> wrote:

> Ashley: Confirming that we accept service of the Third Amended Complaint on behalf of Julia Lindsey in her capacity as trustee of the Lindsey Property Trust and Julia Lindsey Family Trust, and Kathleen Woodruff in her capacity as trust of the Kathleen Woodruff Trust. You should be able to file a certificate of service certifying that you served the complaint on counsel per our stipulated agreement to accept service without attachments or filing a further stipulation.
>
> Best regards,
>
> Julie
>
> **Julie Y. Park** (she/her)
>
> T +1 (858) 314-7560

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Friday, September 4, 2026 1:42 PM
**To:** Park, Julie Y. <JuliePark@mofo.com>; Tarantino, William F. <WTarantino@mofo.com>; Corona, Alberto J. <ACorona@mofo.com>
**Subject:** [EXT] re: 3250 Scott Blvd | 5:25-cv-07360 | Service of Third Amended Complaint to Trustee Defendants

Hello,

Checking in on this -- I haven't received a response and the stipulation was clear on next steps.

—

**Ashley M. Gjøvik, BS, JD, PMP**

Location: Alviso, San José, California

Phone: (415) 964-6272
Website: ashleygjovik.com

Business consulting: A.M. Gjovik Consulting, L.L.C.

Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

On Wednesday, September 2nd, 2026 at 9:08 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Hello,
>
> Per the Court order and stipulation at Dkt 118 and the notice of appearance by Morrison & Foerster LLP "on behalf of Julia Lindsay, Lindsey Family Trust, Lindsey Julia Family Trust, Lindsey Property Trust, Kathleen Woodruff, Woodruff Kathleen Trust" at Dkt. 120-122, I'm transmitting a copy of the Third Amended Complaint via electronic mail (as you previously received in prior emails and were served via PACER). The TAC exhibits are incorporated here as filed to Dkt. 119 but not attached due to file size.

Please confirm receipt and completion of service of summons per agreement in ¶ 12. Once you do, I will stop personal service efforts.

I will need to also file a certificate of service. Please let me know if you want to file a stipulation or if I may do it myself by attaching a copy of this email chain.

Thank you,

-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**

Location: Alviso, San José, California

Phone: (415) 964-6272
Website: ashleygjovik.com

Business consulting: A.M. Gjovik Consulting, L.L.C.

Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison Foerster's Privacy Policy.

**655.51 KB** 1 file attached

gov.uscourts.cand.455764.112.0.pdf 655.51 KB