WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Woodruff Kathleen Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**STIPULATION TO EXTEND PAGE LIMITS ON MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT BRIEFING**<br><br>DATE: November 5, 2026<br>TIME: 10:00 a.m.<br>COURTROOM: 8, 4th Floor<br>JUDGE: Hon. P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

Pursuant to Civil Local Rule 7-12, Plaintiff Ashley M. Gjovik ("Plaintiff"), pro se; and Defendants Apple Inc. ("Apple"); Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, Julia Lindsey, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and Kathleen Woodruff, as Trustee of the Woodruff Kathleen Trust (collectively, the "Landlord Defendants"); and the City of Santa Clara (together with Apple and the Landlord Defendants, "Defendants"), by and through their undersigned counsel, stipulate and agree to extend the page limits for briefing as set forth below:

WHEREAS, on August 31, 2026, the Court granted the Parties' Stipulation granting Plaintiff leave to file the Third Amended Complaint ("TAC");

WHEREAS, Plaintiff filed the TAC on August 31, 2026;

WHEREAS, Apple and the Landlord Defendants seek to file a joint Motion to Dismiss Plaintiff's TAC, and the Landlord Defendants seek to file a supplemental brief addressing arguments unique to them;

WHEREAS, Rule 7-2 of the Civil Local Rules permits 25 pages for opening briefs for a motion to dismiss;

WHEREAS, pursuant to stipulation, Defendants' motions to dismiss are due September 17, 2026 (Dkt. No. 115);

WHEREAS, the parties agree that Apple and the Landlord Defendants should be permitted to file a joint opening brief of up to 30 pages—a 5-page extension beyond the 25-page limit set forth in Rule 7-2 of the Civil Local Rules—and that the Landlord Defendants should be permitted to file a supplemental brief of up to 5 pages to address arguments unique to them. This arrangement would limit the combined opening briefing of Apple and the Landlord Defendants to 35 pages, rather than the 50 pages permitted if they filed separate motions, while allowing the parties to fully address the relevant legal and factual issues and assisting the Court in efficiently resolving the motions;

WHEREAS, this stipulation is being filed at least 72 hours before Apple and the Landlord Defendants' filing deadline, pursuant to the Court's Standing Order for Civil Cases; and

WHEREAS, the requested page-limit extension will not prejudice any party.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that: (1) Apple and the Landlord Defendants may file a joint opening brief in support of their Motion to Dismiss of up to 30 pages; and (2) the Landlord Defendants may file a supplemental brief of up to 5 pages addressing arguments unique to them.

IT IS SO STIPULATED.

Dated: September 14, 2026

MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

Attorneys for Defendants
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Woodruff Kathleen Trust

Dated: September 14, 2026

NOSSAMAN LLP

By: */s/ Svend A. Brandt-Erichsen*
Svend A. Brandt-Erichsen

Attorneys for Defendants
CITY OF SANTA CLARA

Dated: September 14, 2026

By: */s/ Ashley M. Gjovik*
Ashley M. Gjovik

Plaintiff in Pro Per

## ECF ATTESTATION

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley M. Gjovik and the City of Santa Clara have concurred in this filing.

Dated: September 14, 2026

MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

Attorneys for Defendants
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Woodruff Kathleen Trust

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, the Court ORDERS that: (1) Apple and the Landlord Defendants may file a joint opening brief in support of their Motion to Dismiss of up to 30 pages; and (2) the Landlord Defendants may file a supplemental brief of up to 5 pages addressing arguments unique to them.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE