WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Kathleen Woodruff Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DECLARATION OF WILLIAM F. TARANTINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date: November 5, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

I, WILLIAM F. TARANTINO, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendants Apple Inc. ("Apple"); Kalil Jenab; Jenab Family LP; Jenab Family Ventures LLC; Jenab Family Trust; Julia Lindsey, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust; and Kathleen Woodruff, as Trustee of the Kathleen Woodruff Trust (collectively, the "Landlord Defendants"). I make this declaration in support of Apple's and the Landlord Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint. I have personal knowledge of the facts set forth below based on my review of federal dockets and the referenced government website, and, if called as a witness, could testify competently about them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the document titled "First Amended Complaint With Exhibits" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-CRB (N.D. Cal. Oct. 25, 2023), Dkt. No. 17.

1. Attached hereto as **Exhibit B** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; and Denying Plaintiff's Motion to Amend" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 27, 2025), Dkt. No. 179.

3. Attached hereto as **Exhibit C** is a true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; and Granting Plaintiff's Motion to Strike" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Oct. 1, 2024), Dkt. No. 112.

4. Attached hereto as **Exhibit D** is a true and correct copy Exhibit A to the document titled "Notice of Chapter 7 Trustee's Intent to Abandon Claims," which is the amended schedules of claims abandoned by the bankruptcy trustee, from the docket of *Ashley Marie Gjovik*, Case No. 1:25-bk-11496 (Bankr. D. Mass. Oct. 24, 2025), Dkt. No. 47-1.

5. Attached hereto as **Exhibit E** is a true and correct copy of the Judgment entered in *Gjovik v. Apple Inc.*, Case No. 3:23-cv-0457-EMC (N.D. Cal. June 24, 2026), Dkt. No. 390.

6. Attached hereto as **Exhibit F** is a true and correct copy of the document titled "n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination," Document ID EPA-HQ-OPPT-2016-0743-0145, available at https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0743-0145 [https://perma.cc/4JLS-TQJ7] (last visited January 21, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026, at San Francisco, California.

By: */s/ William F. Tarantino*
William F. Tarantino