WILLIAM F. TARANTINO [SBN 215343]
WTarantino@mofo.com
ALBERTO J. CORONA [SBN 339906]
ACorona@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JULIE Y. PARK [SBN 259929]
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendants APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Woodruff Kathleen Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.<br><br>Defendants. | Case No. 5:25-cv-07360-PCP<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: November 5, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: September 2, 2025<br>Trial Date: TBD |

## I. INTRODUCTION

Defendants Apple Inc.; Kalil Jenab; Jenab Family LP; Jenab Family Ventures LLC; Jenab Family Trust; Julia Lindsey, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust; and Kathleen Woodruff, as Trustee of the Kathleen Woodruff Trust, respectfully request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents identified below in connection with Defendants' accompanying Motion to Dismiss the Third Amended Complaint ("Motion to Dismiss"). The documents are attached as **Exhibits A through F** to the accompanying **Declaration of William F. Tarantino** ("Tarantino Decl."):

**Federal Court Documents**

- A true and correct copy of the document titled "First Amended Complaint With Exhibits" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-CRB (N.D. Cal. Oct. 25, 2023), Dkt. No. 17. (Tarantino Decl. **Ex. A.**)
- A true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; and Denying Plaintiff's Motion to Amend" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Feb. 27, 2025), Dkt. No. 179. (Tarantino Decl. **Ex. B**.)
- A true and correct copy of the document titled "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; and Granting Plaintiff's Motion to Strike" from the docket of *Gjovik v. Apple Inc.*, Case No. 3:23-cv-04597-EMC (N.D. Cal. Oct. 1, 2024), Dkt. No. 112. (Tarantino Decl. **Ex. C**.)
- A true and correct copy of Exhibit A to the document titled "Notice of Chapter 7 Trustee's Intent to Abandon Claims," which is the amended schedules of claims abandoned by the bankruptcy trustee, from the docket of *Ashley Marie Gjovik*, Case No. 1:25-bk-11496 (Bankr. D. Mass. Oct. 24, 2025), Dkt. No. 47-1. (Tarantino Decl. **Ex. D**.)
- A true and correct copy of the Judgment from the docket of *Gjovik v. Apple, Inc.*, Case

No. 3:23-cv-04597-EMC (N.D. Cal. June 24, 2026), Dkt. No. 390. (Tarantino Decl. **Ex. E.**)

**Federal Administrative Documents**

- A true and correct copy of the document titled "n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination," Document ID EPA-HQ-OPPT-2016-0743-0145, dated December 2022, available at https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0743-0145. ("Revised TSCA Risk Determination"; Tarantino Decl. **Ex. F**.)

## II. EXHIBITS A THROUGH F ARE PROPER SUBJECTS OF JUDICIAL NOTICE

A district court may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction, or (2) capable of accurate and ready determination based on sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Judicially noticeable materials include filings in other courts, *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012), and administrative agency records and reports, *Smith v. Los Angeles Unified School District*, 830 F.3d 843, 851 n.10 (9th Cir. 2016).

Exhibits A through E are public documents filed in federal district and bankruptcy courts, and Exhibit F is a public record of a federal administrative agency. Each is therefore a proper subject of judicial notice under Rule 201.

Defendants respectfully request that the Court take judicial notice of Exhibits A through F to the Declaration of William F. Tarantino.

Dated: September 17, 2026

MORRISON & FOERSTER LLP

By: /s/ *William F. Tarantino*
William F. Tarantino

Attorneys for Defendants
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Kathleen Woodruff Trust