Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

**ASHLEY M. GJØVIK**,
*an individual,*

**PLAINTIFF,**

***vs.***

**APPLE INC.**,
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government,*

**& THE PROPERTY OWNERS: MR. KALIL JENAB,**
*individually and as agent of various entities,*

**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.**
*in their respective capacities as trustees.*

**DEFENDANTS**.

**Case No. 25-CV-07360-PCP**

**District Judge**: Honorable P. Casey Pitts

**STIPULATION TO EXTEND PAGE LIMITS ON PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S THIRD AMENDED COMPLAINT BRIEFING AND [PROPOSED] ORDER.**

**HEARING:**
Date: Nov. 5 2026
Time: 10:00 A.M.
Courtroom: 8, 4th Floor

1. Pursuant to Civil Local Rule 7-12, Plaintiff Ashley M. Gjovik ("Plaintiff"), pro se; and Defendants Apple Inc. ("Apple"); Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, Julia Lindsey, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and Kathleen Woodruff, as Trustee of the Woodruff Kathleen Trust (collectively, the "Property Owner/Landlord Defendants"); and the City of Santa Clara (together with Apple and the Property Owner/Landlord Defendants, "Defendants"), by and through their undersigned counsel, stipulate and agree to extend the page limits for Plaintiff's Opposition briefing as set forth below:

2. WHEREAS, on August 31, 2026, the Court granted the Parties' Stipulation granting Plaintiff leave to file the Third Amended Complaint ("TAC");

3. WHEREAS, Plaintiff filed the TAC on August 31, 2026;

4. WHEREAS, the Parties stipulated to extend Apple and the Property Owner/Landlord Defendants page limit for briefing their Motion to Dismiss on Sept. 14 2026.

5. WHEREAS, the Court granted the Parties' Stipulation on Sept. 15 2026;

6. WHEREAS, Apple and the Property Owner/Landlord Defendants filed at 30-page joint Motion to Dismiss Plaintiff's TAC, and the Landlord Defendants filed a five-page supplemental brief addressing arguments unique to them on Sept. 17 2026;

7. WHEREAS, Rule 7-3 of the Civil Local Rules permits 25 pages for an Opposition brief in response to a motion to dismiss;

8. WHEREAS, pursuant to stipulation, Plaintiff's Opposition brief in response to Defendants Apple and the Property Owner/Landlord Defendants motions to dismiss (including their joint brief and supplemental brief) is due Oct. 8, 2026 (Dkt. 111).

9. WHEREAS, the parties agree that the Plaintiff should be permitted to file a combined Opposition brief of up to 35 pages; and

10. WHEREAS, this stipulation is being filed at least 72 hours before the Plaintiff's filing deadline, pursuant to the Court's Standing Order for Civil Cases;

11. WHEREAS, the requested page-limit extension will not prejudice any party.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the Plaintiff Ashley Gjovik may file a combined Opposition brief of up to 35 pages in response to Apple and the Landlord's joint opening brief and supplemental brief (ECF 128, 130).

IT IS SO STIPULATED.

Dated: October 1, 2026

By: */s/ Ashley M. Gjovik*
Ashley M. Gjovik

Plaintiff in Pro Per

Dated: October 1, 2026

MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

Attorneys for Defendants
APPLE INC., KALIL JENAB, JENAB FAMILY LP, JENAB FAMILY VENTURES LLC, JENAB FAMILY TRUST, JULIA LINDSEY, as Trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and KATHLEEN WOODRUFF, as Trustee of the Woodruff Kathleen Trust

Dated: October 1, 2026

NOSSAMAN LLP

By: /s/ Svend A. Brandt-Erichsen
Svend A. Brandt-Erichsen

Attorneys for Defendants
CITY OF SANTA CLARA

## ECF ATTESTATION

I, Ashley Gjovik, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Apple Inc, Kalil Jenab, Jenab Family LP, Jenab Family Ventures LLC, Jenab Family Trust, Julia Lindsey, as trustee of the Lindsey Julia Family Trust and Lindsey Property Trust, and Kathleen Woodruff, as trustee of the Woodruff Kathleen Trust and the City of Santa Clara have concurred in this filing.

Dated: October 1, 2026

/s/ Ashley M. Gjovik
Ashley Gjovik (Plaintiff)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Court ORDERS that the Plaintiff Ashley Gjovik may file a combined Opposition brief of up to 35 pages in response to Apple and the Landlord's joint opening brief and supplemental brief (ECF 128, 130).

**IT IS SO ORDERED.**

Dated: ______________

______________________________
Honorable P. Casey Pitts
United States District Judge