Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

**ASHLEY M. GJØVIK**,
*an individual,*

**PLAINTIFF,**

***vs.***

**APPLE INC.**,
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government,*

**& THE PROPERTY OWNERS: MR. KALIL JENAB,**
*individually and as agent of various entities,*

**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.**
*in their respective capacities as trustees.*

**DEFENDANTS**.

**Case No. 25-CV-07360-PCP**

**District Judge**: Honorable P. Casey Pitts

**DECLARATION OF ASHLEY M. GJOVIK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ARTICLE III STANDING AND NOTICE)**

**12(b)(1) & 12(b)(6)**

**HEARING:**
Date: Nov. 5 2026
Time: 10:00 A.M.
Courtroom: 8, 4th Floor

# DECLARATION OF ASHLEY M. GJOVIK

I, Ashley M. Gjovik, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of my Opposition to Defendants' Motion to Dismiss (Dkt. 128) and the Landlord/Owner Defendants' Supplemental Brief (Dkt. 130). It supplements the allegations in paragraphs 27-31, 184, 207-208, and 550 of the Third Amended Complaint ("TAC") and the standing exhibits filed with it (TAC Ex. E, Dkt. 119-5). In this declaration, "the Facility" means the semiconductor fabrication facility Apple operates at 3250 Scott Boulevard in Santa Clara, California.

3. This Declaration is filed a couple hours after the 11:59PM Oct. 8 2026 deadline for the Plaintiff's Opposition. The Plaintiff ran out of time while working on the Opposition to the complex Combined Motion to Dismiss. The Plaintiff apologizes for the delay and asks permission for leave to file this Declaration and Exhibits. They are filed prior to the start of business the next day, so no one should be prejudiced by the slight delay.

## I. MY RESIDENCE AND TIES TO THE AREA

4. I moved to Cupertino, California in Feb. 2015. I worked and resided in the area through July 2022. When I filed this action in September 2025, I was temporarily living in Massachusetts. I returned to California on January 31, 2026. I now live in San Jose, California, in the Alviso area, approximately 2.8 miles from the Facility and 1,340 ft from the San Tomas Aquino/Saratoga Creek and Guadalupe slough. I rent a Public Storage storage unit in Santa Clara that stores most of my personal possessions and is located approximately 1 mile away from the Facility. I hold a California REAL ID valid through 2031, I'm registered to vote in Santa Clara County, and I intend to remain in Santa Clara County indefinitely. From February 6 2020 to

October 8 2020, I lived at the Santa Clara Square Apartments, at 3390 Octavius Drive, across the street from the Facility.

## II. MY USE OF THE AREA AROUND THE FACILITY

5. I regularly use the following places near the Facility: the San Tomas Aquino Creek Trail, including the segment immediately downstream of the Facility's stormwater outfall; Meadow Park; Creekside Park; the Redwood Trail; the grounds, shops, and restaurants of Santa Clara Square, including the Whole Foods market; and the surrounding neighborhood along Scott Boulevard and Augustine Drive. True and correct copies of examples of receipts for shopping and/or eating are attached as Exhibit N.

6. When I visit, I walk the creek trail, observe and photograph the creek, birds, fish, and redwood trees, relax in the park and on the Adirondack chairs, and shop and eat at Santa Clara Square. Since returning to California, I have visited the area on at least the following dates: April 11, April 18, May 1, July 21, July 29, Aug. 1, Aug. 21, and Oct. 2 2026. True and correct copies of photographs I took on those dates are attached as Exhibit A.

7. On two of those occasions, I stayed overnight at the Embassy Suites hotel at 2885 Lakeside Drive in Santa Clara, about 2,100 feet from the Facility, including on September 6, 2026 – September 7, 2026 when I filed the TAC from that hotel) and on October 2 2026 – October 3 2026. I plan to keep visiting the area at least monthly. My next planned visits are on November 13 2026 – November 14 2026. A true and correct copy of the hotel records are attached as Exhibit M.

8. I intend to continue visiting for as long as I live in the South Bay. I value this area because of its natural beauty. When I lived at Santa Clara Square in 2020, I found the parks, trails, and creek spectacularly beautiful, and I spent much of my free time in Meadow Park, on the

Redwood Trail, and along the San Tomas Aquino/Saratoga Creek trail. The creek and redwoods remain among my favorite places in the South Bay.

## III. POLLUTION I HAVE OBSERVED

9. On April 11, April 18, and May 1, 2026, during dry weather, I observed froth, an oily sheen, discoloration, and trash in San Tomas Aquino Creek immediately downstream of the Facility's stormwater outfall. True and correct copies of photographs I took on those dates are attached as Exhibit A.

10. On those dates, I also tested the creek water at that location using a Varify 17-in-1 Complete Drinking Water Test kit, a verify 4-in-1 TDS Meter Digital Water Tester, and a Ruolan Digital pH Meter Tester Pen. My readings showed pH of 8.9 to 9.5, total chlorine of 3 to 20 ppm, alkalinity above 240 ppm, and elevated total dissolved solids 505-607 PPM. A true and correct copy of my records of those measurements is attached as Exhibit B. I am not offering these as laboratory results, but they are what I measured, and they alarmed me.

11. I also located and photographed an active outlet of the historic Saratoga Creek system just north of Scott Boulevard beneath Highway 101, with water flowing during dry weather. I also located and photographed the slough and outflow of San Tomas Aquino/Saratoga Creek. True and correct copies of those photographs are attached as Exhibit C.

12. During my visits, I have also repeatedly noticed visible smog around the Facility.

## IV. HOW THE FACILITY'S POLLUTION AFFECTS MY USE AND ENJOYMENT

13. Seeing foam, sheen, and discoloration in a creek I walk along is upsetting, and it diminishes my enjoyment of the trail and the creek. It detracts from the natural beauty that draws me to the area.

14. I know from public records, Apple's own sworn filings, and the regulators' findings that the Facility has used arsine, phosphine, and boron trichloride above its permit limits, operated sources without required permits, and had repeated toxic gas releases. I also know that Apple's own modeling places worst-case toxic endpoints over the creek trail and parks I use. As a result, whenever I am near the Facility, I worry about what I am breathing and whether the water I am walking beside is contaminated. That worry reduces my enjoyment of every visit.

15. Because of these concerns, I have changed how I use the area. I avoid touching the creek water. I check the wind direction before walking near the Facility. I limit the time I spend on the San Tomas Aquino/Saratoga Creek trail segment nearest the outfall or directly downwind of the Facility. I limit the time I spend on the Redwood Trail across the street from the Facility. I have shortened visits. When I return from visits, I quickly shower, launder my clothes, and try to "decontaminate" myself from the pollution related from the Facility. I also avoid walking, sitting, or eating outdoors near the Facility.

16. If the Facility complied with its permits and reporting obligations; its violations stopped; it stopped releasing unabated hazardous waste exhaust; it did not store or use extremely hazardous substances, pyrophoric gases, or toxic gases; and if the creek were clean; I would visit more often, stay longer, and enjoy the area more fully, without the worry I now feel. I would also consider living in the area again.

## V. MY HEALTH HISTORY AND CONTINUING CONCERN

17. Within days of moving into Santa Clara Square in February 2020, I became seriously ill. I went to the emergency room on February 13, 2020, and to urgent care on February 20, 2020. In September 2020, my blood and urine tests showed industrial chemicals, including arsenic, mercury, toluene, and xylenes. Occupational and environmental medicine physicians told

me my symptoms were consistent with solvent and other chemical exposure. (*See* TAC ¶¶ 201-205.)

18. My hair also changed color and texture in 2020 living next to the facility, then fell out in early 2021, and still has not grown back fully. I suffered from thin hair and bald patches after living next to the Facility. While living next to the facility, I suffered from skin rashes, a mole that changed shape, color, size, and texture requiring emergency removal, a cancerous growth on my thyroid requiring years of semi-annual monitoring, and hives.

19. After I moved out in October 2020, my symptoms improved. That experience is why my concern is concrete: when I lived next to the Facility I became ill, and when I left I got better. I do not want to be exposed again when I return to use the creek, trail, and parks.

20. My physicians have recommended ongoing medical monitoring because of my 2020 exposure. I have received, and continue to receive, mental health treatment due to the emotional and psychological injuries I suffered from the exposure from the Facility. I continue to worry about long-term health risks, including cancer.

## VI. MY RELIANCE ON PUBLIC INFORMATION ABOUT THE FACILITY

21. In 2020 and 2021, while I was trying to identify the source of my illness, I searched EPA's public databases for facilities near my apartment. The Facility's record showed no reported toxic releases and appeared benign, which delayed my identification of the Facility as a possible source.

22. I use TRI reports, chemical inventories, permits, and emissions records to decide whether, when, and where to visit the area and how long to stay, and to participate as a complainant in agency proceedings about the Facility. In 2021, Apple filed a TRI report for the Facility only for 2020. Without reports for later years, I do not know what the Facility has released since then,

including NMP, TCE, and arsenic compounds. If that information were available, I would use it to plan my visits to avoid periods or areas of higher releases, to share with neighbors and community members, and to submit to the agencies.

## VII. MY COMPLAINTS TO THE AGENCIES

23. In June 2023, I filed a detailed complaint about the Facility with the U.S. EPA, CalEPA, BAAQMD, Santa Clara County, and the City of Santa Clara (TAC Ex. C, Dkt. 119-3 at 6-33). EPA's records reflect that its inspection of the Facility was based on my tip (Dkt. 119-4 at 22). In July 2024, I filed a complaint with BAAQMD ([No. CPM448152]), after which BAAQMD issued Notices of Violation to Apple. A true and correct copy is attached as Exhibit O.

## VIII. PRE-SUIT NOTICE AND AGENCY COMMUNICATIONS

24. On June 30, 2025, I served my sixty-day Notice by certified mail on the EPA Administrator, EPA Region 9, and each original Defendant, and on the same day I emailed the same Notice to CalEPA, the Department of Toxic Substances Control, and BAAQMD.

25. true and correct copies of my June 30, 2025 email to CalEPA is attached as Exhibit D, and true and correct copies of my June 30, 2025 email to DTSC is attached as Exhibit E.

26. After I submitted my June 2023 complaint, CalEPA referred it to DTSC, and staff of the San Francisco Bay Regional Water Quality Control Board forwarded it to the Board's toxics-cleanup division. True and correct copies of those communications are attached as Exhibits F and G.

27. In June 2023, the California Office of Emergency Services State Warning Center logged my reports of the Facility's 2019 silane and phosphine release and 2020 NMP release (Nos. 23-3760 and 23-3761) and transmitted them to other agencies. In February 2024, I reported two further 2022 releases at the Facility to Cal OES. True and correct copies of those records are attached as Exhibits H and I.

28. Attached as Exhibit J is a true and correct copy of the State Water Resources Control Board's web page directing public environmental complaints to CalEPA's complaint address, as printed on Oct. 9 2026 based on a July 17 2025 record on the Internet Archive WaybackMachine.[1]

29. On June 30, 2025, I emailed notice of this action to BAAQMD. A true and correct copy of that email is attached as Exhibit K.

30. In August - September 2026, I also served the Notice by certified mail on the State Water Resources Control Board, the Air Resources Board, DTSC, BAAQMD, and the Governor. True and correct copies of the transmittals are attached as Exhibit L.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2026, in San Jose, California.

**/s/ Ashley M. Gjovik**
**Ashley Gjovik (Plaintiff)**
Filed Oct. 9 2026 in San José, California
(408) 883-4428
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553,
Sacramento, CA 95816

[1] CaEPA, https://web.archive.org/web/20250717191745/https://calepa.ca.gov/contact-us/

# IX. EXHIBITS

## A. EXHIBIT A: PHOTOGRAPHS

# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Oct. 2 2026 at Santa Clara Square, the San Tomas Aquino/Saratoga Creek, and the facility at 3250 Scott Bvld.











# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Oct. 2 2026 at Santa Clara Square, the San Tomas Aquino/Saratoga Creek, and the facility at 3250 Scott Bvld.






## SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Oct. 2 2026 at Santa Clara Square, the San Tomas Aquino/Saratoga Creek, and the facility at 3250 Scott Bvld.






# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 29 2026 at Santa Clara Square and Pacific Catch restaurant.





**SANTA CLARA SQUARE RECREATION**

Photos taken by Ashley Gjovik on Aug. 29 2026 at the 3250 Scott Blvd chip fab and at Santa Clara Square Starbucks.






# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 29 2026 at Santa Clara Square and San Tomas Aquino/Saratoga Creek.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 5 2026 at Santa Clara Square.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 6 2026 at Santa Clara Square.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 6 2026 at Santa Clara Square.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 21 2026 at Santa Clara Square.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on Aug. 21 2026 at Santa Clara Square, the San Tomas Aquino/Saratoga Creek, and the facility at 3250 Scott Bvld.





**SANTA CLARA SQUARE RECREATION**

Photos taken by Ashley Gjovik on July 29 2026 at Santa Clara Square.







**SANTA CLARA SQUARE RECREATION**

Photos taken by Ashley Gjovik on July 29 2026 at Santa Clara Square including SCS Apartments.





# SANTA CLARA SQUARE RECREATION

Photos taken by Ashley Gjovik on July 21 2026 at Santa Clara Square, Chipotle, and the facility at 3250 Scott Bvld.






**SANTA CLARA SQUARE RECREATION**




**Source: Ashley Gjovik, Date: 20260805_125338**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173820**
**Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_173100**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**



**Source: Ashley Gjovik, Date: 20260729_184526**
**Location: Creekside Park, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260729_172412**
**Location: Creekside Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260729_164538**
**Location: Santa Clara Square Chipotle**



**Source: Ashley Gjovik, Date: 20260721_115040**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**



**Source: Ashley Gjovik, Date: 20260721_120812**
**Location: Meadow Park, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260721_120610**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260707_155619**
**Location: Santa Clara Square Chipotle**



**Source: Ashley Gjovik, Date: 20260721_120452**
**Location: Creekside Park, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260707_163116**
**Location: Santa Clara Square, Redwood Trail**



**Source: Ashley Gjovik, Date: 20260707_163311**
**Location: Santa Clara Square/The Chip Fab**




**Source: Ashley Gjovik, Date: 20260707_163700**
**Location: Santa Clara Square Apartments**



**Source: Ashley Gjovik, Date: 20260707_163526**
**Location: Santa Clara Square/The Chip Fab**



**Source: Ashley Gjovik, Date: 20260501_133309**
**Location: San Tomas Aquino/Saratoga Creek at Scott Blvd**




**Source: Ashley Gjovik, Date: 20260501_133953**
**Location: Meadow Park, Santa Clara Square**



**Source: Ashley Gjovik, Date: 20260411_112111**
**Location: Whole Foods, Santa Clara Square**




**Source: Ashley Gjovik, Date: 20260411_113331**
**Location: Meadow Park, Santa Clara Square**









Photos of 3250 Scott Blvd (April 11 2026; photos taken by Ashley Gjovik)




Photo of Ashley Gjovik at Meadow Park, Santa Clara Square Apartments, with a hot mocha from Whole Foods at Santa Clara Square (April 11 2026; photos taken by Ashley Gjovik)



**Source: Ashley Gjovik, Date: 20260721_120512, Location: Creekside Park, Santa Clara Square**
**(The Chip Fab is in the background to the left of the apartments in the back/center of the image)**

## B. EXHIBIT B: WATER TESTING





Photos by Ashley Gjovik during May 1 2026 visit to San Tomas Aquino Creek at the Scott Blvd overpass in City of Santa Clara.






Photos by Ashley Gjovik during May 1 2026 visit to San Tomas Aquino Creek at the Scott Blvd overpass in City of Santa Clara.






Photos by Ashley Gjovik during May 1 2026 visit to San Tomas Aquino Creek at the Scott Blvd overpass in City of Santa Clara.

Field tests overall on May 1 2026 showed pH 9.25-9.5, TDS 505-607 PPM, alkalinity > 240 PPM, chlorine ~10-20 PPM, iron at ~0.3 PPM, hardness > 425 PPM, & copper at ~0.2 PPM.





Photos by Ashley Gjovik during May 1 2026 visit to San Tomas Aquino Creek at the Scott Blvd overpass in City of Santa Clara.





Photos by Ashley Gjovik during May 1 2026 visit to San Tomas Aquino Creek at the Scott Blvd overpass in City of Santa Clara.

Field tests overall on May 1 2026 showed pH 9.25-9.5, TDS 505-607 PPM, alkalinity > 240 PPM, chlorine ~10-20 PPM, iron at ~0.3 PPM, hardness > 425 PPM, & copper at ~0.2 PPM.



Water pollution in San Tomas Creek culvert under Scott Blvd around where the stormwater discharge from 3250 Scott Blvd appears to release (April 11 2026; photos taken by Ashley Gjovik)



Questionable outflow “devices” for what appears to be the Saratoga Creek underground “stormwater” diversion scheme. (April 11 2026; photos taken by Ashley Gjovik)




Field tests at San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik, test by Ashley Gjovik)






Field tests at San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik, test by Ashley Gjovik)









San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa Clara (April 18 2026, photos by Ashley Gjovik)




Geolocation of field tests on San Tomas/Saratoga Creek located north of Scott Blvd in the creek bed (April 18 2026).




Geolocation of stormwater inflow photos at 3250 Scott Blvd (April 18 2026).






San Tomas/Saratoga Creek under and around Scott Blvd, in City of Santa

## C. **EXHIBIT C: SARATOGA CREEK**

# SARATOGA CREEK OUTFALL

Photos taken by Ashley Gjovik on April 11 2026







San Tomas/Saratoga Creek and pond/swamp flowing to the SF Bay (San Tomas Aquino Creek Trail; Alviso, San Jose; April 24 2026, photos by Ashley Gjovik).



San Francisco Bay, National Wildlife Refuge, Pond A8 (photo taken by Ashley Gjovik, March 10 2026)



San Francisco Bay, National Wildlife Refuge, Guadalupe slough/river ( photo taken by Ashley Gjovik, April 10 2026)

Clara (April 18 2026, photos by Ashley Gjovik)





San Tomas/Saratoga Creek wetlands flowing out to the slough and San Francisco Bay near Alviso (April 12 2026; photos by Ashley Gjovik)

## D. EXHIBIT D: CALEPA (6/30/25)

# Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To complaints@calepa.ca.gov

Date Monday, June 30th, 2025 at 1:49 PM

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by CalEPA, I do not plan to serve CalEPA formally and am only providing a digital notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

**752.98 KB** 1 file attached

In Re 3250 Scott Blvd - 20250630 Sixty Day Notice.pdf 752.98 KB

# Update regarding your environmental complaint

From complaints@calepa.ca.gov <complaints@calepa.ca.gov>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Sunday, June 18th, 2023 at 9:25 PM

DO NOT REPLY TO THIS MESSAGE.

Dear Ashley Gjovik,

This message relates to the environmental complaint number COMP-57311 you submitted to the California Environmental Protection Agency (CalEPA) on 06/11/2023. Your complaint is being handled by the following agencies:

Department of Toxic Substances Control (Northern)
Nyein Aung nyein.aung@dtsc.ca.gov

Your complaint is still being investigated. We will notify you once the complaint has been closed.

Thank you.

## E. EXHIBIT E: DTSC (6/30/25)

# Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To dtsc_eerd@dtsc.ca.gov

Date Monday, June 30th, 2025 at 1:52 PM

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by DTSC, I do not plan to serve DTSC formally and am only providing a digital notice.

I do strongly encourage DTSC to reconsider their release of the 2016-2020 permanent injunction mentioned in the notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

**752.98 KB** 1 file attached

In Re 3250 Scott Blvd - 20250630 Sixty Day Notice.pdf 752.98 KB

## F. EXHIBIT F: CALEPA

# Update regarding your environmental complaint

From complaints@calepa.ca.gov <complaints@calepa.ca.gov>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Sunday, June 18th, 2023 at 9:25 PM

DO NOT REPLY TO THIS MESSAGE.

Dear Ashley Gjovik,

This message relates to the environmental complaint number COMP-57311 you submitted to the California Environmental Protection Agency (CalEPA) on 06/11/2023. Your complaint is being handled by the following agencies:

Department of Toxic Substances Control (Northern)
Nyein Aung nyein.aung@dtsc.ca.gov

Your complaint is still being investigated. We will notify you once the complaint has been closed.

Thank you.

## G. EXHIBIT G: WATERBOARD

Gmail Ashley M. Gjøvik <amgjovik@gmail.com>

## RE: Spill Report: Apple, Inc., 3250 Scott Blvd, Santa Clara

**Wolfenden, John@Waterboards** <John.Wolfenden@waterboards.ca.gov> Tue, Jun 13, 2023 at 5:41 PM
To: "amgjovik@gmail.com" <amgjovik@gmail.com>
Cc: "Moyer, Alessandra@Waterboards" <Alessandra.Moyer@waterboards.ca.gov>

Ashley:

I reviewed your email. Would there be some convenient times to call you on Wednesday or Thursday?

John D. Wolfenden, PE

Section Leader

Toxics Cleanup Division

San Francisco Bay Water Board

john.wolfenden@waterboards.ca.gov

(510) 622-2444

---

**From:** Moyer, Alessandra@Waterboards <Alessandra.Moyer@Waterboards.ca.gov>
**Sent:** Monday, June 12, 2023 8:13 AM
**To:** Wolfenden, John@Waterboards <John.Wolfenden@waterboards.ca.gov>; Naugle, Alec@Waterboards <Alec.Naugle@waterboards.ca.gov>; Watkins, Jessica@Waterboards <Jessica.Watkins@Waterboards.ca.gov>
**Subject:** Spill Report: Apple, Inc., 3250 Scott Blvd, Santa Clara

Hi John, Alec, and Jessica,

Apologies for emailing all three of you about this spill report (summary below and full complaint attached as “3250 Scott Complaint-Final”), but I am not sure who the appropriate recipient would be. This concerns a site at 3250 Scott Blvd, Santa Clara, that belongs to or is leased by Apple. I initially contacted the reporting party, Ashley Gjovik (415-964-6272), last week about two reports she submitted to Cal OES about the same property. I’ve attached both Cal OES reports, although Ashley said those particular issues were more air-related than water-related. While we were on the phone, she told me she was also preparing this groundwater complaint. Please have one of your staff follow up with Ashley about this report.

Thanks,

Alessandra

Alessandra Moyer
Environmental Scientist
NPDES Wastewater and Enforcement Division
San Francisco Bay Regional Water Quality Control Board

510.622.2116
*Pronouns: she/her/hers*

---

**From:** Ashley M. Gjovik <amgjovik@gmail.com>
**Sent:** Sunday, June 11, 2023 10:56 PM
**To:** Moyer, Alessandra@Waterboards <Alessandra.Moyer@Waterboards.ca.gov>
**Subject:** Re: FW: Hazardous Materials Spill Update: Cal OES Control #:23-3760

EXTERNAL:

Hi Alessandra!

As discussed on Friday, I just submitted a larger complaint about this site to the US EPA and CalEPA complaint systems. I'm sure it will make its way through the workflows eventually, but one of the issues that seemed urgent is a groundwater well on site shows new contamination that appears to be caused by a recent spill/dumping while the current operator had control of the property. The chemical (1,2,4-TCB) is one they use on-site per their inventories and I also found some of it in my indoor air per a sorbent tube test via an industrial hygienist. The groundwater well is located very close to the active 'acid neutralization system' and historic 'acid pit.'

I'm attaching the full complaint and exhibits are here: https://drive.google.com/drive/folders/1ND6hcHW8iCnX-zCm3511JDLzfQ-lizHK?usp=sharing

Here's some additional information specific to this groundwater contamination below. I'd like to report the well and a suspected leak/dump and see if someone can look into it. I think either way it will need to be cleaned up (is <200ft upgradient from an apartment complex and the groundwater is shallow at only 6-10ft below ground). The site is on a Superfund plume (Synertek) but US EPA had claimed the well was no longer associated with the Superfund site as of the most recent Five-Year-Report. I emailed US EPA several times asking them about this well but they never replied. Since the contamination appears to be new, I don't think it would be covered under CERCLA like the 1980s contamination that is tied to the Superfund site. I didn't see a way to report a hot groundwater well to CalEPA.

The groundwater well in question is SL721241222-MW-36A

GAMA data: https://gamagroundwater.waterboards.ca.gov/gama/gamamap/public/GamaDataDisplay.asp?dataset=EDF&samp_date=&global_id=SL721241222&assigned_name=MW%2D36A&store_num=

The chemical I think is a leak/dump is 1,24,-TCB. It's not known to be in the area, so there's no historic contamination. It appears to be a fresh spill.


Mountain Mike's Pizza
Pizza • $$
THE GARAGE
Santa Clara Square Apartment Homes
Meadow Park
Innowi
SL721241222-MW-36A
TOTAL DEPTH UNK
TOP OF SCREEN 10 ft
SCREEN LENGTH 10 ft
WELL CATEGORY MONITORING
WELL TYPE REMEDIATION/GROUNDWATER MONITORING WELL
[VIEW ALL DATA FOR WELL]




There is also increasing 1,1-DCA, 1,1-DCE, TCE, & vinyl chloride - however, all of those seem to be associated with the historic contamination and one would think US EPA would keep monitoring those chemicals as part of the Synertek Superfund oversight. Its very unclear why US EPA claimed the well is no longer part of the plume.

### 4.2.1. Groundwater

During the past five years, the TCE plume extent decreased in the direction of groundwater flow along the north-south axis. The downgradient 5 µg/L TCE plume contour no longer reaches well MW-36A, which is less than a mile downgradient from the original source area near wells MW-12A, MW-02A, and MW-08A (Figure 3). TCE concentrations in the B aquifer are generally lower than in the A aquifer and the

FYR: https://semspub.epa.gov/work/09/100029800.pdf

The FYR does mention 36A vinyl chloride levels, but says nothing of the other two chemicals. Its unclear if the well will even be associated with the plume for VC, as VC is a TCE breakdown product and they claim the TCE plume is no longer associated.


GAMA
GROUNDWATER INFORMATION SYSTEM
CALIFORNIA Water Boards
1,1 -Dichloroethane (1,1 DCA)
33A
2022 - 0
2021 - 0
2015 - 0.5
2014 - 0.5
2013 - 0
35A
2022 - 4
2021 - 4.1
2020 - 4.2
2013 - 3.3
36A
2022 - 15
2021 - 16
2020 - 19
2013 - 22
PW4
2022 - 9.3
2022 - 5.4
2021 - 0
2021 - 2.8
2020 - 14
2020 - 6.3
2015 - 16
2015 - 15
2014 - 17
2014 - 6
19A
2022 - 6.3
2021 - 5.3
2020 - 14
2015 - 16
2014 - 16
17A
2022 - 6.3
2021 - 5.3
2020 - 5.1
2015 - 4.6
2014 - 4.2
Scott Blvd
Augustine Dr
Bowers Ave
Coronado Dr
Octavius Dr
Meadow Park
Creekside Park
Whole Foods Market
Keysight Technologies
CoreSite Silicon Valley Data Center (SV8)
Unitech Tool & Machine
Whizz Systems
Innowi
UCSC Silicon Valley Extension
Filters
GIS Filter:
Select a GIS Layer
Chemical:
1,1-Dichloroethane (1,1 DCA) - (MCL = 5 UG/L)
RESULTS TO SHOW:
All Results
TIMEFRAME:
Past 3 Years
Well Category:
ADVANCED (DATASETS)
Domestic
Municipal
Irrigation / Industrial
Water Supply, Other
Monitoring
Well Screen Interval:
TOP
to
BOTTOM


GAMA
GROUNDWATER INFORMATION SYSTEM
CALIFORNIA Water Boards
1,1-Dichloroethylene (1,1-DCE)
33A
2022 - 0
2021 - 0
2015 - 0
2014 - 0
2013 - 0
35A
2022 - 3.3
2021 - 3.8
2020 - 3.7
2013 - 2.2
36A
2022 - 32
2021 - 38
2020 - 42
2013 - 35
PW4
2022 - 12
2021 - 3.5
2020 - 18
2015 - 31
2014 - 30
25A
2022 - 4.4
2021 - 5.1
2020 - 5.4
2015 - 8.2
2014 - 7.4
17A
2022 - 4.4
2021 - 4
2020 - 4.3
2015 - 6.5
2014 - 6.2
19A
2022 - 6.1
2021 - 26
2020 - 27
2015 - 14
2014 - 11
12A
2022 - 6.1
2021 - 14
2020 - 31
2015 - 31
2014 - 29
2013 - 35
Scott Blvd
Bowers Ave
Coronado Dr
Augustine Dr
Octavius Dr
Filters
GIS Filter:
Select a GIS Layer
Chemical:
1,1 Dichloroethylene (1,1 DCE) - (MCL = 6 UG/L)
RESULTS TO SHOW:
All Results
TIMEFRAME:
Past 3 Years
Well Category:
ADVANCED (DATASETS)
Domestic
Municipal
Irrigation / Industrial
Water Supply, Other
Monitoring
Well Screen Interval:
TOP
to
BOTTOM
Run My Query



Water Boards
TCE
33A
4/2021 - 1
10/2021 - 1
2015 - ND
2014 - ND
2013 - ND
2010 - 0.6
34A
2015 - ND
MW 35A
10/2021 - ND
4/2021 - ND
10/2020 - 0.8
10/2013 - ND
28A
2014 - ND
30A
4/2021 - ND
4/2020 - ND
4/2015 - ND
PW4
10/2021 - 3.4
4/2021 - 8.7
10/2020 - 34
4/2020 - 20
10/2015 - 54
4/2015 - 49
36A
10/2021 - 4.8
4/2021 - 3.3
10/2020 - 4.6
4/2020 - 4.4
10/2013 - 2.9
4/2013 - 2.4
17A
4/2021 - 16
10/2020 - 3.6
4/2020 - 12
10/2015 - 3.2
10/2014 - 6.5
19A
10/2021 - 11
4/2021 - 7.4
10/2020 - 6.1
4/2020 - 6.3
10/2015 - 8.7
10/2014 - 16
25A & 25B
4/2021 - ND
4/2020 - ND
4/2015 - ND
Scott Blvd
Augustine Dr
Octavius Dr
Coronado Dr
Coronado Pl
San Tomas Aquino Creek Trail
Santa Clara Square Shopping mall
Santa Clara Square Marketplace Shopping mall
Whole Foods Market
Tender Greens
Barebottle Brewing Company - Santa Clara
Pacific Catch Seafood · $$
Santa Clara Square Apartment Homes
ADI Parking Garage
Netskope
ChargePoint Charging Station
Gigamon
MOKA Construction
Meadow Park
Creekside Park
Halo Industries Inc
UCSC Silicon Valley Extension
Silicon Valley Christian Assembly
Mimosa Networks
Innowi
Whizz Systems
Legendary Staffing
INFORTECH CORPORATION
Unitech Tool & Machine
onsemi
Active Superfund Site
CoreSite Silicon Valley Data Center (SV8)
CoreSite Silicon Valley Data Center (SV7)
CoreSite Santa Clara Data Center (SV4)
US 101
Filters
CE) - (MCL = 5 UG/L)
ADVANCED (DATASETS)
Municipal
Water Supply, Other
DATA SUMMARY
WELLS FOUND
LOCATIONS FOUND
2 WELL CLUSTER




-Ashley

--

**Ashley M. Gjøvik, J.D., PMP**

Director, The D&G Center

Phone: +1 415-964-6272

Gmail **Ashley M. Gjøvik <amgjovik@gmail.com>**

## FW: Hazardous Materials Spill Update: Cal OES Control #:23-3760

**Moyer, Alessandra@Waterboards** <Alessandra.Moyer@waterboards.ca.gov> Mon, Jun 12, 2023 at 7:24 AM
To: "Ashley M. Gjovik" <amgjovik@gmail.com>

Thanks, Ashley! I will forward this to the appropriate staff in the Groundwater Division. Feel free to reach out again if you have any other questions/issues or if you do not hear back from Groundwater staff in the next week or two.

Alessandra

Alessandra Moyer
Environmental Scientist
NPDES Wastewater and Enforcement Division
San Francisco Bay Regional Water Quality Control Board

510.622.2116
*Pronouns: she/her/hers*

---

**From:** Ashley M. Gjovik <amgjovik@gmail.com>
**Sent:** Sunday, June 11, 2023 10:56 PM
**To:** Moyer, Alessandra@Waterboards <Alessandra.Moyer@Waterboards.ca.gov>
**Subject:** Re: FW: Hazardous Materials Spill Update: Cal OES Control #:23-3760

EXTERNAL:

Hi Alessandra!

As discussed on Friday, I just submitted a larger complaint about this site to the US EPA and CalEPA complaint systems. I'm sure it will make its way through the workflows eventually, but one of the issues that seemed urgent is a groundwater well on site shows new contamination that appears to be caused by a recent spill/dumping while the current operator had control of the property. The chemical (1,2,4-TCB) is one they use on-site per their inventories and I also found some of it in my indoor air per a sorbent tube test via an industrial hygienist. The groundwater well is located very close to the active 'acid neutralization system' and historic 'acid pit.'

I'm attaching the full complaint and exhibits are here: https://drive.google.com/drive/folders/1ND6hcHW8iCnX-zCm3511JDLzfQ-lizHK?usp=sharing

Here's some additional information specific to this groundwater contamination below. I'd like to report the well and a suspected leak/dump and see if someone can look into it. I think either way it will need to be cleaned up (is <200ft upgradient from an apartment complex and the groundwater is shallow at only 6-10ft below ground). The site is on a Superfund plume (Synertek) but US EPA had claimed the well was no longer associated with the Superfund site as of the

most recent Five-Year-Report. I emailed US EPA several times asking them about this well but they never replied. Since the contamination appears to be new, I don't think it would be covered under CERCLA like the 1980s contamination that is tied to the Superfund site. I didn't see a way to report a hot groundwater well to CalEPA.

The groundwater well in question is SL721241222-MW-36A

GAMA data: https://gamagroundwater.waterboards.ca.gov/gama/gamamap/public/GamaDataDisplay.asp?dataset=EDF&samp_date=&global_id=SL721241222&assigned_name=MW%2D36A&store_num=

The chemical I think is a leak/dump is 1,24,-TCB. It's not known to be in the area, so there's no historic contamination. It appears to be a fresh spill.






There is also increasing 1,1-DCA, 1,1-DCE, TCE, & vinyl chloride - however, all of those seem to be associated with the historic contamination and one would think US EPA would keep monitoring those chemicals as part of the Synertek Superfund oversight. Its very unclear why US EPA claimed the well is no longer part of the plume.

4.2.1. Groundwater

During the past five years, the TCE plume extent decreased in the direction of groundwater flow along the north-south axis. The downgradient 5 µg/L TCE plume contour no longer reaches well MW-36A, which is less than a mile downgradient from the original source area near wells MW-12A, MW-02A, and MW-08A (Figure 3). TCE concentrations in the B aquifer are generally lower than in the A aquifer and the

FYR: https://semspub.epa.gov/work/09/100029800.pdf

The FYR does mention 36A vinyl chloride levels, but says nothing of the other two chemicals. Its unclear if the well will even be associated with the plume for VC, as VC is a TCE breakdown product and they claim the TCE plume is no longer associated.


GAMA
GROUNDWATER INFORMATION SYSTEM
CALIFORNIA Water Boards
1,1 -Dichloroethane (1,1 DCA)
33A
2022 - 0
2021 - 0
2015 - 0.5
2014 - 0.5
2013 - 0
36A
2022 - 15
2021 - 16
2020 - 19
2013 - 22
35A
2022 - 4
2021 - 4.1
2020 - 4.2
2013 - 3.3
PW4
2022 - 9.3
2022 - 5.4
2021 - 0
2021 - 2.8
2020 - 14
2020 - 6.3
2015 - 16
2015 - 15
2014 - 17
2014 - 6
19A
2022 - 6.3
2021 - 5.3
2020 - 14
2015 - 16
2014 - 16
17A
2022 - 6.3
2021 - 5.3
2020 - 5.1
2015 - 4.6
2014 - 4.2
Filters
GIS Filter:
Select a GIS Layer
Chemical:
1,1-Dichloroethane (1,1 DCA) - (MCL = 5 UG/L)
RESULTS TO SHOW:
All Results
TIMEFRAME:
Past 3 Years
Well Category:
ADVANCED (DATASETS)
Domestic
Municipal
Irrigation / Industrial
Water Supply, Other
Monitoring
Well Screen Interval:
TOP
to
BOTTOM
Scott Blvd
Bowers Ave
Coronado Dr
Augustine Dr
Octavius Dr
Whole Foods Market
Santa Clara Square Marketplace
Santa Clara Square Apartment Homes
Meadow Park
Creekside Park
MOKA Construction
Keysight Technologies
CoreSite Silicon Valley Data Center (SV8)
Unitech Tool & Machine
Whizz Systems
Innowi
UCSC Silicon Valley Extension
Tender Greens
Barebottle Brewing Company - Santa Clara
Pacific Catch
AMD Inc
Netskope
ChargePoint Charging Station


GAMA
GROUNDWATER INFORMATION SYSTEM
Water Boards
1,1-Dichloroethylene (1,1-DCE)
33A
2022 - 0
2021 - 0
2015 - 0
2014 - 0
2013 - 0
35A
2022 - 3.3
2021 - 3.8
2020 - 3.7
2013 - 2.2
36A
2022 - 32
2021 - 38
2020 - 42
2013 - 35
PW4
2022 - 12
2021 - 3.5
2020 - 18
2015 - 31
2014 - 30
25A
2022 - 4.4
2021 - 5.1
2020 - 5.4
2015 - 8.2
2014 - 7.4
17A
2022 - 4.4
2021 - 4
2020 - 4.3
2015 - 6.5
2014 - 6.2
19A
2022 - 6.1
2021 - 26
2020 - 27
2015 - 14
2014 - 11
12A
2022 - 6.1
2021 - 14
2020 - 31
2015 - 31
2014 - 29
2013 - 35
Scott Blvd
Bowers Ave
Coronado Dr
Octavius Dr
Augustine Dr
Meadow Park
Creekside Park
Filters
GIS Filter:
Select a GIS Layer
Chemical:
1,1 Dichloroethylene (1,1 DCE) - (MCL = 6 UG/L)
RESULTS TO SHOW:
All Results
TIMEFRAME:
Past 3 Years
Well Category:
ADVANCED (DATASETS)
Domestic
Municipal
Irrigation / Industrial
Water Supply, Other
Monitoring
Well Screen Interval:
TOP
to
BOTTOM
Run My Query


Water Boards
TCE
33A
4/2021 - 1
10/2021 - 1
2015 - ND
2014 - ND
2013 - ND
2010 - 0.6
34A
2015 - ND
MW 35A
10/2021 - ND
4/2021 - ND
10/2020 - 0.8
10/2013 - ND
34A
2015 - ND
28A
2014 - ND
36A
10/2021 - 4.8
4/2021 - 3.3
10/2020 - 4.6
4/2020 - 4.4
10/2013 - 2.9
4/2013 - 2.4
30A
4/2021 - ND
4/2020 - ND
4/2015 - ND
PW4
10/2021 - 3.4
4/2021 - 8.7
10/2020 - 34
4/2020 - 20
10/2015 - 54
4/2015 - 49
17A
4/2021 - 16
10/2020 - 3.6
4/2020 - 12
10/2015 - 3.2
10/2014 - 6.5
19A
10/2021 - 11
4/2021 - 7.4
10/2020 - 6.1
4/2020 - 6.3
10/2015 - 8.7
10/2014 - 16
25A & 25B
4/2021 - ND
4/2020 - ND
4/2015 - ND
Scott Blvd
Augustine Dr
Octavius Dr
Coronado Dr
Coronado Pl
San Tomas Aquino Creek Trail
Santa Clara Square
Whole Foods Market
Meadow Park
Creekside Park
MOKA Construction
Halo Industries Inc
Silicon Valley Christian Assembly
Mimosa Networks
UCSC Silicon Valley Extension
Netskope
ChargePoint Charging Station
Innowi
Whizz Systems
Legendary Staffing
INFORTECH CORPORATION
Unitech Tool & Machine
onsemi
Active Superfund Site
CoreSite Silicon Valley Data Center (SV8)
CoreSite Silicon Valley Data Center (SV7)
CoreSite Santa Clara Data Center (SV4)
US 101
Filters
CE) - (MCL = 5 UG/L)
ADVANCED (DATASETS)
Municipal
Water Supply, Other
DATA SUMMARY
WELLS FOUND
LOCATIONS FOUND
2 WELL CLUSTER




-Ashley

[Quoted text hidden]

---

**3250 Scott Complaint - Final.pdf**
1007K

## H. <u>EXHIBIT H: CALOES 1</u>

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 04/30/2021<br>TIME: 1014 | RECEIVED BY: | CONTROL#:<br>Cal OES - 21-2288<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Santa Clara FD | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. Phosphine Gas | = | 0.001145 | Lbs. | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** While purging a cylinder the release occurred, material vented into the atmosphere inside a structure, a scrubber system apparently malfunctioned and the material entered the buildings ventilation system, approximately 50 employees were evacuated and have been allowed to return, FD and Responsible Party handled the containment and no clean up required.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped, Contained | No | | |

**m. KNOWN IMPACT**
None

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd, Aria

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 04/30/2021 | 0828 | Merchant/Business | Human Error |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | Yes<br>Evacs #: 50 | N/A |

**6. NOTIFICATION INFORMATION:**

| a. ON SCENE: | b. OTHER ON SCENE: | c. OTHER NOTIFIED: |
|---|---|---|
| Fire Dept. | | |

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, AIR RESOURCES BD, Co/WP

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 21-2288** *********

Created by: Warning Center on: 04/30/2021 10:14:59 AM Last Modified by: Warning Center on: 04/30/2021 10:30:40 AM

# Governor's Office Emergency Services
# Hazardous Materials Spill Report

| DATE: 04/30/2021<br>TIME: 1014 | RECEIVED BY: | CONTROL#:<br>Cal OES - **21-2288**<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Santa Clara FD | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY: >=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. Phosphine Gas | = | 0.001145 | Lbs. | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** While purging a cylinder the release occurred, material vented into the atmosphere inside a structure, a scrubber system apparently malfunctioned and the material entered the buildings ventilation system, approximately 50 employees were evacuated and have been allowed to return, FD and Responsible Party handled the containment and no clean up required.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped, Contained | No | | |

**m. KNOWN IMPACT**
None

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd, Aria

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military):* | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 04/30/2021 | 0828 | Merchant/Business | Human Error |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | Yes<br>Evacs #: 50 | N/A |

**6. NOTIFICATION INFORMATION:**

| a. ON SCENE: | b. OTHER ON SCENE: | c. OTHER NOTIFIED: |
|---|---|---|
| Fire Dept. | | |

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:** **RWQCB Unit:**

2

**Cal OES Region:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ AA/CUPA | ☒ AIR RESOURCES BD | ☐ CHP | ☐ FEMA | ☐ LDO | ☐ USCG |
| ☒ DTSC | ☐ CALTRANS | ☐ CSWC Managers | ☐ FOOD & AG | ☐ PARKS & REC | ☒ Co/WP |
| ☒ RWQCB | ☐ CALFIRE | ☐ DWP-DO | ☐ LANDS | ☐ PUC | ☐ Co/Hlth |
| ☒ US EPA | ☐ Cal GEM | ☐ DPR | ☐ EDO | ☐ SFM | ☐ Co/E-Hlth |
| ☒ USFWS | ☐ COASTAL COM | ☐ EB PARKS | ☐ FDC | ☐ UCSB | ☐ Maritime |
| ☐ DFW-OSPR | ☐ CDPH-D.O. | ☐ EMSA | ☐ Cal OES REG | ☐ BSEE | ☐ DFW/OSPR/MSU |

| Photo Attachment: | |
|---|---|

http://w3.calema.ca.gov/operational/malhaz.nsf/SpillAllDocs/197D45CF4CD38421882586C7005EC199?OpenDocument

Santa Clara City Fire Department
777 BENTON ST.
Santa Clara, CA 95050
408-615-4900
user@ci.santa-clara.ca.us

Incident Report
2019-1904285 -000

Printed: 02/13/2020 09:51:11
Number of Pages: 3

## Basic

| | | |
|---|---|---|
| Alarm Date and Time | 08:40:52 | Saturday, June 1, 2019 |
| Arrival Time | 08:44:44 | |
| Controlled Date and Time | | |
| Last Unit Cleared Date and Time | 09:17:33 | Saturday, June 1, 2019 |
| Response Time | 0:03:52 | |
| Priority Response | Yes | |
| Completed | Yes | |
| Fire Department Station | 09 | |
| Shift | B | |
| Incident Type | 422 - Chemical spill or leak | |
| Aid Given or Received | N - None | |
| Alarms | 1 | |
| Action Taken 1 | 80 - Information, investigation & enforcement, other | |
| Casualties | No | |
| Apparatus - Suppression | 2 | |
| Personnel - Suppression Personnel | 4 | |
| Hazardous Material Released | 0 - Special hazmat actions required or spill >= 55 gallons | |
| Property Use | 629 - Laboratory or science lababoratory | |
| Location Type | Address | |
| Address | 3250 SCOTT BL | |
| City, State Zip | SANTA CLARA, CA 95050 | |
| Latitude | 37.379521 | |
| Longitude | -121.97163 | |

## Situation

| | |
|---|---|
| Initial Dispatch Code | ALARM |
| Final Dispatch Code | ALARM |
| Incident Delay | 0 - No Delay |
| Incident Reported By | 1 - No - I Did Not Check |
| Response Type | 3 - Code 3 |
| Critical Incident | No |

## Hazmat

| | |
|---|---|
| Area Affected | 1 - Square Feet |
| Hazmat Action Taken 1 | 34 - Investigate |
| Cause of Release | 1 - Intentional |
| Disposition | 1 - Completed by fire service only |

## Hazmat Chemicals

| | |
|---|---|
| Chemical Name | Hazardous Material |

## Apparatus - E99

| | | |
|---|---|---|
| Apparatus ID | E99 | |
| Response Time | 0:03:52 | |
| Apparatus Dispatch Date and Time | 08:40:52 | Saturday, June 1, 2019 |
| En route to scene date and time | 08:42:25 | Saturday, June 1, 2019 |

*Santa Clara City Fire Department*
*777 BENTON ST.*
*Santa Clara, CA 95050*
*408-615-4900*
*user@ci.santa-clara.ca.us*

Incident Report
2019-1904285 -000

*Printed: 02/13/2020 09:51:11*
*Number of Pages: 3*

**Apparatus - E99**

| | |
|---|---|
| Apparatus Arrival Date and Time | 08:44:44 Saturday, June 1, 2019 |
| Apparatus Clear Date and Time | 09:17:26 Saturday, June 1, 2019 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | Suppression |
| Apparatus Type | 11 - Engine |
| First Arriving Unit | Yes |
| Personnel 1 | 4062 - Cantanho, Trevor<br>Position: DE |
| Personnel 2 | 6448 - Lerner, Lukas<br>Position: FF |
| Personnel 3 | 5747 - Carter, Gail<br>Position: DE |

**Apparatus - H99**

| | |
|---|---|
| Apparatus ID | H99 |
| Response Time | 0:04:03 |
| Apparatus Dispatch Date and Time | 08:40:52 Saturday, June 1, 2019 |
| En route to scene date and time | 08:42:44 Saturday, June 1, 2019 |
| Apparatus Arrival Date and Time | 08:44:55 Saturday, June 1, 2019 |
| Apparatus Clear Date and Time | 09:17:33 Saturday, June 1, 2019 |
| Apparatus priority response | Yes |
| Number of People | 1 |
| Apparatus Use | Suppression |
| Apparatus Type | 93 - HazMat unit |
| Personnel 1 | 5751 - Gandy, Aaron<br>Position: DE |

**Authority**

| | |
|---|---|
| Reported By | 4062 - Cantanho, Trevor<br>06:39:02 Sunday, June 2, 2019 |
| Officer In Charge | - , |
| Reviewer | - , |

**Narratives**

| | |
|---|---|
| Narrative Name | New Narrative |
| Narrative Type | Incident |
| Narrative Date | 06:34:18 Sunday, June 2, 2019 |
| Author | 4062 - Cantanho, Trevor |
| Author Rank | DE |
| Author Assignment | 1 |
| Narrative Text | At 0840 hours on Saturday June 1, 2019 we were dispatched to a chemical spill/leak. Two units were assigned to this incident. Four personnel responded. We arrived on scene at 0844 hours and cleared at 0917 hours. The incident occurred at 3250 SCOTT Bl, SANTA |

*Santa Clara City Fire Department*
*777 BENTON ST.*
*Santa Clara, CA 95050*
*408-615-4900*
*user@ci.santa-clara.ca.us*



**Narratives**

CLARA. The local station is 09. The general description of this property is laboratory or science lababoratory. Other special haz mat actions were also taken. No mutual/automatic aid was given or received.

Alarm number 1904285 has been assigned to this incident.

E99 and H99 responded to a gas leak at . . E99 and H99 arrived on scene and found nothing showing and an evacuation in progress. ERT was on scene and they stated that they had been purging their lines but did not put their system in test. The alarm was for .5 parts per billion that was going through their scrubbers. The chemicals were Silane and Phosephine. This release was a normal process for them, and there were no further actions needed by Fire or Hazmat.

E99 cleared.

E99B
A/C T.Cantanho

End of Report

# I. **EXHIBIT I: CALOES 2**

# Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 06/08/2023<br>TIME: 1706 | RECEIVED BY: | CONTROL#:<br>Cal OES - 23-3761<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citizen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. N-methyl-2-pyrrolidone | = | 260.17 | Lbs. | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** ***Historical Report***
RP stated that the suspected party was releasing the above substances, and failed to report them accordingly. RP has no further details about the suspected party releasing the substances.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Unknown if stopped, Unknown if contained | No | NONE | No |

| l. MARITIME VESSEL | m. KNOWN IMPACT |
|---|---|
| No | None |

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 06/30/2021 | Unknown | Industrial Plant | Unknown |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | No | Unknown |

**6. NOTIFICATION INFORMATION:**

**a. ON SCENE:** **b. OTHER ON SCENE:** **c. OTHER NOTIFIED:**

**d. ADMIN. AGENCY:** **e. SEC. AGENCY:**

**f. ADDITIONAL COUNTY:** **g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:** **RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, Co/WP, Co/Hlth, Co/E-Hlth

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 23-3761** *********

Created by: Warning Center on: 06/08/2023 05:06:13 PM Last Modified by: Warning Center on: 06/08/2023 05:17:05 PM

PrevDoc NextDoc

## Governor's Office of Emergency Services

# Hazardous Material Spill Update

***CONTROL#: 23-3760 NRC#***

| NOTIFY DATE/TIME: 06/08/2023 / 1643 | RECEIVED BY:<br>OCCURENCE DATE/TIME:<br>06/01/2019/0840 | CITY/OP. AREA:<br>Santa Clara/Santa Clara County<br><br>BAY AREA AQMD |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| AGENCY: Private Citizen | |
|---|---|

**1.b. PERSON REPORTING SPILL (If different from above):**

| AGENCY: | |
|---|---|

**SUBSTANCE TYPE:**

| a. SUBSTANCE: | b. QTY: *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|
| 1.Filane | Unknown | Unknown | CHEMICAL | | No | No |
| 2. Phosphine | Unknown | Unknown | CHEMICAL | | No | No |
| 3. | | | | | No | No |

**Orignal Description:** ***Historical Report***
RP stated that the suspected party was releasing the above substances, and failed to report them accordingly. Rp also stated that the facility evacuations were made at 0840 with unknown details
**Update(s):** 06/09/2023 01:28:54 PM - RP stated, That the substance reported with spelling of Filane should actually be spelt Silane.

CARB agencies

**PERSON NOTIFYING Cal OES OF SPILL UPDATE:**

| NAME: | AGENCY: | PHONE#: | Ext: | PAG/CELL: |
|---|---|---|---|---|
| | Private Citizen | | | |

| UPDATE QUANTITY *Amount* | *Measure* |
|---|---|
| 1. | Unknown |
| 2. | |
| 3. | |
| 4. | |

| UPDATE KNOWN IMPACT: | |
|---|---|
| UPDATE CAUSE: | |

**SITUATION UPDATE:**
RP stated, That the substance reported with spelling of Filane should actually be spelt Silane.

CARB agencies

**Link to Spill Report:** *http://w3.calema.ca.gov/Operational/MALHaz.NSF/SpillAllDocs/2C8CC01B28CF71F3882589C800824EA2?OpenDocument*

**FAX NOTIFICATION LIST:**
AA/CUPA, DTSC, RWQCB, US EPA, USFWS, DFW-OSPR, AIR RESOURCES BD, Co/WP, Co/Hlth, Co/E-Hlth

| | |
|---|---|
| **ADMINISTERING AGENCY:** | Santa Clara City Fire Department |
| **SECONDARY AGENCY:** | Santa Clara County Department of Environmental Health |
| **ADDITIONAL COUNTIES:** | |
| **ADDITIONAL ADMIN. AGENCY:** | |
| **OTHER NOTIFIED:** | |
| **RWQCB Unit:** | 2 |
| **Cal GEM:** | |
| **Cal OES Region:** | |

**CONFIRMATION REQUEST:**

**FAX NOTIFICATION LIST:**
**ADMINISTERING AGENCY:**
**ADDITIONAL ADMIN. AGENCY:**
**SECONDARY AGENCY:**
**ADDITIONAL COUNTIES:**
**Cal GEM:**
**RWQCB Unit:**
Cal OES Reg.

Created by: Warning Center on: 06/09/2023 01:28:54 PM Last Modified by: Warning Center on: 06/09/2023 01:36:49 PM

* * * * * * * * * * * * * End of Form * * * * * * * * * * * * *

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 02/04/2024<br>TIME: 1631 | RECEIVED BY: | CONTROL#:<br>Cal OES - **24-0667**<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citzen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| **1.** Fluorine Gas 7782414 Cas# | = | unknown | Unknown | VAPOR | | No | No |
| **2.** | = | | | | | No | No |
| **3.** | = | | | | | No | No |

**g. DESCRIPTION:** RP states: Due to human error the gas was turned on from a cabinet and impacted a semi conductor manufacturing plant. A nearby residential area was also impacted.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped | No | | No |

| l. MARITIME VESSEL | m. KNOWN IMPACT |
|---|---|
| No | None |

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 04/18/2022 | 1042 | Industrial Plant | Human Error |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | Yes<br>Evacs #: the entire facility was evacuated | Unknown |

**6. NOTIFICATION INFORMATION:**

| a. ON SCENE: | b. OTHER ON SCENE: | c. OTHER NOTIFIED: |
|---|---|---|
| Fire Dept. | | |

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, AIR RESOURCES BD, CDPH-D.O., Co/WP, Co/Hlth, Co/E-Hlth

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 24-0667** *********

Created by: Warning Center on: 02/04/2024 04:31:02 PM Last Modified by: Warning Center on: 02/04/2024 04:45:18 PM

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 02/04/2024<br>TIME: 1645 | RECEIVED BY: | CONTROL#:<br>Cal OES - 24-0668<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citzen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. Hexafluorobutadiene CAS# 685632 | = | unknown | Unknown | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** RP states: Gas was released due to an unknown cause impacting the manufacturing facility and nearby residence. Clean up effort is unknown.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped | No | | No |

| l. MARITIME VESSEL | m. KNOWN IMPACT |
|---|---|
| No | None |

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 05/29/2022 | 1419 | Industrial Plant | Unknown |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| Unknown | Unknown | Yes<br>Evacs #: the entire facility was evacuated | Unknown |

**6. NOTIFICATION INFORMATION:**

**a. ON SCENE:** **b. OTHER ON SCENE:** **c. OTHER NOTIFIED:**

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, AIR RESOURCES BD

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 24-0668** *********

Created by: Warning Center on: 02/04/2024 04:45:35 PM Last Modified by: Warning Center on: 02/04/2024 04:55:13 PM

# Filing retroactive spill reports

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To fred.mehr@caloes.ca.gov

Date Sunday, February 4th, 2024 at 4:24 PM

Hi,

I would like to please file retroactive spill reports for my ex-employer who has been systemically and persistently avoiding reporting their chemical spills and leaks, especially from this location. You folks let me do this on June 8 2023 for two other previously un-reported spills (23-3760, 23-3761) and I'm hoping I can do it again. There's a huge apartment complex less than 300 feet away from this facility -- so it seems important to me there are public records of these leaks. To reduce any confusion, instead of calling, this time I'm attaching the incident reports I'm basing these retroactive spill reports on. Feel free to call me to confirm or if any questions: 415-964-6272

If you're able to attach photos of the report, that would be great.

Location for all reports is: 3250 Scott Blvd Santa Clara 95054
Responsible Party is Apple Inc.
Facility is an industrial plant & RCRA facility: CAR000278176
Reporting agency: Private Citizen
Site Contacts, per CERS: Tom Huynh, Apple, 408-996-1010

**New Report #1:**
Incident: April 18 2022 10:42am
Chemical leak of 5% Fluorine Gas which was released into the 'atmosphere'
Chemical: Fluorine (CAS 7782-41-4)
Type: Gas
Amount/Measure: unknown
Stoppage/containment: unknown
Water/waterway/drinking water involved: unknown
Reported cause: human error/negligence
Employees evacuated -yes
Injuries/fatality: unknown
cleanup by: unknown
known impact: unknown
pipeline/vessel/maritime vessel: No

Reporting: TSCA, CERCLA; RCRA; SARA 302, SARA 304, SARA 313, CAA

**New Report #2:**
May 29 2022 at 14:19 (2:19pm)
Chemical leak of Hexafluoro-1,3-butadiene aka hexafluorobutadiene
Chemical: hexafluorobutadiene (CAS 685-63-2)
Type: Chemical vapor
Amount/Measure: unknown
Stoppage/containment: unknown
Water/waterway/drinking water involved: unknown
Reported cause: unknown
Employees evacuated - Yes
Injuries/fatality: unknown

cleanup by: unknown
known impact: unknown
pipeline/vessel/maritime vessel: No

Reporting: SARA 311/312 (Flammable; Gas Under Pressure; Acute toxicity; Specific Target Organ Toxicity)

Thank you!

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

---

**736.56 KB** 2 files attached

2204500 - 3250 Scott Blvd_Redacted.pdf 375.76 KB

2203209 - 3250 Scott Blvd_Redacted.pdf 360.80 KB

## J. EXHIBIT J: CALEPA COMPLAINTS

# Scheduling Requests

## MEETING REQUEST

Meeting with Secretary Yana Garcia

Request

## EVENT REQUEST

Event with Secretary Yana Garcia

Request

# CalEPA Contacts

Customer Service Survey (PDF)
CalEPA Ombudsman Program (Permit and Regulatory Issues)
Email CalEPA Webmaster (Technical Support – CalEPA Web)
Email Communications Office (General Questions)
CalEPA Boards, Departments and Office

## Office of the Secretary

**Main line: (916) 323-2514**

**Yana Garcia, Secretary for Environmental Protection**
Contact: Sherri Miller (916) 323-2514

**Catalina Hayes-Bautista, Undersecretary for Environmental Protection**
Contact: Niealie Petit (916) 323-2514

**Jason Boetzer, Deputy Secretary for Local Program Coordination and Emergency Response**
Contact: Jennifer Rohde (916) 327-9559

**Nefretiri Cooley, Deputy Secretary for Communications and External Affairs**
Contact: Sarah Taylor (916) 324-9670

**Sarah Izant, Deputy Secretary for Climate Policy and Intergovernmental Relations**
Contact: Niealie Petit (916) 323-2514

**Scott Lichtig, Deputy Secretary for Environmental Policy**
Contact: Jennifer Rohde (916) 327-9559

**Anna Naimark, Deputy Secretary and Special Counsel for Water Policy**
Contact: Leticia Syslo (916) 323-2514

**Ana Melendez, Deputy Secretary for Legislative Affairs**
Contact: Niealie Petit (916) 323-2514

**Alana Mathews, Deputy Secretary for Law Enforcement and General Counsel**
Contact: Leticia Syslo (916) 323-2514

**Brandy Hunt, Deputy Secretary for Fiscal & Administrative Programs**
Contact: Michelle Sinclair (916) 323-2514

**Yvonne Chi, Deputy Secretary for Equity and Environmental Justice**
Contact: Niealie Petit (916) 323-2514

**Sabine Talaugon, Deputy Secretary for Intergovernmental Relations**
Contact: Sarah Taylor (916) 324-9670

**Jeannie Lee, Assistant General Counsel**

Contact: Leticia Syslo (916) 323-2514

**Sophia Carillo, Assistant General Counsel**

Contact: Leticia Syslo (916) 323-2514

**Mike Marshall, Agency Chief Information Officer**

Contact: Vacant (916) 323-2514

**Vacant, Deputy Secretary for Public Policy**

Contact: Vacant (916) 323-2514

## Other Links

**Start** Details Complete Confirmation

Language Preference/Preferencia de Idioma

English

SELECT AN IMAGE TO REPORT A PROBLEM ☑

Air ○ ?



Water ○ ?



Toxic Substances ○ ?



Pesticides ○ ?



Solid Waste ○ ?



IS THIS AN EMERGENCY? ■

ARE YOU REPORTING WATER WASTE? ■

IS THIS REGARDING PROPOSITION 65? ■

Complaint Details →

About
Privacy
(https://web.archive.org/web/20250820040950/https://calepa.ca.gov/enforcement/compla

## K. EXHIBIT K: BAAQMD (6/30/25)

# Courtesy Notice: 60-Day Notice of Incoming EPA Citizen Suit Against Apple & Santa Clara, re: 3250 Scott Blvd

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To compliance@baaqmd.gov

Date Monday, June 30th, 2025 at 1:53 PM

Hello,

As a courtesy notice, please see attached for a digital copy of the sixty-day notice of an incoming US EPA Citizen Suit over a fab in Santa Clara city. This document was sent to the defendants and US EPA today via email and also certified mail.

Unless requested by BAAQMD, I do not plan to serve BAAQMD formally and am only providing a digital notice.

Let me know if you have any questions.

Respectfully,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

**752.98 KB** 1 file attached

In Re 3250 Scott Blvd - 20250630 Sixty Day Notice.pdf 752.98 KB

## L. EXHIBIT L: AUG. - SEPT. 2026 SERVICE

# PROOF OF SERVICE
# TO BAAQMD

**ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 9589071052703536961156

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:52 pm on August 11, 2026 in SAN FRANCISCO, CA 94105.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94105
August 11, 2026 2:52 PM

**Out for Delivery**

SAN FRANCISCO, CA 94105
August 11, 2026 6:50 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94103
August 11, 2026 6:39 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
August 11, 2026 6:22 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 11, 2026 4:27 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 11, 2026 12:02 AM

**In Transit to Next Facility**

August 10, 2026 11:17 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 10:55 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:56 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

# PROOF OF SERVICE
# TO SF BAY WATER QUALITY CONTROL BOARD

**ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703453445616

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:49 pm on August 12, 2026 in OAKLAND, CA 94612.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

OAKLAND, CA 94612
August 12, 2026 1:49 PM

**Arrived at USPS Facility**

OAKLAND, CA 94612
August 11, 2026 1:11 PM

**Departed USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 11, 2026 12:59 PM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
August 10, 2026 9:38 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

August 10, 2026 8:33 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:20 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 4:01 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

Track Another Package

Enter tracking or barcode numbers

# PROOF OF SERVICE
# TO STATE WATER RESOURCES CONTROL BOARD

ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO …

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052703536961163

Copy     Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:25 am on August 12, 2026 in ZIP Code 95800.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
August 12, 2026 10:25 AM

**Out for Delivery**

SACRAMENTO, CA 95814
August 12, 2026 6:10 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
August 12, 2026 5:42 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
August 11, 2026 11:40 PM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

August 11, 2026 11:21 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
August 11, 2026 3:57 AM

**In Transit to Next Facility**

August 11, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 11, 2026 1:38 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 10, 2026 6:19 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:58 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

# PROOF OF SERVICE
# TO SJ/SC REGIONAL WASTEWATER FACILITY

**ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...**

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 9589071052703536961095

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 6:44 am on August 12, 2026 in SAN JOSE, CA 95113.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

SAN JOSE, CA 95113
August 12, 2026 6:44 AM

**Notice Left (No Authorized Recipient Available)**

SAN JOSE, CA 95113
August 11, 2026 9:30 AM

**Out for Delivery**

SAN JOSE, CA 95113
August 11, 2026 6:40 AM

**Arrived at Post Office**

SAN JOSE, CA 95113
August 11, 2026 6:29 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

August 10, 2026 6:22 PM

**Departed Post Office**

ALVISO, CA 95002
August 10, 2026 4:17 PM

**USPS in possession of item**

ALVISO, CA 95002
August 10, 2026 3:59 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT G

# PROOF OF SERVICE
# CERTIFIED MAIL RECEIPTS

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94105

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $12.90 |
| Total Postage and Fees | $18.45 |

0080 10

Postmark Here: AUG 10 2026 — 95002 USPS — 08/10/2026

Sent To: BAAQMD

Street and Apt. No., or PO Box No.: 375 Beale St Suite 600

City, State, ZIP+4®: SF, CA 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9611 56

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94105

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $12.90 |
| Total Postage and Fees | $18.45 |

0080 10

Postmark Here: ALVISO — AUG 10 2026 — 95002 USPS — 08/10/2026

Sent To: EPA Region 9, Admin

Street and Apt. No., or PO Box No.: 75 Hawthorne St

City, State, ZIP+4®: SF, CA, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 62

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20460

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $12.90 |
| Total Postage and Fees | $18.45 |

0080 10

Postmark Here: ALVISO CA — AUG 10 2026 — 95002 USPS — 08/10/2026

Sent To: US EPA, Lee Zeldin

Street and Apt. No., or PO Box No.: 1200 Pennslyvania Ave NW

City, State, ZIP+4®: Washington, DC, 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 24

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Oakland, CA 94612

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $12.90 |
| Total Postage and Fees | $18.45 |

0080 10

Postmark Here: ALVISO — AUG 10 2026 — 95002 USPS — 08/10/2026

Sent To: SF Bay Water Quality CB

Street and Apt. No., or PO Box No.: 1515 Clay St Suite 1406

City, State, ZIP+4®: Oakland, CA, 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4456 16

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

ALVISO, CA AUG 10 2026 USPS 95002

Sent To: US DOJ, Acting AG Blanche

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 79

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SACRAMENTO, CA 95814

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

ALVISO, CA AUG 10 2026 USPS 95002

Sent To: State Water Resources Control Board

Street and Apt. No., or PO Box No.: 1001 I Street

City, State, ZIP+4®: Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9611 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95113

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | |
| $ | | 08/10/2026 |
| Total Postage and Fees | $18.45 | |
| $ | | |

ALVISO, CA AUG 10 2026 USPS 95002

Sent To: SJ/SC Regional Wastewater Facility

Street and Apt. No., or PO Box No.: 200 E Santa Clara St

City, State, ZIP+4®: San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 95

**UNITED STATES POSTAL SERVICE.**

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

08/10/2026 04:02 PM

TRACKING NUMBERS
9589 0710 5270 3536 9611 56
9589 0710 5270 3453 4530 24
9589 0710 5270 3453 4530 62
9589 0710 5270 3536 9611 63
9589 0710 5270 3536 9610 95
9589 0710 5270 3453 4530 79
9589 0710 5270 3453 4456 16

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| San Francisco, CA 94105 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 08/12/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: | | | |
| 9589 0710 5270 3536 9611 56 | | | |
| Total | | | $18.45 |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Washington, DC 20460 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Thu 08/13/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: | | | |
| 9589 0710 5270 3453 4530 24 | | | |
| Total | | | $18.45 |

Priority Mail® 1 $12.90
Flat Rate Env
San Francisco, CA 94105
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4530 62
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Sacramento, CA 95814
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9611 63
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
San Jose, CA 95113
Flat Rate
Expected Delivery Date
Wed 08/12/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9610 95
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Washington, DC 20530
Flat Rate
Expected Delivery Date
Thu 08/13/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4530 79
Total $18.45

Priority Mail® 1 $12.90
Flat Rate Env
Oakland, CA 94612
Flat Rate
Expected Delivery Date
Thu 08/13/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3453 4456 16
Total $18.45

Grand Total: $129.15

Credit Card Remit $129.15
Card Name: VISA
Account #: XXXXXXXXXXXX[redacted]
Approval #: 810120
Transaction #: 797
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

# PROOF OF SERVICE
# TO THE CALIFORNIA A.G.

UNITED STATES POSTAL SERVICE®

August 24, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5010 8901 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 20, 2026, 11:03 am |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | N OSIPOFF |
| **Actual Recipient Name:** | N OSIPOFF |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9410830109355010890134

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:03 am on August 20, 2026 in SAN FRANCISCO, CA 94102. The item was signed for by N OSIPOFF.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
August 20, 2026 11:03 AM

**Out for Delivery**

SAN FRANCISCO, CA 94102
August 20, 2026 6:18 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94124
August 20, 2026 6:07 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
August 20, 2026 5:43 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 20, 2026 12:05 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 10:59 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 9:02 AM

**Shipping Label Created**

SACRAMENTO, CA 95816
August 18, 2026 3:02 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Proof of Delivery

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply ⓘ

Signed for by: N OSIPOFF // SAN FRANCISCO, CA 94102 // August 20, 2026 11:03 AM

**See Less ^**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# PROOF OF SERVICE
# TO CALIFORNIA EPA DTSC

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703536961040

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:05 am on August 21, 2026 in ZIP Code 95800.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
August 21, 2026 10:05 AM

**Out for Delivery**

SACRAMENTO, CA 95814
August 21, 2026 6:41 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
August 21, 2026 6:30 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
August 20, 2026 3:58 AM

**In Transit to Next Facility**

August 20, 2026 2:33 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 20, 2026 1:37 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:15 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:21 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# PROOF OF SERVICE
# TO SANTA CLARA VALLEY WATER DISTRICT

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703536960531

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:38 am on August 20, 2026 in SAN JOSE, CA 95118.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN JOSE, CA 95118
August 20, 2026 8:38 AM

**Out for Delivery**

SAN JOSE, CA 95118
August 20, 2026 7:25 AM

**Arrived at Post Office**

SAN JOSE, CA 95118
August 20, 2026 7:14 AM

**Arrived at USPS Facility**

SAN JOSE, CA 95118
August 20, 2026 6:35 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 20, 2026 6:05 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
August 19, 2026 6:07 PM

**Departed Post Office**

ALVISO, CA 95002
August 19, 2026 4:00 PM

**USPS in possession of item**

ALVISO, CA 95002
August 19, 2026 10:20 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

## Text & Email Updates

---

## USPS Tracking Plus®

---

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# PROOF OF SERVICE
# CERTIFIED MAIL RECEIPTS

9589 0710 5270 3453 4530 24

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20460

OFFICIAL USE

Certified Mail Fee $5.55

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ $0.00

☐ Return Receipt (electronic) $ $0.00

☐ Certified Mail Restricted Delivery $ $0.00

☐ Adult Signature Required $ $0.00

☐ Adult Signature Restricted Delivery $ $0.00

Postage $12.90

$

Total Postage and Fees $18.45

$

0080

10

Postmark Here

AUG 10 2026

08/10/2026

Sent To US EPA, Lee Zeldin

Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave NW

City, State, ZIP+4® Washington, DC, 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9611 56

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Francisco, CA 94105

OFFICIAL USE

Certified Mail Fee $5.55

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ $0.00

☐ Return Receipt (electronic) $ $0.00

☐ Certified Mail Restricted Delivery $ $0.00

☐ Adult Signature Required $ $0.00

☐ Adult Signature Restricted Delivery $

Postage $12.90

$

Total Postage and Fees $18.45

$

0080

10

Postmark Here

AUG 10 2026

08/10/2026

Sent To BAAQMD

Street and Apt. No., or PO Box No. 375 Beale St Suite 600

City, State, ZIP+4® SF, CA 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4456 16

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Oakland, CA 94612

OFFICIAL USE

Certified Mail Fee $5.55

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ $0.00

☐ Return Receipt (electronic) $ $0.00

☐ Certified Mail Restricted Delivery $ $0.00

☐ Adult Signature Required $ $0.00

☐ Adult Signature Restricted Delivery $

Postage $12.90

$

Total Postage and Fees $18.45

$

0080

10

Postmark Here

AUG 10 2026

08/10/2026

Sent To SF Bay Water Quality CB

Street and Apt. No., or PO Box No. 1515 Clay St Suite 1400

City, State, ZIP+4® Oakland, CA, 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3453 4530 62

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Francisco, CA 94105

OFFICIAL USE

Certified Mail Fee $5.55

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ $0.00

☐ Return Receipt (electronic) $ $0.00

☐ Certified Mail Restricted Delivery $ $0.00

☐ Adult Signature Required $ $0.00

☐ Adult Signature Restricted Delivery $

Postage $12.90

$

Total Postage and Fees $18.45

$

0080

10

Postmark Here

AUG 10 2026

08/10/2026

Sent To EPA Region 9, Admin

Street and Apt. No., or PO Box No. 75 Hawthorne St

City, State, ZIP+4® SF, Ca, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 95

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95113

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $5.55 | | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| $ | | |
| Total Postage and Fees | $18.45 | |

Sent To: SJ/SC Regional Wastewater Facility

Street and Apt. No., or PO Box No.: 200 E Santa Clara St

City, State, ZIP+4®: San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

AUG 10 2026 ALVISO, CA

9589 0710 5270 3453 4530 79

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $5.55 | | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| $ | | |
| Total Postage and Fees | $18.45 | |

Sent To: US DOJ, Acting AG Blanche

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

AUG 10 2026 ALVISO, CA

9589 0710 5270 3536 9611 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $5.55 | | 0080 |
| $ | $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.90 | 08/10/2026 |
| $ | | |
| Total Postage and Fees | $18.45 | |

Sent To: State Water Resources Control Board

Street and Apt. No., or PO Box No.: 1001 I Street

City, State, ZIP+4®: Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

AUG 10 2026 ALVISO, CA

9589 0710 5270 3536 9605 34

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

San Jose, CA 95118

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0080 |
| $ $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | ALVISO, CA AUG 19 2026 95002 USPS |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $12.90 | |
| $ | 08/19/2026 |
| Total Postage and Fees $18.45 | |
| $ | |

Sent To Santa Clara Valley Water District

Street and Apt. No., or PO Box No. 5750 ALMADEN EXPY

City, State, ZIP+4® SAN JOSE CA 95118

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9610 40

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Sacramento, CA 95814

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0080 |
| $ $0.00 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | ALVISO, CA AUG 19 2026 USPS |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $12.90 | |
| $ | 08/19/2026 |
| Total Postage and Fees $18.45 | |
| $ | |

Sent To CalEPA DTSC

Street and Apt. No., or PO Box No. 1001 I Street

City, State, ZIP+4® Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

## M. <u>EXHIBIT M: HOTEL RECEIPTS</u>

EMBASSY SUITES by Hilton

| Name and Address | | Hotel Address |
|---|---|---|
| GJOVIK, ASHLEY<br>2131 GOLD ST<br>SAN JOSE, CA 95002 | | 2885 LAKESIDE DRIVE<br>SANTA CLARA, CA 95054 |

**EMBASSY SUITES BY HILTON SANTA CLARA SILICON VALLEY**

| | |
|---|---|
| Room: | 301/NKJQU |
| Arrival Date: | 10/02/26 |
| Departure Date: | 10/03/26 |
| Adult/Child: | 1/0 |
| Room Rate: | $164.68 |
| Rate Plan: | L-H1P |
| Honors # | [redacted] |
| Airline: | N/A |

Confirmation # 94381552

10/03/26 PAGE 1

Reservations
www.embassysuites.com or
1-800-EMBASSY

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/02/26 | 1157879252 | OCCUPANCY TAX | $22.23 |
| 10/02/26 | 1463546120 | CA STATE ASSESSMENT TAX | $0.33 |
| 10/02/26 | 776903616 | SCTID ASSESSMENT TAX | $3.29 |
| 10/02/26 | 846388332 | GUEST ROOM | $164.68 |
| 10/02/26 | 981162785 | Santa Clara CFD Mello Roos Tax | $3.29 |
| 10/03/26 | 286208731 | Credit: ***************[redacted] | ($193.82) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.

Language English

Hilton HONORS

Your Stays Hi, Ashley

**Where to?** (Required)

Search for a destination

**When?**

**Check-in** Add dates | **Check-out** Add dates | 1 room, 1 guest | Special rates | Find a hotel

**Earn Points and enjoy your full range of Honors benefits when you book direct with Hilton.** Book your stay

# Activity

Hi, Ashley
Member

Total Points 5,990

**Results 1-3 of 3**

**Upcoming activity**

13 NOV FRI – 14 NOV SAT
1 night

**Embassy Suites by Hilton Santa Clara Silicon Valley**
Confirmation # 93082864

**Points earned**
Pending Stay

View/edit | Book again

**Previous activity**

2 OCT FRI – 3 OCT SAT
1 night

**Embassy Suites by Hilton Santa Clara Silicon Valley**
Confirmation # 94381552

**Points earned**
2,647

View receipt | Book again | Points summary

6 AUG THU – 7 AUG FRI
1 night

**Embassy Suites by Hilton Santa Clara Silicon Valley**
Confirmation # 80051064

**Points earned**
3,343

View receipt | Book again | Points summary

Page 1 of 1

New reservations and cancellations may take up to two hours to appear. Report a missing stay.
Please note that it may also take up to 48 hours for Points to update and that some partner activity may not be available.

How can we help?

**Help Center**

Web Accessibility

Help Center

Global Privacy Statement

Credit Cards

Careers

Development

Media

Site Usage Agreement

Partner Accommodations Terms

Modern Slavery and Human Trafficking

Hilton Honors Discount Terms & Conditions

Hilton Honors Terms & Conditions

Tourism Mediator

AdChoices

©2026 Hilton

# You're all set, Ashley!

**Confirmation number: 93082864**

We sent the details to a••••k@protonmail.com.

### Hotel Information

**Embassy Suites by Hilton Santa Clara Silicon Valley**

2885 Lakeside Drive
Santa Clara, California 95054 USA
+1 408-496-6400

### Stay Information

**NOV** FRI — **NOV** SAT

Check-in: 4 pm
Check-out: 11 am

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out.

**1 room for 1 adult**

**1 King Bed Studio - Honors Discount**

| | |
|---|---|
| Total room charge | $175.42 |
| Total taxes and government charges | $31.04 |

**Total for stay: $206.46**

**Payment** VISA [redacted] [redacted]

### Guest information

**Ashley Gjovik**

Hilton Honors#: [redacted]

**Special requests:**

✓ Traveling with a service animal

## Guarantee policy

There is a Credit Card required for this reservation.
If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

## Cancellation policy

Free cancellation before 11:59 PM local hotel time on 11 Nov 2026.
At check in, the front desk will verify your check-out date. Rates quoted are based on check-in date and length of stay. Should you choose to depart early, price is subject to change.
We reserve the right to cancel or modify reservations where it appears that a customer has engaged in fraudulent or inappropriate activity or under other circumstances where it appears that the reservations contain or resulted from a

mistake or error.

Totals listed here are estimated based on current taxes, government charges and exchange rates (if applicable) and do not include additional fees/charges that may be incurred during your stay.

## Optional services for an additional charge

**Self parking**

$30.00 / night

**Pets**

Pets allowed, $75.00 non-refundable fee, 75 lbs maximum, $75(1-4n),$125(5+n)2petsMax,dog/cat only

# You're all set, Ashley!

## Confirmation number: 94381552

We sent the details to a••••k@protonmail.com.

### Hotel Information

**Embassy Suites by Hilton Santa Clara Silicon Valley**

2885 Lakeside Drive
Santa Clara, California 95054 USA
+1 408-496-6400

### Stay Information

**OCT** — **OCT**
FRI SAT

Check-in: 4 pm
Check-out: 11 am

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out.

**1 room for 1 adult**

**1 King Bed Studio - Honors Discount**

| | |
|---|---|
| Total room charge | $164.68 |
| Total taxes and government charges | $29.14 |

**Total for stay: $193.82**

**Payment** VISA [redacted] [redacted]

### Guest information

**Ashley Gjovik**

Hilton Honors#: [redacted]

## Guarantee policy

There is a Credit Card required for this reservation.
If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of

check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

## Cancellation policy

Free cancellation before 11:59 PM local hotel time on 30 Sep 2026.
At check in, the front desk will verify your check-out date. Rates quoted are based on check-in date and length of stay. Should you choose to depart early, price is subject to change.
We reserve the right to cancel or modify reservations where it appears that a customer has engaged in fraudulent or inappropriate activity or under other circumstances where it appears that the reservations contain or resulted from a mistake or error.
Totals listed here are estimated based on current taxes, government charges and exchange rates (if applicable) and do not include additional fees/charges that may be incurred during your stay.

## Optional services for an additional charge

**Self parking**
$30.00 / night

**Pets**
Pets allowed, $75.00 non-refundable fee, 75 lbs maximum, $75(1-4n),$125(5+n)2petsMax,dog/cat only

**EMBASSY SUITES BY HILTON**

# You're all set, Ashley!

**Confirmation number: 80051064**

We sent the details to a••••k@protonmail.com.

## Hotel Information

**Embassy Suites by Hilton Santa Clara Silicon Valley**
2885 Lakeside Drive
Santa Clara, California 95054 USA
+1 408-496-6400

## Stay Information

**AUG** THU — **AUG** FRI

Check-in: 4 pm
Check-out: 11 am

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out.

**1 room for 1 adult**
**1 King Bed Studio - Honors Discount**

| | |
|---|---|
| Total room charge | $284.28 |
| Total taxes and government charges | $50.30 |

**Total for stay: $334.58**

## Guest information

**Ashley Gjovik**
Hilton Honors#: [redacted]

**Special requests:**
✓ Traveling with a service animal

SOURCE: Embassy Suites by Hilton Santa Clara/Silicon Valley


JOIN TODAY AND GET MORE BENEFITS THAN EVER BEFORE.
Hilton Honors benefits include:
Our Best Price
Free Wi-Fi*
Choose Your Room
Digital Check-In
Download the award-winning Hilton Honors app to access even more benefits.
*Standard Wi-Fi is free. Premium has a fee. Not free at properties with a resort charge. The hotel will never call your room to ask for credit card information.
Hilto
FOR THI
931
Room Number
Check-Out Date
PLI


Language English
Hilton HONORS
Your Stays
Hi, Ashley
Where to? (Required)
Search for a destination
When?
Check-in Add dates
Check-out Add dates
1 room, 1 guest
Special rates
Find a hotel
Earn Points and enjoy your full range of Honors benefits when you book direct with Hilton. Book your stay
Activity
Hi, Ashley
Member
Total Points 0
Filters
Results 1-1 of 1
Upcoming activity
6 AUG THU 7 AUG FRI
1 night
Embassy Suites by Hilton Santa Clara Silicon Valley
Confirmation # 80051064
Points earned
Pending
Stay
Book again
Page 1 of 1

## N. <u>EXHIBIT N: FOOD/SHOPPING RECEIPTS</u>

Starbucks Coffee #51096
3253 Coronado Place
Santa Clara, CA 408-988-8776

---

CHK 712675
08/29/2026 12:53 PM
XXX4204 Drawer: 2 Reg: 1

---

**Cafe**
Order

| | |
|---|---|
| Gr Wht Mocha | 5.95 |
| Triple | 1.25 |
| Pepmint Syrp | |
| Almond Milk | |

---

| | |
|---|---|
| Subtotal | 7.20 |
| Discounts | 0.00 |
| Tax | 0.00 |
| Gratuity | 2.00 |
| Total | 9.20 |
| **Change Due** | **0.00** |

---

Payments

Discover 9.20
XXXXXXXXXXX[redacted]
Card Entry: CONTACTLESS
Trans Type: SALE
App Label: Discover
Auth: 093333
AID: A0000001523010
TVR: 0000008000
TSI: 0800

----------- Check Closed ---------------
08/29/2026 12:53 PM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

Pacific Catch
3315 Coronado Place
Santa Clara, CA 95054

Server: Mario M
Check #16 Table 303
Guest Count: 1
Ordered: 8/29/26 12:15 PM

| | |
|---|---|
| Fish & Chips 3 pcs | $22.95 |
| 80 Lemonade Adult Blood Orange Sparkling Lemonade | $5.00 |
| 3% surcharge (3.00%) | $0.84 |
| Subtotal | $28.79 |
| Tax | $2.81 |
| Tip | $5.59 |
| Total | $37.19 |
| Credit Card | Contactless |
| Visa | [redacted] |
| Time | 12:46 PM |
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 419264 |
| Payment ID | gkkcPJKrq7wN |
| Application ID | A0000000031010 |
| Application Label | VISA CREDIT |
| Card Reader | BBPOS |

VISA CARDHOLDER

18% service charge will be added to
parties of 8 or more.
See Pacificcatch.com for:
Reservations / Online orders / Rewards

# ASHLEY'S SANTA CLARA SQUARE CHIPOTLE RECEIPTS (EXAMPLES)


CHIPOTLE MEXICAN GRILL

HAND-MASHING THE STATUS QUO

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi 07/07/2026
ORDER #437 3:54 PM
10338

| | |
|---|---|
| Chicken Salad | 10.95 |
| Guacamole | 2.95 |
| Queso Blanco | 1.80 |
| Chips | 2.25 |
| Mexican Coca Cola | 3.75 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

352 007 100 073 010 983 63

| | |
|---|---|
| Subtotal | 21.70 |
| Tax | 1.90 |
| TAKE OUT Total | 23.60 |
| CP Exact | 23.60 |
| Authorizing... | |
| Balance Due | 23.60 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac


CHIPOTLE MEXICAN GRILL

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: phoi 07/29/2026
ORDER #416 4:41 PM
10317

| | |
|---|---|
| Chicken Bowl | 11.25 |
| Guacamole | 2.95 |
| Mexican Coca Cola | 3.85 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

362 007 100 093 210 973 81

| | |
|---|---|
| Subtotal | 18.05 |
| Tax | 1.47 |
| TAKE OUT Total | 19.52 |
| CP Exact | 19.52 |
| Authorizing... | |
| Balance Due | 19.52 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac


CHIPOTLE MEXICAN GRILL

BUILD-YOUR-OWN HAPPINESS

3249 Coronado Place
Santa Clara CA 95054
4085620083

Host: Jaedeen 08/05/2026
ORDER #287 12:44 PM
10188

| | |
|---|---|
| Chicken Bowl | 11.25 |
| Queso Blanco | 1.80 |
| Guacamole | 2.95 |
| Chips & Queso Blanco | 5.25 |

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

122 008 100 053 010 983 98

| | |
|---|---|
| Subtotal | 21.25 |
| Tax | 1.78 |
| TAKE OUT Total | 23.03 |
| CP Exact | 23.03 |
| Authorizing... | |
| Balance Due | 23.03 |

Get Rewards On Repeat

Scan QR Code To Join Chipotle
Rewards And Get Free Chips And
Guac Reward Instantly*

*$5 Min. Purchase Req'd.
Full Terms:
chipotle.com/free-chips-guac

SOURCE: ASHLEY GJOVIK & SANTA CLARA SQUARE CHIPOTLE

## O. **EXHIBIT O: BAAQMD COMPLAINT**

BAY AREA AIR QUALITY MANAGEMENT DISTRICT

COMPLAINT INVESTIGATION REPORT

# Complaint - (CPM448152)

TASK NUMBER
CPE290153

**Complaint Details**

Complaint Type: **Other**
Occurence Date & Time: **9/4/2020 9:00 AM**
Complaint Description: **This facility's doing semiconductor fab since 2015, but without required permits, and illegally zoned. They did not ask for a proper CARB permit until 2024, after the US EPA RCRA enforcement inspections. RCRA found the operator was treating and disposing of haz waste without permit, including air emissions. The site is across the street from thousands of apartments & a playground. I filed a Complaint in 2020 due to a chemical emergency from unknown source. This is the source. Please investigate.**

**Alleged Location**

Emission Source: **Business**
Site/Facility Name: **Apple, Inc**
Address: **3250 Scott Boulevard, Santa Clara, CA, 95054-5054**

**Complaint Status**

**Unconfirmed**
Emission was no longer present

**Reporting Inspector**

**Erin Phillips**
Inspector
--

INSPECTION DATE
**7/22/2024 1:23 PM**

## INFORMATION

Name: **Ashley Gjovik**
Address: **18 Worcester Sq 1, Boston, MA 02118**
Phone: **415-964-6272**
Contact Options: **Complainant willing to share contact information**
Email: **ashleymgjovik@protonmail.com**
Follow Up: **Provide Complaint Report by Email**

## RESPONSE

How complainant was initially contacted: **By phone - Spoke with complainant**
Time Contacted: **7/22/2024 1:23 PM**
Contacted after-hours / IR:
Complainant Statements: **Emission is still going**
Complainant available to meet with the R/I:
Location where complainant observed the emissions: **N/A**
Other Statements: **C stated they were injured by emissions from Apple in 2020. C no longer lived in the Bay Area and was monitoring Apple's compliance activity. C shared RCRA and fire code reports and violations with R/I via email.**

BAY AREA AIR QUALITY MANAGEMENT DISTRICT

COMPLAINT INVESTIGATION REPORT

# Complaint - (CPM448152)

TASK NUMBER
CPE290153

## INVESTIGATIONS

Investigation conducted at: **Phone investigation only**
Emissions observed by R/I at time of investigation: **No** Date & Time: **7/22/2024 1:23 PM**
R/I observed emissions with complainant: Date & Time:
Emissions observed by R/I, if applicable:
Investigation conducted in general area where complainant observed alleged emissions:
Investigation conducted upwind and downwind of alleged site or potential source of emissions:
Emissions observed and traced to source: Date & Time: **Different site or facility from alleged**
Investigation conducted at source of emissions: Date & Time:
Site or Facility Name: **Apple, Inc**
Name/Title of Site of Facility Contact:
Alleged site and/or source of emissions informed of the complaint:
Other potential source(s) of emissions observed in the area:

## INVESTIGATIONS (continued)

Visible Emissions:
Sample(s) taken: Lab Sample#:
Wind data: Direction: Speed (mph): Location:
Air District Permit:
Complaint referred to other agency: Date & Time:
Agency Name:
Contact:
Telephone Number: **#Error**
Email:
NOV/NTC Issued:
Complainant Notified of Investigation Findings: Date & Time: **TBU**

## FACILITY OR SITE INFORMATION

**Facility #22839 - Permitted**
3250 Scott Boulevard, Santa Clara, CA 95054-5054

## GENERAL COMMENTS

General Comments: R/I informed the AQ Inspection Specialist assigned to the alleged facility, of the complaint.