Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

**ASHLEY M. GJØVIK**,
*an individual,*

**PLAINTIFF,**

***vs.***

**APPLE INC.**,
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government,*

**& THE PROPERTY OWNERS:**
**MR. KALIL JENAB,**
*individually and as agent of various entities,*

**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.**
*in their respective capacities as trustees.*

**DEFENDANTS.**

**Case No. 25-CV-07360-PCP**

**District Judge**: Honorable P. Casey Pitts

**PLAINTIFF'S ADMINISTRATIVE MOTION UNDER CIVIL L.R. 7-11 TO DEEM DKTS. 134-135 TIMELY AND FOR LEAVE TO FILE ERRATA; DECLARATION OF ASHLEY M. GJOVIK**

**12(b)(1) & 12(b)(6)**

**HEARING:**
Date: Nov. 5 2026
Time: 10:00 A.M.
Courtroom: 8, 4th Floor

# ADMINISTRATIVE MOTION UNDER CIVIL L.R. 7-11

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Under Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(B), Plaintiff respectfully moves for an order (1) deeming timely her Request for Judicial Notice (Dkt. 134) and Declaration (Dkt. 135), which were filed in the early morning of October 9, 2026, shortly after the October 8 deadline for her Opposition; and (2) granting leave to file the Notice of Errata to the Opposition, the Notice of Errata to the Request for Judicial Notice, and the Supplemental Declaration of Ashley M. Gjovik filed with this motion.

## I. BACKGROUND

1. Plaintiff, who is self-represented, timely filed her Opposition (Dkt. 133) on October 8, 2026, in response to Defendants' 28-page Motion to Dismiss (Dkt. 128) and the Landlord Defendants' Supplemental Brief (Dkt. 130), which together challenge all 34 counts of the Third Amended Complaint under five federal statutes and state law. Plaintiff filed her supporting Request for Judicial Notice and Declaration at approximately 2:06a.m. and 3:45am on October 9, before the start of the next business day. Both filings disclosed the delay and asked for leave. (Dkt. 134 ¶ 2; Dkt. 135 ¶ 3.) In finalizing those filings, their paragraph and exhibit numbers changed, so several citations in the Opposition no longer matched, and a few statements in the Declaration required correction. The accompanying errata correct those citations and statements; they add no argument.

## II. ARGUMENT

2. A court may accept a late filing "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Excusable neglect is an equitable inquiry that weighs the danger of prejudice to the opposing party, the length of the delay and its potential impact on the proceedings, the reason for the delay, and whether the movant

acted in good faith. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993); *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223-24 (9th Cir. 2000). The Ninth Circuit has held it an abuse of discretion to refuse a modestly late opposition where these factors favored the filing party. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-62 (9th Cir. 2010).

3. Each factor favors Plaintiff. The delay was a matter of hours, and the filings were on the docket before the next business day began. Defendants suffer no prejudice: their reply is not due until October 22, 2026, Civil L.R. 7-3(c), and the hearing is set for November 5, 2026. The delay resulted from the volume of the combined motions, which Plaintiff answered alone, not from any lack of diligence. And Plaintiff acted in good faith, disclosing the delay in the filings themselves and correcting the resulting citation errors promptly and on her own initiative.

4. The errata are likewise appropriate. They correct cross-references and three paragraphs of a declaration and one misquotation, so that the record before the Court is accurate. They do not expand the Opposition or raise new arguments.

**/s/ Ashley M. Gjovik**
**Ashley Gjovik (Plaintiff)**
Filed Oct. 9, 2026 in San José, California
(408) 883-4428
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553,
Sacramento, CA 95816