Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

**ASHLEY M. GJØVIK**, *an individual,*

**PLAINTIFF,**

***vs.***

**APPLE INC.**, *a corporation,*

**CITY OF SANTA CLARA,** *a local government,*

**& THE PROPERTY OWNERS: MR. KALIL JENAB,** *individually and as agent of various entities,*

**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.** *in their respective capacities as trustees.*

**DEFENDANTS**.

**Case No. 25-CV-07360-PCP**

**District Judge**: Honorable P. Casey Pitts

**PLAINTIFF'S NOTICE OF ERRATA REGARDING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DKT. 133)**

**12(b)(1) & 12(b)(6)**

**HEARING:**
Date: Nov. 5 2026
Time: 10:00 A.M.
Courtroom: 8, 4th Floor

# NOTICE OF ERRATA REGARDING OPPOSITION (DKT. 133)

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff submits the following corrections to record citations in her Opposition to Defendants' Motion to Dismiss (Dkt. 133). Plaintiff's Request for Judicial Notice (Dkt. 134) and Declaration (Dkt. 135) were finalized after the Opposition was filed, and their exhibit and paragraph numbers changed during finalization. These corrections conform the Opposition's citations to those filings. No argument is added or changed. Page references are to the ECF page numbers of Dkt. 133.

## A. CITATIONS TO FILINGS IN PRIOR ACTION & OTHER RECORDS (DKT. 134)

1. ECF p. 14: replace "(*Gjovik v. Apple Inc.*, No. 3:23-cv-04597-EMC (N.D. Cal.) ("*Gjovik I*")." with "(RJN Ex. 3 at 10-14 (*Gjovik v. Apple Inc.*, No. 3:23-cv-04597-EMC (N.D. Cal.) ("*Gjovik I*"), Dkt. 145).)"

2. ECF p. 19: replace "(*Gjovik I*; *Gjovik I*, Hr'g Tr. at 13:22-14:5)" with "(RJN Ex. 3 at 12-14; RJN Ex. 4 at 13:22-14:5)".

3. ECF p. 22: replace "(*Gjovik I*, Hr'g Tr.) at 13:17-21.)" with "(RJN Ex. 4 at 13:17-21.)".

4. ECF p. 23: replace "(TAC ¶ 145 (citing *People v. Apple Inc.*, No. 16-CV-303579 (Santa Clara Super. Ct.)).)" with "(TAC ¶ 145; RJN Ex. 5.)".

5. ECF p. 29: replace "(*Gjovik I*, Dkt. 20 at 13; *Gjovik I*.)" with "(RJN Ex. 1 at 13; RJN Ex. 3 at 11.)"

6. ECF p. 29: replace "(*Gjovik I*, Hr'g Tr. at 3:24-4:12.)" with "(RJN Ex. 4 at 3:24-4:12.)".

7. ECF p. 30: replace "(TAC ¶ 187; Dkt. 80-3 RMP Ex. B at 11.)" with "(TAC ¶ 187; RJN Ex. 6 at 11.)"

8. ECF p. 31: replace "(*Gjovik I*)." with "(RJN Ex. 3 at 18.)".

9. ECF p. 33: replace "(*Gjovik I*, Hr'g Tr., and its motion" with "(RJN Ex. 4 at 3:24-4:12), and its motion".

10. ECF p. 34: replace "2020" (*Gjovik I*)," with "2020" (RJN Ex. 3 at 7),".

11. ECF p. 35: replace "(*Gjovik I*); *Gjovik I*, Hr'g Tr. (Dkt. 106-2 at 10:4-25, 17:7-20, 20:25-21:2.)" with "(RJN Ex. 3 at 7, 22-23; RJN Ex. 2 at 10:4-25, 17:7-20, 20:25-21:2.)"

**B. CITATIONS TO THE DECLARATION OF ASHLEY M. GJOVIK (DKT. 135)**

12. ECF p. 11: replace "Gjovik Decl. ¶¶ 3, 5-8" with "Gjovik Decl. ¶¶ 4-8"; and replace "Gjovik Decl. ¶¶ 10-12 & Exs. A-C" with "Gjovik Decl. ¶¶ 9-11 & Exs. A-C".

13. ECF p. 12: replace "Gjovik Decl. ¶¶ 5-9" with "Gjovik Decl. ¶¶ 5-8 & Exs. A, M-N"; and replace "Gjovik Decl. ¶¶ 10-12 & Exs. A-C" with "Gjovik Decl. ¶¶ 9-11 & Exs. A-C".

14. ECF p. 13: replace "Gjovik Decl. ¶¶ 14-17" with "Gjovik Decl. ¶¶ 13-16"; replace "[Decl. ¶ 16]" with "(Gjovik Decl. ¶ 15)"; replace "Gjovik Decl. ¶¶ 3-22" with "Gjovik Decl. ¶¶ 4-22"; and replace "Gjovik Decl. ¶¶ 15, 18-20" with "Gjovik Decl. ¶¶ 14, 17-20".

15. ECF p. 15: replace "Gjovik Decl. ¶¶ 3, 7-8" with "Gjovik Decl. ¶¶ 4, 7-8".

16. ECF p. 17: replace "Gjovik Decl. ¶ 24 & Exs. D-E" with "Gjovik Decl. ¶¶ 24-25, 29 & Exs. D-E, K".

17. ECF p. 18: replace "Gjovik Decl. ¶ 25 & Exs. F-G" with "Gjovik Decl. ¶ 26 & Exs. F-G"; and replace "(*Id.* ¶ 26 & Exs. H-I.)" with "(*Id.* ¶ 27 & Exs. H-I.)".

18. ECF p. 18: replace the sentence "During the notice period, Plaintiff forwarded notice of this action to BAAQMD and CalEPA. (*Id.* ¶ 28 & Ex. K.)" with "In August 2026, Plaintiff also served the State Water Resources Control Board, the San Francisco Bay Regional Water Quality Control Board, DTSC, and BAAQMD by certified mail. (*Id.* ¶ 30 & Ex. L, as corrected by Supp. Gjovik Decl. ¶ 4; Dkts. 105, 116.)"

Plaintiff apologizes to the Court and counsel for these errors.

# NOTICE OF ERRATA REGARDING REQUEST FOR JUDICIAL NOTICE (DKT. 134)

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff submits the following corrections to her Request for Judicial Notice (Dkt. 134). No exhibit is added or changed. Paragraph references are to the numbered paragraphs of Dkt. 134.

19. Paragraph 3 (Exhibit 1): replace "Apple told that court that “operating a manufacturing facility by itself ultrahazardous" (at 15)" with "Apple told that court that “operating a manufacturing facility by itself’ is not ‘ultrahazardous’" (at 15)". The original omitted the words "is not," which reversed the meaning of Apple's statement.

20. Paragraph 8 (Exhibit 6): replace "submitted to the Santa Clara Fire Department and produced in response to a Public Records Act request" with "submitted to the Santa Clara Fire Department and produced by Apple in discovery in Gjovik I ", to conform to the source stated in Plaintiff's supporting declaration. (*See* Supp. Gjovik Decl. ¶ 5.).

# SUPPLEMENTAL DECLARATION OF ASHLEY M. GJOVIK

I, Ashley M. Gjovik, declare as follows:

21. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration to correct paragraphs 7, 28, and 30 of my Declaration filed October 9, 2026 (Dkt. 135), and the description of the source of Exhibit 6 to my Request for Judicial Notice (Dkt. 134). Except as stated here, my prior declarations are unchanged.

22. Paragraph 7 of my Declaration (Dkt. 135) is corrected to read: "On two of those occasions, I stayed overnight at the Embassy Suites hotel at 2885 Lakeside Drive in Santa Clara, about 2,100 feet from the Facility: on Aug. 6-7 2026 (when I filed the 2AC from that hotel) and on October 2-3, 2026. I plan to keep visiting the area at least monthly. My next planned visit is on November 13-14, 2026. True and correct copies of the hotel records are attached as Exhibit M."

23. Paragraph 28 of my Declaration (Dkt. 135) is corrected to read: "Attached as Exhibit J is a true and correct copy of the California Environmental Protection Agency's "Contact Us" web page, as archived by the Internet Archive's Wayback Machine on July 17, 2025, which directs public environmental complaints to CalEPA's complaint address. The State Water Resources Control Board webpage at https://www.waterboards.ca.gov/about_us/contact_us/ also directs "Complaints" to the same CalEPA complaint page as well as the Complaints@calepa.ca.gov email address, which I verified on Oct. 9 2026."

24. Paragraph 30 of my Declaration (Dkt. 135) is corrected to read: "On August 10, 2026, I mailed the Second Amended Complaint by certified mail to the State Water Resources Control Board, the San Francisco Bay Regional Water Quality Control Board, the Department of Toxic Substances Control, the Bay Area Air Quality Management District, the Santa Clara Valley Water District, and the San José-Santa Clara Regional Wastewater Facility, and via Priority Mail to the California Attorney General. USPS records show delivery between August 11 and August

20, 2026. True and correct copies of the proofs of service and USPS records, previously filed at Dkts. 105 and 116, are attached to my Declaration as Exhibit L.

25. Exhibit 6 to my Request for Judicial Notice (Dkt. 134), Apple's Risk Management Plan for 3250 Scott Boulevard, was produced by Apple in discovery in *Gjovik v. Apple Inc.*, No. 3:23-cv-04597-EMC under the designated Bates numbers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2026, in San José, California.



**/s/ Ashley M. Gjovik**
**Ashley Gjovik (Plaintiff)**
Filed Oct. 9, 2026 in San José, California
(408) 883-4428
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553,
Sacramento, CA 95816