Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

**ASHLEY M. GJØVIK,**
*an individual,*

**PLAINTIFF,**

***vs.***

**APPLE INC.,**
*a corporation,*

**CITY OF SANTA CLARA,**
*a local government,*

**& THE PROPERTY OWNERS: MR. KALIL JENAB,**
*individually and as agent of various entities,*

**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.**
*in their respective capacities as trustees.*

**DEFENDANTS.**

**Case No. 25-CV-07360-PCP**

**District Judge**: Honorable P. Casey Pitts

**DECLARATION OF ASHLEY M. GJØVIK REGARDING PUBLIC RECORDS REQUESTS IN SUPPORT OF OPPOSITION TO DEFENDANT CITY OF SANTA CLARA'S MOTION TO DISMISS (DKT. 127)**

**HEARING:**
Date: Nov. 5 2026
Time: 10:00 A.M.
Courtroom: 8, 4th Floor

I, Ashley M. Gjøvik, declare as follows:

1. I am the Plaintiff in this action and represent myself. I hold a law degree but am not licensed to practice law. I have personal knowledge of the facts stated in this declaration and,

if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of my opposition to the City of Santa Clara's motion to dismiss (Dkt. 127). The Third Amended Complaint alleges that the City withheld and delayed records about the facility at 3250 Scott Boulevard, including its toxic-gas and incident records. TAC ¶¶ 50, 170, 207, 274, 296. This declaration sets out the particulars of those allegations, which I can plead if the Court grants leave to amend. Except where noted, each event described below occurred before I filed this action on September 2, 2025.

3. Each exhibit is a true and correct copy of (a) a public-records request page and timeline that I saved from the City's online public-records portal (santaclara.nextrequest.com), (b) records the City released to me through that portal, (c) emails from my email account, or (d) spill reports of the California Governor's Office of Emergency Services ("Cal OES") that I printed from Cal OES's website, except report 21-2288, which Cal OES produced to me in response to my records request.

## A. Requests to the City for the Facility's Inventories, Incident Reports, and Toxic-Gas Records

4. I submitted each request described below through the City's public-records portal, which the City Clerk's Office administers. The requests sought records of the City's Fire Department and its hazardous-materials staff, which administer the hazardous-materials programs for the facility as the City's Certified Unified Program Agency.

5. Request 24-635. On July 2, 2024, I submitted Request 24-635 for records "related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024," from the City's "Building/Planning, Fire, HazMat, Risk Reduction, Sewer, [and] Storm Water" departments. The records requested included "incident reports," "alarm records, and inventories." Ex. A.

6. In July and August 2024, the City released utility records, a work-order export,

zoning records, and building-permit files for the facility. Ex. A. Some of the building-permit files contained permit-specific attachments, including a "BOC Inventory" and "MAQ Summary" for one permit. The releases did not include the Fire Department's hazardous-materials inventories for the facility or any Fire Department incident reports. From August 2024 on, the City extended its response fourteen days at a time, roughly every two weeks, citing "[t]he need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request." *Id.*

7. On April 18, 2025, I sent the City, through the portal, a "Formal Notice of Non-Compliance with CPRA" concerning Requests 24-634, 24-635, and 24-679. It asked the City to produce all responsive records by April 23, 2025, to identify any records withheld, and to certify that its response was complete. Ex. B. The City did not do so. It continued to extend its response in fourteen-day increments. Ex. A.

8. On October 23, 2025, after I filed this action, the City released seven Fire Department incident reports for the facility from 2023 and 2024. On November 6, 2025, it released three spreadsheets titled "HazMatInventory," dated August 31, 2023, November 15, 2023, and February 22, 2024, along with two documents whose file names begin "2025_04-22 - PRA 24-635." Ex. A. Each of the three inventories predates my request. On July 3, 2026, the City closed Request 24-635, stating that it had "found no additional responsive records." *Id.*

9. Request 24-679. On July 12, 2024, I submitted Request 24-679 for the Fire Department's permit files for the facility from 2014 through July 2024, asking that the file for permit FIR2016-01097 ("Install solvent waste tank (Haz mat)") be released first. The City released its first two documents on October 23, 2025, more than fifteen months later. Ex. J.

10. Request 23-518. On May 19, 2023, I submitted Request 23-518 for records concerning 3250 Scott Boulevard from January 1, 2014 to May 19, 2023. The items requested

included: (A) records concerning a 2019 silane and phosphine leak at the facility; (B) "any other fire dept/haz mat incident reports for other spills/leaks/alarms"; (G) records under the "Chemical Storage Facilities" designation, "including any annual fees and reports"; (I) hazardous-materials monitoring records; and (J) "[a]ny plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System." Ex. C.

11. The City's last extension of that request ran to July 24, 2023, and I then received no further response. On August 15, 2023, I asked for the request's status. *Id.* On October 12, 2023, nearly five months after my request, the City released seventeen Fire Department incident reports for the facility from 2019 through 2022 and asked me to clarify item A. *Id.* On January 23, 2024, the City released permit records. For item J, its response stated that the Fire Department "was unable to locate records under the 'Toxic Gas System (i.e. SCCO B11-380)' designation." *Id.*

12. The incident reports released on October 12, 2023 include report 2019-1904285, which records a "Chemical spill or leak" at the facility on June 1, 2019, with the cause of release coded "Intentional." Ex. I. They also include reports 2203209 and 2204500, which record releases at the facility of fluorine gas on April 18, 2022 and of hexafluorobutadiene on May 29, 2022. Ex. C.

13. Request 23-548. On May 26, 2023, I submitted Request 23-548 for the Fire Department's incident report for an April 30, 2021 phosphine leak at the facility and "any communications with the building owner, tenant, or operator about the leak/spill." Ex. D. On July 18, 2023, the City released an incident report and a hazardous-materials report. After further extensions, on October 24, 2023, the City stated, "No further records were found for the 2021 incident," and closed the request. *Id.*

14. Request 23-1209. On November 17, 2023, I submitted Request 23-1209 for

records of a Fire Department inspection of the facility in late August 2023. On January 19, 2024, the City withheld all responsive records, stating that "the analysis, reports and conclusion of such inspections are still in progress." Ex. E. I renewed the request in July 2024 (Request 24-634) and again on November 8, 2025 (Request 25-1477), after EPA's October 27, 2025 Consent Agreement and Final Order. As of the date of this declaration, the City has produced no records in response. Exs. B, J.

### B. REPORTS TO CAL OES

15. On June 2, 2023, Cal OES's Office of Legal Affairs responded to a records request I had made to Cal OES concerning the facility. Its production included one spill report concerning 3250 Scott Boulevard: Cal OES No. 21-2288, made by the Santa Clara Fire Department, for an April 30, 2021 phosphine release during which approximately 50 employees were evacuated. Ex. H. The production contained no report of the June 1, 2019 release recorded in the City's incident report 2019-1904285. Ex. F. Other than report 21-2288, I am not aware of any report to Cal OES concerning the facility made by the City or by Apple.

16. On June 4, 2023, I wrote to Cal OES's Office of Legal Affairs that the City's records showed a June 2019 silane and phosphine release, with an alarm and an evacuation, that had not been reported to Cal OES. I also wrote that Apple had reported air releases of N-methyl-2-pyrrolidone ("NMP") for 2020, and I asked how to report both. Ex. F. On June 8, 2023, Cal OES's Assistant Chief Counsel referred me to the State Warning Center. *Id.* That day I called the Warning Center and made two historical reports as a private citizen: No. 23-3760, for the June 1, 2019 silane and phosphine release, and No. 23-3761, for Apple's NMP releases. *Id.* For report 23-3761, I gave the date June 30, 2021, the date of Apple's toxic release inventory filing for 2020, because I did not know the dates of the releases themselves.

17. On February 4, 2024, I emailed Cal OES to make two more historical reports,

attaching the City Fire Department's incident reports 2203209 and 2204500, which the City had released to me in response to Request 23-518. Ex. G. Cal OES logged them as No. 24-0667, for an April 18, 2022 release of fluorine gas, and No. 24-0668, for a May 29, 2022 release of hexafluorobutadiene. Each records that the entire facility was evacuated. *Id.* The statements in those reports attributed to "RP" are mine, as the reporting party.

18. Cal OES's forms for reports 23-3760, 24-0667, and 24-0668 identify the "Santa Clara City Fire Department" as the administering agency. The notification lists on all four reports I made include "AA/CUPA." Exs. F, G.

### C. REQUESTS SINCE THIS ACTION WAS FILED

19. The City has continued to delay since I filed this action. On October 25, 2025, I submitted Request 25-1371, for Fire Department incident reports for the facility from July 2, 2024 to October 20, 2025. The same day I submitted Request 25-1372, for records under the County Toxic Gas Ordinance from January 1, 2023 to October 1, 2025, including inventories, alarm records, offsite-consequence information, and emergency response plans. On November 8, 2025, I submitted Request 25-1477, described above. As of the date of this declaration, the City has produced no records in response to any of the three. Its most recent messages extend its response in fourteen-day increments. Ex. J.

20. On November 8, 2025, I submitted Request 25-1476 for a July 29, 2015 email between the Fire Department's Hazardous Materials Division and a consultant, BASELINE. The Santa Clara Square Draft Environmental Impact Report cites that email as the sole source for its statement that only one CalARP facility, "Applied Materials," was within half a mile of the project site. On January 16, 2026, the City responded that it had "no responsive records." Ex. K.

21. On August 28, 2026, I emailed the City's counsel in this action, Svend Brandt-Erichsen, listing my outstanding requests (24-679, 25-1371, 25-1372, and 25-1477) and asking

whether he could look into the delays. I have not received a response, and those requests remain open. Ex. L.

### D. OTHER RECORDS

22. Among the records the City released to me on January 23, 2024 in response to Request 23-518 is Apple's Industrial Wastewater Discharge Permit No. SC-461B, dated November 19, 2020. Its first page states: "This Permit is issued under authority established in the Santa Clara City Code, Chapter 13, Section 10.420, 'Mandatory Wastewater Discharge Permits.'" Its monitoring tables state that the Regional Wastewater Facility "intends, but is not obligated, to conduct the following monitoring." Ex. M.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2026, in San José, California.



**/s/ Ashley M. Gjovik**
Ashley M. Gjøvik
October 16, 2026
San José, California

## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit A** | Request 24-635 (July 2, 2024): request, timeline, and list of released records |
| **Exhibit B** | Request 24-634, Formal Notice of Non-Compliance with CPRA (Apr. 18, 2025) |
| **Exhibit C** | Request 23-518 (May 19, 2023): request, timeline, Item J response, and list of Part B incident reports |
| **Exhibit D** | Request 23-548 (May 26, 2023): request and timeline |
| **Exhibit E** | Request 23-1209 (Nov. 17, 2023): request and timeline |
| **Exhibit F** | Emails with Cal OES Office of Legal Affairs (June 2–8, 2023); Cal OES reports 23-3760 and 23-3761 |
| **Exhibit G** | Email to Cal OES (Feb. 4, 2024); Cal OES reports 24-0667 and 24-0668 |
| **Exhibit H** | Cal OES report 21-2288, as produced by Cal OES (PRA_Gjovik_0001–0002) |
| **Exhibit I** | Santa Clara Fire Department Incident Report 2019-1904285 |
| **Exhibit J** | Requests 24-679, 25-1371, 25-1372, and 25-1477: requests and timelines |
| **Exhibit K** | Request 25-1476 (Nov. 8, 2025): request and response |
| **Exhibit L** | Email to counsel for the City regarding outstanding requests (Aug. 28, 2026) |
| **Exhibit M** | Industrial Wastewater Discharge Permit No. SC-461B (Nov. 19, 2020), as released by the City in response to Request 23-518 |

**E. EXHIBITS**

# EXHIBIT A

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 24-635 Closed

20 of 47 with filters active

## Dates

**Received**
July 02, 2024 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Request

Hello! This is a follow on request to 23-127, 23-517, and 23-518.

I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.

Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water

Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.

## Timeline | Documents

**Request published** — Anyone with access to this request

July 3, 2026, 3:53pm by Staff

**Request closed** — Anyone with access to this request





## Staff assigned

**Departments**

*No departments available*

**Point of contact**

Vinh Nguyen

The City has reviewed its files and found no additional responsive records. This completes the City's response to your request, and we will consider this matter closed.

July 3, 2026, 3:53pm by Staff

**Message to requester** — Requester + Staff

Dear **Ashley M. Gjovik:**
The City of Santa Clara (the "City") completes its response to your records request submitted pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City has reviewed its files and found no additional responsive records. This completes the City's response to your request, and we will consider this matter closed.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2026, 3:52pm by Staff

Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 6, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 18, 2026, 2:47pm by Staff

Message to requester

Requester + Staff





The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2026, 2:53pm by Staff

Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 5, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 22, 2026, 10:19am by Staff

## Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**





**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 22, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 8, 2026, 10:40am by Staff

## Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023**

**through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 8, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 24, 2026, 11:07am by Staff

## Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**





**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 24, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 11, 2026, 12:54pm by Staff

## Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 10, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 27, 2026, 3:02pm by Staff

### Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications**





**and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 13, 2026, 3:10pm by Staff

### Message to requester

Requester + Staff

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 27, 2026, 11:35am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**





The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 13, 2026, 9:38am by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 30, 2026, 11:12am by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**





The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 30, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:24pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 1:58pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**





The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 18, 2025, 5:02pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 18, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 4, 2025, 4:27pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518.**

**I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.**

**Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water**

**Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.**





The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 4, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 20, 2025, 1:24pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") acknowledges and continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days until **November 20, 2025,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 6, 2025, 3:41pm by Staff

### Document(s) released

Anyone with access to this request

2025_04-22 - PRA 24-635 - SER23-00146 - 3250 SCOTT BL.pdf
2025_04-22 - PRA 24-635 - SER23-00153 - 3250 SCOTT BL.pdf
HazMatInventory - 2023_08-31.xlsx
HazMatInventory - 2023_11-15.xlsx
HazMatInventory - 2024_02-22.xlsx

November 6, 2025, 3:41pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") acknowledges and continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days until **November 6, 2025,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 23, 2025, 8:26am by Staff





### Document(s) released

Anyone with access to this request

Fire Incident # 2304092.pdf
Fire Incident # 2304794.pdf
Fire Incident # 2306933.pdf
Fire Incident # 2307611.pdf
Fire Incident # 2310880.pdf
Fire Incident # 2404731.pdf
Fire Incident #2401745.pdf

October 23, 2025, 8:26am by Staff

### Message from requester

Requester + Staff

**FORMAL NOTICE OF NON-COMPLIANCE WITH CPRA**
*Re: Requests 24-634, 24-635, 24-679 – City of Santa Clara*

**Date:** April 18, 2025
**From:** Ashley M. Gjovik
**To:** City Clerk's Office, City of Santa Clara

Dear City Clerk's Office:
This correspondence serves as a final notice regarding the City of Santa Clara's continuing noncompliance with its obligations under the **California Public Records Act (CPRA), Government Code § 7920.000 et seq.**, as they relate to Public Records Requests **24-634**, **24-635**, and **24-679**, submitted between July 2 and July 12, 2024.

The pattern of serial 14-day extensions issued in response to these requests — now extending across **nine months** — raises serious concerns about the City's adherence to the CPRA's mandate that records be disclosed "promptly" and that any delay be justified by clearly established *unusual circumstances*. At this stage, those justifications no longer withstand scrutiny.

**I. Background and Summary of Deficiencies**

1. **Request 24-634** (Re-inspection of 3250 Scott Blvd in August 2023): Initially denied on grounds that the records were part of an "active investigation," per Gov. Code §§ 7923.600 and 7922.000. However, more than one year has passed, and there is no indication that this

exemption remains applicable or narrowly tailored as required by law.

2. **Request 24-635** (HazMat, Risk Reduction, Fire, and environmental records for 3250 Scott Blvd): While some responsive documents were released, substantial categories of records — particularly internal correspondence, photos, incident reports, and permit histories — remain outstanding. The scope and nature of the delays no longer comport with the CPRA's standards of "reasonable" diligence.
3. **Request 24-679** (Fire permits for 3250 Scott Blvd, including FIR2016-01097): Despite prioritization of this permit and a clearly defined request, the City has failed to provide a single responsive document in over eight months.

In total, these requests concern **an industrial facility currently under federal investigation by the United States Environmental Protection Agency**, which has conducted **two formal hazardous waste inspections** — one in **August 2023** and one in **January 2024**. It is difficult to credibly maintain that the City lacks access to responsive documentation that was almost certainly reviewed by federal investigators over a year ago.

**II. Legal Concerns**

The City's ongoing conduct raises significant compliance issues under the CPRA, including:

- **Constructive Denial:** Where a public agency fails to provide records within a reasonable time, even in the absence of an outright denial, courts have held this to be a de facto denial of access. (*See, e.g., Long Beach Police Officers Assn. v. City of Long Beach*, 59 Cal. 4th 59 (2014)).
- **Improper Use of Extensions:** Government Code § 7922.535 allows limited, case-specific delays based on *defined unusual circumstances*, not indefinite rolling extensions. The City has failed to articulate any genuine facts demonstrating that these delays remain justified nine months later.
- **Failure to Segregate or Partially Release:** Even if an exemption were to apply in part (e.g., pending investigations), the City is obli-





gated to produce **non-exempt materials** that can be reasonably segregated. The record shows no such effort has been made.

**III. Request for Immediate Remedial Action**
To avoid litigation, I respectfully request that the City:

1. **Produce all responsive records for Requests 24-634, 24-635, and 24-679** by **April 23, 2025**;
2. **Provide a privilege log** identifying any withheld records and the specific exemptions invoked, consistent with *ACLU v. Superior Court*, 3 Cal. 5th 1032 (2017);
3. **Certify in writing** that no additional responsive records exist or will be withheld beyond what is documented in the above.

Should the City fail to meet these requests, I will proceed with the following remedies without further notice:

- Petition for writ of mandate under CPRA in **Santa Clara County Superior Court**;
- Complaint to the **California Attorney General's Office** and **State Auditor** for potential systemic noncompliance;
- Engagement with environmental watchdog organizations and public interest media to ensure transparency.

Please consider this your final opportunity to comply with the Act and avoid further escalation.

Sincerely,
**Ashley M. Gjovik, J.D.**
ashleymgjovik@protonmail.com

April 18, 2025, 2:10am by the requester

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 22, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 8, 2025, 3:42pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 8, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 25, 2025, 11:23am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 25, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 11, 2025, 11:58am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 11, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 25, 2025, 3:12pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **2/25/2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 12, 2025, 3:11pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 11, 2025,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 28, 2025, 12:47pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 28, 2025,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 14, 2025, 9:17am by Staff

### Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 16, 2025,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2025, 2:27pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 2, 2025,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 11, 2024, 12:56pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 11, 2024,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 27, 2024, 9:03am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **November 27, 2024,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 15, 2024, 4:19pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **November 15, 2024,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 1, 2024, 4:19pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **November 1, 2024,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 18, 2024, 1:12pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").





***Hello! This is a follow on request to 23-127, 23-517, and 23-518.***

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***

***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **October 18, 2024,** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 4, 2024, 2:08pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***
***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***
***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **October 4, 2024** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

September 20, 2024, 4:48pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***





***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***
***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **September 20, 2024** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

September 6, 2024, 2:23pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") acknowledges and continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***
***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories."***

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days until **September 6, 2024,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 23, 2024, 2:18pm by Staff

## Document(s) released

Anyone with access to this request

PRA - Zoning Code Violations.pdf
3250 Scott Blvd_PLN23-00163_PlansClarification.pdf
3250 Scott Blvd_PLN23-00163_Plans.pdf

August 23, 2024, 2:18pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***





***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***
***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 23, 2024** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 12, 2024, 11:14am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") acknowledges and continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***
***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***

***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories."***

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

Per the California Health and Safety Code Section 19851, plan duplication requests require an affidavit to be filled out, a letter from the current owner, and a letter from the original architect of record. Please see attached affidavit forms Plan Duplication Request Requirements and Plan Duplication Request Form-Duplication Firm.

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days until **August 9, 2024,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 26, 2024, 2:18pm by Staff

## Document(s) released

Anyone with access to this request

BLD23-68534_Final Affidavit (2).pdf
BLD23-68534_Special Inspection Form (2).pdf
BLD23-68534_Plan Review Comments.pdf
BLD23-68534_Mechanical and Process Piping Comments.pdf
BLD23-68534_Resubmittal Form.pdf
BLD23-68534_Special Inspection Form.pdf
BLD23-68534_Yellow Card.pdf





BLD23-68534_Fire Review Comments.pdf
BLD23-68039_Authorization Letter (2).pdf
BLD23-68039_Authorization Letter.pdf
BLD23-68039_Building Permit Card.pdf
BLD23-68039_Permit Application.pdf
BLD23-68039_Building Comments.pdf
BLD23-68039_Megasonic Cleaner Closure Report.pdf
BLD23-68039_Fire Review.pdf
BLD23-68039_Plan Check Response.pdf
BLD23-68540_Final Affidavit.pdf
BLD23-68540_Permit Card.pdf
BLD23-68540_Seismic Anchoring Inspection Field Report.pdf
BLD23-68540_NRTL Report.pdf
BLD23-68039_Raised Floor Cutsheets.pdf
BLD23-68540_Comments.pdf
BLD23-68540_Fire Review.pdf
BLD23-68540_Response to Plan Check Comments Letter.pdf
BLD23-68540_Special Inspection Form (2).pdf
BLD23-68540_Special Inspection Form.pdf
BLD23-68540_Yellow Card.pdf
BLD23-68540_FA Letter.pdf
BLD23-68540_Resubmittal Form.pdf
BLD23-68540_C10.pdf
BLD23-68540_Authorization Letter (2).pdf
BLD23-68540_Authorization Letter.pdf
BLD23-68534_Seismic Anchoring Field Report.pdf
BLD23-68540_Permit Application.pdf
BLD23-68896_Authorization Letter.pdf
BLD23-68895_Fire Review Comments (2).pdf
BLD23-68895_Building Comments (3).pdf
BLD23-68895_VOC Abatement.pdf
BLD23-68895_Response to Plan Check Comments.pdf
BLD23-68895_Resubmittal Form (2).pdf
BLD23-68895_Additional Mechanical and Piping Revisions.pdf
BLD23-68895_Special Inspection.pdf
BLD23-68895_Building Comments (2).pdf
BLD23-68895_Fire Review Comments.pdf

BLD23-68895_Plan Check Response.pdf
BLD23-68895_Calculations (2).pdf
BLD23-68895_Resubmittal Form.pdf
BLD23-68534_Yellow Card.pdf
BLD23-68534_Final Affidavit.pdf
BLD23-68534_C10.pdf
BLD23-68534_Authorization Letter (2).pdf
BLD23-68534_Authorization Letter.pdf
BLD23-68534_Permiy Application.pdf
BLD23-68601_Authorization Letter.pdf
BLD23-68601_Authorization Letter (2).pdf
BLD23-68601_Building Permit Application.pdf
BLD23-68601_Building Permit Card.pdf
BLD23-68601_Resubmittal Form.pdf
BLD23-68601_Plan Check Comments Narrative.pdf
BLD23-68601_NRTL Report.pdf
BLD23-68601_Final Affidavit.pdf
BLD23-68601_Air Balance Report.pdf
BLD23-68601_Seismic Anchoring Inspection Field Report.pdf
BLD23-68601_Special Inspection Form (3).pdf
BLD23-68601_Building Comments.pdf
BLD23-68601_Special Inspection Form (2).pdf
BLD23-68601_Plan Check Comments.pdf
BLD23-68601_Yellow Form.pdf
BLD23-68742_Permit Application.pdf
BLD23-68742_Authorization Letter (2).pdf
BLD23-68601_Special Inspection Form.pdf
BLD23-68742_Authorization Letter.pdf
BLD23-68742_Fire Review.pdf
BLD23-68742_Building Permit Card.pdf
BLD23-68742_Final Affidavit.pdf
BLD23-68742_Pressure Test Report.pdf
BLD23-68742_Seismic Anchoring Field Report.pdf
BLD23-68742_NRTL Report.pdf
BLD23-68742_Special Inspections Form (2).pdf
BLD23-68742_Special Inspections Card.pdf
BLD23-68742_FA Letter.pdf





BLD23-68742_Special Inspections Form.pdf
BLD23-68759_Authorization Letter (2).pdf
BLD23-68759_Permit Application.pdf
BLD23-68759_Authorization Letter.pdf
BLD23-68896_C&D Waste Management Form.pdf
BLD23-68759_Permit Card.pdf
BLD23-68896_Permit Card.pdf
BLD23-68896_Building Comments (2).pdf
BLD23-68896_Fire Review Comments (3).pdf
BLD23-68896_MEP Comments.pdf
BLD23-68896_Resubmittal Form.pdf
BLD23-68896_Fire Review Comments (2).pdf
BLD23-68896_Building Comments.pdf
BLD23-68896_Response to Structural and MEP Plan Check.pdf
BLD23-68896_Response Letter (2).pdf
BLD23-68896_Fire Review Comments.pdf
BLD23-68896_Special Inspection Form.pdf
BLD23-68896_Yellow Card 1.pdf
BLD23-68896_Yellow Card 2.pdf
BLD23-68896_C-10.pdf
BLD23-68896_Yellow Card 3.pdf
BLD23-68896_Authorization Letter (2).pdf
BLD23-68896_Permit Application.pdf
BLD23-70176_Final Affidavit.pdf
BLD23-70176_FA Letter.pdf
BLD23-70176_Yellow Card.pdf
BLD23-70176_Special Inspection Form.pdf
BLD23-70176_Fire Review Phase.pdf
BLD23-70176_C10.pdf
3250 Scott Blvd_permit list.pdf
BLD23-68895_Building Comments.pdf
BLD23-68895_Narrative Letter.pdf
BLD23-68895_Fire Review Approval Conditions.pdf
BLD23-68895_Revised Special Inspection Form.pdf
BLD23-68895_C10.pdf
BLD23-68895_Calculations.pdf
BLD23-68895_Yellow Card (3).pdf

BLD23-68895_Yellow Card.pdf
BLD23-68895_Yellow Card (2).pdf
BLD23-68895_Authorization Letter (2).pdf
BLD23-68895_Authorization Letter.pdf
BLD23-68895_Permit Application.pdf
BLD23-69391_Building Permit Card.pdf
BLD23-69391_NTRL Report.pdf
BLD23-69391_Acid Waste Drain Penetration.pdf
BLD23-69391_Pressure Report.pdf
BLD23-69391_Firestop Info.pdf
BLD23-69391_PV Penetration.pdf
BLD23-69391_BOC Inventory.pdf
BLD23-69391_MAQ Summary.pdf
BLD23-69391_Fire Review Comments (2).pdf
BLD23-69391_Resubmittal Form.pdf
BLD23-69391_Chemical Compatability and Secondary Containment.pdf
BLD23-69391_TAB Report.pdf
BLD23-69391_Fire Review Comments.pdf
BLD23-69391_Authorization Letter (2).pdf
BLD23-69391_Permit Application.pdf
BLD23-69391_Authorization Letter.pdf
BLD23-69690_Permit Application.pdf
BLD23-69690_Authorization Letter (2).pdf
BLD23-69690_Authorization Letter.pdf
BLD23-69391_Temperature Limit Controller Cutsheets.pdf
BLD23-69690_Overtime Plan Review Request Form (2).pdf
BLD23-69690_Overtime Plan Review Request Form.pdf
BLD23-69690_Building Permit Card.pdf
BLD23-69690_Final Affidavit (2).pdf
BLD23-69690_Special Inspection Form (2).pdf
BLD23-69690_Final Affidavit.pdf
BLD23-69690_NRTL Report.pdf
BLD23-69690_Field Report.pdf
BLD23-69690_Field Report (2).pdf
BLD23-69690_Comments.pdf
BLD23-69690_Response Letter.pdf
BLD23-69690_Resubmittal Form.pdf





BLD23-69690_Yellow Card.pdf
BLD23-69690_C10.pdf
BLD23-69690_C10 (2).pdf
BLD23-69690_Special Inspection Form.pdf
BLD23-69690_FA Letter (2).pdf
BLD23-69690_FA Letter.pdf
BLD23-70176_Authorization Letter (2).pdf
BLD23-70176_Authorization Letter.pdf
BLD23-70176_Permit Application.pdf
BLD23-69391_Response.pdf
BLD23-70176_Permit Card.pdf
GA05_GA06 Affidavit for Plans.pdf
BLD23-70176_Seismic Anchoring Report.pdf
BLD23-70176_Nanometrics NRTL Report.pdf
BLD23-70176_Nanoidenter NRTL Report.pdf
Permitting Online Portal User Guide - Building w Simples.pdf
BLD23-68039_Authorization Letter (2).pdf-redacted.pdf
BLD23-68039_Permit Application.pdf-redacted.pdf
BLD23-68039_Megasonic Cleaner Closure Report.pdf-redacted.pdf
BLD23-68540_NRTL Report.pdf-redacted.pdf
BLD23-68540_Authorization Letter.pdf-redacted.pdf
BLD23-68896_Authorization Letter.pdf-redacted.pdf
BLD23-68534_Authorization Letter (2).pdf-redacted.pdf
BLD23-68601_Authorization Letter (2).pdf-redacted.pdf
BLD23-68601_Air Balance Report.pdf-redacted.pdf
BLD23-68742_Authorization Letter.pdf-redacted.pdf
BLD23-68759_Authorization Letter.pdf-redacted.pdf
BLD23-68895_Authorization Letter.pdf-redacted.pdf
BLD23-69391_TAB Report.pdf-redacted.pdf
BLD23-69391_Authorization Letter.pdf-redacted.pdf
BLD23-69690_Authorization Letter (2).pdf-redacted.pdf
BLD23-70176_Authorization Letter.pdf-redacted.pdf

July 26, 2024, 2:18pm by Staff

## Request published

Anyone with access to this request

July 12, 2024, 3:12pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") acknowledges and continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***I'd like to please request the following types of documents related to the property/building at 3250 Scott Blvd, from February 1 2023 through July 1 2024.***
***Departments: Building/Planning, Fire, HazMat, Risk Reduction, Sewer, Storm Water***
***Documents: complaints, incident reports, warnings, citations, violations, reports, notices, letters, emails, photos, permit applications and response, permit comments, plans, diagrams, maps, alarm records, and inventories.***

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

The information sought, regarding utility usage data including address, is exempt from production pursuant to Gov. Code Section 7927.410

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days until **July 26, 2024,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 12, 2024, 3:12pm by Staff





### Document(s) released

Anyone with access to this request

CSC RCW Utility.pdf
CSC Water Utility.pdf
PRA 24-635 3250 Scott Blvd Export_Work Orders.XLSX_Redacted.pdf

July 12, 2024, 3:12pm by Staff

### Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 2, 2024, 7:30pm

### Request opened

Anyone with access to this request

Request received via web

July 2, 2024, 7:30pm by the requester

**EXHIBIT B**

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 24-634 Closed

21 of 47 with filters active

## Dates

**Received**

July 02, 2024 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Request

I am please re-requesting 23-1209 now that six months have passed.

**PRA: 23-1209**

Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you.

If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023. Thank you.

My request was closed Jan 19 2024 noting:

***The City is in receipt of your California Public Records Act request seeking documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd. Although regulatory inspections have occurred at that address, the***

## Staff assigned

### Departments

*No departments available*

### Point of contact

Simrat Dhadli

*analysis, reports and conclusion of such inspections are still in progress. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000).*

Because my request was denied due to the reports from the August 2023 inspection being 'in progress,' I assume the reports would be done now a year later. Thanks!

Show less

Timeline Documents

### Request published

Anyone with access to this request

April 29, 2025, 10:14pm by Staff

### Request closed

Anyone with access to this request

*In response to the request for documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd - although regulatory inspections have occurred at that address, the analysis, reports and conclusion of such inspections are still in progress, and are in draft form. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000, 7927.500).*

April 29, 2025, 10:14pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the “City”) completes its response to your records request submitted pursuant to the California Public Records Act (“PRA”).

***The City is in receipt of your California Public Records Act request seeking documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd. Although regulatory inspections have occurred at that address, the analysis, reports and conclusion of such inspections are still in progress, and are in draft form. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000, 7927.500).***

The City will close this request. You may submit a new request in the future - the City will respond accordingly.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 29, 2025, 10:13pm by Staff

## Message from requester

Requester + Staff

**FORMAL NOTICE OF NON-COMPLIANCE WITH CPRA**
*Re: Requests 24-634, 24-635, 24-679 – City of Santa Clara*

**Date:** April 18, 2025
**From:** Ashley M. Gjovik
**To:** City Clerk's Office, City of Santa Clara

Dear City Clerk's Office:
This correspondence serves as a final notice regarding the City of Santa Clara's continuing noncompliance with its obligations under the **California Public Records Act (CPRA), Government Code § 7920.000 et seq.**, as they relate to Public Records Requests **24-634**, **24-635**, and **24-679**, submitted between July 2 and July 12, 2024.

The pattern of serial 14-day extensions issued in response to these requests — now extending across **nine months** — raises serious concerns about the City's adherence to the CPRA's mandate that records be disclosed "promptly" and that any delay be justified by clearly established *unusual circumstances*. At this stage, those justifications no longer withstand scrutiny.

**I. Background and Summary of Deficiencies**

1. **Request 24-634** (Re-inspection of 3250 Scott Blvd in August 2023): Initially denied on grounds that the records were part of an "active investigation," per Gov. Code §§ 7923.600 and 7922.000. However, more than one year has passed, and there is no indication that this exemption remains applicable or narrowly tailored as required by law.
2. **Request 24-635** (HazMat, Risk Reduction, Fire, and environmental records for 3250 Scott Blvd): While some responsive documents were released, substantial categories of records — particularly internal correspondence, photos, incident reports, and permit histories — remain outstanding. The scope and nature of the delays no longer comport with the CPRA's standards of "reasonable" diligence.
3. **Request 24-679** (Fire permits for 3250 Scott Blvd, including FIR2016-01097): Despite prioritization of this permit and a clearly defined request, the City has failed to provide a single responsive document in over eight months.

In total, these requests concern **an industrial facility currently under federal investigation by the United States Environmental Protection Agency**, which has conducted **two formal hazardous waste inspections** — one in **August 2023** and one in **January 2024**. It is difficult to credibly maintain that the City lacks access to responsive documentation that was almost certainly reviewed by federal investigators over a year ago.

**II. Legal Concerns**

The City's ongoing conduct raises significant compliance issues under the CPRA, including:

- **Constructive Denial:** Where a public agency fails to provide records within a reasonable time, even in the absence of an outright denial, courts have held this to be a de facto denial of access. (*See, e.g., Long Beach Police Officers Assn. v. City of Long Beach*, 59 Cal. 4th 59 (2014)).
- **Improper Use of Extensions:** Government Code § 7922.535 allows limited, case-specific delays based on *defined unusual circumstances*, not indefinite rolling extensions. The City has failed to articulate any genuine facts demonstrating that these delays remain justified nine months later.
- **Failure to Segregate or Partially Release:** Even if an exemption were to apply in part (e.g., pending investigations), the City is obligated to produce **non-exempt materials** that can be reasonably segregated. The record shows no such effort has been made.

**III. Request for Immediate Remedial Action**
To avoid litigation, I respectfully request that the City:

1. **Produce all responsive records for Requests 24-634, 24-635, and 24-679** by **April 23, 2025**;
2. **Provide a privilege log** identifying any withheld records and the specific exemptions invoked, consistent with *ACLU v. Superior Court*, 3 Cal. 5th 1032 (2017);
3. **Certify in writing** that no additional responsive records exist or will be withheld beyond what is documented in the above.

Should the City fail to meet these requests, I will proceed with the following remedies without further notice:

- Petition for writ of mandate under CPRA in **Santa Clara County Superior Court**;
- Complaint to the **California Attorney General's Office** and **State Auditor** for potential systemic noncompliance;
- Engagement with environmental watchdog organizations and public interest media to ensure transparency.

Please consider this your final opportunity to comply with the Act and avoid further escalation.

Sincerely,
**Ashley M. Gjovik, J.D.**
ashleymgjovik@protonmail.com

April 18, 2025, 2:10am by the requester

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") completes its response to your records request submitted pursuant to the California Public Records Act ("PRA").

***The City is in receipt of your California Public Records Act request seeking documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd. Although regulatory inspections have occurred at that address, the analysis, reports and conclusion of such inspections are still in progress. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000).***

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 13, 2024, 9:59pm by Staff

## Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 2, 2024, 2:10pm

## Request opened

Anyone with access to this request

Request received via web

July 2, 2024, 2:10pm by the requester

# **EXHIBIT C**

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 23-518 Closed

## Dates

**Received**

May 19, 2023 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Request

This is a follow on request to Request 23-127 which was reduced in scope after the initial request, and the just submitted 23-517.
I have reviewed all documents released prior, and I do not believe the following documents were included in that release & I need these documents if they are available. I'm working with other agencies and community groups about env & public health/safety concerns related to the site; these documents will be used for that work.

This request is specific to the sites at 3250 Scott Blvd Santa Clara from Jan 1 2014-May 19 2023, and 3260 Scott Blvd Santa Clara from Jan 1 2019-May 19 2023. I would expect these records, if there are any, to probably be with some combination of the city planning division, fire department, and FD's haz mat team.

A In a prior request, a fire department/haz mat report was released for a 2019 silane/phosphine leak at 3250 Scott. Please provide any additional documents or correspondence related to that matter if the city has any.

B. Please provide any other fire dept/haz mat incident reports for other spills/leaks/alarms at the sites.

C. Any records and payments related to the 'closure of an onsite treatment system' (ie, https://www.santaclaraca.gov/home/showpublisheddocument/1436/635713044859030000)

## Staff assigned

### Departments

*No departments available*

### Point of contact

Stephanie Davis

D. Any hazardous waste storage or haz waste treatment inspection reports, inspection, warnings, and citations. This would include separation/containment/monitoring plans and inspections. [ie 22 CCR §66265.191; §66265; 22 CCR, Div. 4.5, Chapter 15, Article 10;' 40 CFR §265; §§66265.192(b) and (k)(9)(D); 22 CCR §66265.193; §66265.192(k); 22 CCR §66265.194(b); 22CCR §66265.193(e)(2)]

E. Any inspection reports, filings, letters, notices, and test results related to LQG air emissions. [ie 22CCR §66262.34(a)(1)(A)]

F. Any inspection reports, filings, letters, notices, and test results related to aboveground or underground, haz waste storage tanks. This would include the 'written assessments' gathered and submitted by PEs for new tanks. [ie 22CCR §66265.192(h)(1); 22CCR §§66265.191(f), 66265.192(i), and 66265.193(k); §§66265.192(b) and (k)(9)(D); §66265.192(k); 22CCR §66265.193(c)(4); 22 CCR §66265.193(l).]

G. Any inspection reports, citations, letters, or payments made for the site under the "Chemical Storage Facilities" designation, including any annual fees and reports

H. Any inspection reports, citations, letters, or payments made for the site under the "Haz Waste Onsite Treatment" designation

I. Any hazardous materials monitoring system (HMSO) inspection reports, test results, citations, warnings, or letters.

J. Any plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System. (ie, SCCO B11-380)

Thank you! Please let me know if you have any questions.

Show less

Timeline Documents

**Request published** Anyone with access to this request

January 23, 2024, 4:42pm by Staff

## Request closed

Anyone with access to this request

The City of Santa Clara has released responsive document(s) pursuant to the California Public Records Act and are available for download through the https://santaclara.nextrequest.com/ portal.

Records were redacted under Government Code § 7927.700 as they are personnel, medical or similar records, the disclosure of which would constitute an unwarranted invasion of personal privacy.

January 23, 2024, 4:42pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item J.pdf

January 23, 2024, 4:41pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item I.pdf

January 23, 2024, 4:41pm by Staff

## Document(s) released

Anyone with access to this request

HW - Tiered Permit - PBR Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_10_13.pdf
HW - Tiered Permit - PBR Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_12-23.pdf
HW - Tiered Permit - PBR Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2016_08-24.pdf

January 23, 2024, 4:41pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item G.pdf

January 23, 2024, 4:41pm by Staff

## Document(s) released

Anyone with access to this request

Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2021_12-17.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2022_09-07.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2022_12-14.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism EY - 2022_12-14.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2020_10-01.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2021_01-19.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2019_12-05.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2019_10-01.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism EY - 2019_12-05.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2017_11-17.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2017_10-10.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism EY - 2017_11-29.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2015_12-09.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2015_10-02.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism EY - 2015_07-22.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Written Estimate of Closure Costs - 2015_03-15.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2015_07-22.pdf
Tiered Permit - Onsite Hazardous Waste Treatment_ Financial Assurance Closure Mechanism - 2018_11-29.pdf

January 23, 2024, 4:41pm by Staff

### Document(s) released

Anyone with access to this request

23-518 Item F - UST.pdf

January 23, 2024, 4:41pm by Staff

### Document(s) released

Anyone with access to this request

Tiered Permit - Industrial Wastewater DIscharge Permit - 2016_10-20.pdf
Tiered Permit - PBR Unit - HMR1 - 2023_01-11.pdf
Tiered Permit - PBR Unit - AWN - 2023_01-11.pdf
Tiered Permit - Facility - 2023_01-11.pdf
Tiered Permit - Industrial Wastewater DIscharge Permit - 2020_11-20.pdf
Tiered Permitting Unit_ Tank and Container Certification - 2022_10 (Tank Assessment).pdf
Tiered Permit - Financial Assurance - 2023_01-11.pdf
Tiered Permitting Unit_ Tank and Container Certification - 2022_10 (AWN).pdf
Tiered Permit - PBR - Inspection Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_10-13.pdf
Tiered Permitting Unit_ Tank and Container Certification - 2022_10 (HMR).pdf
Tiered Permitting - Notification of Property Owner 2015_06-30.pdf
Tiered Permit - PBR Unit - AWN - 2022_02-04.pdf
Tiered Permit - Facility - 2022_02-04.pdf
Tiered Permit - Financial Assurance - 2022_02-04.pdf
Tiered Permit - PBR Unit - HMR1 - 2022_02-04.pdf
Tiered Permit - Financial Assurance - 2021_01-19.pdf
Tiered Permit - PBR Unit - AWN - 2021_01-19.pdf
Tiered Permit - PBR Unit - HMR1 - 2021_01-19.pdf
Tiered Permit - Facility - 2021_01-19.pdf
Tiered Permitting Unit_ Tank and Container Certification - 2020_11 (AWN).pdf
Tiered Permitting Unit_ Tank and Container Certification - 2019_04 (HMR).pdf
Tiered Permit - Phase 1 Environmental Checklist - 2016_11-08.pdf
Tiered Permit - PBR Unit - HMR1 - 2020_12-15.pdf
Tiered Permit - PBR Unit - AWN - 2020_12-15.pdf
Tiered Permit - Facility - 2020_12-15.pdf
Tiered Permit - Financial Assurance - 2020_12-15.pdf
Tiered Permit - Financial Assurance - 2017_12-18.pdf
Tiered Permit - PBR Unit - AWN - 2017_12-18.pdf

Tiered Permit - Facility - 2017_12-18.pdf
Tiered Permitting Unit_ Tank and Container Certification - 2015_09 (AWN).pdf
Tiered Permit - PBR Unit - AWN - 2016_07-27.pdf
Tiered Permit - Facility - 2016_07-27.pdf
Tiered Permit - Financial Assurance - 2016_07-27.pdf
Tiered Permit - PBR Unit - AWN - 2015_12-03.pdf
Tiered Permit - Facility - 2015_12-03.pdf
Tiered Permit - Financial Assurance - 2015_12-03.pdf
Tiered Permit - PBR Unit - AWN - 2015_10-27.pdf
Tiered Permit - Facility - 2015_10-27.pdf
Tiered Permit - Financial Assurance - 2015_10-27.pdf
Tiered Permit - PBR Notification - 2015_11-24.pdf
Tiered Permit - PBR Notification - 2015_11-03.pdf
Tiered Permit - PBR Notification - 2016_11-21.pdf
Tiered Permit - PBR Unit - AWN - 2015_07-27.pdf
Tiered Permit - Facility - 2015_07-27.pdf
Tiered Permit - Financial Assurance - 2015_07-27.pdf
Tiered Permit - PBR Unit - AWN - 2015_12-18.pdf
Tiered Permit - Facility - 2015_12-18.pdf
Tiered Permit - Financial Assurance - 2015_12-18.pdf
Tiered Permit - PBR Unit - AWN - 2016_08-25.pdf
Tiered Permit - Facility - 2016_08-25.pdf
Tiered Permit - Financial Assurance - 2016_08-25.pdf
Tiered Permit - PBR Unit - AWN - 2016_11-03.pdf
Tiered Permit - Facility - 2016_11-03.pdf
Tiered Permit - Financial Assurance - 2016_11-03.pdf
Tiered Permit - Facility - 2016_11-10.pdf
Tiered Permit - PBR Unit - AWN - 2016_11-10.pdf
Tiered Permit - Financial Assurance - 2016_11-10.pdf
Tiered Permit - PBR Unit - AWN - 2016_12-14.pdf
Tiered Permit - Facility - 2016_12-14.pdf
Tiered Permit - Financial Assurance - 2016_12-14.pdf
Tiered Permit - PBR Unit - AWN - 2017_03-01.pdf
Tiered Permit - Facility - 2017_03-01.pdf
Tiered Permit - Financial Assurance - 2017_03-01.pdf
Tiered Permit - PBR Unit - AWN - 2018_12-07.pdf
Tiered Permit - Facility - 2018_12-07.pdf

Tiered Permit - Financial Assurance - 2018_12-07.pdf
Tiered Permit - PBR Unit - HMR1 - 2019_03-08.pdf
Tiered Permit - PBR Unit - AWN - 2019_03-08.pdf
Tiered Permit - Facility - 2019_03-08.pdf
Tiered Permit - Financial Assurance - 2019_03-08.pdf
Tiered Permit - PBR Unit - HMR1 - 2019_05-28.pdf
Tiered Permit - PBR Unit - AWN - 2019_05-28.pdf
Tiered Permit - Financial Assurance - 2019_05-28.pdf
Tiered Permit - Facility - 2019_05-28.pdf
Tiered Permit - PBR Unit - HMR1 - 2019_12-19.pdf
Tiered Permit - PBR Unit - AWN - 2019_12-19.pdf
Tiered Permit - Facility - 2019_12-19.pdf
Tiered Permit - Financial Assurance - 2019_12-19.pdf

January 23, 2024, 4:41pm by Staff

## Document(s) released

Anyone with access to this request

APSA Inspection Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_10-13.pdf

January 23, 2024, 4:40pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item E.pdf

January 23, 2024, 4:40pm by Staff

## Document(s) released

Anyone with access to this request

HW RCRA LQG Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_12-23.pdf
HW RCRA LQG Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_10-26.pdf
HW Inspection Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054 - 2016_08-24.pdf
HW Violation Report for 3250 SCOTT BLVD SANTA CLARA, CA 95054-3011 - 2020_10-13.pdf

January 23, 2024, 4:40pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item C.pdf

January 23, 2024, 4:40pm by Staff

## Document(s) released

Anyone with access to this request

2304092 - 3250 Scott Blvd.pdf
2300384 - 3250 Scott Blvd.pdf
1904285 - 3250 Scott Blvd.pdf
1903891 - 3250 Scott Blvd_Redacted.pdf
1904552 - 3250 Scott Blvd_Redacted.pdf
1908541 - 3250 Scott Blvd_Redacted.pdf
2005200 - 3250 Scott Blvd_Redacted.pdf
2006068 - 3250 Scott Blvd_Redacted.pdf
2102264 - 3250 Scott Blvd_Redacted.pdf
2103124 - 3250 Scott Blvd_Redacted.pdf
2104477 - 3250 Scott Blvd_Redacted.pdf
2105669 - 3250 Scott Blvd_Redacted.pdf
2203209 - 3250 Scott Blvd_Redacted.pdf
2106534 - 3250 Scott Blvd_Redacted.pdf
2208274 - 3250 Scott Blvd_Redacted.pdf
2204500 - 3250 Scott Blvd_Redacted.pdf
2211423 - 3250 Scott Blvd_Redacted.pdf

January 23, 2024, 4:40pm by Staff

## Document(s) released

Anyone with access to this request

23-518 Item A.pdf

January 23, 2024, 4:40pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") completes its response to your records request submitted pursuant to the California Public Records Act ("PRA").

The City has released records responsive to your records request in accordance with the PRA and are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

Records were redacted under Government Code § 7927.700 as they are personnel, medical or similar records, the disclosure of which would constitute an unwarranted invasion of personal privacy.

This completes the City's response to your request, and we will consider this matter closed.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 23, 2024, 4:40pm by Staff

## Message from requester

Requester + Staff

Here are my requests about the 3250 Scott Blvd site:
https://santaclara.nextrequest.com/requests/23-127
https://santaclara.nextrequest.com/requests/23-517
https://santaclara.nextrequest.com/requests/23-518
https://santaclara.nextrequest.com/requests/23-520
https://santaclara.nextrequest.com/requests/23-548

Other requests about this site:
https://santaclara.nextrequest.com/requests/22-1149

2019 Phosphine Leak: https://santaclara.nextrequest.com/requests/20-77

I don't know how I can be any more specific in my request here. I asked for all records and was told I recieved all records. But then I discovered there was a 2021 phosphine leak (not just 2019) and I never got the records. So then I requested the 2021 leak records & got them, so then I wondered what else the Fire Department is holding back. This request & 517 are my attempt to see what else the Fire Department held back in my first request.

The things I asked for, most if not all are things Fire Department should have been doing at that property, but it appears may have failed to do. They know exactly what I'm asking for - US EPA has likely been asking them for the exact same documents since August 2023 & following the inspection.

With all due respect, what on earth have you been doing with this request for five months if you haven't even started working on it.

-Ashley

October 15, 2023, 7:08pm by the requester

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

*This is a follow on request to Request 23-127 which was reduced in scope after the initial request, and the just submitted 23-517.*
*I have reviewed all documents released prior, and I do not believe the following documents were included in that release & I need these documents if they are available. I'm working with other agencies and community groups about env & public health/safety concerns related to the site; these documents will be used for that work.*

*This request is specific to the sites at 3250 Scott Blvd Santa Clara from Jan 1 2014-May 19 2023, and 3260 Scott Blvd Santa Clara from Jan 1 2019-May 19 2023. I would expect these records, if there are any, to probably be with some combination of the city planning division, fire department, and FD's haz mat team.*

*A In a prior request, a fire department/haz mat report was released for a 2019 silane/phosphine leak at 3250 Scott. Please provide any additional documents or correspondence related to that matter if the city has any.*

*B. Please provide any other fire dept/haz mat incident reports for other spills/leaks/alarms at the sites.*

*C. Any records and payments related to the 'closure of an onsite treatment system' (ie, https://www.santaclaraca.gov/home/showpublisheddocument/1436/635713044859030000)*

*D. Any hazardous waste storage or haz waste treatment inspection reports, inspection, warnings, and citations. This would include separation/containment/monitoring plans and inspections. [ie 22 CCR §66265.191; §66265; 22 CCR, Div. 4.5, Chapter 15, Article 10;' 40 CFR §265; §§66265.192(b) and (k)(9)(D); 22 CCR §66265.193; §66265.192(k); 22 CCR §66265.194(b); 22CCR §66265.193(e)(2)]*

*E. Any inspection reports, filings, letters, notices, and test results related to LQG air emissions. [ie 22CCR §66262.34(a)(1)(A)]*

*F. Any inspection reports, filings, letters, notices, and test results related to aboveground or underground, haz waste storage tanks. This would include the 'written assessments' gathered and submitted by PEs for new tanks. [ie 22CCR §66265.192(h)(1); 22CCR §§66265.191(f), 66265.192(i), and 66265.193(k); §§66265.192(b) and (k)(9)(D); §66265.192(k); 22CCR §66265.193(c)(4); 22 CCR §66265.193(l).]*

*G. Any inspection reports, citations, letters, or payments made for the site under the "Chemical Storage Facilities" designation, including any annual fees and reports*

*H. Any inspection reports, citations, letters, or payments made for the site under the "Haz Waste Onsite Treatment" designation*

*I. Any hazardous materials monitoring system (HMSO) inspection reports, test results, citations, warnings, or letters.*

*J. Any plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System. (ie, SCCO B11-380)*

*Thank you! Please let me know if you have any questions.*

Your request, as written, fails to reasonably describe identifiable records. At this time, we request clarification of your CPRA request.

The Fire Department is researching records for your request and are needing to know what the prior request number is for the Fire Department/haz mat report mentioned

(2019 silane/phospine leak at 3250 Scott Blvd).

To assist you in making a focused request that will allow the City to make an effective search for responsive records, **please respond in writing and identify the specific government records sought so that we may process your request.**

Failure to provide written clarification of your request may result in the closure of this CPRA request.

Upon receipt of clarification, the City will engage in a search for responsive records and will disclose all non-exempt records in response to your Request, if any.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 12, 2023, 8:53am by Staff

## Message from requester

Requester + Staff

What is the status of this request? The last update was July 10 and it asked for an extension until Jul 24 2023. There's been no updates after that & the request is currently 22 days overdue from the most recent reply. Thanks.

August 15, 2023, 1:38pm by the requester

## Message from requester

Requester + Staff

Hi! Thank you! If there's any docs you can request in batches when they're ready - that would be great if possible. (ie if you have 1/2 of the docs ready but are working on the other 1/2, if you can release that first half now & then the last half later). If not, no worries - but thought I would ask. Thank you!

July 10, 2023, 4:00pm by the requester

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

*This is a follow on request to Request 23-127 which was reduced in scope after the initial request, and the just submitted 23-517.*
*I have reviewed all documents released prior, and I do not believe the following documents were included in that release & I need these documents if they are available. I'm working with other agencies and community groups about env & public health/safety concerns related to the site; these documents will be used for that work.*

*This request is specific to the sites at 3250 Scott Blvd Santa Clara from Jan 1 2014-May 19 2023, and 3260 Scott Blvd Santa Clara from Jan 1 2019-May 19 2023. I would expect these records, if there are any, to probably be with some combination of the city planning division, fire department, and FD's haz mat team.*

*A In a prior request, a fire department/haz mat report was released for a 2019 silane/phosphine leak at 3250 Scott. Please provide any additional documents or correspondence related to that matter if the city has any.*

*B. Please provide any other fire dept/haz mat incident reports for other spills/leaks/alarms at the sites.*

*C. Any records and payments related to the 'closure of an onsite treatment system' (ie, https://www.santaclaraca.gov/home/showpublisheddocument/1436/635713044859030000)*

*D. Any hazardous waste storage or haz waste treatment inspection reports, inspection, warnings, and citations. This would include separation/containment/monitoring plans and inspections. [ie 22 CCR §66265.191; §66265; 22 CCR, Div. 4.5, Chapter 15, Article 10;' 40 CFR §265; §§66265.192(b) and (k)(9)(D); 22 CCR §66265.193; §66265.192(k); 22 CCR §66265.194(b); 22CCR §66265.193(e)(2)]*

*E. Any inspection reports, filings, letters, notices, and test results related to LQG air emissions. [ie 22CCR §66262.34(a)(1)(A)]*

*F. Any inspection reports, filings, letters, notices, and test results related to aboveground or underground, haz waste storage tanks. This would include the 'written assessments' gathered and*

***submitted by PEs for new tanks. [ie 22CCR §66265.192(h)(1); 22CCR §§66265.191(f), 66265.192(i), and 66265.193(k); §§66265.192(b) and (k)(9)(D); §66265.192(k); 22CCR §66265.193(c)(4); 22 CCR §66265.193(l).]***

***G. Any inspection reports, citations, letters, or payments made for the site under the "Chemical Storage Facilities" designation, including any annual fees and reports***

***H. Any inspection reports, citations, letters, or payments made for the site under the "Haz Waste Onsite Treatment" designation***

***I. Any hazardous materials monitoring system (HMSO) inspection reports, test results, citations, warnings, or letters.***

***J. Any plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System. (ie, SCCO B11-380)***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 24, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535:

*The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

*The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless

otherwise exempt.

July 10, 2023, 3:38pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 11, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[2]**:

*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 27, 2023, 4:24pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 27, 2023** for the follow-

ing reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[2]**:

*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 13, 2023, 4:27pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 13, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[2]**:

*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless

otherwise exempt.

May 30, 2023, 9:39am by Staff

### Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 19, 2023, 2:46pm

### Request opened

Anyone with access to this request

Request received via web

May 19, 2023, 2:46pm by the requester

City of Santa Clara
The Center of What's Possible

Fire Department

**Memorandum**

**Date:** October 18, 2023

**To:** City Clerk

**From:** Fire Department

**Subject:** Public Records Request - 23-518 Item J

*Any plans, permits, applications, reviews, inspections, or notices related to a Toxic Gas System. (ie, SCCO B11-380).*

Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)" designation.

**cc:** File

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 23-518 Closed

## Dates

**Received**
May 19, 2023 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Staff assigned

**Departments**
*No departments available*

**Point of contact**
Stephanie Davis

## Request

This is a follow on request to Request 23-127 which was reduced in scope after the initial request, and the just submitted 23-517.
I have reviewed all documents released prior, and I do not believe the following documents were included in that release & I need these documents if they are available. I'm working with other agencies and community groups about env & public health/safety concerns related to the site; these documents will be used for that work.

This request is specific to the sites at 3250 Scott Blvd Santa Clara from Jan 1 2014-May 19 2023, and 3260 Scott Blvd Santa Clara from Jan 1 2019-May 19 2023. I would expect these records, if there are any, t...

Show more

Timeline | **Documents**

All documents

1-17 / 17

### Folders

Filter by folder name

filter by folder name

- All Documents 128
- Documents not in folders
- Part A 1
- Part B - Incident Reports 17
- Part C 1

17 / 128 results in 'Part B - Incident Reports'

Filter by document name

filter by document name

Select all

Uploaded: 10/12/2023 pdf **Public**
2304092 - 3250 Scott Blvd.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2300384 - 3250 Scott Blvd.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
1904285 - 3250 Scott Blvd.pdf

Part D 4
Part E 1
Part F - Aboveground Tank 1
Part F - Need Review & De... 18
Part F - Tiered Permit 78
Part F - Underground Tank 1
Part G 1
Part H 3
Part I 1
Part J 1

Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
1903891 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
1904552 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
1908541 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2005200 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2006068 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2102264 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2103124 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2104477 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2105669 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2203209 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2106534 - 3250 Scott Blvd_Redacted.pdf
Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**
2208274 - 3250 Scott Blvd_Redacted.pdf

Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**

2204500 - 3250 Scott Blvd_Redacted.pdf

Part B - Incident Reports

Uploaded: 10/12/2023 pdf **Public**

2211423 - 3250 Scott Blvd_Redacted.pdf

Part B - Incident Reports

# EXHIBIT D

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 23-548 ☑ Closed

## Dates

**Received**

May 26, 2023 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Staff assigned

**Departments**

## Request

Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.

Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.

Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.

2021 CalOES report is Cal OES - 21-2288:
https://w3.calema.ca.gov/operational/malhaz.nsf/f1841a103c102734882563e200760c4a/197d45cf4cd38421882586c7005ec199?OpenDocument&Highlight=0,21-2288

Please let me know if you have any questions. Thank you.

Show less

Timeline | Documents

☑ **Request closed** ^

Anyone with access to this request

*No departments available*

**Point of contact**
Stephanie Davis

The City of Santa Clara has released responsive document(s) pursuant to the California Public Records Act and are available for download through the https://santaclara.nextrequest.com/ portal.

Records were redacted under Government Code § 7927.700 as they are personnel, medical or similar records, the disclosure of which would constitute an unwarranted invasion of personal privacy.

October 24, 2023, 2:03pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") completes its response to your records request submitted pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

***2021 CalOES report is Cal OES - 21-2288:***
***https://w3.calema.ca.gov/operational/malhaz.nsf/f1841a103c102734882563e200760c4a/197d45cf4cd38421882586c7005ec199?OpenDocument&Highlight=0,21-2288***

***Please let me know if you have any questions. Thank you.***

The City has released records responsive to your records request in accordance with the PRA and are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

No further records were found for the 2021 incident.

This completes the City's response to your request, and we will consider this matter closed.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 24, 2023, 2:02pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

***2021 CalOES report is Cal OES - 21-2288:
https://w3.calema.ca.gov/operational/malhaz.nsf/f1841a103c102734882563e200760c4a/197d45cf4cd38421882586c7005ec199?OpenDocument&Highlight=0,21-2288***

***Please let me know if you have any questions. Thank you.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **10/24/2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 12, 2023, 3:08pm by Staff

## Message to requester

Requester + Staff

Dear **Ashely:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

***2021 CalOES report is Cal OES - 21-2288:***
***https://w3.calema.ca.gov/operational/malhaz.nsf/f1841a103c102734882563e200760c4a/197d45cf4cd38421882586c7005ec199?OpenDocument&Highlight=0,21-2288***

***Please let me know if you have any questions. Thank you.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **10/10/2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[3]**:

*(3) The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

September 28, 2023, 4:22pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

***2021 CalOES report is Cal OES - 21-2288:***
***https://w3.calema.ca.gov/operational/malhaz.nsf/f1841a103c102734882563e200760c4a/197d45cf4cd38421882586c7005ec199?OpenDocument&Highlight=0,21-2288***

***Please let me know if you have any questions. Thank you.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **9/26/2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[3]**:

*(3) The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

September 15, 2023, 9:38am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **September 12, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[3]**:

*(3) The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 29, 2023, 3:50pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 28, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[3]**:

*(3) The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 14, 2023, 4:35pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 14, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 31, 2023, 4:49pm by Staff

## Request published

Anyone with access to this request

July 18, 2023, 12:44pm by Staff

## Document(s) released

Anyone with access to this request

PRA #23-548 Incident Report #21-3124_Redacted.pdf
208 214 4-30-21 Hazmat Report.pdf
23-548 Photo.docx

July 18, 2023, 12:44pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the “City”) acknowledges and continues its response to your record request (“Request”) pursuant to the California Public Records Act (“PRA”).

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City has released partial records responsive to your request in accordance with the PRA and such records are available for download through the NextRequest portal at https://santaclara.nextrequest.com/.

Records were redacted under Government Code § 7927.700 as they are personnel, medical or similar records, the disclosure of which would constitute an unwarranted invasion of personal privacy.

The City is continuing its search of City servers to locate additional responsive documents in a manner consistent with the PRA, and respectfully extends the response fourteen (14) days in order to search for and collect the requested records. Please be advised, the requested records will take time to review for responsiveness and potential privileges and/or any exemptions that may apply. The City will estimate disclosure, if any, to be completed on or before **July 31, 2023,** provided that we will timely notify you if this is not possible.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 18, 2023, 12:44pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 17, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2023, 3:06pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 3, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 19, 2023, 4:40pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! I am please requesting the FD/Haz Mat incident report for the April 30 2021 phosphine leak at 3250 Scott Blvd. Please also include any communications with the building owner, tenant, or operator about the leak/spill.***

***Note: The company name was redacted in the 2019 spill incident report, and also omitted from the 2021 CalOES spill report, but it's public information that the company is Apple. Apple has rented and operated the plant at 3250 Scott Blvd since 2015 to current. It makes it very difficult to monitor Apple's chemical incidents (which seem to be numerous) at this factory when the company's name is frequently redacted. Please only redact human names if you must - but I request to please stop redacting Apple & Apple Inc from these documents.***

***Note: my prior requests for records at this site resulted in the release of an incident report about a 2019 silane/phosphine leak (that wasn't reported to CalOES), but the document release didn't include anything about this 2021 phosphine leak (that was reported to CalOES by FD). If the 2021 CalOES report was a 2-year delayed report of the 2019 leak, please clarify.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2023, 4:51pm by Staff

## Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 26, 2023, 3:46pm

## Request opened

Anyone with access to this request

Request received via web

May 26, 2023, 3:46pm by the requester

# EXHIBIT E

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 23-1209 Closed

## Dates

**Received**

November 17, 2023 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Request

Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you.

If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023. Thank you.

## Timeline Documents

### Request published

Anyone with access to this request

January 19, 2024, 4:18pm by Staff

### Request closed

Anyone with access to this request

*The City is in receipt of your California Public Records Act request seeking documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd. Although regulatory inspections have occurred at that address,*

## Staff assigned

### Departments

*No departments available*

### Point of contact

Simrat Dhadli

*the analysis, reports and conclusion of such inspections are still in progress. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000).*

January 19, 2024, 4:18pm by Staff

## Message to requester

Requester + Staff

*Dear Ms. Gjovik*

*The City is in receipt of your California Public Records Act request seeking documents regarding an inspection by Santa Clara Fire Department at 3250 Scott Blvd. Although regulatory inspections have occurred at that address, the analysis, reports and conclusion of such inspections are still in progress. Until such time as the investigation is completed, such that the risk of negatively impacting the successful completion of investigation by public disclosure of the investigation materials is mitigated, the City will withhold as exempt the records requested (GC 7923.600, 7922.000).*

*Sincerely,*
*The City of Santa Clara*

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 19, 2024, 4:17pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

*Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's*

***contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you.***

***If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023. Thank you.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **1/5/2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 22, 2023, 4:25pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please***

***also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you.***

***If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023. Thank you.***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) non-holiday days until 1/02/2023 for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 12, 2023, 10:07am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please***

*provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you.*

*If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023. Thank you.*

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 11, 2023** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 27, 2023, 3:16pm by Staff

## Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 17, 2023, 8:37pm

## Request opened

Anyone with access to this request

Request received via web

November 17, 2023, 8:37pm by the requester

# **EXHIBIT F**

# RE: PRA response

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov>

CC Saengkhamphong, Sourideth@CalOES <Sourideth.Saengkhamphong@CalOES.ca.gov>

Date Thursday, June 8th, 2023 at 9:11 PM

Hello,

Thank you very much. I called and spoke with someone this afternoon who was very helpful. We were able to file two historical reports, which he sent out as we talked: 23-3760 (2019) & 23-3761 (2020)

Thank you for your help & everything your office does to keep Californians safe.

-Ashley

—

**Ashley M. Gjøvik, JD, PMP**
Director, The D&G Center for Reform

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, June 8th, 2023 at 7:07 PM, DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov> wrote:

> Ms. Gjovik,
>
> Regarding your follow up questions, please reach out to the California State Warning Center at 916-845-8911.
>
> Carl DeNigris
>
> Assistant Chief Counsel, Legal Affairs
>
> Governor’s Office of Emergency Services (Cal OES)
>
> 3650 Schriever Avenue
>
> Mather, CA 95655
>
> Office: (916) 845-8643
>
> Cell: (916) 838-9449
>
> www.caloes.ca.gov

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
**Sent:** Sunday, June 4, 2023 7:14 PM
**To:** Saengkhamphong, Sourideth@CalOES <Sourideth.Saengkhamphong@CalOES.ca.gov>
**Cc:** DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov>
**Subject:** Re: PRA response

You don't often get email from ashleymgjovik@protonmail.com. Learn why this is important

**This Message is From an External Sender**

This message came from outside your organization.

Thank you!

Follow-up questions -

There was another spill, per CUPA, in June of 2019. (attached). It was also Apple, though CUPA redacted Apple's name for some reason. I didn't see it reported in CalOES and it was not returned in your PRA results. The leak/spill was silane and phosphine - both very dangerous substances, and similar to this 2021 leak you shared. CUPA noted an evacuation and alarm, but no CalOES filing. Can I file a report for the 2019 spill as a private individual to have confirmed with CUPA/operator? If they did release phosphine and silane, it seems like it should have been reported to CalOES.

This 3250 Scott facility is a stealth semiconductor manufacturing plant <300 feet from a new, huge apartment complex and open-air playground and park. Multiple people, including myself, got very sick there in 2019 and 2020.

Similarly, Apple reported onsite treatment and air disposal of hundreds of pounds of NMP in 2020, per TRI. NMP was banned last year as a whole chemical due to how dangerous it is -- and at that time (and now) Apple is operating without a CalEPA permit. (I'm working with DTSC on the permit issues). Could I also report the NMP and request a follow up from CalOES with Apple on the NMP? It's unclear when Apple released it and if it was abated in any way before they did so. The TRI filing said 'stack point emissions' which sounds like they simply vented it at our windows. Myself and at least one other family who got sick at those apartments both complained of yellow slime on our property at the complex in 2020, and apparently NMP turns yellow as it oxidizes (and requires 1000ft downwind evacuation for spills/leaks) so it seems fairly certain they doused us with NMP at several points in 2020.

Let me know if I should call the hotline with these questions. Thank you!

—

**Ashley M. Gjøvik, JD, PMP**

Director, The D&G Center for Reform

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, June 2nd, 2023 at 7:53 PM, Saengkhamphong, Sourideth@CalOES <Sourideth.Saengkhamphong@CalOES.ca.gov> wrote:

> Ms. Gjovik,
>
> Please see attached response to your PRA request.
>
> Sourideth Saengkhamphong
>
> Associate Governmental Program Analyst, Office of Legal Affairs
>
> Governor's Office of Emergency Services (Cal OES)
>
> 3650 Schriever Avenue
>
> Mather, CA 95655
>
> Sourideth.Saengkhamphong@caloes.ca.gov

WARNING: Do not click links or attachments unless you recognize the sender and know the email is safe.

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 06/08/2023<br>TIME: 1706 | RECEIVED BY: | CONTROL#:<br>Cal OES - 23-3761<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citizen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. N-methyl-2-pyrrolidone | = | 260.17 | Lbs. | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** ***Historical Report***
RP stated that the suspected party was releasing the above substances, and failed to report them accordingly. RP has no further details about the suspected party releasing the substances.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Unknown if stopped, Unknown if contained | No | NONE | No |

| l. MARITIME VESSEL | m. KNOWN IMPACT |
|---|---|
| No | None |

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 06/30/2021 | Unknown | Industrial Plant | Unknown |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | No | Unknown |

**6. NOTIFICATION INFORMATION:**

**a. ON SCENE:** **b. OTHER ON SCENE:** **c. OTHER NOTIFIED:**

**d. ADMIN. AGENCY:** **e. SEC. AGENCY:**

**f. ADDITIONAL COUNTY:** **g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:** **RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, Co/WP, Co/Hlth, Co/E-Hlth

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 23-3761** *********

Created by: Warning Center on: 06/08/2023 05:06:13 PM Last Modified by: Warning Center on: 06/08/2023 05:17:05 PM

PrevDoc NextDoc

## Governor's Office of Emergency Services

# Hazardous Material Spill Update

***CONTROL#: 23-3760 NRC#***

| | | |
|---|---|---|
| **NOTIFY DATE/TIME:** 06/08/2023 / 1643 | **RECEIVED BY:**<br>**OCCURENCE DATE/TIME:**<br>06/01/2019/0840 | **CITY/OP. AREA:**<br>Santa Clara/Santa Clara County<br><br>BAY AREA AQMD |

**1.a. PERSON NOTIFYING Cal OES:**

| | |
|---|---|
| **AGENCY:** Private Citizen | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| | |
|---|---|
| **AGENCY:** | |

**SUBSTANCE TYPE:**

| a. SUBSTANCE: | b. QTY: *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|
| 1.Filane | Unknown | Unknown | CHEMICAL | | No | No |
| 2. Phosphine | Unknown | Unknown | CHEMICAL | | No | No |
| 3. | | | | | No | No |

**Orignal Description:** ***Historical Report***
RP stated that the suspected party was releasing the above substances, and failed to report them accordingly. Rp also stated that the facility evacuations were made at 0840 with unknown details
**Update(s):** 06/09/2023 01:28:54 PM - RP stated, That the substance reported with spelling of Filane should actually be spelt Silane.

CARB agencies

**PERSON NOTIFYING Cal OES OF SPILL UPDATE:**

| NAME: | AGENCY: | PHONE#: | Ext: | PAG/CELL: |
|---|---|---|---|---|
| | Private Citizen | | | |

| **UPDATE QUANTITY** *Amount* | *Measure* |
|---|---|
| 1. | Unknown |
| 2. | |
| 3. | |
| 4. | |

| | |
|---|---|
| **UPDATE KNOWN IMPACT:** | |
| **UPDATE CAUSE:** | |

**SITUATION UPDATE:**
RP stated, That the substance reported with spelling of Filane should actually be spelt Silane.

CARB agencies

**Link to Spill Report:** *http://w3.calema.ca.gov/Operational/MALHaz.NSF/SpillAllDocs/2C8CC01B28CF71F3882589C800824EA2?OpenDocument*

**FAX NOTIFICATION LIST:**
AA/CUPA, DTSC, RWQCB, US EPA, USFWS, DFW-OSPR, AIR RESOURCES BD, Co/WP, Co/Hlth, Co/E-Hlth

| | |
|---|---|
| **ADMINISTERING AGENCY:** | Santa Clara City Fire Department |
| **SECONDARY AGENCY:** | Santa Clara County Department of Environmental Health |
| **ADDITIONAL COUNTIES:** | |
| **ADDITIONAL ADMIN. AGENCY:** | |
| **OTHER NOTIFIED:** | |
| **RWQCB Unit:** | 2 |
| **Cal GEM:** | |
| **Cal OES Region:** | |
| **CONFIRMATION REQUEST:** | |

**FAX NOTIFICATION LIST:**

**ADMINISTERING AGENCY:**

**ADDITIONAL ADMIN. AGENCY:**

**SECONDARY AGENCY:**

**ADDITIONAL COUNTIES:**

**Cal GEM:**

**RWQCB Unit:**

Cal OES Reg.

Created by: Warning Center on: 06/09/2023 01:28:54 PM Last Modified by: Warning Center on: 06/09/2023 01:36:49 PM

* * * * * * * * * * * * * End of Form * * * * * * * * * * * * *

# RE: Records Requests Submitted to Cal OES (Matter ID PRA-312 and PRA-313)

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov>

Date Monday, October 23rd, 2023 at 2:04 PM

There's no form or contact for PRAs

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, October 23rd, 2023 at 5:02 PM, DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov> wrote:

> The Governor's Office website can be found here https://www.gov.ca.gov/
>
> Carl DeNigris
>
> Assistant Chief Counsel, Legal Affairs
>
> Governor's Office of Emergency Services (Cal OES)
>
> 3650 Schriever Avenue
>
> Mather, CA 95655
>
> Office: (916) 845-8643
>
> Cell: (916) 838-9449
>
> www.caloes.ca.gov
>
> ---
>
> **From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>
> **Sent:** Monday, October 23, 2023 1:59 PM
> **To:** DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov>
> **Subject:** Re: Records Requests Submitted to Cal OES (Matter ID PRA-312 and PRA-313)
>
> **This Message is From an External Sender**
>
> This message came from outside your organization.

This was the only PRA page I could find for the governors office

Any idea how I submit to the right office/form?

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, October 23rd, 2023 at 3:32 PM, DeNigris, Carl@CalOES <Carl.DeNigris@CalOES.ca.gov> wrote:

> Ms. Gjovik,
>
> You submitted a request for records to the California Governor's Office of Emergency Services (Cal OES) related to the behested payments you identified in the attached documents . Cal OES does not maintain the records you are requesting.
>
> You can learn more about Cal OES and our mission here https://www.caloes.ca.gov/cal-oes/about-cal-oes/.
>
> Regards,
>
> Carl DeNigris
>
> Assistant Chief Counsel, Legal Affairs
>
> Governor's Office of Emergency Services (Cal OES)
>
> 3650 Schriever Avenue
>
> Mather, CA 95655
>
> Office: (916) 845-8643

Cell: (916) 838-9449

www.caloes.ca.gov

WARNING: Do not click links or attachments unless you recognize the sender and know the email is safe.

# EXHIBIT G

# Filing retroactive spill reports

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To fred.mehr@caloes.ca.gov

Date Sunday, February 4th, 2024 at 4:24 PM

Hi,

I would like to please file retroactive spill reports for my ex-employer who has been systemically and persistently avoiding reporting their chemical spills and leaks, especially from this location. You folks let me do this on June 8 2023 for two other previously un-reported spills (23-3760, 23-3761) and I'm hoping I can do it again. There's a huge apartment complex less than 300 feet away from this facility -- so it seems important to me there are public records of these leaks. To reduce any confusion, instead of calling, this time I'm attaching the incident reports I'm basing these retroactive spill reports on. Feel free to call me to confirm or if any questions: 415-964-6272

If you're able to attach photos of the report, that would be great.

Location for all reports is: 3250 Scott Blvd Santa Clara 95054
Responsible Party is Apple Inc.
Facility is an industrial plant & RCRA facility: CAR000278176
Reporting agency: Private Citizen
Site Contacts, per CERS: Tom Huynh, Apple, 408-996-1010

**New Report #1:**
Incident: April 18 2022 10:42am
Chemical leak of 5% Fluorine Gas which was released into the 'atmosphere'
Chemical: Fluorine (CAS 7782-41-4)
Type: Gas
Amount/Measure: unknown
Stoppage/containment: unknown
Water/waterway/drinking water involved: unknown
Reported cause: human error/negligence
Employees evacuated -yes
Injuries/fatality: unknown
cleanup by: unknown
known impact: unknown
pipeline/vessel/maritime vessel: No

Reporting: TSCA, CERCLA; RCRA; SARA 302, SARA 304, SARA 313, CAA

**New Report #2:**
May 29 2022 at 14:19 (2:19pm)
Chemical leak of Hexafluoro-1,3-butadiene aka hexafluorobutadiene
Chemical: hexafluorobutadiene (CAS 685-63-2)
Type: Chemical vapor
Amount/Measure: unknown
Stoppage/containment: unknown
Water/waterway/drinking water involved: unknown
Reported cause: unknown
Employees evacuated - Yes
Injuries/fatality: unknown

cleanup by: unknown
known impact: unknown
pipeline/vessel/maritime vessel: No

Reporting: SARA 311/312 (Flammable; Gas Under Pressure; Acute toxicity; Specific Target Organ Toxicity)

Thank you!

—

**Ashley M. Gjøvik**

**BS, JD, PMP**

Sent with Proton Mail secure email.

---

**736.56 KB** 2 files attached

2204500 - 3250 Scott Blvd_Redacted.pdf 375.76 KB

2203209 - 3250 Scott Blvd_Redacted.pdf 360.80 KB

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| | | |
|---|---|---|
| **DATE:** 02/04/2024<br>**TIME:** 1631 | **RECEIVED BY:** | **CONTROL#:**<br>Cal OES - **24-0667**<br>NRC - |

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citzen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| **1.** Fluorine Gas 7782414 Cas# | = | unknown | Unknown | VAPOR | | No | No |
| **2.** | = | | | | | No | No |
| **3.** | = | | | | | No | No |

**g. DESCRIPTION:** RP states: Due to human error the gas was turned on from a cabinet and impacted a semi conductor manufacturing plant. A nearby residential area was also impacted.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped | No | | No |

**l. MARITIME VESSEL**
No

**m. KNOWN IMPACT**
None

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military):* | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 04/18/2022 | 1042 | Industrial Plant | Human Error |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | Yes<br>Evacs #: the entire facility was evacuated | Unknown |

**6. NOTIFICATION INFORMATION:**

| a. ON SCENE: | b. OTHER ON SCENE: | c. OTHER NOTIFIED: |
|---|---|---|
| Fire Dept. | | |

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:**
2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, AIR RESOURCES BD, CDPH-D.O., Co/WP, Co/Hlth, Co/E-Hlth

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 24-0667** *********

Created by: Warning Center on: 02/04/2024 04:31:02 PM Last Modified by: Warning Center on: 02/04/2024 04:45:18 PM

## Governor's Office Emergency Services

# Hazardous Materials Spill Report

| DATE: 02/04/2024<br>TIME: 1645 | RECEIVED BY: | CONTROL#:<br>Cal OES - 24-0668<br>NRC - |
|---|---|---|

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Private Citzen | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY:>=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. Hexafluorobutadiene CAS# 685632 | = | unknown | Unknown | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** RP states: Gas was released due to an unknown cause impacting the manufacturing facility and nearby residence. Clean up effort is unknown.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped | No | | No |

| l. MARITIME VESSEL | m. KNOWN IMPACT |
|---|---|
| No | None |

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military)*: | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 05/29/2022 | 1419 | Industrial Plant | Unknown |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| Unknown | Unknown | Yes<br>Evacs #: the entire facility was evacuated | Unknown |

**6. NOTIFICATION INFORMATION:**

**a. ON SCENE:** **b. OTHER ON SCENE:** **c. OTHER NOTIFIED:**

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:** 2

**Cal OES Region:**

AA/CUPA, DTSC, RWQCB, US EPA, USFWS, AIR RESOURCES BD

| Photo Attachment: | |
|---|---|

11. Cal OES Reg.

********* **Control No: 24-0668** *********

Created by: Warning Center on: 02/04/2024 04:45:35 PM Last Modified by: Warning Center on: 02/04/2024 04:55:13 PM

# EXHIBIT H

# Governor's Office Emergency Services
# Hazardous Materials Spill Report

| | | |
|---|---|---|
| **DATE:** 04/30/2021<br>**TIME:** 1014 | **RECEIVED BY:** | **CONTROL#:**<br>Cal OES - **21-2288**<br>NRC - |

**1.a. PERSON NOTIFYING Cal OES:**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|
| | Santa Clara FD | | | |

**1.b. PERSON REPORTING SPILL (If different from above):**

| 1. NAME: | 2. AGENCY: | 3. PHONE#: | 4. Ext: | 5. PAG/CELL: |
|---|---|---|---|---|

**2. SUBSTANCE TYPE:**

| 2. a. SUBSTANCE: | b.QTY: >=< | *Amount* | *Measure* | c. TYPE: | d. OTHER: | e. PIPELINE | f. VESSEL >= 300 Tons |
|---|---|---|---|---|---|---|---|
| 1. Phosphine Gas | = | 0.001145 | Lbs. | VAPOR | | No | No |
| 2. | = | | | | | No | No |
| 3. | = | | | | | No | No |

**g. DESCRIPTION:** While purging a cylinder the release occurred, material vented into the atmosphere inside a structure, a scrubber system apparently malfunctioned and the material entered the buildings ventilation system, approximately 50 employees were evacuated and have been allowed to return, FD and Responsible Party handled the containment and no clean up required.

| h. STOPPAGE/CONTAINMENT: | i. WATER INVOLVED: | j. WATERWAY: | k. DRINKING WATER IMPACTED |
|---|---|---|---|
| Stopped, Contained | No | | |

**m. KNOWN IMPACT**
None

**3. a. INCIDENT LOCATION:** 3250 Scott Blvd, Aria

| b. CITY: | c. COUNTY: | d. ZIP: | |
|---|---|---|---|
| Santa Clara | Santa Clara County | 95054 | BAY AREA AQMD |

**4. INCIDENT DESCRIPTION:**

| a. DATE: | b. TIME *(Military):* | c. SITE: | d. REPORTED CAUSE |
|---|---|---|---|
| 04/30/2021 | 0828 | Merchant/Business | Human Error |
| **e. INJURIES** | **f. FATALITY** | **g. EVACUATION** | **h. CLEANUP BY:** |
| No | No | Yes<br>Evacs #: 50 | N/A |

**6. NOTIFICATION INFORMATION:**

| a. ON SCENE: | b. OTHER ON SCENE: | c. OTHER NOTIFIED: |
|---|---|---|
| Fire Dept. | | |

**d. ADMIN. AGENCY:** Santa Clara City Fire Department

**e. SEC. AGENCY:** Santa Clara County Department of Environmental Health

**f. ADDITIONAL COUNTY:**

**g. ADMIN. AGENCY:**

**h. NOTIFICATION LIST:**

**Cal GEM:**

**RWQCB Unit:**

**Cal OES Region:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ AA/CUPA | ☒ AIR RESOURCES BD | ☐ CHP | ☐ FEMA | ☐ LDO | ☐ USCG |
| ☒ DTSC | ☐ CALTRANS | ☐ CSWC Managers | ☐ FOOD & AG | ☐ PARKS & REC | ☒ Co/WP |
| ☒ RWQCB | ☐ CALFIRE | ☐ DWP-DO | ☐ LANDS | ☐ PUC | ☐ Co/Hlth |
| ☒ US EPA | ☐ Cal GEM | ☐ DPR | ☐ EDO | ☐ SFM | ☐ Co/E-Hlth |
| ☒ USFWS | ☐ COASTAL COM | ☐ EB PARKS | ☐ FDC | ☐ UCSB | ☐ Maritime |
| ☐ DFW-OSPR | ☐ CDPH-D.O. | ☐ EMSA | ☐ Cal OES REG | ☐ BSEE | ☐ DFW/OSPR/MSU |

| Photo Attachment: | |
|---|---|

http://w3.calema.ca.gov/operational/malhaz.nsf/SpillAllDocs/197D45CF4CD38421882586C7005EC199?OpenDocument

# **EXHIBIT I**

*Santa Clara City Fire Department*
*777 BENTON ST.*
*Santa Clara, CA 95050*
*408-615-4900*
*user@ci.santa-clara.ca.us*
*Printed: 02/13/2020 09:51:11*
*Number of Pages: 3*

Incident Report
2019-1904285 -000

| Basic | | |
|---|---|---|
| Alarm Date and Time | 08:40:52 | Saturday, June 1, 2019 |
| Arrival Time | 08:44:44 | |
| Controlled Date and Time | | |
| Last Unit Cleared Date and Time | 09:17:33 | Saturday, June 1, 2019 |
| Response Time | 0:03:52 | |
| Priority Response | Yes | |
| Completed | Yes | |
| Fire Department Station | 09 | |
| Shift | B | |
| Incident Type | 422 - Chemical spill or leak | |
| Aid Given or Received | N - None | |
| Alarms | 1 | |
| Action Taken 1 | 80 - Information, investigation & enforcement, other | |
| Casualties | No | |
| Apparatus - Suppression | 2 | |
| Personnel - Suppression Personnel | 4 | |
| Hazardous Material Released | 0 - Special hazmat actions required or spill >= 55 gallons | |
| Property Use | 629 - Laboratory or science lababoratory | |
| Location Type | Address | |
| Address | 3250 SCOTT BL | |
| City, State Zip | SANTA CLARA, CA 95050 | |
| Latitude | 37.379521 | |
| Longitude | -121.97163 | |

| Situation | |
|---|---|
| Initial Dispatch Code | ALARM |
| Final Dispatch Code | ALARM |
| Incident Delay | 0 - No Delay |
| Incident Reported By | 1 - No - I Did Not Check |
| Response Type | 3 - Code 3 |
| Critical Incident | No |

| Hazmat | |
|---|---|
| Area Affected | 1 - Square Feet |
| Hazmat Action Taken 1 | 34 - Investigate |
| Cause of Release | 1 - Intentional |
| Disposition | 1 - Completed by fire service only |

| Hazmat Chemicals | |
|---|---|
| Chemical Name | Hazardous Material |

| Apparatus - E99 | | |
|---|---|---|
| Apparatus ID | E99 | |
| Response Time | 0:03:52 | |
| Apparatus Dispatch Date and Time | 08:40:52 | Saturday, June 1, 2019 |
| En route to scene date and time | 08:42:25 | Saturday, June 1, 2019 |

*Santa Clara City Fire Department*
*777 BENTON ST.*
*Santa Clara, CA 95050*
*408-615-4900*
*user@ci.santa-clara.ca.us*

Incident Report
2019-1904285 -000



### Apparatus - E99

| | | |
|---|---|---|
| Apparatus Arrival Date and Time | 08:44:44 | Saturday, June 1, 2019 |
| Apparatus Clear Date and Time | 09:17:26 | Saturday, June 1, 2019 |
| Apparatus priority response | Yes | |
| Number of People | 3 | |
| Apparatus Use | Suppression | |
| Apparatus Type | 11 - Engine | |
| First Arriving Unit | Yes | |
| Personnel 1 | 4062 - Cantanho, Trevor<br>Position: DE | |
| Personnel 2 | 6448 - Lerner, Lukas<br>Position: FF | |
| Personnel 3 | 5747 - Carter, Gail<br>Position: DE | |

### Apparatus - H99

| | | |
|---|---|---|
| Apparatus ID | H99 | |
| Response Time | 0:04:03 | |
| Apparatus Dispatch Date and Time | 08:40:52 | Saturday, June 1, 2019 |
| En route to scene date and time | 08:42:44 | Saturday, June 1, 2019 |
| Apparatus Arrival Date and Time | 08:44:55 | Saturday, June 1, 2019 |
| Apparatus Clear Date and Time | 09:17:33 | Saturday, June 1, 2019 |
| Apparatus priority response | Yes | |
| Number of People | 1 | |
| Apparatus Use | Suppression | |
| Apparatus Type | 93 - HazMat unit | |
| Personnel 1 | 5751 - Gandy, Aaron<br>Position: DE | |

### Authority

| | | |
|---|---|---|
| Reported By | 4062 - Cantanho, Trevor<br>06:39:02 Sunday, June 2, 2019 | |
| Officer In Charge | - , | |
| Reviewer | - , | |

### Narratives

| | |
|---|---|
| Narrative Name | New Narrative |
| Narrative Type | Incident |
| Narrative Date | 06:34:18 Sunday, June 2, 2019 |
| Author | 4062 - Cantanho, Trevor |
| Author Rank | DE |
| Author Assignment | 1 |
| Narrative Text | At 0840 hours on Saturday June 1, 2019 we were dispatched to a chemical spill/leak. Two units were assigned to this incident. Four personnel responded. We arrived on scene at 0844 hours and cleared at 0917 hours. The incident occurred at 3250 SCOTT Bl, SANTA |

*Santa Clara City Fire Department*
*777 BENTON ST.*
*Santa Clara, CA 95050*
*408-615-4900*
*user@ci.santa-clara.ca.us*

Incident Report
2019-1904285 -000



**Narratives**

CLARA. The local station is 09. The general description of this property is laboratory or science lababoratory. Other special haz mat actions were also taken. No mutual/automatic aid was given or received.

Alarm number 1904285 has been assigned to this incident.

E99 and H99 responded to a gas leak at . . E99 and H99 arrived on scene and found nothing showing and an evacuation in progress. ERT was on scene and they stated that they had been purging their lines but did not put their system in test. The alarm was for .5 parts per billion that was going through their scrubbers. The chemicals were Silane and Phosephine. This release was a normal process for them, and there were no further actions needed by Fire or Hazmat.

E99 cleared.

E99B
A/C T.Cantanho

End of Report

# **EXHIBIT J**

Skip to main content

City of Santa Clara

NextRequest

Request Visibility: Unpublished

# Request 24-679 Open

4 of 4 with filters active

## Dates

**Received**

July 12, 2024 via web

## Requester

Ashley M. Gjovik

ashleymgjovik@protonmail.com

Alviso, CA, 95002

4159646272

n/a

## Invoices

## Request

Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).

Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.

If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.

Show less

Timeline Documents

**Message to requester**

Requester + Staff

No invoices due

## Staff assigned

**Departments**

*No departments available*

**Point of contact**

Vinh Nguyen

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 31, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 17, 2026, 1:22pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the “City”) continues its response to your record request (“Request”) pursuant to the California Public Records Act (“PRA”).

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 17, 2026** for the following reasons and pursuant to California Public Record Act (“the Act”), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 3, 2026, 2:59pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 3, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 20, 2026, 10:41am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 20, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2026, 3:28pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 6, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code

section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 18, 2026, 2:46pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2026, 2:52pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 5, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 22, 2026, 10:18am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications,**

**comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 22, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 8, 2026, 10:18am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After**

**review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 8, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 24, 2026, 9:59am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 24, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 11, 2026, 12:53pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 10, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 27, 2026, 3:01pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 13, 2026, 2:52pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 27, 2026, 11:34am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Case 5:25-cv-07360-RCP Document 139 Filed 10/16/26 Page 124 of 250

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 13, 2026, 9:25am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"),

Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 30, 2026, 11:04am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 30, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:34pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 2:41pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications,**

**comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 18, 2025, 5:03pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After**

**review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 18, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 4, 2025, 4:27pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).**

**Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.**

**If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 4, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 20, 2025, 1:22pm by Staff

## Document(s) released

Anyone with access to this request

16-1097 Rev1.pdf
FIR2016-01097 - Workflow.csv

October 23, 2025, 8:29am by Staff

## Message from requester

Requester + Staff

**FORMAL NOTICE OF NON-COMPLIANCE WITH CPRA**

*Re: Requests 24-634, 24-635, 24-679 – City of Santa Clara*

**Date:** April 18, 2025

**From:** Ashley M. Gjovik

**To:** City Clerk's Office, City of Santa Clara

Dear City Clerk's Office:

This correspondence serves as a final notice regarding the City of Santa Clara's continuing noncompliance with its obligations under the **California Public Records Act (CPRA), Government Code § 7920.000 et seq.**, as they relate to Public Records Requests **24-634**, **24-635**, and **24-679**, submitted between July 2 and July 12, 2024.

The pattern of serial 14-day extensions issued in response to these requests — now extending across **nine months** — raises serious concerns about the City's adherence to the CPRA's mandate that records be disclosed "promptly" and that any delay be justified by clearly established *unusual circumstances*. At this stage, those justifications no longer withstand scrutiny.

**I. Background and Summary of Deficiencies**

1. **Request 24-634** (Re-inspection of 3250 Scott Blvd in August 2023): Initially denied on grounds that the records were part of an "active investigation," per Gov. Code §§ 7923.600 and 7922.000. However, more than one year has passed, and there is no indication that this exemption remains applicable or narrowly tailored as required by law.
2. **Request 24-635** (HazMat, Risk Reduction, Fire, and environmental records for 3250 Scott Blvd): While some responsive documents were released, substantial categories of records — particularly internal correspondence, photos, incident reports, and permit histories —

remain outstanding. The scope and nature of the delays no longer comport with the CPRA's standards of "reasonable" diligence.

3. **Request 24-679** (Fire permits for 3250 Scott Blvd, including FIR2016-01097): Despite prioritization of this permit and a clearly defined request, the City has failed to provide a single responsive document in over eight months.

In total, these requests concern **an industrial facility currently under federal investigation by the United States Environmental Protection Agency**, which has conducted **two formal hazardous waste inspections** — one in **August 2023** and one in **January 2024**. It is difficult to credibly maintain that the City lacks access to responsive documentation that was almost certainly reviewed by federal investigators over a year ago.

**II. Legal Concerns**

The City's ongoing conduct raises significant compliance issues under the CPRA, including:

- **Constructive Denial:** Where a public agency fails to provide records within a reasonable time, even in the absence of an outright denial, courts have held this to be a de facto denial of access. (*See, e.g., Long Beach Police Officers Assn. v. City of Long Beach*, 59 Cal. 4th 59 (2014)).
- **Improper Use of Extensions:** Government Code § 7922.535 allows limited, case-specific delays based on *defined unusual circumstances*, not indefinite rolling extensions. The City has failed to articulate any genuine facts demonstrating that these delays remain justified nine months later.
- **Failure to Segregate or Partially Release:** Even if an exemption were to apply in part (e.g., pending investigations), the City is obligated to produce **non-exempt materials** that can be reasonably segregated. The record shows no such effort has been made.

**III. Request for Immediate Remedial Action**

To avoid litigation, I respectfully request that the City:

1. **Produce all responsive records for Requests 24-634, 24-635, and 24-679** by **April 23, 2025**;

2. **Provide a privilege log** identifying any withheld records and the specific exemptions invoked, consistent with *ACLU v. Superior Court*, 3 Cal. 5th 1032 (2017);
3. **Certify in writing** that no additional responsive records exist or will be withheld beyond what is documented in the above.

Should the City fail to meet these requests, I will proceed with the following remedies without further notice:

- Petition for writ of mandate under CPRA in **Santa Clara County Superior Court**;
- Complaint to the **California Attorney General's Office** and **State Auditor** for potential systemic noncompliance;
- Engagement with environmental watchdog organizations and public interest media to ensure transparency.

Please consider this your final opportunity to comply with the Act and avoid further escalation.

Sincerely,

**Ashley M. Gjovik, J.D.**

ashleymgjovik@protonmail.com

April 18, 2025, 2:10am by the requester

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

*"Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).*

*Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback,*

***approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.***

***If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 1, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 17, 2025, 8:57am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections / applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).***

***Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.***

***If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 17, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 3, 2025, 12:42pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"Hello! This is a follow on request to 23-127, 23-517, and 23-518 -- and expansion of 24-635. I previously requested copies of all permits / inspections /***

*applications for 3250 Scott Blvd starting in 2014. After review, it appears I was never provided any of the Fire applications (ie, FIR(year)-(number)).*

*Please provide all FIRE/FIR- permit documentation starting in January 1 2014 and through July 1 2024. Please include: applications, comments / feedback, approvals, denials, emails, corrective actions, inspections, requirements, and Community Risk Reduction records for the permit.*

*If possible, please release FIR2016-01097 first, as it is more time sensitive than the others. Description: "TANK/INS/AG: Install solvent waste tank (Haz mat)/ Reocate (e) house vacum skid." 9/1/2016-8/11/2017."*

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 3, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 20, 2025, 11:23am by Staff

Show me more

FAQs
Help

Case 5:25-cv-07360-PCP Document 139 Filed 10/16/26 Page 137 of 250

Privacy
Terms
santaclaraca.gov

CIVICPLUS
NextRequest

Skip to main content

City of Santa Clara

NextRequest

**Request Visibility:** Unpublished

# Request 25-1371 Open

## Dates

**Received**

October 25, 2025 via web

## Request

Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).

Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.

## Requester

Ashley M. Gjovik

ashleymgjovik@protonmail.com

Alviso, CA, 95002

4159646272

n/a

## Invoices

No invoices due

Timeline Documents

### Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the

## Staff assigned

Departments

*No departments available*

Point of contact

Vinh Nguyen

response fourteen (14) days until **August 31, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 17, 2026, 4:47pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 17, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 3, 2026, 3:03pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 3, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 20, 2026, 10:47am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 20, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2026, 3:55pm by Staff

Requester + Staff

## Message to requester

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 6, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 18, 2026, 2:48pm by Staff

Requester + Staff

## Message to requester

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2026, 2:58pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 5, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 22, 2026, 10:39am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 22, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records*

*from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 8, 2026, 10:40am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 8, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 24, 2026, 11:58am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 24, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 11, 2026, 12:57pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 10, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 27, 2026, 3:06pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 13, 2026, 4:09pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 27, 2026, 1:04pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will

timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 13, 2026, 9:54am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **February 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 30, 2026, 3:00pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 30, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 (*1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:33pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 (*1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 2:26pm by Staff

Requester + Staff

## Message to requester

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 (*1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 16, 2025, 9:55am by Staff

Requester + Staff

## Message to requester

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 16, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 (*1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 2, 2025, 3:16pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the

response fourteen (14) days until **December 2, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 18, 2025, 1:44pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"Please promptly provide all Fire (including Community Risk/HazMat/etc.) Incident reports for 3250 Scott Blvd from July 2 2024 - Oct 20 2025."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **November 18, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 4, 2025, 11:07am by Staff

### Message to requester

Requester + Staff

Hello,

The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 25, 2025, 1:26pm

### Request opened

Anyone with access to this request

Request received via web

October 25, 2025, 1:26pm by the requester

FAQs
Help
Privacy
Terms
santaclaraca.gov

CIVICPLUS
NextRequest

Skip to main content

City of Santa Clara

NextRequest

**Request Visibility:** Unpublished

# Request 25-1372 Open

## Dates

**Received**

October 25, 2025 via web

## Requester

Ashley M. Gjovik

ashleymgjovik@protonmail.com

Alviso, CA, 95002

4159646272

n/a

## Invoices

No invoices due

## Request

Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).

This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.

Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).

Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.

## Staff assigned

**Departments**

*No departments available*

**Point of contact**

Vinh Nguyen

See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).

Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"*

*designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.

Thank you.

Show less

Timeline Documents

### Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and**

**floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 31, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure

August 17, 2026, 4:46pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic**

**Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 17, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 3, 2026, 3:03pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 3, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 20, 2026, 10:44am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "***Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"*

*designation***") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 20, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2026, 3:54pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this**

**ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 6, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 18, 2026, 2:48pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic**

**Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2026, 2:58pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 5, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 22, 2026, 10:39am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: (“Common Toxic Gases as Defined by the Toxic Gas Ordinance” (Unidocs Document No. UN-015); “Toxic Gas Ordinance Field Guide/Checklist” (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "***Fire Department was unable to locate records under the “Toxic Gas System (i.e. SCCO B11-380)”*

*designation***") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 22, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 8, 2026, 10:40am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this**

**ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 8, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 24, 2026, 11:57am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic**

**Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "***Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"*

***designation*****") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 24, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 11, 2026, 12:55pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 10, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 27, 2026, 3:06pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "***Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"*

*designation*"**) that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 13, 2026, 3:43pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this**

**ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 27, 2026, 11:54am by Staff

## Message to requester

Requester + Staff

Dear **Ashley Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic**

**Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 13, 2026, 9:51am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **February 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 30, 2026, 11:24am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "***Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"*

*designation*") **that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 30, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:53pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this**

**ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 2:32pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic**

**Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 16, 2025, 9:56am by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello! This is a follow-on request to 24-635 and in support of *Gjovik v. Apple Inc, Santa Clara, K. Jenab* (5:25-cv-07360).**

**This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.**

**Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.).**

**Note, this would include Toxic Gas alarm records (including alarm/notices received, responses, and outcomes). This would include the indicated records related to the regulated Poison-A Toxic Gases including: Phosphine, Arsine, Ammonia, Germane, Bromine, Nitric Oxide, Diborane, Stibine, Fluorine, and Phosgene.**

**See also: ("Common Toxic Gases as Defined by the Toxic Gas Ordinance" (Unidocs Document No. UN-015); "Toxic Gas Ordinance Field Guide/Checklist" (Document No. HMCD-020). (Santa Clara Toxic Gas Installation Application requires at least: scope of work, material inventory, control strategy, operating description, exhaust treatment calculations, drawings, detection/alarms, secondary containment, and specifications).**

**Per Unidocs, the Santa Clara FD has exclusive jurisdiction in administering and enforcing the Toxic Gas Ordinance in Santa Clara. If Santa Clara FD still has no records (see 23-518 Item J, "*Fire Department was unable to locate records under the "Toxic Gas System (i.e. SCCO B11-380)"***

***designation*") that would indicate the Santa Clara FD has not been, and is not currently administering or enforcing the Toxic Gas ordinance.**

**Thank you.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 16, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 2, 2025, 3:18pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County***

***Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.***

***Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.)."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 2, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 18, 2025, 1:43pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

***"This request seeks records from 3250 Scott Blvd in Santa Clara from Jan 1 2023-Oct 1 2025 specific to the Toxic Gas Ordinance (Santa Clara County Ordinance Code, Division B11, Chapter XIV) and its regulated gases at this facility.***

***Please promptly provide reports/documents for 3250 Scott Blvd including but not limited to applications, comments, responses, inspections, citations/violations, notices, letters, communications, plans, diagrams, specifications, schematics, photos, videos, maps and floorplans. This should include the lifecycle of administering this ordinance and regulating these gases including planning (ie, permits), compliance (ie, inspections, certifications, etc), operations (releases, exhaust, incidents), accidents (leaks, spills, injuries, etc), and risk mgmt (ie, inventories, offsite consequences, emergency response plan, community notifications, etc.)."***

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **November 18, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 **[1]**:

*(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 4, 2025, 11:05am by Staff

### Message to requester

Requester + Staff

Hello,

The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

October 25, 2025, 1:46pm

### Request opened

Anyone with access to this request

Request received via web

October 25, 2025, 1:46pm by the requester

FAQs
Help
Privacy
Terms
santaclaraca.gov

CIVICPLUS NextRequest

Skip to main content

City of Santa Clara

NextRequest

**Request Visibility:** Unpublished

# Request 25-1477 Open

## Dates

**Received**

November 08, 2025 via web

## Requester

Ashley M. Gjovik

ashleymgjovik@protonmail.com

Alviso, CA, 95002

4159646272

n/a

## Invoices

No invoices due

## Request

Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.

Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).

So please respond to my PRA request now. Thanks.

----------------------------------

Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.

(23-1209, 24-634)

## Staff assigned

Departments

*No departments available*

Point of contact

Vinh Nguyen

Show less

Timeline Documents

### Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**---------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 31, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 17, 2026, 4:47pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

---------------------------------

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 17, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

August 3, 2026, 3:08pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **August 3, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 20, 2026, 10:46am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these**

**emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 20, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

July 3, 2026, 3:57pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-**

**2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **July 6, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 18, 2026, 2:49pm by Staff

Requester + Staff

## Message to requester

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 19, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records*

*from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

June 5, 2026, 2:59pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including**

**when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **June 5, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

May 22, 2026, 10:40am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 22, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California

Public Records Act, unless otherwise exempt.

May 8, 2026, 10:41am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **May 8, 2026** for the following reasons

and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 24, 2026, 11:59am by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any**

**citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 24, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

April 11, 2026, 12:57pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city**

**investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**---------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **April 10, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 27, 2026, 3:07pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**---------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will

timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

March 13, 2026, 4:10pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **March 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 27, 2026, 1:05pm by Staff

## Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **February 27, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(1) The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

February 13, 2026, 9:56am by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik:

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**---------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **February 13, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 30, 2026, 4:50pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 30, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:28pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik:

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 2:04pm by Staff

### Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**----------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these**

**emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 17, 2025, 5:41pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**

The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**Hello, I am re-requesting 23-1209 and 24-634, both of which were closed under the excuse that there was some sort of city investigation open and ongoing since mid-2023 and through at least mid-2025.**

**Assumably the FD was referring to the federal enforcement action, which was resolved with a Settlement Agreement & Final Order on Oct. 27 2025. (*In the Matter of Apple, Inc.*, U.S. EPA Docket No. RCRA-09-**

**2026-0006, Consent Agreement and Final Order (EPA Region IX Oct. 27, 2025)).**

**So please respond to my PRA request now. Thanks.**

**---------------------------------**

**Hello! It appears that Santa Clara FD/HazMat may have conducted an inspection of 3250 Scott Blvd in Santa Clara in late August 2023. If so, please provide any inspection reports including findings and any citations. Please also include any emails or other correspondence with Apple and/or Apple's contractors about this inspection including when Apple were notified there would be an inspection, any follow up with Apple after the inspection, and anything in between. Please include any photos taken during the inspection. Thank you. If these emails are not easily to find, then please use the keywords "3250 Scott" and search from Aug 1 2023 through Nov 1 2023.**

**(23-1209, 24-634)**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 17, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535 *(2) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 3, 2025, 6:14pm by Staff

## Message to requester

Requester + Staff

Hello,

The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office

City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 8, 2025, 11:27pm

## Request opened

Anyone with access to this request

Request received via web

November 8, 2025, 11:27pm by the requester

**FAQs**
**Help**
**Privacy**
**Terms**
**santaclaraca.gov**

CIVICPLUS NextRequest

# **EXHIBIT K**

City of Santa Clara
NextRequest

Request Visibility: Published

# Request 25-1476 Closed

## Dates

**Received**

November 08, 2025 via web

## Requester

Ashley M. Gjovik
ashleymgjovik@protonmail.com
Alviso, CA, 95002
4159646272
n/a

## Invoices

No invoices due

## Staff assigned

**Departments**

*No departments available*

**Point of contact**

Vinh Nguyen

## Request

I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."

The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that *"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4"* Footnote 4 then cites the document(s) requested above, verbatim as written.

Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.

Show less

## Timeline | Documents

### Request published

Anyone with access to this request

January 16, 2026, 12:25pm by Staff

### Request closed

Anyone with access to this request

The City of Santa Clara has no responsive documents.

January 16, 2026, 12:25pm by Staff

### Message to requester

Requester + Staff

Dear **Ashley M. Gjovik:**

The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

**I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."**

**The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that** ***"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4"*** **Footnote 4 then cites the document(s) requested above, verbatim as written.**

**Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.**

The City has searched its records and determined that there are no responsive records for this request.

This completes the City's response to your request, and we will consider this matter closed.

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 16, 2026, 12:25pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."**

**The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that** *"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4"* **Footnote 4 then cites the document(s) requested above, verbatim as written.**

**Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 16, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

January 2, 2026, 2:02pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."**

**The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that** *"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4"* **Footnote 4 then cites the document(s) requested above, verbatim as written.**

**Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response until **January 2, 2026** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 17, 2025, 5:40pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."**

**The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that** *"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4"* **Footnote 4 then cites the document(s) requested above, verbatim as written.**

**Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 17, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

December 3, 2025, 6:12pm by Staff

## Message to requester

Requester + Staff

Dear Ashley M. Gjovik**:**
The City of Santa Clara (the "City") continues its response to your record request ("Request") pursuant to the California Public Records Act ("PRA").

**I'm please requesting the following document(s): "Santa Clara Fire Department, 2015. Email communication between Jack Lin from the Fire Prevention and Hazardous Materials Division of the Santa Clara Fire Department and Patrick Sutton from BASELINE. 29 July."**

**The document(s) were cited in "4.6 Hazards and Hazardous Materials" section of the "Santa Clara Square – Residential/Mixed Use Project Draft EIR 1176.002" from October 2015 (https://www.santaclaraca.gov/home/showpublisheddocument/15490/635797432172470000) which states on page 4.6-24 that** ***"Based on the Santa Clara Fire Department's records search, at this time there is only one CalARP facility, "Applied Materials," located within 0.5 mile of the project site boundary.4*"** **Footnote 4 then cites the document(s) requested above, verbatim as written.**

**Assumably the document(s) were preserved as it was cited as the exclusive data source for a critical determination about CalARP and related public safety policies for a $2B development project includes housing for thousands of people; and if that information was incorrect, it could create major public safety risks including issues leading to severe chemical injuries for hundreds of people inside their homes. Thanks.**

The City is continuing its search of City servers to locate responsive documents in a manner consistent with the PRA, provided that we will timely notify you if this is not possible, and respectfully extend the response fourteen (14) days until **December 3, 2025** for the following reasons and pursuant to California Public Record Act ("the Act"), Government code section 7922.535*(2): The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 19, 2025, 2:20pm by Staff

## Message to requester

Requester + Staff

Hello,
The City of Santa Clara ("the City") acknowledges receipt of your request for information and Public Records. In Accordance with the California Public Records Act ("PRA"), we provide this response to your request:

The City will provide a further response to your request **within 10 calendar days, excluding weekends and holidays.**

Sincerely,

City Clerk's Office
City of Santa Clara

Please note that email correspondence with the City of Santa Clara, along with attachments, may be subject to disclosure pursuant to the California Public Records Act, unless otherwise exempt.

November 8, 2025, 11:20pm

**Request opened**

Anyone with access to this request

Request received via web

November 8, 2025, 11:20pm by the requester

# EXHIBIT L

# 5:25-cv-07360 | Status of Plaintiff's Santa Clara Public Records Act Requests

From Ashley Gjovik <ashleymgjovik@protonmail.com>

To Svend Brandt-Erichsen <sbrandterichsen@nossaman.com>

Date Friday, August 28th, 2026 at 6:07 PM

Hey Svend,

We talked a little while about my outstanding public records requests with City of Santa Clara. You mentioned you may be able to look into the delays for me.

The requests I still have outstanding are:

1. 24-679 | Open | filed July 12, 2024 | Documents released: two documents on 10/23/2025
2. 25-1371 | Open | Documents released: zero
3. 25-1372 | Open | filed October 25, 2025 | Documents released: zero
4. 
5. 25-1477 | Open | filed November 08, 2025 | Documents released: zero

PDF copies of webpages for each request are attached.

Have a nice weekend!

Thanks,
-Ashley

—

**Ashley M. Gjøvik, BS, JD, PMP**
Location: Alviso, San José, California
Phone: (415) 964-6272
Website: ashleygjovik.com
Business consulting: A.M. Gjovik Consulting, L.L.C.
Mailing address: 2108 N. St Ste. 4553, Sacramento, CA 95816

**6.06 MB** 5 files attached

Request 25-1371 - NextRequest - Modern FOIA & Public Records Request Software.pdf 1.10 MB

Request 24-679 - NextRequest - Modern FOIA & Public Records Request Software.pdf 1.52 MB

Request 25-1477 - NextRequest - Modern FOIA & Public Records Request Software.pdf 1.38 MB

Request 25-1372 - NextRequest - Modern FOIA & Public Records Request Software.pdf 1.85 MB

Requests - NextRequest - Modern FOIA & Public Records Request Software.pdf 212.12 KB

**EXHIBIT M**

# San José-Santa Clara
# Regional Wastewater Facility
# Industrial Wastewater Discharge Permit

| Average Daily Process Flow in gal/day | 41,352 |
|---|---|

| | |
|---|---|
| PERMIT NO: | **SC-461B** |
| EFFECTIVE DATE: | 11/20/2020 |
| EXPIRATION DATE: | 11/19/2025 |
| DATE OF ISSUE: | 11/19/2020 |
| NAME OF COMPANY: | APPLE, INC. |
| MAILING ADDRESS: | One Apple Park Way |
| | Cupertino, CA 95014 |
| DISCHARGE ADDRESS: | 3250 Scott Blvd., Santa Clara, CA 95054 |
| EPA CATEGORY: | Electrical and Electronic Components - Semiconductor - New Source |
| (Under 40 CFR) | 40 CFR 469 Subpart A |
| SIC NO: | 3571 |

This Permit is issued under authority established in the Santa Clara City Code, Chapter 13, Section 10.420, "Mandatory Wastewater Discharge Permits." It is the duty of the permittee to comply with all applicable federal, state, and local laws, whether expressly stated in this permit or not.

**All spills, upsets, slugs, bypasses, and or accidental discharges into the storm or sanitary sewer must be reported immediately to the San José-Santa Clara Regional Wastewater Facility at 408-945-3000.**

## San José-Santa Clara Regional Wastewater Facility Industrial Wastewater Discharge Permit

A. 1 FEDERAL DISCHARGE CONDITIONS

The San José-Santa Clara Regional Wastewater Facility intends, but is not obligated, to conduct the following monitoring.

| Sample Point 01 – Final Discharge | | | | | |
|---|---|---|---|---|---|
| **Pollutant** | **Federal Daily Min. S.U.** | **Federal Daily Max. mg/L** | **Federal Monthly Average mg/L** | **City Sample Type** | **Monitoring Frequency** |
| pH | 5.0 | | | GRAB | Semiannual |
| TTO-F | | 1.37 | | GRAB | Semiannual |

__X__ The Total Toxic Organic compounds applicable to your facility are listed at __40 CFR 469 Subpart A.

Compliance with the discharge limit for Total Toxic Organics (TTOs) is determined by the sum of Total Toxic Organic compounds for the Federal Categorical Standard(s) applicable to your facility, listed in the attached table, and which are found to be present in the discharge at a concentration greater than ten (10) micrograms per liter. For Total Toxic Organics, the method detection limit must be 0.010 mg/L or less.

**Compliance with the conditions of this permit shall be determined using all applicable limits**

The Federal limits set forth above are:

__X__ Concentration Based or discharges prohibited in 40 CFR 403.5

_____ Production Based

_____ Calculated using the Combined Wastestream Formula as specified in 40 CFR 403.6
See calculations on the next page.

## Federal 469.12 List of Total Toxic Organics

**The term "Total toxic organics (TTO)" means the sum of the concentrations for each of the following toxic organic compounds which is found in the discharge at a concentration greater than ten (10) micrograms per liter:**

1,2,4 Trichlorobenzene

Chloroform

1,2 Dichlorobenzene

1,3 Dichlorobenzene

1,4 Dichlorobenzene

Ethylbenzene

1,1,1 Trichloroethane

Methylene Chloride

Naphthalene

2 Nitrophenol

Bis (2-ethylhexyl) phthalate

Tetrachloroethylene

Toluene

Trichloroethylene

2 Chlorophenol

2,4,6 Trichlorophenol

Carbon Tetrachloride

1,2 Dichloroethane

1,1,2 Trichloroethane

Dichlorobromomethane

Pentachlorophenol

Di-n-butyl phthalate

4 Nitrophenol

Anthracene

1,2 Diphenylhydrazine

Isophorone

Butyl benzyl phthalate

1,1 Dichloroethylene

2,4 Dichlorophenol

Phenol

## San José-Santa Clara Regional Wastewater Facility Industrial Wastewater Discharge Permit

A. 2 LOCAL DISCHARGE CONDITIONS-INTERFERING SUBSTANCES AND AVERAGE LIMITS

The San José-Santa Clara Regional Wastewater Facility intends, but is not obligated, to conduct the following monitoring.

| **Sample Point 01- Final Discharge** | | | | |
|---|---|---|---|---|
| **Pollutant** | **Unit** | **Daily Minimum** | **Daily Maximum** | **Monitoring Frequency** |
| Antimony | mg/L | | 5.0 | |
| Arsenic | mg/L | | 1.0 | Semiannual |
| Beryllium | mg/L | | 0.75 | |
| Cadmium | mg/L | | 0.70 | |
| Chromium Total | mg/L | | 1.0 | Semiannual |
| Copper | mg/L | | 2.3 | Semiannual |
| Cyanide Total | mg/L | | 0.50 | |
| Lead | mg/L | | 0.4 | |
| Mercury | mg/L | | 0.010 | |
| Nickel | mg/L | | 0.5 | Semiannual |
| Oil and Grease | mg/L | | 150 | |
| pH | S.U. | 6.0 | <12.5 | Semiannual |
| Phenols | mg/L | | 30.0 | |
| Selenium | mg/L | | 1.0 | |
| Silver | mg/L | | 0.70 | Semiannual |
| Zinc | mg/L | | 2.6 | Semiannual |

1) Table reflects the regular frequency for scheduling and collecting Grab and Composite samples by the San José-Santa Clara Regional Wastewater Facility (RWF). The number, location, frequency, and types of samples collected may be changed at the discretion of the RWF.
2) Compliance with the local discharge limits for metals will be enforced using Composite or Grab samples.
3) The use of Diluting Waters as a partial or complete substitute for adequate treatment, to achieve compliance, or to meet any limitations set forth for wastewater, or to minimize any requirement imposed in a Wastewater Discharge Permit is prohibited.

**Compliance with the conditions of this permit shall be determined using all applicable limits**

B. SELF-MONITORING REQUIREMENTS

Any deviation from sampling or analysis protocols specified in this Permit or local, state, or federal code, or any violation of a condition of this Permit may result in the revocation of this Permit.

All wastewater pretreatment and monitoring equipment shall be properly operated and maintained in proper working condition.

Where pretreatment does not exist, all industrial wastewater shall be plumbed in such a way that a sample may be obtained after the process which generates the regulated wastestream, but prior to connection to the sanitary sewer system and prior to the introduction of any non-regulated or dilution flows.

If sampling performed for self-monitoring indicates a violation, the San José-Santa Clara Regional Wastewater Facility must be notified within 24 hours of the permittee becoming aware of the violation. The Permittee must resample, analyze the samples, and submit the resampling results to the San José-Santa Clara Regional Wastewater Facility within 30 days of becoming aware of a violation. A laboratory certified by the California Department of Health Services shall perform testing in accordance with 40 CFR 136.

B. 1 SELF-MONITORING REPORTING REQUIREMENTS

All self-monitoring information shall be reported on the standard Self-Monitoring Reporting form, which may be obtained by contacting San José-Santa Clara Regional Wastewater Facility. Reports shall be mailed or delivered to the following address, on or before the reporting deadline(s) specified below, and shall be addressed to the Source Control Inspector assigned to the permittee's facility.

**Environmental Services Department**
**Source Control**
**200 E Santa Clara St, 7th Floor**
**San Jose, CA 95113-1905**

| | |
|---|---|
| X | All required self-monitoring reporting shall be submitted by the last day of the following reporting months, each year the Permit is in effect: **MARCH AND SEPTEMBER**<br>• For the SMR due on the last day of March, the reporting period is from the first day of September in the previous year to the last day of February in the current year.<br>• For the SMR due on the last day of September, the reporting period is from the first day of March in the current year to the last day of August in the current year. |

The following shall be submitted with each Self-Monitoring Report:

| | |
|---|---|
| X | Average daily flow in gallons/day |
| X | Maximum daily flow in gallons/day |
| X | Results of Part B.2 of this permit |
| | Water bills for reporting period |
| X | Copies of daily flowmeter totalizer readings |
| X | Verification of effluent flowmeter calibration must be submitted annually from the date of initial calibration with the **September** Self-Monitoring Report |
| X | Documentation of calculations for reported water use values |
| | Waste manifests for reporting period |
| | pH recorder charts |
| | Average production volume in __________ (units produced) per |
| X | Copies of self-monitoring analytical results, detection limits, documentation of the method used, and chain of custody, shall be submitted with the permittee's Self-Monitoring Report. |
| X | If the permittee monitors any pollutant required to be monitored in Part B.2 of this permit more frequently than required by this permit, using collection and analytical methods specified in 40 CFR 136, the result of this monitoring shall be included in the permittee's Self-Monitoring Report pursuant to 40 CFR 403.12 (g) (5). |
| X | Documentation of the laboratory's quality assurance/quality control (QA/QC) shall be provided with the self-monitoring test results. |

COMMENTS:
In the event that the permittee anticipates an average daily production or average daily flow increase or decrease of 20% or more for a period of more than 60 calendar days, the permittee shall notify the Director of Environmental Services in writing prior to the change.

B.2 SELF-MONITORING REQUIREMENTS-INTERFERING SUBSTANCES

| | |
|---|---|
| X | Samples shall be collected at the following sample point using methods specified in 40 CFR 136: Located along the discharge pipe after the acid waste neutralization system, after all treatment, and immediately prior to final discharge to the sanitary sewer. |

| Pollutant | Monitoring Frequency | Sampling Type* |
|---|---|---|
| Arsenic | Semiannual | GRAB |
| Cadmium | | |
| Chromium Total | Semiannual | GRAB |
| Copper | Semiannual | GRAB |
| Cyanide Total | | |
| Cyanide Amenable | | |
| Lead | | |

| Pollutant | Monitoring Frequency | Sampling Type* |
|---|---|---|
| Mercury | | |
| Nickel | Semiannual | GRAB |
| Oil and Grease | | |
| pH | Semiannual | GRAB |
| Silver | Semiannual | GRAB |
| TTOs (1) | Semiannual | GRAB |
| Zinc | Semiannual | GRAB |

*A Sampling Type of COMP must be a Composite Sample.

(1) Total Toxic Organics Testing and Certification Requirements:

| | |
|---|---|
| X | You must either sample for all applicable Total Toxic Organic compounds identified earlier in the included list(s) or certify that you have implemented a Toxic Organic Management Plan. All analyses must be performed per current EPA method(s). |
| | Submit sample results for all Total Toxic Organic compounds with each Self-Monitoring Report. |
| X | Submit certification that a Toxic Organic Management Plan is being implemented with each Self-Monitoring Report. |

COMMENTS: In the event that monitoring by the POTW or the permittee demonstrates a violation of the federal discharge standard for TTOs, the permittee may not certify in lieu of testing. The permittee shall sample **monthly** for those TTO compounds in violation until it is demonstrated that the Toxic Organic Management Plan is adequate to prevent further violations. The permittee shall continue to sample **monthly** until written notice removing this requirement is received from the San José-Santa Clara Regional Wastewater Facility.

B.3 EQUIPMENT REQUIRED

| | |
|---|---|
| X | **COMPOSITE SAMPLER** |
| X | Capacity: 2.5 gallons |
| X | Refrigerated to 4 degrees Centigrade |
| | Flow proportional |
| X | Time proportional |

| | | | |
|---|---|---|---|
| X | **FLOW METER** | | |
| X | Continuous non-resettable totalizing meter | | |
| | Influent | | |
| X | Effluent from pretreatment | | With chart recorder |
| | Influent dedicated to process | | |

| | |
|---|---|
| X | **CONTINUOUS pH RECORDER (0-14 Scale)** |

| | |
|---|---|
| X | **SAMPLING POINT (Clearly Labeled)** |
| X | Minimum 5 gallons |
| | Install within _____ days of the issuance date of this Permit |
| X | Clearly identified on a pretreatment plumbing diagram |
| X | Clearly identified on analytical results submitted with Self-Monitoring Reports |

| | |
|---|---|
| | **OTHER** |

C. OTHER REQUIREMENTS

Within ____ days of Permit issuance, establish or install the following:

______ A non-resettable effluent totalizing flow meter

______ With recording capability

This flow meter shall be calibrated according to the manufacturer's recommendations. Documentation of calibration shall be submitted with the results of Part B.2 of this permit.

______ A non-resettable influent totalizing flow meter dedicated to process.

______ A method of accurate flow quantification with documentation approved by the Director of Environmental Services

| | |
|---|---|
| | Within 60 days of Permit issuance, a Waste Minimization Plan prepared in accordance with established guidelines must be submitted. |
| | Submit a Waste Minimization update annually in __________of each year. |
| | Within 90 days of Permit issuance, a Solvent Management Plan prepared in accordance with established guidelines must be submitted. The permittee must certify that the Solvent Management Plan is being implemented. |
| | Within 90 days of Permit issuance for first time permittees, or by ______________ for current permittees, a plan for the prevention of Slug Discharges must be submitted. The plan shall be prepared in accordance with the guidelines set forth at 403.8 (f) (2) (v). The permittee must certify that the Slug Prevention Plan is being implemented. |
| X | In order to certify in lieu of testing for Total Toxic Organic compounds with each Self-monitoring Report, a Toxic Organic Management Plan prepared in accordance with established guidelines must be submitted and approved. |
| | See additional requirements attached. |

D. COMPLIANCE SCHEDULE

__X__ None

______ See compliance schedule established on _________.

E. STIPULATIONS

ACCIDENTAL DISCHARGE

The Permittee shall provide protection from accidental discharge of prohibited materials or other wastes regulated by City of Santa Clara Code Chapter 13.10 into either the storm sewer or sanitary sewer systems.

Facilities to prevent accidental discharge of prohibited materials shall be provided and maintained at the Permittee's expense.

The Permittee shall notify the San José-Santa Clara Regional Wastewater Facility, the City of San José Environmental Services Department, and the City of Santa Clara by telephone or in person within one (1) hour of becoming aware of accidentally discharging wastes of reportable quantities as determined in 40 CFR 117 or discharge of any substance, which, if otherwise disposed of, would be a hazardous waste under 40 CFR Part 261, to enable countermeasures to be taken by the San José-Santa Clara Regional Wastewater Facility and the City of San José Environmental Services Department to minimize damage to the sanitary sewer system, plant, treatment processes, and the receiving waters. If hazardous waste is discharged, the Permittee shall be subject to all requirements in 40 CFR 403.12(p).

Permittee telephone notification shall be followed, within five (5) days of the date of occurrence, by a detailed written statement describing the causes of the accidental discharge and the measures being taken to prevent future occurrences.

Notification to the City will not relieve the Permittee of notification requirements under any other federal, state or local law, nor of liability for any expense, loss or damage to the sanitary sewer system, Plant or treatment process or receiving waters or for any fines or penalties imposed on the City of San José Environmental Services Department and the City of Santa Clara on account thereof under applicable provisions of state or federal law.

The Permittee must maintain a spill control plan for protection against accidental discharges, including but not limited to, berming of chemicals and waste materials. The review of such plans and procedures shall not relieve the Permittee from the responsibility of modifying the facility as necessary to provide the protection necessary to meet the requirements of City of Santa Clara Code Chapter 13.10 or other state or federal regulations.

The plan must be reviewed and revised as needed within thirty (30) days after an accidental discharge has occurred or as required by the director.

APPLICABLE PENALTIES

Any person who intentionally or negligently violates any provisions of the Permit issued, or who intentionally or negligently discharges waste or wastewater which causes pollution, or violates any effluent limitation, National Standard of Performance, or National Pretreatment or Toxicity Standard, may be civilly liable to the City for a sum of up to Ten Thousand Dollars ($10,000) for the first day in which such violation occurs, up to Twenty-Five Thousand Dollars ($25,000) for the second day in which such violation occurs and Fifty Thousand Dollars ($50,000) for each additional day. Any violation of the local daily maximum discharge conditions, or any other violation of the Santa Clara Sewer Use Ordinance (Santa Clara City Code, Section 13.10 et seq.) is punishable by a fine of up to One Thousand Dollars ($1,000.00) or imprisonment in the city or county jail for a period of up to (6) six months, or both such fine and imprisonment. Each day such violation

continues is a separate offense. Violation of any of the provisions of this Permit or the falsification or misrepresentation of information by the Permittee may constitute a violation of local, state or federal law and may result in the revocation of the Permit and the issuance of a Cease and Desist Order.

BYPASS PROHIBITION AND PROVISIONS

"Bypass" means the intentional diversion of wastestreams from any portion of a Permittee's treatment facility.

A Bypass is prohibited, and the City of San José Environmental Services Department and City of Santa Clara may take enforcement action against a Permittee for a bypass, unless;

A. Bypass was unavoidable to prevent loss of life, personal injury, or severe property damage, i.e., substantial physical damage to property, damage to the treatment facilities which causes them to become inoperable, or substantial and permanent loss of natural resources which can reasonably be expected to occur in the absence of a bypass. Severe property damage does not mean economic loss caused by delays in production;

B. There were no feasible alternatives to the bypass, such as the use of auxiliary treatment facilities, retention of untreated wastes, or maintenance during normal periods of equipment downtime. This condition is not satisfied if adequate back-up equipment should have been installed in the exercise of reasonable engineering judgment to prevent a bypass which occurred during normal periods of equipment downtime or preventative maintenance; and

C. The Permittee submitted notices as required by the following:

*Notice of Bypass*

1. If a Permittee knows in advance of the need for a bypass, the Permittee shall submit prior notice to the City of San José Environmental Services Department, if possible at least ten days before the date of the bypass.

2. A Permittee shall submit oral notice of an unanticipated bypass that exceeds applicable Pretreatment Standards to the City of San José Environmental Services Department and San José-Santa Clara Regional Wastewater Facility within 24 hours from the time the Permittee becomes aware of the bypass. A written submission shall also be provided within five days of the time the Permittee becomes aware of the bypass. The written submission shall contain a description of the bypass and its cause; the duration of the bypass, including exact dates and times, and, if the bypass has not been corrected, the anticipated time it is expected to continue; and steps taken or planned to reduce, eliminate, and prevent reoccurrence of the bypass.

The Director of the Environmental Services Department may approve an anticipated bypass, after considering its adverse effects, if the Director determines that the bypass will meet the three conditions A through C.

COMPOSITE SAMPLE

A composite sample must represent the discharge from a production day. The Permittee shall collect composite samples over the part of the day when wastewater is being discharged.

DUTY TO MITIGATE

The Permittee shall mitigate or take all reasonable measures to lessen the duration and severity of any Permit violation.

TRANSFERABILITY

Wastewater Discharge Permits are issued to a specific user for a specific operation. This Wastewater Discharge Permit shall not be reassigned, transferred, or sold to a new owner or user or used on premises for facilities or operations not covered by the permit without prior approval of the Director.

Wastewater Discharge Permits may be transferred to a new owner or operator only if the permittee provides advance written notice to the Director and the Director approves the Wastewater Discharge Permit transfer. The notice to the Director must include a certification by the new owner or operator which:

A. States that the new owner and/or operator has no immediate intent to change the facility's operations and processes;

B. Identifies the specific date on which the transfer is to occur; and

C. Acknowledges full responsibility for complying with the existing individual wastewater discharge permit.

Failure to provide advance notice of a transfer renders the Wastewater Discharge Permit void as of the date of facility transfer.

Upon an approved transfer, the existing owner or operator shall provide a copy of this Wastewater Discharge Permit to the new owner or operator. The new owner or operator shall submit a Wastewater Discharge Permit Application and appropriate permit application fee to the City of San José Environmental Service Department within 30 days of the date of the approved transfer.

NOTIFICATION OF CHANGE

The Permittee shall promptly notify the City of San José Environmental Services Department of any significant change in quantity or quality of the discharge as reported in the Permit application. In the event of such change, a new application will be required. Notification of such change shall be provided to the City of San José Environmental Services Department at least 30 days prior to such change.

"Significant Change" includes but is not limited to, any change in a Permittee's operation that results in any of the following:

A. An increase or decrease in annual average process flow of twenty-five percent (25%) over the standard discharger's average process flow for the Permittee's most immediate preceding twelve (12) months.

B. An increase or decrease in annual average process flow that results in a change from low flow discharger to standard discharger or from standard discharger to low flow discharger.

C. An increase or decrease in annual average process flow that results in a change from non-significant industrial user to significant industrial user or from significant industrial user to non-significant industrial user.

D. An increase or decrease in annual production rate of twenty-five percent (25%) for any Permittee subject to production-based limits over the Permittee's production rate for the most immediately preceding twelve (12) months.

E. Adding or deleting process discharge or sample points.

F. Waiver of monitoring requirements for any pollutant not present.

NOTIFICATION OF DISPOSAL

Within 180 days of the commencement of discharge to the sanitary sewer of any substance which, if otherwise disposed of would be a hazardous waste under 40 CFR 261, the Permittee shall notify the EPA, the State, the San José-Santa Clara Regional Wastewater Facility and the City of San José Environmental Services Department of the discharge of these wastes, and anticipated discharges of these wastes over a calendar month and a calendar year. This reporting does not apply to the discharge of less than 15 kilograms per month unless the wastes are "acutely hazardous" wastes, as specified in 40 CFR 261.30(d) and 261.33(e).

NOTIFICATION OF SLUG LOADING

A Slug Discharge is any discharge of a non-routine, episodic nature, including but not limited to an accidental spill or a non-customary batch discharge, which has a reasonable potential to cause interference or pass through, or in any other way violate the San José-Santa Clara Regional Wastewater Facility's regulations, local limits, or National Pollutant Discharge Elimination System Permit conditions. The results of such activities shall be available to the City of San José Environmental Services Department upon request.

A Permittee that is also a Significant Industrial User is required to notify the City of San José Environmental Services immediately of any changes at its facility affecting the potential for a Slug Discharge. If the City of San José Environmental Services decides that a slug discharge control plan is required, the plan shall contain, at a minimum, the following elements:

A. Description of discharge practices, including non-routine batch discharges;

B. Description of stored chemicals;

C. Procedures for immediately notifying the San José-Santa Clara Regional Wastewater Facility of slug discharges, including any discharge that would violate a prohibition under § 403.5(b) with procedures for follow-up written notification within five days;

D. If necessary, procedures to prevent adverse impact from accidental spills, including inspection and maintenance of storage areas, handling and transfer of materials, loading and unloading operations, control of plant site run-off, worker training, building of containment structures or equipment, measures for containing toxic organic pollutants (including solvents), and/or measures and equipment for emergency response.

POWER TO INSPECT

The City of San José Director of the Environmental Services Department and other duly authorized employees and agents of the City of San José Environmental Services Department or other representative City of Santa Clara personnel bearing credentials and identification shall have the right to access upon all properties for the purpose of inspecting any sewer or storm drain connection, including all discharge connections of roof and surface drains and plumbing fixtures; inspecting, observing, measuring, photographing, sampling, and testing the quality, consistency, and characteristics of sewage and industrial wastewaters being discharged into any public sewer or natural outlet; and inspecting and copying any records relating to quantity and quality of wastewater discharges, including but not limited to water usage and effluent discharged, chemical usage, and hazardous waste records.

The City of San José Director of the Environmental Services Department and the City of Santa Clara may terminate service or revoke the Permit of any person who has discharged wastewater to the sanitary sewer system and has unreasonably refused access to the representatives and agents of the City, as described in this stipulation.

PROHIBITED SUBSTANCES

Permittee shall comply with discharge prohibitions set forth in Santa Clara City Code, Chapter 13.10, which contains sections which prohibit the discharge of several substances and a number of additional types of pollutants. It is the duty of the permittee to become acquainted with these prohibitions, and to take all reasonable measures to assure that no violations of the prohibitions in Chapter 13.10 occur as a direct or indirect result of the permittee's activities or discharge.

RECORD KEEPING

All submitted and onsite records shall be retained for a minimum of three years. This period shall be automatically extended for the duration of any enforcement action concerning the Permittee, or where the Permittee has been specifically notified of a longer retention period as required by the Director of the City of San José Environmental Services Department. Such records shall be available for inspection and copying by the City of San José Director of the Environmental Services Department, and other duly authorized employees and agents of the City of San José Environmental Services Department or other representative City of Santa Clara personnel bearing credentials and identification. Records shall include the date, exact place, method and time of sampling and the names of the person or persons taking the sample, the dates analysis were performed, the name of person(s) who performed the analysis, quality assurance and quality control data, the analytical techniques/methods used, and the results of such analysis.

SEVERABILITY

The provisions of this Permit are severable, and if any provision of this Permit, or the application of any provision of this Permit to any circumstance is held invalid, the application of such provisions to other circumstances, and the remainder of this Permit, shall not be affected thereby.

SLUDGE AND HAZARDOUS WASTE DISPOSAL

The Permittee shall properly dispose of pretreatment or other sludge and any hazardous wastes (e.g., spent chemicals) used or generated at the Permittee's facility so as to prevent the discharge of such materials to the San José-Santa Clara Regional Wastewater Facility or sanitary sewer.

SIGNATORY REQUIREMENTS

Any reports submitted pursuant to Part B. 2 or Part C, or as Notification per these Stipulations of this Permit shall be signed as follows:

A. By a responsible corporate officer if the Permittee submitting the reports is a corporation. For the purposes of this Permit, a responsible corporate officer shall be defined as (1) A president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation or, (2) the manager of one or more manufacturing, production, or operation facilities, who is authorized to make management decisions which govern the operation of the regulated facility including having the explicit or implicit duty of making major capital investment recommendations, and initiate and direct other comprehensive measures to assure long-term environmental compliance with environmental laws and regulations; can ensure that the necessary systems are established or actions taken to gather complete and accurate information for Permit requirements, if authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

B. By a general partner or proprietor if the Permittee submitting the reports is a partnership or sole proprietorship respectively.

C. By a duly authorized representative of the responsible corporate officer, general partner or proprietor, when that authorization is made in writing and submitted with the report to the City of San José Environmental Services Department. The authorization shall specify either an individual or a position having responsibility for the overall operation of the facility from which the industrial discharge originates, or having overall responsibility for environmental matters for the company. If an authorization under this section is no longer accurate because a different individual or position has responsibility for the overall operation of the facility, or overall responsibility for environmental matters for the company, a new authorization satisfying the requirements of this section must be submitted to the City of San José Environmental Services Department prior to or together with any reports to be signed by an authorized representative.

SUBMISSION OF PERMIT APPLICATION

**Unless otherwise specified in the conditions of the existing Permit, a new Permit application must be submitted at least ninety (90) days prior to (1) commencing discharge to the sanitary system, (2) commencing operation of a zero discharging categorical process, or (3) expiration of existing discharge permit and must be accompanied by the appropriate fees.**

TERMINATION OF SERVICE, REVOCATION AND PERMIT MODIFICATION

Pursuant to Chapter 13.10 of the Santa Clara City Code, the City of Santa Clara Director of Water and Sewer Utilities and the City of San Jose Director of Environmental Services, City of Santa Clara may modify the Permit with thirty days written notice to the permittee, revoke the Permit with ten days written notice to the permittee, and/or suspend service if the permittee uses the sanitary sewer in a manner or way that endangers the public health or safety, or public or private property. If such endangerment is imminent, or for any other reason the City of Santa Clara Director of Water

and Sewer Utilities and the City of San José Director of Environmental Services deems sufficient cause, the City of Santa Clara Director of Water and Sewer Utilities and the City of San José Director of Environmental Services may act to suspend service immediately.

UPSET

"Upset" means an unintentional and temporary noncompliance with categorical pretreatment standards because of factors beyond the reasonable control of the Permittee. An upset does not include noncompliance to the extent caused by operational error, improperly designed treatment facilities, inadequate treatment facilities, lack of preventative maintenance, or careless or improper operation.

UPSET - REBUTTAL

The following circumstances may be raised as an affirmative defense to an action brought for noncompliance with categorical pretreatment standards:

A. The Permittee can demonstrate through properly signed, contemporaneous operating logs, or other relevant evidence that:

   1. The Permittee can identify the cause(s) of the Upset;

   2. When the upset occurred, the facility was being operated in a prudent and workman-like manner, and in compliance with applicable operation and maintenance procedures;

   3. The Permittee has submitted the following information to the City of San José Environmental Services Department:

      a. A description of the discharge to the San José-Santa Clara Regional Wastewater Facility or sanitary sewer and the cause of the noncompliance;

      b. The period of noncompliance, including exact dates and times or, if not corrected, the anticipated time the noncompliance is expected to continue: and

      c. Steps being taken and/or planned to be taken to reduce, eliminate and prevent recurrence of the noncompliance.

   4. The Permittee shall report the information specified in subsection A.3 to the City of San José Director of Environmental Services or designee within twenty-four (24) hours of becoming aware of the Upset, and provide written notice within five (5) days of becoming aware of the Upset.

B. The Permittee seeking to establish the occurrence of an Upset as an affirmative defense shall have the burden of proof.

C. The Permittee shall control production of all discharges to the extent necessary to maintain compliance with categorical pretreatment standards upon reduction, loss, or failure of its treatment facility until the facility is restored or an alternative method of treatment is provided. The requirement under this Section applies even in a situation where the primary source of power of the treatment facility is reduced, lost or fails.

F. AGENCY APPROVAL

INSPECTOR

Chris Fivecoat (Nov 12, 2020 11:07 PST)

Chris Fivecoat

PERMIT WRITER

John Fosnaugh (Nov 12, 2020 11:10 PST)

John Fosnaugh

KERRIE ROMANOW
Director
Environmental Services Department

Rajani Nair (Nov 13, 2020 13:11 PST) Nov 13, 2020

By: RAJANI NAIR DATE
Deputy Director
Environmental Services Department
Watershed Protection Division

DIANE ASUNCION
Acting Compliance Manager
City of Santa Clara

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

*Environmental Services Department*
SAN JOSÉ-SANTA CLARA REGIONAL WASTEWATER FACILITY
WATERSHED PROTECTION

**CONTRIBUTING AGENCIES**

CITY OF SAN JOSÉ
CITY OF SANTA CLARA
COUNTY SANITATION DIST. NO. 2 - 3
BURBANK SANITARY DISTRICT
CUPERTINO SANITARY DISTRICT
CITY OF CUPERTINO
CITY OF MILPITAS
WEST VALLEY SANITATION DISTRICT
CITIES OF CAMPBELL, LOS GATOS
MONTE SERENO, AND SARATOGA

11/19/2020

Mr. Tom Huynh
Apple, Inc.
One Apple Park Way
Cupertino, CA 95014

Discharge Address: 3250 Scott Blvd., Santa Clara, CA 95054

Dear Mr. Huynh:

Enclosed is Wastewater Discharge Permit No. SC-461B issued to Apple, Inc., 3250 Scott Blvd., Santa Clara, CA 95054, dated November 20, 2020. This Permit expires on November 19, 2025. Please note any special requirements in your Permit regarding equipment installation and the submittal schedule for self-monitoring reports.

An application for permit renewal is due ninety days prior to the expiration date for this Permit, and must be accompanied by the appropriate permit fee. Applications received after the due date will be subject to delinquent fees and enforcement actions.

If the quantity or strength of the wastewater discharged from your firm substantially changes, an application for a new permit must be submitted pursuant to Section 13.10.440 of the Santa Clara City Code.

Any questions or comments regarding your Permit should be directed to Chris Fivecoat, the Environmental Inspector assigned to your company. Mr. Fivecoat can be reached at (408) 793-4382 or chris.fivecoat@sanjoseca.gov.

Sincerely,

Rajani Nair
Rajani Nair (Nov 13, 2020 13:11 PST)

RAJANI NAIR
Deputy Director

Enclosure

cc: Diane Asuncion, Acting Compliance Manager, City of Santa Clara