# EXHIBIT 2

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

# California Regional Water Quality Control Board San Francisco Bay Region Municipal Regional Stormwater NPDES Permit

## Order No. R2-2022-0018
## NPDES Permit No. CAS612008
## May 11, 2022



# California Regional Water Quality Control Board
# San Francisco Bay Region
# Municipal Regional Stormwater NPDES Permit

## ORDER No. R2-2022-0018
## NPDES PERMIT No. CAS612008

**Issuing Waste Discharge Requirements and National Pollutant Discharge Elimination System (NPDES) Permit for the discharge of stormwater runoff from the municipal separate storm sewer systems (MS4s) of the following jurisdictions and entities, which are permitted under this San Francisco Bay Municipal Regional Stormwater Permit (MRP):**

**The cities of Alameda, Albany, Berkeley, Dublin, Emeryville, Fremont, Hayward, Livermore, Newark, Oakland, Piedmont, Pleasanton, San Leandro, and Union City, Alameda County, the Alameda County Flood Control and Water Conservation District, and Zone 7 of the Alameda County Flood Control and Water Conservation District, which have joined together to form the Alameda Countywide Clean Water Program (Alameda Permittees)**

**The cities of Antioch, Brentwood, Clayton, Concord, El Cerrito, Hercules, Lafayette, Martinez, Oakley, Orinda, Pinole, Pittsburg, Pleasant Hill, Richmond, San Pablo, San Ramon, and Walnut Creek, the towns of Danville and Moraga, Contra Costa County, the Contra Costa County Flood Control and Water Conservation District, which have joined together to form the Contra Costa Clean Water Program (Contra Costa Permittees)**

**The cities of Campbell, Cupertino, Los Altos, Milpitas, Monte Sereno, Mountain View, Palo Alto, San Jose, Santa Clara, Saratoga, and Sunnyvale, the towns of Los Altos Hills and Los Gatos, the Santa Clara Valley Water District, and Santa Clara County, which have joined together to form the Santa Clara Valley Urban Runoff Pollution Prevention Program (Santa Clara Permittees)**

**The cities of Belmont, Brisbane, Burlingame, Daly City, East Palo Alto, Foster City, Half Moon Bay, Menlo Park, Millbrae, Pacifica, Redwood City, San Bruno, San Carlos, San Mateo, and South San Francisco, the towns of Atherton, Colma, Hillsborough, Portola Valley, and Woodside, the San Mateo County Flood and Sea Level Rise Resiliency District, and San Mateo County, which have joined together to form the San Mateo Countywide Water Pollution Prevention Program (San Mateo Permittees)**

**The cities of Fairfield, Suisun City, Vallejo, and the Vallejo Flood & Wastewater District, which have joined together to form the Solano Stormwater Alliance (Solano Permittees)**

# Table of Contents

FINDINGS .... 1
A. Discharge Prohibitions .... 6
B. Receiving Water Limitations .... 6
C.1. Compliance with Discharge Prohibitions and Receiving Waters Limitations .... C.1 - 1
C.2. Municipal Operations .... C.2 - 1
C.3. New Development and Redevelopment .... C.3 - 1
C.4. Industrial and Commercial Site Controls .... C.4 - 1
C.5. Illicit Discharge Detection and Elimination .... C.5 - 1
C.6. Construction Site Control .... C.6 - 1
C.7. Public Information and Outreach .... C.7 - 1
C.8. Water Quality Monitoring .... C.8 - 1
C.9. Pesticides Toxicity Control .... C.9 - 1
C.10. Trash Load Reduction .... C.10 - 1
C.11. Mercury Controls .... C.11 - 1
C.12. Polychlorinated Biphenyls (PCBs) Controls .... C.12 - 1
C.13. Copper Controls .... C.13 - 1
C.14. Bacteria Control for Impaired Water Bodies .... C.14 - 1
C.15. Exempted and Conditionally Exempted Discharges .... C.15 - 1
C.16. Discharges to Areas of Special Biological Significance .... C.16 - 1
C.17. Discharges Associated with Unsheltered Homeless Populations .... C.17 - 1
C.18. Control of Sediment Discharges from Coastal San Mateo County Roads .... C.18 - 1
C.19. Cities of Antioch, Brentwood, and Oakley, Unincorporated Contra Costa County, and the Contra Costa County Flood Control and Water Conservation District .... C.19 - 1
C.20. Cost Reporting .... C.20 - 1
C.21. Asset Management .... C.21 - 1
C.22. Annual Reports .... C.22 - 1
C.23. Modifications to this Order .... C.23-27 - 1
C.24. Standard Provisions .... C.23-27 - 1
C.25. Expiration Date .... C.23-27 - 1
C.26. Rescission of Old Order .... C.23-27 - 1
C.27. Effective Date .... C.23-27 - 2
Acronyms & Abbreviations .... Acronyms & Abbreviations - 1
Glossary .... Glossary - 1
Attachment A: Municipal Regional Stormwater Permit Fact Sheet .... A-1
Attachment B: Provision C.3.b. Sample Reporting Table .... B-1
Attachment C: Provision C.3.g. Hydromodification Applicability Maps .... C-1
Attachment D: Provision C.8. Standard Monitoring Provisions .... D-1
Attachment E: Provision C.10. Supporting Information .... E-1
Attachment F: Provision C.16. ASBS Special Protection Zone .... F-1
Attachment G: Standard NPDES Stormwater Permit Provisions .... G-1
Attachment H: Provision C.3.j. Numeric Retrofit Requirements and Provision C.3.e. Affordable Housing Income Thresholds .... H-1
Attachment I: Applicable C.3 Requirements from Previous Permit, Order No. R2-2015-0049 .... I-1

# The California Regional Water Quality Control Board, San Francisco Bay Region, (hereinafter referred to as the Water Board) finds that:

## FINDINGS

### Incorporation of Fact Sheet

1. The Fact Sheet for the San Francisco Bay Municipal Regional Stormwater National Pollutant Discharge Elimination System (NPDES) Permit (Attachment A) includes cited regulatory and legal references and additional explanatory information in support of the requirements of this Permit. The Fact Sheet, including any supplements thereto, is hereby incorporated by reference.

### Existing Permit

2. **Alameda County—**The cities of Alameda, Albany, Berkeley, Dublin, Emeryville, Fremont, Hayward, Livermore, Newark, Oakland, Piedmont, Pleasanton, San Leandro, and Union City, Alameda County (Unincorporated area), the Alameda County Flood Control and Water Conservation District, and Zone 7 of the Alameda County Flood Control and Water Conservation District have joined together to form the Alameda Countywide Clean Water Program (hereinafter collectively referred to as the Alameda Permittees) and have submitted a permit application (Report of Waste Discharge), dated July 1, 2020, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the Alameda Permittees' jurisdictions. The Alameda Permittees are currently subject to NPDES Permit No. CAS612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.
3. **Contra Costa County—**The cities of Antioch, Brentwood, Clayton, Concord, El Cerrito, Hercules, Lafayette, Martinez, Oakley, Orinda, Pinole, Pittsburg, Pleasant Hill, Richmond, San Pablo, San Ramon, and Walnut Creek, the towns of Danville and Moraga, Contra Costa County, and the Contra Costa County Flood Control and Water Conservation District have joined together to form the Contra Costa Clean Water Program (hereinafter collectively referred to as the Contra Costa Permittees) and have submitted a permit application (Report of Waste Discharge), dated July 1, 2020, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the Contra Costa Permittees' jurisdictions. The Contra Costa Permittees are currently subject to NPDES Permit No. CAS612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.
4. **San Mateo County—**The cities of Belmont, Brisbane, Burlingame, Daly City, East Palo Alto, Foster City, Half Moon Bay, Menlo Park, Millbrae, Pacifica, Redwood City,

San Bruno, San Carlos, San Mateo, and South San Francisco, the towns of Atherton, Colma, Hillsborough, Portola Valley, and Woodside, the San Mateo County Flood and Sea Level Rise Resiliency District, and San Mateo County have joined together to form the San Mateo Countywide Water Pollution Prevention Program (hereinafter collectively referred to as the San Mateo Permittees) and have submitted a permit application (Report of Waste Discharge), dated July 2, 2020, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the San Mateo Permittees' jurisdictions. The San Mateo Permittees are currently subject to NPDES Permit No. CAS612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.

5. **Santa Clara County—**The cities of Campbell, Cupertino, Los Altos, Milpitas, Monte Sereno, Mountain View, Palo Alto, San Jose, Santa Clara, Saratoga, and Sunnyvale, the towns of Los Altos Hills and Los Gatos, the Santa Clara Valley Water District, and the County of Santa Clara have joined together to form the Santa Clara Valley Urban Runoff Pollution Prevention Program (hereinafter collectively referred to as the Santa Clara Permittees) and have submitted a permit application (Report of Waste Discharge), dated July 2, 2020, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the Santa Clara Permittees' jurisdictions. The Santa Clara Permittees are currently subject to NPDES Permit No. CAS612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.

6. **Fairfield-Suisun—**The cities of Fairfield and Suisun City have joined together to form the Fairfield-Suisun Urban Runoff Management Program (hereinafter referred to as the Fairfield-Suisun Permittees) and have submitted a permit application (Report of Waste Discharge), dated July 3, 2020, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the Fairfield-Suisun Permittees' jurisdictions. The Fairfield-Suisun Permittees are currently subject to NPDES Permit No. CAS0612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.

7. **Vallejo—**The City of Vallejo and Vallejo Flood & Wastewater District (hereinafter referred to as the Vallejo Permittees) have submitted permit applications (Report of Waste Discharge), dated June 25 and June 29, 2020, respectively, for reissuance of their waste discharge requirements under the NPDES permit to discharge stormwater runoff from storm drains and watercourses within the Vallejo Permittees' jurisdictions. The Vallejo Permittees are currently subject to NPDES Permit No. CAS612008 issued by Order No. R2-2015-0049 on November 19, 2015, and amended by Order No. R2-2019-0004 on February 13, 2019, to discharge stormwater runoff from storm drains and watercourses within their jurisdictions.

8. The cities of Fairfield, Suisun City, Vallejo, and the Vallejo Flood & Wastewater

THESE PAGES REMOVED FROM THIS EXCERPT

- For projects using the BAHM, a listing of model inputs; and
- For projects using custom modeling, a summary of the modeling calculations with a corresponding graph showing curve matching (existing, post-project, and post-project-with HM controls curves).

**C.3.h. Operation and Maintenance of Stormwater Treatment Systems**

**i. Task Description** – Each Permittee shall implement an Operation and Maintenance (O&M) Verification Program.

**ii. Implementation Level** – At a minimum, the O&M Verification Program shall include the following elements:

(1) Conditions of approval or other legally enforceable agreements or mechanisms for all Regulated Projects and for all projects implemented pursuant to Provision C.3.j that, at a minimum, require at least one of the following from all project proponents and their successors in control of the Project or successors in fee title:

(a) The project proponent's signed statement accepting responsibility for the operation and maintenance of the installed pervious pavement system(s) (if any), onsite, joint, and/or offsite stormwater treatment system(s), and HM control(s) (if any) until such responsibility is legally transferred to another entity;

(b) Written conditions in the sales or lease agreements or deed for the project that requires the buyer or lessee to assume responsibility for the operation and maintenance of the pervious pavement system(s) (if any), onsite, joint, and/or offsite installed stormwater treatment system(s), and HM control(s) (if any) until such responsibility is legally transferred to another entity;

(c) Written text in project deeds, or conditions, covenants and restrictions (CCRs) for multi-unit residential projects that require the homeowners association or, if there is no association, each individual owner to assume responsibility for the O&M of the installed pervious pavement system(s) (if any), onsite, joint, and/or offsite stormwater treatment system(s), and HM control(s) (if any) until such responsibility is legally transferred to another entity; or

(d) Any other legally enforceable agreement or mechanism, such as recordation in the property deed, that assigns the operation and maintenance responsibility for the installed pervious pavement system(s) (if any), onsite, joint, and/or offsite treatment system(s) and HM control(s) (if any) to the project owner(s) or the Permittee.

(2) Coordination with the appropriate mosquito and vector control agency with jurisdiction to establish a protocol for notification of installed stormwater treatment systems and HM controls.

(3) Conditions of approval or other legally enforceable agreements or mechanisms for all Regulated Projects that require the granting of site access to all representatives of the Permittee, local mosquito and vector control agency staff, and Water Board staff, for the sole purpose of performing operation and maintenance inspections of the installed pervious pavement system(s) (if any), stormwater treatment system(s) and HM control(s) (if any).

(4) A database or equivalent tabular format of the following:

(a) All pervious pavement system(s) that total 3,000 square feet or more installed at Regulated Projects, offsite, or at a Regional Project. The total square footage should not include pervious pavement systems installed as private-use patios for single family homes, townhomes, or condominiums.

(b) All stormwater treatment systems installed onsite at Regulated Projects, offsite, or at a joint or Regional Project.

(c) All HM controls installed onsite at Regulated Projects, offsite, or at a joint or Regional Project.

(5) The database or equivalent tabular format required in Provision C.3.h.ii.(4) shall include the following information for each Regulated Project, offsite project, and Regional Project, and shall be made available to Water Board staff upon request:

(a) Name and address of the project;

(b) Names of the owner(s) and responsible operator(s) of the installed pervious pavement system(s) (if any), stormwater treatment system(s), and/or HM control(s);

(c) Specific description of the location (or a map showing the location) of the installed pervious pavement system(s) (if any), stormwater treatment system(s), and HM control(s) (if any);

(d) Date(s) that the pervious pavement system(s) (if any), stormwater treatment system(s), and HM controls (if any) was/were installed;

(e) Description of the type and size of the pervious pavement systems (if any), stormwater treatment system(s), and HM control(s) (if any) installed;

(f) Detailed information on operation and maintenance inspections. For each inspection, include the following:

(i) Date of inspection.

(ii) Type of inspection (e.g., installation, annual, followup, spot).

(iii) Type(s) of pervious pavement systems inspected (e.g., pervious concrete, pervious asphalt, pervious pavers).

(iv) Type(s) of stormwater treatment systems inspected (e.g., swale, bioretention unit, tree well) and an indication of whether the treatment system is an onsite, joint, or offsite system.

(v) Type of HM controls inspected.

(vi) Inspection findings or results (e.g., proper installation, proper operation and maintenance, system not operating properly because of plugging, bypass of stormwater because of improper installation or maintenance, maintenance required immediately).

(vii) Enforcement action(s) taken, if any (e.g., verbal warning, notice of violation, compliance schedule, administrative citation, administrative order).

(6) A prioritized O&M Inspection Plan for inspecting all pervious pavement systems that total 3,000 square feet or more (excluding private-use patios for single family homes, townhomes, or condominiums), stormwater treatment systems and HM controls installed at Regulated Projects, offsite locations, and/or at joint or Regional Projects. For residential subdivisions with pervious pavement systems that include individual driveways, inspection of a representative number of driveways is sufficient.

At a minimum, the O&M Inspection Plan must specify the following for each fiscal year:

(a) Inspection by the Permittee of all newly installed pervious pavement systems that total 3,000 square feet or more (excluding private-use patios for single family homes, townhomes, or condominiums), stormwater treatment systems, and HM controls (at Regulated Projects, offsite locations, and/or at joint or Regional Projects) at the completion of installation to ensure approved plans have been followed. For residential subdivisions with pervious pavement systems that include individual driveways, inspection of a representative number of driveways is sufficient;

(b) Inspection by the Permittee of an average of 20 percent, but no less than 15 percent, of the total number (at the end of the preceding fiscal

year) of Regulated Projects, offsite projects, or Regional Projects. Each inspection shall include inspection of all pervious pavement systems that total 3,000 square feet or more (excluding private-use patios for single family homes, townhomes, or condominiums), stormwater treatment systems, and HM controls installed at the Regulated Project, offsite project, or Regional Project. For residential subdivisions with pervious pavement systems that include individual driveways, inspection of a representative number of driveways is sufficient;

(c) Inspection by the Permittee of all Regulated Projects, offsite projects, or Regional Projects at least once every five years. Each inspection shall include inspection of all pervious pavement systems that total 3,000 square feet or more (excluding private-use patios for single family homes, townhomes, or condominiums), stormwater treatment systems, and HM controls installed at the Regulated Project, offsite project, or Regional Project. For residential subdivisions with pervious pavement systems that include individual driveways, inspection of a representative number of driveways is sufficient; and

(d) For vault-based stormwater treatment systems, Permittees may accept 3rd party inspection reports in lieu of conducting Permittee operation and maintenance inspections only if the 3rd party inspections are conducted at least annually. Information from each 3rd party inspection shall be included in the database or tabular format required in Provision C.3.h.ii.(5) and each inspection shall be clearly identified as a 3rd party inspection.

Each 3rd party inspection report must clearly document the following:

(i) Name of 3rd party inspection company.

(ii) Date of inspection.

(iii) Condition of the treatment unit(s) at the time of inspection.

(iv) Description of maintenance activities performed during the inspection.

(v) Date- and time-stamped photographs of the inside of the vault unit(s) before and after maintenance activities.

(7) An Enforcement Response Plan (ERP) for all operation and maintenance inspections that serves as a reference document for inspection staff so that consistent enforcement actions can be taken to bring development projects into compliance. At a minimum, the ERP must contain the following:

(a) Enforcement Procedures – A description of the Permittee's procedures from the discovery of problems through the confirmation of implementation of corrective actions. This shall include guidance for recognizing common problems with the different types of pervious pavement systems, stormwater treatment systems, and/or HM controls, remedies for the problems, and appropriate enforcement actions, follow-up inspections, and appropriate time periods for implementation of corrective actions, and the roles and responsibilities of staff responsible for implementing the ERP.

(b) Enforcement Tools and Field Scenarios – A discussion of the various, escalating enforcement tools appropriate for different field scenarios of problems identified with the pervious pavement systems, stormwater treatment systems, and/or HM controls as well as for different types of inadequate response to enforcement actions taken.

(c) Timely Correction of Identified Problems – A description of the Permittee's procedures for assigning due dates for corrective actions. Permittees shall require timely correction of all identified problems with the pervious pavement systems, stormwater treatment systems, and/or HM controls.

Corrective actions shall be implemented no longer than 30 days after a problem is identified by an inspector. Corrective actions can be temporary, in which case more time may be allowed for permanent corrective actions. If more than 30 days are required for compliance, a rationale shall be recorded in the electronic database or equivalent tabular system.

iii. **Due Date for Implementation:** Immediate.

iv. **Maintenance Approvals:** The Permittees shall ensure that all pervious pavement systems that total 3,000 square feet or more (excluding private-use patios for single family homes, townhomes, or condominiums), stormwater treatment systems, and HM controls installed onsite, offsite, or at a joint or Regional Project by development proponents are properly operated and maintained for the life of the projects. In cases where the responsible party for a pervious pavement system, stormwater treatment system, or HM control has worked diligently and in good faith with the appropriate State and federal agencies to obtain approvals necessary to complete maintenance activities, but these approvals are not granted, the Permittees shall be deemed to be in compliance with Provision C.3.h. Permittees shall ensure that constructed wetlands installed by Regulated Projects and used for urban runoff treatment shall abide by the Water Board's Resolution No. 94-102: Policy on the Use of

Constructed Wetlands for Urban Runoff Pollution Control and the operation and maintenance requirements contained therein.

**v. Reporting**

(1) The database or equivalent tabular format required in Provisions C.3.b.ii.(4) and (5) shall be maintained by the Permittees. Upon request from the Executive Officer, information from this database or equivalent tabular format shall be submitted to Water Board staff for review. The requested information may include specific details on each inspection conducted within particular timeframes, such as several fiscal years.

(2) On an annual basis, before the wet season, provide a list of newly installed (installed within the reporting period) stormwater treatment systems and HM controls to the local mosquito and vector control agency, and include a copy of that communication with the Annual Report. This list shall include the facility locations and a description of the stormwater treatment measures and HM controls installed.

(3) Each Permittee shall report the following information in the Annual Report each year:

(a) Total number of Regulated Projects in the Permittee's database or tabular format as of the end of the reporting period (fiscal year).

(b) Total number of Regulated Projects, offsite projects, and Regional Projects inspected during the reporting period (fiscal year).

(c) Percentage of the total number of Regulated Projects that were inspected during the reporting period (fiscal year).

(d) A discussion of the inspection findings for the year and any common problems encountered with various types of pervious pavement systems, treatment systems and/or HM controls. This discussion should include a general comparison to the inspection findings from the previous year.

(e) A discussion of the effectiveness of the Permittee's O&M Program and any proposed changes to improve the O&M Program (e.g., changes in prioritization plan or frequency of O&M inspections, other changes to improve effectiveness of program).

**C.3.i. Required Site Design Measures for Small Development and Redevelopment Projects and Smaller Detached Single-Family Home Projects**

**i. Task Description** – The Permittees shall require all development and redevelopment projects, which create and/or replace ≧ 2,500 $ft^2$ to < 5,000 $ft^2$

THESE PAGES REMOVED FROM THIS EXCERPT

# C.4. Industrial and Commercial Site Controls

Each Permittee shall implement an industrial and commercial site control program at all sites that could reasonably be considered to cause or contribute to pollution of stormwater runoff. Permittees shall conduct inspections, effective follow-up, and enforcement to abate potential and actual non-stormwater discharges, consistent with each respective Enforcement Response Plan. These combined efforts will prevent the discharge of pollutants and impacts to beneficial uses of receiving waters. Inspections shall confirm implementation of appropriate and effective BMPs and other pollutant controls by industrial and commercial site operators.

## C.4.a. Legal Authority for Effective Site Management

i. **Task Description** – Permittees shall have sufficient legal authority to inspect, require effective stormwater pollutant control, and implement progressively stricter enforcement to achieve expedient compliance and pollutant abatement at commercial and industrial sites within their jurisdiction.

ii. **Implementation Level** – Permittees shall have the legal authority to oversee, inspect, and require expedient compliance and pollution abatement at all industrial and commercial sites that may be reasonably considered to cause or contribute to pollution of stormwater runoff. Permittees shall have the legal authority to require implementation of appropriate BMPs at industrial and commercial facilities to address pollutant sources associated with outdoor process and manufacturing areas; outdoor material storage areas; outdoor waste storage and disposal areas; outdoor vehicle and equipment storage and maintenance areas; outdoor parking areas and access roads; outdoor wash areas, for example, areas used to wash restaurant equipment and mats,; outdoor drainage from indoor areas; rooftop equipment; vehicle fueling activities; contaminated and erodible surface areas; and other sources determined by the Permittees or the Water Board Executive Officer to have a reasonable potential to contribute to pollution of stormwater runoff.

## C.4.b. Industrial and Commercial Business Inspection Plan (Inspection Plan)

i. **Task Description** – Permittees shall continue to update and implement an Inspection Plan that will serve as a prioritized inspection workplan. This Inspection Plan will allow inspection staff to categorize the commercial and industrial sites within the Permittee’s jurisdiction by pollutant threat and inspection frequency, change inspection frequency based on site performance, and add and remove sites as businesses open and close.

**ii. Implementation Level**

(1) Facilities to Prioritize for Inspection

Commercial and industrial facilities with the functional aspects and types described below, and other facilities identified by the Permittees as reasonably likely to contribute to pollution of stormwater runoff, shall be prioritized for inspection on the basis of the potential for water quality impact using criteria such as pollutant sources on site, use of pollutants of concern, proximity to a waterbody, and the enforcement history of potential discharges and actual discharges at the facility. Permittees may use a variety of sources to develop and update the business inspection prioritization, including, but not limited to, business license applications, tax records, and inspectors' observations. The following are some of the functional aspects of businesses and types of businesses that shall be included in the Inspection Plan:

(a) Sites with the following functions or facilities that may be sources of pollutants when exposed to stormwater:

(i) Outdoor process and manufacturing areas

(ii) Outdoor material storage areas

(iii) Outdoor waste storage, handling, and disposal areas

(iv) Outdoor vehicle and equipment storage and maintenance areas

(v) Outdoor wash areas

(vi) Outdoor drainage from indoor areas

(vii) Fueling Areas

(viii) Rooftop equipment

(ix) Other sources determined by the Permittee or Water Board as reasonably likely to contribute to pollution of stormwater runoff.

(b) Sites that support industrial and commercial activities that have a reasonable likelihood to be sources of pollutants to stormwater and non-stormwater discharges, including:

(i) Industrial facilities, as defined at 40 CFR 122.26(b)(14), including facilities subject to the Statewide NPDES General Permit for Stormwater Discharges Associated with Industrial Activity (hereinafter the Industrial General Permit);

(ii) Vehicle Salvage yards;

(iii) Metal and other recycled materials collection facilities, and waste transfer facilities;

(iv) Vehicle mechanical repair, maintenance, fueling, or cleaning facilities;

(v) Nurseries and greenhouses;

(vi) Restaurants and other food service businesses at which food is prepared or that have onsite eating and drinking areas for customers;

(vii) Supermarkets or large grocery stores with outdoor waste storage or cardboard compacting areas;

(viii) Building trades facilities or yards, corporation yards;

(ix) Building material retailers and storage;

(x) Plastics manufacturers; and

(xi) Other facilities designated by the Permittee or Water Board to be reasonably likely to contribute to pollution of stormwater runoff.

(2) Inspection Plan – The Inspection Plan shall be updated annually and shall contain the following information:

(a) A description of the process for prioritizing inspections and frequency of inspections. The prioritization criteria shall assign a more frequent inspection schedule to the highest priority facilities per Provision C.4.b.ii.(1). If any geographical areas are to be targeted for inspections due to high potential for stormwater pollution, these areas should be indicated in the Inspection Plan.

(b) Assign appropriate inspection frequency for each industrial and commercial facility based on the priority established in Provision C.4.b.ii.(2)(a), potential for contributing pollution to stormwater runoff, and commensurate with the threat to water quality.

(c) A mechanism to include new businesses that warrant inspections.

(d) Total number and a list of all industrial and commercial facilities requiring inspections, within each Permittee's jurisdiction, based on the prioritization criteria established in Provision C.4.(b)ii.(2)(a). This list shall be updated annually.

(e) List of facilities scheduled for inspection each fiscal year of the MRP permit term. Each fiscal year's inspection list shall be added to the Inspection Plan at the beginning of the fiscal year as part of the annual

update. Previous fiscal years' inspection lists shall remain in the Inspection Plan.

(f) If a Permittee relies on multiple entities to perform business and commercial inspections, a list of the entities and their responsibilities with regard to this Permit. Describe how the Permittee oversees and coordinates the entities performing inspections and assures that all sites with the potential to pollute stormwater are inspected.

(3) Record Keeping – For each facility identified in Provision C.4.b.ii.(2)(d), the Permittee shall maintain a database or equivalent tabular system of at least the following information:

(a) Name and address of the business and local business operator;

(b) A brief description of business activity or pollutant source, including SIC or NAICS code. Examples: outdoor process/manufacturing areas, outdoor material storage areas, outdoor waste storage and disposal areas, outdoor vehicle and equipment storage and maintenance areas, outdoor parking areas and access roads, outdoor wash areas, rooftop equipment, outdoor drainage from indoor areas, and use of mobile businesses for outdoor fueling, washing, etc.;

(c) Inspection priority and inspection frequency; and

(d) Whether facility requires coverage under the Industrial General Permit.

**iii. Reporting**

(1) Permittees shall include the following information in the 2023 Annual Report:

(a) A brief description of which Permittee entity or entities are responsible for reviewing and approving business license applications or a link to the Permittee's website for business license applications.

(2) Permittees shall make the list required by Provision C.4.b.ii.(2)(d) available upon Water Board request.

**C.4.c. Enforcement Response Plan**

**i. Task Description** – Each Permittee shall implement and update, as needed, its Enforcement Response Plan (ERP), a reference document to guide inspection staff in achieving timely and effective compliance from all commercial and industrial site operators.

ii. **Implementation Level** – The ERP shall contain the following:

(1) Enforcement Procedures – A description of the Permittee's enforcement and compliance procedures, from the discovery of problems through the confirmation of implementation of corrective actions. This shall include guidance for appropriate enforcement actions, follow-up inspections, referrals to another agency, appropriate time periods for implementation of corrective actions, and the roles and responsibilities of all persons responsible for implementing the ERP.

(2) Enforcement Tools and Field Scenarios – A discussion of the various, escalating enforcement tools for different field scenarios, including, but not limited to, potential discharges (e.g., housekeeping issues, inadequate waste or materials management, evidence of actual discharges, lack of emergency response plans, lack of BMPs, inadequate BMPs, and inappropriate BMPs); actual discharges (observed or documented flow of unauthorized, illicit, or pollutant-containing stormwater discharges to the MS4); non-compliance with previous enforcement actions; and sites with a history of potential and/or actual discharges.

(3) Timely Correction of Potential and Actual Discharges – A description of the Permittee's procedures for assigning due dates for corrective actions. Each Permittee shall require timely correction of all potential and actual discharges. Permittees shall require actual discharges to cease immediately. Corrective actions shall be implemented before the next rain event, and no longer than 10 business days after the potential or actual non-stormwater discharges are discovered. Corrective actions can be temporary, in which case more time can be allowed for permanent corrective actions. If more than 10 business days are required for compliance, the rationale, including the expected time frame for compliance, shall be recorded in the electronic database or equivalent tabular system.

(4) Referral and Coordination with Other Agencies – Each Permittee shall enforce its stormwater ordinances to achieve compliance at sites with observed potential and actual discharges, including compliance required by Discharge Prohibition A.1. For cases in which the Permittee's enforcement tools are inadequate to remedy the noncompliance, the Permittee shall refer the case to the Water Board, district attorney, or other relevant agencies for additional enforcement. Permittees may also contact and coordinate with Water Board staff for joint inspections and parallel enforcement of large, complex, or noncompliant sites.

## C.4.d. Inspections

i. **Task Description** – Each Permittee shall conduct inspections according to the Inspection Plan in Provision C.4.b.ii.(2) and the ERP in Provision C.4.c.ii. to enforce its ordinance to prevent stormwater pollution.

ii. **Implementation Level**

(1) Inspections – Inspections shall be conducted to include at least the following activities:

(a) Observations for appropriate BMPs to prevent stormwater runoff pollution, or unauthorized or illicit discharge;

(b) Observations for evidence of unauthorized or illicit discharges, illicit connections, and potential discharge of pollutants to stormwater by the Discharger or contractors, such as and including mobile businesses, that operate on the facility;

(c) Observations for noncompliance with Permittee ordinances and other local requirements; and

(d) Verification of coverage under the Industrial General Permit, if applicable.

(2) Record Keeping – Permittees shall maintain adequate records to demonstrate compliance and appropriate follow-up enforcement responses for facilities inspected. Permittees shall maintain an electronic database or equivalent tabular system that contains the following information regarding industrial and commercial site inspections:

(a) Name of facility/site inspected

(b) Inspection date

(c) Industrial General Permit coverage required (Yes or No)

(d) Compliance status

(e) Specific problems, including inadequate and ineffective BMPs

(f) Type of enforcement (if applicable)

(g) Problem resolution date

(h) Additional comments

The electronic database or equivalent tabular system and any supporting documentation shall be made readily available to Water Board staff or its representative during inspections, audits, or upon request.

(3) Data Evaluation – Permittees shall evaluate the frequency of potential and actual non-stormwater discharges by business category. Note trends and, as needed, implement focused inspections or education in subsequent years to address trends.

**iii. Reporting**

(1) Permittees shall include the following information in each Annual Report:

(a) Number of inspections conducted;

(b) Number of each type of enforcement action, as listed in each Permittee's ERP, issued;

(c) Number of enforcement actions or discrete number of potential and actual discharges fully resolved within 10 working days or otherwise deemed resolved in a longer, but still timely manner; and

(d) Frequency of potential and actual non-stormwater discharges by business category.

(2) Permittees shall make the list of facilities required to have coverage under the Industrial General Permit, but that have not filed for coverage, available upon Water Board request. For facilities added to the list or re-inspected during this Permit term, the list shall include the date when the facility was first identified and the date when it was most recently inspected or evaluated.

**C.4.e. Staff Training**

**i. Task Description** – Permittees shall provide focused training for industrial and commercial site inspectors and illicit discharge detection and elimination inspectors annually. Trainings may be program-wide, region-wide, or Permittee- specific.

**ii. Implementation Level** – At a minimum, provide inspection training, within the 5-year term of this Permit, in the following topics:

(1) Urban runoff pollution prevention;

(2) Inspection procedures;

(3) Business Inspection Plan;

(4) Enforcement Response Plan;

(5) Illicit Discharge Detection and Elimination; and

(6) Appropriate BMPs to be used at different industrial and commercial facilities.

**iii. Reporting** – The Permittees shall include the following information in each Annual Report:

(1) Dates of training;

(2) Training topics covered;

(3) Total number and percentage of industrial and commercial site inspectors attending training; and

(4) Total number and percentage of illicit discharge detection and elimination inspectors attending training.

# C.5. Illicit Discharge Detection and Elimination

The purpose of this provision is to implement the illicit discharge prohibition and to detect and control illicit discharges not otherwise controlled under Provisions C.4. – Industrial and Commercial Site Controls, C.6. – Construction Site Controls, and C.17 – Discharges Associated with Unsheltered Homeless Populations. Permittees shall implement an illicit discharge program that includes active surveillance and centralized complaint collection and follow-up to detect and eliminate illicit discharges into the MS4. Permittees shall maintain a complaint tracking and follow-up data system as their primary accountability reporting for this provision.

## C.5.a. Legal Authority

i. **Task Description** – Permittees shall have the legal authority to prohibit and control illicit discharges and implement progressively stricter enforcement to achieve expedient compliance.

ii. **Implementation Level**

(1) Permittees shall have adequate legal authority to address illicit discharges to the MS4, including, but not limited to, the following:

(a) Discharges of sewage, trash, or other potentially polluting or hazardous materials;

(b) Discharges of wash water resulting from the cleaning of exterior surfaces, pavement, equipment, and other facilities of any commercial business, or any other public or private facility, including discharges from mobile businesses;

(c) Discharges of runoff from material storage areas, including those containing chemicals, fuels, or other potentially polluting or hazardous materials;

(d) Discharges of pool or fountain water containing chlorine, biocides, or other chemicals; discharges of pool or fountain filter backwash water;

(e) Discharges of sediment, pet waste, vegetation clippings, or other landscape or construction-related wastes;

(f) Discharges of food-related wastes (e.g., grease, fish processing wastes, restaurant kitchen mat and trash bin wash water); and

(2) Permittees shall have adequate legal authority to prohibit, discover through inspection and surveillance, and eliminate illicit connections and discharges to the MS4.

(3) Permittees shall have adequate legal authority to control the discharge of spills, dumping, or disposal of materials other than stormwater to the MS4.

(4) Permittees shall have adequate legal authority to hold mobile businesses, and the businesses, property managers, property owners, and other associated entities that hire a mobile business, responsible for stormwater pollution discharged by the mobile business operating at their location.

**C.5.b. Enforcement Response Plan (ERP)**

**i. Task Description** – Each Permittee shall implement and update, as needed, its ERP – a reference document for inspection staff to take consistent actions to achieve timely and effective abatement of illicit discharges and compliance from responsible parties.

**ii. Implementation Level** – The ERP shall contain the following:

(1) Enforcement Procedures – A description of the Permittee's procedures from the discovery of problems through the confirmation of implementation of corrective actions. This shall include guidance for appropriate enforcement actions, follow-up inspections, referrals to another agency, appropriate time periods for implementation of corrective actions, and the roles and responsibilities of all persons responsible for implementing the ERP.

(2) Enforcement Tools and Field Scenarios – A discussion of the various, escalating enforcement tools for different field scenarios, including, but not limited to, potential discharges (e.g., housekeeping issues, inadequate waste or materials management, evidence of actual discharges, lack of emergency response plans, lack of BMPs, inadequate BMPs, and inappropriate BMPs); actual discharges (observed or documented flow of unauthorized, illicit, or pollutant-containing stormwater discharges to the MS4); non-compliance with previous enforcement actions; and sites with a history of potential and/or actual discharges.

(3) Timely Correction of Potential and Actual Discharges – A description of the Permittee's procedures for assigning due dates for corrective actions. Each Permittee shall require timely correction of all potential and/or actual discharges. Permittees shall require actual discharges to cease immediately. Corrective actions shall be implemented before the next rain event, and no longer than 10 business days after the potential or actual discharges are discovered. Corrective actions can be temporary, in which case more time can be allowed for permanent corrective actions. If more than 10 business days are required for compliance, the rationale, including the expected time frame for compliance, shall be recorded in the electronic database or equivalent tabular system.

(4) Referral and Coordination with Other Agencies – Each Permittee shall enforce its stormwater ordinances to achieve compliance at sites with observed potential and actual discharges, including compliance required by Discharge Prohibition A.1. For cases in which the Permittee's enforcement tools are inadequate to remedy the noncompliance, the Permittee shall refer the case to the Water Board, district attorney, or other relevant agencies for additional enforcement. Permittees may also contact and coordinate with Water Board staff for joint inspections and parallel enforcement of large, complex, or noncompliant sites.

**C.5.c. Spill, Dumping, and Complaint Response Program**

**i. Task Description** – Each Permittee shall implement a program to respond to spills, dumping, and complaints.

**ii. Implementation Level**

(1) Each Permittee shall have a central contact point for the public and Permittee's staff to report spills, dumping, and complaints. At a minimum, this central contact point shall include a phone number. Permittees shall also include, as feasible, a user-friendly web address for reporting for spills and dumping or a link to a web-based reporting application.

(2) Each Permittee shall publicize the phone number on its website, and, if used, a web reporting address or link to a web-based reporting application, to the Permittee's staff and the public. The contact information on the Permittee's website shall be kept up-to-date, and updated at least annually when changed. This central contact point shall be readily searchable and accessible on the Permittee's website.

(3) Each Permittee shall require the municipal staff conducting routine maintenance and inspection activities to report illicit discharges found during their activities to the central contact point so that illicit discharge staff can investigate and track.

(4) Each Permittee shall maintain and update, as needed, a spill, dumping, and complaint response flow chart and/or phone tree for the staff responsible for the spill and dumping response program. At a minimum, this flow chart and/or phone tree shall identify staff or positions responsible for receiving the complaints and investigating and abating the complaints.

(5) Each Permittee shall also maintain and update, as needed, a spill, dumping, and complaint response flow chart and phone tree or contact list for internal use that shows the various responsible agencies and their contacts, who would be involved in illicit discharge incident response that goes beyond the Permittee's immediate capabilities.

(6) Each Permittee shall conduct reactive inspections in response to spill, dumping, and complaint reports and shall also conduct follow-up inspections, as needed, to ensure that corrective measures have been effectively implemented to achieve and maintain compliance. The start of the investigation of a spill or discharge shall not exceed 3 business days from the date the complaint was received by the Permittee. If additional time is required, the Permittee shall document the rationale for the delay.

**iii. Reporting**

(1) Permittees shall provide the following information in the 2024 and 2026 Annual Reports:

(a) The spill, dumping, and complaint reporting phone number and, if used, a web reporting address or a link to a web-based reporting application;

(b) A screen shot of the Permittee's website showing the central contact point; and

(c) A discussion of how the central contact point – spill and dumping reporting phone number and, if used, the web address or web-based reporting application – is being publicized to Permittees' staff and the public.

(2) Copies of the phone trees and contact lists required in Provision C.5.c.ii (4) and (5) shall be provided as attachments to, or links in, the 2026 Annual Report. The lists may be redacted to remove references to private cell phone numbers. The unredacted phone trees and contact lists shall be made available to Water Board staff or representatives during audits or inspections, and upon request

**C.5.d. Tracking and Case Follow-up**

**i. Task Description** – All incidents or discharges reported to the spill, dumping, and complaints central contact point, that might discharge into the MS4, shall be logged to track follow-up and response through problem resolution. The data collected shall be sufficient to demonstrate escalating responses for repeated problems and inter/intra-agency coordination, where appropriate. It is not necessary to track and report data according to this provision if they are tracked and reported according to State Water Resources Control Board Order No. 2006-0003-DWQ, Statewide General Waste Discharge Requirements for Sanitary Sewer Systems.

**ii. Implementation Level** – Maintain records for tracking and follow-up to water quality spills, dumping, and complaints that might discharge into the MS4 in an electronic database or equivalent tabular system.

The water quality spills, dumping, and complaint tracking system shall contain the following information:

(1) Complaint information:

(a) Date that complaint is received by the Permittee;

(b) Type of pollutant; and

(c) Problem Status (potential or actual discharge).

(2) Investigation information:

(a) Date and time investigation of spill or discharge started;

(b) Date and time response to illegal dumping report or complaint started;

(c) Agency, department, or other entities responding to the complaint or discharge;

(d) Type of pollutant;

(e) Identify the entered storm drain or approximate location, and/or receiving water;

(f) Date and time abated; and

(g) Type of enforcement based on the Permittee's ERP.

(3) Responses to discharges or dumping associated with unsheltered populations, including those living in homeless encampments or vehicles, shall be coordinated with the Permittee's Provision C.10 Trash Control efforts, Provision C.17 Homeless Encampment Discharge Control efforts, and other agencies and entities addressing homelessness issues, as appropriate.

**iii. Reporting**

(1) Permittees shall provide the following information in the Annual Report:

(a) Number of discharges reported;

(b) Number of discharges reaching storm drains and/or receiving waters;

(c) Number of discharges resolved in a timely manner; and

(2) The electronic database or equivalent tabular system and supporting documentation shall be made available to Water Board staff or representatives during audits or inspections, and upon request.

## C.5.e. Control of Mobile Sources

i. **Task Description** – Permittees shall have oversight and control of pollutants associated with mobile businesses.

ii. **Implementation Level** – Each Permittee shall implement a program to reduce the discharge of pollutants from mobile businesses.

(1) The program shall include the following:

(a) Implementation of minimum standards and BMPs for each of the various types of mobile businesses, including, but not limited to, automobile washing, vehicle fueling, power washing, steam cleaning, graffiti removal, and carpet cleaning;

(b) Implementation of an enforcement strategy that specifically addresses mobile businesses;

(c) Updating and maintaining a mobile business inventory at least annually;

(d) Implementation of an outreach and education strategy to mobile businesses operating within the Permittee's jurisdiction; and

(e) Inspection of mobile businesses.

(2) Permittees may cooperate countywide and/or region-wide with the implementation of their programs for mobile businesses, including sharing of mobile business information, BMP requirements, enforcement action information, and educational materials.

iii. **Reporting**

(1) In the 2026 Annual Report, each Permittee shall provide the following:

(a) Minimum standards and BMPs for each of the various types of mobile businesses;

(b) Enforcement strategy;

(c) A list and summary of the countywide or regional activities conducted, including BMP requirements, enforcement action information, and educational materials (Permittees' annual reports may refer to the countywide or regional reports for this information);

(d) A list and summary of specific outreach events and education conducted for each type of mobile business operating within the Permittee's jurisdiction; and

(e) A copy of the most recent version of the mobile business inventory.

(2) In each Annual Report, each Permittee shall include at least the following:

(a) The total number of inspections conducted of mobile businesses;

(b) The number of each type of mobile business inspected; and

(c) A summary of the enforcement actions taken against mobile businesses during the reporting year.

**C.5.f. Municipal Separate Storm Sewer System (MS4) Map**

**i. Task Description** – Each Permittee shall make the current map(s) of its MS4 available to the public.

Permittees shall identify information missing from the current MS4 maps and develop a plan and schedule to compile additional storm sewer system information, considering the potential to identify component locations, size or specifications, materials of construction, and condition. This information will be used to update Permittee maps and databases.

**ii. Implementation Level**

(1) Current MS4 Maps – Permittees shall make current maps of the MS4 publicly available, either electronically or in hard copy. Public availability shall be made through a single point of contact that is convenient for the public, such as a staffed counter or web-accessible maps. The MS4 map availability shall be publicized through Permittee directories and web pages.

(2) Updates to MS4 Maps – During the current Permit term, each Permittee shall complete the following:

(a) Determine information missing from the Permittee’s current MS4 map(s), which may include Oakland Museum watershed maps, existing MS4 maps or drawings in the Permittee files, or other storm sewer system information databases.

(b) Identify and make available upon Water Board request maps of the storm sewer system and other stormwater controls installed after publication of the Oakland Museum watershed maps within the Permittee's jurisdictional area.

(c) Develop a plan and schedule for updating the Permittee’s storm sewer system information. Permittees or countywide stormwater programs may work together or with the Oakland Museum of California to develop a plan and schedule for updating existing information, maps, drawings, and databases. The plan will consider the potential to identify storm sewer system component locations, size or specifications, materials of construction, and condition.

**iii. Reporting**

(1) In the 2024 Annual Report, Permittees shall discuss how they make MS4 maps available to the public and how they publicize the availability of the MS4 maps.

(2) Submit a plan and schedule with the 2026 Annual Report to update existing storm sewer system information as described above.

THESE PAGES REMOVED FROM THIS EXCERPT