# EXHIBIT 4

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

**CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD**
**SAN FRANCISCO BAY REGION**
1515 Clay Street, Suite 1400, Oakland, California 94612
waterboards.ca.gov/sanfranciscobay

**ORDER R2-2025-0027**
**NPDES PERMIT CA0037842**

The following Discharger is subject to the waste discharge requirements (WDRs) set forth in this Order:

| | |
|---|---|
| Discharger | **City of San José, City of Santa Clara, and San José/Santa Clara Water Pollution Control Plant, a joint powers authority** |
| Name of Facility | **San José/Santa Clara Water Pollution Control Plant, City of San José sanitary sewer system, City of Santa Clara sanitary sewer system** |
| Facility Address | **700 Los Esteros Road**<br>**San José, CA 95134**<br>**Santa Clara County** |

**Table 1. Discharge Location**

| Discharge Point | Effluent Description | Discharge Point Latitude (North-South) | Discharge Point Longitude (East-West) | Receiving Water |
|---|---|---|---|---|
| 001 | Advanced Secondary Treated Municipal Wastewater | 37.4398º | -122.9581º | Artesian Slough (tributary to South San Francisco Bay via Coyote Creek) |

| | |
|---|---|
| This Order was adopted on: | **December 10, 2025** |
| This Order shall become effective on: | **February 1, 2026** |
| This Order shall expire on: | **January 31, 2031** |
| CIWQS regulatory measure number: | **463623** |

The Discharger shall file a Report of Waste Discharge as an application for updated WDRs in accordance with title 23, California Code of Regulations, and an application for reissuance of a National Pollutant Discharge Elimination System (NPDES) permit no later than **April 30, 2030.** The U.S. Environmental Protection Agency (U.S. EPA) and the California Regional Water Quality Control Board, San Francisco Bay Region (Regional Water Board) have classified this discharge as “**major**.”

I hereby certify that this Order with all attachments is a full, true, and correct copy of the Order adopted by the Regional Water Board on the date indicated above.

______________________________
Eileen White, Executive Officer

THESE PAGES REMOVED FROM THIS EXCERPT

5.3.3.4. If triggered for a reason set forth in Provision 5.3.3.3 above, the Discharger's Pollutant Minimization Program shall include, but not be limited to, the following actions and submittals:

5.3.3.4.1. An annual review and semi-annual monitoring of potential sources of the reportable priority pollutants, which may include fish tissue monitoring and other bio-uptake sampling, or alternative measures when source monitoring is unlikely to produce useful analytical data;

5.3.3.4.2. Quarterly monitoring for the reportable priority pollutants in the influent to the wastewater treatment system. The Executive Officer may approve alternative measures when influent monitoring is unlikely to produce useful analytical data;

5.3.3.4.3. Submittal of a control strategy designed to proceed toward the goal of maintaining concentrations of the reportable priority pollutants in the effluent at or below the effluent limitation;

5.3.3.4.4. Implementation of appropriate cost-effective control measures for the reportable priority pollutants, consistent with the control strategy; and

5.3.3.4.5. Inclusion of the following specific items within the annual report required by Provision 5.3.3.2 above:

5.3.3.4.5.1. All Pollutant Minimization Program monitoring results for the previous year;

5.3.3.4.5.2. List of potential sources of the reportable priority pollutants;

5.3.3.4.5.3. Summary of all actions undertaken pursuant to the control strategy; and

5.3.3.4.5.4. Description of actions to be taken in the following year.

5.3.4. **Special Provisions for Publicly Owned Treatment Works**

5.3.4.1. **Pretreatment Program.** The Discharger shall implement and enforce its approved pretreatment program in accordance with federal pretreatment regulations (40 C.F.R. part 403); pretreatment standards promulgated under CWA sections 307(b), 307(c), and 307(d); pretreatment requirements specified under 40 C.F.R. section 122.44(j); and the requirements in Attachment H, "Pretreatment Requirements. The Discharger's responsibilities include, but are not limited to, the following:

5.3.4.1.1. Enforcement of the National Pretreatment Standards of 40 C.F.R. sections 403.5 and 403.6;

5.3.4.1.2. Implementation of its pretreatment program in accordance with legal authorities, policies, procedures, and financial provisions described in the National Pretreatment Program (40 C.F.R. part 403);

5.3.4.1.3. Submission of reports to the State Water Board and the Regional Water Board as described in Attachment H; and

5.3.4.1.4. Evaluation of the need to revise local limits under 40 C.F.R. section 403.5(c)(1) and, by the end of the permit term, submission of a report describing the changes, with a plan and schedule for implementation. To ensure no significant increase in copper discharges, and thus compliance with antidegradation requirements, the Discharger shall not consider eliminating local limits for copper.

5.3.4.2. **Sludge and Biosolids Management**

5.3.4.2.1. Sludge and biosolids treatment and storage shall not create a nuisance, such as objectionable odors or flies, or result in groundwater contamination.

5.3.4.2.2. The sludge and biosolids treatment and storage site shall have facilities adequate to divert surface runoff from adjacent areas, to protect site boundaries from erosion, and to prevent conditions that would cause drainage from the stored materials. Adequate protection is defined as protection from at least a 100-year storm and the highest possible tidal stage that may occur.

5.3.4.2.3. This Order does not authorize permanent onsite sludge or biosolids storage or disposal. The Discharger shall file a Report of Waste Discharge and bring the site into compliance with applicable regulations prior to commencement of any such activity.

5.3.4.3. **Sanitary Sewer System Management.** The City of San Jose and the City of Santa Clara shall properly operate and maintain their respective collection systems (see Attachments D and G, section 1.4), report any noncompliance with respect to their respective collection systems (see Attachment D, section 5.5.1, and Attachment G, sections 5.5.1 and 5.5.2), and mitigate any discharges in violation of this Order associated with their respective sanitary sewer systems (see Attachments D and G, section 1.3).

State Water Board Order WQ 2022-0103-DWQ, *Statewide Waste Discharge Requirements General Order for Sanitary Sewer Systems*, (statewide WDRs) contain requirements for operation and maintenance of collection systems and for reporting and mitigating sanitary sewer overflows. The statewide WDRs clearly and specifically stipulate requirements for operation and maintenance and for reporting and mitigating sanitary sewer overflows. Implementing the requirements for operation and maintenance and mitigation of sanitary sewer overflows set forth in the statewide WDRs (and any

THESE PAGES REMOVED FROM THIS EXCERPT

subsequent order updating these requirements) shall satisfy the corresponding federal NPDES requirements specified in Attachments D and G of this Order for the collection systems. Following the reporting requirements set forth in the statewide WDRs (and any subsequent order updating those requirements) shall satisfy the NPDES reporting requirements for sanitary sewer overflows specified in Attachments D and G.

5.3.5. **Other Special Provisions**

5.3.5.1. **Avian Botulism Control Program.** The Discharger shall continue to monitor Artesian Slough, Coyote Creek, and Alviso Slough for the presence of avian botulism and promptly collect sick and dead vertebrates. By February 28 each year, the Discharger shall continue to submit annual reports regarding its Avian Botulism Control Program to the Regional Water Board, the California Department of Fish and Wildlife, and the U.S. Fish and Wildlife Service.

5.3.5.2. **South Bay Action Plan.** If the Facility's average dry-weather effluent flow exceeds 115 MGD, the Discharger shall notify the Regional Water Board in monthly self-monitoring reports and update the South Bay Action Plan as required by Regional Board Order 97-111 (see Actions to Meet Requirements of Order WQ 90-5). If the average dry-weather effluent flow remains below 120 MGD, no further action is required. However, if the average dry-weather effluent flow equals or exceeds 120 MGD, the Discharger shall immediately implement measures to reduce discharge flows as identified in the South Bay Action Plan and submit annual reports with its annual self-monitoring reports describing the year's accomplishments and actions planned for the upcoming year.

5.3.5.3. **Copper Action Plan.** The Discharger shall implement source control and pollution prevention for copper in accordance with the following tasks and time schedule:

**Table 3. Copper Action Plan**

| Task Number | Task | Deadline |
|---|---|---|
| 1 | **Implement Copper Control Program.** Continue implementing existing program to reduce identified copper sources. | Implementation shall be ongoing |
| 2 | **Implement Additional Actions.** If the Regional Water Board notifies the Discharger that the three-year rolling mean dissolved copper concentration in South San Francisco Bay exceeds 4.2 μg/L, then within 90 days of the notification, evaluate the effluent copper concentration trend and, if it is increasing, develop and begin implementation of additional measures to control copper discharges. Report the conclusion of the trend analysis and provide a schedule for any new actions to be taken within the next 12 months. | With next annual pollution minimization program report due February 28 (at least 90 days following notification) |
| 3 | **Report Status.** Submit an annual report documenting copper control program implementation that evaluates the effectiveness of | Annually, with annual pollution minimization |