# EXHIBIT 5

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

CALIFORNIA
Water Boards

GAVIN NEWSOM
GOVERNOR

JARED BLUMENFELD
SECRETARY FOR
ENVIRONMENTAL PROTECTION

San Francisco Bay Regional Water Quality Control Board

**ORDER No. R2-2020-0001**
**NPDES No. CA0037842**

The following discharger is subject to waste discharge requirements (WDRs) set forth in this Order:

**Table 1. Discharger Information**

| | |
|---|---|
| **Discharger** | City of San Jose, City of Santa Clara, and San Jose/Santa Clara Water Pollution Control Plant, a joint powers authority |
| **Name of Facility** | San Jose/Santa Clara Water Pollution Control Plant, City of San Jose wastewater collection system, City of Santa Clara wastewater collection system |
| **Facility Address** | 700 Los Esteros Road<br>San Jose, CA 95134<br>Santa Clara County |
| **CIWQS Place Number** | 255333 |

**Table 2. Discharge Location**

| Discharge Point | Effluent Description | Discharge Point Latitude (North) | Discharge Point Longitude (West) | Receiving Water |
|---|---|---|---|---|
| 001 | Advanced Secondary-Treated Municipal Wastewater | 37.4398 | -121.9581 | Artesian Slough (tributary to South San Francisco Bay via Coyote Creek) |

**Table 3. Administrative Information**

| | |
|---|---|
| This Order was adopted on: | February 12, 2020 |
| This Order shall become effective on: | April 1, 2020 |
| This Order shall expire on: | March 31, 2025 |
| CIWQS Regulatory Measure Number | 436745 |
| The Discharger shall file a Report of Waste Discharge as an application for reissuance of WDRs in accordance with title 23, California Code of Regulations, and an application for reissuance of a National Pollutant Discharge Elimination System (NPDES) permit no later than: | June 30, 2024 |
| The U.S. Environmental Protection Agency (U.S. EPA) and the California Regional Water Quality Control Board, San Francisco Region, have classified this discharge as follows: | Major |

I, Michael Montgomery, Executive Officer, do hereby certify that this Order with all attachments is a full, true, and correct copy of the Order adopted by the California Regional Water Quality Control Board, San Francisco Bay Region, on the date indicated above.

Michael Montgomery, Executive Officer

THESE PAGES REMOVED FROM THIS EXCERPT

to more effectively reduce the amount of pollutants flowing to the Facility, and subsequently in its effluent.

**c.** The Discharger shall develop and conduct a Pollutant Minimization Program as further described below when there is evidence that a priority pollutant is present in the effluent above an effluent limitation (e.g., sample results reported as detected but not quantified [DNQ] when the effluent limitation is less than the method detection limit [MDL], sample results from analytical methods more sensitive than those methods required by this Order, presence of whole effluent toxicity, health advisories for fish consumption, or results of benthic or aquatic organism tissue sampling) and either:

**i.** A sample result is reported as DNQ and the effluent limitation is less than the Reporting Level (RL); or

**ii.** A sample result is reported as not detected (ND) and the effluent limitation is less than the MDL, using definitions in Attachment A and reporting protocols described in the MRP.

**d.** If triggered by the reasons set forth in Provision VI.C.3.c, above, the Discharger's Pollutant Minimization Program shall include, but not be limited to, the following actions and submittals:

**i.** Annual review and semi-annual monitoring of potential sources of the reportable priority pollutants, which may include fish tissue monitoring and other bio-uptake sampling, or alternative measures when source monitoring is unlikely to produce useful analytical data;

**ii.** Quarterly monitoring for the reportable priority pollutants in the influent to the Facility. The Executive Officer may approve alternative measures when influent monitoring is unlikely to produce useful analytical data;

**iii.** Submittal of a control strategy designed to proceed toward the goal of maintaining concentrations of the reportable priority pollutants in the effluent at or below the effluent limitation;

**iv.** Implementation of appropriate cost-effective control measures for the reportable priority pollutants, consistent with the control strategy; and

**v.** Inclusion of the following specific items within the annual report required by Provision VI.C.3.b above:

**(a)** All Pollutant Minimization Program monitoring results for the previous year;
**(b)** List of potential sources of the reportable priority pollutants;
**(c)** Summary of all actions undertaken pursuant to the control strategy; and
**(d)** Description of actions to be taken in the following year.

**4. Special Provisions for Publicly-Owned Treatment Works (POTWs)**

a. **Pretreatment Program**. The Discharger shall implement and enforce its approved pretreatment program in accordance with federal pretreatment regulations (40 C.F.R. part 403); pretreatment standards promulgated under CWA sections 307(b), 307(c), and 307(d); pretreatment requirements specified under 40 C.F.R. section 122.44(j); and the requirements in Attachment H, "Pretreatment Requirements." The Discharger's responsibilities include, but are not limited to, the following:

   i. Enforcement of the National Pretreatment Standards of 40 C.F.R. sections 403.5 and 403.6;

   ii. Implementation of its pretreatment program in accordance with legal authorities, policies, procedures, and financial provisions described in the National Pretreatment Program (40 C.F.R. part 403);

   iii. Submission of reports to the State Water Board and the Regional Water Board as described in Attachment H; and

   iv. Evaluation of the need to revise local limits under 40 C.F.R. section 403.5(c)(1) and, within 180 days following the effective date of this Order, submission of a report describing the changes, with a plan and schedule for implementation.

b. **Sludge and Biosolids Management**

   i. Sludge and biosolids treatment and storage shall not create a nuisance, such as objectionable odors or flies, or result in groundwater contamination.

   ii. Sludge and biosolids treatment and storage site shall have facilities adequate to divert surface runoff from adjacent areas, to protect site boundaries from erosion, and to prevent conditions that would cause drainage from the stored materials. Adequate protection is defined as protection from at least a 100-year storm and the highest possible tidal stage that may occur.

   iii. This Order does not authorize permanent onsite sludge or biosolids storage or disposal. The Discharger shall file a Report of Waste Discharge and bring the site into compliance with applicable regulations prior to commencement of any such activity.

c. **Collection System Management.** The City of San Jose and the City of Santa Clara shall properly operate and maintain their respective collection systems (see Attachments D and G, section I.D), report any noncompliance with respect to their respective collection systems (see Attachment D, section V.E.1, and Attachment G, sections V.E.1 and V.E.2), and mitigate any discharges in violation of this Order associated with their respective collection systems (see Attachments D and G, section I.C).

   State Water Board Order No. 2006-0003-DWQ, Statewide General Waste Discharge Requirements for Sanitary Sewer Systems, as amended by State Water Board Order No. WQ 2013-0058-EXEC (statewide WDRs), contains requirements for operation and maintenance of collection systems and for reporting and mitigating sanitary sewer overflows. The statewide WDRs clearly and specifically stipulate requirements for operation and maintenance and for reporting and mitigating sanitary sewer overflows.

Implementing the requirements for operation and maintenance and mitigation of sanitary sewer overflows set forth in the statewide WDRs (and any subsequent order updating these requirements) shall satisfy the corresponding federal NPDES requirements specified in Attachments D and G of this Order for the collection systems. Following the reporting requirements set forth in the statewide WDRs (and any subsequent order updating these requirements) shall satisfy the NPDES reporting requirements for sanitary sewer overflows specified in Attachments D and G.

5. **Other Special Provisions**

   a. **Avian Botulism Control Program.** The Discharger shall continue to monitor Artesian Slough, Coyote Creek, and Alviso Slough for the presence of avian botulism and promptly collect sick and dead vertebrates. By February 28 each year, the Discharger shall continue to submit annual reports regarding its Avian Botulism Control Program to the Regional Water Board, the California Department of Fish and Wildlife, and the U.S. Fish and Wildlife Service.

   b. **South Bay Action Plan.** If the Facility's average dry-weather effluent flow exceeds 115 MGD, the Discharger shall notify the Regional Water Board in monthly self-monitoring reports and update the South Bay Action Plan as required by Regional Board Order 97-111 (see Actions to Meet Requirements of Order No. WQ 90-5.) If the average dry-weather effluent flow remains below 120 MGD, no further action is required. However, if the average dry-weather effluent flow equals or exceeds 120 MGD, the Discharger shall immediately implement measures to reduce discharge flows as identified in the South Bay Action Plan and submit annual reports with its annual self-monitoring reports describing the year's accomplishments and actions planned for the upcoming year.

   c. **Copper Action Plan.** The Discharger shall continue to implement pretreatment, source control, and pollution prevention for copper in accordance with the following tasks and time schedule:

**Table 5. Copper Action Plan**

| Task | Compliance Date |
|---|---|
| **1. Implement Copper Control Program**<br>Continue implementing existing program to reduce identified copper sources, including, as applicable, taking the following actions:<br>**a.** Providing education and outreach to the public (e.g., focusing on proper pool and spa maintenance and plumbers' roles in reducing corrosion);<br>**b.** If corrosion is a significant copper source, working cooperatively with local water purveyors to reduce and control water corrosivity, as appropriate, and ensuring that local plumbing contractors implement best management practices to reduce corrosion in pipes; and<br>**c.** Educating plumbers, designers, and maintenance contractors for pools and spas to encourage best management practices that minimize copper discharges. | Implementation shall be ongoing; documentation of implementation should be included with annual pollution prevention report due February 28. |

THESE PAGES REMOVED FROM THIS EXCERPT