# EXHIBIT 8

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

**Meeting Date:** 02/11/14

# AGENDA REPORT

City of Santa Clara, California

**Agenda Item #** 7A1

Santa Clara All-America City 2001

**Date:** January 23, 2014

**To:** City Manager for Council Action

**From:** Director of Water and Sewer Utilities

**Subject:** Pass to Print an Ordinance Amending Chapter 13.10 of Title 13 by amending Sections 13.10.020, 13.10.450, 13.10.500, 13.10.580, and adding Section 13.10.670 of the Code of the City of Santa Clara

## EXECUTIVE SUMMARY:

Staff is proposing changes to Chapter 13.10, ("Sewers"), of the Santa Clara Municipal Code to comply with Federal regulatory requirements as administered by the US Environmental Protection Agency (US EPA) and by the State Water Resources Control Board (SWRCB). A 2012 audit by the US EPA and the SWRCB of the pretreatment program administered by the City of San Jose found that ordinance changes were required to meet current requirements.

The proposed ordinance amendments include administrative changes, such as clarification of definitions and reporting requirements for regulated facilities as described in Title 40 of the Code of Federal Regulations. Specifically, it adds new definitions and modifies the permitting and reporting requirements for certain industrial dischargers, and makes other technical and conforming changes to the City's Sewer Use Ordinance.

The proposed amendments to the City's Code will conform the City of Santa Clara's Sewer Use Ordinance and address the audit findings. The proposed changes include:

- Clarifying definitions for Significant Change, Significant Industrial User, and Upset.
- Creating new definitions for Clean Water Act, Pollutant Not Present, and Slug Control Plan.
- Allowing industrial users to apply for a waiver of sampling requirements for pollutants not present in their wastewater discharge.
- Allowing industrial users a rebuttal to an 'upset' or exceptional incident, which is unintentional and a temporary noncompliance with categorical Pretreatment Standards because of factors beyond the reasonable control of the industrial user.
- Clarifying that a late report or failure to submit reports required under federal law could subject the user to penalties. It now also provides a means for the Director to waive the assessment if the industrial discharge meets a number of conditions.

## ADVANTAGES AND DISADVANTAGES OF ISSUE:

Passage of this ordinance allows for compliance with the US EPA regulations, as well as provides uniformity in code enforcement by the San Jose-Santa Clara Regional Wastewater Facility inspectors. The consistency

between both City ordinances will help ensure standardization among customers for inspection purposes and compliance with municipal codes.

**ECONOMIC/FISCAL IMPACT:**

The ordinance revisions will have minimal, if any, financial impact to the Water and Sewer Utilities or the City. Furthermore, this ordinance revision keeps the City in compliance with US EPA regulations, consequently avoiding fines and penalties that might result from non-compliance.

**RECOMMENDATION:**

That the Council pass to print an ordinance amending Chapter 13.10 ("Sewers") of Title 13 ("Public Services") by amending Sections 13.10.020, 13.10.450, 13.10.500, 13.10.580, and adding Section 13.10.670 of the Code of the City of Santa Clara to comply with the US EPA regulations.

Christopher L. de Groot
Director of Water and Sewer Utilities

APPROVED:

Julio J. Fuentes
City Manager

***Documents Related to this Report:***
***1) Proposed Ordinance***

I:\Water\MEMOS\AGENDA\2014\Sewer Ordinance\Agenda Report_Sewer Ordinance Chap 13.10.doc