# EXHIBIT 12

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

## California Environmental Reporting System (CERS) — Business Owner Operator

### Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

### Submittal Status

Submitted on 10/27/2015 by *Linda Knudsen* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 10/28/2015 by *Jack Lin* for Santa Clara City Fire Department
Comments by regulator: See Hazardous Materials Inventory comments.

### Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |

| Dun & Bradstreet | SIC Code | Primary NAICS |
|---|---|---|
| 060704780 | 3571 | 33411 |

### Facility/Site Mailing Address

1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

### Primary Emergency Contact

LInda Knudsen
Title
Sunnyvale Site Manager

| Business Phone | 24-Hour Phone | Pager Number |
|---|---|---|
| (408) 783-7745 | | |

### Owner

Apple, Inc.
(408) 996-1010
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

### Secondary Emergency Contact

Tim Bishop
Title
Santa Clara EH&S Manager

| Business Phone | 24-Hour Phone | Pager Number |
|---|---|---|
| (408) 862-1964 | | |

### Billing Contact

Apple, Inc.
(408) 996-1010 john_shull@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

### Environmental Contact

John Shull
(408) 974-5170 john_shull@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Linda Knudsen | Sunnyvale Site Manager | Terry Ibarra (EORM) working on behalf of Apple, Inc. |

Additional Information

### Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

#### Property Owner

Kalil Jenab
Phone
(408) 810-3428
Mailing Address
108 Sylvian Way
Los Altos, CA 94022

Assessor Parcel Number (APN)

Number of Employees

Facility ID

**California Environmental Reporting System (CERS)** **Business Owner Operator**

## Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

## Submittal Status

Submitted on 7/27/2016 by *Emmanuel Mulenga* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 8/23/2016 by *Soulmaz Brazil* for Santa Clara City Fire Department

## Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 33411 |

## Facility/Site Mailing Address

1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Primary Emergency Contact

Emmanuel Mulenga
Title
Senior EHS Engineer

| Business Phone | 24-Hour Phone | Pager Number |
|---|---|---|
| (408) 203-6346 | | |

## Owner

Apple, Inc.
(408) 996-1010
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Secondary Emergency Contact

Scott Sidlow
Title
Global EH&S Manager

| Business Phone | 24-Hour Phone | Pager Number |
|---|---|---|
| (408) 464-3564 | | |

## Billing Contact

Apple, Inc.
(408) 996-1010 john_shull@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Environmental Contact

John Shull
(408) 974-5170 john_shull@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Emmanuel | Mulenga | BSI |

Additional Information

## Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

### Property Owner

Kalil Jenab
Phone
(408) 810-3428
Mailing Address
108 Sylvian Way
Los Altos, CA 94022

Assessor Parcel Number (APN)

Number of Employees

Facility ID

**California Environmental Reporting System (CERS)** — **Business Owner Operator**

## Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

## Submittal Status

Submitted on 12/18/2017 by *Emmanuel Mulenga* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 1/16/2018 by *Viri Santoyo* for Santa Clara City Fire Department

## Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 33411 |

## Facility/Site Mailing Address

1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Primary Emergency Contact

Emmanuel Mulenga
Title
Senior EHS Engineer
Business Phone
(408) 203-6346
Pager Number

## Owner

Apple, Inc.
(408) 996-1010
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

## Billing Contact

Apple, Inc.
(408) 996-1010 john_shull@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

## Environmental Contact

Emmanuel Mulenga
(408) 203-6346 emulenga@apple.com
1 Infinite Loop, M/S 119-EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Emmanuel | Mulenga | BSI |

Additional Information

## Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

**California Environmental Reporting System (CERS)** | **Business Owner Operator**

## Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

## Submittal Status

Submitted on 5/18/2018 by *Emmanuel Mulenga* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 5/18/2018 by *Viri Santoyo* for Santa Clara City Fire Department

## Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| Dun & Bradstreet | SIC Code | Primary NAICS |
| 060704780 | 3571 | 33411 |

## Facility/Site Mailing Address

One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

## Primary Emergency Contact

Emmanuel Mulenga
Title
Senior EHS Engineer
Business Phone
(408) 203-6346
Pager Number

## Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

## Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

## Billing Contact

Apple, Inc.
(408) 996-1010 john_shull@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

## Environmental Contact

Emmanuel Mulenga
(408) 203-6346 emulenga@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Emmanuel | Mulenga | BSI |

Additional Information

## Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

## California Environmental Reporting System (CERS) — Business Owner Operator

### Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

### Submittal Status

Submitted on 12/19/2019 by *Tom Huynh* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 7/17/2020 by *Saroj Dhillon* for Santa Clara City Fire Department

### Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 33411 |

### Facility/Site Mailing Address

One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947
Pager Number

### Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

### Billing Contact

Kevin Sung
(408) 908-0167 kevin_sung@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Environmental Contact

Tom Huynh
(408) 595-0947 tom_huynh@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

### Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

#### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

**California Environmental Reporting System (CERS)** **Business Owner Operator**

### Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

### Submittal Status

Submitted on 7/31/2020 by *Tom Huynh* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 11/9/2020 by *Giang Tran* for Santa Clara City Fire Department

### Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 996-1010 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 33411 |

### Facility/Site Mailing Address

One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947
Pager Number

### Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

### Billing Contact

Kevin Sung
(408) 908-0167 kevin_sung@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

### Environmental Contact

Virginie Durmont
(669) 251-4378 vdurmont@apple.com
One Apple Park Way, M/S 119 EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

### Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

**Property Owner**

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

## California Environmental Reporting System (CERS) — Business Owner Operator

### Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

### Submittal Status

Submitted on 10/11/2021 by *JESSICA CHENG* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 2/9/2022 by *Frederick Chun* for Santa Clara City Fire Department
Comments by regulator: Thank you for your submittal. The City of Santa Clara CUPA is acknowledging receipt of your CERS submittal. Accepting the submittal by the City of Santa Clara does not constitute that the information provided by your business meets all applicable requirements. Further review of your submitted data may be conducted prior to a facility inspection or as part of data evaluations. If items need to be addressed, we will contact you for appropriate corrections.
Frederick Chun, Assistant Fire Marshal/CUPA Manager, fchun@santaclaraca.gov

### Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 974-3333 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 334111 |

### Facility/Site Mailing Address

One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947
Pager Number

### Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

### Billing Contact

Kevin Sung
(408) 908-0167 kevin_sung@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Environmental Contact

Virginie Durmont
(669) 251-4378 vdurmont@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

### Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

#### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

**California Environmental Reporting System (CERS)** **Business Owner Operator**

## Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

## Submittal Status

Submitted on 2/4/2022 by *Tom Huynh* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 2/9/2022 by *Frederick Chun* for Santa Clara City Fire Department
Comments by regulator: Thank you for your submittal. The City of Santa Clara CUPA is acknowledging receipt of your CERS submittal. Accepting the submittal by the City of Santa Clara does not constitute that the information provided by your business meets all applicable requirements. Further review of your submitted data may be conducted prior to a facility inspection or as part of data evaluations. If items need to be addressed, we will contact you for appropriate corrections.
Frederick Chun, Assistant Fire Marshal/CUPA Manager, fchun@santaclaraca.gov

## Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 974-3333 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 3571 | 334111 |

## Facility/Site Mailing Address

One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947
Pager Number

## Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

## Billing Contact

Kevin Sung
(408) 908-0167 kevin_sung@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Environmental Contact

Virginie Durmont
(669) 251-4378 vdurmont@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

## Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

## California Environmental Reporting System (CERS) — Business Owner Operator

### Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

### Submittal Status

Submitted on 11/21/2022 by *Tom Huynh* of APPLE INC (SANTA CLARA) (Santa Clara, CA)
Submittal was ***Accepted***; Processed on 6/12/2023 by *Frederick Chun* for Santa Clara City Fire Department

### Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 974-3333 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| **Dun & Bradstreet** | **SIC Code** | **Primary NAICS** |
| 060704780 | 8731 | 541715 |

### Facility/Site Mailing Address

One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947
Pager Number

### Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985
Pager Number

### Billing Contact

Kevin Sung
(408) 908-0617 kevin_sung@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

### Environmental Contact

Tom Huynh
(408) 595-0947 tom_huynh@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

### Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

#### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509

**California Environmental Reporting System (CERS)** | **Business Owner Operator**

## Facility/Site

**Apple, Inc. (Scott 1)**
3250 Scott Blvd
Santa Clara, CA 95054

CERS ID
**10633816**

## Submittal Status

Submitted on 1/11/2023 by *Tom Huynh* of APPLE INC (SANTA CLARA) (Santa Clara, CA)

## Identification

Apple, Inc.

| Operator Phone | Business Phone | Business Fax |
|---|---|---|
| (408) 974-3333 | (408) 996-1010 | |

| Beginning Date | Ending Date | |
|---|---|---|
| | | |
| Dun & Bradstreet | SIC Code | Primary NAICS |
| 060704780 | 8731 | 541715 |

## Facility/Site Mailing Address

One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Primary Emergency Contact

Tom Huynh
Title
SPG EHS Lead
Business Phone
(408) 595-0947

## Owner

Apple, Inc.
(408) 996-1010
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Secondary Emergency Contact

Sue Creighton
Title
SPG EH&S Manager
Business Phone
(408) 608-8985

## Billing Contact

Kevin Sung
(408) 908-0617 kevin_sung@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

## Environmental Contact

Tom Huynh
(408) 595-0947 tom_huynh@apple.com
One Apple Park Way, M/S 319-5EHS
Cupertino, CA 95014

| Name of Signer | Signer Title | Document Preparer |
|---|---|---|
| Tom Huynh | SPG EHS Lead | BSI |

Additional Information

## Locally-collected Fields

Some or all of the following fields may be required by your local regulator(s).

### Property Owner

Assessor Parcel Number (APN)

Number of Employees

Facility ID
43-010-201509