# EXHIBIT 12

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

***************************************

CITY OF SANTA CLARA

**PROJECT CLEARANCE COMMITTEE**
**SUBDIVISION COMMITTEE**

***************************************

# PCC/SC ROUTING SHEET

**I.** **Distribution Date:** **10/24/2014**

**Date Comments due:** **10/31/2014**

**Project Planner:** **Gregory Qwan**

**Tentative PCC/SC Date:** 11/4/2014

**Applicant's Request:** **Architectural Review of an expansion of the existing office/R&D facility, interior & exterior TI's, tree removal and replacement, landscape plan, and various parking lot and site improvements**

**II.** **File No.(s):** **PLN2014-10675**

**Address: /APN:** **3250 Scott Blvd. / 216-29-117**

**Applicant/Owner:** **Gary Aquilina / Khalil Jenab for Cassidy Turley**

**CEQA Determination:** **TBD**

**Date Last Heard:** N/A

**Related File No.(s):** **N/A**

## III. STAFF DISTRIBUTION

| DEPARTMENT | STAFF REPRESENTATIVE/E-MAIL | | PHONE # |
|---|---|---|---|
| ☒ City Attorney's Office | Alexander Abbe | AAbbe@santaclaraca.gov | 615-2231 |
| ☒ Building Inspection Division | Bounmy Soumountha | Bsoumountha@santaclaraca.gov | 615-2430 |
| ☐ City Manager's Office | Alan Kurotori | AKurotori@santaclaraca.gov | 615-2210 |
| ☒ Electric Utility | Leonard Buttitta | Lbuttitta@santaclaraca.gov | 261-5469 |
| ☒ Electric Utility (fiber optics) | Rene Campos | rcampos@svpower.com | 426-7591 |
| ☒ Engineering - Property Division | Noel Lozano | NLozano@santaclaraca.gov | 615-3045 |
| ☒ Engineering - Traffic Division | Dennis Ng | Dng@santaclaraca.gov | 615-3021 |
| ☒ Fire Dept. - Fire Marshal | Martin Von Raesfeld. | Mvonraesfeld@santaclaraca.gov | 615-4971 |
| ☒ Planning Division | Gloria Sciara* | Gsciara@santaclaraca.gov | 615-2453 |
| ☒ Police Department | Tom Leipelt | TLeipelt@santaclaraca.gov | 615-4866 |
| ☒ Street Department | Acting Director | @santaclaraca.gov | 615-3081 |
| ☒ Street Department | Lina Pradabaenz | LPradabaez@santaclaraca.gov | 615-3080 |
| ☒ Water and Sewer Utilities | Rashmi Ramachandra | Rramachanadra@santaclaraca.gov | 615-2017 |
| ☐ Parks and Recreation | James Teixeira | Jteixeira@santaclaraca.gov | 615-2261 |
| ☐ Historical Coordinator | Yen Chen | ychen@santaclaraca.gov | 615-2455 |
| ☐ Planning Division (Historic referral) | Craig Mineweaser, AIA | Craig@mineweaser.com | email or mail plans to 17154 Monte Grande Drive, Soulsbyville, CA 95372 |

Schaaf & Wheeler
CONSULTNG CIVIL ENGINEERS

James R. Schaaf, Ph. D, PE
Kirk R. Wheeler, PE
Peder C. Jorgensen, PE
Charles D. Anderson, PE
Daniel J. Schaaf, PE

870 Market Street, Suite 1278
San Francisco, CA 94102-2906
415-433-4848
Fax 415-433-1029

M. Eliza McNulty, PE
Benjamin L. Shick, PE
Leif M. Coponen, PE
Principal Emeritus
David A. Foote, PE

RECEIVED
DEC 1 0
City of San
Planning Div

December 10, 2014

Planning Department
City of Santa Clara
1500 Warburton Avenue
Santa Clara, CA 95050

**Re: Aria Redevelopment**

To Whom It May Concern,

At the request of Kier & Wright, we have performed a third-party review of the Aria Stormwater Management Plan (SWMP) dated December 8th, 2014. The project consists of redeveloping the existing hardscape and landscaping around the existing industrial building located at 3250 Scott Boulevard in Santa Clara

Based on our review of the SWMP, the plan complies with the requirements of the RWQCB C.3 provisions and the SCVURPPP C.3 Stormwater Handbook (April 2012). The project creates or replaces less than 50% of the existing impervious area and therefore must only treat the new or replaced impervious surfaces. The site would incorporate site design principles; source control measures; self-retaining, self-treating and bio-retention areas to treat the stormwater runoff from an area equal to the new and replaced onsite impervious area. The project will treat portions of the existing roof via bio-retention in-lieu of treating a portion of the new pavement. Treatment control measures are 100% Low Impact Development (LID).

The sizing, selection, and preliminary design of storm water treatment control BMPs in the SWMP meet the requirements of the NPDES MRP C.3 provisions based on the information supplied in the SWMP.

If you require any additional information, please feel free to call me at the number above.

Sincerely,
**Schaaf & Wheeler**

Caitlin Gilmore, PE
Associate Engineer

REGISTERED PROFESSIONAL ENGINEER
CAITLIN J. GILMORE
No. 76810
EXP. 12/31/16
CIVIL
STATE OF CALIFORNIA

RECEIVED
DEC 1 0 2014
City of Santa Clara
Planning Division




KIER & WRIGHT
CIVIL ENGINEERS & SURVEYORS, INC.
3350 SCOTT BOULEVARD, BUILDING 22
SANTA CLARA, CALIFORNIA 95054

CONSULTANT LOGO / LICENSE STAMP

PROJECT / CLIENT

**SB-01**
**ARIA**
SHELL & TENANT IMPROVEMENTS
3250 SCOTT BLVD
SANTA CLARA, CA 94054

RECEIVED
DEC 10 2014
City of Santa Clara
Planning Division

CONFIDENTIAL

## LEGEND

- BIORETENTION POND
- DRAINAGE MANAGEMENT AREA LIMITS

## BIOTREATMENT MAINTENANCE

| INSPECTION ACTIVITIES | SUGGESTED FREQUENCY |
|---|---|
| • INSPECT AFTER SEEDING AND AFTER FIRST MAJOR STORMS FOR ANY DAMAGES. | POST-CONTRUCTION |
| • INSPECT FOR SIGNS OF EROSION, DAMAGE TO VEGETATION, CHANNELIZATION OF FLOW, DEBRIS AND LITTER, AND AREAS OF SEDIMENT ACCUMULATION. PERFORM INSPECTIONS AT THE BEGINNING AND END OF THE WET SEASON. ADDITIONAL INSPECTIONS AFTER PERIODS OF HEAVY RUNOFF ARE DESIRABLE. | SEMI-ANNUAL |
| • INSPECT BASIN ONCE DURING THE WET SEASON AFTER A LARGE RAIN EVENT TO CONFIRM THE FACILITY IS DRAINING WITHIN 72 HOURS. IF FACILITY FAILS TO DRAIN WITHIN THE TIMEFRAME, REMOVE AND REPLACE TOP 2 INCHES OF FILTER MEDIA. | SEMI-ANNUAL |
| **MAINTENANCE ACTIVITIES** | **SUGGESTED FREQUENCY** |
| • MOW GRASS TO MAINTAIN A HEIGHT OF 3-4 INCHES, FOR SAFETY, AESTHETIC, OR OTHER PURPOSES. LITTER SHOULD ALWAYS BE REMOVED PRIOR TO MOWING. CLIPPINGS SHOULD BE COMPOSTED.<br>• IRRIGATE DURING DRY SEASON (APRIL THROUGH OCTOBER) OR WHEN NECESSARY TO MAINTAIN THE VEGETATION.<br>• PROVIDE WEED CONTROL, IF NECESSARY TO CONTROL INVASIVE SPECIES. | AS NEEDED (FREQUENT, SEASONALLY) |
| • REMOVE LITTER, BRANCHES, ROCKS BLOCKAGES AND OTHER DEBRIS AND DISPOSE OF PROPERLY.<br>• REPAIR ANY DAMAGED AREAS IDENTIFIED DURING INSPECTIONS. EROSION RILLS OR GULLIES SHOULD BE CORRECTED AS NEEDED. BARE AREAS SHOULD BE REPLANTED AS NECESSARY. | SEMI-ANNUAL |
| • CORRECT EROSION PROBLEMS IN THE SAND/SOIL BED. | AS NEEDED |
| • PLANT AN ALTERNATIVE GRASS SPECIES IF THE ORIGINAL GRASS COVER HAS NOT BEEN SUCCESSFULLY ESTABLISHED. | ANNUAL (AS NEEDED) |
| • RESEED AND APPLY MULCH TO DAMAGED AREAS. APPLY 1" TO 2" OF MULCH PREFERABLE IN JUNE AFTER WEEDING. | SEMI-ANNUAL |
| • [illegible] | AS NEEDED (INFREQUENT) |
| • ROTOTILL OR CULTIVATE SURFACE OF SAND/SOIL BED OF IF TREATMENT AREA DOES NOT DRAW DOWN WITHIN 48 HOURS. | AS NEEDED |

## TREATMENT CONTROL SUMMARY TABLE

| **Water Quality Design Volume Calculations** | | |
|---|---|---|
| Drainage Management Area | TCM-01 | TCM-02 |
| Total Drainage Area (AT) to BMP (ft2) | 45,443 | 1,584 |
| Impervious Surface Area (ft2) | 40,843 | 11,647 |
| Percent Imperviousness (%) | 90% | 93% |
| Mean Annual Precipitation (in.) | 14.0 | 14.0 |
| Rain Gage Closest to the Site - MAPgage (in.) | 13.9 | 13.9 |
| Rain Gage Correction Factor | 1.01 | 1.01 |
| Soil Type for Drainage Area | D | D |
| Average Slope for the Drainage Area (%) | 1 | 1 |
| Unit Basin Storage (UBS) from sizing curves (in.) | 0.58 | 0.58 |
| Size the BMP - Water Quality Design Volume (ft3) | 2,011 | 572 |
| | | |
| **Biotreatment Cell Sizing** | | |
| Water Quality Design Volume VWQ (ft3) | 2,011 | 572 |
| Adjusted Unit Basin Storage (UBS) (in.) | 0.58 | 0.58 |
| Assume Rainfall Intensity of 0.2 in./hr for flow-based sizing criteria | 0.2 | 0.2 |
| Duration of the rain event (hrs) = UBS / Rainfall intensity) | 2.92 | 2.92 |
| Preliminary Estimate of Total Surface Area (AP) (ft2) = 0.04 x AT | 1,652 | 470 |
| Assume Smaller Surface (% Reduction) | 45% | 45% |
| Provided Surface Area (AA) (ft2) | 907 | 258 |
| Volume of Runoff Filtering through Treatment Soil (VR) (ft3) = AA x 5"/hr. x (1 ft/12 in.) x Duration (hrs) | 1,104 | 314 |
| Portion of VWQ Required to be Stored in Ponding Area: VP (ft3) = VWQ - VR | 907 | 258 |
| Average Ponding Depth is between 6 and 12 (in.): HP (in.) = VP (ft3) / AA (ft2) x 12 in/ft | 12.0 | 12.0 |
| **Actual Depth of Ponds (in.)** | 12.0 | 12.0 |

1. THE PROJECT INTENDS TO UTILIZE IN-LIEU TREATMENT METHODS TO TREAT EQUIVALENT IMPERVIOUS AREAS TO THE TOTAL TREATMENT AREA REQUIRED.




1. PLANTING MATERIAL WITHIN POND SHALL MEET THE PLANTING SPECIFICATIONS FOUND IN APPENDIX D OF THE C.3 STORMWATER HANDBOOK DEVELOPED BY THE SANTA CLARA VALLEY URBAN RUNOFF POLLUTION PREVENTION PROGRAM DATED APRIL 2012. NO BARK MULCH SHALL BE PLACED IN THE POND.
2. SOIL MIX SHALL MEET SOIL SPECIFICATIONS FOUND IN APPENDIX C OF THE C.3 STORMWATER HANDBOOK DEVELOPED BY THE SANTA CLARA VALLEY URBAN RUNOFF POLLUTION PREVENTION PROGRAM DATED APRIL 2012. THE INSTALLED PERVIOUS MATERIAL SHALL HAVE A PERCOLATION RATE OF 5" TO 10" PER HOUR AND SHALL BE CAPABLE OF SUPPORTING THE PLANT MATERIAL SPECIFIED BY THE LANDSCAPE ARCHITECT (SEE PLANTING PLANS). THE CONTRACTOR SHALL SUBMIT THE PROPOSED PERVIOUS MATERIAL MIX TO THE SOILS ENGINEER AND LANDSCAPE ARCHITECT FOR REVIEW AND APPROVAL. FOLLOWING INSTALLATION OF THE PERVIOUS MATERIAL, IN-SITU TESTING SHALL BE PERFORMED BY THE PROJECT SOILS ENGINEER TO VERIFY THE SPECIFIED PERCOLATION RATE.
3. BIOTREATMENT AREAS SHALL BE INSTALLED UNDER THE OBSERVATION OF THE SITE GEOTECHNICAL ENGINEER.

NORTH
0 20 40 60
Scale 1" = 20 ft

| REV. | DESCRIPTION | DATE |
|---|---|---|
| 0 | CITY SUBMITTAL-PLAN CHECK | 10/27/14 |
| 1 | PLANNING RESUBMITTAL | 11/25/14 |
| 2 | REVISIONS & UPDATES | 12/03/14 |
| 3 | PLAN CHECK COMMENTS | 12/08/14 |

SHEET TITLE
STORMWATER CONTROL PLAN

SHEET
**C7.0**

TO BE COMPLETED BY KIER + WRIGHT
THEN THIRD PARTY TO REVIEW + APPROVE = 3 WEEKS

THE CITY OF SANTA CLARA CALIFORNIA The Mission City 1852

Santa Clara All-America City 2001

# The City of Santa Clara Stormwater Management Plans Review Process (SWMP)

RECEIVED
DEC 10 2014
City of Santa Clara
Planning Division

Stormwater management is required by the Federal Government through the National Pollutant Discharge Elimination System (NPDES) program. The City of Santa Clara complies with the NPDES requirement through participation in the Santa Clara Valley Urban Runoff Pollution Prevention Program (SCVURPPP).

## Planning Review

If a development project requires a Storm Water Management Plan (SWMP), a Draft or Preliminary Plan is required to be submitted with the project application as part of the project submittal requirements.

1. Submit Draft SWMP for City staff's review through Project Clearance Committee (PCC).
   a) A Draft SWMP may be prepared by a civil engineer, a licensed architect, or a landscape architect; however the consultant must be a qualified consultant per SCVURPP qualifications.
   b) The Draft SWMP must include the following forms (attached):
      - Provision C.3 Data Form;
      - Infiltration/Harvesting and Use Feasibility Screening Worksheet;
      - Stormwater Treatment Sizing Requirements Worksheets;
      - Hydromodification Management Requirements.
2. Any outstanding issues must be addressed by applicant before the project can be deemed complete by the PCC.

## Building Permit Review

3. Along with other required plans and documents for the building application, submit five copies of the Final SWMP (wet stamped and signed by the licensed/qualified consultant).
4. The Final SWMP must be certified by a third-party consultant from SCVURPPP's current list of qualified consultants. In addition to the Final SWMP, five copies of the approval letter from the certified third party reviewer (wet stamped and signed) must be submitted.
5. After the above requirements are met, along with all other building permit requirements, the building permits are cleared for issuance.
6. Prior to issuance of the final occupancy, the applicant shall enter into Operations and Maintenance (O&M) agreement with the City. The project operator is responsible for the operations and maintenance of the SWMP and stormwater BMPs consistent with the O&M agreement throughout the life of the project.

## Post Construction

7. The City conducts periodic post-construction site inspections of BMPs, operation and maintenance practices.

**IMPERVIOUS SURFACES**

*An impervious surface prevents the infiltration or passage of water into the soil Impervious surfaces include building rooftops, covered patios, driveways, parking lots, paved areas, sidewalks and streets.*

**LOW IMPACT DEVELOPMENT (LID)**

*Removal of pollutants from stormwater runoff using the following types of stormwater treatment measures: rainwater harvesting and use, infiltration, evapotranspiration or if infeasible, biotreatment.*

**Santa Clara Valley**
***Urban Runoff***
**Pollution Prevention Program**

## PROVISION C.3 DATA FORM

**Which Projects Must Comply with Stormwater Requirements?**

**All projects** that create and/or replace **10,000 sq. ft.** or more of impervious surface on the project site must fill out this worksheet and submit it with the development project application.

**All restaurants, auto service facilities, retail gasoline outlets, and uncovered parking lot projects** (stand-alone or part of another development project, including the top uncovered portion of parking structures) that create and/or replace **5,000 sq. ft.** or more of impervious surface on the project site must also fill out this worksheet.

Interior remodeling projects, routine maintenance or repair projects such as re-roofing and re-paving, and single family homes that are not part of a larger plan of development are **NOT** required to complete this worksheet.

**What is an Impervious Surface?**

An impervious surface is a surface covering or pavement that prevents the land's natural ability to absorb and infiltrate rainfall/stormwater. Impervious surfaces include, but are not limited to rooftops, walkways, paved patios, driveways, parking lots, storage areas, impervious concrete and asphalt, and any other continuous watertight pavement or covering. Pervious pavement, underlain with pervious soil or pervious storage material (e.g., drain rock), that infiltrates rainfall at a rate equal to or greater than surrounding unpaved areas OR that stores and infiltrates the water quality design volume specified in Provision C.3.d of the Municipal Regional Stormwater Permit (MRP), is not considered an impervious surface.

**For More Information**

For more information regarding selection of Best Management Practices for stormwater pollution prevention or stormwater treatment contact: the Planning Department at 408-615-2450 and request the Stormwater Pollution Prevention Information Packet.

### 1. Project Information

**Project Name:** Aria **APN #** 216-29-117

**Project Address:** 3250 Scott Blvd., Santa Clara 95054

**Cross Streets:** Scott Blvd. & Montgomery Dr.

**Applicant/Developer Name:** Kier & Wright Civil Engineers & Surveyors, Inc.

**Project Phase(s):** 1 **of** 1 **Engineer:** Kier & Wright Civil Engineers & Surveyors, Inc.

**Project Type (Check all that apply):** ☐ New Development ☑ Redevelopment

☐ Residential ☐ Commercial ☑ Industrial ☐ Mixed Use ☐ Public ☐ Institutional

☐ Restaurant ☐ Uncovered Parking ☐ Retail Gas Outlet ☐ Auto Service (SIC code) ______
(5013-5014, 5541, 7532-7534, 7536-7539)

☐ Other ______

**Project Description:** Site & tenant improvements

**Project Watershed/Receiving Water (creek, river or bay):**
☐ Calabasas Creek ☐ Saratoga Creek ☑ San Tomas Aquino Creek ☐ Guadalupe River

## 2. Project Size

| a. Total Site Area: 5.8 acre | b. Total Site Area Disturbed: 2.93 acre (including clearing, grading, or excavating) | | | |
|---|---|---|---|---|
| | Existing Area (ft²) | Proposed Area (ft²) | | Total Post-Project Area (ft²) |
| | | Replaced | New | |
| *Impervious Area* | | | | |
| Roof | 68,960 | 0 | 0 | 68960 |
| Parking | 123,560 | 14,901 | 2,421 | 72,226 |
| Sidewalks and Streets | 21,830 | 32,241 | 2,867 | 36,558 |
| **c. Total Impervious Area** | 214,350 | 47,242 | 5,288 | 177,744 |
| **d. Total new and replaced impervious area** | | 52,530 | | |
| *Pervious Area* | | | | |
| Landscaping | 38,420 | 25,484 | 49,542 | 75,026 |
| Pervious Paving | 0 | 0 | 0 | 0 |
| Other (e.g. Green Roof) | 0 | 0 | 0 | 0 |
| **e. Total Pervious Area** | 38,420 | 27,484 | 49,542 | 75,026 |
| **f. Percent Replacement of Impervious Area in Redevelopment Projects** (Replaced Total Impervious Area ÷ Existing Total Impervious Area) x 100% = 24.5 % | | | | |

**3. State Construction General Permit Applicability:**

a. Is #2.b. equal to 1 acre or more?

☑ Yes, applicant must obtain coverage under the State Construction General Permit (i.e., file a Notice of Intent and prepare a Stormwater Pollution Prevention Plan) (see www.swrcb.ca.gov/water_issues/programs/stormwater/construction.shtml for details).

☐ No, applicant does not need coverage under the State Construction General Permit.

**4. MRP Provision C.3 Applicability:**

a. Is #2.d. equal to **10,000** sq. ft. or more, or **5,000** sq. ft. or more for restaurants, auto service facilities, retail gas outlets, and uncovered parking?

*(*Note that for public projects, the 5,000 sq. ft. threshold does not take effect until 12/1/12.)*

☑ Yes, C.3. source control, site design and treatment requirements apply

☐ No, C.3. source control and site design requirements may apply – check with local agency

b. Is #2.f. equal to 50% or more?

☐ Yes, C.3. requirements (site design and source control, as appropriate, and stormwater treatment) apply to entire site

☑ No, C.3. requirements only apply to impervious area created and/or replaced

**5. Hydromodification Management (HM) Applicability:**

a. Does project create and/or replace one acre or more of impervious surface AND is the total post-project impervious area greater than the pre-project (existing) impervious area?

☐ Yes (continue) ☑ No – exempt from HM, go to page 3

**b.** Is the project located in an area of HM applicability (green area) on the HM Applicability Map? ( www.scvurppp-w2k.com/hmp_maps.htm )

☐ Yes, project must implement HM requirements

☐ No, project is exempt from HM requirements

## 6. Selection of Specific Stormwater Control Measures:

**Site Design Measures**

- ☑ Minimize land disturbed
- ☑ Minimize impervious surfaces
- ☑ Minimum-impact street or parking lot design
- ☑ Cluster structures/ pavement
- ☐ Disconnected downspouts
- ☐ Pervious pavement
- ☐ Green roof
- ☐ Microdetention in landscape
- ☑ Other self-treating area
- ☐ Self-retaining area
- ☐ Rainwater harvesting and use (e.g., rain barrel, cistern connected to roof drains)[1]
- ☐ Preserved open space: ________ ac. or sq. ft (circle one)
- ☐ Protected riparian and wetland areas/buffers (Setback from top of bank: ______ft.)
- ☐ Other ________________

**Source Control Measures**

- ☐ Alternative building materials
- ☑ Wash area/racks, drain to sanitary sewer[2]
- ☑ Covered dumpster area, drain to sanitary sewer[2]
- ☐ Sanitary sewer connection or accessible cleanout for swimming pool/spa/fountain[2]
- ☑ Beneficial landscaping (minimize irrigation, runoff, pesticides and fertilizers; promotes treatment)
- ☑ Outdoor material storage protection
- ☑ Covers, drains for loading docks, maintenance bays, fueling areas
- ☑ Maintenance (pavement sweeping, catch basin cleaning, good housekeeping)
- ☑ Storm drain labeling
- ☐ Other ________________

**Treatment Systems**

- ☐ None (all impervious surface drains to self-retaining areas)

***LID Treatment***

- ☐ Rainwater harvest and use (e.g., cistern or rain barrel sized for C.3.d treatment)
- ☐ Infiltration basin
- ☐ Infiltration trench
- ☐ Exfiltration trench
- ☐ Underground detention and infiltration system (e.g. pervious pavement drain rock, large diameter conduit)

***Biotreatment*** [3]

- ☑ Bioretention area
- ☐ Flow-through planter
- ☐ Tree box with bioretention soils
- ☐ Other ________________

***Other Treatment Methods***

- ☐ Proprietary tree box filter[4]
- ☐ Media filter (sand, compost, or proprietary media)[4]
- ☐ Vegetated filter strip[5]
- ☐ Dry detention basin[5]
- ☐ Other ________________

**Flow Duration Controls for Hydromodification Management (HM)**

- ☐ Detention basin
- ☐ Underground tank or vault
- ☐ Bioretention with outlet control
- ☐ Other ________________

[1] Optional site design measure; does not have to be sized to comply with Provision C.3.d treatment requirements.
[2] Subject to sanitary sewer authority requirements.
[3] Biotreatment measures are allowed only with completed feasibility analysis showing that infiltration and rainwater harvest and use are infeasible.
[4] These treatment measures are only allowed if the project qualifies as a "Special Project".
[5] These treatment measures are only allowed as part of a multi-step treatment process.

## 7. Treatment System Sizing for Projects with Treatment Requirements

Indicate the hydraulic sizing criteria used and provide the calculated design flow or volume:

| Treatment System Component | Hydraulic Sizing Criteria Used[3] | Design Flow or Volume (cfs or cu.ft.) |
|---|---|---|
| Biotreatment | 2b | 0.18 cfs |
| | | |
| | | |

[3]Key: 1a: Volume – WEF Method
1b: Volume – CASQA BMP Handbook Method
2a: Flow – Factored Flood Flow Method
2b: Flow – CASQA BMP Handbook Method
2c: Flow – Uniform Intensity Method
3: Combination Flow and Volume Design Basis

**8. Alternative Certification:** Was the treatment system sizing and design reviewed by a qualified third-party professional that is not a member of the project team or agency staff?

☒ Yes ☐ No Name of Reviewer Caitlin Gilmore, PE, Schaaf & Wheeler

## 9. Operation & Maintenance Information

A. Property Owner's Name Jenab Family Trust

B. Responsible Party for Stormwater Treatment/Hydromodification Control O&M:

a. Name: Apple Inc. [Contact: Jeff White]

b. Address: 1 Infinite Loop, Cupertino CA 95014

c. Phone/E-mail: 408-974-8221 / jeffwhite@apple.com

*This section to be completed by Municipal staff.*

**O&M Responsibility Mechanism**

Indicate how responsibility for O&M is assured. Check all that apply:

☐ O&M Agreement

☐ Other mechanism that assigns responsibility (describe below):

GARY AQUILINA
Name of Applicant (Print)

12.16.2014
Date

[signature]
Name of Applicant (Sign)

# Infiltration/Harvesting and Use Feasibility Screening Worksheet

*Apply these screening criteria for **C.3 Regulated Projects*** required to implement Provision C.3 stormwater treatment requirements. See the Glossary (Attachment 1) for definitions of terms marked with an asterisk (*). Contact municipal staff to determine whether the project meets **Special Project*** criteria. If the project meets Special Project criteria, it may receive LID treatment reduction credits.*

**1. Applicant Info**

Site Address: 3250 Scott Blvd., Santa Clara, CA APN: 216-29-117

Applicant Name: Kier & Wright Civil Engineers & Surveyors, Inc. Phone No.: (408) 727-6665

Mailing Address: 3350 Scott Blvd, Santa Clara, CA 95054

**2. Feasibility Screening for Infiltration** Peninsula Communities, LLC

Do site soils either (a) have a **saturated hydraulic conductivity*** (Ksat) that will NOT allow infiltration of 80% of the annual runoff (that is, the Ksat is LESS than 1.6 inches/hour), or, if the Ksat rate is not available, (b) consist of Type C or D soils?[1]

☑ Yes (continue) ☐ No – complete the Infiltration Feasibility Worksheet. If infiltration of the C.3.d amount of runoff is found to be feasible, there is no need to complete the rest of this screening worksheet.

**3. Recycled Water Use**

Check the box if the project is installing and using a recycled water plumbing system for non-potable water use.

☐ The project is installing a recycled water plumbing system, and installation of a second non-potable water system for harvested rainwater is impractical, and considered infeasible due to cost considerations. Skip to Section 6.

**4. Calculate the Potential Rainwater Capture Area* for Screening of Harvesting and Use**

*Complete this section for the entire project area. If rainwater harvesting and use is infeasible for the entire site, and the project includes one or more buildings that each have an individual roof area of 10,000 sq. ft. or more, then complete Sections 4 and 5 of this form for each of these buildings.*

4.1 Table 1 for (check one): ☐ The whole project ☑ Area of 1 building roof (10,000 sq.ft. min.)

**Table 1: Calculation of the Potential Rainwater Capture Area***

*The Potential Rainwater Capture Area may consist of either the entire project area or one building with a roof area of 10,000 sq. ft. or more.*

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | Pre-Project Impervious surface[2] (sq.ft.), if applicable | Proposed Impervious Surface[2] (IS), in sq. ft. | | Post-project landscaping (sq.ft.), if applicable |
| | | Replaced[3] IS | Created[4] IS | |
| a. Enter the totals for the area to be evaluated: | 214,350 | 47,242 | 5,288 | |
| b. Sum of replaced and created impervious surface: | N/A | 52,530 | | N/A |
| c. Area of existing impervious surface that will NOT be replaced by the project. | 125,214 | N/A | | N/A |

[1] Base this response on the site-specific soil report, if available. If this is not available, consult soil hydraulic conductivity maps in Attachment 3.
[2], Enter the total of all impervious surfaces, including the building footprint, driveway(s), patio(s), impervious deck(s), unroofed porch(es), uncovered parking lot (including top deck of parking structure), impervious trails, miscellaneous paving or structures, and off-lot impervious surface (new, contiguous impervious surface created from road projects, including sidewalks and/or bike lanes built as part of new street). Impervious surfaces do NOT include vegetated roofs or pervious pavement that stores and infiltrates rainfall at a rate equal to immediately surrounding, unpaved landscaped areas, or that stores and infiltrates the **C.3.d amount of runoff***.
[3] "Replaced" means that the project will install impervious surface where existing impervious surface is removed.
[4] "Created" means the project will install new impervious surface where there is currently no impervious surface.
* For definitions, see Glossary (Attachment 1).

4.2 Answer this question ONLY if you are completing this section for the entire project area. If existing impervious surface will be replaced by the project, does the area to be replaced equal 50% or more of the existing area of impervious surface? *(Refer to Table 1, Row "a". Is the area in Column 2 > 50% of Column 1?)*

- ☐ Yes, C.3. stormwater treatment requirements apply to areas of impervious surface that will remain in place as well as the area created and/or replaced. This is known as the 50% rule.
- ☐ No, C.3. requirements apply only to the impervious area created and/or replaced.

4.3 Enter the square footage of the **Potential Rainwater Capture Area***. If you are evaluating only the roof area of a building, or you answered "no" to Question 4.2, this amount is from Row "b" in Table 1. If you answered "yes" to Question 4.2, this amount is the sum of Rows "b" and "c" in Table 1.:

52,530 square feet.

4.4 Convert the measurement of the **Potential Rainwater Capture Area*** from square feet to acres (divide the amount in Item 4.3 by 43,560):

1.21 acres.

## 5. Feasibility Screening for Rainwater Harvesting and Use

5.1 Use of harvested rainwater for landscape irrigation:

Is the onsite landscaping LESS than 2.5 times the size of the **Potential Rainwater Capture Area*** (Item 4.3)? (Note that the landscape area(s) would have to be contiguous and within the same Drainage Management Area to use harvested rainwater for irrigation via gravity flow.)

☐ Yes (continue) ☑ No – Direct runoff from impervious areas to **self-retaining areas*** OR refer to Table 11 and the curves in Appendix F of the LID Feasibility Report to evaluate feasibility of harvesting and using the C.3.d amount of runoff for irrigation.

5.2 Use of harvested rainwater for toilet flushing or non-potable industrial use:

a. Residential Projects: Proposed number of dwelling units:________________

Calculate the dwelling units per impervious acre by dividing the number of dwelling units by the acres of the **Potential Rainwater Capture Area*** in Item 4.4. Enter the result here:

____________)

Is the number of dwelling units per impervious acre LESS than 100 (assuming 2.7 occupants/unit)?

☐ Yes (continue) ☐ No – complete the Harvest/Use Feasibility Worksheet.

b. Commercial/Industrial Projects: Proposed interior floor area: 58,905 (sq. ft.)

Calculate the proposed interior floor area (sq.ft.) per acre of impervious surface by *dividing the interior floor area (sq.ft.) by the acres of the* ***Potential Rainwater Capture Area**** *in Item 4.4. Enter the result here:*

48,682

Is the square footage of the interior floor space per impervious acre LESS than 70,000 sq. ft.?

☑ Yes (continue) ☐ No – complete the Harvest/Use Feasibility Worksheet

c. School Projects: Proposed interior floor area:________________ (sq. ft.)

Calculate the proposed interior floor area per acre of impervious surface by *dividing the interior floor area (sq.ft.) by the acres of the* ***Potential Rainwater Capture Area**** *in Item 4.4 . Enter the result here:*

____________.

Is the square footage of the interior floor space per impervious acre LESS than 21,000 sq. ft.?

☐ Yes (continue) ☐ No – complete the Harvest/Use Feasibility Worksheet

* For definitions, see Glossary (Attachment 1).

d. Mixed Commercial and Residential Use Projects

- Evaluate the residential toilet flushing demand based on the dwelling units per impervious acre for the residential portion of the project, following the instructions in Item 5.2.a, except you will use a prorated acreage of impervious surface, based on the percentage of the project dedicated to residential use.
- Evaluate the commercial toilet flushing demand per impervious acre for the commercial portion of the project, following the instructions in Item 5.2.a, except you will use a prorated acreage of impervious surface, based on the percentage of the project dedicated to commercial use.

e. Industrial Projects: Estimated non-potable water demand (gal/day): 994

Is the non-potable demand LESS than 2,400 gal/day per acre of the Potential Rainwater Capture Area?

■ Yes (continue) ☐ No -- refer to the curves in Appendix F of the LID Feasibility Report to evaluate feasibility of harvesting and using the C.3.d amount of runoff for industrial use.

**6. Use of Biotreatment**

If only the "Yes" boxes were checked for all questions in Sections 2 and 5, or the project will have a recycled water system for non-potable use (Section 3), then the applicant may use appropriately designed bioretention facilities for compliance with C.3 treatment requirements. The applicant is encouraged to maximize infiltration of stormwater if site conditions allow.

**7. Results of Screening Analysis**

Based on this screening analysis, the following steps will be taken for the project (check all that apply):

☑ Implement biotreatment measures (such as an appropriately designed bioretention area).

☐ Conduct further analysis of infiltration feasibility by completing the Infiltration Feasibility Worksheet.

☐ Conduct further analysis of rainwater harvesting and use (check one):

- ☐ Complete the Rainwater Harvesting and Use Feasibility Worksheet for:
  - ☐ The entire project
  - ☐ Individual building(s), if applicable, describe:____________________
- ☐ Evaluate the feasibility of harvesting and using the C.3.d amount of runoff for irrigation, based on Table 11 and the curves in Appendix F of the LID Feasibility Report
- ☐ Evaluate the feasibility of harvesting and using the C.3.d amount of runoff for non-potable industrial use, based on the curves in Appendix F of the LID Feasibility Report.

* For definitions, see Glossary (Attachment 1).

# Infiltration Feasibility Worksheet

**Municipal Regional Stormwater Permit (MRP)**
**Stormwater Controls for Development Projects**

Infeasible - Please refer to Screening Worksheet

*Complete this worksheet for* **C.3 Regulated Projects*** *for which the soil hydraulic conductivity (Ksat) exceeds 1.6. Use this checklist to determine the feasibility of treating the* **C.3.d *amount of runoff**** *with infiltration. Where it is infeasible to treat the C.3.d amount of runoff* with infiltration or rainwater harvesting and use, stormwater may be treated with* **biotreatment*** *measures. See Glossary (Attachment 1) for definitions of terms marked with an asterisk (*).*

## 1. Enter Project Data.

1.1 Project Name: ______________________

1.2 Project Address: ______________________

1.3 Applicant/Agent Name: ______________________

1.4 Applicant/Agent Address: ______________________

1.5 Applicant/Agent Email: ______________ Applicant / Agent Phone: ______________

## 2. Evaluate infiltration feasibility.

*Check "Yes" or "No" to indicate whether the following conditions apply to the project. If "Yes" is checked for any question, then infiltration is infeasible, and you can continue to Item 3.1 without answering any further questions in Section 2. If all of the answers in Section 2 are "No," then infiltration is feasible, and you may design* ***infiltration facilities**** *for the area from which runoff must be treated. Items 2.1 through 2.3 address the feasibility of using* ***infiltration facilities****, *as well as the potential need to line bioretention areas.*

| | | Yes | No |
|---|---|---|---|
| 2.1 | Would infiltration facilities at this site conflict with the location of existing or proposed underground utilities or easements, or would the siting of infiltration facilities at this site result in their placement on top of underground utilities, or otherwise oriented to underground utilities, such that they would discharge to the utility trench, restrict access, or cause stability concerns? (If yes, attach evidence documenting this condition.) | ☐ | ☐ |
| 2.2 | Is there a documented concern that there is a potential on the site for soil or groundwater pollutants to be mobilized? (If yes, attach documentation of mobilization concerns.) | ☐ | ☐ |
| 2.3 | Are geotechnical hazards present, such as steep slopes, areas with landslide potential, soils subject to liquefaction, or would an infiltration facility need to be built less than 10 feet from a building foundation or other improvements subject to undermining by saturated soils? (If yes, attach documentation of geotechnical hazard.) | ☐ | ☐ |

Respond to Questions 2.4 through 2.8 only if the project proposes to use an **infiltration device*.**

| | | Yes | No |
|---|---|---|---|
| 2.4 | Do local water district or other agency's policies or guidelines regarding the locations where infiltration may occur, the separation from seasonal high groundwater, or setbacks from potential sources of pollution prevent infiltration devices from being implemented at this site? (If yes, attach evidence documenting this condition.) | ☐ | ☐ |
| 2.5 | Would construction of an infiltration device require that it be located less than 100 feet away from a septic tank, underground storage tank with hazardous materials, or other potential underground source of pollution? (If yes, attach evidence documenting this claim.) | ☐ | ☐ |

* See Glossary (Attachment 1) for definitions.

## Infiltration Feasibility Worksheet

| | | Yes | No |
|---|---|---|---|
| 2.6 | Is there a seasonal high groundwater table or mounded groundwater that would be within 10 feet of the base of an infiltration device* constructed on the site? (If yes, attach documentation of high groundwater.) | ☐ | ☐ |
| 2.7 | Are there land uses that pose a high threat to water quality – including but not limited to industrial and light industrial activities, high vehicular traffic (i.e., 25,000 or greater average daily traffic on a main roadway or 15,000 or more average daily traffic on any intersecting roadway), automotive repair shops, car washes, fleet storage areas, or nurseries? (If yes, attach evidence documenting this claim.) | ☐ | ☐ |
| 2.8 | Is there a groundwater production well within 100 feet of the location where an infiltration device would be constructed? (If yes, attach map showing the well.) | ☐ | ☐ |

### 3. Results of Feasibility Determination

| | | Infeasible | Feasible |
|---|---|---|---|
| 3.1 | Based on the results of the Section 2 feasibility analysis, infiltration is (check one): | ☐ | ☐ |

→ *If "FEASIBLE" is indicated for Item 3.1, then the amount of stormwater requiring treatment must be treated with infiltration (or rainwater harvest and use, if feasible).* ***Infiltration facilities**** *may be designed for the area from which runoff must be treated.*

→ *If "INFEASIBLE" is checked for item 3.1, then the applicant may use appropriately designed* ***biotreatment facilities**** *for compliance with C.3 treatment requirements. The applicant is encouraged to maximize infiltration of stormwater if site conditions allow.*

____________________________________
Name of Applicant (Print)

____________________________________ ____________________________
Name of Applicant (Sign) Date

* See Glossary (Attachment 1) for definitions.

# Rainwater Harvesting and Use Feasibility Worksheet

**Municipal Regional Stormwater Permit (MRP)**

**Stormwater Controls for Development Projects**

Infeasible - Please refer to Screening Worksheet

Complete this worksheet for all **C.3 Regulated Projects*** for which the project density exceeds the **screening density*** provided by municipal staff. Use this worksheet to determine the feasibility of treating the **C.3.d amount of runoff*** with rainwater harvesting and use for indoor, non-potable water uses. Where it is infeasible to treat the C.3d amount of runoff with either harvesting and use or infiltration, stormwater may be treated with **biotreatment*** measures. See Glossary (Attachment 1) for definitions of terms marked with an asterisk (*).

Complete this worksheet for the entire project area. If the project includes one or more buildings that each individually has a roof area of 10,000 square feet or more, complete a separate copy of this form for each of these buildings.

## 1. Enter Project Data.

1.1 Project Name: ____________________

1.2 Project Address: ____________________

1.3 Applicant/Agent Name: ____________________

1.4 Applicant/Agent Address: ____________________

*(For projects with a potential non-potable water use other than toilet flushing, skip to Question 5.1)*

1.5 Project Type: If residential or mixed use, enter # of dwelling units: ____________

1.6 Enter square footage of non-residential interior floor area.: ____________

1.7 **Potential rainwater capture area*:** ________ sq.ft.

1.8 If it is a **Special Project***, indicate the percentage of **LID treatment*** reduction: ________ percent
*(Item 1.8 applies only to entire project evaluations, not individual roof area evaluations.)*

1.9 Total potential rainwater capture area that will require LID treatment: ________ sq.ft.
*(This is the total rain capture area remaining after any Special Project LID treatment reduction is applied.)*

## 2. Calculate Area of Self-Treating Areas, Self-Retaining Areas, and Areas Contributing to Self-Retaining Areas.

*(For areas within the Potential Rain Capture Area only)*

2.1 Enter square footage of any **self-treating areas*** in the area that is being evaluated: ________ sq.ft.

2.2 Enter square footage of any **self-retaining areas*** in the area that is being evaluated: ________ sq.ft.

2.3 Enter the square footage of areas contributing runoff to **self-retaining area***: ________ sq.ft.

2.4 TOTAL of Items 2.1, 2.2, and 2.3: ________ sq.ft.

## 3. Subtract credit for self-treating/self-retaining areas from area requiring treatment.

3.1 Subtract the TOTAL in Item 2.4 from the potential rainwater capture area in Item 1.9: ________ sq.ft.

3.2 Convert the remaining area required for treatment in Item 3.1 from square feet to acres: ________ acres

## 4. Determine feasibility of use for toilet flushing based on demand

4.1 Project's dwelling units per acre of adjusted potential rain capture area (Divide the number in 1.5 by the number in 3.2) ________ dwelling units/acre

4.2 Non-residential interior floor area per acre of adjusted potential rain capture area (Divide the number in 1.6 by the number in 3.2) ________ Int. non-res. floor area/acre

*Note: formulas in Items 4.1 and 4.2 are set up, respectively, for a residential or a non-residential project. Do not use these pre-set formulas for mixed use projects.* ***For mixed use projects****, evaluate the residential toilet flushing demand based on the dwelling units per acre for the residential portion of the project (use a prorated acreage, based on the percentage of the project dedicated to residential use). Then evaluate the commercial toilet flushing demand per acre for the commercial portion of the project (use a prorated acreage, based on the percentage of the project dedicated to commercial use).*

4.3 Identify the number of dwelling units per impervious acre needed in your Rain Gauge Area to provide the toilet flushing demand required for rainwater harvest feasibility. ________ dwelling units/acre

4.4 Identify the square feet of non-residential interior floor area per impervious acre needed in your Rain Gauge Area to provide the toilet flushing demand required for rainwater harvest feasibility. ________ int. non-res. floor area/acre

*Check "Yes" or "No" to indicate whether the following conditions apply. If "Yes" is checked for any question, then rainwater harvesting and use is infeasible. As soon as you answer "Yes", you can skip to Item 6.1. If "No" is checked for all items, then rainwater harvesting and use is feasible and you must harvest and use the C.3.d amount of stormwater, unless you infiltrate the C.3.d amount of stormwater*.*

4.5 Is the project's number of dwelling units per acre of adjusted area requiring treatment (listed in Item 4.1) LESS than the number identified in Item 4.3? ☐ Yes ☐ No

4.6 Is the project's square footage of non-residential interior floor area per acre of adjusted area requiring treatment (listed in Item 4.2) LESS than the number identified in Item 4.4? ☐ Yes ☐ No

**5. Determine feasibility of rainwater harvesting and use based on factors other than demand.**

5.1 Does the requirement for rainwater harvesting and use at the project conflict with local, state, or federal ordinances or building codes? ☐ Yes ☐ No

5.2 Would the technical requirements cause the harvesting system to exceed 2% of the Total Project Cost, or has the applicant documented economic hardship in relation to maintenance costs? (If so, attach an explanation.) ☐ Yes ☐ No

5.3 Do constraints, such as a slope above 10% or lack of available space at the site, make it infeasible to locate on the site a cistern of adequate size to harvest and use the C.3.d amount of water? (If so, attach an explanation.) ☐ Yes ☐ No

5.4 Are there geotechnical/stability concerns related to the surface (roof or ground) where a cistern would be located that make the use of rainwater harvesting infeasible? (If so, attach an explanation.) ☐ Yes ☐ No

5.5 Does the location of utilities, a septic system and/or **heritage trees*** limit the placement of a cistern on the site to the extent that rainwater harvesting is infeasible? (If so, attach an explanation.) ☐ Yes ☐ No

*Note 1: It is assumed that projects with significant amounts of landscaping will either treat runoff with landscape dispersal (self-treating and self-retaining areas) or will evaluate the feasibility of havesting and using rainwater for irrigation using the curves in Appendix F of the LID Feasibility Report.*

**6. Results of Feasibility Determination**

| | Infeasible | Feasible |
|---|---|---|
| 6.1 Based on the results of the feasibility analysis in Item 4.4 and Section 5, rainwater harvesting/use is (check one): | ☐ | ☐ |

→ *If "FEASIBLE" is indicated for Item 6.1 the amount of stormwater requiring treatment must be treated with harvesting/use, unless it is infiltrated into the soil.*

→ *If "INFEASIBLE" is checked for Item 6.1, then the applicant may use appropriately designed **bioretention***[,1] facilities for compliance with C.3 treatment requirements. If Ksat > 1.6 in./hr., and infiltration is unimpeded by subsurface conditions, then the bioretention facilities are predicted to infiltrate 80% or more average annual runoff. If Ksat < 1.6, maximize infiltration of stormwater by using bioretention if site conditions allow, and remaining runoff will be discharged to storm drains via facility underdrains. If site conditions preclude infiltration, a lined bioretention area or flow-through planter may be used.*

______________________________
Applicant (Print)

______________________________ ______________________________
Applicant (Sign) Date

**City of Santa Clara**
**Stormwater Treatment Sizing Requirements Worksheets**

# I. Introduction

All development projects creating or replacing 10,000 sq. ft. or more of impervious surface (or 5,000 sq. ft. for automotive shops, gas stations, restaurants and parking lots) on the project site are subject to the requirements of Provision C.3. of the City's stormwater discharge permit, which include providing low impact development (LID) treatment measures for runoff from impervious surfaces.

There are three methods of sizing treatment measures (see Table 1 for examples):

- **Volume-based** - the method for treatment measures that operate based on the volume of water treated (i.e., they detain an amount of runoff for a certain amount of time to allow settling, contact with media, or infiltration into the soil);
- **Flow-based** – the method for treatment measures that operate based on a continuous flow of runoff and remove pollutants either by filtration or centrifugal force;
- **Combination volume- and flow-based** – a method for treatment measures that are designed for both storage of a volume of water and flow through a filtration media.

The City of Santa Clara's stormwater permit provides several options for design criteria for volume- and flow-based treatment measures. The City has reviewed these options and developed a simplified design approach that reflects the rainfall and runoff characteristics typical of City projects. Use of the simplified approach presented in these worksheets is encouraged by City staff for design of treatment measures for most projects.

**Table 1. Flow- and Volume-Based Treatment Measure Sizing Criteria**

| Type of Treatment Measure | LID? | Hydraulic Sizing Criteria |
|---|---|---|
| Bioretention area | Yes | Flow- or volume-based or combination |
| Flow-through planter box | Yes | Flow- or volume-based or combination |
| Tree well filter (biotreatment soil) | Yes | Flow-based |
| Infiltration trench | Yes | Volume-based |
| Subsurface infiltration system | Yes | Volume-based |
| Rainwater harvesting and reuse | Yes | Volume-based |
| Media filter | No | Flow-based |
| Extended detention basin | No | Volume-based |

# II. Type of Treatment Measure Proposed for Project

1. Does the treatment measure operate based on the volume of water? ___ Yes ✓ No

   *If Yes, continue to Section III.—Sizing for Volume-Based Treatment Controls on page 2.*

2. Does the treatment measure operate based on flow through the unit? ✓ Yes ___ No

   *If Yes, continue to Section IV.—Sizing for Flow-Based Treatment Controls on page 5.*

## III. City of Santa Clara Simplified Method for Sizing Volume-Based Controls

The City's permit allows two methods for sizing volume-based controls—the Urban Runoff Quality Management method (URQM Method) or the California Stormwater Best Management Practice[1] (BMP) Handbook Method. The City of Santa Clara has selected a preferred method from these two to conduct sizing of volume-based controls. The simplified method is based on several assumptions and uses parameters specific to the City of Santa Clara.

The simplified method utilizes the California BMP Handbook Method, adapted based on local conditions, and the San Jose rain gauge curves. This simplified approach makes the following assumptions:

A. The project site slopes are close to 1% or less.

B. The soils are either clay or heavily compacted.

The equation that will be used to size the BMP is:

BMP Volume = (Correction Factor) × (Unit Storage) × (Drainage Area to the BMP)

**Step 1**: Determine the percent imperviousness of the area draining to the BMP.

a. Determine the drainage area for the BMP: _____ acres

b. Determine the amount of impervious surface area in the drainage area: ____ acres

c. Determine percent imperviousness of the drainage area: _____%

% impervious area = (amount of impervious area/drainage area for the BMP) × 100

% impervious area = ________

**Step 2**: Find the unit storage volume for capture of 80% of annual runoff (inches)—assuming clay soil and $\leq$1% slope.

a. Using the site imperviousness value from **Step 1.c.** above and **Table 2** below, obtain the unit storage volume. ___________________(inches)

---

[1] For the purpose of this worksheet, a stormwater best management practice, or BMP, is the same as a stormwater treatment measure or device.

**Table 2: Unit Storage Volume for 80% Capture[2]**
*(assuming 1% slope, San Jose Airport Rain Gauge, clay soils)*

| Percent Site Imperviousness | Unit Basin Storage for 80% Capture (inch) |
|---|---|
| 30% | 0.36 |
| 35% | 0.37 |
| 40% | 0.38 |
| 45% | 0.39 |
| 50% | 0.40 |
| 55% | 0.42 |
| 60% | 0.44 |
| 65% | 0.46 |
| 70% | 0.47 |
| 75% | 0.49 |
| 80% | 0.51 |
| 85% | 0.53 |
| 90% | 0.55 |
| 95% | 0.57 |
| 100% | 0.58 |

[2] Source: SCVURPPP C.3. Stormwater Handbook, April 2012. Appendix B, Figure B-2: "Unit Basin Volume for 80% Capture – San Jose Airport Rain Gage."

**Step 3**: Determine the mean annual rainfall at the site to determine the correction factor.

a. Locate the project site on **Figure 1**. Estimate the mean annual rainfall at the location of the project: _____inches

(Each line on Figure 1, called a rainfall isopleth, indicates locations where the same amount of rainfall falls on average each year (e.g., the isopleth marked 14 indicates that areas crossed by this line average 14 inches of rainfall per year). If the project location is between two lines, estimate the mean annual rainfall depending on the location of the site—your estimate should be between 13 and 16 inches.)

b. The San Jose Airport gauge is the nearest rain gauge. Its mean annual rainfall is 13.9 inches. Determine the correction factor for the rainfall at the site using the information from **Step 3.a.**, and the San Jose Airport rain gauge.

Correction Factor = mean annual rainfall at the site (from Step 3.a.)/13.9 inches

Correction Factor: ____________

**Step 4**: Size the BMP, using the following equation:

BMP Volume = (Correction Factor) × (Unit Storage Volume) × (Drainage Area to BMP)

BMP Volume = (Step 3.b.) × (Step 2.a. (in.)) × (Step 1.a. (ac.)) × 43,560 $ft^2$/ac ÷ 12 in./ft.

**BMP Volume = _____ cubic feet**

## IV. City of Santa Clara Simplified Method for Sizing Flow-Based Treatment Measures

The City's permit allows three methods for sizing flow-based treatment measures—the Factored Flood Flow Method (10% of the 50-year peak rainfall intensity); the California BMP Handbook Method (the flow produced by a rain event equal to at least 2 times the 85th percentile hourly rainfall intensity); or the Uniform Intensity method (the flow produced by a rain event equal to 0.2 inches/hour). The City of Santa Clara has selected the California BMP Handbook Method for sizing of flow-based controls. The Uniform Intensity method may also be used.

### California BMP Handbook Flow Approach

The design rainfall intensity (I) is twice the 85th percentile value. The 85th percentile hourly rainfall intensity for San Jose Airport rain gauge is 0.087 in /hr. Therefore, the design rainfall intensity that is equivalent to twice the 85th percentile storm event for the San Jose Airport rain gauge is **0.17 in /hr.**

The intensity represents the rate of rainfall (a depth per hour) and needs to be converted to a flow of runoff from the drainage area to the BMP.

The flow is calculated using the rational formula Q = CIA, where:

Q is the flow in cubic feet per second (cfs),

C is the runoff coefficient of the drainage area to the BMP

I is the design intensity, adjusted for project location (in/hr), and

A is the area draining to the BMP (acres)

**Step 1.** Determine the drainage area (A) for the BMP in acres: 1.2 ac.

**Step 2.** Determine the amount of impervious area draining to the BMP (acres): 1.2 ac.

**Step 3.** Determine the impervious ratio, *i*: (not the same as "I", the rainfall intensity)

*i* = (percent imperviousness of drainage area for BMP) ÷ 100
-- OR --
*i* = amount of impervious area (acres)/drainage area for the BMP (A) (acres)

*i* = 1 (range will be from 0-1)

**Step 4.** Determine the runoff coefficient, C, using **Table 3** below
**OR** the following equation, where $i$ = impervious ratio from **Step 3.**

$$C = 0.858i^3 - 0.78i^2 + 0.774i + 0.04$$

C = 0.89

**Table 3: Runoff Coefficients "C"**

| Site Imperviousness ($i$) | Runoff Coefficient C |
|---|---|
| 0.00 | 0.04 |
| 0.05 | 0.08 |
| 0.10 | 0.11 |
| 0.15 | 0.14 |
| 0.20 | 0.17 |
| 0.25 | 0.20 |
| 0.30 | 0.23 |
| 0.35 | 0.25 |
| 0.40 | 0.28 |
| 0.45 | 0.31 |
| 0.50 | 0.34 |
| 0.55 | 0.37 |
| 0.60 | 0.41 |
| 0.65 | 0.45 |
| 0.70 | 0.49 |
| 0.75 | 0.54 |
| 0.80 | 0.60 |
| 0.85 | 0.66 |
| 0.90 | 0.73 |
| 0.95 | 0.81 |
| 1.00 | 0.89 |

**Step 5.** Determine the mean annual rainfall at the site to determine the correction factor for the design rainfall intensity.

a. Locate the project site on **Figure 1.** Estimate the mean annual rainfall at the location of the project: 13.8 inches

(Each line on Figure 1, called a rainfall isopleth, indicates locations where the same amount of rainfall falls on average each year (e.g., the isopleth marked 14 indicates that areas crossed by this line average 14 inches of rainfall per year). If the project location is between two lines, estimate the mean annual rainfall depending on the location of the site—your estimate should be between 13 and 16 inches.)

b. The San Jose Airport gauge is the nearest rain gauge. Its mean annual rainfall is 13.9 inches. Determine the correction factor for the rainfall at the site using the information from **Step 5.a.**, and the San Jose Airport rain gauge.

Correction Factor = mean annual rainfall at the site (from Step 5.a.)/13.9 inches

Correction Factor: 0.99

**Step 6.** Determine the design flow (Q) using Q = CIA, where C is the runoff coefficient, I is the adjusted design intensity (in/hr), and A is the drainage area for the BMP (acres)

Q = CIA = (Runoff Coefficient) × (Rainfall intensity) × (Correction factor) × (Drainage area to BMP)

Q = (**Step 4**) × (0.17 in/hr) × (**Step 5.b.**) × (**Step 1** (acres))

**Q** = 0.18 **cfs** [3]

[3] No conversion factor for correct units is needed for the rational formula because (1 acre-in/hr) × (43,560 sq.ft/acre) × (1ft/12 in) × (1hr/3600 sec) = 1 $ft^3$/ sec or cfs.