# EXHIBIT 14

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

Water Boards Stormwater Multiple Application & Report Tracking System

## Notice Of Intents Search Results

**Following are the results that matched with your search criteria. To refine or start a new search, click Back button on the browser.**

Export to Excel | Back to Search

1 (1 of 1) Display 20 per page

| App ID | WDID | Application Type | Status | Status Date | Owner/Operator Name & Address | Site/Facility Name & Address | NOI Form | Attachments | Receipt Letter |
|---|---|---|---|---|---|---|---|---|---|
| 535994 | 2 43NEC009373 | Industrial | Terminated | 10/07/2022 | Apple Inc<br>1 Apple Park Way Cupertino California 95014 | Apple Inc<br>3250 Scott Blvd Santa Clara California 95054 | NOI Form | View Attachments | Receipt Letter |
| 448875 | 2 43C370958 | Construction | Terminated | 12/23/2015 | apple<br>1 infinite loop cupertino California 95014 | aria<br>3250 scott blvd Santa Clara California 95054 | NOI Form | View Attachments | Receipt Letter |
| 276207 | 2 43I013140 | Industrial | Terminated | 06/25/1997 | Synergy Semiconductor<br>3250 Scott Blvd Santa Clara California 95054 | Synergy Semiconductor Inc<br>3250 Scott Blvd Santa Clara California 95054 | NOI Form | View Attachments | Receipt Letter |
| 184186 | 2 43I014928 | Industrial | Terminated | 01/28/1999 | Synergy Semiconductor<br>3250 Scott Blvd Santa Clara California 95054 | Synergy Semiconductor<br>3250 Scott Blvd Santa Clara California 95054 | NOI Form | View Attachments | Receipt Letter |

1 (1 of 1) Display 20 per page

## NOT List

1 (1 of 1) Display 20 per page

| NOT ID | WDID | NOI Type | Waiver | Linear | Status of Document | Status Date | Site/Facility Name & Address | Basis of Termination |
|---|---|---|---|---|---|---|---|---|
| 562110 | 2 43NEC009373 | Industrial | N | N | Approved | 10/07/2022 | Apple Inc<br>3250 Scott Blvd Santa Clara CA | Other |
| 530426 | 2 43C370958 | Construction | N | N | Approved | 12/23/2015 | aria<br>3250 scott blvd Santa Clara CA | The construction project is complete |
| 277504 | 2 43I014928 | Industrial | N | N | Approved | 02/13/2004 | Synergy Semiconductor<br>3250 Scott Blvd Santa Clara CA | Closed Facility: The facility is closed and all closure, moving and clean-up activities are complete |

1 (1 of 1) Display 20 per page

© 2026 State of California. Conditions of Use Privacy Policy Privacy Notice on Collection

Water Boards Stormwater Multiple Application & Report Tracking System

## Notice Of Intents - View Attachments

**The following are the attachments related to the NOI. Click on the link "Attachment Id" to view them.**

1 (1 of 1) Display 10 per page

| Attachment ID | Attachment For | File Type | File Title | File Description | File Size (Bytes) | Part No. | Date Attached |
|---|---|---|---|---|---|---|---|
| 2879432 | NOI/NEC | Facility/Site Map | Site Map | | 94596 | / | 05/13/2021 |
| 2881890 | NOI/NEC | Application COR Zip | NOI_COR.zip | | 1736115 | / | 05/20/2021 |
| 2981011 | | Recertification COR zip | 2021 Recertification COR zip | | 3415704 | / | 09/23/2021 |
| 3218035 | NOT | Supporting Documentation | City of Santa Clara Correspondence SIC confirmation | Email Correspondence | 345659 | / | 10/05/2022 |

1 (1 of 1) Display 10 per page

© 2026 State of California. Conditions of Use Privacy Policy Privacy Notice on Collection


SCOTT BOULEVARD
SCOTT 1 EVACUATION ASSEMBLY AREA
APPLE, INC.
SCOTT 1
3250 SCOTT BOULEVARD
SANTA CLARA, CALIFORNIA
LOBBY
SCOTT 1
CORROSIVES GAS STORAGE NFG-2, OXY-2
HEAVY METAL WASTE WATER SYSTEM
LOADING DOCK
HYDROGEN PAD
BUILDING COMPARTMENT 1 IS HAZARDOUS WASTE STORAGE
AWN SYSTEM (SULFURIC ACID/SODIUM HYDROXIDE)
DIESEL GENERATOR (1700 GALLONS DIESEL) CL-3
HAZARDOUS WASTE STORAGE (1,700 GAL. TANK AND OTHER HAZARDOUS WASTE STORAGE)
Hazardous Materials
Hazardous Waste
Spill Kit
Electrical Main
Fire Connection
Fire Hydrant
Gas Shut Off
Water Shut Off
Post Indicator Valve
Knox Box
Storm Drain
Roof Access
Stormwater Flow

CALIFORNIA
Water Boards

GAVIN NEWSOM
GOVERNOR

JARED BLUMENFELD
SECRETARY FOR
ENVIRONMENTAL PROTECTION

September 23, 2021

Scott Semans
Apple Inc
1 Apple Park Way
1 Apple Park Way, CA 95014

Facility Info: Apple Inc
3250 Scott Blvd
Santa Clara, CA 95054

SIC Code(s):

NEC ID: 2 43NEC009373

Date Processed: June 08, 2021

RECEIPT OF YOUR NO EXPOSURE CERTIFICATION (NEC) UNDER THE GENERAL PERMIT FOR STORM WATER DISCHARGES ASSOCIATED WITH INDUSTRIAL ACTIVITY (INDUSTRIAL GENERAL PERMIT) ORDER NO 2014-0057-DWQ, NPDES NO. CAS000001

The State Water Resources Control Board (State Water Board) has received and processed your Permit Registration Documents to register for NEC coverage.

The NEC ID assigned to the facility is referenced above. Please use this number in any future communication regarding the Industrial General Permit.

Notice of Termination (NOT) is required to be submitted to the State Water Board should the owner or operator of the facility change or upon closure of the facility. Until an NOT is submitted you will continue and are responsible to pay the annual fee invoiced each April.

If you have any further questions regarding permit requirements, please contact your local Regional Water Board at 510-622-2300.

Please visit the storm water web page at
www.waterboards.ca.gov/water_issues/programs/stormwater/industrial.shtml
for storm water related information.

Sincerely,
Storm Water Program
Division of Water Quality

CALIFORNIA Water Boards

GAVIN NEWSOM
GOVERNOR

JARED BLUMENFELD
SECRETARY FOR ENVIRONMENTAL PROTECTION

State Water Resources Control Board

May 20, 2021

**Fee Statement**
**Application Id #** 535994

Facility/Site

Apple Inc
3250 Scott Blvd
Santa Clara CA 95054

Thank you for submitting the Permit Registration Documents (PRDs) for the facility/site referenced above. The application fee for this submittal is: $150.00

The application is considered incomplete until all PRDs, including the application fee, are received. Only after all PRDs are received, will the WDID Number be assigned. Permit coverage begins once the WDID Number is assigned to the facility/site.

Note: The submitted application will be automatically returned as incomplete if all PRDs, including the application fee and the original signed electronic authorization form, are not received within 60 days from the date of submission.

Please make checks payable to: SWRCB

Mail this Fee Statement and $150.00 to:

**Regular Mailing Address:**
SWRCB
Storm Water Section
PO Box 1977
Sacramento, CA 95812-1977

**Overnight Mailing Address:**
SWRCB
Storm Water Section
1001 I Street – 15th Floor
Sacramento, CA 95814

If you have questions or want to check on the status of the application, email us at stormwater@waterboards.ca.gov or call 1-866-563-3107.

Thank You,
Storm Water Help Desk

CALIFORNIA Water Boards

State Water Resources Control Board

# NOTICE OF INTENT

GENERAL PERMIT TO DISCHARGE STORM WATER
ASSOCIATED WITH INDUSTRIAL ACTIVITY (WQ ORDER No. 2014-0057-DWQ)
(Excluding Construction Activities)

GAVIN NEWSOM
GOVERNOR

YANA GARCIA
SECRETARY FOR
ENVIRONMENTAL PROTECTION

**WDID:** 2 43NEC009373 **Status:** Terminated

## Operator Information

**Type:** Private Business

Name: Apple Inc
Address: 1 Apple Park Way
Address 2: 319 5 SPG
City/State/Zip: Cupertino CA 95014
Federal Tax ID:

Contact Name: Scott Semans
Title: Site Manager
Phone Number: 408-205-9898
Email Address: ssemans@apple.com

## Facility Information

**Level:**

Contact Name: Scott Semans
Title: Site Manager
Site Name: Apple Inc
Address: 3250 Scott Blvd
City/State/Zip: Santa Clara CA 95054
Site Phone #: 408-205-9898
County: Santa Clara
Email Address: ssemans@apple.com
Latitude: 37.37904 Longitude: -121.97175
Site Size: 5.8 Acres
Industrial Area Exposed to Storm Water: 0 Acres
Percent of Site Impervious (Including Rooftops): %

## SIC Code Information

1. 3571 Electronic Computers
2.
3.

## Additional Information

Receiving Water:
Flow: Indirectly
Storm Drain System:
Compliance Group:

RWQCB Jurisdiction: Region 2 - San Francisco Bay
Phone: 510-622-2300
Email: r2stormwater@waterboards.ca.gov

## Certification

Name: Scott Semans
Date: September 23, 2021
Title: Site Manager

CALIFORNIA Water Boards

State Water Resources Control Board

# NO EXPOSURE CERTIFICATION

GENERAL PERMIT TO DISCHARGE STORM WATER
ASSOCIATED WITH INDUSTRIAL ACTIVITY (WQ ORDER No. 2014-0057-DWQ)
(Excluding Construction Activities)

GAVIN NEWSOM
GOVERNOR

JARED BLUMENFELD
SECRETARY FOR
ENVIRONMENTAL PROTECTION

NEC ID: Status: Submitted to Water Board

## Operator Information

Type: Private Business

Name: Apple Inc
Address: 1 Apple Park Way
Address 2: 319 5 SPG
City/State/Zip: Cupertino CA 95014
Federal Tax ID: 94-2404110

Contact Name: Scott Semans
Title: Site Manager
Phone Number: 408-205-9898
Email Address: ssemans@apple.com

## Facility Information

Level:

Contact Name: Scott Semans
Title: Site Manager
Site Name: Apple Inc
Address: 3250 Scott Blvd
City/State/Zip: Santa Clara CA 95054
Site Phone #: 408-205-9898
County: Santa Clara
Email Address: ssemans@apple.com
Latitude: 37.37904 Longitude: -121.97175
Site Size: 5.8 Acres
Industrial Area Exposed to Storm Water: 0 Acres
Percent of Site Impervious (Including Rooftops): %

## SIC Code Information

1. 3571 Electronic Computers
2. 
3. 

## NEC Checklist (industrial activity exposure to storm water)

Residuals From Machinery Not Exposed: ✔
Materials/Products From Past Activity Not Exposed: ✔
Material/Product Loading/Unloading Not Exposed: ✔
Open/Deteriorated/Leading Containers Not Exposed: ✔
Waste Material Not Exposed: ✔
Residuals From Ventilation Not Evidenced: ✔
Residuals From Spills/Leaks Not Exposed: ✔
Material Handling Equipment Not Exposed: ✔
Outdoor Storage Not Exposed: ✔
Private Roads/Railways Not Exposed: ✔
Processed Wastewater Not Exposed: ✔

RWQCB Jurisdiction: Region 2 - San Francisco Bay
Phone: 510-622-2300
Email: r2stormwater@waterboards.ca.gov

## Certification

Name: Scott Semans
Date: May 20, 2021
Title: Site Manager

**Attachments Meta Data Information:**

| Attachment ID | File Name | File Description | File Hash | File Size | Date Attached | Attachment Type |
|---|---|---|---|---|---|---|
| 2879432 | Site Map | | 48b4388d9e2e677d0d2744a2e389d1cc8731f1760a77354147e52a8c2337096 | 94596 | 2021-05-13 21:27:49.0 | Facility/Site Map |

* Does your facility storm water flow to one or more TMDL water bodies or watersheds listed in Attachment E? No

**From:** **Business License** BUSINESSLICENSE@santaclaraca.gov
**Subject:** RE: APPLE INC - SANTA CLARA , Update SIC/NAICS Codes
**Date:** October 5, 2022 at 4:53 PM
**To:** Kevin Sung kevin_sung@apple.com
**Cc:** Sheila Bayley bayley@apple.com, Business Licenses businesslicenses@apple.com

BL

Hello,

Thank you for contacting the City of Santa Clara's Business Tax and License Department. I have updated the NAICS & SIC codes for Business License Certificate #201509 as shown below.

**From**:
**NAICS**: 561110 (Office Administrative Services)
**SIC**: 8741002 (Administrative Management Services)

**To**:
**NAICS**: 541712(Research And Development In The Physical, Engineering, And Life Sciences (except Biotechnology))
**SIC**: 8731001 (Commercial Physical And Biological Research)

If you have any further questions please contact the Business Tax and License Department at 408-615-2310 open Monday-Friday 8:00am-5:00pm.

Thank you,
Gaurav KumarllemoslCustomer Service Representative
Business Tax & Licensel408.615.2310
1500 Warburton Avenue
Santa Clara, CA 95050

City of
Santa Clara
The Center of What's Possible

---

**From:** Kevin Sung <kevin_sung@apple.com>
**Sent:** Tuesday, October 04, 2022 12:17 PM
**To:** Business License <BUSINESSLICENSE@santaclaraca.gov>
**Cc:** Sheila Bayley <bayley@apple.com>; Business Licenses <businesslicenses@apple.com>
**Subject:** Re: APPLE INC - SANTA CLARA , Update SIC/NAICS Codes

Hi Juarav,

I am from the Apple EHS department. The local waterboard government department is asking for confirmation that our SIC for 3250 Scott Blvd (Account #201509) is updated to 8731. Can you provide a confirmation that this is reflected for our account with the City of Santa Clara Business License?

Thanks,
Kevin Sung

Apple
Environmental, Health and Safety

One Apple Park Way, MS 991-SB01
Cupertino, CA 95014
Cell: 408-908-0167

To report incidents, near misses or unsafe conditions, please go to incidents.apple.com

On Sep 19, 2022, at 2:06 PM, Business Licenses <businesslicenses@apple.com> wrote:

Hi Jaurav,

Per our conversation, I am sending you the list of Apple's buildings in Santa Clara should be updated SIC/NAICS Codes.

Please let me know if you are able to update it manually.

Thank you for your help.

<APPLE'S BUILDINGS IN SANTA CLARA.xlsx>

 Hien Nguyen l Apple Inc. l Corporate Tax l Business License l One Apple Park Way MS 29-2TX, Cupertino, CA 95014 U.S.A l ☎ (408) 974-4876 ✉ businesslicenses@apple.com

# CITY OF SANTA CLARA

**MUNICIPAL SERVICES / BUSINESS TAX**
**1500 Warburton Avenue - Santa Clara, CA 95050**
**Phone (408) 615-2310**

## ANNUAL BUSINESS TAX CERTIFICATE / FIRE PERMIT

ATTN: HIEN NGUYEN
APPLE INC
1 APPLE PARK WAY MS 29-2TX
CUPERTINO, CA 95014

| | |
|---|---|
| **CERTIFICATE NO.** | **201509** |
| **ISSUE DATE** | November 04, 2021 |
| **EXPIRES** | November 03, 2022 |
| **LOCATION TYPE** | Commercial |

**POST CONSPICUOUSLY AT SANTA CLARA LOCATION. NOT TRANSFERABLE, REFUNDABLE OR ASSIGNABLE**

Issuance of this receipt does not preclude the need to comply with all federal, state, and city laws applicable to the type and/or location of the business. This certificate is valid only for the below stated location and must be renewed within 30 days after expiration date noted below or fees will be doubled. It is the taxpayer's responsibility to renew this certificate annually or close the account by submitting a written request, otherwise additional fees will apply. A separate tax certificate/fire permit must be obtained for each location within the City of Santa Clara.

| | |
|---|---|
| **SANTA CLARA LOCATION:** | 3250 SCOTT BLVD, SANTA CLARA, CA 95054-3011 |
| **TYPE OF BUSINESS:** | BUSINESS SERVICES/ADMIN OFFICE |
| **BUSINESS DESCRIPTION:** | ADMINISTRATIVE / IS & T OFFICES |

| | |
|---|---|
| **BUSINESS TAX PAID** | $988.81 |
| **CREDIT APPLIED** | $0.00 |

| **FIRE PERMIT FEES PAID** | $13,335.22 |
|---|---|
| 81 Abvgrnd Petroleum Strg State Surcharge | $26.00 |
| 19 Cryogens: Corrosive, Flammable or Toxic | $289.44 |
| 56 Unstable/Reactive material (Gas, Liq, Sol) | $334.92 |
| 60 AST (1,320-10,000 gal capacity) | $583.01 |
| 19B Cryogens: Oxidizer | $289.44 |
| 12 Combustible and Flammable Materials (Any | $223.28 |
| 40 Refrigeration Equipment | $289.44 |
| 58 CUPA Oversight Fee-State Surcharge | $84.00 |
| 86 Water Reactives (Gases, Liquids, Solids) | $334.92 |
| 54 Toxic Materials (Gases, Liquids, Solids) | $334.92 |
| 99 Haz Mat Mgmt Plan Required | $4,444.74 |
| 79A Cal ARP state surcharge | $270.00 |
| 49 Hot work operations | $223.28 |
| 80-1 Cal ARP FOP (Program 1) | $1,992.97 |
| 92 Single Story Building | $334.92 |
| 24 Oxidizing Materials | $289.44 |
| 50 Corrosive Gases | $289.44 |
| 26 Pyrophorics (Gas, Liq, Solid) - Any Amount | $334.92 |
| 67 HWG < 5 tons yr | $597.48 |
| 23 Organic Peroxides Liquids and Solids | $334.92 |
| 62 Haz Wst-Onsite Treatment PBR | $1,433.74 |

**THIS REVENUE RECEIPT IS ISSUED WITHOUT VERIFICATION THAT THE TAXPAYER IS SUBJECT TO OR EXEMPT FROM LICENSING BY THE STATE.**
**ANY CHANGE IN ADDRESS, COMPANY NAME OR TYPE OF BUSINESS MUST BE SUBMITTED IN WRITING AND REQUIRES A $ 11.00 FEE.**