# EXHIBIT 15

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

OFFICE OF COUNTY ASSESSOR — SANTA CLARA COUNTY, CALIFORNIA

BOOK 216 PAGE 29



# PARCEL MAP

LYING WITHIN THE CITY OF SANTA CLARA, CA.
CONSISTING OF ONE SHEET
LANDS OF
**INTERSIL, INC.**

BEING ALL OF PARCEL A AS SHOWN ON THAT PARCEL MAP RECORDED IN BOOK 483 OF MAPS AT PAGE 53, SANTA CLARA COUNTY RECORDS, CALIFORNIA




## LEGEND

| | |
|---|---|
| ◉ | indicates Standard City Monument found. |
| • | indicates Iron Pipe set or found by P.M. 483/53 |
| ///// | indicates No Access |
| U.G.E.E. | indicates Underground Electrical Easement |
| L.E. | indicates Landscape Easement |
| ——-—- | Indicates Distinctive Border Line |

## BASIS OF BEARINGS & NOTE

THE BEARING OF THE CENTERLINE OF SCOTT BOULEVARD, N 76°30'56" W AS SHOWN UPON THAT CERTAIN PARCEL MAP RECORDED IN BOOK 483 OF MAPS AT PAGE 53, SANTA CLARA COUNTY RECORDS WAS TAKEN AS THE BASIS OF BEARINGS.

ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF.

## OWNERS CERTIFICATE

We hereby certify that we are all of the parties having a record title interest in the real property being subdivided by this map; whose signatures are required by the Subdivision Map Act; that we are the only persons whose consent is necessary to pass clear title to said real property, and we hereby consent to the preparation and recordation of this map and subdivision indicated hereon.

We hereby establish a private easement for ingress and egress over PARCEL 1 to benefit PARCEL 2. Said private ingress and egress easement to be kept open and free from buildings and structures of any kind except irrigation and landscape systems and appurtenances thereto.

Said private ingress and egress easement is not offered nor is it accepted for dedication by the City of Santa Clara.

OWNER: INTERSIL INC., A DELAWARE CORPORATION
BY M E Swedenborg  Robert R. Levitre

TRUSTEE: CONTINENTAL AUXILIARY COMPANY, A CALIFORNIA CORPORATION
BY Delia W Wilson  Suzanne Garratt

OFFICIAL SEAL
BEATRICE M. RODRIGUES
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
My Commission Expires Aug. 21, 1984

## ACKNOWLEDGEMENT

State of California
County of Santa Clara ) ss

On this 5th day of October 1982, Before me the undersigned, Notary Public in and for said county and state, personally appeared Delia W. Wilson and Suzanne Garratt and known to me or proved to me on the basis of satisfactory evidence to be the Manager and Fin. Serv. Officer of the corporation that executed the within instrument and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same as TRUSTEE.

WITNESS my hand and official seal.
My Commission Expires August 21, 1984.

Beatrice M. Rodrigues
Notary Public In And For The County Of Santa Clara State Of California

## ACKNOWLEDGEMENT

State of California
County of Santa Clara ) ss

On this 5th & 28th days of October, 1982. Before me the undersigned, a Notary Public in and for said county and state, personally appeared M.E. Swedenborg and Robert R. Levitre and known to me or proved to me on the basis of satisfactory evidence to be the Vice President-Finance and V.P.-Human Resources of the corporation that executed the within instrument and known to me to be the person who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same as OWNER.

WITNESS my hand and official seal.
My Commission Expires August 21, 1984.

Beatrice M. Rodrigues
Notary Public In And For The County Of Santa Clara State Of California

OFFICIAL SEAL
BEATRICE M. RODRIGUES
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
My Commission Expires Aug. 21, 1984

505 / 50
505 / 50

## ENGINEER'S CERTIFICATE

This map was prepared by me or under my direction and was compiled from record data in conformance with the requirements of the Subdivision Map Act and local ordinance at the request of Intersil, Inc. on Aug 4, 1982. I hereby state that this parcel map substantially conforms to the approved or conditionally approved tentative map, if any.

Philippe Auger
Philippe Auger
REG CIVIL ENGR No. 21500

PROFESSIONAL · AUGER · No. 21500 · CIVIL · STATE OF CALIFORNIA

## CITY ENGINEER'S CERTIFICATE

This map conforms with the requirements of the Subdivision Map Act and local ordinance.
Date October 21 1982.

S.M. Cristofano
S.M. Cristofano
DIRECTOR OF PUBLIC WORKS/CITY ENGINEER
CITY OF SANTA CLARA, CALIF.
REG CIVIL ENGR No. 10827

## CITY CLERK'S CERTIFICATE

I hereby certify that on the 31st Day of August 1982, the City Council of the City of Santa Clara, California, did approve the tentative of this map and did accept on behalf of the public all dedication required as a condition of approval of said map and in conformity with the terms of the offer of dedication made hereon.

A.S. Belick
A.S. Belick
CITY CLERK AND EX-OFFICIO CLERK OF THE CITY COUNCIL OF THE CITY OF SANTA CLARA, CALIF.

## RECORDER'S CERTIFICATE

Filed this 1st day of November, 1982 at 2:11 P.M. in Book 505 of Maps at Page 50, at the request of Philippe Auger.
File No. 7505771 Fee 6.00
By Deputy F. P. Atenta  George A. Mann County Recorder

**MISSION ENGINEERS, INC.**
2285 MARTIN AVE. — SUITE A-1
SANTA CLARA — CALIF. — 95050
JOHN JAY BROWN — CIVIL ENGINEER
JOB NO. V-0309 — DWG. NO. M-7677
SCALE: 1" = 100' — AUGUST 1982

SHEET 1 OF 1

C.S.C.-S1298

V.C.F.

50
50
50




## LEGEND AND NOTES

| | |
|---|---|
| ⊙ | Indicates Standard City Monument Found |
| ● | Indicates Iron Pipe Set or Found by Parcel Map 505/50 |
| ○ | Indicates Iron Pipe Set - R.C.E. No. 12308 |
| ⊥⊥⊥⊥⊥ | Indicates No Access |
| U.G.E.E. | Indicates Underground Electrical Easement |
| — - — | Indicates Distinctive Border Line |
| L.E. | Indicates Landscape Easement |
| 12.068 | Indicates Area Subdivided by This Map |

All distances and dimensions shown are in feet and decimals thereof.




## BASIS OF BEARINGS

The bearing of the centerline of Scott Boulevard, N. 76° 30' 56" W., as shown upon that certain Parcel Map recorded in Book 505 of Maps at page 50, Santa Clara County Records, was taken as the basis of bearings.

## OWNER'S CERTIFICATE

We hereby state that we are the owners of or have some right, title interest in and to the real property included within the subdivision shown upon this map and that we are the only persons whose consent is necessary and we consent to the making of said map and subdivision as shown within the DISTINCTIVE border line.

We hereby establish a private easement for ingress and egress over PARCEL A to benefit PARCEL B. Said private ingress and egress easement to be kept open and free from buildings and structures of any kind except irrigation and landscape systems and appurtenances thereto. Said private ingress and egress easement is not offered nor is it accepted for dedication by the City of Santa Clara.

OWNER: INTERSIL INC., A Delaware Corporation

By: *M E Swedenborg, V.P. Finance* By: *R.R. Levitre*

M. E. Swedenborg R. R. Levitre

## ACKNOWLEDGEMENT

State of *California*
County of *Santa Clara* } SS

On this *22nd* day of *February*, 1983, before me the undersigned, a Notary Public in and for said County and State, personally appeared *M. E. Swedenborg* and *R.R. Levitre* and known to me (or proved to me on the basis of satisfactory evidence) to be the *Vice President - Finance* and *Vice President* of the corporation that executed the within instrument and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same as OWNER.

Witness my hand and official seal.

My Commission Expires *August 21, 1984*

*Beatrice M. Rodrigues* B.M. Rodrigues
Notary Public in And For The
County of *Santa Clara*
State of *California*

OFFICIAL SEAL
BEATRICE M. RODRIGUES
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Commission Expires Aug. 21, 1984

510/11

510/11

## CITY CLERK'S CERTIFICATE

I hereby certify that on the *31st* day of *August 1983*, 1983, the City Council of the City of Santa Clara, California, did approve the tentative map and did accept on behalf of the public all dedication required as a condition of approval of said map and in conformity with the terms of the offer of dedication made hereon.

*A. S. Belick*
A. S. Belick
City Clerk and Ex-Officio Clerk of the City Council of the City of Santa Clara, California

# PARCEL MAP

LYING WITHIN THE CITY OF SANTA CLARA, CALIF.
CONSISTING OF ONE SHEET
LANDS OF
## INTERSIL, INC.
BEING ALL OF PARCELS 1 AND 2 AS SHOWN ON THAT PARCEL MAP RECORDED IN BOOK 505 OF MAPS AT PAGE 50, SANTA CLARA COUNTY RECORDS, CALIFORNIA

## ENGINEER'S CERTIFICATE

This map was prepared by me or under my direction and is based upon a field survey in conformance with the requirements of the Subdivision Map Act and local ordinance at the request of INTERSIL INC., on January 15, 1983. I hereby state that this Parcel Map substantially conforms to the approved or conditionally approved Tentative Map, if any.

*John Jay Brown*
JOHN JAY BROWN
Reg. Civil Engineer No. 12308

## CITY ENGINEER'S CERTIFICATE

This map conforms with the requirements of the Subdivision Map Act and local ordinance.

Date: *March 15*, 1983.

*S. M. Cristofano*
S. M. Cristofano
Director of Public Works/City Engineer
City of Santa Clara, California
Reg. Civil Engineer No. 10827

## RECORDER'S CERTIFICATE

Filed this *17th* day of *March*, 1983 at *1:55 P*. M. in Book *510* of Maps at Page *11*, at the request of John Jay Brown.

File No. *7626556*
Fee *6.00*

George A. Mann
County Recorder

By Deputy *[signature]*

## MISSION ENGINEERS, INC.

2285 MARTIN AVE., SUITE A-1
SANTA CLARA, CALIF., 95050
JOHN JAY BROWN, CIVIL ENGINEER
JOB NO. V-0309 — DWG. NO. M-7737
SCALE: 1" = 100'

SHEET 1 OF 1 SHEET C.S.C. S-1308

11