# EXHIBIT 18

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

# State Emergency Response Commission







## Upcoming SERC Events

Click on any event shown below to view details and to download any associated files.

## Previous SERC Meeting Information

Files from previous SERC meetings can be found in the **SERC Documents** section below, or on the HazMat Publications web page.

## Introduction

The federal Emergency Planning and Community Right-to-Know Act (EPCRA) contains specific directives for state governments for the implementation of EPCRA at the state level. The EPCRA program as it applies to California was promulgated in the state Health and Safety Code, Title 19, and in Executive Orders. The federal EPCRA program is implemented and administered in California by the California Governor's Office of Emergency Services (Cal OES), a State Emergency Response Commission (SERC), six Local Emergency Planning Committees (LEPCs), and 83 Unified Program Agencies (UPAs). Cal OES provides staff support to the SERC and the LEPCs.

The SERC directives and membership are specified in Executive Order W-40-93.

The California SERC (also known as the Chemical Emergency Planning and Response Commission (CEPRC)) oversees implementation of EPCRA in California through the following responsibilities:

- By establishing the emergency planning districts the same as the Cal OES Mutual Aid Regions.
- Appointing 6 LEPCs one for each planning district and supervising and coordinating their activities.
- Establishing procedures for receiving and processing requests from the public for hazardous materials information, as administered by Cal OES and UPAs.
- Receiving disclosure notification from facilities handling hazardous materials when they are subject to EPCRA requirements, as administered by Cal OES and UPAs. Click on the following link for Spill Notification information.
- Notifying the U.S. EPA Administrator of facilities subject to EPCRA requirements, as administered by Cal OES.
- Reviewing emergency response plans and make recommendations necessary to ensure

coordination with emergency response plans of other emergency planning jurisdictions, as administered by Cal OES.

The SERC Chair is the Director of Cal OES: The SERC address is:

State Emergency Response Commission
c/o California Governor's Office of Emergency Services
Hazardous Materials Section
3650 Schriever Avenue
Mather, CA 95655

(916) 845-8754

The SERC Mission is to coordinate and supervise implementation of EPCRA within California including federal programs to prevent, mitigate, and enhance response to hazardous material emergencies and ensure public availability of appropriate chemical information as prescribed by law.

# SDS/Tier II

The federal equivalent to the Business Plan program is the EPCRA 311/312 reporting requirements. Owners and operators are required to prepare and have available Safety Data Sheets (SDS) under the Federal Occupational Safety and Health Administration (OSHA) Hazard Communication Standard and must submit an inventory of their hazardous chemicals to the State Emergency Response Commission (SERC), Local Emergency Preparedness Committee (LEPC), and the local fire department annually on March 1st. This requirement is achieved through compliance with the Business Plan program. Contact your local CUPA for compliance and questions.

# SERC Contact Information

**Erika Olsen, Senior Emergency Services Coordinator**
Hazardous Materials Section
Phone: (916) 364-4575 / FAX: (916) 845-8734
erika.olsen@caloes.ca.gov





# SERC Documents

HazMat – SERC

Bagley-Keene Act 2004

A guide to the Bagley-Keene Open Meeting Act of 2004. This act covers all boards and commissions – 2004

Cal OES Community Right-to-Know (CRtK) Guide

A booklet intended to assist the public with learning about what CRtK laws are and how they can benefit from them – February 2012

Cal OES LEPC Regions Map

Map of California showing the LEPC, Administrative, and Mutual Aid regions – November 2014

Executive Order 13650

Executive Order 13650 – Improving Chemical Facility Safety and Security signed by President Obama on August 1, 2013.

Executive Order 13650 – U.S. EPA Status Report

U.S. EPA Status Report to the President un Executive Order 13650 – Improving Chemical Facility Safety & Security – June 2014

Executive Order 13650 – Final Report

Executive Order 13650 – Actions to improve chemical facility safety and security – Final report to the President

Executive Order D-63-87

Executive Order D-63-87 that establishes a Chemical Emergency Planning and Response Commission for the purpose of implementing the federal SARA Title III program. Signed by California Governor Deukmejian on March 20, 1987

Executive Order W-40-93

Executive Order W-40-93 – Establishes a SERC that coordinates and supervises implementation of federal EPCRA within California. Signed by Governor Wilson on January 26, 1993.

SERC Mission Statement

State Emergency Response Commission (SERC) Mission Statement adopted on November 13, 2000

HazMat – SERC – Meetings – 20160518

CSTI Haz Mat Update May 2016

DART

Disaster Assessment Recovery Teams

SERC Agenda 05182016

SERC Meeting 05182016 Exhibit – 1 – SERC Meeting Minutess Draft V1.0 012716

SERC Meeting Draft Minutes V1.4 20160518

SERC Meeting Minutes Approved 051816

USEPA Final EO13650 SERC

HazMat – SERC – Meetings – 20161026

CSTI HMEP Funded Courses 3 Year Plan 2016-18 for Cont Challenge Mtg

CSTI Haz Mat Classes HMBR and HMEP Version III Sept 2016 (2)

HMEP Update_SERC_Oct262016 (2) Version 2

Maywood Fire 6-14-16 Final

SERC Agenda 10262016 V1.1

SERC Meeting Draft Minutes Version 1.4 20160518

USEPA Oct 2016 update



10/16/26, 1:44 AM State Emergency Response Commission | California Governor's Office of Emergency Services

HazMat – SERC – Meetings – 20170329

Fruitland SERC Presentation

SERC Meeting Draft Minutes 102616 – V1.0

SERC Meeting Draft Minutes V1.4 51816

SERC Meeting Notes Draft 3.29.17 V2

Vallejo Odors and Phillips 66 Oil Sheen Unified

# Laws & Regulations

State Statute: Health and Safety Code, Chapter 6.95, Article 1

State Regulation: Title 19, California Code of Regulations, Section 2720 et. seq.

Federal: United States Code, Title 42, Section 11001 et. seq.

# Related Websites

Community Awareness

- Community Awareness & Emergency Response (CAER)
- Community Emergency Response Team (CERT)
- California Volunteers
- Emergency Community Right-to-Know ACT (EPCRA)

Reporting

- California Environmental Reporting System (CERS)
- California Department of Public Health (CDPH)
- CHEMTREC
- Ask Rail

Other Resources

- NASTTPO
- HMEP

- Spill Release Reporting
- TRANSCAER
- CAMEO
- CFATS
- Critical Infrastructure/Chemical Security

Videos

- Airborne Toxic Threats: Sheltering In Place

Schools Emergency Preparedness

- Emergency & Evacuation Planning Guide for Schools
- Shelter-in-Place for Schools

# Local Emergency Planning Committee

Hazardous materials regional emergency planning and community right to know at the local level





## Introduction

The California State Emergency Response Commission (SERC) established Six Emergency Planning Districts having the same boundaries as the six Mutual Aid Regions. The SERC appointed a Local Emergency Planning Committee (LEPC) for each planning district and supervises and coordinates their activities.

Within their region, the LEPCs carry out community right-to-know requirements of the Emergency Planning and Community Right-to-Know Act (EPCRA). They provide a forum for emergency management agencies, responders, industry and the public to work together to evaluate, understand, train about, coordinate and communicate chemical hazards in the community and develop hazmat emergency plans, which provide information about chemicals in the community to citizens, government agencies and emergency responders. Plans are developed with stakeholder participation.

The LEPC membership must include (at a minimum):

- Elected state and local officials
- Police, fire, civil defense, and public health professionals
- Environment, transportation, and hospital officials
- Facility representatives
- Representatives from community groups and the media
- Cal OES Regional staff are assigned to assist LEPCs as liaisons

To facilitate EPCRA decision-making at the most practical Administering level the SERC has delegated some EPCRA requirements based on the long-standing structure of California's hazardous material program consolidated within the Unified Program. Thus, emergency and hazardous chemical inventory forms, and Safety Data Sheets (SDS) are submitted to the Certified Unified Program Agencies (CUPAs) instead of the SERC/LEPCs. It is the CUPAs, therefore, that respond to public inquiries regarding business inventories. Immediate notice and follow-up reports (Section 304) regarding hazardous material releases are submitted to both the CUPAs and Cal OES, and are available upon request. For more information regarding a Public Records Act (PRA) request, visit the Cal OES Public Records Request webpage.

CUPAs prepare local Area Plans for hazmat emergencies based on the inventories and SDS information. CUPAs are represented on the SERC and on the LEPCs.

You can make a difference in attending an LEPC meeting or by joining your LEPC.

## Upcoming Meetings

No upcoming meetings are scheduled at this time. Please check back for updates.

## Archived Meetings - Under Development

## Regional LEPCs

## LEPC Information



10/16/26, 1:44 AM Local Emergency Planning Committee | California Governor's Office of Emergency Services

**SDS/Tier II**

**Laws and Regulations**

**LEPC Documents**

## LEPC Liaison

Erika Olsen, Senior Emergency Services Coordinator

Cal OES, Hazardous Materials Section

3650 Schriever Avenue

Mather, CA 95655

Phone: (916) 364-4575

Email: erika.olsen@caloes.ca.gov