# EXHIBIT 19

*Gjovik v Apple Inc, City of Santa Clara, et al,* 25-CV-07360-PCP (Northern District of California). Opposition to City of Santa Clara's Motion to Dismiss (Dkt. 127).

## Who Regulates What in Santa Clara County Page Updated on 7/2/2018

Santa Clara County has four CUPAs (Certified Unified Program Agencies) and three Participating Agencies that administer the various hazardous materials, hazardous waste and underground storage tank programs within their respective jurisdictions. To see which agency administers which programs, refer to the table below. Clicking on the agency name will take you to a complete description of that agency's program and contact information.

**CUPAs**:
- County of Santa Clara, Department of Environmental Health (DEH)
- Gilroy Building, Life and Environmental Safety (Gilroy BLES)
- Santa Clara City Fire Department (SC City FD)
- Sunnyvale Department of Public Safety (SV DPS)

**Participating Agencies** operate under a Memorandum of Understanding with Santa Clara County DEH:
- Mountain View Fire Department (MV FD)
- Palo Alto Fire Department (PA FD)
- Santa Clara County Fire Department (SCC FD)

**Notes**:

- Santa Clara County Office of the Fire Marshal (County FM) is responsible for plan check review for fire code compliance for new construction in San Martin, Stanford and other unincorporated areas. They are not a Unified Program Agency (see paragraph below).

- As of July 1, 2018, Milpitas Fire Department is no longer a UPA, but they are still responsible for plan check review for fire code compliance for construction in the City of Milpitas.

- As of July 1, 2011, San Jose Fire Department (SJ FD) is no longer a UPA, but they are still responsible for plan check review for fire code compliance for construction in the City of San Jose.

There are six programs administered locally under the State's Unified Program:

- Hazardous Materials Business Plans (California Health and Safety Code Chapter 6.95)
- Hazardous Waste Generator Program (California Health and Safety Code Chapter 6.5)
- Hazardous Waste Tiered Permitting (California Health and Safety Code Chapter 6.5)
- Underground Storage Tanks (California Health and Safety Code Chapter 6.7)
- Aboveground Petroleum Storage Act (APSA) (California Health and Safety Code Chapter 6.67)
- California Accidental Release Prevention Program - Cal ARP (California Health and Safety Code Chapter 6.95)

In addition, the Santa Clara County agencies administer the following programs under local authority:
- California Fire Code
- Hazardous Materials Storage Ordinance (Local Ordinance)
- Toxic Gas Ordinance (Local Ordinance)

| City or County Area | Business Plans | Hazardous Waste | Tiered Permit | Under Ground Tanks | Above Ground Tanks (APSA) | CalARP | Calif Fire Code | Hazmat Storage | Toxic Gases |
|---|---|---|---|---|---|---|---|---|---|
| Campbell | SCC FD | DEH | DEH | SCC FD | DEH | DEH | SCC FD | SCC FD | SCC FD |
| Cupertino | SCC FD | DEH | DEH | SCC FD | DEH | DEH | SCC FD | SCC FD | SCC FD |
| Gilroy | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES | Gilroy BLES |
| Los Altos | DEH | DEH | DEH | DEH | DEH | DEH | SCC FD | N/A | N/A |
| Los Altos Hills | DEH | DEH | DEH | DEH | DEH | DEH | SCC FD | DEH | DEH |
| Los Gatos | SCC FD | DEH | DEH | SCC FD | DEH | DEH | SCC FD | SCC FD | SCC FD |
| Milpitas | DEH | DEH | DEH | DEH | DEH | DEH | Milpitas FD | Milpitas FD | Milpitas FD |
| Moffett Field | DEH | DEH | DEH | DEH | DEH | DEH | Moffett | DEH | DEH |
| Monte Sereno | DEH | DEH | DEH | DEH | DEH | DEH | SCC FD | DEH | DEH |
| Morgan Hill | DEH | DEH | DEH | DEH | DEH | DEH | CalFire | | |
| Mountain View | MV FD | DEH | MV FD | MV FD | DEH | DEH | MV FD | MV FD | MV FD |
| Palo Alto | PA FD | DEH | DEH | DEH | PA FD | DEH | PA FD | PA FD | PA FD |
| San Jose | DEH | DEH | DEH | DEH | DEH | DEH | SJ FD | SJ FD | SJ FD |
| San Martin | DEH | DEH | DEH | DEH | DEH | DEH | County FM | DEH | DEH |
| Santa Clara City | SC City FD | SC City FD | SC City FD | SC City FD | SC City FD | SC City FD | SC City FD | SC City FD | SC City FD |
| Saratoga | DEH | DEH | DEH | DEH | DEH | DEH | Saratoga FD & SCC FD | DEH | |
| Stanford | DEH | DEH | DEH | DEH | DEH | DEH | County FM | DEH | DEH |
| Sunnyvale | SV DPS | SV DPS | SV DPS | SV DPS | SV DPS | SV DPS | SV DPS | SV DPS | SV DPS |
| Unincorporated Areas | DEH | DEH | DEH | DEH | DEH | DEH | County FM | DEH | DEH |



Copyright © 2003-2004 UNIDOCS All Rights Reserved. This page was last reviewed: September 15, 2025
Concerns, Problems, Errors with this site should be reported to the Site Administrator

unidocs

Contact Us Sitemap Search

Home Documents & Services Member Agencies Training / Meetings Links



## Standardized Forms and Guidelines

Hazardous Materials Fire Prevention

Master List of All Uniform Documents

## Online Hazardous Materials Reporting

### WHAT'S NEW

- **Dec. 1, 2020** - Standards for Storage and Use of Portable Liquefied Petroleum Gas & Electrical Outdoor Heaters (UN-048) has been retitled and revised. See the Fire Prevention & Fire Safety Documents page**.**
- **Sept. 28, 2020** - The following revised Underground Storage Tank equipment testing and inspection forms have been added to the UST Installation, Upgrade, and Testing page due to California UST Regulations updates effective 10/1/2020:
  - UST Monitoring System Certification Form (UN-107)
  - UST Spill Container Testing Report Form (UN-108)
  - UST Overfill Prevention Equipment Inspection Report Form (UN-109)
  - UST Secondary Containment Testing Report Form (UN-054)
- **Sept. 28, 2020** - The following revised forms associated with Designated Underground Storage Tank Operators and UST facility compliance have been added to the UST Miscellaneous Documents page due to California UST Regulations updates effective 10/1/2020:
  - Guidance for Designated Underground Storage Tank Operators (UN-115)
  - UST Designated Underground Storage Tank Operator Identification Form (UN-062)
  - UST Designated Underground Storage Tank Operator Visual Inspection Report (UN-111)
- **May 13, 2020** - State Water Board provides additional guidance regarding UST Regulatory Relief and Enforcement Discretion during Covid-19 state of emergency. Click here**.**
- **March 19, 2020** - State Water Board provides guidance regarding UST compliance during Covid-19 state of emergency. Click here
- **March 19, 2020** - Governor of California issues state-wide shelter in place order in response to Covid-19 state of emergency. Click here**.**
- **March 16, 2020** - County of Santa Clara Health Officer issues shelter in place order in response to Covid-19 state of emergency. Click here**.**
- **What's New Archive ...**

### BUSINESS & INDUSTRY

This website is intended to assist compliance with local and state hazardous materials and hazardous waste regulatory requirements.

### LOCAL AGENCIES

**Join Unidocs**
Membership is free!

### MEETINGS/TRAINING

**HazMat Inspector Training and Fire Chiefs HazMat Subcommittee**

### IMPORTANT ANNOUNCEMENTS

Effective 7/1/2018 Milpitas Fire Department is longer a Unified Program Agency. All Unified Program responsibilities within the City of Milpitas are now handled by Santa Clara County CUPA: this includes the Hazardous Materials Business Plan Program, Underground Storage Tank Program, and Aboveground Petroleum Storage Act (APSA) Program. Milpitas Fire Department continues to enforce Fire Code and local ordinances.

**Unidocs** is a joint effort of the **Santa Clara County Fire Chief's Association** and **Santa Clara County Department of Environmental Health**

Site History

**Page Updated on 12/1/2020**

### DOCUMENTS & TOOLS

- **Master list of all documents sortable by Subject/Title and Document Number**
- **Hazardous Materials/Waste Documents**
- **Fire Prevention/Fire Safety Documents**
- **Electronic Reporting Unidocs Resource Page**
- **California Environmental Reporting System (CERS)**
- **Documentos en Español**
- **Emergency Contact Phone Numbers**
- **DTSC Hazardous Waste Tracking System** (Remote website)
- **Chemical Search** (Remote website)
- **Retired Documents**
- **Revision Highlights**
- **Site Security Assessments for Industry** (Remote website)
- **Tank Calibration Charts**
- **Free Hazardous Waste Generator training** for small quantity generator facilities located in Santa Clara County. Generate less than 270 gallons of hazardous waste per year and need training? Click **here** to sign up. Free training provided by Santa Clara County HMCD.

Home | Documents & Services | Member Agencies | Training/Meetings | Links

[Top]

Copyright © 1998-2019 UNIDOCS All Rights Reserved. This page was last reviewed: January 3, 2024
Concerns, Problems, Errors with this site should be reported to the Site Administrator.