# G. EXHIBIT G

***Exhibit G — San José ESD Source Control Permit Inspection Reports***

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

| | | |
|---|---|---|
| Work Task ID | : | 961506 |
| Due Date | : | 10/21/2025 |
| Inspection Date | : | 10/21/2025 |
| Inspection Type | : | Permit |
| Inspector | : | Christopher Bradley<br>Jameel Dhakni |

# Permit Inspection Report

| | | | |
|---|---|---|---|
| **Company Name:** | Apple, Inc. (102597) | **Permit Number:** | SC-042CU |
| **Address:** | 3250 Scott Blvd<br>Santa Clara, CA 95054 | **Permit Contact:** | Allan Sherlock<br>Grace Fisk<br>Stephen Kelly |

Was the Inspector allowed to enter the facility? Yes

Inspection performed with Source Control Case Manager? Yes

## Facility General Information

Provide a description of facility, products, services, company structure, operating hours, discharge hours, and pertinent history

Apple, Inc. (hereafter, Apple) is a research and development (R and D) facility that manufactures semiconductor devices from various wafer substrates, including gallium arsenide, gallium nitride, sapphire, and silicon. Their operations include wafer preparation, lithography, layering, doping, polishing, grinding, testing, and bonding. The products developed at this facility are used as prototypes and are not intended for sale. They operate Monday through Friday, 24/7, with production ending on Saturday at 6 am. Discharge hours are 24/7, seven days a week, because their wastewater treatment systems operate continuously.

They have an average of 25 employees working production onsite, with up to 100 office staff.

Facility changes, compliance issues, and future plans since last permit issuance? Yes

Permit application accurate? No

Recent changes include removing electrolytic plating processes (Cu, Ni, Au, Indium, etc.) from Chase B in the Class 10 Cleanroom. The plating line was reportedly removed during the week of 10/20/2025, according to the site contacts. The Industrial User (IU) stated that their R and D processes no longer require these operations due to a shift in their scope of work. They do not plan to bring these operations back at the time of the inspection. However, plating chemistry was still listed in their permit application and was onsite at the time of the inspection.

Chromium chemistry had been removed from the site. Therefore, chromium monitoring will be removed from the permit.

Mercury was listed in the permit application. IU provided a detailed response on how it is used for equipment calibration and used in dry applications. Mercury will not be added to the permit for monitoring.

There have been no recent violations or compliance issues.

General Facility Layout accurate? Yes

Block flow diagram accurate? No

Average gallons per day per process was not accurate. IU used the same numbers as the last permit application submittal.

Plumbing layout accurate? Yes

Categorical processes conducted at this facility

R and D Semiconductor Manufacturing Operations – lithography, dry and wet etching, doping, film and metal layering, grinding and polishing, bonding, and cleaning.

Non-categorical processes conducted at this facility

Water softener reject, reverse osmosis reject, and cooling and fluid tower reject wastewater.

Description of facility wastewaters

Wastewater is produced within the cleanrooms and from the scrubbers used for wastewater and exhaust treatment. Solvents and hydrofluoric acid waste are transported offsite. Acid and caustic wastewater generated on-site are treated through the acid-waste neutralization system (AWN). Concentrated heavy metal wastewater is hauled away, while low-concentration metal wastewater is discharged.

Wastewater Characteristics:

Acidic pH < 5.0, Ammonia, Caustic pH > 12.5, Flammable, Heavy Metals, Solvents, Toxic Substances

Pretreatment Process/Equipment:

Ammonia scrubber, acid scrubber, point-of-use (POU) toxic gas abatement systems, vacuum distillation evaporator for heavy metals, and an acid-waste neutralization system.

Solvents, heavy-metal concentrate from the vacuum distillation evaporator, lithography solutions (developer and photoresist), and etch wastes containing hydrofluoric acids are regularly hauled offsite.

Flow Variability:

Does not contain discharge with variability. Not a Centralized Waste Management company.

Dilution streams:

None

Regulated TTOs at this facility:

No

Has Toxic Organic Management Plan been submitted? Yes

## Facility Inspection

Maintenance procedures up to date? Yes

Observations of general facility areas (shipping, receiving, quality control, laboratory, machine shop, etc.)

Clean and well-kept with no issues noted. Chemical cabinets are present in these areas.

Observations of the process area

CLASS 10 and CLASS 1000 CLEANROOMS:
The bulk of semiconductor manufacturing operations is completed here. There are multiple chases each with a process chase and a back-end chase that holds the chemical and gas storage and feed systems.

Wafer Storage – All wafers that will be processed at the facility enter through the receiving dock and then sorted and stored prior to processing. Wafer types include silicon, gallium arsenide, gallium nitride, and sapphire. There are two chemical cabinets containing solvents and flammables within the wafer storage area.

Lithography – This was observed in two separate chases. Photoresist and developer solutions containing solvents are collected in carboys located underneath the grated flooring. The IU stated that their vendor who hauls this waste comes twice a day to remove the carboys. An acid scrubber is used to treat exhaust associated with the lithography processes and tools.

Plating Shop – One automated plating tool used for electrolytic plating of various metals such as copper, nickel, gold, indium, silver, etc. The tool was observed to be powered down and not in use, and it will no longer be used, according to IU. The plating line is set up for a substrate size that is not relevant to their current R and D activities. IU also stated that they do not have plans to continue plating in the future.

Grinding Lab – One room for sawing, grinding, and polishing operations. Waste can be hauled or treated depending on the constituents (arsenic and other metals).

Vapor/Chemical Etch – Observed in multiple chases within the class 10 cleanroom. Wet etch waste that does not contain solvents or hydrofluoric acid is treated onsite by their vacuum distillation system.

Doping – IU performs silicon, magnesium, tellurium, carbon, and zinc doping.

Layering/Deposition/Sputtering – IU performs gold, titanium, gold germanium alloy, platinum, nickel, palladium, silver, and ruthenium layering. R and D layers are also deposited in the Metal-Organic Chemical Vapor Deposition (MOCVD) and Metal Organic Deposition (MOD) cleanrooms.

The cleanroom uses a variety of gases for its operations, including, but not limited to, HCl, Ammonia, Chlorine, Disilane, Boron Trichloride, Silicon Tetrachloride, Dichlorosilane, and Trifluoromethane. Acid, ammonia, and point-of-use abatement systems are used to treat fume exhausts.

Trimethylaluminum (TMA) used in the MOVVD reactors is connected to a POU scrubber.

Observations of the pretreatment area and pretreatment system

The facilities pad houses the AWN, a 2200-gallon equalization tank, vacuum distillation evaporator, ammonia scrubber, and acid scrubber. The scrubbers and equalization tank are located on the second story of the facilities pad. The pretreatment systems are contained within secondary containment. Point-of-use abatement systems are situated within the cleanroom labs.

The ammonia and acid scrubbers, point-of-use abatement systems, and vacuum distillation evaporator are all plumbed to the AWN.

The AWN uses sodium hydroxide and sulfuric acid for treatment. The system is equipped with multiple sensors, alarms, and set points for pH and fluoride, and can recirculate at the final stage if pH or fluoride is outside the allowed ranges. The AWN consists of an equalization tank and three treatment tanks before discharging to the sanitary sewer.

The vacuum distillation evaporator separates heavy metals and other pollutants from process wastewater. The heavy metals that are separated from the wastestream are hauled offsite. The remaining wastewater is plumbed to the AWN prior to discharge.

Description of in-house testing procedures

IU monitors pH, flow, fluoride, and wastewater systems daily.

## Monitoring Equipment

### pH Meter

How is compliance with pH discharge limits achieved?

PH is continuously monitored in the three-stage AWN system and can recirculate for additional treatment if outside the set point ranges.

Meets requirements? Yes

Has pH Alarm? Yes

Has Auto-shutoff valve? Yes

**Flow Meter:** Effluent

Meets requirements? Yes

### Sample Point

Sample name and location - Sample Point 01 - Final Effluent Discharge

Sample point acceptable? Yes

## Chemical / Wastes Storage Area

Waste types generated

Developer solution and photoresist strip solution.

Chemicals / wastes properly labeled? Yes

Chemicals / wastes properly stored? Yes

Discrepancies in chemical / wastes inventory? No

Proper spill containment? Yes

Other observations of the chemical storage area and deficiencies

Due to time limitations, the bulk chemical waste storage bunkers were not inspected. These are located at the facilities pad near the wastewater treatment system. Bulk virgin sulfuric acid, virgin ammonia, and various gas types are also stored here. The facilities pad has secondary containment engineering structures to prevent slug discharges.

Chemical cabinets are spread out through the facility, containing mostly flammables, caustics, acids, and solvents. No issues with compatibility or storage were seen.

## Slug Discharge Potential

Slug discharge potential evaluation conducted and evaluation form submitted? Yes

Slug Discharge Potential Issue Explanation

## Outdoors Areas

Description of facility outdoors areas including storage areas, trash enclosures, or stormwater issues

Outdoor areas were observed as clean and tidy. However, near the hazardous waste storage bunkers, there are multiple storm drains. These are covered and concealed to prevent accidental discharges. No other issues were noted.

# Permit Inspection Report

Work Task ID : 961506
Inspection ID : 669447

## Logs / Records / Site Plans Review

### Control Plans

Emergency Management Plan, Hazardous Materials Business Plan, Spill Plan

### Logs / Records

pH, pH calibration, Flow, Manifests/Waste hauling, Spills, Employee training, Site inspection

Description of wastes hauled, quantities hauled, hauling frequencies, and hauling companies

Hauling Company:
Advanced Chemical Transport (ACT) LLC

Frequencies:
Daily, Weekly, Monthly, Yearly

Wastes Hauled:
Buffered Oxide Etch (BOE) - 700 lbs/month
Activated Carbon – 140 lbs/year
Ethylene Glycol – 200 lbs /month
Gallium Arsenide Wafers – 200 lbs/month
Gallium Chloride Solution – 200 lbs/month
Heavy Metal Concentrate (from Vacuum Distillation Evaporator) - 3000 lbs/week
Hydrochloric acid with oil – 50 lbs/year
Hydrochloric acid waste – 22 lbs/month
Carboxylic acid waste – 480 lbs/month
Lab Debris – 200 lbs/week
Tetramethylammonium Hydroxide Solution – 600 lb per/year
Ammonium fluoride – 200 lbs/year
Silver and Isobornyl Acetate – 12 lbs/year
Flammable toxic solvents (1,1,1,3,3,3-HEXAMETHYLDISILAZANE, 1,3,5-TRIMETHYLBENZENE) –150 lbs/year
Photoresist Strip – 1000 lbs/3 months
Sulfuric Acid waste – 50 lbs/month
Water with corrosion inhibitor – 840 lbs/year
Water with solvents (butyl acetate, IPA) - 450 lbs/year
Water with solvents (IPA, N-Methyl Pyrrolidone) - 2000 lb/week

## Employee Training

Regular Employee Training: HazComm/Right to Know, Materials handling, HAZWOPER, DOT Hazmat Transport, Emergencies, Pretreatment system, pH calibration, Spill Response

## Exit Interview and Action Items

IU was thanked for their time and asked to submit the following items:
-Corrected flows on pgs. 4 & 5.
-Engineering calculations used for flows.
-Updated block-flow diagram with the correct number of gallons discharged from each process flow.
-Full set of water bills (12-months) for three influent water meters
-Supplemental information on semiconductor processes conducted onsite, along with the source of each pollutant that the City of San Jose has as a local limit for (Au, Cu, Ni, Zi, etc.).

## Permit Writer Follow-up

-Water bills were received 10/29/25.
-Site map received on 10/23/25.
-Revised block-flow received 10/23/25.
-Engineering calculations received 10/28/25.
-Corrected flows (pgs. 4 & 5) received 10/23/25.
-Supplemental process information was received on 11/5/2025.

## Field Notes

-Processes that use HF and solvents are hauled offsite.

-Processes conducted on Gallium Arsenide wafers are segregated from other waste streams for hauling.

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

| | | |
|---|---|---|
| Work Task ID | : | 784950 |
| Due Date | : | 08/13/2015 |
| Inspection Date | : | 08/13/2015 |
| Inspection Type | : | Permit |
| Inspector | : | Anju Whig<br>Sharon Stremel |

# Permit Inspection Report

**Company Name:** Apple, Inc. (102597)

**Address:** 3250 Scott Blvd
Santa Clara, CA 95054

**Permit Number:** SC-461B

**Permit Contact:** Alan Clary
John Shull
Mike Cheng
Tony Soriano

Was the Inspector allowed to enter the facility? Yes

Inspection performed with Source Control Case Manager? No

Case manager had a meeting run long and was unable to make the inspection. A follow up inspection will be conducted with the case manager when more installation of equipment has been completed at the site.

## Facility General Information

Provide a description of facility, products, services, company structure, operating hours, discharge hours, and pertinent history

Facility performs computer equipment R&D. No products for sale are manufactured at this facility.

This is a new facility. They were still in the process of plumbing and installing equipment at the time of inspection. Treatment systems were in place but not yet in operation.

Facility changes, compliance issues, and future plans since last permit issuance? No

Permit application accurate? Yes

General Facility Layout accurate? Yes

Block flow diagram accurate? Yes

Plumbing layout accurate? Yes

Categorical processes conducted at this facility

Site conducts semiconductor and metal finishing processes, however is R&D only so categorical standards will not apply.

Non-categorical processes conducted at this facility

Site performs semiconductor and metal finishing processes on wafer substrates, however is R&D so these processes will be non-categorical. Processes include etching and cleaning, bonding, electroplating, etching, lithography, deposition, and cutting/polishing. Additionally, discharges from acid scrubbers, ammonia scrubbers, and abatement units are treated and discharged through the AWN.

Description of facility wastewaters

Wastewater characteristics are primarily acidic or basic wastewater. Solvents will be captured. Heavy metals will be initially captured, however the site plans to evaluate the wastewater for potential treatment and discharge.

Wastewater Characteristics:

Acidic pH < 5.0, Ammonia, Caustic pH > 12.5, Heavy Metals, Solvents, Suspended Solids

Pretreatment Process/Equipment:

Waste segregation. Solvents and heavy metals are segregated, including baths and first few rinses. Other process wastewaters go through acid waste neutralization.

Flow Variability:

Does not contain discharge with variability. Does not discharge from categorical process. Not a Centralized Waste Management company.

Dilution streams:

Cooling Water

Description of dilution streams and volumes

Most utility waters do not discharge through AWN and sample point. Some cooling water is combined with low concentration process water for the gray water collection tank. Gray water collection is reused in the ammonia and acid scrubbers, but overflow is plumbed to the AWN.

Regulated TTOs at this facility:

N/A

Has Toxic Organic Management Plan been submitted? N/A

# Permit Inspection Report

Work Task ID : 784950
Inspection ID : 524512

## Facility Inspection

Maintenance procedures up to date? N/A

Observations of general facility areas (shipping, receiving, quality control, laboratory, machine shop, etc.)

Still in construction/ installation phase.

Observations of the process area

Still in installation phase.

Observations of the pretreatment area and pretreatment system

Systems are installed, but facility is waiting on permits to bring chemicals onsite and begin use.

Description of in-house testing procedures

Facility has built in testing equipment. pH is monitored in each stage of treatment, after the AWN but before recirculation, and after recirculation. The pH monitoring after recirculation was requested during the inspection.

## Monitoring Equipment

### pH Meter

How is compliance with pH discharge limits achieved?

pH compliance is measured after the AWN to trigger recirculation. The IU will be installing a pH meter with chart recorder after the recirculation point as requested during the inspection.

Meets requirements? No

Explanation of pH measurement deficiencies

pH meter is currently before recirculation. Facility will be moving it to after recirculation, or installing another meter after recirculation.

Has pH Alarm? Yes

Has Auto-shutoff valve? Yes

**Flow Meter:** Effluent

Meets requirements? Yes

### Sample Point

Sample name and location - SP-01 Final Effluent

The sample point is located after the AWN and recirculation, immediately before combining with non-process wastewater and discharging.

Sample point acceptable? Yes

## Chemical / Wastes Storage Area

Waste types generated

In construction phase, no wastes or chemicals present onsite during inspection.

Chemicals / wastes properly labeled? N/A

Chemicals / wastes properly stored? N/A

Discrepancies in chemical / wastes inventory? No

Proper spill containment? Yes

## Slug Discharge Potential

Slug discharge potential evaluation conducted and evaluation form submitted? Yes

Slug Discharge Potential Issue Explanation

No issues observed. Site is new and has not yet begun processing.

## Outdoors Areas

Description of facility outdoors areas including storage areas, trash enclosures, or stormwater issues

Outdoor areas are well organized. Storage areas have adequate secondary containment. There were stormwater drains observed in the utility area near chemical storage areas, however contact indicated these are kept closed unless needed.

## Logs / Records / Site Plans Review

### Control Plans

Emergency Management Plan, Hazardous Materials Business Plan, Solvent Management, Spill Plan

### Logs / Records

Description of wastes hauled, quantities hauled, hauling frequencies, and hauling companies

New site does not yet have waste accumulations.

## Employee Training

Regular Employee Training:

## Exit Interview and Action Items

Reviewed updates to permit application needed, and additional facility diagram updates. Contact was asked to give an update on construction so a second inspection can be scheduled.

## Permit Writer Follow-up

A second inspection was completed with the site case manager on 9/1/2015. See 9/1/2015 inspection report for further details and follow-ups.

## Field Notes

A Permit Inspection was conducted by permit writers Sharon Terwilliger and Anju Whig. Case Manager John Fosnaugh was unavailable at the time of the inspection, and a follow up inspection will be conducted with him when the project is further along. Contacts from the facility included Mike Cheng (EORM), Alan Clary (Integrated Engineering Services) , John Shull (Apple), and Tony Soriano (Apple).

The permit application was reviewed and some clarifications were discussed. The IU will be submitting an updated application, as well as a copy of the chemical inventory.

The indoor areas were inspected. All processes will be conducted inside a clean room environment. Some tools were installed but the process area is in the beginning of tool installation. Additional dry process areas were inspected including office areas, a sound room, and other dry process rooms. IU performs standard semiconductor processes on wafers, primarily sapphire or gallium arsenide (GaAs).The contact indicated GaAs wastestreams are segregated. Water reduction practices include sensors, rinse baths, spray rinses, water changes based on cycles, timers, reuse, and reduced flow mode.

The roof area is accessible by stairs and was inspected. The area includes the ammonia abatement units and air scrubbers. There is also a wastewater equalization tank on this area, which allows remaining wastewater treatment processes to occur through gravity drain. Lift stations were in progress of being installed. Water softener and DI systems were installed.

The heavy metals accumulation tank was installed. The IU currently plans to accumulate and haul heavy metal wastestreams but is planning to evaluate onsite treatment feasibility once processes start and may want to treat and discharge in the future after processes have been going and wastewater metals concentrations are determined. Heavy metal rinse baths are sent to the AWN.

Solvents are hard plumbed to a chemical feed cabinet for accumulation in drums. The contact indicated the solvent baths and first couple rinse baths will be accumulated and hauled off site for disposal. The last rinses are considered to have trace to no solvents and will discharge to gray water accumulation to be reused in scrubbers.

The AWN was inspected. The AWN is designed with a line coming off that runs through a pH meter. If the pH is out, water is recirculated automatically. The system is designed so during recirculation water will back up in various stages of the system before allowing out of spec water to discharge. AWN stages will back up, then the equalization tank, then the lift stations, then process discharges would be halted. The final pH meter and a flow meter was also located in this location. Inspectors requested pH meter be moved to after recirculation, but will check on if the meter and pH both being recorded on a chart will be sufficient. The final flow meter and sample point is located after the recirculation pipe.

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

| | | |
|---|---|---|
| Work Task ID | : | 785725 |
| Due Date | : | 09/01/2015 |
| Inspection Date | : | 09/01/2015 |
| Inspection Type | : | Permit |
| Inspector | : | John Fosnaugh<br>Sharon Stremel |

# Permit Inspection Report

**Company Name:** Apple, Inc. (102597)
**Address:** 3250 Scott Blvd
Santa Clara, CA 95054

**Permit Number:** SC-461B
**Permit Contact:** Alan Clary
Chris Talbert
Jack Kelly
Mike Cheng
Tony Soriano

Was the Inspector allowed to enter the facility? Yes

Inspection performed with Source Control Case Manager? Yes

## Facility General Information

Provide a description of facility, products, services, company structure, operating hours, discharge hours, and pertinent history

Facility performs computer equipment R&D. No products for sale are manufactured at this facility.
This is a new facility. They were still in the process of plumbing and installing equipment at the time of inspection. Treatment systems were in place but not yet in operation.

Facility changes, compliance issues, and future plans since last permit issuance? No

Permit application accurate? Yes

General Facility Layout accurate? Yes

Block flow diagram accurate? Yes

Plumbing layout accurate? Yes

Categorical processes conducted at this facility

Site conducts semiconductor and metal finishing processes, however is R&D only so categorical standards will not apply.

Non-categorical processes conducted at this facility

Site performs semiconductor and metal finishing processes on wafer substrates, however is R&D so these processes will be non-categorical. Processes include etching and cleaning, bonding, electroplating, etching, lithography, deposition, and cutting/polishing. Additionally, discharges from acid scrubbers, ammonia scrubbers, and abatement units are treated and discharged through the AWN.

Description of facility wastewaters

Wastewater characteristics are primarily acidic or basic wastewater. Solvents will be captured. Heavy metals will be initially captured, however the site plans to evaluate the wastewater for potential treatment and discharge.

Wastewater Characteristics:

Acidic pH < 5.0, Ammonia, Caustic pH > 12.5, Heavy Metals, Solvents, Suspended Solids

Pretreatment Process/Equipment:

Waste segregation. Solvents and heavy metals are segregated, including baths and first few rinses. Other process wastewaters go through acid waste neutralization.

Flow Variability:

Does not contain discharge with variability. Does not discharge from categorical process. Not a Centralized Waste Management company.

Dilution streams:

Cooling Water

Description of dilution streams and volumes

Most utility waters do not discharge through AWN. Some cooling water is combined with other wastewater and reused in the scrubbers, but is plumbed to collection tank that will discharge overflow to AWN.

Regulated TTOs at this facility:

N/A

Has Toxic Organic Management Plan been submitted? N/A

## Facility Inspection

Maintenance procedures up to date? N/A

# Permit Inspection Report



Observations of general facility areas (shipping, receiving, quality control, laboratory, machine shop, etc.)

Still in construction/ installation phase.

Observations of the process area

Still in installation phase.

Observations of the pretreatment area and pretreatment system

Systems are installed, but facility is waiting on permits to bring chemicals onsite and begin use.

Description of in-house testing procedures

Facility has built in testing equipment. pH is monitored in each stage of treatment, after the AWN but before recirculation, and after recirculation. The pH monitoring after recirculation was requested during the inspection.

## Monitoring Equipment

### pH Meter

How is compliance with pH discharge limits achieved?

pH compliance is measured after the AWN to trigger recirculation. The IU will be installing a pH meter with chart recorder after the recirculation point as requested during the inspection.

Meets requirements? No

Explanation of pH measurement deficiencies

pH meter is currently before recirculation. Facility will be moving it to after recirculation, or installing another meter after recirculation.

Has pH Alarm? Yes

Has Auto-shutoff valve? Yes

**Flow Meter:** Effluent

Meets requirements? Yes

### Sample Point

Sample name and location - SP-01 Final Effluent

The sample point is located after the AWN and recirculation, immediately before combining with non-process wastewater and discharging.

Sample point acceptable? Yes

## Chemical / Wastes Storage Area

Waste types generated

In construction phase, no wastes or chemicals present onsite during inspection.

Chemicals / wastes properly labeled? N/A

Chemicals / wastes properly stored? N/A

Discrepancies in chemical / wastes inventory? No

Proper spill containment? Yes

## Slug Discharge Potential

Slug discharge potential evaluation conducted and evaluation form submitted? Yes

Slug Discharge Potential Issue Explanation

No issues observed. Site is new and has not yet begun processing.

## Outdoors Areas

Description of facility outdoors areas including storage areas, trash enclosures, or stormwater issues

Outdoor areas are well organized. Storage areas have adequate secondary containment. There were stormwater drains observed in the utility area near chemical storage areas, however contact indicated these are kept closed unless needed.

## Logs / Records / Site Plans Review

### Control Plans

### Logs / Records

Description of wastes hauled, quantities hauled, hauling frequencies, and hauling companies

New site does not yet have waste accumulations.

## Employee Training

Regular Employee Training:

# Permit Inspection Report

Work Task ID : 785725
Inspection ID : 525120

## Exit Interview and Action Items

IU will be moving or installing a new pH meter after recirculation. Additional cleanroom equipment installations had been completed since the 8/13/2015 inspection, however equipment installation was still not complete and does not anticipate being complete until after commencement of discharge from other completed processes. The discharge pipe is plumbed to discharge by gravity over a large floor drain with a gap between the end of the pipe and the drain. They were asked to construct a box around the discharge point, or determine another method to close the drain grate off as a discharge point for containers. IU did not want to directly plumb the pipe in order to maintain an air gap.

## Permit Writer Follow-up

IU submitted updated application.

## Field Notes

A second permit inspection was conducted with John Fosnaugh from the City of San Jose, with IU contacts Mike Cheng (EORM), Chris Talbert (EORM), Alan Clary (Integrated Engineering Services), Jack Kelly (Apple) and Tony Soriano (Apple).

This inspection was performed to review utility systems, treatment, and process equipment and plumbing with the inspector present and update on the process. Mr. Cheng expects equipment to be setup over phases and does not expect all equipment setup before start of discharge.

The equipment pad was reviewed again. In addition to moving the pH meter they were asked to enclose the discharge location. Currently discharge after the AWN and sample point occurs from a pipe discharging to an open floor sink. Mr. Clary designed it this way to include a required air gap. They were asked to put a structure around this floor drain to prevent easy access or accidental spills into the floor drain. The final pH meter is being asked to be moved from before recirculation to after recirculation, preferably in the sample point box.

Wastewater and utility piping was nearly complete and observed during the inspection. Most observed piping was labeled and they are continuing to label pipes.

The process area was inspected again, and more equipment had been installed. Chemistry was not on site yet, and no processes were in progress. The facility is waiting for their approved permit to bring chemistry on site, since they will need to have support equipment – scrubbers, utility processes – running and discharging at that time.

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

| | | |
|---|---|---|
| Work Task ID | : | 802129 |
| Due Date | : | 05/18/2016 |
| Inspection Date | : | 05/18/2016 |
| Inspection Type | : | Permit |
| Inspector | : | Anju Whig<br>John Fosnaugh<br>Sharon Stremel<br>Varsha Patel |

# Permit Inspection Report

**Company Name:** Apple, Inc. (102597)

**Address:** 3250 Scott Blvd
Santa Clara, CA 95054

**Permit Number:** SC-461B

**Permit Contact:** Ian Ludwig
Jeff Burkmeyer
Mike Cheng
Tony Soriano

Was the Inspector allowed to enter the facility? Yes

Inspection performed with Source Control Case Manager? Yes

## Facility General Information

Provide a description of facility, products, services, company structure, operating hours, discharge hours, and pertinent history

The facility makes semiconductor devices that are sent to another Apple facility for research and development. They run one production shift per day Monday-Friday. Some tools are still being installed, however other processes have started at the facility.

Facility changes, compliance issues, and future plans since last permit issuance? Yes

Facility has installed additional processes and finalized tool installation plans.

Permit application accurate? Yes

General Facility Layout accurate? Yes

Block flow diagram accurate? Yes

Plumbing layout accurate? Yes

Categorical processes conducted at this facility

Company performs R&D semiconductor manufacturing.

Non-categorical processes conducted at this facility

Non-process flows include utility wastewater, such as RO Reject and water softener water. These waste streams combine with process flows after the sample point and are not a source of dilution at their monitoring point.

Description of facility wastewaters

Wastewater is produced from air scrubbers and cleanroom process wastewater. Cleanroom processes include wafer etching and cleaning, bonding, electroplating, etching, lithography, deposition and cutting/polishing. Metals and solvent waste waters are segregated for hauling.

Wastewater Characteristics:

Acidic pH < 5.0, Ammonia, Caustic pH > 12.5, Heavy Metals, Solvents, Toxic Substances

Pretreatment Process/Equipment:

This facility has waste hauling for solvent and heavy metals waste, and acid neutralization for pH adjustment.

Flow Variability:

Does not contain discharge with variability. Not a Centralized Waste Management company.

Dilution streams:

None

Regulated TTOs at this facility:

This site's chemical inventory includes toluene, naphthalene, and a variety of other solvents not regulated under 40 CFR 469.

Has Toxic Organic Management Plan been submitted? No

## Facility Inspection

Maintenance procedures up to date? Yes

Observations of general facility areas (shipping, receiving, quality control, laboratory, machine shop, etc.)

The facility is clean, organized and well maintained.

Observations of the process area

All processes are conducted in their clean room, which is organized and well kept. Most equipment is self maintained with chemical feed systems accessible for maintenance through service chases.

Observations of the pretreatment area and pretreatment system

Pretreatment is conducted outside the building, on the roof area (air scrubbers and equalization) and equipment pad. Some low concentration wastewaters are collected in a gray water tank that is reused as scrubber water. other wastewater is collected in the equalization tank, which then flows to the acid waste neutralization system where it is adjusted for pH, monitored, and discharged. Other waste streams including solvents and heavy metals are collected for hauling and are not discharged.

Description of in-house testing procedures

Different stages of the AWN have continuous pH monitors to monitor treatment and discharge. The site has two redundant final pH monitoring systems, each displayed and recorded in their digital system.

## Monitoring Equipment

### pH Meter

How is compliance with pH discharge limits achieved?

Effluent pH is achieved through an acid waste neutralization system with pH monitoring to adjust pH and monitor discharge. Final effluent monitoring is done through redundant pH meters with continuous recording devices. All meters are displayed on their monitoring system which can be monitored from their control room.

Meets requirements? Yes

Has pH Alarm? Yes

Has Auto-shutoff valve? Yes

**Flow Meter:** Effluent

Meets requirements? Yes

### Sample Point

Sample name and location - Sample Point 01 - Final Discharge is a sampling box located on the discharge pipe between the AWN and sewer connection. Dilution flows combine with the final effluent after the sampling point, immediately before the connection to the underground sewer piping.

Sample point acceptable? Yes

## Chemical / Wastes Storage Area

Waste types generated

Waste drums and containers are stored in segregated chemical bunkers each with its own secondary containment located in the corner of the utility pad. Drums present were observed to be stored inside the bunkers and properly labeled.

Chemicals / wastes properly labeled? Yes

Chemicals / wastes properly stored? Yes

Discrepancies in chemical / wastes inventory? No

Proper spill containment? Yes

## Slug Discharge Potential

Slug discharge potential evaluation conducted and evaluation form submitted? No

Explanation why evaluation was not conducted or necessary

Slug evaluation conducted in last year as part of the initial permit issuance.

Slug Discharge Potential Issue Explanation

## Outdoors Areas

Description of facility outdoors areas including storage areas, trash enclosures, or stormwater issues

The facility includes a large building, with an adjacent equipment pad that is fenced and covered. Above the roof of the treatment pad are air scrubber equipment, accessible by stairs.

While most of the pad is covered, some areas are open and there are storm drains near the chemical bunkers. Chemical bunkers are secondarily contained and storm water drains have safety drains and are tested for potential contaminants prior to opening drains.

## Logs / Records / Site Plans Review

### Control Plans

Emergency Management Plan, Hazardous Materials Business Plan, Spill Plan

Other: Site plans were not reviewed during the permit inspection but have been reviewed previously. Solvent management was discussed and a solvent management plan will be required as part of the permit.

### Logs / Records

# Permit Inspection Report



Description of wastes hauled, quantities hauled, hauling frequencies, and hauling companies

This facility hauls a variety of wastes, including hazardous wastes and concentrated chemistry. They also collect solvent wastewater and heavy metals wastewater for hauling. This facility will have regular hauling of wastes once fully in operation.

## Employee Training

Regular Employee Training:

## Exit Interview and Action Items

Updated flows and permit information is needed to supplement the application.

## Permit Writer Follow-up

During an inspection during the 2016 EPA Pretreatment Compliance Inspection on 6/28/2016, the permit was again discussed and updated process information, flows, and permit application was requested, and received on 7/18/2016.

## Field Notes

An announced permit inspection was conducted by inspectors John Fosnaugh and Sharon Terwilliger with IU Contacts Mike Cheng, Tony Soriano, Ian Ludwig, and Jeff Birkmeyer. The inspection was primarily conducted with Mr. Cheng and Mr. Soriano with assistance from the additional staff for process information. This inspection was to walk through their process area and confirm processes from original permit and reevaluate their qualification as an R&D facility or if Federal Categorical Standards will apply to them. They are currently permitted as an SIU by flow.

Changes since the last permit inspection were reviewed with the facility. Equipment was being installed and hooked up to utilities during the last inspection and no equipment was in use prior to the permit issuance. Several tools had been started up and additional tools installed at the time of this inspection. They still have additional tools planned for installation, but have started processing and producing process wastewater for treatment and disposal.

The polishing and dicing room was inspected. Slurries are used for physical surface preparation. The equipment is programmed to direct wastewater to either the HF holding tank for hauling or the AWN for treatment depending on if it contains HF. These processes occur before metals would be added to the wafers, on wafer blanks only and is not expected to have metals, only SiO2.

The dicing equipment in this area is used for creating cross sections for failure analysis and may be performed on wafers in various stages of process, so may contain metals in particulate form, which is filtered.

Wafers used on site include silicon and sapphire (gallium arsenide) wafers.

Wet benches and processing equipment was inspected. Solvent benches discharge to a solvent collection system that currently drums solvent waste for hauling. Wet benches were observed to contain chemicals for semiconductor processes and commonly found in semiconductor manufacturing facilities. Complete semiconductor devices are made at this facility but they are not standard micro circuitry but mechanical electric devices. The device is created mechanical properties with electrical connection, and fits the description of a MEMS device. Devices are manufactured and sent to another facility for final connections to be made and research is conducted on the devices after that point.

Process review shows they make complete semiconductor devices through standard semiconductor processes and will be subject to 40 CFR 469 categorical standards. Metal processes are conducted as part of the semiconductor manufacturing process and will not be subject to the 40 CFR 433 metal finishing category.

The treatment area was inspected as well. Soft water reject has been plumbed to after the sample point and will no longer contribute a dilution source to the sample point. The composite sampler was also observed installed on site. The pH at time of inspection was 8.88 S.U. at 12:39 and the flow reading was 1,784,040 gallons.

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

| | | |
|---|---|---|
| Work Task ID | : | 891654 |
| Due Date | : | 10/26/2020 |
| Inspection Date | : | 10/26/2020 |
| Inspection Type | : | Permit |
| Inspector | : | Chris Fivecoat<br>John Fosnaugh |

# Permit Inspection Report

**Company Name:** Apple, Inc. (102597)

**Address:** 3250 Scott Blvd
Santa Clara, CA 95054

**Permit Number:** SC-461B

**Permit Contact:** Austin DeBaene
Tom Huynh
Tony Soriano

Was the Inspector allowed to enter the facility? No

Inspection performed with Source Control Case Manager? Yes

## Facility General Information

Provide a description of facility, products, services, company structure, operating hours, discharge hours, and pertinent history

Apple Inc. performs research and development for computer electrical and electronic components, including deposition and etching of semiconductor materials. The facility is a Research and Development facility manufacturing semiconductor devices on wafers for internal research. The site is purely R&D and does not sell any products.

Operating hours:
Office: 8AM-5PM, First Shift: 8AM-5PM, Second Shift: 5PM-12AM, Third Shift: 12AM-8AM (24/7).

Facility changes, compliance issues, and future plans since last permit issuance? No

Permit application accurate? No

Application has the following deficiencies:
- Agent for Service of Process
- Description of manufacturing and fabrication processes
- Number of production days
- Hazardous waste manifests
- Section I - Add arsenic, lead, chromium, and copper
- Spill prevention plan/HMBP
- TOMP
- Inspection logs and checklists
- Documentation of engineering estimates
- Discharge logs starting 5/7/19 - 7/1/19

General Facility Layout accurate? Yes

Block flow diagram accurate? No

Block flow diagram does not accurately reflect water sources and uses, influent vs effluent.

Plumbing layout accurate? Yes

Categorical processes conducted at this facility

Apple, Inc. conducts processes for research and and development of manufacture of semiconductors. Manufacture of semiconductors is regulated under 40CFR 469, therefore making them categorical. Etching and cleaning, bonding, electroplating and etching, lithography, deposition, and cutting/polishing materials.

Non-categorical processes conducted at this facility

Description of facility wastewaters

R&D labs wastewater, ammonia scrubber, acid scrubber, point of use abatement units.

Wastewater Characteristics:

Acidic pH < 5.0, Ammonia, Caustic pH > 12.5, Heavy Metals, Solvents, Suspended Solids

Pretreatment Process/Equipment:

Acid Scrubber, Ammonia Scrubber, Point of Use Abatement systems, Distillation Evaporator, Acid Waste Neutralization, Equalization, and Waste Stream Segregation and Waste Hauling.

Flow Variability:

Contains discharge with variability. Not a Centralized Waste Management company.

Dilution streams:
None

Regulated TTOs at this facility:
Chloroethylenes

Has Toxic Organic Management Plan been submitted? Yes

## Facility Inspection

Maintenance procedures up to date? Yes

Observations of general facility areas (shipping, receiving, quality control, laboratory, machine shop, etc.)

Shipping/Receiving - Chemical delivery and haul out is secondarily contained, leak detectors are installed, and connection point is located within the treatment pad area.

Observations of the process area

Clean Rooms are class 10 - 100. The main fab. is class 10.

Chemicals delivery is conducted via cart and pump stations to photolithography. Developer waste is hauled offsite. Waste developer is automated and leak detectors are installed in the floor.

All solvents containing waste and wastewater is pumped to the solvents collection system.

Layers/Plating - Indium, nickel, titanium, copper. This process is via plating and is automated.

Etching- Vacuum based etching in which no water is used. The etch tool with water goes to the acid scrubber which discharges to the AWN system.

Solvent cleaning - The first rinse goes to waste collection. Other rinses for the AWN. The solvent is used to cut the metals in order to remove the metals layers. Solvent etch. gold layers are reclaimed via filters. This process is automated.

Plating Shop - Applies gold. All rinses are discharged to the AWN. Electroless plating is performed. The process for the mixtures is part of the research and development.

Plasma vapor deposition of metals layers is is a dry process. Wet etch is performed using hydrofluoric acid. The rinse is collected and hauled. The final rinse goes to the AWN. This process is automated. Spin rinse dryers discharge to the AWN.

Metrology - Inspections are performed. No wet process.

Polishing - Slurry waste goes to the slurry waste collection tank. The concentrate is hauled. Wastewater is discharged to the AWN. there are no metals in the wastewater discharge to the AWN. Polishers that heavy metals is wastewater is collected and hauled.

Observations of the pretreatment area and pretreatment system

The pretreatment area and system is very extensive and includes waste stream segregation of acids, caustics, metal bearing waste streams, solvents, fluoride burn box and wet, ammonia scrubber, acid scrubber, metals evaporator, AWN system, equalization, diversion tanks, and hazardous waste storage. The pretreatment system and all components are extensively covered and described in the permit application. The pretreatment area was inspected and is clean, maintained, and no issues of concern were noted.

At the time of inspection the pH monitor indicated 8.19 S.U., the pH chart indicated 8.15 S.U., and effluent flow meter totalizer indicated 103,997,530 gal.

Description of in-house testing procedures

The monitor for both pH and fluoride.

## Monitoring Equipment

### pH Meter

# Permit Inspection Report

Work Task ID : 891654
Inspection ID : 607439

How is compliance with pH discharge limits achieved?

The pH is redundantly monitored in each of the three chambers of the AWN. Each pH tank is continuously monitored with local indication and remote indication at the PCS. Chemical addition to each is based on the pH controller utilizing a combination of feed forward and feedback control. If the pH is outside effluent set point range, 6.5 and 10 S.U., the final effluent discharge valve closes an d the final effluent diversion valve opens which flows to a diversion tank. Wastewater held in the diversion tank is retreated or hauled offsite.

Meets requirements? Yes

Has pH Alarm? Yes

Has Auto-shutoff valve? Yes

**Flow Meter:** Effluent

Meets requirements? Yes

**Sample Point**

Sample name and location - 01 - Final Discharge. Refrigerated composite sampler located on the equipment pad on the West side of the building.

Sample point acceptable? Yes

## Chemical / Wastes Storage Area

Waste types generated

Solvents, sodium hydroxide, ammonium hydroxide, and buffered oxide etch (BOE).

Chemicals / wastes properly labeled? Yes

Chemicals / wastes properly stored? Yes

Discrepancies in chemical / wastes inventory? No

Proper spill containment? Yes

Other observations of the chemical storage area and deficiencies

Chemicals are all properly labeled, segregated, and secondarily contained. Leak detectors are installed.

## Slug Discharge Potential

Slug discharge potential evaluation conducted and evaluation form submitted? Yes

Slug Discharge Potential Issue Explanation

## Outdoors Areas

Description of facility outdoors areas including storage areas, trash enclosures, or stormwater issues

Outside areas were observed. No issues of concern were noted.

## Logs / Records / Site Plans Review

**Control Plans**

**Logs / Records**

Description of wastes hauled, quantities hauled, hauling frequencies, and hauling companies

Logs and Records were not reviewed during the inspection. All applicable Logs and Records were either reviewed or will be submitted and reviewed as part of the permit application.

## Employee Training

Regular Employee Training: HazComm/Right to Know, Materials handling, DOT Hazmat Transport, Emergencies, Pretreatment system, pH calibration, Spill Response

## Exit Interview and Action Items

An exit interview was conducted and any inspection findings and permit application deficiencies reviewed. Overall the facility is well maintained on issues of concern were noted.

## Permit Writer Follow-up

All application deficiencies and required supporting documentation provided. The application has been completed.

## Field Notes