Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIV.

| | |
|---|---|
| **ASHLEY M. GJØVIK,**<br>*an individual,*<br><br>**PLAINTIFF,**<br><br>***vs.***<br><br>**APPLE INC.,**<br>*a corporation,*<br><br>**CITY OF SANTA CLARA,**<br>*a local government,*<br><br>**& THE PROPERTY OWNERS: MR. KALIL JENAB,**<br>*individually and as agent of various entities,*<br><br>**AND MS. JULIA LINDSEY & MS. KATHLEEN WOODRUFF.**<br>*in their respective capacities as trustees.*<br><br>**DEFENDANTS.** | **Case No. 25-CV-07360-PCP**<br><br>**District Judge**: Honorable P. Casey Pitts<br><br>**CORRECTED DECLARATION OF ASHLEY M. GJOVIK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ARTICLE III STANDING AND NOTICE)**<br><br>**12(b)(1) & 12(b)(6)**<br><br>**Corrected per Order at Dkt. 137.**<br><br>**HEARING:**<br>Date: Nov. 5 2026<br>Time: 10:00 A.M.<br>Courtroom: 8, 4th Floor |

# CORRECTED DECLARATION OF ASHLEY M. GJOVIK

I, Ashley M. Gjovik, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of my Opposition to Defendants' Motion to Dismiss (Dkt. 128) and the Landlord/Owner Defendants' Supplemental Brief (Dkt. 130). It supplements the allegations in paragraphs 27-31, 184, 207-208, and 550 of the Third Amended Complaint ("TAC") and the standing exhibits filed with it (TAC Ex. E, Dkt. 119-5). In this declaration, "the Facility" means the semiconductor fabrication facility Apple operates at 3250 Scott Boulevard in Santa Clara, California.

3. This Declaration is filed a couple hours after the 11:59PM Oct. 8 2026 deadline for the Plaintiff's Opposition. The Plaintiff ran out of time while working on the Opposition to the complex Combined Motion to Dismiss. The Plaintiff apologizes for the delay and asks permission for leave to file this Declaration and Exhibits. They are filed prior to the start of business the next day, so no one should be prejudiced by the slight delay.

## I. MY RESIDENCE AND TIES TO THE AREA

4. I moved to Cupertino, California in Feb. 2015. I worked and resided in the area through July 2022. When I filed this action in September 2025, I was temporarily living in Massachusetts. I returned to California on January 31, 2026. I now live in San Jose, California, in the Alviso area, approximately 2.8 miles from the Facility and 1,340 ft from the San Tomas Aquino/Saratoga Creek and Guadalupe slough. I rent a Public Storage storage unit in Santa Clara that stores most of my personal possessions and is located approximately 1 mile away from the Facility. I hold a California REAL ID valid through 2031, I'm registered to vote in Santa Clara County, and I intend to remain in Santa Clara County indefinitely. From February 6 2020 to

October 8 2020, I lived at the Santa Clara Square Apartments, at 3390 Octavius Drive, across the street from the Facility.

## II. MY USE OF THE AREA AROUND THE FACILITY

5. I regularly use the following places near the Facility: the San Tomas Aquino Creek Trail, including the segment immediately downstream of the Facility's stormwater outfall; Meadow Park; Creekside Park; the Redwood Trail; the grounds, shops, and restaurants of Santa Clara Square, including the Whole Foods market; and the surrounding neighborhood along Scott Boulevard and Augustine Drive. True and correct copies of examples of receipts for shopping and/or eating are attached as Exhibit N.

6. When I visit, I walk the creek trail, observe and photograph the creek, birds, fish, and redwood trees, relax in the park and on the Adirondack chairs, and shop and eat at Santa Clara Square. Since returning to California, I have visited the area on at least the following dates: April 11, April 18, May 1, July 21, July 29, Aug. 1, Aug. 21, and Oct. 2 2026. True and correct copies of photographs I took on those dates are attached as Exhibit A.

7. On two of those occasions, I stayed overnight at the Embassy Suites hotel at 2885 Lakeside Drive in Santa Clara, about 2,100 feet from the Facility~~, including~~: on ~~September~~Aug. 6~~,~~-7 2026 ~~— September 7, 2026 ~~(when I filed the ~~T~~2AC from that hotel) and on October 2~~ 2026 — October ~~-3, 2026. I plan to keep visiting the area at least monthly. My next planned ~~visits are~~visit is on November 13~~ 2026 — November ~~-14, 2026.~~ A~~ True and correct cop~~y~~ies of the hotel records are attached as Exhibit M.

8. I intend to continue visiting for as long as I live in the South Bay. I value this area because of its natural beauty. When I lived at Santa Clara Square in 2020, I found the parks, trails, and creek spectacularly beautiful, and I spent much of my free time in Meadow Park, on the

Redwood Trail, and along the San Tomas Aquino/Saratoga Creek trail. The creek and redwoods remain among my favorite places in the South Bay.

## III. POLLUTION I HAVE OBSERVED

9. On April 11, April 18, and May 1, 2026, during dry weather, I observed froth, an oily sheen, discoloration, and trash in San Tomas Aquino Creek immediately downstream of the Facility's stormwater outfall. True and correct copies of photographs I took on those dates are attached as Exhibit A.

10. On those dates, I also tested the creek water at that location using a Varify 17-in-1 Complete Drinking Water Test kit, a verify 4-in-1 TDS Meter Digital Water Tester, and a Ruolan Digital pH Meter Tester Pen. My readings showed pH of 8.9 to 9.5, total chlorine of 3 to 20 ppm, alkalinity above 240 ppm, and elevated total dissolved solids 505-607 PPM. A true and correct copy of my records of those measurements is attached as Exhibit B. I am not offering these as laboratory results, but they are what I measured, and they alarmed me.

11. I also located and photographed an active outlet of the historic Saratoga Creek system just north of Scott Boulevard beneath Highway 101, with water flowing during dry weather. I also located and photographed the slough and outflow of San Tomas Aquino/Saratoga Creek. True and correct copies of those photographs are attached as Exhibit C.

12. During my visits, I have also repeatedly noticed visible smog around the Facility.

## IV. HOW THE FACILITY'S POLLUTION AFFECTS MY USE AND ENJOYMENT

13. Seeing foam, sheen, and discoloration in a creek I walk along is upsetting, and it diminishes my enjoyment of the trail and the creek. It detracts from the natural beauty that draws me to the area.

14. I know from public records, Apple's own sworn filings, and the regulators' findings that the Facility has used arsine, phosphine, and boron trichloride above its permit limits, operated sources without required permits, and had repeated toxic gas releases. I also know that Apple's own modeling places worst-case toxic endpoints over the creek trail and parks I use. As a result, whenever I am near the Facility, I worry about what I am breathing and whether the water I am walking beside is contaminated. That worry reduces my enjoyment of every visit.

15. Because of these concerns, I have changed how I use the area. I avoid touching the creek water. I check the wind direction before walking near the Facility. I limit the time I spend on the San Tomas Aquino/Saratoga Creek trail segment nearest the outfall or directly downwind of the Facility. I limit the time I spend on the Redwood Trail across the street from the Facility. I have shortened visits. When I return from visits, I quickly shower, launder my clothes, and try to “decontaminate” myself from the pollution related from the Facility. I also avoid walking, sitting, or eating outdoors near the Facility.

16. If the Facility complied with its permits and reporting obligations; its violations stopped; it stopped releasing unabated hazardous waste exhaust; it did not store or use extremely hazardous substances, pyrophoric gases, or toxic gases; and if the creek were clean; I would visit more often, stay longer, and enjoy the area more fully, without the worry I now feel. I would also consider living in the area again.

## V. MY HEALTH HISTORY AND CONTINUING CONCERN

17. Within days of moving into Santa Clara Square in February 2020, I became seriously ill. I went to the emergency room on February 13, 2020, and to urgent care on February 20, 2020. In September 2020, my blood and urine tests showed industrial chemicals, including arsenic, mercury, toluene, and xylenes. Occupational and environmental medicine physicians told

me my symptoms were consistent with solvent and other chemical exposure. (*See* TAC ¶¶ 201-205.)

18. My hair also changed color and texture in 2020 living next to the facility, then fell out in early 2021, and still has not grown back fully. I suffered from thin hair and bald patches after living next to the Facility. While living next to the facility, I suffered from skin rashes, a mole that changed shape, color, size, and texture requiring emergency removal, a cancerous growth on my thyroid requiring years of semi-annual monitoring, and hives.

19. After I moved out in October 2020, my symptoms improved. That experience is why my concern is concrete: when I lived next to the Facility I became ill, and when I left I got better. I do not want to be exposed again when I return to use the creek, trail, and parks.

20. My physicians have recommended ongoing medical monitoring because of my 2020 exposure. I have received, and continue to receive, mental health treatment due to the emotional and psychological injuries I suffered from the exposure from the Facility. I continue to worry about long-term health risks, including cancer.

## VI. MY RELIANCE ON PUBLIC INFORMATION ABOUT THE FACILITY

21. In 2020 and 2021, while I was trying to identify the source of my illness, I searched EPA's public databases for facilities near my apartment. The Facility's record showed no reported toxic releases and appeared benign, which delayed my identification of the Facility as a possible source.

22. I use TRI reports, chemical inventories, permits, and emissions records to decide whether, when, and where to visit the area and how long to stay, and to participate as a complainant in agency proceedings about the Facility. In 2021, Apple filed a TRI report for the Facility only for 2020. Without reports for later years, I do not know what the Facility has released since then,

including NMP, TCE, and arsenic compounds. If that information were available, I would use it to plan my visits to avoid periods or areas of higher releases, to share with neighbors and community members, and to submit to the agencies.

## VII. MY COMPLAINTS TO THE AGENCIES

23. In June 2023, I filed a detailed complaint about the Facility with the U.S. EPA, CalEPA, BAAQMD, Santa Clara County, and the City of Santa Clara (TAC Ex. C, Dkt. 119-3 at 6-33). EPA's records reflect that its inspection of the Facility was based on my tip (Dkt. 119-4 at 22). In July 2024, I filed a complaint with BAAQMD ([No. CPM448152]), after which BAAQMD issued Notices of Violation to Apple. A true and correct copy is attached as Exhibit O.

## VIII. PRE-SUIT NOTICE AND AGENCY COMMUNICATIONS

24. On June 30, 2025, I served my sixty-day Notice by certified mail on the EPA Administrator, EPA Region 9, and each original Defendant, and on the same day I emailed the same Notice to CalEPA, the Department of Toxic Substances Control, and BAAQMD.

25. true and correct copies of my June 30, 2025 email to CalEPA is attached as Exhibit D, and true and correct copies of my June 30, 2025 email to DTSC is attached as Exhibit E.

26. After I submitted my June 2023 complaint, CalEPA referred it to DTSC, and staff of the San Francisco Bay Regional Water Quality Control Board forwarded it to the Board's toxics-cleanup division. True and correct copies of those communications are attached as Exhibits F and G.

27. In June 2023, the California Office of Emergency Services State Warning Center logged my reports of the Facility's 2019 silane and phosphine release and 2020 NMP release (Nos. 23-3760 and 23-3761) and transmitted them to other agencies. In February 2024, I reported two further 2022 releases at the Facility to Cal OES. True and correct copies of those records are attached as Exhibits H and I.

28. Attached as Exhibit J is a true and correct copy of the State Water Resources Control Board'sCalifornia Environmental Protection Agency's "Contact Us" web page directing, as archived by the Internet Archive's Wayback Machine on July 17, 2025, which directs public environmental complaints to CalEPA's complaint address, as printed. The State Water Resources Control Board webpage at https://www.waterboards.ca.gov/about_us/contact_us/ also directs “Complaints” to the same CalEPA complaint page as well as the Complaints@calepa.ca.gov email address, which I verified on Oct. 9 2026 based on a July 17 2025 record on the Internet Archive WaybackMachine.[1].

29. On June 30, 2025, I emailed notice of this action to BAAQMD. A true and correct copy of that email is attached as Exhibit K.

30. InOn August – September10, 2026, I also servedmailed the NoticeSecond Amended Complaint by certified mail onto the State Water Resources Control Board, the Air ResourcesSan Francisco Bay Regional Water Quality Control Board, DTSC, BAAQMDthe Department of Toxic Substances Control, the Bay Area Air Quality Management District, the Santa Clara Valley Water District, and the Governor.San José-Santa Clara Regional Wastewater Facility, and via Priority Mail to the California Attorney General. USPS records show delivery between August 11 and August 20, 2026. True and correct copies of the transmittalsproofs of service and USPS records, previously filed at Dkts. 105 and 116, are attached to my Declaration as Exhibit L.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 916, 2026, in San Jose, California.

---

[1] CaEPA, https://web.archive.org/web/20250717191745/https://calepa.ca.gov/contact-us/



**/s/ Ashley M. Gjovik**

**Ashley Gjovik (Plaintiff)**
Filed Oct. ~~9~~16 2026 in San José, California
(408) 883-4428
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553,
Sacramento, CA 95816

## IX. EXHIBITS

### A. EXHIBIT A: PHOTOGRAPHS

EXHIBIT B

## B. **EXHIBIT B: WATER TESTING**

## C. **<u>EXHIBIT C: SARATOGA CREEK</u>**

## D. EXHIBIT D: CALEPA (6/30/25)

### E. **<u>EXHIBIT E: DTSC (6/30/25)</u>**

## F. EXHIBIT F: CALEPA/DTSC

## G. **EXHIBIT G: WATERBOARD**

## H. EXHIBIT H: CALOES 1

## I. **EXHIBIT I: CALOES 2**

## J. EXHIBIT J: CALEPA COMPLAINTS

## K. **EXHIBIT K: BAAQMD (6/30/25)**

## L. EXHIBIT L: ~~SEPT.-OCT~~AUG. 2026 SERVICE OF SAC (DKTS. 105, 116)

## M. EXHIBIT M: HOTEL RECEIPTS

## N. EXHIBIT N: FOOD/SHOPPING RECEIPTS

## O. EXHIBIT O: BAAQMD COMPLAINT