SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 2203018)
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
NOSSAMAN LLP
50 CALIFORNIA STREET, 34TH FLOOR
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual ,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No: 5:25-CV-07360-PCP<br><br>**ADMINISTRATIVE MOTION REQUESTING LEAVE FOR CITY OF SANTA CLARA'S COUNSEL TO APPEAR REMOTELY**<br><br>Date: November 5, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

Defendant City of Santa Clara moves, pursuant to Civil L.R. 7-11, for permission for its counsel to participate remotely, via Zoom or telephone at the court's preference, in the hearing on pending motions to dismiss scheduled for November 5, 2026.

The City makes this request in recognition of the Court's standing order and scheduling notes calling for any request to appear remotely to be made at least seven days before a setting.

The basis for the City's motion is that the City's lead counsel in this matter, who will argue the motion for the City, resides in the Seattle area. Allowing counsel to participate remotely will allow the City to avoid substantial expense.

Counsel has contacted Plaintiff and counsel for the other Defendants regarding this motion. Defendants' counsel indicated that they do not object to the City's counsel participating remotely in this hearing. Plaintiff did not respond, but did not object to the City appearing remotely for the prior hearing in this matter.

DATED: October 28, 2026

NOSSAMAN LLP

By: */s/ Svend Brandt-Erichsen*

Svend Brandt-Erichsen
sbrandterichsen@nossaman.com
*Pro Hac Vice*
Jennifer Seely
jseely@nossaman.com
*Pro Hac Vice*
NOSSAMAN LLP
719 Second Avenue, Suite 120
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

Brendan F. Macaulay
CA Bar # 162313
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438
bmacaulay@nossaman.com

*Attorneys for Defendant City of Santa Clara*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2026, I electronically filed the foregoing **Administrative Motion Requesting Leave for City of Santa Clara's Counsel to Appear Remotely** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*