NOSSAMAN LLP
SVEND BRANDT-ERICHSEN (WA BN 23923)
sbrandterichsen@nossaman.com
*Pro Hac Vice*
JENNIFER J. SEELY (AK BN 63021)
jseely@nossaman.com
*Pro Hac Vice*
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

NOSSAMAN LLP
BRENDAN F. MACAULAY (CA BN 162313)
bmacaulay@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJØVIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a corporation, et al.,<br><br>Defendants. | Case No: 5:25-cv-07360-PCP<br><br>**DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR CITY OF SANTA CLARA TO APPEAR REMOTELY**<br><br>Date: November 5, 2026<br>Time: 10:00 AM<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

I, SVEND BRANDT-ERICHSEN, hereby declare as follows:

1. I am an attorney admitted to practice in the States of Alaska and Washington and admitted *pro hac vice* to appear before this Court, and I am a partner of the law firm Nossaman

LLP, counsel of record for Defendant City of Santa Clara ("City"). I make this declaration in support of the City's Administrative Motion to Appear Remotely. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently about them.

2. I am lead counsel for the City in this matter and have taken the lead on the City's pending motion to dismiss. I will be arguing the motion for the City.

3. I reside in Seattle. The cost to the City for me to attend oral argument in person would be substantial, as it would include airfare, hotel and my own additional billable time, as appearance in person would require traveling to Santa Clara the night before argument. Allowing me to participate remotely would allow the City to conserve its resources for other public purposes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2026, at Seattle, Washington.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the foregoing **DECLARATION OF SVEND BRANDT-ERICHSEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR CITY OF SANTA CLARA TO APPEAR REMOTELY** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen