Ashley M. Gjovik, JD
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# United States District Court
## Northern District of California

Ashley M. Gjøvik,
*an individual,*

Plaintiff,

vs.

Apple Inc.,
*a corporation,*

City of Santa Clara,
*a local government,*

& The Property Owners:
Mr. Kalil Jenab,
*individually and as agent of various entities,*

and Ms. Julia Lindsey &
Ms. Kathleen Woodruff.
*in their respective capacities as trustees.*

Defendants.

Case No. 25-CV-07360-PCP

Environmental Citizen Suit; Public Nuisance

## Non-Opposition to the City's Admin. Motion at Dkt. 147-148

# NON-OPPOSITION TO CITY OF SANTA CLARA'S ADMIN. MOTION AT DKT. 147-148

1. The Plaintiff files this non-opposition to the City of Santa Clara's Administration Motion *Requesting Leave for City of Santa Clara's Counsel to Appear Remotely* filed at Dkt. 147-148.

2. The Plaintiff does not object to counsel for the City attending the November 5 2026 hearing remotely.

Respectfully,

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
San José, California
Dated: Oct. 28 2026