ASHLEY M. GJOVIK, JD
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ASHLEY M. GJØVIK,
*an individual,*

PLAINTIFF,

VS.

APPLE INC.,
*a corporation,*

CITY OF SANTA CLARA,
*a local government,*

& THE PROPERTY OWNERS:
MR. KALIL JENAB,
*individually and as agent of various entities,*

AND MS. JULIA LINDSEY &
MS. KATHLEEN WOODRUFF.
*in their respective capacities as trustees.*

DEFENDANTS.

CASE NO. 25-CV-07360-PCP

ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE

## PROOF & CERTIFICATION OF SERVICE

RE:
THIRD AMENDED COMPLAINT & BELATED 60-DAY NOTICES

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case (25-CV-07360-PCP) and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: USPS Certified Mail receipts and tracking records, USPS Priority Mail receipts and tracking records, and other Proof of Service documents.

## THIRD AMENDED COMPLAINT

3. On September 21 2026, USPS Certified Mail service of the Third Amended Complaint to the US EPA Administrator was completed under tracking number 9589071052703536960524. True and correct copies of the proof of service are attached as Exhibit A.

4. On October 19 2026, USPS Priority Mail service of the Third Amended Complaint to the US Attorney General was completed under tracking number 9410830109355011545385. Service via Certified Mail was deposited with USPS on September 18 2026 with tracking number 9589071052703536960517, but has not been delivered yet and may be lost in transit. True and correct copies of the proof of service are attached as Exhibit B.

## SIXTY-DAY NOTICE

5. The original Sixty-Day Notice for this case was filed along with a proof of service at Dkt. 3 – 3-1, and re-filed with the Third Amended Complaint at Dkt. 119-1 – 119-2.

6. On October 21 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Executive Officer of the SF Bay Regional Water Quality Control Board, Ms. Eileen White, was completed under tracking number 9589071052703536960548. True and correct copies of the proof of service are attached as Exhibit C and Exhibit J.

7. On October 21 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Executive Director of the California State Water Resources Control Board (SWRCB), Mr. Eric Oppenheimer, was completed under tracking number 9589071052703536961408. True and correct copies of the proof of service are attached as Exhibit D and Exhibit J.

8. On October 20 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Executive Officers of the Bay Area Air Quality Management District (BAAQMD) was completed under

tracking number 9589071052703536961361. True and correct copies of the proof of service are attached as Exhibit E and Exhibit J.

9. On October 21 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Executive Officer of the California Air Resources Board (CARB), Dr. Steven S. Cliff, was completed under tracking number 9589071052703536961378. True and correct copies of the proof of service are attached as Exhibit F and Exhibit J.

10. On October 21 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Director of the California Governor's Office of Emergency Services (Cal OES), Ms. Caroline Thomas Jacobs, was completed under tracking number 9589071052703536961385. True and correct copies of the proof of service are attached as Exhibit G and Exhibit J.

11. On October 21 2026, USPS Certified Mail service of the original Sixty-Day Notice to the Director of the California Department of Toxic Substances Control (DTSC), Ms. Katherine Butler, was completed under tracking number 9589071052703536960500. True and correct copies of the proof of service are attached as Exhibit H and Exhibit J.

12. On October 22 2026, USPS Certified Mail service of the original Sixty-Day Notice to the California Governor, Gov. Gavin Newsom, was completed under tracking number 9589071052703536961392. True and correct copies of the proof of service are attached as Exhibit I and Exhibit J.

## DECLARATION

13. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Nov. 3 2026 in Alviso, San José, California.

Respectfully,



**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Nov. 3 2026

# EXHIBITS

## EXHIBIT A (EPA)

## PROOF OF SERVICE OF 3AC

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536960524

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:55 am on September 21, 2026 in WASHINGTON, DC 20460.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20460
September 21, 2026 9:55 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 21, 2026 9:03 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 21, 2026 2:44 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 20, 2026 9:35 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER

September 18, 2026 5:53 PM

**Departed Post Office**

ALVISO, CA 95002
September 18, 2026 4:18 PM

**USPS in possession of item**

ALVISO, CA 95002
September 18, 2026 2:20 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20460
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0080 02 |
| Extra Services & Fees (*check box, add fee as appropriate*) $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | SEP 1 8 2026 USPS 95002 |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $12.90 | |
| Total Postage and Fees $ $18.45 | 09/18/2026 |

Sent To
Lee Zeldin, Administrator (EPA)
Street and Apt. No., or PO Box No.
1200 Pennsylvania Ave NW
City, State, ZIP+4®
Washington DC 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9605 24

# EXHIBIT B (DOJ)

# PROOF OF SERVICE OF 3AC

# USPS Tracking®

FAQs

Remove

**Tracking Number:**

## 9410830109355011545385

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at a postal facility at 3:15 pm on October 19, 2026 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by M A.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
October 19, 2026 3:15 PM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
October 17, 2026 11:32 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
October 17, 2026 10:28 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 16, 2026 6:43 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 16, 2026 2:42 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 14, 2026 6:46 PM

**Accepted at USPS Facility**

SACRAMENTO, CA 95816
October 14, 2026 5:31 PM

**Shipping Label Created**

SACRAMENTO, CA 95816
October 5, 2026 8:48 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Proof of Delivery

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

ashleymgjovik@protonmail.com

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply

Signed for by: M A // WASHINGTON, DC 20530 // October 19, 2026 3:15 PM

**See Less**

UNITED STATES POSTAL SERVICE®

October 20, 2026

Dear Ashley M Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5011 5453 85**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 19, 2026, 03:15 pm |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Todd Blanche |
| **Actual Recipient Name:** | M A |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



9589 0710 5270 3536 9605 17

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0080 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $12.90 | |
| Total Postage and Fees $ $18.45 | 09/18/2026 |

ALVISO CA 95002 USPS SEP 18 2026

Sent To DOJ, Acting DOJ

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW

City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536960517

Copy Add to Informed Delivery

### Latest Update

Your item arrived at the Post Office at 12:59 pm on September 21, 2026 in WASHINGTON, DC 20018.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Preparing for Delivery

**Arrived at Post Office**

WASHINGTON, DC 20018
September 21, 2026 12:59 PM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 21, 2026 8:49 AM

**Departed USPS Facility**

WASHINGTON, DC 20024
September 21, 2026 8:12 AM

**Arrived at USPS Facility**

WASHINGTON, DC 20024
September 21, 2026 8:00 AM

**Departed USPS Facility**

WASHINGTON, DC 20002

September 21, 2026 7:50 AM

**Arrived at USPS Facility**

WASHINGTON, DC 20002
September 21, 2026 7:40 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 21, 2026 7:26 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 21, 2026 6:35 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 21, 2026 3:25 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
September 18, 2026 5:55 PM

**Departed Post Office**

ALVISO, CA 95002
September 18, 2026 4:18 PM

**USPS in possession of item**

ALVISO, CA 95002
September 18, 2026 2:20 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®

# EXHIBIT C (RWQCB)

# PROOF OF SERVICE OF SIXTY DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**9589071052703536960548**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:52 pm on October 21, 2026 in OAKLAND, CA 94612.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

OAKLAND, CA 94612
October 21, 2026 2:52 PM

**Out for Delivery**

OAKLAND, CA 94612
October 21, 2026 6:10 AM

**Arrived at Post Office**

OAKLAND, CA 94612
October 21, 2026 4:57 AM

**Arrived at USPS Facility**

OAKLAND, CA 94612
October 21, 2026 4:07 AM

**Departed USPS Facility**

OAKLAND CA DISTRIBUTION CENTER

October 21, 2026 3:44 AM

**Arrived at USPS Facility**

OAKLAND CA DISTRIBUTION CENTER
October 19, 2026 9:49 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 8:24 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:59 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:47 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**


Sacramento, CA, 95816
SIXTY DAY NOTICE of INCOMING
CLEAN WATER ACT CITIZEN SUIT
December 11, 2025
RE: SIXTY-DAY NOTICE OF INTENT TO FILE CLEAN WATER ACT CITIZEN SUIT
33 U.S.C. § 1365(b)
UNITED STATES POSTAL SERVICE
PRIORITY MAIL®
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
CERTIFIED MAIL
9589 0710 5270 3536 9605 48
SFRWQCB; Eileen White
1515 Clay Street Suite 1400
Oakland CA 94612
PS Form 3800, January 2023
See Reverse for Instructions
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
TO:
SF Bay Regional Water Quality Control Board
Executive Officer: Eileen White
1515 Clay Street, Suite 1400,
Oakland, CA 94612
ENVELOPE
TRACKED ■ INSURED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
PAPER POUCH

# EXHIBIT D (STATE WATER BOARD)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961408

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 21, 2026 in SACRAMENTO, CA 95814.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 21, 2026 11:34 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:19 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:08 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

October 21, 2026 3:15 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 20, 2026 3:55 AM

**In Transit to Next Facility**

October 20, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 20, 2026 1:44 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:46 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**



SIXTY DAY NOTICE of INCOMING
CLEAN WATER ACT CITIZEN SUIT
December 11, 2025
RE: SIXTY-DAY NOTICE OF INTENT TO FILE CLEAN WATER ACT CITIZEN SUIT
33 U.S.C. § 1365(b)
UNITED STATES POSTAL SERVICE
PRIORITY MAIL
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
OFFICIAL USE
Postmark Here
CERTIFIED MAIL
9589 0710 5270 3536 9614 08
State Water Res CB; Dir Oppenheimer
1001 I Street
Sacramento CA 95814
PS Form 3800, January 2023
See Reverse for Instructions
TO:
State Water Resources Control Board,
Executive Director Eric Oppenheimer.,
1001 I Street, Sacramento, CA 95814.
TRACKED ■ INSURED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
PAPER POUCH
how2recycle.info

# EXHIBIT E (BAAQMD)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961361

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:28 am on October 20, 2026 in SAN FRANCISCO, CA 94105.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94105
October 20, 2026 11:28 AM

**Out for Delivery**

SAN FRANCISCO, CA 94105
October 20, 2026 8:05 AM

**Arrived at Post Office**

SAN FRANCISCO, CA 94103
October 20, 2026 7:54 AM

**Arrived at USPS Facility**

SAN FRANCISCO, CA 94103
October 20, 2026 5:53 AM

**Departed USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

October 20, 2026 5:39 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
October 19, 2026 11:59 PM

**In Transit to Next Facility**

October 19, 2026 11:23 PM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 10:55 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:43 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**


City of Santa Clara,
a local government,
Day Notice
of Citizen Suit
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
Extra Services & Fees
Postmark Here
Postage
Total Postage and Fees
Sent To
BAAQMD
375 Beale St Suite 600
San Francisco CA 94105
PS Form 3800, January 2023
See Reverse for Instructions
CERTIFIED MAIL
9589 0710 5270 3536 9613 61
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
TO:
Bay Area Air Quality Management District
Legal Department & Executive Officers
375 Beale Street, Suite 600,
San Francisco, CA 94105
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
PAPER POUCH

# EXHIBIT F (CARB)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052703536961378

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:33 am on October 21, 2026 in SACRAMENTO, CA 95814.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 21, 2026 11:33 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:19 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:08 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

October 21, 2026 3:15 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 20, 2026 3:55 AM

**In Transit to Next Facility**

October 20, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 20, 2026 1:44 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:57 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:44 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**


vs.
Apple Inc.,
a corporation,
City of Santa Clara,
a local government,
Mr. Kalil/Khalil Jenab
Original Complaint
Exhibit A:
Sixty-Day Notice
of Citizen Suit
Environmental
Citizen Suit
UNITED STATES
POSTAL SERVICE®
PRIORITY
MAIL®
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
Expected delivery date specified
stinations.
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy)
Return Receipt (electronic)
Certified Mail Restricted Delivery
Adult Signature Required
Adult Signature Restricted Delivery
Postage
Total Postage and Fees
Postmark
Here
Sent To
CARB, Dr Steven Cliff
1001 I St. Sacramento
CA 95814
See Reverse for Instructions
PS Form 3800, January 2023
CERTIFIED MAIL
9589 0710 5270 3536 9613 78
TO:
California Air Resources Board (CARB),
Executive Officer Dr. Steven S. Cliff,
1001 I Street, Sacramento, CA 95814
TRACKED ■ INSURED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
To schedule free Package Pickup,
scan the QR code.
USPS.COM/PICKUP
PAPER
POUCH
how2recycle.info

# EXHIBIT G (CAL OES)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

**ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961385

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on October 21, 2026 in MATHER, CA 95655.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

MATHER, CA 95655
October 21, 2026 9:43 AM

**Out for Delivery**

MATHER, CA 95655
October 21, 2026 6:12 AM

**Arrived at Post Office**

RANCHO CORDOVA, CA 95670
October 21, 2026 6:01 AM

**Arrived at USPS Facility**

RANCHO CORDOVA, CA 95670
October 21, 2026 3:37 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

October 21, 2026 3:13 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 20, 2026 3:55 AM

**In Transit to Next Facility**

October 20, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 20, 2026 1:44 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:45 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**


PLAINTIFF,
vs.
APPLE INC.,
a corporation,
CITY OF SANTA CLARA,
a local government,
ORIGINAL COMPLAINT
EXHIBIT A:
SIXTY-DAY NOTICE OF CITIZEN SUIT
UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
Postmark Here
Postage
Total Postage and Fees
CalOES, Dr. Caroline Jacobs
3650 Schriever Ave,
Mather, CA 95655
CERTIFIED MAIL
9589 0710 5270 3536 9613 85
TO:
California OES,
Director Caroline Thomas Jacobs,
3650 Schriever Avenue,
Mather, CA 95655.
TRACKED ■ INSURED
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
PAPER POUCH
how2recycle.info

# EXHIBIT H (DTSC)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052703536960500

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 21, 2026 in SACRAMENTO, CA 95814.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 21, 2026 11:34 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:20 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:09 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

October 21, 2026 3:15 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 20, 2026 3:55 AM

**In Transit to Next Facility**

October 20, 2026 2:36 AM

**Departed USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 20, 2026 1:44 AM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:47 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**


APPLE INC.,
a corporation,
CITY OF SANTA CLARA,
a local government,
EXHIBIT A:
SIXTY-DAY NOTICE
OF CITIZEN SUIT
ENVIRONMENTAL
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy)
Return Receipt (electronic)
Certified Mail Restricted Delivery
Adult Signature Required
Adult Signature Restricted Delivery
Postage
Total Postage and Fees
Postmark Here
Sent To CalEPA DTSC; Dir. Butler
Street and Apt. No., or PO Box No. 1001 I Street
City, State, ZIP+4® Sacramento CA 95814
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
CERTIFIED MAIL
9589 0710 5270 3536 9605 00
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
TO:
CalEPA DTSC,
Director Katherine Butler,
1001 I Street,
Sacramento, CA 95814.
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
PAPER POUCH
how2recycle.info
liability and limitations of coverage.

# EXHIBIT I (GOVERNOR)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536960500

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 21, 2026 in SACRAMENTO, CA 95814.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 21, 2026 11:34 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:20 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:09 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961392

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 5:57 am on October 22, 2026 in SACRAMENTO, CA 95813.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

SACRAMENTO, CA 95813
October 22, 2026 5:57 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:20 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:09 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

October 21, 2026 3:15 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 20, 2026 11:00 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
October 19, 2026 5:58 PM

**Departed Post Office**

ALVISO, CA 95002
October 19, 2026 4:13 PM

**USPS in possession of item**

ALVISO, CA 95002
October 19, 2026 3:45 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less**

Track Another Package

Enter tracking or barcode numbers


PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED
UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®
FROM:
Ashley M. Gjovik
[redacted]
San Jose, California, 95002
■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
included for domestic and many international destinations.
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Postmark Here
Govenor of California
1021 O Street Suite 9000
Sacramento CA 95814
PS Form 3800, January 2023
See Reverse for Instructions
CERTIFIED MAIL
9589 0710 5270 3536 9613 92
TO:
Governor of California,
1021 O Street, Suite 9000,
Sacramento, CA 95814
TRACKED
PS00001000014
EP14F November 2025
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP
PAPER POUCH
how2recycle.info

# EXHIBIT J (CERTIFIED MAIL RECEIPTS)

ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052703536960500**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 21, 2026 in SACRAMENTO, CA 95814.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 21, 2026 11:34 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:20 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:09 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

**ALERT: IMPACTS FROM COASTAL FLOODING IN SOUTH CAROLINA, AND FLOODING IN FLORI...**

# USPS Tracking®

FAQs >

Tracking Number:

## 9589071052703536961392

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 5:57 am on October 22, 2026 in SACRAMENTO, CA 95813.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

SACRAMENTO, CA 95813
October 22, 2026 5:57 AM

**Out for Delivery**

SACRAMENTO, CA 95814
October 21, 2026 7:20 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
October 21, 2026 7:09 AM

**Arrived at USPS Facility**

SACRAMENTO, CA 95813
October 21, 2026 3:47 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER

9589 0710 5270 3536 9613 78

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 19 2026 ALVISO, CA
10/19/2026

Sent To CARB, Dr. Steven Cliff
Street and Apt. No., or PO Box No. 1001 I St. Sacramento
City, State, ZIP+4® CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9613 61

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94105

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 19 2026 ALVISO, CA
10/19/2026

Sent To BAAQMD
Street and Apt. No., or PO Box No. 375 Beale St Suite 600
City, State, ZIP+4® San Francisco CA 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9613 85

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Mather, CA 95655

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 19 2026 ALVISO, CA
10/19/2026

Sent To CalOES, Dr. Caroline Jacobs
Street and Apt. No., or PO Box No. 3650 Schriever AVE
City, State, ZIP+4® Mather, CA 95655

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9613 92

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 19 2026 ALVISO, CA
10/19/2026

Sent To Governor of California
Street and Apt. No., or PO Box No. 1021 O Street Suite 9000
City, State, ZIP+4® Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9605 48

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Oakland, CA 94612

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 1 9 2026
10/19/2026

Sent To SFRWQCB; Eileen White
Street and Apt. No., or PO Box No. 1515 Clay Street Suite 1400
City, State, ZIP+4® Oakland CA 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9614 08

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 1 9 2026
10/19/2026

Sent To State Water Res. CB; Dir. Oppenheimer
Street and Apt. No., or PO Box No. 1001 I Street
City, State, ZIP+4® Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3536 9605 00

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $13.90
$
Total Postage and Fees $19.45
$

0080
10
Postmark Here
OCT 1 9 2026
10/19/2026

Sent To CalEPA DTSC; Dir. Butler
Street and Apt. No., or PO Box No. 1001 I Street
City, State, ZIP+4® Sacramento CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**UNITED STATES POSTAL SERVICE.**

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

10/19/2026 03:48 PM

TRACKING NUMBERS
9589 0710 5270 3536 9613 61
9589 0710 5270 3536 9613 78
9589 0710 5270 3536 9613 92
9589 0710 5270 3536 9613 85
9589 0710 5270 3536 9614 08
9589 0710 5270 3536 9605 48
9589 0710 5270 3536 9605 00

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $13.90 |
| San Francisco, CA 94105 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 10/21/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3536 9613 61 | | | |
| Total | | | $19.45 |
| Priority Mail® Flat Rate Env | 1 | | $13.90 |
| Sacramento, CA 95814 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 10/21/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3536 9613 78 | | | |
| Total | | | $19.45 |

Priority Mail® 1 $13.90
Flat Rate Env
Sacramento, CA [illegible]
Flat Rate
Expected Delivery Date
Wed 10/21/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9613 92
Total $19.45

Priority Mail® 1 $13.90
Flat Rate Env
Mather, CA 95655
Flat Rate
Expected Delivery Date
Wed 10/21/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9613 85
Total $19.45

Priority Mail® 1 $13.90
Flat Rate Env
Sacramento, CA 95814
Flat Rate
Expected Delivery Date
Wed 10/21/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9614 08
Total $19.45

Priority Mail® 1 $13.90
Flat Rate Env
Oakland, CA 94612
Flat Rate
Expected Delivery Date
Wed 10/21/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9605 48
Total $19.45

Priority Mail® 1 $13.90
Flat Rate Env
Sacramento, CA 95814
Flat Rate
Expected Delivery Date
Wed 10/21/2026
Insurance $0.00
Up to $100.00 included
Certified Mail® $5.55
Tracking #:
9589 0710 5270 3536 9605 00
Total $19.45

---

Grand Total: $136.15

---

Credit Card Remit $136.15
Card Name: [redacted]
Account #:
Approval #:
Transaction
AID: [redacted] Contactless
AL: VISA CREDIT

---

UNITED STATES POSTAL SERVICE.

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

09/18/2026 02:21 PM

TRACKING NUMBERS
9589 0710 5270 3536 9605 17
9589 0710 5270 3536 9605 24

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Washington, DC 20530 | | | |
| Flat Rate | | | |
| Expected Delivery Date Mon 09/21/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3536 9605 17 | | | |
| Total | | | $18.45 |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Washington, DC 20460 | | | |
| Flat Rate | | | |
| Expected Delivery Date Mon 09/21/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3536 9605 24 | | | |
| Total | | | $18.45 |

Grand Total: $36.90

Credit Card Remit $36.90
Card Name: [redacted]
Account #: [redacted]
Approval #: [redacted]
Trans[redacted]
AID: [redacted] Chip
AL: VISA CREDIT
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 050204-0080
Receipt #: 840-59500156-1-3365823-2
Clerk: 02