ASHLEY M. GJOVIK, JD
*In Propria Persona*
San José, California
2108 N St. Ste. 4553
Sacramento, CA, 95816
(415) 964-6272
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK,**<br>*an individual,*<br>**PLAINTIFF,**<br>**VS.**<br>**APPLE INC.,**<br>*a corporation,*<br>**CITY OF SANTA CLARA,**<br>*a local government,*<br>**& THE PROPERTY OWNERS:**<br>**MR. KALIL JENAB,**<br>*individually and as agent of various entities,*<br>**AND MS. JULIA LINDSEY &**<br>**MS. KATHLEEN WOODRUFF.**<br>*in their respective capacities as trustees.*<br>**DEFENDANTS.** | **CASE NO. 25-CV-07360-PCP**<br>**ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE**<br>**PROOF & CERTIFICATION OF SERVICE**<br>**RE:**<br>**BELATED 60-DAY NOTICES** |

# CERTIFICATE AND PROOF OF SERVICE WITH PLAINTIFF'S DECLARATION

1. Pursuant to 28 U.S. C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Citizen Plaintiff in this case (25-CV-07360-PCP) and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2. Attached hereto and incorporated by reference are true and accurate copies of the following exhibits: USPS Certified Mail receipts and tracking records, USPS Registered Mail receipts and tracking records, and other Proof of Service documents.

## SIXTY-DAY NOTICE

3. On November 13 2026, USPS Registered Mail service of the original Sixty-Day Notice to the California Environmental Protection Agency (CalEPA), **Department of Toxic Substances Control (DTSC), Director Katherine Butler,**[1] was completed under tracking number RE156539142US. True and correct copies of the proof of service are attached as Exhibit A.

4. On November 13 2026, USPS Registered Mail service of the original Sixty-Day Notice to the California Environmental Protection Agency (CalEPA), **California Department of Resources Recycling and Recovery (CalRecycle), Director Zoe Heller,**[2] was completed under tracking number RE156539156US. True and correct copies of the proof of service are attached as Exhibit B.

5. On November 13 2026, USPS Certified Mail service of the original Sixty-Day Notice to the **U.S. Attorney General, Todd Blanche,** was completed under tracking number 9589071052703536961279. True and correct copies of the proof of service are attached as Exhibit C.

[1] California DTSC, *Executive Leadership Team*, https://dtsc.ca.gov/executive-leadership-team/
[2] California CalRecycle, *Meet the Executive Team*, https://calrecycle.ca.gov/aboutus/exec/

## DECLARATION

6. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on Nov. 3 2026 in Alviso, San José, California.

Respectfully,

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*
Alviso, San José, California
Dated: Nov. 19 2026

# EXHIBITS

## EXHIBIT A (CALEPA DTSC)

## PROOF OF SERVICE OF SIXTY-DAY NOTICE REGISTERED MAIL No. RE156539142US

UNITED STATES POSTAL SERVICE®

November 13, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **RE15 6539 142U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 13, 2026, 09:56 am |
| **Location:** | null, null 95800 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: IMPACTS FROM WINTER WEATHER IN CALIFORNIA, ALASKA, AND NEVADA, AND FLO...

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## RE156539142US

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:56 am on November 13, 2026 in ZIP Code 95800.

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
November 13, 2026 9:56 AM

**Out for Delivery**

SACRAMENTO, CA 95814
November 13, 2026 8:50 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
November 13, 2026 8:39 AM

**Processing at USPS Facility**

WEST SACRAMENTO, CA 95799
November 13, 2026 12:49 AM

**Processing at USPS Facility**

SAN FRANCISCO, CA 94188
November 12, 2026 5:01 PM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

November 11, 2026 5:23 AM

**Processing at USPS Facility**

SAN JOSE, CA 95101
November 10, 2026 8:18 PM

**Departed Post Office**

ALVISO, CA 95002
November 10, 2026 4:04 PM

**USPS in possession of item**

ALVISO, CA 95002
November 10, 2026 1:18 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## Return Receipt Electronic

## Product Information

**Postal Product:**
First-Class Mail®
**Features:**
Registered Mail™
Return Receipt Electronic

**See Less**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT B (CALEPA CALRECYCLE)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE
# REGISTERED MAIL No. RE156539156US

UNITED STATES POSTAL SERVICE®

November 13, 2026

Dear Ashley M Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number: **RE15 6539 156U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 13, 2026, 09:56 am |
| **Location:** | null, null 95800 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: IMPACTS FROM WINTER WEATHER IN CALIFORNIA, ALASKA, AND NEVADA, AND FLO…**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## RE156539156US

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:56 am on November 13, 2026 in ZIP Code 95800.

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ZIP Code 95800
November 13, 2026 9:56 AM

**Out for Delivery**

SACRAMENTO, CA 95814
November 13, 2026 8:50 AM

**Arrived at Post Office**

SACRAMENTO, CA 95813
November 13, 2026 8:39 AM

**Processing at USPS Facility**

WEST SACRAMENTO, CA 95799
November 13, 2026 12:50 AM

**Processing at USPS Facility**

SAN FRANCISCO, CA 94188
November 12, 2026 5:01 PM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

November 11, 2026 5:23 AM

**Processing at USPS Facility**
SAN JOSE, CA 95101
November 10, 2026 8:18 PM

**Departed Post Office**
ALVISO, CA 95002
November 10, 2026 4:04 PM

**USPS in possession of item**
ALVISO, CA 95002
November 10, 2026 1:27 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Return Receipt Electronic**

**Product Information**

**Postal Product:**
First-Class Mail®
**Features:**
Registered Mail™
Return Receipt Electronic

**See Less**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT C (U.S. ATTORNEY GENERAL)

# PROOF OF SERVICE OF SIXTY-DAY NOTICE CERTIFIED MAIL No. 9589071052703536961279

ALERT: IMPACTS FROM WINTER WEATHER IN CALIFORNIA, ALASKA, AND NEVADA, AND FLO...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703536961279

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:35 am on November 13, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
November 13, 2026 4:35 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
November 12, 2026 11:08 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
November 12, 2026 10:50 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
November 12, 2026 7:21 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

November 12, 2026 7:00 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
November 12, 2026 6:48 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
November 12, 2026 3:50 AM

**In Transit, Arriving On Time**

November 11, 2026 4:52 PM

**Arrived at USPS Facility**

SAN JOSE CA DISTRIBUTION CENTER
November 10, 2026 8:47 PM

**Departed Post Office**

ALVISO, CA 95002
November 10, 2026 4:04 PM

**USPS in possession of item**

ALVISO, CA 95002
November 10, 2026 1:02 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**Postal Product:**
Priority Mail®
**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply

**See Less**

# EXHIBIT D

# PROOF OF SERVICE OF SIXTY-DAY NOTICE OTHER RECORDS

9589 0710 5270 3536 9612 79

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $ $5.55

0080
02

Extra Services & Fees (*check box, add fee as appropriate*) $0.00
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage $ $13.90

11/10/2026

**Total Postage and Fees** $ $19.45

Sent To
US AG (6005)
Street and Apt. No., or PO Box No.
950 Pennslyvania Ave NW
City, State, ZIP+4®
washington DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**Registered No.** RE156539142US

Date Stamp: ALVISO CA 95002 USPS, NOV 10 2026, 0080 10

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $4.62 | Extra Services & Fees (continued) | |
| Extra Services & Fees $20.90 | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☒ Return Receipt (electronic) $ | Total Postage & Fees $ 28.42 | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $ 0 | Received by SN | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Ashley Gjovik, 2131 Gold St, Alviso, SAN JOSE, CALIFORNIA 95002

TO: CALIFORNIA DTSC, Director Katherine Butler, 1001 I Street, Sacramento CA 95814

PS Form **3806, Registered Mail Receipt** — *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 — *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

**Registered No.** RE156539156US

Date Stamp: ALVISO, NOV 10 2026, 0080 10

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $3.43 | Extra Services & Fees (continued) | |
| Extra Services & Fees $20.90 | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ 27.34 | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value | Received by SN | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Ashley Gjovik, 2131 Gold St, Alviso, SAN JOSE, CALIFORNIA 95002

TO: CALRECYCLE Director Zoe Heller, 1001 I Street, Sacramento CA 95814

PS Form **3806, Registered Mail Receipt** — *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 — *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

UNITED STATES POSTAL SERVICE.

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

11/10/2026 01:04 PM

TRACKING NUMBERS
9589 0710 5270 3536 9612 79

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $13.90 |
| Washington, DC 20530 | | | |
| Flat Rate | | | |
| Expected Delivery Date Sat 11/14/2026 | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 9589 0710 5270 3536 9612 79 | | | $5.55 |
| Total | | | $19.45 |
| Mailer 10.5 x 16 | 2 | $1.89 | $3.78 |

Grand Total: $23.23

Credit Card Remit $23.23
Card Name: VISA
[redacted]
AL: VISA CREDIT
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely

UNITED STATES POSTAL SERVICE.

ALVISO
1525 GOLD ST
ALVISO, CA 95002-9800
www.usps.com

11/10/2026 01:28 PM

TRACKING NUMBERS
RE156539142US
RE156539156US

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

Duplicate

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $4.62 |
| Sacramento, CA 95814 | | | |
| Weight: 0 lb 10.10 oz | | | |
| Estimated Delivery Date Fri 11/13/2026 | | | |
| Registered Mail® | | | $20.90 |
| Amount: $0.00 | | | |
| Tracking #: RE156539142US | | | |
| e-Return Receipt | | | $2.91 |
| Total | | | $28.43 |
| First-Class Mail® Large Envelope | 1 | | $3.43 |
| Sacramento, CA 95814 | | | |
| Weight: 0 lb 6.80 oz | | | |
| Estimated Delivery Date Fri 11/13/2026 | | | |
| Registered Mail® | | | $20.90 |
| Amount: $0.00 | | | |
| Tracking #: RE156539156US | | | |
| e-Return Receipt | | | $2.91 |
| otal | | | $27.24 |

rand Total: $55.67

[illegible] $55.67

[illegible] Card Name: VISA
[redacted]
AL: VISA CREDIT
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

Use Tracking # for inquiry on Return Receipt (Electronic).

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

The Maximum Indemnity Insurance compensation for loss, damage, or missing contents is limited to $50,000.00 for Registered Mail®.

For Return Receipt (by email), visit USPS.com, click on Track & Manage and enter Tracking number; click on drop-down arrow under Return Receipt Electronic; enter name and email address and click on Request Email.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 050204-0080
Receipt #: 840-59500156-2-5292436-2
Clerk: 10